IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICS TEACHERS, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL SCIENCE FOUNDATION, et al.<br><br>*Defendants*. | Case No. 1:25-cv-01923 |

## NOTICE OF ERRATA

On June 18, 2025, Plaintiffs filed a Complaint, ECF No. 1, which names as Plaintiffs the American Association of Physics Teachers, Inc.; the American Association of Colleges and Universities; the American Association of University Professors; the American Educational Research Association; the International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America; and the Women in Engineering Proactive Network. The Complaint also names as Defendants the National Science Foundation and Brian Stone. Plaintiffs submit this Notice of Errata in response to the Court's Notice of New Case Error, which indicates that the Complaint did not comply with LCvR 5.1(c) because it did not include the full residence addresses for the Plaintiffs. Plaintiffs offer a corrected copy.

Dated: June 20, 2025                                    Respectfully submitted,

      /s/ Steven Y. Bressler
Steven Y. Bressler (D.C. Bar No. 482492)
Tsuki Hoshijima (*pro hac vice* forthcoming)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
Tel: (202) 448-9090
Fax: (202) 796-4426
sbressler@democracyforward.org
thoshijima@democracyforward.org

Nathan L. Walker (*pro hac vice* forthcoming)
Celine Purcell (*pro hac vice* forthcoming)
Emily Kirk (*pro hac vice* forthcoming)
Heather C. Bates (*pro hac vice* forthcoming)
THE NORTON LAW FIRM PC
300 Frank H. Ogawa Plaza, Suite 450
Oakland, CA 94612
Tel: (510) 906-4900
nwalker@nortonlaw.com
cpurcell@nortonlaw.com
ekirk@nortonlaw.com
hbates@nortonlaw.com