UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICS TEACHERS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION, et al., <br><br> *Defendants*. | Case No. 1:25-cv-01923 |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiffs, the American Association of Physics Teachers; the American Association of Colleges and Universities; the American Association of University Professors; the American Educational Research Association; the International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America; and the Women in Engineering ProActive Network, respectfully move pursuant to Federal Rule of Civil Procedure 65 for a preliminary injunction.

For the reasons set forth in the accompanying memorandum in support of this Motion, the Court should enter an order that enjoins Defendants from implementing the change in agency priorities decision and mass termination of over 1,600 grants to plaintiffs and others. The specific contours of the relief that Plaintiffs seek are provided in the accompanying proposed order.

Dated: June 23, 2025                    Respectfully submitted,

                                                      */s/ Steven Y. Bressler*
                                           Steven Y. Bressler (D.C. Bar No. 482492)
                                           Tsuki Hoshijima (*pro hac vice* forthcoming)
                                           DEMOCRACY FORWARD FOUNDATION
                                           P.O. Box 34553
                                           Washington, D.C. 20043
                                           (202) 448-9090
                                           sbressler@democracyforward.org
                                           thoshijima@democracyforward.org

                                           Nathan L. Walker (*pro hac vice* forthcoming)
                                           Celine Purcell (*pro hac vice* forthcoming)
                                           Emily Kirk (*pro hac vice* forthcoming)
                                           Heather C. Bates (*pro hac vice* forthcoming)
                                           THE NORTON LAW FIRM PC
                                           300 Frank H. Ogawa Plaza, Suite 450
                                           Oakland, CA 94612
                                           Telephone: (510) 906-4900
                                           nwalker@nortonlaw.com
                                           cpurcell@nortonlaw.com
                                           ekirk@nortonlaw.com
                                           hbates@nortonlaw.com

                                           *Attorneys for Plaintiffs*