UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN ASSOCIATION OF PHYSICS TEACHERS, et al.,

    *Plaintiffs*,

v.

NATIONAL SCIENCE FOUNDATION, et al.,

    *Defendants.*

Case No. 1:25-cv-01923

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs' Motion for a Preliminary Injunction and all the papers submitted by the parties in support of and in response to the motion, it is hereby:

**ORDERED** that Plaintiffs' Motion for Preliminary Injunction is **GRANTED**; and it is further

**ORDERED** that, pending the final resolution of this action, the National Science Foundation ("NSF"), its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with them, are hereby **ENJOINED** from:

1.    Enforcing, implementing, or giving effect to the "Change in Priorities Decision" issued in April 2025, and the "Mass Termination Action" resulting in the termination of over 1,600 previously awarded grants, cooperative agreements, and other financial awards; and

2. Taking any action to terminate, suspend, or otherwise alter previously awarded grants, cooperative agreements, or other financial awards based on the Change in Priorities Decision or the Mass Termination Action; and it is further

**ORDERED** that, pending the final resolution of this action, NSF shall immediately **REINSTATE** all grants terminated as part of the Mass Termination Action and resume administering these reinstated grants, including by disbursing funds, according to their original terms and conditions; and it is further

**ORDERED** that this order does not prohibit NSF from terminating a grant based on an individualized determination of failure to comply with the grant's terms and conditions; and it is further

**ORDERED** that Defendants shall file a status report within two business days of this order reporting on the status of their compliance with this order; and it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 65(c), Plaintiffs shall not be required to post a bond for this preliminary injunction, as the public interest favors the issuance of this injunction without security.

**SO ORDERED**.

Dated: _____                          _____

                                                                       **UNITED STATES DISTRICT JUDGE**