# EXHIBIT 1

## Declaration of Rochelle L. Williams, Ph.D.

I, Dr. Rochelle L. Williams, declare that the statements set forth below are true and correct. I am over the age of 18 and, I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would testify competently to the matters set forth below.

**Professional Background**

1.      I am the President of Women in Engineering ProActive Network ("WEPAN"). WEPAN is a non-profit educational organization that is dedicated to advancing cultures of inclusion and diversity in engineering education and professions. WEPAN connects people, research, and practice to increase participation, retention and success of women and other underrepresented groups in engineering from college to executive leadership.

2.      I have served as President of WEPAN since July 2024. In this role, I have a responsibility for, among other things, implementing WEPAN policy decisions and strategic objectives; articulating WEPAN goals to its membership and the STEM community; representing WEPAN to government agencies and other organizations; managing business and operations within WEPAN; preparing and managing WEPAN's budget; and participating in WEPAN fundraising activities.

3.      In addition to my work at WEPAN, I am the Executive Director of Graduate Fellowships for STEM Diversity (GFSD), which is a collaboration of government agencies and laboratories, industry, and higher education institutions that aims to increase the number of American citizens with graduate degrees in STEM fields, emphasizing recruitment of a diverse applicant pool. Prior to joining GFSD, I served as Chief Programs and Membership Officer at the National Society of Black Engineers (NSBE) and Project Director and Co-Principal Investigator for the ADVANCE Resource Coordination (ARC) Network with the Association for

Women in Science (AWIS) and Research Scientist in the Office for Academic Affairs at Prairie View A&M University.  In 2016, I was selected as a Christine Mirzayan Science and Technology Policy Fellow with the National Academies of Science, Engineering, and Medicine in Washington, DC.  As a fellow, I supported the Committee on Women in Science, Engineering, and Medicine on the initial phases of the study that led to the report Sexual Harassment of Women: Climate, Culture, and Consequences in Academic Sciences, Engineering, and Medicine.

4.      I received my B.S. in physics from Spelman College and my Masters of Engineering in Mechanical Engineering and Ph.D. in Science and Mathematics Education from Southern University and A&M College.

**History of WEPAN**

5.      The Women in Engineering Pro-Active Network (WEPAN) was founded in 1990 as a 501(c)(3) non-profit organization.  WEPAN is headquartered and incorporated in Washington DC.  Its mission is to advance cultures of inclusion and diversity in engineering education and professions.  WEPAN aims to achieve this mission by:

>           (a) Empowering people and organizations who are catalysts of change

>           (b) Ensuring the success of women in engineering education and professions,

>           (c) Sustaining a strong network,

>           (d) Creating research-based evidence,

>           (e) Driving successful implementation of proven practices, and

>           (f) Developing useful and timely resources.

6.      Since its inception, WEPAN has worked with institutions of higher education, corporations, and engineering societies to develop and implement research-based practices. Examples of such programs include an award-winning mentoring program that advances

knowledge of effective mentoring strategies, training, and programs to enhance academic experiences, professional development, and career success for underrepresented populations in engineering.

7.      One of WEPAN's strengths is its focus on establishing and sustaining partnerships and collaborations that are designed to ensure that all WEPAN activities and initiatives have a broad and enduring impact at the individual and institutional level.

8.      Historically, including for fiscal year 2025, approximately 80% of WEPAN's yearly budget has come from grant funding from the National Science Foundation ("NSF"), and WEPAN anticipated this level of future funding from NSF.  The loss of NSF funding threatens WEPAN's existence and makes it very difficult for WEPAN to carry out its mission.

**Projects Affected by NSF Priority Changes**

**Awards Directly to WEPAN**

9.      Before May 2, 2025, NSF issued to WEPAN awards totaling $10,397,105 in awarded and obligated funding.  The funding WEPAN receives from NSF supports critical programs that advance the engineering workforce and professoriate as well as the broader STEM community.  Tens of thousands of Americans in engineering and broader STEM benefit from these programs.

10.     On May 2, 2025, NSF provided notices that it had terminated, effective immediately, two active NSF awards to WEPAN: (i) NSF Award No. 2121468 for a project entitled "ADVANCE Resource and Coordination Network" ("ARC"); and (ii) NSF Award No. 2017953 for a project entitled ACCESS+.

11.     The total NSF funding allocated in the ARC Award and the ACCESS+ Award was approximately $7,365,736.38; the early terminations resulted (1) in roughly $397,005.95 in

lost funding to WEPAN as the ARC project was still underway and (2) the lost opportunity to apply for a supplemental grant connected with the ACCESS+ grant.

12.     I provide additional details on the ARC Award and the ACCESS+ Award, the projects they were awarded to fund, and their termination, below.

13.     The ARC Award and the ACCESS+ Award both previously were approved and awarded by the NSF through the NSF "ADVANCE" program.  The NSF has described this program as follows:

> The ADVANCE program is designed to address gender equity through a focus on the identification and elimination of organizational barriers embedded within institutions that impede the full participation and advancement of women within academic institutions. ADVANCE is an integral part of the National Science Foundation's multifaceted strategy to advance discovery, innovation, and education, and to promote the progress of science. The program is aligned with strategic goal 1 objective 2 in NSF's most recent strategic plan: Strategic Goal 2 Advance the capability of the Nation to meet current and future challenges, Strategic Objective 2.2 STEM Workforce Foster the growth of a more capable and diverse research workforce and advance the scientific and innovation skills of the Nation. (Building the Future Investing in Discovery and Innovation, NSF Strategic Plan for Fiscal Years (FY) 2018-2022, NSF, February 2018.)

**ARC**

14.     The ARC Network is a "cooperative agreement" with NSF, originally entered into with AWIS in 2017 (Award ID 1740860) and funded for $5,000,000.  In 2021, the ARC Network moved to WEPAN under a new cooperative agreement between WEPAN and NSF (Award ID 2121468). A true and correct copy of the award letter is attached as **Exhibit A**. WEPAN received a creativity supplement award of $2.5 million to continue the work in 2023. The 2023 creativity supplement was for a 2-year term, ending in December 2025, eligible for extension by applying for additional NSF support.[1]

---

[1] The ARC Network cooperative agreement was initially awarded to the Association for Women in Science for the intended amount of $5,000,000 under NSF award number 1740860 in

15.     Cooperative agreements afford the awardee less autonomy in decision making

than grants do as the work is done in close partnership with NSF throughout the life of the

funded project.  This means NSF has high levels of input, supervision, and sign-off – shaping the

project and making sure it conforms with NSF's specific goals.  Cooperative agreements have

greater prior approval requirements and conditions than grants and have substantial NSF

involvement as the NSF and awardee organization work in partnership and collaboration on the

funded project.  For ARC Network, this meant that we worked closely with our ADVANCE

program officers and met with them at least monthly to coordinate efforts between the ARC

Network and the NSF ADVANCE program office.  In addition, we were required to have prior

approval for changes to personnel, collaborating organizations, and partnerships; the executive

and management teams or structure; advisory board and committee membership and charters;

key decisions about the ADVANCE Equity in STEM Community Convening, and more.  We

also had additional reporting requirements that are not typical for grants.  For example, we had to

report on the role and relationship of the WEPAN Board with the ARC Network award in our

annual reports and as part of our deliverables to demonstrate continued organizational support

and mission alignment between WEPAN, ARC Network, and NSF and its ADVANCE program.

16.     Since 2017, ARC has served as the community and resource hub for past, current,

and prospective ADVANCE grantees. At the time of termination, this project had supported a

_____

September 2017.  In February 2021, the ARC Network cooperative agreement moved with
Principal Investigator Heather Metcalf to WEPAN under a new award number 2121469.  In May
2023, WEPAN received an additional $200,000 supplement for the ARC Network to offer travel
grants to support attendee travel to the 2023 ADVANCE Equity in STEM Community
Convening.  In July 2023, NSF approved extending the ARC Network's end date from August
31, 2023 to December 31, 2023.  In November 2023, WEPAN was awarded a $2,500,000
creativity supplement, which extended the end date to December 31, 2025.  In July 2024,
WEPAN was awarded a $200,000 travel grant supplement to support attendee travel to the 2024
ADVANCE Equity in STEM Community Convening.

Docusign Envelope ID: 6AA0D4F8-F1A9-447E-AED5-C3BD9322C4A6

sizeable community of more than 4,000 members with an open-access and staffed library containing nearly 10,000 resources; a highly-recommended and well-attended annual conference; regular webinars, online professional development opportunities, and newsletters throughout the year; a thriving Virtual Visiting Scholar program, and Emerging Workshops on cutting edge research and critical areas for innovating on policy and practice.  This community not only includes current and past NSF grantees but has served as a key network for NSF to reach and inform prospective grantees about NSF opportunities as well.  These efforts have fueled "groundbreaking discoveries," offered "translational solutions" to existing barriers, made significant contributions to the expansion of participation and opportunity in STEM careers, and furthered NSF's aim to "strengthen our domestic workforce to fuel economic prosperity, national security, and global S&E competitiveness."  Moreover, participants in and beneficiaries of our project activities have come from all sectors, demographic and socioeconomic backgrounds, institution types, and U.S. geographic regions, advancing NSF's "core goal of creating opportunities for all Americans."  In addition, Sec. 526 of the 2010 America COMPETES Reauthorization Act explicitly states that grant activities shall "to the extent practicable employ proven strategies and models and draw on existing programs and activities" and "build on most current research results," which directly aligns with the approach our project takes.

17.     The ARC award (Award 2121468) project aligns with NSF's statutory mission.  I understand that NSF's statutory mission is to support scientific and engineering research and education, particularly with regards to Broader Impacts that include broadening participation of women and underrepresented groups in STEM fields.  The ARC project advances those goals.  NSF recognized as much when, after careful consideration in its rigorous peer-reviewed funding process, it approved funding for the project.

18.    The ARC award (Award 2121468) project was (and is) strongly aligned with the NSF's Intellectual Merit and Broader Impacts criteria.  I understand and believe that our proposal was peer-reviewed against the program priorities of the NSF's ADVANCE Program, and was found to be in alignment with the ADVANCE Program aims to identify and eliminate barriers embedded within academic institutions that impede full participation and advancement of science, technology, engineering, and mathematics (STEM) faculty.

19.    The ARC award (Award 2121468) project was intended to run from September 20, 2017 through December 31, 2025.

20.    But on May 2, 2025, NSF sent notice that award 2121468 (ARC Award) was terminated, effective immediately.  A true and correct copy of the termination notice is attached as **Exhibit B.**  The termination notice came without any previous process or communication about the projects from NSF.  The notices contain little explanation for the termination, and no explanation with respect to the intellectual merit or broader impact of the underlying project. The notices recite that "termination of certain awards is necessary because they are not in alignment with current NSF priorites [sic]" and continues:

> NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

21.    Although the NSF's termination notice referred "NSF Grant General Conditions (GC-1)," the ARC Award is not governed by NSF Grant General Conditions (GC-1).  It is governed by a cooperative agreement, as discussed above.

22.    As of May 2, 2025, the date on which NSF cancelled the ARC Award, the total amount of $397,005.95 remained unpaid for future work on the project under the ARC Award and was cancelled by NSF.

**Loss of Supplemental Award - ACCESS+**

23.    NSF awarded the ACCESS+ award (Award ID 2017953) to WEPAN on August 21, 2020, for the intended amount of $1,314,999.  In July 2023, WEPAN submitted a request for ACCESS+ supplemental funding in response to a "Dear Colleague Letter" for projects aligned with the NSF AGEP and ADVANCE Programs.  On September 12, 2023, WEPAN was awarded the supplement for $246,825 bringing the total award amount to $1,561,824.[2]  A copy of the NSF award letter is attached as **Exhibit C**.

24.    The ACCESS+ project seeks to accelerate the awareness and adoption of the ADVANCE program policies and practices to address gender equity by coordinating and integrating efforts of STEM professional societies.  The project aims include, but are not limited to: (1) developing and hosting a Community of Practice; (2) providing cohort members with relevant resources including the STEM Equity Environmental Scanning Tool (EEST) and the ARC Network Library; and (3) hosting an Annual Convening.

25.    The ACCESS+ project aligns with NSF's statutory mission.  I understand that NSF's statutory mission is to support scientific and engineering research and education, particularly with regards to Broader Impacts that include broadening participation of women and underrepresented groups in STEM fields.  The ACCESS+ project advances those goals.  NSF recognized as much when, after careful consideration in its rigorous peer-reviewed funding process, it approved funding for the project.

---

[2]  In August, 2020, WEPAN was awarded a standard grant for ACCESS+ for the intended amount of $1,314,999.  In July 2023, WEPAN submitted a supplemental funding request for $246,825 which was approved by NSF in September 2023.  In December 2024, NSF approved a no-cost extension of the project end date to August 31, 2025

26.    It is my understanding that, as stated in NSF's Proposal & Award Policies and Procedures Guide, all proposed projects submitted to NSF are evaluated for both Intellectual Merit and Broader Impacts and must score highly in both areas to be considered for funding.

27.    The ACCESS+ project was (and is) strongly aligned with the NSF's Intellectual Merit and Broader Impacts criteria.  I understand and believe that our proposal was peer-reviewed against the program priorities of the NSF's ADVANCE Program, and was found to be in alignment with the ADVANCE Program aims to identify and eliminate barriers embedded within academic institutions that impede full participation and advancement of science, technology, engineering, and mathematics (STEM) faculty.

28.    The ACCESS+ (Award ID 2017953) project work was intended to run from September 1, 2020 through August 31, 2025.1

29.    But on May 2, 2025, NSF sent notice that award 2017953 (ACCESS+ Award) was terminated, effective immediately.  A true and correct copy of the termination notice is attached as **Exhibit A**.  The termination notice came without any previous process or communication about the projects from NSF.  The notices contain little explanation for the termination, and no explanation with respect to the intellectual merit or broader impact of the underlying project.  The notices recite that "termination of certain awards is necessary because they are not in alignment with current NSF priorities [sic]" and continues:

> NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

30.    As of May 2, 2025, the date on which NSF cancelled the ACCESS+ Award, all funds for the ACCESS+ grant had been dispersed to WEPAN.  However, the termination means WEPAN is unable to apply for supplemental funding to advance and expand the project's goals.

Historically, WEPAN has successfully applied for and received supplemental NSF funding for their projects. In my experience, termination of an active project's funding is rare. Prior to 2025, I had never had a project's funding be terminated. To my knowledge, prior to 2025, WEPAN has never had any project funding from NSF terminated prematurely, for any reason.

**Sub-Awards and Consulting Agreements to WEPAN**

31.     Before May 2, 2025, WEPAN received sub-awards and consulting agreements on NSF grants totaling more than $ 550,000 in anticipated funding to WEPAN.

32.     I am informed and believe that on April 18, 2025 and May 2, 2025, NSF provided notices to the prime recipients that it had terminated the four active NSF grants for which WEPAN is a subrecipient or consultant. WEPAN received notice from the prime recipients that (a) these awards had been cancelled on April 21, 2025 and May 2, 2025 respectively, and (b) thus WEPAN's sub-awards and consulting agreements were likewise terminated. A copy of these notices is attached as **Exhibit D**.

33.     The four terminated grants for which WEPAN is a sub-award holder or a consultant are:

  a.     **Award No. 2204380 for project entitled "ADVANCE Partnership: Advancing Gender Equity in Computing and Engineering Academic Professions through Multi-Organization Collaboration**." The NSF awarded a grant to National Center for Women in Information Technology (NCWIT) housed at the University of Boulder at Colorado for this project on August 15, 2022, for the intended amount of $1,249,271. Under a sub-award agreement with NCWIT, WEPAN obtained a sub-award under this grant. WEPAN's total sub-award under the grant was for the intended amount of $100,164. This project seeks to advance

organizational change for gender equity in STEM, particularly in computing and engineering academic professions.  This project, through a partnership with the National Center for Women and Information Technology (NCWIT), WEPAN and the Aspire Alliance, addresses the systemic barriers women face in computing and engineering academic workplaces.  The primary goal of this project is to create a first-of-its-kind, scalable software decision support platform specifically designed to empower computing and engineering departments to implement systemic, sustainable approaches to creating inclusive cultures in the academic workplace. As of May 2, 2025, a total amount of $33,927 remained unpaid under WEPAN's sub-award under Award No. 2204380 and was cancelled.

b. **Award No. 2310386 for project entitled "INCLUDES Collaborative Change Consortia: Developing and Strengthening Partnerships to Better Support Women of Color in the Engineering Workforce**."  The NSF awarded a grant to the Society of Women Engineers for this project on October 1, 2023, for the intended amount of $4,999,924.  Under a sub-award agreement with the Society of Women Engineers, WEPAN obtained a sub-award under this grant.  WEPAN's total sub-award under the grant was for the intended amount of $368,260.  The project seeks to increase the diversity of the engineering workforce at the intersections of gender and race by improving the retention of women of color by supporting the Women of Color in Engineering Collaborative (WCEC), a consortium addressing the unique challenges facing women engineers of color. WCEC will share case studies of promising practices with member organizations, support women of color in their pursuit of professional development opportunities

and increase access and exposure of existing programs and services to women engineers of color and the organizations with which they engage. The WCEC will expand from its current membership of 29 organizations to include more partners from industry, government, higher education, and professional STEM societies to create a support system that systematically impacts women's transition from college to career to promotion through their networks in higher education and the public and private sectors. As of May 2, 2025, a total amount of $24,876.73 remains on the sub-award and cannot be used to further WEPAN's projects. Rather, it can only be used to wind down the project.

c. **Award No. 2204520 for project entitled "ADVANCE Partnership: Engineering Deans Gender Equity Initiative: Aligning Systems to Ensure Inclusion and Equity in Advancement of Faculty**." The NSF awarded a grant to American Society for Engineering Education (ASEE) for this project on September 1, 2022, for the intended amount of $999,967. WEPAN entered into a consulting agreement with ASEE, under which WEPAN agreed to provide services on the project. WEPAN's total consulting agreement under the grant was for $10,000. This project seeks to increase the availability of more abundant and diverse engineering talent by aligning engineering systems, such as academic colleges, engineering accrediting bodies, professional society, and integrating evidence-based policies and practices that support inclusive organizational change. This initiative will extend the work of the American Society of Engineering Education's (ASEE's) ADVANCE Adaptation Engineering Deans Gender Equity (EDGE) Initiative, which provides resources, and exemplars, for

12

successful adaption of social science-based evidence to academic engineering practice.  The goals of the KnowlEDGE Initiative are: 1) to align systems of academic engineering colleges and departments focused on promotion and tenure to increase the success of diverse women engineering faculty; 2) to align and make transparent the systems of accreditation governance within professional societies and ABET, and to increase the number of diverse women ABET program Evaluators and Commissioners to diversify the accreditation decision-making bodies and increase leadership accountability; and 3) ultimately, to support diverse talent and equitable success of diverse women future engineers. The KnowlEDGE change model will be piloted and deployed on eight campuses within a diverse community of practice.  As of May 2, 2025, a total amount of $5,000 remained unpaid under WEPAN's consulting agreement under Award No. 2204520 and was cancelled.

d. **Award No. 2121941 and 2300380 for project entitled "ADVANCE Partnership: New Jersey Equity in Commercialization Collective (NJECC)."** The NSF awarded a grant to New Jersey Institute of Technology (NJIT) for this project on September 1, 2021, for the intended amount of $1,247,565.  WEPAN entered into a consulting agreement with NJIT, under which WEPAN agreed to provide services on the project.  WEPAN's total consulting agreement under the grant was for the intended amount of $79,584.  This project seeks to address gender equity issues in academic technology commercialization (patenting, licensing, and startup creation) by focusing on the elimination of systemic institutional and entrepreneurial ecosystem barriers.  This project will include two

main initiatives: 1) training for gatekeepers (academic Tech Transfer, Venture Development and Entrepreneurial offices) on methods to reduce barriers that hinder the participation of women and underrepresented minorities in commercialization activities and 2) the establishment of New Jersey statewide inclusive network development programs (showcases and conferences).  In addition, NJECC will link these planned activities with the NJIT NSF-funded CyberCorps Scholarship for Service grant, the Secure Computing Initiative, to increase diversity and innovation in the crucial area of cybersecurity.  In 2022, the award transferred to Columbia University under Award ID 2300380 and NJIT remained a collaborator.  As of April 18, 2025, funding has not been distributed by the NSF for Award No. 2300380.  This award was in a no-cost extension period and the parties were in the process of sorting out the funding agreement for the final activities.  Before the termination, WEPAN expected to receive between $9,724-$14,586 under its consulting agreement.

34.    The total NSF funding allocated to WEPAN under these sub-awards and consulting agreements was approximately $553,799; the early terminations resulted in at least $54,000 of lost funding to WEPAN as the projects were still under way.

**Harms from NSF Funding Termination**

35.    The termination of the ARC award resulted in immediate termination of the WEPAN projects the ARC award was funding.

36.    As a result, the loss of funding will have a severe impact on WEPAN's ability to serve the public and fulfill its mission as an educational nonprofit organization.

37. The loss of funding and termination of projects will hinder WEPAN's ability to conduct programs designed to support and broaden participation in STEM, including participation by women and racial and ethnic minority groups. I anticipate that, unless the grant terminations are reversed, WEPAN will have to lay off all its full time staff members, five employees, as early as August, 2025, due an inability to make up the funds from the terminated NSF grants. Additionally, five part-time and contract personnel will likely lose approximately 50% of their income earned with WEPAN. WEPAN leadership is doing the best it can to preserve some of the work funded by the grants, but is doing so for free due to the grant terminations.

38. At this time, I anticipate that WEPAN will not be able to secure sufficient additional funding to allow us to resume or complete the projects that the ACCESS+ and ARC awards funded.

39. Examples of specific aspects of the ACCESS+ and ARC programs that have been adversely impacted by the terminations include the Virtual Visiting Scholar program and the annual ADVANCE meeting. At the time of termination, the Virtual Visiting Scholar program was supporting five, early- and mid- career scholars through the final quarter of their research projects. These scholars have abruptly had their work and funding cut short, impacting their livelihoods and impeding their progress toward graduation, tenure, and promotion.

40. Due to the grant terminations, WEPAN has had to cancel the annual ADVANCE convening, related travel grants, and accepted session proposals, impacting over 400 people. This meeting served the entire ADVANCE community and prospective grantees and was a critical space for the exchange of knowledge, research, and resources centered on creating positive STEM educational and career opportunities and outcomes for everyone. This event was

also an outreach mechanism for NSF to build greater awareness of its work and funding opportunities.

41.    The award terminations have undermined WEPAN's ability to undertake intellectual and scientific inquiry and to support the projects for which the grants were awarded.

42.    Due to the award terminations, WEPAN and the greater STEM community will suffer a loss of critical community, resources, knowledge, and support. WEPAN acted as the hub for NSF's ADVANCE program – providing crucial information and helping those without resources access NSF's ADVANCE grants and the products of those grants. This work has come to a complete halt with the termination of WEPAN's grants, which will have a significant impact on the STEM community's ability to create opportunities for all and contribute to innovation, public health, safety, economic growth, and environmental sustainability.

43.    The terminations harm WEPAN's mission of broadening and supporting participation of women and underrepresented groups – including, but not limited to, people of color, the LGBTQ community, those differently abled, etc. – in STEM.

**WEPAN's Members Rely on NSF Grant Funding for their Work**

44.    I understand that in April and May 2025, NSF terminated not only active awards to WEPAN itself but also numerous active awards to WEPAN's *members*. I understand that these terminations of awards to WEPAN's members came without any previous process or communication from NSF about termination of the projects. I further understand that the notices contain little explanation for the terminations, and no explanation with respect to the intellectual merit or broader impact of the underlying project; instead, the notices recite that "NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that

they no longer effectuate the program goals or agency priorities. This is the final agency

decision and not subject to appeal."

45.    WEPAN members rely heavily on funding from NSF. NSF grants and awards are

essential to our members' ability to support a wide range of activities, from developing

institutional transformation strategies that reduce barriers for tenure-track women faculty in

engineering, to creating equity-focused leadership development programs that support the

advancement of those with marginalized identities in STEM. NSF grants and awards are also

essential for social scientific research that informs these strategies, programs, and activities. I

understand that WEPAN members have reasonably relied on the continued receipt of NSF grants

that have already been awarded and, in general, on the continued availability of NSF grants and

awards to support work that is consistent with congressional mandates of the NSF.

46.    The mass termination of grants and awards by the NSF has already severely

impacted our members' work by disrupting ongoing programs and making it difficult, if not

impossible, to plan for the future. It has directly harmed individuals whose jobs are supported by

this funding. And if allowed to continue unabated, these terminations will have a severely

negative impact.

**"Returned" Grant Proposals**

47.    WEPAN had two pending grant proposals that were "Returned" by NSF on or

about June 13, 2025. This status is unprecedented – typically the status would either be

"Awarded" or "Declined." WEPAN has not received any communication clarifying what the

"Returned" status means. I am concerned these proposals were not fairly considered or

considered at all. I provide details on these proposals below.

### PISE Proposal

48.    On October 21, 2024, in response to a solicitation by NSF for proposals, WEPAN

submitted to the NSF's "INCLUDES Design and Development Launch Pilot" (DDLP) program a

grant proposal for a project called the "Preparing Inclusive STEM Educators (PISE) initiative"

(the "PISE DDLP project") seeking $599,930 with a project start date of June 2025.  NSF's

solicitation for proposals <u>states</u> that "[t]he INCLUDES Initiative encourages the submission of

proposals that focus on scaling up broadening participation innovations and entrepreneurship in

STEM…. To broaden participation in STEM, it is necessary to address issues of equity,

inclusion, and access in STEM education, training, and careers."

49.    The PISE DDLP project, if funded, will focus on the preparation of future K12

educators, both teachers and administrators, to create more inclusive classrooms, schools, and

districts to ultimately broaden participation in STEM among students from marginalized

backgrounds, particularly those residing in the Southern region of the United States.

50.    As of June 12, 2025, the PISE DDLP grant proposal was still listed on NSF's

website research.gov as "pending."  Attached as **Exhibit E** is a screenshot from research.gov

showing this "pending" status as of June 12.  To the best of my knowledge, WEPAN has not

received any communication about the PISE DDLP grant proposal from a program officer NSF.

It is unusual for a grant application to remain listed as "pending" over seven months after it was

received, particularly without communication from the corresponding program officer at NSF.

51.    On Friday, June 13, WEPAN received notification that "the U.S. National Science

Foundation (NSF) is not considering your proposal referenced above for funding."  This is

different from a typical decline following the peer review process - WEPAN has never received

a message like this before, even when a grant proposal was declined.

52.     NSF explained the denial saying: "NSF has determined that it does not effectuate NSF program goals or agency priorities.  Please see the Update on NSF priorities webpage for further information.  If NSF received any reviews on your proposal, those reviews are available to you in Research.gov.  Any such reviews were not considered in the agency's decision to return your proposal.  If you would like further information concerning this action, please review the NSF Proposal & Award Policies & Procedure Guide Chapter IV.B, the FAQ found on the Update on NSF priorities webpage, or contact the cognizant official whose name and e-mail address are provided below."

53.     On or about June 13, 2025, the NSF website reflected that the PISE grant application changed from "Pending" to "Returned."  This status is unprecedented – typically the status would either be "Awarded" or "Declined." WEPAN has not received any communication clarifying what the "Returned" status means.

54.     On or about June 16, 2025, NSF's reviews of the PISE grant proposal became available to the grant's PI and co-PIs on research.gov.  Four NSF reviewers - all experts in their respective fields relative to the grant subject matter – reviewed the PISE grant application.  The review summary for PISE states the PISE application is "competitive," and all four panel members agree the project is led by "a well qualified team" and "supported by well-established infrastructure."  Further, two of the reviewers gave the grant application the highest score possible – "Excellent."

**NESTED Proposal**

55.     On November 6, 2024, WEPAN submitted a grant proposal, for a project called "ADVANCE Partnership: Nurturing Equitable STEM Future Faculty Development through STEM Professions" (NESTED) via NSF's "ADVANCE" program.  WEPAN submitted this

proposal in response to a solicitation by NSF for proposals seeking $1,249,982 with a program

start date of July 1, 2025. The NSF's solicitation for proposals states that "[t]he ADVANCE

program contributes to the National Science Foundation's goal of a more diverse and capable

science and engineering workforce," and it further states that "the NSF ADVANCE program

seeks to build on prior NSF ADVANCE work and other research and literature concerning

gender, racial, and ethnic equity."

56.     On or about June 16, 2025, the NSF website reflected that the NESTED grant

application changed from "Pending" to "Returned."  Again, this status is unprecedented –

typically the status would either be "Awarded" or "Declined."  WEPAN has not received any

communication clarifying what the "Returned" status means.

57.     The NESTED program is designed to build upon the success of one of WEPAN's

existing programs funded by NSF, the ACCESS+ program (described below), by supporting

STEM professional societies in the development of diverse and inclusive STEM communities by

increasing the recruitment and retention of diverse populations through interventions focused on

organizational leadership, future faculty, and current members of the professoriate.

58.     As of June 12, 2025, the NESTED grant proposal was still listed on the NSF's

website research.gov as "pending."  Attached as **Exhibit E** is a screenshot from research.gov

showing this "pending" status as of June 12.  To the best of my knowledge, WEPAN has not

received any communication about the NESTED grant proposal from a program officer NSF.  It

is unusual for a grant application to remain listed as "pending" over seven months after it was

received, particularly without communication from the corresponding program officer at NSF.

**Conclusion**

59.     The NSF's termination of previously approved NSF grants to WEPAN will

undermine the NSF's mission to provide support for basic scientific and engineering research,

and to be a primary contributor to mathematics, science, and engineering education at academic

institutions in the United States.  Grant terminations result in discontinuation of projects that

serve the NSF mission.  These harms are ongoing and, in many instances, irreparable.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct. Executed this 17th day of June 2025, in Mesa, Arizona.
                                                                      .

Dr. Rochelle Williams

Docusign Envelope ID: 6AA0D4F8-51A9-447E-AED5-C3BD0322C4A6

# EXHIBIT A

## Heather Metcalf

| | |
|---|---|
| **From:** | jgosey@nsf.gov |
| **Sent:** | Friday, April 16, 2021 9:05 AM |
| **To:** | president@wepan.org |
| **Cc:** | ershela@wepan.org; heather@wepan.org; jdearo@nsf.gov; ngass@nsf.gov; sallen@nsf.gov; sholland@nsf.gov; tedquist@nsf.gov; ymcilwai@nsf.gov |
| **Subject:** | NSF Award Notice for Award ID 2121468 - Amendment ID 001 |

---

### NATIONAL SCIENCE FOUNDATION
#### Award Notice

**Award Number (FAIN):** 2121468

**Managing Division Abbreviation:** HRD                                   **Amendment Number: 001**

#### AWARDEE INFORMATION

**Award Recipient:** Wepan Inc
**Awardee Address:** 1818 N Street, NW Washington, DC 20036-2476
**Official Awardee Email Address:** president@wepan.org
**Unique Entity Identifier (DUNS ID):** 155168904

#### AMENDMENT INFORMATION

**Amendment Type:** Other Admin No Fund Actions
**Amendment Date:** 04/16/2021
**Amendment Number:** 001
**Proposal Number:** Not Applicable
**Amendment Description:**

The purpose of this amendment is to change the PI or co-PI in accordance with the Change PI and Add/Change Co-PI request submitted on 04/07/2021. Effective with this amendment, the project is now under the direction of Heather Metcalf, Ershela L Sims.

Except as modified by this amendment, the award conditions remain unchanged.

Â

#### AWARD INFORMATION

**Award Number (FAIN):** 2121468
**Award Instrument:** Cooperative Agreement
**Award Date:** 02/23/2021
**Award Period of Performance:** Â  Start Date: 02/01/2021 Â Â Â  End Date: 08/31/2022
**Project Title:** The ADVANCE Resource and Coordination Network
**Managing Division Abbreviation:** HRD
**Research and Development Award:** Yes

**Funding Opportunity:** NSF 16-594 ADVANCE: Increasing the Participation and Advancement of Women in Academic Science and Engineering Careers
**CFDA Number and Name:** 47.076 Education and Human Resources

## FUNDING INFORMATION

**Amount Obligated by this Amendment:** $0
**Total Intended Award Amount:** $5,000,000
**Total Approved Cost Share or Matching Amount:** $0
**Total Amount Obligated to Date:** $2,803,912

## PROJECT PERSONNEL

**Principal Investigator:** Heather Metcalf     **Email:** heather@wepan.org     **Institution:** Wepan Inc

**Co-Principal Investigator:** Ershela L Sims     **Email:** ershela@wepan.org     **Institution:** Wepan Inc

## NSF CONTACT INFORMATION

**Managing Grants Official** (Primary Contact)
**Name:** Jannele L. Gosey
**Email:** jgosey@nsf.gov

**Awarding Official**
**Name:** Jannele L. Gosey
**Email:** jgosey@nsf.gov

**Managing Program Officer**
**Name:** Jessie A. Dearo
**Email:** jdearo@nsf.gov

## GENERAL TERMS AND CONDITIONS

This Cooperative Agreement (CA) is entered into between the United States of America, represented by the National Science Foundation (NSF), and the above named Awardee pursuant to the authority of the National Science Foundation Act of 1950, as amended (42 USC 1861-1875). This CA is provided electronically to the Awardee. The Awardee is responsible for full compliance with all Programmatic and Financial/Administrative Terms and Conditions as initially stated or as updated over the life of this CA. The Awardee's request to draw down funds under this CA will represent acceptance by the Awardee of all Terms and Conditions of the CA. The Authorized Organizational Representative (AOR) will be electronically notified of any changes to these Terms and Conditions and is encouraged to immediately review these changes and contact the Grants and Agreements Official or Program Officer within thirty days with any questions.

CA-FATC

This award is subject to the Cooperative Agreement Financial & Administrative Terms and Conditions (CA-FATC), dated 11/12/2020, available at https://www.nsf.gov/awards/managing/co-op_conditions.jsp.

To view the Award Document in FastLane go to:
https://www.fastlane.nsf.gov/researchadmin/emailLoginHome.do?awardId=2121468&amendmentId=001

## FATC AND PTC

Docusign Envelope ID: 8AA0D4F8-51A9-447E-AED5-C3BD0322C4A6

<u>Financial and Administrative Terms and Conditions (FATC)</u>

Except as modified by this amendment, the award conditions remain unchanged.

<u>Programmatic Terms and Conditions (PTC)</u>

Except as modified by this amendment, the award conditions remain unchanged.

Â

Docusign Envelope ID: 6AA0D4F8-51A9-447E-AED5-C3BD9322C4A6

# EXHIBIT B

## Notice from National Science Foundation
5 messages

**NSF Grants** <grants005@nsf.gov>                                                    Fri, May 2, 2025 at 10:04 AM
To: "ershela@wepan.org" <ershela@wepan.org>
Cc: "president@wepan.org" <president@wepan.org>

**U.S. National Science Foundation Division of Grants and Agreements**
**2415 Eisenhower Avenue**
**Alexandria, Virginia 22314**
**(703) 292-8210**

05/02/2025

Ershela Sims
Executive Director and CEO
Wepan Inc
ershela@wepan.org

Dear Ershela Sims:

The U.S. National Science Foundation (NSF) has undertaken a review of its award portfolio. Each award was carefully and individually reviewed, and the agency has determined that termination of certain awards is necessary because they are not in alignment with current NSF priorites.

Effective immediately, the following are terminated:

| NSF Award Id |
|---|
| 2017953 |
| 2121468 |

NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

Costs incurred as a result of this termination may be reimbursed, provided such costs would otherwise be allowable under the terms of the award and the governing cost principles. In accordance with your award terms and conditions, you have 30 days from the termination date to furnish an itemized accounting of allowable costs incurred prior to the termination date.

Sincerely,

Jamie H. French, Division Director
Office of Budget Finance and Award Management (BFA)
Division of Grants and Agreements (DGA)

# EXHIBIT C

# NATIONAL SCIENCE FOUNDATION

### Award Notice

**Award Number (FAIN):** 2017953
**Managing Division Abbreviation:** HRD                    **Amendment Number:** 000

## AWARDEE INFORMATION

**Award Recipient:** Wepan Inc
**Awardee Address:** 2995 55th St Unit 20083 Boulder, CO 803085325
**Official Awardee Email Address:**info@wepan.org
**Unique Entity Identifier (DUNS ID):** 155168904

## AMENDMENT INFORMATION

**Amendment Type:** New Project
**Amendment Date:** 08/21/2020
**Amendment Number:** 000
**Proposal Number:** 2017953
**Amendment Description:**

The National Science Foundation hereby awards a Standard Grant for support of the project described in the proposal referenced above as modified by revised budget dated 08/21/2020, and email dated 08/21/2020.

The Foundation authorizes the awardee to enter into the proposed subaward arrangement and to fund the subaward with award funds up to the amount indicated in the approved budget or NSF-approved post award request. The subaward should contain appropriate provisions consistent with Appendix B of the Research Terms and Conditions (RTC) dated December 10, 2018, or Articles 8.a.4. and 9 of the NSF Grant General Conditions (GC-1) dated February 25, 2019 (as appropriate), as well as any special conditions included in this award.

Funds provided for participant support may not be diverted by the awardee to other categories of expense without the prior written approval of the cognizant NSF Program Officer. Since participant support cost is not a normal account classification, the awardee organization must be able to separately identify participant support costs. It is highly recommended that separate accounts, sub-accounts, sub-task, or sub-ledgers be established to accumulate these costs. The awardee should have written policies and procedures to segregate participant support costs.

Consistent with 2 CFR 200.414(f), this grant includes a de minimus indirect cost rate of 10% of modified total direct costs (MTDC) in the approved budget.

## AWARD INFORMATION

**Award Number (FAIN):** 2017953
**Award Instrument:** Standard Grant
**Award Date:** 08/21/2020
**Award Period of Performance:**   Start Date: 09/01/2020    End Date: 08/31/2023
**Project Title:** ADVANCE Partnership: ACCESS+ Initiative to Leverage STEM Professional Societies to Accelerate Diversity, Equity, and Inclusion Systemic Change in STEM Academic Professions
**Managing Division Abbreviation:** HRD
**Research and Development Award:** Yes
**Funding Opportunity:** NSF 19-552 ADVANCE: Organizational Change for Gender Equity in STEM Academic Professions
**CFDA Number and Name:** 47.076 Education and Human Resources

## FUNDING INFORMATION

**Amount Obligated by this Amendment:** $1,314,999
**Total Intended Award Amount:** $1,314,999
**Total Approved Cost Share or Matching Amount:** $0
**Total Amount Obligated to Date:** $1,314,999
**Expenditure Limitation:** Not Applicable

## PROJECT PERSONNEL

| | | |
|---|---|---|
| **Principal Investigator:** Gretalyn Leibnitz | **Email:** advanceaimnetwork@gmail.com | **Institution:** Wepan Inc |
| **Co-Principal Investigator:** Linda P Katehi | **Email:** katehi@exchange.tamu.edu | **Institution:** Texas A&M Engineering Experiment Station |
| **Co-Principal Investigator:** Donald L Gillian-Daniel | **Email:** dldaniel@wisc.edu | **Institution:** University of Wisconsin-Madison |
| **Co-Principal Investigator:** Heather Metcalf | **Email:** metcalf@awis.org | **Institution:** Association for Women in Science, Inc. |
| **Co-Principal Investigator:** Veronica A Segarra | **Email:** vsegarra@highpoint.edu | **Institution:** High Point University |

## NSF CONTACT INFORMATION

| | | |
|---|---|---|
| **Managing Grants Official** (Primary Contact) **Name:** Jannele L. Gosey **Email:** jgosey@nsf.gov | **Awarding Official Name:** Jannele L. Gosey **Email:** jgosey@nsf.gov | **Managing Program Officer Name:** Jessie A. Dearo **Email:** jdearo@nsf.gov |

## GENERAL TERMS AND CONDITIONS

This is awarded pursuant to the authority of the National Science Foundation Act of 1950, as amended (42 U.S.C. 1861-75) and is subject to Research Terms and Conditions (RTCs) dated 03/14/2017, and NSF Agency Specific Requirements, dated 02/25/2019, available at https://www.nsf.gov/awards/managing/rtc.jsp.

This award is made in accordance with the provisions of NSF Solicitation: NSF 19-552 ADVANCE: Organizational Change for Gender Equity in STEM Academic Professions.

## BUDGET

| A. Senior Personnel | |
|---|---|
| Senior Personnel Count | 3.00 |
| Senior Personnel Calendar Months | 4.00 |
| Senior Personnel Academic Months | 2.00 |
| Senior Personnel Summer Months | 0.00 |
| Senior Personnel Amount | $61,818 |
| **B. Other Personnel** | |
| **Post Doctoral Scholars** | |
| Post Doctoral Count | 0.00 |
| Post Doctoral Calendar Months | 0.00 |
| Post Doctoral Academic Months | 0.00 |
| Post Doctoral Summer Months | 0.00 |
| Post Doctoral Amount | $0 |
| **Other Professionals** | |
| Other Professionals Count | 1.00 |
| Other Professionals Calendar Months | 3.00 |
| Other Professionals Academic Months | 0.00 |
| Other Professionals Summer Months | 0.00 |
| Other Professionals Amount | $0 |
| **Graduate Students** | |
| Graduate Students Count | 0.00 |
| Graduate Students Amount | $0 |
| **Undergraduate Students** | |

| | |
|---|---:|
| Undergraduate Students Count | 0.00 |
| Undergraduate Students Amount | $0 |
| **Secretarial - Clerical** | |
| Secretarial - Clerical Count | 0.00 |
| Secretarial - Clerical Amount | $0 |
| **Other** | |
| Other Count | 0.00 |
| Other Amount | $0 |
| *Total Salaries and Wages (A+B)* | $61,818 |
| **C. Fringe Benefits** | $11,127 |
| *Total Salaries, Wages, Fringe Benefits (A + B + C)* | $72,945 |
| **D. Equipment** | $0 |
| **E. Travel** | |
| Domestic | $120,285 |
| International | $0 |
| **F. Participant Support Costs** | |
| Participant Support Costs Stipends | $0 |
| Participant Support Costs Travel | $59,400 |
| Participant Support Costs Subsistence | $71,379 |
| Participant Support Costs Other | $0 |
| Total Number of Participants | 99.00 |
| *Total Participant Costs (F)* | $130,779 |
| **G. Other Direct Costs** | |
| Materials Supplies | $159,540 |
| Publication Costs | $6,000 |
| Consultant Services | $545,110 |
| Computer Services | $540 |
| Subawards | $119,346 |
| Other | $61,373 |
| *Total Other Direct Costs (G)* | $891,909 |
| **H. Total Direct Costs (A Through G)** | **$1,215,918** |
| **I. Indirect Costs*** | **$99,081** |
| **J. Total Direct and Indirect Costs (H + I)** | $1,314,999 |
| **K. Fees** | $0 |
| **L. Total Amount of Request (J) OR (J + K)** | **$1,314,999** |
| **M. Cost Sharing Proposed Level** | $0 |

*Indirect Cost Rates

| Item Name | Indirect Cost Rate |
|---|---|
| All Directs-Subward above $25,000(i.e. 3641.00) | 25.0000% |

These rates are at the time of award and are based upon the budget submitted to the NSF. It does not include any out-year adjustments. The NSF will not modify awards simply to correct indirect cost rates cited in the award notice. See the Proposal & Award Policies & Procedures Guide (PAPPG) Chapter X.A.3.a. for guidance on re-budgeting authority.

# EXHIBIT D

# TERMINATION OF SUBAWARD# 1562798 / NSF AWARD# 2204380 / CU PI Huber Ward

13 messages

**ocgsubs** <ocgsubcontracts@colorado.edu>                                      Mon, Apr 21, 2025 at 1:12 PM
To: "cedric@wepan.org" <cedric@wepan.org>, Ershela Sims <ershela@wepan.org>, "admin@wepan.org" <admin@wepan.org>
Cc: Jamie Huber Ward <Jamie.Ward@colorado.edu>, Lauren Von Roenn <vonroenn@colorado.edu>, Lauren Crow Jones
<Lauren.C.Jones@colorado.edu>, Terry Hogan <Terry.Hogan@colorado.edu>, J Butler <j.butler@colorado.edu>

Hi WEPAN Team,

The Office of Contracts and Grants at the University of Colorado Boulder has received an Award Termination for the project,
ADVANCE Partnership: Advancing Gender Equity in Computing and Engineering Academic Professions through Multi-Organization
Collaboration from NSF for which you are a subawardee. I understand that this news is difficult and may raise several questions for
you. Below are some basic details related to your award and this sponsor notification.

Sponsor: NSF

Project Title: ADVANCE Partnership: Advancing Gender Equity in Computing and Engineering Academic Professions through Multi-
Organization Collaboration

Award Number: 2204380

Subaward Number: 1562798

Award Start Date: 8/15/22

Award End Date: 7/31/26

Date Notice/Order was Received: 4/18/2025

Notice/Order Effective Date: 4/21/2025

An Award Termination from the sponsor officially ends a project and its funding before the original end date. A member of our
Subcontracts team will be reaching out shortly to begin closeout procedures. In the meantime, please do the following:

1. Stop all work on the subject project.
2. Assess whether minimal work must continue for health/life/safety reasons, including ensuring the health, welfare, and safety
   of all animals or human subjects involved in the study. Estimate cost/timeframe.
3. Submit final invoices and reports as required by the subaward.

Thanks,

**Andrew Osborn**

*Subcontract Officer*

*OnBase System Administrator / OnBase Workflow Designer*

**Office of Contracts and Grants (OCG)**

University of Colorado Boulder

3100 Marine Street Boulder, CO 80309

Office: 303-492-0219 *voicemails forward to email*

WEPAN
Women in Engineering ProActive Network

## Notice from National Science Foundation
5 messages

**NSF Grants** <grants005@nsf.gov>                                        Fri, May 2, 2025 at 10:04 AM
To: "ershela@wepan.org" <ershela@wepan.org>
Cc: "president@wepan.org" <president@wepan.org>

**U.S. National Science Foundation Division of Grants and Agreements**
**2415 Eisenhower Avenue**
**Alexandria, Virginia 22314**
**(703) 292-8210**

05/02/2025

Ershela Sims
Executive Director and CEO
Wepan Inc
ershela@wepan.org

Dear Ershela Sims:

The U.S. National Science Foundation (NSF) has undertaken a review of its award portfolio. Each award was carefully and individually reviewed, and the agency has determined that termination of certain awards is necessary because they are not in alignment with current NSF priorites.

Effective immediately, the following are terminated:

| NSF Award Id |
| --- |
| 2017953 |
| 2121468 |

NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

Costs incurred as a result of this termination may be reimbursed, provided such costs would otherwise be allowable under the terms of the award and the governing cost principles. In accordance with your award terms and conditions, you have 30 days from the termination date to furnish an itemized accounting of allowable costs incurred prior to the termination date.

Sincerely,

Jamie H. French, Division Director
Office of Budget Finance and Award Management (BFA)
Division of Grants and Agreements (DGA)

# EXHIBIT E

