# EXHIBIT 2

## Declaration of Beth A. Cunningham, Ph.D.

I, Beth A. Cunningham, declare that the statements below are true and correct to the best of my knowledge.  I am over the age of 18 and have personal knowledge of these facts and matters, and if called as a witness, I could and would testify competently to them.

**Professional Background**

1.      I am the Chief Executive Officer of the American Association of Physics Teachers, Inc. ("AAPT").

2.      AAPT is a professional association of scientists dedicated to enhancing the understanding and appreciation of physics through education at both the K-12 level and at colleges and universities.  AAPT promotes and improves physics education by, among other things, (1) organizing and hosting conferences, workshops, and symposia that provide opportunities for attendees to share information about educational innovations, results, physics educational resources; (2) providing teaching resources, including peer-reviewed journals and other online teaching and learning resources for physics education; (3) organizing and hosting physics competitions and contests; and (4) making awards and grants to physics educators and physics students.

3.      I have served as CEO of AAPT since 2021, and I was Executive Officer of AAPT from 2011 through 2021.  Before joining AAPT, from 2006 to 2010, I was Provost, Dean of the Faculty, and Professor of Physics at Illinois Wesleyan University.  From 1989 to 2006, I taught at Bucknell University as a Professor of Physics (2000-2006), Associate Professor (1995–2002) and Assistant Professor (1989–1995).

**Projects Affected by National Science Foundation ("NSF") Priority Changes**

4.      Before April 25, 2025, AAPT was awarded grants from the U.S. National Science Foundation ("NSF") totaling more than $37.9 million in anticipated total award funding.  NSF is

an agency of the United States federal government that supports research and education in fields of science and engineering.  I understand that Congress has directed by statute that NSF award grants to eligible entities to increase the participation of underrepresented populations in STEM fields, including women, minorities, and people with disabilities.  The funding AAPT receives from NSF supports critical programs that enhance U.S. scientific competitiveness and contribute to the national interest by promoting the full use of human resources in physics and related STEM (science, engineering, technology, and mathematics) disciplines, including the full development and use of scientific talents and skills of women, minorities, and persons with disabilities.  Hundreds of thousands of Americans benefit from these AAPT programs.

5.      Recently, NSF terminated two active NSF grants that were made directly to AAPT, as well as a third active NSF grant under which AAPT was an active sub-grantee.  I describe each of these grants, the projects they were awarded to fund, and the NSF's recent termination of them below.

***STEP UP Award***

6.      On October 5, 2022, in response to a solicitation by NSF for proposals, AAPT submitted a grant proposal to NSF's Discovery Research K-12 Program ("DRK-12") under NSF's Division of Research on Learning in Formal and Informal Settings, which is part of NSF's Directorate for STEM Education.  A copy of AAPT's proposal (NSF Proposal No. 2300609) is attached as **Exhibit A**, starting at the fifth page of that exhibit.  NSF's website states that the goal of the DRK-12 program is to "catalyze research and development that enhances all preK-12 teachers' and students' opportunities to engage in high-quality learning experiences related to the sciences, technology, engineering, and mathematics (STEM)."  Attached as **Exhibit B** is a printout of a page on NSF's website (printed on June 10, 2025) that contains the foregoing statement.

7.      AAPT's proposal, entitled "Collaborative Research: Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Actions," was for a four-year project that seeks to address the historic marginalization of women and minoritized racial/ethnic (MRE) groups in physics.  The project is a collaboration by and between AAPT and two other organizations:  Florida International University and the American Physical Society. The aim of the project is to co-design, test, and disseminate professional learning (PL) for high school physics teachers, specifically targeting the implementation of inclusive and equitable practices that support physics identity development and persistence of women and MRE groups. The project leverages the existing national network of over 1,800 high school physics teachers established by the project, which is called STEP UP.  Teachers play a crucial role in students' transition to college and their decisions regarding what to study.  STEP UP challenges prevailing narratives about who can do physics and what constitutes physics, and it provides an Everyday Actions Guide (EAG) for inclusion and equity.  Teachers have expressed a continuous need for additional professional learning (PL) to effectively implement the EAG. In response, the project's goal is to co-design a PL program with teachers, testing its impact on teacher and student outcomes through design-based research (DBR) and an experimental study, and propagating the evidence-based PL program to hundreds of high school physics teachers. Overall, the project aims to support high school physics teachers across the nation in implementing and enhancing their inclusive practices. The project seeks to ultimately impact over 10,000 students.  I am the principal investigator on the project for AAPT.

8.      On September 7, 2023, NSF accepted AAPT's proposal and awarded AAPT a grant (Award No. 2300609) (the "STEP UP Award"). The Award Notice stated that NSF was obligated in the amount of $249,966, and that the total intended award amount was $249,966.

3

The Award Notice provided that the period of performance was from September 15, 2023, through August 31, 2027.  Payment was to be made in installments during the life of the funded project.  A copy of the Award Notice is attached as **Exhibit C**. The award covered salaries and wages for work by eight senior personnel, including the project's principal investigator (me).

9.      In my experience, and as stated in NSF's Proposal & Award Policies and Procedures Guide, all proposed projects submitted to NSF are evaluated for both intellectual merit and broader societal impacts and must score highly in both areas to be awarded funding.

10.     At the time funded (and at all times since), the STEP UP Award has aligned with NSF's statutory mission of supporting basic scientific and engineering research, and contributing to mathematics, science, and engineering education in the United States.  It has also aligned with what I understand is NSF's statutory directive to increase the participation of underrepresented populations in STEM fields, including women, minorities, and people with disabilities.  The project funded by the STEP UP Award advances this mission and directive.  NSF recognized as much when, after careful consideration in its rigorous peer-reviewed funding process, it approved funding for the projects.

11.     Nevertheless, on April 25, 2025, AAPT received an email (the "April 25 Termination Email") from the address "grants005@nsf.gov," purporting to be from Jamie H. French, Division Director, Office of Budget Finance and Award Management, Division of Grants and Agreements.  The April 25 Termination Email stated that the NSF "ha[d] determined that termination of certain awards is necessary because they are not in alignment with current NSF priorites [sic]."  It purported to terminate award 2300609 (the STEP UP Award), and it further stated:

> NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled

'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

A printout of the April 25 Termination Email is attached as **Exhibit D**.

12.     Although the April 25 Termination Email refers to "NSF Grant General Conditions (GC-1)," there is no reference to "NSF Grant General Conditions (GC-1)" in the Award Notice for the STEP UP Award.  Instead, the STEP UP Award Notice says that the award is subject to the "Research Terms and Conditions (RTCs) dated 11/12/2020, and NSF Agency Specific Requirements, dated 01/30/2023."  *See* Exhibit C.

13.     A total of $218,218, or approximately 87% of the STEP UP Award, remained unpaid at the time of the termination, for future work on the project, and was cancelled by NSF.

14.     In my experience, termination of an active project's funding is rare.  To my knowledge, prior to April 2025, AAPT never had any project funding from NSF terminated, for any reason.  To my knowledge, prior to April 2025, termination of NSF grants to other grantees has been rare, and termination generally has only occurred in cases of scientific or budgetary misconduct, typically with prior notice and an opportunity to respond and correct any underlying issues.

***OPTYCs Award***

15.     On June 2, 2022, in response to a solicitation by NSF for proposals, AAPT submitted a grant proposal to NSF's "Advancing Innovation and Impact in Undergraduate STEM Education at Two-Year Institutions of Higher Education" Program, under the NSF's Directorate for Education and Human Resources.  A copy of AAPT's proposal is attached as **Exhibit E**.  The NSF's "Advancing Innovation and Impact in Undergraduate STEM Education at Two-Year

5

Institutions of Higher Education" Program has supported research, development, implementation, and assessment to improve STEM education at the nation's two-year colleges.

16.    AAPT's proposal, entitled "Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year Colleges (OPTYCs)" (the "OPTYCs Award"), was for a four-year project designed to create and operate a professional organization for physics educators at two-year colleges.  There are over 1,000 two-year colleges in the country that offer physics courses to more than 215,000 students per year, yet there is a scarcity of programs dedicated to discipline-specific professional development for physics educators in a two-year college setting.  This project fills this critical gap by providing sustained support to physics faculty through professional development activities aimed at multiple career levels; leadership development; diversity,equity, and inclusion (DEI) training; and creating a culture of physics education research that includes two-year college faculty and students. The project puts forth a suite of individuals, partners, and advisors that bring significant expertise to the development of a national community of practice designed specifically for two-year college faculty.  This project ultimately seeks to transform the two-year college physics teaching community by creating a cohesive, inclusive, diverse, and future-focused organization that is responsive to the evolving goals of physics educators on a national scale.  With an estimated 50 students per year per instructor, over the course of the five-year grant period the project seeks to positively impact 110,000 students taking physics classes at two-year colleges.

17.    On June 16, 2022, NSF accepted AAPT's proposal and awarded AAPT a grant (Award No. 2212807 (the "OPTYCs Award").  The Award Notice stated that NSF was obligated in the amount of $2,922,997, and that the total intended award amount was $2,922,997.  The

Award Notice provided that the period of performance was from July 1, 2022, through June 30, 2026. Payment was to be made in installments during the life of the funded project. A copy of the Award Notice is attached as **Exhibit F**. The award covered salaries and wages for work by sixteen senior personnel, including principal investigator Kristne Lui.

18.    At the time funded (and at all times since then), the OPTYCs Award has aligned with NSF's statutory mission of supporting basic scientific and engineering research, and contributing to mathematics, science, and engineering education in the United States. It has also aligned with what I understand is NSF's statutory directive to increase the participation of underrepresented populations in STEM fields, including women, minorities, and people with disabilities. The project funded by the OPTYCs Award advances this mission and directive. NSF recognized as much when, after careful consideration in its rigorous peer-reviewed funding process, it approved funding for the project.

19.    Nevertheless, on May 9, 2025, AAPT received an email (the "May 9 Termination Email") from the address "grants005@nsf.gov," purporting to be from Jamie H. French, Division Director, Office of Budget Finance and Award Management, Division of Grants and Agreements. The May 9 Termination Email stated that the NSF "ha[d] determined that termination of certain awards is necessary because they are not in alignment with current NSF priorities." It purported to terminate award 2212807 (OPTYCs Award), and it further stated:

> NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

A printout of the May 9 Termination Email is attached as **Exhibit G**.

20. Although the May 9 Termination Email refers to "NSF Grant General Conditions (GC-1)," there is no reference to "NSF Grant General Conditions (GC-1)" in the Award Notice for the OPTYCS award. Instead, the OPTYCs award notice says that the award is subject to the "Research Terms and Conditions (RTCs) dated 11/12/2020, and NSF Agency Specific Requirements, dated 05/13/2022." *See* Exhibit F.

21. A total of $1,490,469 or approximately 51% of the OPTYCs Award remained unpaid at the time of the termination, for future work on the project, and was cancelled by NSF.

*SEA Change Award*

22. I am informed and believe that in 2019, the NSF awarded a grant (Award No. 1841687) to the American Association for the Advancement of Science (AAAS), for a multi-year project called "STEM Equity Achievement (SEA Change)" ("SEA Change Award"). I understand this grant was made by the NSF as part of its "ADVANCE" Program, a cross-directorate program involving multiple NSF Directorates. I understand that the SEA Change project establishes a voluntary system of continuous self-assessment and recognition for colleges and universities working on institutional transformation to remove unnecessary barriers to success in science, technology, engineering, mathematics, and medicine (STEMM). Attached as **Exhibit H** is a printout of a page on NSF's website (as of June 5, 2025) that provides information on the SEA Change project and its associated NSF grant. Based on NSF records, I understand that the SEA Change project was funded by NSF in 2019 and was further funded in 2023, for a total intended amount of $1,899,743.

23. In January 2024, AAPT entered into a Subaward Agreement with AAAS, under which AAPT obtained a sub-award under the SEA Change Award. Under the Subaward Agreement, AAPT agreed to perform work on the funded project, in exchange for payment from AAAS funded by funds provided by NSF under the SEA Change Award. Under its Subaward

8

Agreement with AAAS, AAPT agreed to work on an extension project called "Advance 2.0: SEA Change," and was to be paid $543,700 for its work on the project. The "Advance 2.0: SEA Change" project is focused on removing unnecessary barriers in physics and astronomy departments at colleges and universities in the United States. The aim is to create environments where every student, faculty member, and staff member in the department can succeed. Participating physics and astronomy departments complete a self-assessment, reflect on the data, and make a 5-year action plan to address DEI issues they find. They receive various support while working on their self-assessment and action plans including individual consulting and group meetings. They then apply with a narrative and their action plan, which is reviewed by a panel of peers. The panel makes an award recommendation, with final decisions made by the disciplinary societies committee administering the award. The Awarded departments receive a physical trophy at one of the aforementioned society's meetings. If a department receives an award, they then implement their action plan and continue to receive similar guidance and support. The project seeks to recruit 15 new departments per year. Based on the data of 26 departments participating as of May 2, 2025, the program's impact is at least 60,000 undergraduate students, 1200 graduate students, and 550 full-time equivalent faculty.

24.     The SEA CHANGE Award was (and is) aligned with NSF's statutory mission of supporting basic scientific and engineering research, and contributing to mathematics, science, and engineering education in the United States. It is also aligned with what I understand is NSF statutory directive to increase the participation of underrepresented populations in STEM fields, including women, minorities, and people with disabilities. The project funded by the SEA Change Award advances this mission and directive. NSF recognized as much when, after careful consideration in its rigorous peer-reviewed funding process, it approved funding for the project.

25.     Nevertheless, on May 5, 2025, AAPT received a letter from AAAS dated May 2, 2025, stating that "NSF has just informed AAAS of their determination that continued funding under the [SEA Change Award] is not in alignment with their current priorities, and as a result, such funding is immediately discontinued."  AAAS's letter further stated that "[d]ue to the termination of the grant funds originally allocated and necessary to continue the work" under the associated Subaward Agreement with AAPT, "we must immediately terminate" the Subaward Agreement with AAPT.  The AAAS's letter is attached as **Exhibit I**.

26.     A total of $335,679 or approximately 62% of the sub-award to AAPT under award 1841687 (SEA Change Award), remained unpaid at the time of the termination, for future work on the project, and was cancelled.

**Harms from NSF Funding Termination**

27.     The termination of the STEP UP Award, the OPYTCs Award, and the SEA Change Award will negatively impact the underlying projects, the teachers and students participating in them, AAPT, and the broader mission of supporting and broadening participation in physics and physics education.

28.     I anticipate that AAPT will not be able to secure sufficient alternative funding to allow us to complete, or fully fund, the projects these awards were made to fund.

29.     As a result, the termination of the awards will have a severe negative impact on AAPT's ability to conduct the programs the awards were made to fund—programs that are designed to support and broaden participation in physics and physics education, including participation by women and racial and ethnic minority groups in physics.  These programs—which specifically impact K-12 physics educators, Two-Year College faculty, and Four-Year College and University faculty—will need to be cut or substantially reduced in scope. Details on these impacts are provided below, for each grant:

a. **STEP UP Award**.  The grant termination means that the program can no longer support the community of K-12 physics educators, a total of up to around 28,000 individuals, interested in improving their teaching and better serving their students.  The STEP UP grant provided opportunities for K-12 physics educators to highlight for students career options in physics as well as reduce stereotype threat and biases often experienced by talented students from historically marginalized backgrounds, like women and girls.  The termination of the award means AAPT will not be able to complete the development of training materials to train teachers to effectively use everyday actions that foster a supportive learning environment for all students.  We will not be able to train K-12 physics educators to run local workshops for other K-12 physics educators to implement these actions in their classrooms.  We will not be able to hold a planned multi-day workshop for K-12 physics educators on activities related to the Everyday Actions Guide planned for July 2025.  We will not be able to evaluate the effectiveness of the materials and broaden the number of K-12 educators who use the Everyday Actions Guide.  Unless the grant is reinstated, teachers and kids both this year and in the future will not receive the benefits of the project services they otherwise would receive.  The long-term impact is that fewer K-12 students enter the physics pipeline to study physics in colleges and join the STEM workforce.

b. **OPTYCs Award**.  The NSF's termination of the OPTYCs grant means AAPT will need to lay off the AAPT employee who served as director for the OPTYCs project.  The grant termination also means AAPT will not be able to afford to pay

the project's external evaluator and thus the project team will no longer receive feedback on the project from the external evaluator.  The external evaluator is a paid consultant who was doing analysis of project's impact, which includes understanding the demographics of participants (*e.g.*, geographic location, career stage), analysis of outreach and impact (*e.g.*, what has helped reach participants, what do participants do after events), as well as how well OPTYCs was meeting their goals as stated in the proposal (*e.g.*, numbers of faculty reached).  The grant termination also means AATP will be unable to afford to continue to provide honoraria for the project's advisory board, which I expect will mean that the project team will receive substantially less feedback and support from the advisory board.  The advisory board consists of 5 individuals who provide advice on various activities throughout the year, meet in-person once a year to discuss the past activities with the OPTYCs team, and provide written feedback on the annual report by identifying areas that the OPTYCs team should consider addressing or leveraging to ensure the program meets its goals.  The advisory board members are offered honoraria for their time and travel funding to meet in-person to provide support and feedback for the project.  Losing this feedback undermines the program's ability to improve its offerings and set itself up for long term sustained success.  The OPTYCs team planned to meet with their advisory board during their in-person retreat in summer 2025 to plan how to sustain OPTYCs beyond the grant funding period.  The grant termination means that the in-person retreat with the advisory board will no longer happen, because the grant was needed to pay for the advisory board's travel.  It also means that the program

12

can no longer offer its in-person professional development, undermining the program's ability to support Two-Year College physics educators, especially those at the beginning stages of their careers and those who are the only ones on their campuses. For summer 2025, irreparable harm has been done. Two-Year College faculty participants who were to be supported for travel are unlikely to attend the AAPT Summer 2025 Meeting to disseminate their work and to help the OPTYCs team to refine our sustainability roadmap. The momentum and excitement has been shattered by the sudden termination of the grant, and the OPTYCs team's time and effort has been lost. Much of the final year of funding was to support the community to plan sustainability beyond grants. Also during the final year of the grant the OPTYCs was to help Two-Year College faculty travel to the national AAPT meetings to broadly disseminate our initial impacts, and cement the foundations that were started in the first years of funding. Because the final year of grant funding was cancelled prematurely, OPTYCs can no longer do so.

c. **SEA Change Award**. The termination of this award means that the SEA Change program will be drastically reduced in scope and impact. Among other impacts, AAPT will need to lay off a second AAPT employee, the person who served as director for this project. In addition, we will no longer be able to offer honoraria for SEA Change program reviewers, who are experts in physics or astronomy education, equity, and higher education. SEA Change program reviewers serve as a critical part of the program by providing feedback on narratives that describe the applicant department's context, and action plans to address areas for improvement. (The narratives and action plans are prepared by physics and

astronomy departments in institutions of higher education in the U.S. Program reviewers use these documents to recommend whether these departments should receive an award as part of the program.). Termination of the grant also means we will not be able fund the creation of physical awards for the physics and astronomy departments participating in the program that we otherwise would have provided. We also will be unable to offer departmental awardees modest funding for travel to receive their awards. We also will be unable to engage in-person recruiting of other physics and astronomy departments, which undermines our ability not only to recruit departments into the program but also reduces the visibility of the program during this critical stage of growing a relatively new program. (Our in-person recruiting efforts are time-sensitive, because the conferences where in-person recruiting occurs are only held 1-2 times per year; two conferences that the director intended to attend are held during summer 2025.) The longer-term impact of the grant termination is that the program will need to be scaled back, and I anticipate that fewer physics and astronomy departments will participate in this program in the future. And those who do continue to participate will not receive the full scope of planned services, including full support from a program director. (Before the SEA Change Award was terminated, the director provided participating physics and astronomy departments with full support, including monthly meetings with the departments, individual consulting with departments so that they can troubleshoot challenges or receive feedback on their work, and other information and opportunities that support their work in self-study or the creation of their action plans. For

awardees, full support has been quarterly meetings with other awardees, individual consulting, formal feedback on annual reports, and assistance in Years 4 and 5 of their award to either renew the award or move up a level.)  The termination of the SEA Change award will mean that fewer learning environments will be improved and transformed through the project to support their students, faculty, and staff.

30.    In total, because of the termination of the STEP UP Award, the SEA Change Award, and the OPYTCs Award, AAPT likely will have to lay off two staff members and reassign time for three other staff members who were partially paid by the grants.

31.    Because NSF is no longer funding these awards, AAPT is using its own funds to cover the salaries of two full-time staff members and partially support three additional staff members.  AAPT is also covering the cost of (a) hosting an OPYTCs workshop held during the week of May 12, 2025, immediately after the termination of the grant; and (b) hosting several OPYTCs events in August 2025.  Canceling these workshops after they have been scheduled and marketed, and not being able to deliver the projects' services and products as advertised because of a lack of funding, would cause AAPT to be negatively viewed and cause damage to AAPT's reputation.  We are also covering the cost of the two full-time staff members originally funded by OPYTCs and SEA Change to attend the 2025 Summer Meeting.  We estimate that as a result of the grant terminations, AAPT will bear additional expenses that total approximately $150,000 through August 2025, and additional expenses thereafter.

32.    The termination of the STEP UP Award, the SEA Change Award, and the OPYTCs Award will have other follow-on adverse impacts:

a.  The terminations will make establishing "proof of concept" for the projects more challenging, if not entirely infeasible.  Because of terminations, these projects have had to scale back what they are offering.  As a result of the sudden termination, the individuals running these programs must spend their time figuring out what to salvage. This alters what is being measured, as the offerings may be different as a result of not being able to prioritize programmatic activities as they have in the past. Thus, any future data collection is effectively measuring the impacts of a different program, making "proof of concept" more challenging to measure, as the "concept" has changed midstream.

b.  The grant terminations produce uncertainty as to whether the STEP UP, OPTYCs, and SEA Change programs will continue.  Many features of these programs require funding (*e.g.*, support for participants attending events, compensation for the program directors, etc.).  As a result, some future would-be participants may be less inclined to participate for fear of the program not continuing.  Fewer participants will attend other AAPT events such as the Summer and Winter national meetings, and many current and future participants will not consider joining AAPT as members.  The longer this uncertainty related to funding continues, the more likely AAPT's funded programs will shrink due to the uncertainty and reputational harms, which will cause irreparable damage to the programs. Fundamental metrics, like number of participants, are likely to decrease, rendering an accurate representation of metrics impossible, as these changes effectively change the programs themselves.

c.  Because we now have to reduce or eliminate many of the program elements of STEP UP, OPTYCs, and SEA Change for the worse, the data collected to date and the reduced amount of data to be collected in the future will suggest that these programs are not as successful as AAPT anticipates they would be if the full projects were completed. This will negatively impact broader buy-in from other educators, including physics educators who might be future participants or otherwise support these efforts through word-of-mouth advertising.  These programs often serve as gateways into membership of AAPT, and cutting elements of the programs decreases the opportunities for growth of leaders in AAPT.

d.  Due to the NSF grant terminations, the formal research being conducted as a part of the STEP UP, and OPTYCs, and SEA Change projects will now not be finalized or disseminated.  Scholarly publications and presentations are based on research data.  Without the full data set and analysis, the projects teams for these programs will not be able to add to their publication records, use the project results for career advancement, or leverage the results for future funding opportunities.

e.  The termination of the awards likely will also hurt AAPT's ability to recover the costs it incurs in preparing final reports for the projects.  Normally, an institution has 120 calendar days to submit all reports, including financial reports, after the grant ends (*see* CFR Section 200.344.b "Closeout"), and an institution is reimbursed for time spent on preparing final reports (see CFR Section 200.472.b "Closeout Costs").  As described in NSF's termination letters, AAPT was given

only 30 days "from the termination date to furnish an itemized accounting of allowable costs incurred prior to the termination date." AAPT will be unable to complete its final reports within the 30-day period specified in the termination letters. Thus, if NSF adheres to the 30-day deadline stated in its letters, AAPT will be unable to recover all of the costs, including the salary of personnel preparing final reports associated with closing out the grants and subaward.

**AAPT's Members Rely on NSF Grant Funding for their Work**

33.    I understand that in April and May 2025, NSF terminated not only active grants to AAPT itself but also numerous active grants that AAPT *members* have relied on for their work. I understand that these terminations of grants relied on by AAPT members came without any previous process or communication from NSF about termination of the projects. I further understand that the notices contain little explanation for the terminations, and no explanation with respect to the intellectual merit or broader impact of the underlying project; instead, the notices recite that "NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal."

34.    AAPT members rely heavily on funding from NSF. NSF grants are essential to our members' ability to support a wide range of activities, from Louis Stokes Alliance for Minority Participation programs to research into innovative teaching and learning. I understand that AAPT members have reasonably relied on the continued receipt of NSF grants that have already been awarded and, in general, on the continued availability of NSF grants to support work that is consistent with congressional mandates of the NSF.

18

35.     Accordingly, the mass termination of grants by the NSF has already severely impacted our members' work by disrupting ongoing programs and making it difficult, if not impossible, to plan for the future.  It has directly harmed individuals whose jobs are supported by this funding.  And if allowed to continue unabated, these terminations will have a severely negative impact on physics education.

**Recently Rejected NSF Grant Proposal**

36.     On November 6, 2024, in response to a solicitation from NSF for proposals under its "ADVANCE" program, AAPT submitted to the NSF a new grant proposal (NSF Proposal No. 2507608) for a project entitled "All Hands on Deck: Creating Multiple Pathways into the SEA Change program for Equity and Excellence Within Postsecondary Education." The NSF's website states that "[t]he ADVANCE program contributes to the National Science Foundation's goal of a more diverse and capable science and engineering workforce," and it further states that "the NSF ADVANCE program seeks to build on prior NSF ADVANCE work and other research and literature concerning gender, racial, and ethnic equity."  Attached as **Exhibit J** is a printout of that webpage as of June 9, 2025.  In its November 6, 2024 proposal, AAPT proposed a project that would scale up systemic change in higher education by solidifying partnerships across three parts of the SEA Change program (discussed in paragraphs 22-26): institutional, biomedicine, and physics and astronomy.

37.     On April 14, 2025, I contacted Jessie DeAro, the ADVANCE Program Officer,  to inquire about the status of AAPT's new grant proposal to the ADVANCE program via email.  I was told that AAPT's new grant proposal was still in the review process.

38.     But in early June 2025, I saw on NSF's website information indicating NSF has "archived" ADVANCE program.  I understand that this means NSF has cancelled the program

altogether.  As shown in the printout of the NSF webpage attached as Exhibit J, as of June 9, 2025, NSF's website indicates that NSF has "archived" the ADVANCE program altogether.

39.    On June 16, 2025, I received an email from the NSF acknowledging it had received AAPT's new grant proposal (Proposal No. 2507608), but further stating that "National Science Foundation (NSF) is not considering your proposal … for funding" and that "NSF has determined that it does not effectuate NSF program goals or agency priorities."  A screenshot of this email is attached as **Exhibit K**.

## Active Grants

40.    In 2022, in response to a grant proposal from AAPT, the NSF awarded to AAPT a five-year grant (Award No. 2141745) for a project entitled "Changing physics and astronomy education culture: A reflective practice model of faculty development to support diversity, equity, inclusion, and excellence."  The grant project aims to improve and broaden participation in undergraduate STEM education through faculty use of student centered pedagogical practices in their teaching that also foster diversity, equity, and inclusion in physics and astronomy.  The Award Notice stated that NSF is obligated in the amount of $1,080,278, and that the total intended award amount was $1,080,278.  The Award Notice provided that the period of performance was from May 1, 2022, through June 30, 2027.

41.    Award No. 2141745 was (and is) aligned with NSF's statutory mission of supporting basic scientific and engineering research, and contributing to mathematics, science, and engineering education in the United States.  It is also aligned with what I understand is NSF statutory directive to increase the participation of underrepresented populations in STEM fields, including women, minorities, and people with disabilities.  The grant project award advances this mission and directive.  NSF recognized as much when, after careful consideration in its rigorous peer-reviewed funding process, it approved funding for the project.

42.     The project funded by Award No. 2141745 has not yet been completed, and a substantial portion of the award (approximately, $348,053) has not yet been paid to AAPT.

43.     To the best of my knowledge, NSF has not purported to terminate Award No. 2141745, and thus the award remains active.

44.     But in view of NSF's recent termination of the STEP UP, and OPTYCs, and SEA Change awards, I am concerned the NSF likewise will terminate Award No. 2141745 based on its apparent change in "priorities." I am particularly concerned that NSF will terminate Award No. 2141745, since the grant project—like the STEP UP, and OPTYCs, and SEA Change projects—involves support for broadening participation in STEM education and for diversity, equity, inclusion in STEM education.

45.     In addition to Award No. 2141745, AAPT currently holds two active subawards under two other active NSF grants that I am concerned the NSF will terminate before the grant projects are completed. *First*, under an agreement with American Physical Society, AAPT holds a subaward under NSF award no. 2325980, for a project entitled "PhysTEC: Community Models that Transform Physics Teacher Education." AAPT's subaward is for a total of $124,643. To date, AAPT's work on the grant project has not yet been completed, and a substantial portion of AAPT's subaward (more than half) remains unpaid for work not yet performed. *Second*, under an agreement with Michigan State University, AAPT holds a subaward under NSF award no. 2337055 for a project entitled "Collaborative Research: A Faculty Development Approach to Transforming Undergraduate Physics Education by Integrating Computation" AAPT's subaward is for a total of $292,320. To date, AAPT's work on the grant project has not yet been completed, and a substantial portion of AAPT's subaward (more than 90%) remains unpaid for work not yet performed. In view of NSF's termination of the STEP UP, and OPTYCs, and SEA

21

Change awards, I am concerned that the NSF likewise will terminate the foregoing two active grants and that the terminations will result in the termination of AAPT's subawards.

**Conclusion**

46.    The termination of previously approved NSF grants based on purported new priorities will undermine the NSF's mission to provide support for basic scientific and engineering research, and to be a primary contributor to mathematics, science, and engineering education at academic institutions in the United States.  Grant terminations result in discontinuation of projects that serve NSF's mission.  And they have harmed, and if not reversed will continue to harm, AAPT and its members.  These harms are ongoing and, in many instances, irreparable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on _____6/20/2025_____, in Hyattsville, Maryland.

Signed by:

Beth A. Cunningham

1A822CB0BEB64F4...

Beth A. Cunningham

# EXHIBIT A

Submitted/PI: Zahra Hazari /Proposal No: 2300607

# COVER SHEET FOR PROPOSAL TO THE NATIONAL SCIENCE FOUNDATION

| PROGRAM ANNOUNCEMENT/SOLICITATION NO./DUE DATE | | ☐ Special Exception to Deadline Date Policy | FOR NSF USE ONLY |
|---|---|---|---|
| NSF 20-572 | 10/05/2022 | | **NSF PROPOSAL NUMBER** |

FOR CONSIDERATION BY NSF ORGANIZATION UNIT(S) (Indicate the most specific unit known, i.e. program, division, etc.)

**DRL - Discovery Research K-12**

# 2300607

| DATE RECEIVED | NUMBER OF COPIES | DIVISION ASSIGNED | FUND CODE | UEI (Unique Entity Identifier) | FILE LOCATION |
|---|---|---|---|---|---|
| 10/05/2022 | 1 | 11090000 DRL | 7645 | Q3KCVK5S9CP1 | |

| EMPLOYER IDENTIFICATION NUMBER (EIN) OR TAXPAYER IDENTIFICATION NUMBER (TIN) | SHOW PREVIOUS AWARD NO. IF THIS IS<br>☐ A RENEWAL<br>☐ AN ACCOMPLISHMENT-BASED RENEWAL | IS THIS PROPOSAL BEING SUBMITTED TO ANOTHER FEDERAL AGENCY? YES☐ NO ☒ IF YES, LIST ACRONYM(S) |
|---|---|---|
| 650177616 | | |

| NAME OF ORGANIZATION TO WHICH AWARD SHOULD BE MADE | ADDRESS OF AWARDEE ORGANIZATION, INCLUDING 9 DIGIT ZIP CODE |
|---|---|
| **FLORIDA INTERNATIONAL UNIVERSITY** | **11200 SW 8TH ST**<br>**MIAMI,FL 33199-2516 US** |

| AWARDEE ORGANIZATION CODE (IF KNOWN) | |
|---|---|
| 0096354000 | |

| NAME OF PRIMARY PLACE OF PERF | ADDRESS OF PRIMARY PLACE OF PERF, INCLUDING 9 DIGIT ZIP CODE |
|---|---|
| **Florida International University** | **11200 SW 8TH ST**<br>**MIAMI,FL 33199-0001 US** |

| IS AWARDEE ORGANIZATION (Check All That Apply) | ☐ SMALL BUSINESS  ☐ MINORITY BUSINESS  ☐ IF THIS IS A PRELIMINARY PROPOSAL<br>☐ FOR-PROFIT ORGANIZATION  ☐ WOMAN-OWNED BUSINESS  THEN CHECK HERE |
|---|---|

| TITLE OF PROPOSED PROJECT | SHOW LETTER OF INTENT ID IF APPLICABLE |
|---|---|
| **Collaborative Research: Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Actions** | |

| REQUESTED AMOUNT | PROPOSED DURATION (1-60 MONTHS) | REQUESTED STARTING DATE | SHOW RELATED PRELIMINARY PROPOSAL NO. IF APPLICABLE |
|---|---|---|---|
| $ **1,321,338** | **48** months | **08/01/2023** | |

THIS PROPOSAL INCLUDES ANY OF THE ITEMS LISTED BELOW
☐ BEGINNING INVESTIGATOR
☐ DISCLOSURE OF LOBBYING ACTIVITIES
☐ PROPRIETARY & PRIVILEGED INFORMATION
☐ HISTORIC PLACES
☐ VERTEBRATE ANIMALS IACUC App. Date _____
   PHS Animal Welfare Assurance Number _____
☒ TYPE OF PROPOSAL  **Research**

☐ HUMAN SUBJECTS  Human Subjects Assurance Number _____
   Exemption Subsection _____ or IRB App. Date _____
☐ FUNDING OF INT'L BRANCH CAMPUS OF U.S IHE
☐ FUNDING OF FOREIGN ORGANIZATION OR FOREIGN INDIVIDUAL
☐ INTERNATIONAL ACTIVITIES: COUNTRY/COUNTRIES INVOLVED _____

☒ COLLABORATIVE STATUS
**A collaborative proposal from multiple organizations (PAPPG II.D.3.b)**

| PI/PD DEPARTMENT | PI/PD POSTAL ADDRESS |
|---|---|
| **Teaching and Learning** | **11200 SW 8 ST**<br>**ZEB 241A**<br>**Miami,FL 331990001**<br>**US** |
| PI/PD FAX NUMBER | |

| NAMES (TYPED) | High Degree | Yr of Degree | Telephone Number | Email Address |
|---|---|---|---|---|
| PI/PD NAME<br>**Zahra Hazari** | **PhD** | **2006** | **305-348-2096** | **zhazari@fiu.edu** |
| CO-PI/PD<br>**Geoffrey Potvin** | **PhD** | **2006** | **305-348-7614** | **gpotvin@fiu.edu** |
| CO-PI/PD<br>**Pooneh Sabouri** | **PhD** | **2019** | **305-348-7683** | **psabouri@fiu.edu** |
| CO-PI/PD | | | | |
| CO-PI/PD | | | | |

Page 1 of 172

Not for distribution

Submitted/PI: Zahra Hazari /Proposal No: 2300607

# CERTIFICATION PAGE

**Certification for Authorized Organizational Representative (or Equivalent)**

By electronically signing and submitting this proposal, the Authorized Organizational Representative (AOR) is: (1) certifying that statements made herein are true and complete to the best of his/her knowledge; and (2) agreeing to accept the obligation to comply with NSF award terms and conditions if an award is made as a result of this application. Further, the applicant is hereby providing certifications regarding conflict of interest (when applicable), flood hazard insurance (when applicable), responsible conduct of research, and organizational support as set forth in the NSF Proposal & Award Policies & Procedures Guide (PAPPG). Willful provision of false information in this application and its supporting documents or in reports required under an ensuing award is a criminal offense (U. S. Code, Title 18, §1001).

**Certification Regarding Conflict of Interest**

The AOR is required to complete certifications stating that the organization has implemented and is enforcing a written policy on conflicts of interest (COI), consistent with the provisions of PAPPG Chapter IXA; and that, to the best of his/her knowledge, all financial disclosures required by the conflict of interest policy were made; and that conflicts of interest, if any, were, or prior to the organizations expenditure of any funds under the award, will be, satisfactorily managed, reduced or eliminated in accordance with the organizations conflict of interest policy. Conflicts that cannot be satisfactorily managed, reduced or eliminated and research that proceeds without the imposition of conditions or restrictions when a conflict of interest exists, must be disclosed to NSF via use of the Notifications and Requests Module in FastLane.

**Certification Regarding Flood Hazard Insurance**

Two sections of the National Flood Insurance Act of 1968 (42 USC §4012a and §4106) bar Federal agencies from giving financial assistance for acquisition or construction purposes in any area identified by the Federal Emergency Management Agency (FEMA) as having special flood hazards unless the:

(1) community in which that area is located participates in the national flood insurance program; and
(2) building (and any related equipment) is covered by adequate flood insurance.

By electronically signing the Certification Pages, the Authorized Organizational Representative (or equivalent) located in FEMA-designated special flood hazard areas is certifying that adequate flood insurance has been or will be obtained in the following situations:
(1) for NSF grants for the construction of a building or facility, regardless of the dollar amount of the grant; and
(2) for other NSF grants when more than $25,000 has been budgeted in the proposal for repair, alteration or improvement (construction) of a building or facility.

**Certification Regarding Responsible Conduct of Research (RCR)**

(This certification is not applicable to conference proposals.)
By electronically signing the Certification Pages, the Authorized Organizational Representative is certifying that, in accordance with the NSF Proposal & Award Policies & Procedures Guide, Chapter IX.B., the institution has a plan in place to provide appropriate training and oversight in the responsible and ethical conduct of research to undergraduates, graduate students and postdoctoral researchers who will be supported by NSF to conduct research.
The AOR shall require that the language of this certification be included in any award documents for all subawards at all tier..

**Certification Regarding Organizational Support**

By electronically signing the Certification Pages, the Authorized Organizational Representative (or equivalent) is certifying that there is organizational support for the proposal as required by Section 526 of the America COMPETES Reauthorization Act of 2010. This support extends to the portion of the proposal developed to satisfy the Broader Impacts Review Criterion as well as the Intellectual Merit Review Criterion, and any additional review criteria specified in the solicitation. Organizational support will be made available, as described in the proposal, in order to address the broader impacts and intellectual merit activities to be undertaken.

**Certification Regarding Dual Use Research of Concern**

By electronically signing the certification pages, the Authorized Organizational Representative is certifying that the organization will be or is in compliance with all aspects of the United States Government Policy for Institutional Oversight of Life Sciences Dual Use Research of Concern.

**Certification Regarding the Meeting Organizer's Written Policy or Code-of-Conduct that Addresses Sexual Harassment, Other Forms of Harassment, and Sexual Assault**

(This certification is only applicable to travel proposals.)
By electronically signing the Cover Sheet, the AOR is certifying that prior to the proposer's participation in the meeting, the proposer will assure that the meeting organizer has a written policy or code-of-conduct that addresses sexual harassment, other forms of harassment, and sexual assault, and that includes clear and accessible means of reporting violations of the policy or code-of-conduct. The policy or code-of-conduct must address the method for making a complaint as well as how any complaints received during the meeting will be resolved. The proposer is not required to submit the meeting organizer's policy or code-of-conduct for review by NSF.

**Certification Regarding Family Leave Status (or equivalent)**

(This certification is only applicable to career-life balance supplemental funding requests)
By electronically signing the certification pages, the Authorized Organizational Representative hereby certifies that the request for a technician (or equivalent) is because the (PI/co-PI/senior personnel/ NSF Graduate Research Fellow/postdoctoral researcher/graduate student) is, or will be, on family leave status (or equivalent) from the organization in accordance with the organization's policies.  The Authorized Organizational Representative also affirms that the organization is able to fill the position for which funding is being requested, in an appropriate timeframe.

| AUTHORIZED ORGANIZATIONAL REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| ....<br>**Regnier  Jurado** | **Electronic Signature** | **Oct 05 2022  10:11 AM** |
| TELEPHONE NUMBER | EMAIL ADDRESS<br>**juradora@fiu.edu** | FAX NUMBER |
| | | |

**Page 2 of 172**

2300607

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

# COVER SHEET FOR PROPOSAL TO THE NATIONAL SCIENCE FOUNDATION

| PROGRAM ANNOUNCEMENT/SOLICITATION NO./DUE DATE | | ☐ Special Exception to Deadline Date Policy | FOR NSF USE ONLY |
|---|---|---|---|
| NSF 20-572 | 10/05/2022 | | NSF PROPOSAL NUMBER |

FOR CONSIDERATION BY NSF ORGANIZATION UNIT(S) (Indicate the most specific unit known, i.e. program, division, etc.)

**DRL - Discovery Research K-12**

**NSF PROPOSAL NUMBER: 2300608**

| DATE RECEIVED | NUMBER OF COPIES | DIVISION ASSIGNED | FUND CODE | UEI (Unique Entity Identifier) | FILE LOCATION |
|---|---|---|---|---|---|
| 10/04/2022 | 1 | 11090000 DRL | 7645 | CE5JV8E9K4S3 | |

| EMPLOYER IDENTIFICATION NUMBER (EIN) OR TAXPAYER IDENTIFICATION NUMBER (TIN) | SHOW PREVIOUS AWARD NO. IF THIS IS ☐ A RENEWAL ☐ AN ACCOMPLISHMENT-BASED RENEWAL | IS THIS PROPOSAL BEING SUBMITTED TO ANOTHER FEDERAL AGENCY? YES☐ NO☒ IF YES, LIST ACRONYM(S) |
|---|---|---|
| **131656610** | | |

| NAME OF ORGANIZATION TO WHICH AWARD SHOULD BE MADE | ADDRESS OF AWARDEE ORGANIZATION, INCLUDING 9 DIGIT ZIP CODE |
|---|---|
| **AMERICAN PHYSICAL SOCIETY, THE** | **ONE PHYSICS ELLIPSE 4TH FL** **COLLEGE PARK,MD 20740-3841 US** |

| AWARDEE ORGANIZATION CODE (IF KNOWN) | |
|---|---|
| **4000840000** | |

| NAME OF PRIMARY PLACE OF PERF | ADDRESS OF PRIMARY PLACE OF PERF, INCLUDING 9 DIGIT ZIP CODE |
|---|---|
| **American Physical Society** | **ONE PHYSICS ELLIPSE 5TH FL** **COLLEGE PARK,MD 20740-3841 US** |

| IS AWARDEE ORGANIZATION (Check All That Apply) | ☐ SMALL BUSINESS ☐ FOR-PROFIT ORGANIZATION | ☐ MINORITY BUSINESS ☐ WOMAN-OWNED BUSINESS | ☐ IF THIS IS A PRELIMINARY PROPOSAL THEN CHECK HERE |
|---|---|---|---|

| TITLE OF PROPOSED PROJECT | SHOW LETTER OF INTENT ID IF APPLICABLE |
|---|---|
| **Collaborative Research: Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Actions** | |

| REQUESTED AMOUNT | PROPOSED DURATION (1-60 MONTHS) | REQUESTED STARTING DATE | SHOW RELATED PRELIMINARY PROPOSAL NO. IF APPLICABLE |
|---|---|---|---|
| $ 925,207 | 48 months | 08/01/2023 | |

THIS PROPOSAL INCLUDES ANY OF THE ITEMS LISTED BELOW
☐ BEGINNING INVESTIGATOR
☐ DISCLOSURE OF LOBBYING ACTIVITIES
☐ PROPRIETARY & PRIVILEGED INFORMATION
☐ HISTORIC PLACES
☐ VERTEBRATE ANIMALS IACUC App. Date _____
   PHS Animal Welfare Assurance Number _____
☒ TYPE OF PROPOSAL  **Research**

☐ HUMAN SUBJECTS  Human Subjects Assurance Number _____
  Exemption Subsection _____ or IRB App. Date _____
☐ FUNDING OF INT'L BRANCH CAMPUS OF U.S IHE
☐ FUNDING OF FOREIGN ORGANIZATION OR FOREIGN INDIVIDUAL
☐ INTERNATIONAL ACTIVITIES: COUNTRY/COUNTRIES INVOLVED

☒ COLLABORATIVE STATUS
  **A collaborative proposal from multiple organizations (PAPPG II.D.3.b)**

| PI/PD DEPARTMENT | PI/PD POSTAL ADDRESS |
|---|---|
| | **1 Physics Ellipse** |
| PI/PD FAX NUMBER | **College Park, MD 207403844** **US** |

| NAMES (TYPED) | High Degree | Yr of Degree | Telephone Number | Email Address |
|---|---|---|---|---|
| PI/PD NAME | | | | |
| **Claudia E Fracchiolla** | **PhD** | **2016** | **301-209-3200** | **fracchiolla@aps.org** |
| CO-PI/PD | | | | |
| **Nicole B Schrode** | **MAEd** | **2005** | **303-859-2637** | **schrode@aps.org** |
| CO-PI/PD | | | | |
| **Annelise S Roti Roti** | **BS** | **2017** | **301-209-3624** | **rotiroti@aps.org** |
| CO-PI/PD | | | | |
| CO-PI/PD | | | | |

Not for distribution
Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

# CERTIFICATION PAGE

**Certification for Authorized Organizational Representative (or Equivalent)**

By electronically signing and submitting this proposal, the Authorized Organizational Representative (AOR) is: (1) certifying that statements made herein are true and complete to the best of his/her knowledge; and (2) agreeing to accept the obligation to comply with NSF award terms and conditions if an award is made as a result of this application. Further, the applicant is hereby providing certifications regarding conflict of interest (when applicable), flood hazard insurance (when applicable), responsible conduct of research, and organizational support as set forth in the NSF Proposal & Award Policies & Procedures Guide (PAPPG). Willful provision of false information in this application and its supporting documents or in reports required under an ensuing award is a criminal offense (U. S. Code, Title 18, §1001).

**Certification Regarding Conflict of Interest**

The AOR is required to complete certifications stating that the organization has implemented and is enforcing a written policy on conflicts of interest (COI), consistent with the provisions of PAPPG Chapter IXA; and that, to the best of his/her knowledge, all financial disclosures required by the conflict of interest policy were made; and that conflicts of interest, if any, were, or prior to the organizations expenditure of any funds under the award, will be, satisfactorily managed, reduced or eliminated in accordance with the organizations conflict of interest policy. Conflicts that cannot be satisfactorily managed, reduced or eliminated and research that proceeds without the imposition of conditions or restrictions when a conflict of interest exists, must be disclosed to NSF via use of the Notifications and Requests Module in FastLane.

**Certification Regarding Flood Hazard Insurance**

Two sections of the National Flood Insurance Act of 1968 (42 USC §4012a and §4106) bar Federal agencies from giving financial assistance for acquisition or construction purposes in any area identified by the Federal Emergency Management Agency (FEMA) as having special flood hazards unless the:

(1) community in which that area is located participates in the national flood insurance program; and
(2) building (and any related equipment) is covered by adequate flood insurance.

By electronically signing the Certification Pages, the Authorized Organizational Representative (or equivalent) located in FEMA-designated special flood hazard areas is certifying that adequate flood insurance has been or will be obtained in the following situations:
(1) for NSF grants for the construction of a building or facility, regardless of the dollar amount of the grant; and
(2) for other NSF grants when more than $25,000 has been budgeted in the proposal for repair, alteration or improvement (construction) of a building or facility.

**Certification Regarding Responsible Conduct of Research (RCR)**

(This certification is not applicable to conference proposals.)
By electronically signing the Certification Pages, the Authorized Organizational Representative is certifying that, in accordance with the NSF Proposal & Award Policies & Procedures Guide, Chapter IX.B., the institution has a plan in place to provide appropriate training and oversight in the responsible and ethical conduct of research to undergraduates, graduate students and postdoctoral researchers who will be supported by NSF to conduct research.
The AOR shall require that the language of this certification be included in any award documents for all subawards at all tiers.

**Certification Regarding Organizational Support**

By electronically signing the Certification Pages, the Authorized Organizational Representative (or equivalent) is certifying that there is organizational support for the proposal as required by Section 526 of the America COMPETES Reauthorization Act of 2010. This support extends to the portion of the proposal developed to satisfy the Broader Impacts Review Criterion as well as the Intellectual Merit Review Criterion, and any additional review criteria specified in the solicitation. Organizational support will be made available, as described in the proposal, in order to address the broader impacts and intellectual merit activities to be undertaken.

**Certification Regarding Dual Use Research of Concern**

By electronically signing the certification pages, the Authorized Organizational Representative is certifying that the organization will be or is in compliance with all aspects of the United States Government Policy for Institutional Oversight of Life Sciences Dual Use Research of Concern.

**Certification Regarding the Meeting Organizer's Written Policy or Code-of-Conduct that Addresses Sexual Harassment, Other Forms of Harassment, and Sexual Assault**

(This certification is only applicable to travel proposals.)
By electronically signing the Cover Sheet, the AOR is certifying that prior to the proposer's participation in the meeting, the proposer will assure that the meeting organizer has a written policy or code-of-conduct that addresses sexual harassment, other forms of harassment, and sexual assault, and that includes clear and accessible means of reporting violations of the policy or code-of-conduct. The policy or code-of-conduct must address the method for making a complaint as well as how any complaints received during the meeting will be resolved. The proposer is not required to submit the meeting organizer's policy or code-of-conduct for review by NSF.

**Certification Regarding Family Leave Status (or equivalent)**

(This certification is only applicable to career-life balance supplemental funding requests)
By electronically signing the certification pages, the Authorized Organizational Representative hereby certifies that the request for a technician (or equivalent) is because the (PI/co-PI/senior personnel/ NSF Graduate Research Fellow/postdoctoral researcher/graduate student) is, or will be, on family leave status (or equivalent) from the organization in accordance with the organization's policies.  The Authorized Organizational Representative also affirms that the organization is able to fill the position for which funding is being requested, in an appropriate timeframe.

| AUTHORIZED ORGANIZATIONAL REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| NAME<br>**Kareema  Sesay** | **Electronic Signature** | **Oct 04 2022  11:04 AM** |
| TELEPHONE NUMBER<br>**202-487-6201** | EMAIL ADDRESS<br>**sesay@aps.org** | FAX NUMBER |
| | | |

**Page 4 of 172**

2300608

Submitted/PI: Beth Cunningham /Proposal No: 2300609

| !" #$" %& %(( #) ( *+&+( ,-#/ 0*0,%,0#( (#1- 2)+  2%, + | ☐ .345678'+9543:6;<:; 247=86<:27:4 ! ; 85' | !" # %&! ' &( ("%) * |
|---|---|---|
| **NSF 20-572** | 10/05/2022 | !" # %& %" (" ( ) !*+  ,- & |
| ?#" * "#(.0  2+"%,  0#(  @A(.?  #"$%(0 B%,0#(  )  ( QC. D1*#%%(( (+) .,  ./)&%%&1#%2#-3 #4!%5%76-76',  45!%%#4"%(&9 | | **2300609** |

<table>
<tr><td colspan="6">

| DATE RECEIVED | NUMBER OF COPIES | DIVISION ASSIGNED | FUND CODE | UEI(Unique Entity Identifier) | FILE LOCATION |
|---|---|---|---|---|---|
| 10/05/2022 | 1 | 11090000 DRL | 7645 | YRLVBH8FJ9L6 | |

</td></tr>
</table>

| +&!/ #A*" 02+(,0 ?0*%,0#( '( ) &@+""G0(D#" ' ,%EI%A+"02+(,070"%,0#('()&@+""C,0(D'  **520749775** | 0. ,F0. !"#!#.%/   @+0($.)@&0,.+2  ,#  %(#,F+"  ?+2+"%/ %$+(*(AJ    A+.' `( # ☒ 0?A+.K?/0.,  %*"#(A&C .D' |
|---|---|
| (%&+ #"  #"$%(0B%,0#( ,#(  GF0*F  %G%"2 .F#)/2  @+&%2+'  **AMERICAN ASSOCIATION OF PHYSICS TEACHERS, INCORPORATED** | %"22"+.. #? %G%"2++ #"$%(0B%,0#(K  0(*/)20($  L'20$0, B0! #2+'  **1 PHYSICS ELLIPSE FL 5**  **COLLEGE PARK,MD 20740-3841 US** |
| %G%"2++ #"$%(0B%,0#(" #2+ !"# %&(&)$ | |
| (%&+  #?  !"0 & %"A !/%"+  #? !+"?  **American Association of Physics Teachers** | %"22"+.. #? !"0&% "A !/%"+  #? !+"?K  '()"  )20 ($ L'20$0, B0 #2+'  **1 PHYSICS ELLIPSE 5TH FL AAPT**  **COLLEGE PARK,MD 20740 US** |

| 0. %G%"2++ #"$%(0 B%,0#(( 'C' M45N!8,M7:%338D | ☐.& %// @).0(+.. <br> ☐?#" ! !"#70 , #"$%(0 B%,0#( | ☐ &0(#" 0,A @).0(+.. <br> ☐G#& %(!#G(+2 @).0(+.. | ☐IF., F0. 0. %! "+/0&0(%"A PROPOSAL ,F+(' CF+" 'OF0"#+" +*' |
|---|---|---|---|
| ,0,/+ #?" !"#!#.+2   !"#P +*,  **Collaborative Research: Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Actions** | | | .F#G  /+.,+"  #? 0 ,+(  , 02  0? %!!/0 *%@/+ |
| " *Q) +.,  +2  %&#)(, <br> R            **249,966** | !"#!#.+2 2)"%, 0#( "! +-. ,&/01) <br>            **48** S;<: MT | " *Q) +., +2 .,%* ,0($ 2%+  08/01/2023 | .F#G  *+/ %,+2' !"+/ 0&0(%"A !"#!#.%/ (#1'0?"%!!/0 0%@/+ |

| , F0. !"#!#.%/   0("/ )2+ . %(A #? F 0+& . /0.,+2 @+#/#G | ☐F)&%(' )@P +*.. |
|---|---|
| ☒ .A!+ #? !"# ##.%/ ——————— **Research** <br> ☐ * #/ / %@#" % 0!+ ., %;)'  **Collaborative from multiple organizations** | !"#$%&()* +.-#/&'() ——————— (0*123*4%%#&87&# |
| ☐ @+$0((0($   0(H+.,0$%,#" | ☐ ?)(20($  #? 0(,Y/ @*"%(*F *%&!.), #? )1. 0F+' |
| ☐ 20.*/#./.,#"*%A'  #? /#@@A0($ %*',0H0,0+.' | ☐ ?)(20($ #? 2#"+0$( #"$%(0B%,0#(  #? !"#"+0$(  0( 20H0+2' |
| ☐ !"#!"0+,%"A' Z'!"0H0/+$+2 | ☐ 0(,+"  ( %,0#(  %/ ,"%H+/  [ *#] ,A-*#] (, " 0+. 0(H#/H+2' |
| ☐ F0 , #" σ  !/%"+. | |
| ☐ /0H+'H+",+@"%,+' 0(%&0#(,0#("'%331'2 7:4' ——————— | ☐ !#,+(,0%/ /0?+ .0+(*+ &%,+"0%/. #" %/ 2)%/ ).+ #? #"$%(0.&. #" 0(H+.,0$%,0#( |
| !F.   %<8 7&8 487%X%%TTUX"<54 ( USV4X ——————— | ☐ OFF-CAMPUS"<2 OFF-SITE 2!+!42!=B" |

| ! 0-!2 2+!%", &+(,  **Executive Officer** | ! 0-!2 !#.,%/  %"22"+..  **One Physics Ellipse** |
|---|---|
| ! 0-!2 ??%E()&@+"  **301-209-0845** | **College Park,MD 20740 US** |

| ( %&+.C ,A!+2 D | F 6]M24]X44 | AX;\ 24]X44 | ,4843M;<4 ( USV4X | +S 7&8%==XTT |
|---|---|---|---|---|
| ! 0-!2 (%&+  **Beth Cunningham** | PhD | 1987 | 301-209-3310 | **bcunningham@aapt.org** |
| *# !! 0-!2  **Mark S Hannum** | MS | 2006 | 301-209-3311 | **mhannum@aapt.org** |
| *# !! 0-!2 | | | | |
| *# !! 0-!2 | | | | |
| *# !! 0-!2 | | | | |

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature                    2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

# CERTIFICATION PAGE

**Certification for Authorized Organizational Representative(or Equivalent)**
By electronically signing and submitting this proposal, the Authorized Organizational Representative(AOR) is:(1)certifying that statements made here in are true and complete to the best of the individual's knowledge; and(2)agreeing to accept the obligation to comply with NSF award terms and conditions if an award is made as a result of this proposal. Further, the proposer is hereby providing certifications regarding conflict of interest, flood hazard insurance, responsible and ethical conduct of research, organizational support,and safe and inclusive working environments for off-campus or off-site research, as set forth in the NSF Proposal & Award Policies & Procedures Guide(PAPPG).Willful provision of false information in this application and its supporting documents or in reports required under an ensuing award is a criminal offense(U.S.Code,Title 18,Section §1001).

**Certification Regarding Conflict of Interest**
The AOR is required to complete certifications stating that the organization has implemented and is enforcing a written policy on conflicts of interest (COI), consistent with the provisions of PAPPG Chapter IX.A; and that, to the best of the individual's knowledge, all financial disclosures required by the conflict of interest policy were made; and that conflicts of interest, if any, were, or prior to the organization's expenditure of any funds under the award, will be, satisfactorily managed, reduced or eliminated in accordance with the organization's conflict of interest policy. Conflicts that cannot be satisfactorily managed, reduced or eliminated and research that proceeds without the imposition of conditions or restrictions when a conflict of interest exists, must be disclosed to NSF via use of the Notifications and Requests module with Research.gov

**Certification Regarding Flood Hazard Insurance**
Two sections of the National Flood Insurance Act of 1968 (42 USC §4012a and §4106) bar Federal agencies from giving financial assistance for acquisition or construction purposes in any area identified by the Federal Emergency Management Agency (FEMA) as having special flood hazards unless the:
(1) community in which that area is located participates in the national flood insurance program; and
(2) building (and any related equipment) is covered by adequate flood insurance.

By electronically signing the Certification Pages, the Authorized Organizational Representative (or equivalent) located in FEMA-designated special flood hazard areas is certifying that adequate flood insurance has been or will be obtained in the following situations:
(1) for NSF awards for the construction of a building or facility, regardless of the dollar amount of the award; and
(2) for other NSF awards when more than $25,000 has been budgeted in the proposal for repair, alteration or improvement (construction) of a buildingor facility.

**Certification Regarding Responsible and Ethical Conduct of Research (RECR)**
**(This Certification applies to proposals submitted prior to July 31, 2023, and is not applicable to proposals for conferences, symposia, and workshops.)**
By electronically signing the Certification Pages, the Authorized Organizational Representative is certifying that, in accordance with the NSF Proposal & Award Policies & Procedures Guide, Chapter IX.B., the institution has a plan in place to provide appropriate training and oversight in the responsible and ethical conduct of research to undergraduates, graduate students and postdoctoral researchers who will be supported by NSF to conduct research. The AOR shall require that the language of this certification be included in any award documents for all subawards at all tiers.

**Certification Regarding Responsible and Ethical Conduct of Research (RECR)**
**(This Certification applies to proposals submitted on or after July 31, 2023, and is not applicable to proposals for conferences, symposia, and workshops.)**
By electronically signing the Certification Pages, the Authorized Organizational Representative is certifying that, in accordance with the NSF Proposal & Award Policies and Procedures Guide, Chapter IX.B., the institution has a plan in place to provide appropriate training and oversight in the responsible and ethical conduct of research to undergraduate students, graduate students, postdoctoral researchers, faculty, and other senior personnel who will be supported by NSF to conduct research.  As required by Section 7009 of the America Creating Opportunities to Meaningfully Promote Excellence in Technology, Education, and Science (COMPETES) Act (42 USC 1862o−1), as amended, the training addresses mentor training and mentorship.The AOR shall require that the language of this certification be included in any award documents for all subawards at all tiers.

**Certification Regarding Organizational Support**
By electronically signing the Certification Pages, the Authorized Organizational Representative (or equivalent) is certifying that there is organizational support for the proposal as required by Section 526 of the America COMPETES Reauthorization Act of 2010. This support extends to the portion of the proposal developed to satisfy the Broader Impacts Review Criterion as well as the Intellectual Merit Review Criterion, and any additional review criteria specified in the solicitation. Organizational support will be made available, as described in the proposal, in order to address the broader impacts and intellectual merit activities to be undertaken.

**Certification Regarding Dual Use Research of Concern**
By electronically signing the certification pages, the Authorized Organizational Representative is certifying that the organization will be or is in compliance with all aspects of the United States Government Policy for Institutional Oversight of Life Sciences Dual Use Research of Concern.

**Certification Requirement Specified in the William M.(Mac)Thornberry National Defense Authorization Act for Fiscal Year 2021, Section 223(a)(1) (42 USC 6605(a)(1))**
By electronically signing the Certification Pages, the Authorized Organizational Representative is certifying that each individual employed by the organization and identified on the proposal as senior personnel has been made aware of the certification requirements identified in the William M.( Mac) Thornberry National Defense Authorization Act for Fiscal Year 2021, Section 223(a)(1) (42 USC 6605(a)(1)).

**Certification Regarding Safe and Inclusive Working Environments for Off-Campus or Off-Site Research**
(This certification applies only to proposals in which data/information/samples are being collected off-campus or off-site, such as fieldwork and research activities on vessels and aircraft.)
By electronically signing the Certification Pages, the Authorized Organizational Representative is certifying that, in accordance with the NSF Proposal & Award Policies and Procedures Guide, Chapter II.E.9, the organization has a plan in place **for this proposal** regarding safe and inclusive  working environments.

| AUTHORIZED ORGANIZATIONAL REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| NAME<br>**Robert C Hilborn** | **Electronic Signature** | **Oct 05 2022  07:56 AM** |

| TELEPHONE NUMBER<br>**301-209-3325** | EMAIL ADDRESS<br>**rhilborn@aapt.org** | FAX NUMBER |
|---|---|---|

Submitted/PI: Zahra Hazari /Proposal No: 2300607

## Project Summary

**Overview**

The project builds on the STEP UP program, focused on **Late Stage Design & Development** in the **Teaching Strand** to co-design, test, and propagate professional learning (PL) for high school physics teachers' everyday implementation of inclusive/equitable practices that support physics identity development and persistence of women and minoritized racial/ethnic groups (MRE). STEP UP has built a national network of >1,800 high school physics teachers to address one of the most challenging problems facing physics: the historic and continued marginalization of women and MRE. High school teachers interact with students at a key transition point in their lives as they make choices of what to study in college. Teachers implementing two research-based STEP UP lessons (which present counternarratives about who does physics and what counts as physics) and the Everyday Actions Guide (EAG) (practices for inclusion/equity and creating communal classroom cultures) have demonstrated significant positive effects on the physics identity of women and MRE. Professional development (PD) has been successfully implemented for the lessons, but many teachers have continually requested additional professional learning (PL) to implement the EAG. In response, the current project will: (i) co-design with teachers a PL program to support the implementation and reflective use of the EAG; (ii) test the PL's effect on teacher and student outcomes (design-based research and experimental study) and refine PL; and (iii) propagate the evidence-based PL program to hundreds of high school physics teachers.

Phase one will utilize research on effective teacher professional learning to co-design the PL with six physics teachers, embedding data collected through observational classroom video, teacher and student interviews, and teacher and student surveys. The PL will be designed in two parts: the first targeted to both in-service and pre-service teachers and the second to continuing in-service teachers utilizing professional learning teams (PLT) that meet throughout the school year. Using design-based research (DBR) to test and refine the PL, six additional teachers will participate in the PL to study the impact on their understanding of teaching practices related to social justice, classroom communal culture, EAG implementation, and students' physics identity and future physics intentions, particularly for women and MRE. The PL will be facilitated by Ambassadors (experienced physics teachers) and PhysTEC leads (experienced teachers-in-residence within physics teacher preparation programs) trained by the project team. In phase two, an experimental design will be implemented with 120 physics teachers including treatment groups (30 in-service, 30 pre-service) that receive the PL (facilitated by trained Ambassadors/leads) and control groups (30 in-service, 30 pre-service) that do not receive the PL. The study will collect teacher and student data to examine the effects of the PL on the teacher and student outcomes. Finally, phase three will broadly implement the PL with 400 in-service and 100 pre-service physics teachers using the train-the-trainer model with 40 Ambassadors and 10 PhysTEC leads who are trained to facilitate the PL. The impact of the PL in this phase will be assessed through a survey study of the teacher and student outcomes.

**Intellectual Merit**

The project will further our understanding of how PL and community support can facilitate deeper engagement of physics teachers with inclusive/equitable practices, create communal classroom cultures, and promote physics identity development for women and MRE. Additionally, it will help understand how propagation of inclusive/equitable practices can be implemented at a larger scale to effectively support positive teacher and student outcomes. Use of the evidence-based model developed in this project for effective PL propagation through a community-engaged train-the-trainer model will be impactful for other PL projects as well as the ongoing and future success of STEP UP.

**Broader Impacts**

High school physics teachers across the nation will be supported in implementing and deepening their engagement with inclusive/equitable practices. The project will directly support more than 500 physics teachers to transform their practices and physics classrooms for more than 10,000 students through PL. Given the known positive impact of the STEP UP practices for women and MRE, this project will expand the accessibility and diversity of who pursues physics as well as promote culture change. The STEP UP program will continue to have a sustainable impact given the institutional commitment of two large national societies to continuing the PL for teachers in the growing STEP UP community (>1800 teachers) and PhysTEC network (pre-service physics teacher programs preparing 25% of future physics teachers).

Submitted/PI: Zahra Hazari /Proposal No: 2300607

# TABLE OF CONTENTS

For font size and page formatting specifications, see PAPPG section II.B.2.

| | Total No. of Pages | Page No.*<br>(Optional)* |
|---|---|---|
| Cover Sheet for Proposal to the National Science Foundation | | |
| Project Summary  (not to exceed 1 page) | 1 | _____ |
| Table of Contents | 1 | _____ |
| Project Description (Including Results from Prior NSF Support) (not to exceed 15 pages) **(Exceed only if allowed by a specific program announcement/solicitation or if approved in advance by the appropriate NSF Assistant Director or designee)** | 15 | _____ |
| References Cited | 6 | _____ |
| Biographical Sketches  (Not to exceed 3 pages each) | 9 | _____ |
| Budget<br>(Plus up to 5 pages of budget justification. For proposals that contain subaward(s), each subaward must include a separate budget justification of no more than 5 pages) | 16 | _____ |
| Current and Pending Support | 21 | _____ |
| Facilities, Equipment and Other Resources | 1 | _____ |
| Special Information/Supplementary Documents<br>(Data Management Plan, Mentoring Plan and Other Supplementary Documents) | 15 | _____ |
| Appendix (List below. )<br>**(Include only if allowed by a specific program announcement/solicitation or if approved in advance by the appropriate NSF Assistant Director or designee)** | _____ | _____ |

Appendix Items:

*Proposers may select any numbering mechanism for the proposal. The entire proposal however, must be paginated. Complete both columns only if the proposal is numbered consecutively.

2300607

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

# TABLE OF CONTENTS

For font size and page formatting specifications, see PAPPG section II.B.2.

|  | Total No. of Pages | Page No.*<br>(Optional)* |
|---|---|---|
| Cover Sheet for Proposal to the National Science Foundation | | |
| Project Summary  (not to exceed 1 page) | _____ | _____ |
| Table of Contents | 1 | _____ |
| Project Description (Including Results from Prior NSF Support) (not to exceed 15 pages) **(Exceed only if allowed by a specific program announcement/solicitation or if approved in advance by the appropriate NSF Assistant Director or designee)** | _____ | _____ |
| References Cited | _____ | _____ |
| Biographical Sketches  (Not to exceed 3 pages each) | 6 | _____ |
| Budget<br>(Plus up to 5 pages of budget justification. For proposals that contain subaward(s), each subaward must include a separate budget justification of no more than 5 pages) | 8 | _____ |
| Current and Pending Support | 6 | _____ |
| Facilities, Equipment and Other Resources | 1 | _____ |
| Special Information/Supplementary Documents<br>(Data Management Plan, Mentoring Plan and Other Supplementary Documents) | 1 | _____ |
| Appendix (List below. )<br>**(Include only if allowed by a specific program announcement/solicitation or if approved in advance by the appropriate NSF Assistant Director or designee)** | _____ | _____ |
| Appendix Items: | | |

*Proposers may select any numbering mechanism for the proposal. The entire proposal however, must be paginated. Complete both columns only if the proposal is numbered consecutively.

2300608

Submitted/PI: Beth Cunningham /Proposal No: 2300609

# TABLE OF CONTENTS

For font size and page formatting specifications, see PAPPG section II.B.2.

| | Total No. of Pages | Page No.* (Optional)* |
|---|---|---|
| Cover Sheet for Proposal to the National Science Foundation | | |
| Project Summary  (not to exceed 1 page) | _____ | _____ |
| Table of Contents | 1 | _____ |
| Project Description (Including Results from Prior NSF Support) (not to exceed 15 pages) **(Exceed only if allowed by a specific program announcement/solicitation or if approved in advance by the appropriate NSF Assistant Director or designee)** | _____ | _____ |
| References Cited | _____ | _____ |
| Biographical Sketches  (Not to exceed 3 pages each) | 6 | _____ |
| Budget (Plus up to 5 pages of budget justification. For proposals that contain subaward(s), each subaward must include a separate budget justification of no more than 5 pages) | 9 | _____ |
| Current and Pending Support | 14 | _____ |
| Facilities, Equipment and Other Resources | 1 | _____ |
| Special Information/Supplementary Documents (Data Management Plan, Mentoring Plan and Other Supplementary Documents) | 1 | _____ |
| Appendix (List below. ) **(Include only if allowed by a specific program announcement/solicitation or if approved in advance by the appropriate NSF Assistant Director or designee)** | _____ | _____ |

Appendix Items:

*Proposers may select any numbering mechanism for the proposal. The entire proposal however, must be paginated. Complete both columns only if the proposal is numbered consecutively.

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature                 2300609

Submitted/PI: Zahra Hazari /Proposal No: 2300607

**Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Actions**

Given the historic and continued marginalization of women and minoritized racial/ethnic groups (MRE) in physics, STEP UP works with high school physics teachers to disrupt marginalizing discourse and transform culture in physics classes. This **Late Stage Design and Development STEP UP Project** in the **Teaching Strand** will develop and test professional learning (PL) facilitation to support physics teachers to fully implement the STEP UP Everyday Actions Guide (EAG) in order to transform their classroom cultures into inclusive/equitable spaces. The EAG is a set of research-based strategies that promote inclusive/equitable practices and create communal classroom cultures to facilitate physics identity development and persistence for women and MRE (Sabouri et al., in press). The guide consists of five sections (interacting with students individually, facilitating group work/labs, engaging the whole class, planning and assessing, expanding outside the classroom), and within each section, multiple specific research-based strategies for inclusive/equitable interactive and pedagogical practice that foster personal/cultural connections, growth mindsets, and the creation of a communal classroom culture (rather than an individualistic/competitive culture). This proposal builds on the successful STEP UP project, which (i) developed and tested two classroom lessons and EAG to disrupt normative conceptions of physics that were marginalizing for female/MRE students, (ii) built a teacher community (currently >1800 teachers in 42 States), and (iii) propagated these strategies to physics teachers across the country through professional development and community supported efforts. In addition to the EAG, the STEP UP lessons present counternarratives to disrupt narrow perceptions of physics, e.g. as being masculine, white, difficult, non-communal, and for the single-minded; (Kessel et al., 2006; Leslie et al., 2015) and discuss unconscious bias. The current project expands on the previous efforts by engaging physics teachers in professional learning (PL) that leverages community and team-based reflective use of the EAG to respond to their needs while creating a more sustainable impact on classroom culture.

While STEP UP has been successful at supporting teachers in implementing the two lessons, considerable gaps exist in teachers' preparation for implementing the EAG strategies. Only 18% of the STEP UP community that are actively using the STEP UP materials report using the EAG since it requires everyday reflective practice. Teachers require more adaptive PL opportunities to transform their classroom practices and culture to be more inclusive/equitable. However, professional learning for implementing the EAG was beyond the initial scope of STEP UP and physics teachers in the community have continually requested support for implementing them. As such, this proposal responds to their needs and will promote classroom culture change more broadly. The **intellectual merit** of the current project focuses on designing and assessing the impact of professional learning (PL) on physics teachers' understanding and implementation of inclusive/equitable practices in physics classrooms to transform classroom cultures to support the physics identity development of historically marginalized students.

**Broader Impacts**

The project will provide research-based professional learning opportunities to hundreds of teachers (>750) that will, in turn, impact the physics learning opportunities and environment for thousands of students, both currently and in the future. These efforts will help to engage and inspire students, particularly women and MRE, to persist in learning physics and pursue physics-related careers. Transforming physics culture and empowering more women and MRE to join physics will benefit the field and society more broadly - diversity of thought is critical to identifying and addressing challenges society faces. In addition, given the institutional commitment of the American Physical Society (APS) and American Association of Physics Teachers (AAPT) to STEP UP, the PL that will be developed and tested through this project will be sustainable beyond the end of the project and will continue to be provided for pre-service and in-service teachers throughout the country.

The team is a critical strength for this Late Stage proposal. The core team includes an R1 majority-minority Hispanic-Serving Institution, Florida International University (FIU), and two national physics societies, AAPT and APS. The team at FIU has experience and expertise in conducting science education research, particularly in physics contexts focusing on diversity, equity, and inclusion at the high school level, as well as developing/facilitating PL for physics teachers, including Modeling Physics

instruction. AAPT has a strong history of national dissemination through workshops and conferences, and is the largest physics educator professional organization (~8,000 members). APS is the largest national organization of physicists (~56,000 members including educators and education researchers), which leads several diversity initiatives to support women (e.g., STEP UP, Conferences for Undergraduate Women in Physics) and MRE (e.g., APS Bridge Program, National Mentoring Community) as well as running a national pre-service high school physics teacher education program (PhysTEC).

### Project Overview

**Phase 1 Goals** (Year 1-2):
***Development of PL***: Co-design PL activities/resources for the EAG with six physics teachers utilizing classroom video, interview data, and survey data to embed into the PL. The PL will consist of ***1)*** a two-day virtual summit targeted to pre-service and in-service teachers and ***2)*** reflective professional learning team (PLT) meetings throughout the year for in-service teachers. ***Research on PL Design***: Using design-based research, the PL will be piloted and assessed with six Ambassadors (high school physics teacher leaders) and five PhysTEC leads (teachers-in-residence) using a design-based research approach.

**Phase 2 Goals** (Year 2-3):
***Training for PL Facilitation:*** After experiencing the PL, prepare the first cohort of six Ambassadors and five PhysTEC leads to facilitate the PL during the experimental study. ***Research on PL Impact***: Conduct a cluster randomized trial experimental study to examine the impact of the PL on relevant teacher and student outcomes with treatment groups of teachers (30 treatment in-service, 30 treatment pre-service) and control groups (30 control in-service, 30 control pre-service).

**Phase 3 Goals** (Year 3-4):
***Training and Propagation for PL:*** Prepare the second cohort of 40 Ambassadors and 10 PhysTEC leads to facilitate the PL for in-service and pre-service teacher participants in phase 3. Implement PL for 400 in-service high school physics teachers across the country and 100 pre-service high school physics teachers. ***Research on Propagation Impact***: Assess the impact of the PL propagation through a survey study on relevant teacher and student outcomes.



**Figure 1**. Overview of key project plan and phases

***Community Building and Sustainability:*** Connect and support physics teachers throughout the project utilizing the online community platform and virtual workshops on STEP UP lesson implementation. Through APS and AAPT, continue PL facilitation for in-service and pre-service teachers beyond the end of the project. Embed STEP UP PL into PhysTEC teacher preparation programs (>300 pre-service physics teachers in 30 States, member institutions graduate 25% of all physics teachers in the US).

### Background and Findings to Date

This project leverages the successful ongoing STEP UP activities, which have been demonstrated to significantly improve the persistence of women and MRE into undergraduate physics (Cheng et al., 2018; Hazari et al, 2020; Potvin et al., in press; Sabouri et al., in press).

Submitted/PI: Zahra Hazari /Proposal No: 2300607

## A. Feasibility of High School Physics Impacting Representation

Female students have accounted for roughly 20% of physics bachelor's degree recipients (~9,000 total in 2018) for the last two decades even though they constitute 56% of overall undergraduate enrollment (Hodapp & Hazari, 2015; Hussar et al., 2020). This level of underrepresentation (20%) is relatively consistent from incoming first-year students intending physics majors through to graduation, necessitating a shift prior to the college level (Hodapp & Hazari, 2015). Fortunately, at the high school level, 46% of the students taking a high school physics course are women (Porter & Ivie, 2019); while most are not interested in pursuing physics, high school physics teachers have been found to be a formative group for influencing young women's decisions who do pursue and persist in physics (Hazari et al., 2017). Furthermore, according to national data, if only one in seven high school physics teachers can engage and inspire one female student to persist in physics, incoming physics majors would be 50% female (there are ~27,000 physics teachers and ~7,000 freshmen intending physics majors) (HERI, 2019; White & Tyler, 2014). In fact, to see a historic 10% increase in the participation of female students amongst incoming physics majors, only one in 45 teachers (roughly 600 teachers) need to be mobilized and supported in reforming their classroom practices towards this end. STEP UP currently has >1800 physics teachers in the community but many of these teachers require support to implement the STEP UP resources and reform their classroom cultures. However, when teachers engage and utilize STEP UP's approach, the results are promising. A study of high school physics teachers (n=359) conducted by the project team in 2020 showed that teachers who have used **STEP UP interventions, on average recruited 1.18 female students to a physics major as compared to the national average per teacher which is 0.06** (HERI, 2019; Sabouri et al., in press; White & Tyler, 2014). Similarly, Black and Hispanic students are underrepresented in physics (7.6% and 12.4% of majors, respectively) compared to their representation amongst undergraduates (13% and 20%, respectively) (HERI, 2019; NCES, 2020). Given that there is a relatively small number of incoming physics majors each year compared to the population of physics teachers, high school physics teachers can play a significant role in increasing those numbers. Moreover, a project such as STEP UP could have significant, measurable impact, providing a rationale for the feasibility of interventions with high school physics teachers. Meaningfully inspiring and engaging young women and MRE on a personal level so that they persist in physics *requires culture change* at the classroom level (and beyond), which was initiated with previous STEP UP interventions.

## B. Effectiveness of STEP UP Research-Based Interventions

Drawing on the literature on gender issues in science/physics education, two STEP UP lessons and an Everyday Actions Guide were developed. Prior literature included: goal congruity theory (the importance of addressing communal goals) (e.g. Diekman et al., 2010); stereotype threat, and affirming values (e.g. Miyake et al., 2010); implicit bias (and explicit discussion to counter it) (e.g. Weisgram & Bigler, 2007); figured worlds (counternarratives that disrupt narrow stereotypic views of physics) (e.g. Lock & Hazari, 2016; Solarzano & Yosso, 2002); and physics identity development – recognizing students in ways that are personally meaningful for them (Hazari & Cass, 2018; Hazari et al., 2015). The STEP UP lessons are the *Careers in Physics* and *Women in Physics* lessons. *Careers in Physics* has students reflect on their values and interests, matches them with physicists (with bachelor's degrees in physics, many working in non-traditional fields or across disciplines) who have similar values and interests, provides evidence of a wide range of goals achieved with an undergraduate physics degree (solving societal problems, helping others, making a good income), and has students create their own profiles. *Women in Physics* presents evidence of implicit bias and the role of culture in women's representation in physics, has students draw on their personal experiences with gendering and bias in science, and has the class collectively develop a plan to make their physics class a safe learning space for all.

The *Everyday Actions Guide (EAG)* provides teachers with a framework that draws on prior inclusivity/equity research to help teachers continually reflect on their actions as well as example actions to reframe interactions that happen in their classrooms, schools, and communities to promote culture change. Each section includes strategies for interacting with students individually, facilitating group work/labs, engaging the whole class, planning and assessing, connecting outside the classroom, and recommendations for discursive practices. Additionally, an overall reflective self-assessment is provided. The research-based strategies suggested in the EAG help nurture a communal and inclusive classroom culture that promotes physics identity development for students, in particular women and MRE.

Submitted/PI: Zahra Hazari /Proposal No: 2300607

The STEP UP interventions were tested in a cluster randomized trial experiment where 16 teachers were randomly assigned to groups that either implemented STEP UP lessons or a control group that implemented a normative lesson (Potvin et al., in press; Sabouri et al., in press). Additional pilot data was collected from 10 teachers. The 26 teachers represented varying contexts (i.e., urbanicity, SES, diverse students) across 10 states. Students' future physics intentions before and after the lessons were assessed and results for both studies are summarized in Figure 2 (Cheng et al., 2018; Potvin et al., in press). The studies showed significant gains across all students, with larger gains for female students and MRE (specifically Black, African American, Hispanic, Latinx, Native American, Alaskan Native, Native Hawaiian, or Pacific Islander). Gains for females and MRE were also larger in the STEP UP group than in the control group.



Figure 2. Percentage Gains (±1/2 SE) in Students' Future Physics Intentions for STEP UP lessons

The initial STEP UP project designed, tested interventions with students, and disseminated PD for implementing the two lessons amongst a national community of physics teachers recruited and networked through the project. The 2020 survey revealed that, of the physics teachers that responded (n=359), *only 18% were using the EAG while 53% were using the lessons.* Furthermore, interviews revealed that teachers required PL support for EAG implementation. As such, the current project responds to this critical need articulated by teachers to develop and test PL to support teachers using EAG to transform their classroom spaces into more inclusive/equitable and communal environments.

## C. Mechanisms for STEP UP Propagation

To widely propagate the research-based interventions, three primary approaches have been pursued in STEP UP project: **(i) Mobilizing and developing physics teachers within preexisting networks**: Early efforts reaching into preexisting networks included piloting and refining workshops at regional and national conferences (AAPT, National Science Teaching Association, and the Science Teachers Association of Texas) and working with partners such as QuarkNet, Exploratorium, and the American Modeling Teachers Association. Engagement materials, including flyers, videos, websites and community engagement platforms (twitter and online discussion board), allowed further dissemination. **(ii) Reaching isolated physics teachers through mass media campaigns and bringing them into the community**: Many physics teachers continue to be isolated, often acting as the only physics teacher in their school or district. Teachers that are teaching physics out of discipline (~40%; White & Tyler, 2014) can also be out of reach to national physics teacher networks. Thus, a second focus of early propagation efforts included a mass media campaign including mailing and emailing STEP UP resources using a Market Data Retrieval list of ~22,000 high school physics teachers. **(iii) Ambassador "Train-the-Trainer" program:** Given the importance of community and teacher-to-teacher support, an Ambassador program was initiated consisting of teacher leaders that were prepared to lead workshops on the STEP UP lessons for teachers in their region. The first cohort of 45 Ambassadors in 2019-2020 doubled participation in the STEP UP community. The second cohort of 80 continued this work (with support from the project team) while adapting with increasing awareness of teacher needs (during COVID-19). Altogether, Ambassadors have led workshops on the STEP UP lessons and engaged in community building efforts across 42 states (plus Washington, DC, and Puerto Rico). Materials developed by the Ambassadors have helped to strengthen electronic resources available through STEP UP, including counselor targeted materials, video testimonials, and virtual adaptations in response to COVID-19. In total, more than 1,800 teachers and ~ 3,250 supporters (university faculty, students, informal educators, community members) are part of the STEP UP community with a larger reach in terms of awareness of the project (estimated 10,000). Additional community building and networking efforts have focused on providing further resources to the

community through webinars, social events on Zoom, social media, and an online community forum. The current project will provide **professional learning (PL)** using the Ambassador model to support physics teachers to become skillful in using the EAG to transform their teaching practice and classroom culture to be more inclusive/equitable.

**Framing for Current Project**

## A.  Professional Learning

Decades of work on teacher professional development (PD) recognizes that the most effective forms require a professional learning community rather than just intermittent or passive PD opportunities (Borko, et al., 2010; Stewart, 2014). Drawing on this literature, our project will incorporate previously identified elements of effective PD along with professional learning teams/community to maximize our facilitation of continuous and sustained teacher professional learning (PL). These elements focus on two main aspects: (i) the content being situated in practice with goals that address problems of practice and focused on student outcomes (Borko et al. 2010; Darling-Hammond et al., 2017); (ii) the structure/process includes active teacher learning, modeling of effective practice, collaborative learning communities, coaching and expert support, opportunities for feedback and reflection, and sustained duration (Borko et al. 2010; Darling-Hammond et al., 2017). Additionally, meta-analysis of research on what impacts STEM instructional improvements showed that the combination of summer workshops and teacher meetings to troubleshoot and discuss classroom implementation were related to stronger student outcomes (Lynch et al., 2019). Our design will incorporate these elements into both parts of the PL: active-learning summit and sustained professional learning teams (PLT), which will consist of teachers and teacher leaders as facilitators. The PLT will meet monthly and follow a cycle of teacher learning that includes learning individually and collaboratively, goal setting, analyzing data, assessing/adjusting practice, and implementing new learning (Hirsh & Crow, 2017). See methods for phase 1 for details.

## B.  Teacher, Student, and Classroom Outcomes

To assess the impact of the PL, the project will leverage frameworks that help understand critical outcomes related to inclusive/equitable teaching practices for teachers, students, and the classroom environment. For teacher outcomes, we will examine teachers' understanding of **practices related to social justice** (Enterline et al., 2008; Ludlow et al., 2008) as well as leverage **positioning** theory (Davies & Harré, 1990) to examine how the teacher is positioning themself when they interact with students individually, facilitate group work, lead whole class discussions, and engage students outside of the classroom space. The Everyday Actions Guide (EAG) focuses on these areas in order to promote inclusivity/equity on a continual basis. Studying teacher positioning, or "the manner in which temporary roles are strategically claimed (and abandoned)" (Reeves, 2009, p.36) by a teacher with respect to content, students, and oneself, is important because it can affect students' engagement and identity construction in a discipline (Harré and Moghaddam, 2003; Hazari et al., 2015). In typical physics classes, teachers are the primary brokers of power who situate what it means to learn and do physics. If they distribute and negotiate power in limited ways with only certain students, then it legitimizes other "students' belief that they are not capable of certain kinds of learning" (Barton & Yang, 2000, p.879).

Teachers' actions in positioning students, particularly those whose voices are less prominent and recognized in classroom discourse, have an impact on students' learning outcomes, including their behavioral, cognitive, and affective engagement when learning physics (Hazari, et al., 2015). Therefore, engagement driven by teachers' actions also impacts students' physics identity, which is critical for their persistence in learning and pursuing physics-related fields (Godwin et al., 2016; Hazari et al., 2010). This project will focus on a **physics identity** theoretical lens to understand the impact of the PL on students. The theory consists of multiple constructs related to students' physics identity including their recognition by others, interest, feelings of competency and ability to perform, and sense of belonging in the physics classroom space (Hazari et al., 2020). Strong evidence exists tying physics identity to persistence, particularly for female students - who suffer the lowest self-perceptions with respect to physics even within different racial/ethnic groups (Hazari et al., 2013; Hazari et al., 2017).

Finally, with respect to classroom outcomes, the project will examine the level of **communal culture** developed as a result of teacher actions. Prior research has found that when students are more inclusively and equitably positioned and recognized in physics classes as capable of learning and doing physics, classroom cultures shift towards more communal norms where "no one gets left behind" (Hazari

**Page 15 of 172**

Submitted/PI: Zahra Hazari /Proposal No: 2300607

et al., 2015). Creating these cultures in turn has consequences for students' continued engagement and physics identity construction. For example, a Latina in one such class, who sometimes struggled but was beginning to see herself as a physics person, was more confident in learning physics because she knew her "fellow people" were with her (Hazari & Cass, 2018, p. 444). A study with Native American women found that when faced with stressful situations, those oriented towards communal mastery (i.e. collective learning, shared efficacy) experienced less depression and anger (Hobfoll et al., 2002). Furthermore, communal spaces have been found to support different perspectives (Carlone et al., 2014; Emdin, 2007; Gonsalves et al., 2013). Individualistic cultures that promote prototypical school science limit students' engagement and "often exclude behaviors, vernacular, interests, and capital associated with youth culture" (Gonsalves et al., 2013, p. 25). As such, moving physics classroom cultures from an individualistic focus (where exceptional students are identified) to communal focus (where learning happens together and support and value for each other is emphasized) is likely to facilitate positive social, emotional, and cognitive engagement as well as physics identity construction (Emdin, 2007; Hazari et al., 2015; Slotta et al., 2018).

## Research Questions

**Phase 1** Research Questions (Design-Based Research)**:**
While experiencing the PL, how do teachers implement the STEP UP *EAG* to promote inclusivity/equity in individual work, group work, whole-class discussions, planning/assessing, and out-of-class engagement?
- What changes, if any, do teachers experience in their teaching practices related to social justice (inclusivity/equity)?
- What changes, if any, do their students, particularly women and MRE, experience in physics identity and future physics intentions? In what ways do they experience a communal classroom culture?

**Phase 2** Research Questions (Experimental Study):
For teachers, both in-service and pre-service, who receive PL compared to those who do not: What is the effect on teacher understanding of teaching practices related to social justice (inclusivity/equity)?
For in-service teachers who receive the PL compared to those who do not:
- To what extent do they enact the STEP UP *EAG* to promote inclusivity/equity in individual work, group work, whole-class discussions, planning/assessing, and out-of-class engagement?
- What is the effect on the physics identity of their students, particularly women and MRE? What is the effect on the persistence of women and MRE to the next physics class or post-secondary program?
- To what extent do they create a communal classroom culture for students?

**Phase 3** Research Questions (Propagation and Implementation Study):
For teachers, both in-service and pre-service, receiving the PL: What is the effect on teacher understanding of teaching practices related to social justice (inclusivity/equity)?
For in-service teachers receiving the PL: To what extent do they enact the STEP UP *Everyday Actions* to promote inclusivity/equity in individual work, group work, whole-class discussions, and out-of-class engagement? What is the effect on the persistence of women and MRE to a subsequent physics class or post-secondary program?

## Project Design

### A.  Phase 1
This phase will involve co-designing the PL facilitation (activities and resources) focused on enacting STEP UP *Everyday Actions Guide* (EAG) to effectively foster physics classroom cultures that are more inclusive/equitable and communal. Data and artifacts (video clips, transcript of critical student interactions) from purposefully selected teachers' classrooms will be used to develop exemplary videos, scenarios based on the lived experience of teachers, and discussion/reflection prompts for the PL. Design-based research will be used to assess and refine the PL in this phase.

#### *Phase 1: Development of PL*
Co-design of the PL will be in collaboration with six high school physics teachers who have been effectively implementing the STEP UP lessons and utilizing the EAG to enact inclusive/equitable practice promoting persistence of students in physics, particularly women and MRE. Classroom videos, interviews, and survey data will be collected from teachers' classrooms to be used for developing PL. We will survey our network (>1800 high school physics teachers) to identify six teachers who teach in different contexts (e.g. urbanicity; diverse student populations including women and MRE), as well as fulfill the following

Submitted/PI: Zahra Hazari /Proposal No: 2300607

criteria: (i) reflect on and enact practices in the EAG, (ii) report high levels of communal learning in their classrooms, (iii) report high levels of student persistence, particularly women and MRE.

Data collected from classrooms will focus on teachers' EAG-related practices when interacting with students, facilitating group work, leading whole-class discussions, and out-of-class engagement. For example, how teachers enact different forms of recognition to positively position students towards physics learning will be included since forms of recognition are part of the EAG and recognition is central to physics identity development (Hazari et al., 2017; Hazari & Cass, 2018). Teachers will be asked to record 10 sessions of their classes (10-20 hours per teacher) when they utilize EAG in different settings and activities (e.g., whole class discussion, lab activities, or small groups work). Teachers will be provided with audio/video equipment and the project team will run pilot tests of video/audio capture with the teachers to ensure high quality video/audio of classroom practice. This data will be utilized by the development team (project team and teachers) to co-design the PL facilitation activities and resources.

In addition, reflective teacher interviews will be conducted and video-recorded to provide more data related to teachers' understanding of the inclusive/equitable practices within the EAG. These interviews will capture teachers' reflections of interactions with students, particularly women and MRE, in different contexts and of video segments that the development team selects for the PL. Additional reflection of the video segments will be collected through interviews with students who are part of the interactions. This will allow the PL design to embed student voices and perspectives with respect to how the EAG practices may have impacted their view of themselves with respect to learning physics. Finally, student surveys will be collected from the six teachers' classes to provide sample data for analysis and reflection activities within the PL. The student survey data will utilize previously validated/reliable instruments for assessing students' physics identity and future physics intentions, as well as the communal culture of the classroom (Cheng et al., 2018; Hazari et al., 2015; Shulruf et al., 2007; Triandis, 2018). The following types of activities will be co-designed by the project team and teachers for each part of the PL facilitation:

**Part 1 - PL Summit Activities (2 days, active learning, both in-service and pre-service)**
During the summit, there will be group activities and community building as well as breakout sessions for the PLT team activities. The types of activities will include:
● Identify EAG implementation and reflect on teacher/student positioning utilizing video clips (with transcripts) and written scenarios developed from teacher interviews
● Reflect on the impact of EAG implementation on students utilizing video clips from student interviews
● Assess student outcomes by analyzing provided survey data on students' physics identity and future physics intentions, particularly women and MRE (Potvin et al., in press) (an analysis template will be created to help facilitate the process for teachers)
● Enact modeling and practice implementation through role playing and performance acts (Bird & Donelan, 2020) utilizing written scenarios of EAG practices. The scenarios will be developed from data collected from teachers' classrooms. Enacting these scenarios, will allow teachers to practice actions, reflect on their language and positioning, receive feedback, and revise their response.
● Community building with their professional learning team (PLT) during the above activities and with the broader group and project team. The PLT will be formed based on teachers' and facilitators' region and contexts (e.g. similar student demographics, urbanicity) during the summit.

**Part 2 - PLT Meeting Activities (throughout the academic year, only in-service)**
During these meetings, each team (established during the Summit) will go through a cycle of activities (completing a cycle every two meetings) with the following goals:
● Identify EAGs practices that are critical for each PLT-specific teaching context (i.e., the needs of the teachers and students in their contexts).
● Set collective goal(s) for how to address their needs using specific EAGs practices that will be implemented regularly.
● Plan how they will assess the impact of implementing the selected EAGs on themselves, their students, and classroom culture (student surveys, students' work, reflective journaling).
● Enact modeling and practice implementation through role playing and performance acts (Bird & Donelan, 2020) utilizing written scenarios for selected EAG that were co-designed in phase 1.
● Reflect on their selected EAG implementation utilizing the data collected by each teacher
● Assess/plan adjusted practice; identify/set new or revised goal(s) (repeat cycle; Hirsh & Crow, 2017)

Submitted/PI: Zahra Hazari /Proposal No: 2300607

Guidelines, agendas, and facilitation strategies for PLT monthly meetings will be developed. Additionally, an online community platform will be utilized to prompt and support teachers' implementation between the meetings. Drawing on the existing literature on best practices for facilitation, the strategies for teacher support will include (i) sustaining an inquiry stance (van Es et. al, 2013), (ii) supporting group collaboration and distributing participation (Eston, 2008), and (iii) promoting dialogue and creating trustful 'communicative spaces' (Bristol, 2015; Poekert et al. 2020). Formative feedback on the PL design will be provided by the Advisory Board – which includes high school physics teacher leaders and experts in PL, inclusive/equitable practice, and physics education – and external evaluators. This feedback will be utilized to revise the PL activities.

### Phase 1: Research on PL Design

Design-based research (DBR) methods will be utilized in this phase where learning activities are designed, implemented, and studied in physics classes contexts (Cobb et al., 2003). This process will help refine the PL activities to be more accessible and effective for teachers' adoption of inclusive/equitable practices. The PL will be tested in this phase through implementation with six additional teachers who will be recruited through the STEP UP network and will form a professional learning team (PLT). Additionally, five Teachers in Residence from the PhysTEC network will be recruited. *Teachers in Residence* are experienced physics teachers that work with physics teacher education programs. They act as mentors to pre-service teachers and bridge the often separate worlds of physics departments, education departments, and schools. They can leverage their connections to build meaningful learning communities in which the PL can be practiced and disseminated. PhysTEC leads will experience the summit (the first part of the PL). The PhysTEC leads will participate in the DBR for the summit and the six teachers will participate in the DBR for both the summit and PLT meetings.

The PL summit will be held in the summer after the first year. The six teachers will experience the second part of the PL with meetings facilitated by project team members throughout the academic year. During the DBR, data will be collected through video observations of the PL summit and PLT meetings, pre/post teacher surveys, and teacher interviews. The observational data will allow the research team to address the research question on how teachers are implementing and reflecting on the EAG during the PL for different pedagogical contexts. The teacher survey (before and after each part of the PL) and interviews will be used to address the research question on changes in teaching practices related to social justice. For this, we will utilize a previously validated/reliable scale on teaching practices for social justice (Cochran-Smith et al., 2012; Enterline et al., 2008; Ludlow et al., 2008). In addition, at the beginning and end of the academic year, teachers will complete the EAG reflection, which captures the extent to which teachers are implementing the different EAG practices. This will also help to assess changes in practice after experiencing the year-long PLT meetings. Finally, a previously validated/reliable pre/post survey of students' physics identity and future physics intentions, and their class's communal culture (Cheng et al.; 2018; Hazari et al., 2015; Shulruf et al., 2007; Triandis, 2018) will be administered to the students of these teachers in the first and last months of the school year.

### Phase 1: Recruitment for Phase 1 Research and Phase 2

The first *Cohort of Facilitators* will consist of six high school physics teacher leads, now referred to as *Ambassadors,* and five *PhysTEC leads* (recruited for the DBR in phase 1 and leading the facilitation of PL in phase 2). Recruitment will take place early in the summer of the second year so that they participate in the PL summit and PLT as part of the DBR and are prepared for leading the PL in phase 2. At the end of the second year (end of phase 1), 60 in-service teachers and 60 pre-service teachers will be recruited for the experimental study starting in phase 2. However, to account for 20% attrition, the recruitment will enlist 75 per group while estimating that only 60 will be retained in the study. For the in-service teachers, we will draw on data from the survey that was distributed at the beginning of phase 1 to teachers in the STEP UP network (>1800 in-service teachers ) to recruit in-service teachers who have not implemented the EAG or STEP UP lessons. The pre-service teachers will be recruited from universities with physics teacher education programs that are part of the PhysTEC network (>400 preservice teachers).

### Phase 1: Milestones (Summer 2023 - Spring 2025) – see Figure 3 timeline

- Summer/Fall 2023 - In summer, surveys will be administered within the STEP UP network to identify six high school physics teachers for co-designing the PL. Once teachers are identified and recruited, students and parents in participating teachers classes will be informed about the design-based research and consent will be obtained.

Submitted/PI: Zahra Hazari /Proposal No: 2300607

- Fall 2023/Spring 2024 - Data (video, interviews, and surveys) will be collected from six teachers' classes and will be utilized to design the activities and develop resources for the PL. Six Ambassadors (high school physics teacher leads) and five PhysTEC leads (teacher-in-residence leaders) will be recruited to participate in the DBR for testing the PL.
- Summer 2024 - The first advisory board meeting will be convened to provide feedback. The PL-related activities and resources will be refined/revised for the DBR implementation. In mid-late summer, the DBR will start for the PL summit with six Ambassadors and five PhysTEC leads. Data will be collected before, during, and after the summit.
- Fall 2024/Spring 2025 - DBR continues for the monthly PLT meetings with six Ambassadors. Data will be collected at each meeting and pre/post interviews and surveys over the year. Results of the DBR and external evaluation will inform revisions and refinements to the PL activities and resources to improve their accessibility and effectiveness for impacting physics teacher practice.
- Spring 2025 - The PL-related activities, resources, and facilitation will be finalized for the experimental study in phase 2; 120 inservice/pre-service physics teacher participants for the experimental design will be recruited. At the end of spring, DBR results will be disseminated at national conferences.

## B.  Phase 2

This phase will focus on testing the impact of the PL on participating pre-service and in-service teachers, and in-service teachers' students, particularly women and MRE. This will be done through an experimental study with treatment teachers participating in the PL and control teachers who do not. Both teacher and student outcomes will be assessed as part of the study. The results will contribute to the research on professional learning and inform the final refinements of the PL for effective implementation.

### Phase 2: Training for PL Facilitation

Continuing with the goals of mobilizing physics teachers and developing teacher leaders, the project team will prepare the first cohort of *Ambassadors* (six high school physics teacher leads) and *PhysTEC leads* (who participated in the DBR during phase 1) to facilitate the PL (with project team support) for the experimental group (~60 teachers) during phase 2. Prior to the summit, the project team will run two full day facilitation training meetings to prepare Ambassadors and PhysTEC leads for PL facilitation including training them on the design principles, effective strategies embedded in the design (van Es et al. 2014 and Edwards and Rönnerman, 2013), facilitation techniques for active learning and creating a safe learning environment (Birman et. al, 2000; van Driel et. al., 2012), and practice facilitating micro-sessions.

### Phase 2: Research on PL Impact

In this phase we will measure the PL effectiveness prior to broader implementation (phase 3). In this case, effectiveness includes physics teachers' learning to implement the EAG such that they adopt more inclusive/equitable practices, create classroom cultures that are more communal, and ultimately impact students' physics identity development and persistence, particularly women and MRE. Therefore, an **experimental study** will be conducted to better understand the effect of the PL on *teachers, their students, and classroom culture*. The study will be a cluster randomized trial where 60 in-service teachers and 60 pre-service teachers will be *randomly assigned* to a treatment and control group (30 in each cluster). See details of treatment and control group data collection, methods, and analysis below:

**Treatment Groups (30 in-service, 30 pre-service teachers):**
- In-service teachers will participate in the summit and PLT meetings throughout the year, led by the Ambassadors. Data collection: teacher surveys before summit, after summit (before school year), and end of school year; teacher reflection inventory on implementation of EAG practices at the beginning and end of school year; and student surveys at the beginning and end of school year.
- Pre-service teachers will participate in the summit during the summer led by the trained PhysTEC leads. Data collection: teacher surveys before and after the summit.

**Control Groups (30 in-service, 30 pre-service teachers):**
- In-service teachers will not participate in the PL. Data collection: teacher surveys at the beginning of the school year; teacher EAG reflection inventory at the beginning and end of school year; and student surveys at the beginning and end of school year.
- Pre-service teachers will not participate in the PL. Data collection: teacher surveys in the summer.

The **teacher survey** examines teachers' understanding of practices related to social justice using a previously validated/reliable scale on teaching practices for social justice (Cochran-Smith et al., 2012;

Submitted/PI: Zahra Hazari /Proposal No: 2300607

Enterline et al., 2008; Ludlow et al., 2008). The survey will also include sections about the teachers' background/preparation, their school/students, and their students' reported persistence to the next course or a physics-related college major, particularly for women and MRE. The **teacher EAG reflection inventory** contains all the practices included in the EAG for interacting with students individually, facilitating group work, engaging the whole class, planning/assessing, and connecting outside the classroom. Teachers reflect on and select the practices they utilize, highlighting missing areas or areas in need of improvement. The **student survey** includes previously validated/reliable measures of students' physics identity, students' future physics intentions, and their class's communal culture (Cheng et al.; 2018; Hazari et al., 2015; Shulruf et al., 2007; Triandis, 2018). Students' demographics and academic background/achievement, particularly in physics, will also be included. Teachers will provide students with a unique identifier to enter prior to taking the survey in order to match pre/post student data; however, the research team will not have access to the unique identifiers.

The analysis of the data to address the research questions will include descriptive statistics as well as inferential tests to compare treatment and control groups. After ensuring pre-measures are not significantly different between the randomly assigned comparison groups, we will utilize independent samples t-tests to assess whether the post-measures are significantly different for the treatment and control groups, separating analyses for in-service and pre-service teachers. If pre-measures are different, we will utilize regression to control for pre-measures before testing the effect of the PL intervention. In addition, regression will be used to analyze the effects for different student groups (women and MRE). In terms of statistical power to detect effects during the experiment, we conduct power analyses for the different types of data (teacher and student) and tests to address our research questions. A recent meta-regression analysis of PD effects on teacher outcomes reported that the average effect size for PD over the span of 3.5 months was 0.76 (Kowalski et al., 2020), which was the effect size used in our power analysis. For our study, given 30 teachers in each experimental group, a power analysis likelihood of detecting a 0.76 one-way effect for t-tests at the $p<0.05$ level is 89.7%. This exceeds the recommended threshold of 80% (Cohen, 1988; Tabachnick et al., 2007). For student data, given that teachers in our studies typically have at least 25 students across their physics classes (25*60 in-service teachers), the experimental study will include approximately 1500 students with roughly 750 in each group. A power analysis revealed that for a t-test comparing a sample size of 750 in one group (students in treatment teachers' group) compared to 750 in another (students in control teachers' group), the likelihood of detecting a small effect (d=0.2) at the $p<0.05$ level is 97.2%. For a medium effect (d=0.5), the likelihood increases to 99.9%. This is considerably larger than the recommended minimum power estimate of an 80% likelihood of detecting an effect (Cohen, 1988; Tabachnick et al., 2007). Furthermore, since race/ethnicity, gender, and other variables will be accounted for in the comparisons, a power analysis for a linear model with ten predictors and the given sample estimates, yields a power estimate of 98.6% for a small $f^2$ effect and 99.9% for a medium effect.

Results from phase 2 will be used to further refine PL for broad implementation in phase 3. In addition, external evaluation will focus on teacher interviews (those participating in the experiment and the Ambassadors/Leads facilitating the PL) to understand the fidelity of implementation and effective practices used during the PL to optimally impact teacher practice, classroom culture, and outcomes for women and MRE. Formative feedback from the external evaluators, as well as the advisory board, will help to refine the PL implementation for propagation in Phase 3.

### Phase 2: Recruitment for Phase 3

At the end of spring of the third year, the second *Cohort of Facilitators* consisting of 40 Ambassadors (high school physics teacher leads) and 10 PhysTEC leads (teachers-in-residence) will be recruited to facilitate the PL in phase 3 propagation. Ambassadors will be recruited from the current and former STEP UP Ambassadors (~100 teachers), as well as the experimental treatment group of in-service teachers (30), particularly those that demonstrate effective EAG implementation and the most positive student outcomes. PhysTEC leads will be recruited from the previous leads in phase 2 and remaining teachers-in-residence. For PL participants in phase 3, we will utilize similar strategies as in phase 1 to recruit 400 in-service physics teachers and 100 pre-service teachers from the STEP UP and PhysTEC networks.

### Phase 2: Milestones (Spring 2025 - Summer 2026) – see Figure 3 timeline

- Spring 2025 - Six Ambassadors and five PhysTEC leads will be prepared by the project team to facilitate the PL. 120 recruited teachers will be randomly assigned to treatment and control groups.

Submitted/PI: Zahra Hazari /Proposal No: 2300607

- Summer 2025 - The treatment group will participate in the summit led by Ambassadors and PhysTEC leads with support of the project team. Treatment group will receive the survey before and after the summit. Teachers in the control group will receive the survey at the end of the summer.
- Fall 2025 - Student pre-survey data will be collected. In-service teachers in the treatment group will participate in PLT meetings throughout the academic year facilitated by the Ambassadors.
- Spring 2026 - In-service teachers in the treatment group will continue participating in PLT meetings. Teacher surveys will be administered to in-service teachers at the end of the year. Student post-survey data will be collected. 40 Ambassadors and 10 PhysTEC leads will be recruited for phase 3.
- Summer 2026 - The second advisory board meeting will be convened. Results of the experimental study, external evaluation, and advisory board feedback will inform the final PL refinements. The PL will be professionalized including videos, virtual interactive platforms, and community engagement sites. Experimental study results will be disseminated at national conferences.

## C.  Phase 3

The final phase will implement and study the PL at a larger scale by deploying the previously tested PL model (train-the-trainer with community building) to a larger group of facilitators and teachers through a STEP UP PL program. It will include 40 Ambassadors, 10 PhysTEC leads, 400 in-service teachers, and 100 pre-service teachers. The Ambassadors and PhysTEC leads will be trained and then facilitate the PL for the 400 in-service and 100 pre-service teachers with the support of the project team. The research in this phase will include assessing the impact of the PL using a correlational survey study of teachers and students.The STEP UP PL program deployed in this phase will create a community supported model that allows broader propagation of inclusive/equitable practices towards culture change.

### Phase 3: Training for PL Facilitation

In phase 3, the project will prepare the second *Cohort of Facilitators* consisting of 40 Ambassadors and 10 PhysTEC leads through a two-day in-person *Retreat* that will include interactive workshops and breakout sessions for smaller group facilitation practice. Ambassadors and PhysTEC leads will learn about the design principles of the PL, results of its impact (from phase 2), effective strategies (van Es et al. 2014; Edwards and Rönnerman, 2013), and facilitation techniques for active learning and creating a safe learning environment (Birman et. al, 2000; van Driel et. al., 2012). The training meetings will be conducted during a two-day retreat that will include interactive workshops and breakout sessions for smaller group facilitation practice. The retreat will be led by the project team and the first cohort of facilitators, and will be held at APS/AAPT HQ, American Center for Physics in College Park, MD.

### Phase 3: Propagation

With support from the project team, Ambassadors and PhysTEC leads will implement a two-day virtual summit with 400 in-service and 100 pre-service teachers recruited in phase 2. The summit will initiate the PL, which will continue for in-service teachers with PLT meetings throughout the year. During the academic year, Ambassadors will lead PLT meetings with their PLT. The propagation model will include disseminating PL and establishing context/regional support networks to reflect on and reinforce practices in the classroom that promote the development of inclusive/equitable practices and communal cultures. Each Ambassadors will lead a cohort of 10 in-service physics teachers (400 total). Additionally 100 pre-service teachers will engage in the summit, actively learning about EAG implementation as they begin their teaching careers. The project team has extensive experience in running this propagation model from the previous dissemination of the STEP UP lessons. External evaluation will provide feedback for enhancing the effectiveness of the propagation (see Project Assessment for evaluation plan).

### Phase 3: Research on Propagation Impact

The phase 3 research will be a correlational survey study which includes teacher surveys, a teacher EAG reflection inventory, and student surveys as described in phase 2. In-service and pre-service teachers' participation and data collection will be as follows:

**400 In-Service Physics Teachers participating in the PL summit and PLT meetings:**

- Data collection includes: teacher surveys before PL summit, after PL summit, and end of school year; teacher reflection inventory on implementation of EAG practices at the beginning and end of school year; and student surveys at the beginning and end of school year.

**100 Pre-Service Physics Teachers participating in the PL summit**

- Data collection includes teacher surveys before and after the PL summit.

Data analysis will include descriptive and inferential statistics to gauge changes in teacher outcomes (understanding of social justice practices, EAG implementation) and student outcomes (persistence to subsequent class/program). For within group comparisons, repeated measures t-tests will assess whether changes are significant. A power analysis for a repeated measures t-test with a sample of 400 reveals a likelihood of detecting a small effect (d=0.2) at p<0.05 is 97.9%. For a sample of 100, a moderate effect (d=0.5) at p<0.05 has a 99.9% likelihood of detection. Additionally, multi-level regressions will be used to identify effects for female/non-female, MRE/non-MRE groups and how different teacher characteristics (preparation/background, school/student context) affect teacher and student outcomes while controlling for pre-measures of those outcomes. A power analysis revealed for a regression model with ten variables, the likelihood of detecting a moderate effect ($f^2$=0.15) with n=400 and p<0.05 is 99.9%.

***Phases 1, 2 and 3: Continued Community Building and Sustainability***

The virtual STEP UP lesson implementations workshop will continuously be offered by the project team and current teacher leaders in the STEP UP community. Moreover, to grow the current network, the project team will continue (i) running virtual community events (e.g., social hours, equity/inclusivity speakers), (ii) presenting workshops at national conferences, (iii) recruit from national science teacher organizations, (iv) partner with science coordinators within large districts, and (v) email physics teachers and science coordinators nationally from lists compiled during the previous STEP UP project. The project leverages pre-existing programs and partnerships with APS/AAPT to assure sustainability of the PL and community building of high school physics teachers beyond the end of the project.

***Phase 3 Milestones (Summer 2026 - Summer 2027) – see Figure 3 timeline***

- Summer 2026 - 40 Ambassadors and 10 PhysTEC leads, will attend a retreat to be prepared for facilitating the PL. The summit will be held for 500 high school physics teachers (400 in-service, 100 pre-service). Surveys will be administered before and after the summit (at the end of the summer).
- Fall 2026 - Student pre-survey data will be collected. In-service teachers will participate in PLT meetings throughout the academic year facilitated by the Ambassadors (10 teachers p/Ambassador). Dissemination of research products by conference presentations/proceedings and manuscripts.
- Spring 2027 - In-service teachers will continue participating in PLT meetings. Surveys will be administered to in-service teachers at the end of the year. Student post-survey data will be collected.
- Summer 2027 - Dissemination at national conferences and in journals for practitioners and researchers. Summative evaluation will inform future directions of inclusion/equity initiatives for teachers. PL facilitation will continue beyond the end of the project through PhysTEC and STEP UP programs.



**Figure 3.** Timeline of the project

Submitted/PI: Zahra Hazari /Proposal No: 2300607

**Project Assessment**

**A.  External Evaluation**

    Magnolia Consulting, LLC, an independent company will conduct the external evaluation of the project. They have extensive experience in STEM designing and implementing evaluations for more than 65 STEM projects funded by the National Science Foundation, NASA, the American Association for the Advancement of Science, the Geological Society of America, the U.S. Department of Education, and the Arizona Department of Education Mathematics and Science Partnership program, among others. Formative evaluation will inform modifications of project implementation on a monthly basis. Summative evaluation will address the extent to which the project meets its goal of providing professional learning to assist physics teachers in adopting inclusive/equitable practices and creating communal classroom cultures to support the development of physics identity in traditionally marginalized students. Evaluators will use quantitative and qualitative methods to address the evaluation questions. Mixed methods strengthen the evaluation design by allowing triangulation of findings across data sources (Patton, 2015; Creswell & Plano Clark, 2007). See Table 1 for the evaluation details.

**Table 1.** Evaluation Matrix

| Evaluation Questions | Methods (Data) |
|---|---|
| *Formative Evaluation Questions*<br>- Phase 1: How are effective PL elements incorporated into the PL design? To what extent are teacher co-designers' understanding of teacher/student needs embedded into designs to optimize translation to teacher practice? What supports/barriers do teachers face implementing goals of PL?<br>- Phase 2: What are the experiment teachers' perceptions of the accessibility, utility and quality of the professional learning (PL) activities? How might they be improved?<br>- Phase 2: How are PL activities implemented? What are barriers and supports to implementation?<br>- Phase 3: What are the barriers and supports to scaling the PL to the larger Ambassador and PhysTEC programs? | - Focus group interviews with co-designer teachers (Phase 1)<br>- Review PL artifacts (Phase 1 & 2)<br>- Focus groups with pre-service and in-service treatment group teachers (Phase 2)<br>- Survey treatment groups and Ambassadors (Phase 2)<br>- Survey of pre-service teachers, in-service teachers, and Ambassadors (Phase 3) |
| *Summative Evaluation Questions*<br>- To what extent does the project achieve its goals of developing and implementing impactful PL for inclusive/equitable practice?<br>- Which aspects of the PL do teachers perceive as most impactful to their practice? | - Interviews and surveys with Ambassadors, teachers, and project team (Phase 3)<br>- Review research results (Phase 3) |

    *External Evaluator Data Analysis and Reporting*

    Interview data will be imported into the computer software program Atlas.ti and analyzed using the process of analytic induction (Erickson, 1986) wherein evaluators review the data, generate and refine assertions, and verify their credibility. Quantitative data from surveys will be imported into SPSS v24, a statistical software program, and analyzed using descriptive and inferential analyses. Evaluators will participate in monthly project team meetings to provide ongoing guidance on planning, evaluation instruments, and reporting of formative project findings. Survey and interview findings will be made available as they are analyzed to ensure timely feedback to the project team to understand how the project is being implemented and to inform modifications to project components. Evaluators will generate yearly formative reports and a summative report at the end of the project. Formative reports will include recommendations for modifications based on evaluation data.

**B.  National Advisory Board**

    The STEP UP Advisory Board will provide expertise throughout the project through online meetings (year 1 & 3). Members have agreed to serve in this capacity for the duration of the project:

**Heidi Carlone** – Dr. Carlone is the Hooks Distinguished Professor of Science Education at Vanderbilt University. She is a leading expert on science identity development for women and MRE.
**Catherine Garland** - Dr. Garland is the Coordinator of Teaching & Learning for the Community College of Vermont and a previous Ambassador with experience teaching physics with primarily MRE populations.
**Natasha Holmes** - Dr. Holmes is the Ann S. Bowers Assistant Professor of Physics at Cornell University. Her expertise is in supporting teachers in reforming physics course environments.
**Felicia Moore Mensah** - Dr. Mensah is Professor of Science Education at Columbia University. Her expertise is in science teacher identity and social justice education.
**Terrell Morton** - Dr. Morton is an Assistant Professor of Identity and Justice in STEM Education at the University of Illinois Chicago. His expertise is in positionality, identity, and inclusion of women of color.
**Jeremy Secaur** - Mr. Secaur is a physics teacher at Elyria High School, recipient of the Presidential Award for Excellence in Mathematics and Science Teaching, and experienced STEP UP Ambassador.
**Megan Shaughnessy** - Dr. Shaughnessy is a faculty member at Boston University. She leads NSF projects focused on studying and implementing equitable discussion practices within math classrooms.
**Stamatis Vokos** – Dr. Vokos is a professor at California Polytechnic State University. He is an expert on K-12 teacher professional learning in physics.

**C.  Teacher Leaders**
    The following experienced STEP UP teachers will serve as advisors and provide additional feedback on the design and refinement of PL-related activities and resource:
● **Savannah Lodge-Scharff** - Executive Massachusetts Computer Using Educators, Bedford, MA
● **John Metzler** - Glenbard West High School, Glen Ellyn, IL
● **Praisy Poluan** - Edison High School, Huntington Beach, CA
● **Jeremy Secaur** - Elyria High School & AMTA, Elyria, OH
● **Shane Wood** - Mounds View Public School & QuarkNet Staff, New Brighton, MN

**Dissemination**

Dissemination includes propagating strategies to practitioners through the STEP UP Ambassadors and PhysTEC program, and communicating results with research/education communities. Propagation of STEP UP's EAG practices for inclusive/equitable teaching and communal classroom cultures will be carried out through PL, community building, and networked teacher engagement. Dissemination of the PL will continue throughout the project as described in the design, reaching more than 500 in-service high school physics teachers and more than 150 pre-service teachers. APS and AAPT will continue to disseminate, both during and after the project, through local and regional physics teacher networks and support the current STEP UP community through virtual workshops, webinars, and the online community. Research results will be shared with the broader education, science education, and physics education research communities through peer-reviewed articles and conference presentations to help translate the model and findings to other disciplines. High impact journals and those reaching appropriate audiences will be targeted such as American Educational Research Journal (AERJ), Journal of Science Teacher Education (JSTE), Journal of Research in Science Teaching (JRST), Science Education, Physical Review Physics Education Research (PRPER), etc. Presentations/proceedings will be included in national and regional conferences for societies such as American Educational Research Association (AERA), Association for Science Teacher Education (ASTE), National Association for Research in Science Teaching (NARST), National Science Teaching Association (NSTA), AAPT, PhysTEC, and UTeach.

**Results from Prior NSF Support**

The PI team includes Zahra Hazari, Geoff Potvin, Pooneh Sabouri, Beth Cunningham, Mark Hannum, Claudia Fracchiolla, Nicole Schrode, and Annelise Roti Roti. These individuals currently lead STEP UP, the project most directly related to this proposal.
**DRL #1721021, 1720810, 1720869, 1720917**, $2,999,433, 2017-2021 (Hazari, Potvin, Kramer, Cunningham, Hannum, Wittmann, and Fracchiolla), "Collaborative Research: Mobilizing Teachers to Increase Capacity and Broaden Women's Participation in Physics." The **intellectual merit** is the development and controlled testing of effective interventions in high school physics to improve the physics identity development of women. The **broader impacts** include propagating these materials to

Submitted/PI: Zahra Hazari /Proposal No: 2300607

thousands of high school physics teachers across the country (>1800 in the community network and 10,000 reached overall) through professional development led by two national cohorts of Ambassadors (97 total, 256 presentations/workshops), a mobilizing media campaign (~22,000 teachers), and the creation of a networked community of high school physics teachers focused on equity/inclusivity issues (>1800 teachers, >2000 college faculty, students, informal educators, and broader community members). In addition, three doctoral students' dissertation research and several undergraduate researchers have been supported by the project. Publications: Archibeque et al., in preparation; Cheng et al., 2018; Hazari et al., 2018; Head et al., 2019; Head et al., 2020; Head et al., in review; Potvin et al., in press; Sabouri & Hazari, 2021; Sabouri et al., in press, and over 90 conference/invited research presentations. Products: Lessons and guides, Everyday Actions Guide with self-reflection checklist, Guidelines for conduct during discussion poster, Informational flyers for counselors/parents, Spanish versions of materials.

**Project Expertise**

**A. Project Team**

The project will be coordinated across the three institutional partners – FIU, APS, and AAPT. The project team has a strong collaborative working relationship where the teams at each institution support each other to accomplish collective goals. Each team will lead a particular aspect of the project: **FIU** will lead the research, including developing the PL and DBR (Phase 1), experimental study (Phase 2), and survey study (Phase 3) with support from AAPT/APS for recruitment, data collection, and dissemination. **AAPT** will lead the recruitment/training of Ambassadors and teacher leaders (Phases 1-3) with support from FIU and APS to help administer the training and support Ambassadors in implementing the PL. **APS** will lead the community organizing efforts through facilitation of sessions, summits, and retreats (Phases 1-3), recruitment/preparation of PhysTEC leads (Phase 2-3), recruitment of teachers for PL (Phases 2-3), and continued community building efforts within and beyond the grant with support from FIU and AAPT to develop and set agendas and maximize teacher engagement.

Weekly project-wide meetings will take place virtually. In-person project meetings will occur as needed. The external evaluator will join monthly project meetings to provide ongoing feedback.

**Dr. Zahra Hazari (FIU, PI)** is a professor in the Department of Teaching & Learning and STEM Transformation Institute at FIU, and PI of the STEP UP grant. She is a leading expert on gender issues in physics, has led several national studies, and has extensive experience implementing these methods.

**Dr. Geoff Potvin (FIU, Co-PI)** is an associate professor in the Department of Physics and the director of the STEM Transformation Institute at FIU. He has expertise in making physics accessible to diverse groups of students, as well as in quantitative and qualitative research methods.

**Dr. Pooneh Sabouri (FIU, Co-PI)** is the FIU STEP UP project manager and has experience with qualitative research methods and conducting teacher preparation programs. She will coordinate the FIU team, contribute to conducting the research and propagation efforts throughout the project.

**Dr. Claudia Fracchiolla (APS, PI)** is the APS Head of Public Engagement with 10 years of experience in physics education research focused on communities of practice and fostering physics identity. She will provide expertise on research activities and support interfacing with APS departments on project goals.

**Nicole Schrode (APS, Co-PI)** is APS Public Engagement Program Manager with 17 years experience in formal K-12 science education. She will provide expertise in fostering relationships between the project team, active high school teachers, and pre-service teachers.

**Annelise Roti Roti (APS, Co-PI)** is an Education Program Manager with experience in professional development and community engagement. They will provide expertise on building relationships and supporting teachers and teacher recruitment, and will facilitate synergy between STEP UP and PhysTEC.

**Dr. Beth Cunningham (AAPT, PI)** is the Executive Officer of the AAPT. She has directed a number of NSF projects and is currently leading an NSF ADVANCE project supporting women in physics departments and the U.S. Delegation to the IUPAP International Conference on Women in Physics.

**Mark Hannum (AAPT, Co-PI)** is the K-12 Program manager with extensive experience as a high school physics teacher, developer of PD for teachers, and project management of multiple national-scale projects centering on women and MRE in STEM and the promotion of teaching as a profession.

**Page 25 of 172**

Submitted/PI: Zahra Hazari /Proposal No: 2300607

# References

Archibeque, B., Potvin, G. Hazari, Z., Lock, R.M. (in preparation) Analyzing discussions of underrepresentation in a high school classroom. *Physical Review Physics Education Research*.

Barton, A. C., & Yang, K. (2000). The culture of power and science education: Learning from Miguel. *Journal of Research in Science Teaching: The Official Journal of the National Association for Research in Science Teaching, 37*(8), 871-889.

Bird, J., & Donelan, K. (2020). An interactive ethnographic performance: Using research-based theatre and drama pedagogy to enhance meaning making. Research in Drama Education: The Journal of Applied Theatre and Performance, 25(2), 218-235.

Birman, B. F., Desimone, L., Porter, A. C., & Garet, M. S. (2000). Designing professional development that works. *Educational leadership*, 57(8), 28-33.

Borko, H. (2004). Professional development and teacher learning: Mapping the terrain. *Educational researcher*, *33*(8), 3-15.

Borko, H, Jacobs J and Koellner, K (2010), Contemporary Approaches to Teacher Professional Development. In: Penelope Peterson, Eva Baker, Barry McGaw, (Editors), *International Encyclopedia of Education*. volume 7, pp. 548-556. Oxford: Elsevier.

Bristol, L (2015) Leading-for-inclusion: transforming action through teacher talk, *International Journal of Inclusive Education*, 19:8, 802-820, DOI: 10.1080/13603116.2014.971078

Carlone, H. B. (2004). The cultural production of science in reform-based physics: Girls' access, participation, and resistance. *Journal of Research in Science Teaching*, *41*(4), 392–414.

Carlone, H. B., Scott, C. M., & Lowder, C. (2014). Becoming (less) scientific: A longitudinal study of students' identity work from elementary to middle school science. *Journal of Research in Science Teaching*, *51*(7), 836-869.

Cheng, H., Potvin, G., Khatri, R., Kramer, L. H., Lock, R. M., & Hazari, Z. (2018). Examining physics identity development through two high school interventions. *Physics Education Research Conference Proceedings*. Washington, DC: American Association of Physics Teachers.

Clayman, S. E., & Gill, V. T. (2012). Conversation analysis. In J. P. Gee & M. Handford (Eds.), *The Routledge handbook of discourse analysis* (pp. 120–134). New York: Routledge.

Cobb, P., Confrey, J., diSessa, A., Lehrer, R., & Schauble, L. (2003). Design Experiments in Educational Research. *Educational Researcher*, *32*(1), 9–13. https://doi.org/10.3102/0013189X032001009

Cochran-Smith, M., Ludlow, L., Ell, F., O'Leary, M., & Enterline, S. (2012). Learning to teach for social justice as a cross cultural concept: findings from three countries. *Journal of Educational Research*, *1*(2), 171-198.

2300607

Submitted/PI: Zahra Hazari /Proposal ID: 2300607

Cohen, J. (1988). *Statistical power analysis for the behavioral sciences*. Hoboken.

Creswell, J. W., & Plano Clark, V. L. (2007). *Designing and conducting mixed methods research*. Thousand Oaks, CA: Sage.

Darling-Hammond, L., Hyler, M. E., & Gardner, M. (2017). Effective Teacher Professional Development. Research Brief. *Learning Policy Institute*.

Davies, B., & Harré, R. (1990). Positioning: The discursive production of selves. *Journal for the Theory of Social Behaviour, 20*(1), 43–63.

Diekman, A.B., Brown, E.R., Johnston, A.M., & Clark, E.K. (2010). Seeking congruity between goals and roles a new look at why women opt out of science, technology, engineering, and mathematics careers. *Psychological Science, 21*(8), 1051-1057.

Easton, L. B. (2008). From Professional Development to Professional Learning. *Phi Delta Kappan*, 89(10), 755–761. https://doi.org/10.1177/003172170808901014

Edwards Groves, Christine & Rönnerman, Karin  (2013) Generating leading practices through professional learning, *Professional Development in Education*, 39:1, 122-140, DOI: 10.1080/19415257.2012.724439

Emdin, C. (2007). Exploring the contexts of urban science classrooms. Part 1: Investigating corporate and communal practices. *Cultural Studies of Science Education*, 2(2), 319-350.

Enterline, S., Cochran-Smith, M., Ludlow, L. H., & Mitescu, E. (2008). Learning to teach for social justice: Measuring change in the beliefs of teacher candidates. *The New Educator*, 4(4), 267-290.

Erickson, F. (1986). Qualitative methods in research on teaching. In M. C. Wittrock (Ed.), *Handbook of research on teaching* (pp. 119–159). Macmillan Publishing Co.

Fredricks, J. A., Blumenfeld, P. C., & Paris, A. H. (2004). School engagement: Potential of the concept, state of the evidence. *Review of Educational Research, 74*(1), 59–109.

Gee, J. P., & Green, J. L. (1998). Discourse analysis, learning, and social practice: A methodological study. *Review of Research in Education, 23*, 119–169.

Godwin, A., Potvin, G., Hazari, Z. and Lock, R. (2016), Identity, critical agency, and engineering: An affective model for predicting engineering as a career choice. *Journal of Engineering Education*, 105(2), 312-340. https://doi.org/10.1002/jee.20118

Gonsalves, A., Rahm, J., & Carvalho, A. (2013). "We could think of things that could be science": Girls' refiguring of science in an out of school time club. *Journal of Research in Science Teaching*, 50(9), 1068-1097.

Harré, R., & Moghaddam, F. (2003). Introduction: The Self and Others in Traditional Psychology and in Positioning Theory. In R. Harré & F. Moghaddam (Eds.), *The self and others: Positioning individuals and groups in personal, political, and cultural contexts* (pp. 1–11). Praeger Publishers/Greenwood Publishing Group.

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

Hazari, Z. (2020, July 19-22). *STEP UP: A Social Movement to Promote Cultural Change in Physics.* [Invited Conference Plenary] , *American Association of Physics Teachers Summer Meeting*, Virtual.

Hazari, Z., Brewe, E., Goertzen, R. M., & Hodapp, T. (2017). The importance of high school physics teachers for female students' physics identity and persistence. *The Physics Teacher*, *55*(2), 96-99.

Hazari, Z., & Cass, C. (2018). Towards meaningful physics recognition: What does this recognition actually look like?. *The Physics Teacher*, *56*(7), 442-446.

Hazari, Z., Cass, C., & Beattie, C. (2015). Obscuring power structures in the physics classroom: Linking teacher positioning, student engagement, and physics identity development. *Journal of Research in Science Teaching*, *52*(6), 735-762.

Hazari, Z., Chari, D., Potvin, G., & Brewe, E. (2020). The context dependence of physics identity: Examining the role of performance/competence, recognition, interest, and sense of belonging for lower and upper female physics undergraduates. *Journal of Research in Science Teaching*, *57*(10), 1583-1607.

Hazari, Z., Potvin, G., Lock, R. M., Lung, F., Sonnert, G., & Sadler, P. M. (2013). Factors that affect the physical science career interest of female students: Testing five common hypotheses. *Physical Review Special Topics-Physics Education Research*, *9*(2), 020115.

Hazari, Z., Sonnert, G., Sadler, P.M. and Shanahan, M.-C. (2010), Connecting high school physics experiences, outcome expectations, physics identity, and physics career choice: A gender study. *Journal of Research in Science Teaching, 47*(8), 978-1003. https://doi.org/10.1002/tea.20363

Head, T. B., Lock, R. M., Khatri, R., Hazari, Z., Potvin, G. (2019). Student response to a careers in physics lesson. *Physics Education Research Proceedings*, July 24-25, 2019, 208-213.

Head, T. B., Khatri, R., Hazari, Z., Potvin, G., & Lock, R.M. (2020). Believe that they can achieve: How teacher attitudes toward physics impact student outcomes. *Physics Education Research Proceedings,* July 22-23, 2020, 198-203.

Head, T. B., Taylor, J. Potvin, G. Hazari, Z. Sabouri, P. (in review) Examining the associations between physics identity and the endorsement of communal or agentic goals. *Physical Review Physics Education Research*

HERI (2019). CIRP Freshman Survey Data 2019. Los Angeles, CA: Higher Education Research Institute.

Hirsh, S., & Crow, T. (2017). *Becoming a Learning Team: A Guide to a Teacher-led Cycle of Continous Improvement.* Learning Forward.

Hobfoll, S. E., Jackson, A., Hobfoll, I., Pierce, C. A., & Young, S. (2002). The impact of communal-mastery versus self-mastery on emotional outcomes during stressful conditions: A

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

prospective study of Native American women. *American journal of community psychology*, *30*(6), 853-871.

Hodapp, T., & Hazari, Z. (2015). Women in Physics: Why so few? American Physical Society News, *The Back Page*, *24*(10).

Kessels, U., Rau, M., & Hannover, B. (2006). What goes well with physics? Measuring and altering the image of science. *British Journal of Educational Psychology*, *76*(4), 761-780.

Kowalski, S. M., Taylor, J. A., Askinas, K. M., Wang, Q., Zhang, Q., Maddix, W. P., & Tipton, E. (2020). Examining factors contributing to variation in effect size estimates of teacher outcomes from studies of science teacher professional development. *Journal of Research on Educational Effectiveness*, *13*(3), 430-458.

Leslie, S. J., Cimpian, A., Meyer, M., & Freeland, E. (2015). Expectations of brilliance underlie gender distributions across academic disciplines. *Science*, *347*(6219), 262-265.

Lock, R. M., & Hazari, Z. (2016). Discussing underrepresentation as a means to facilitating female students' physics identity development. *Physical Review Physics Education Research*, *12*(2), 020101.

Ludlow, L. H., Enterline, S. E., & Cochran-Smith, M. (2008). Learning to teach for social justice-beliefs scale: An application of Rasch measurement principles. *Measurement and evaluation in counseling and development*, *40*(4), 194-214.

Lynch, K., Hill, H. C., Gonzalez, K. E., & Pollard, C. (2019). Strengthening the Research Base That Informs STEM Instructional Improvement Efforts: A Meta-Analysis. *Educational Evaluation and Policy Analysis*. https://doi.org/10.3102/0162373719849044

Milne, C., & Otieno, T. (2007). Understanding engagement: Science demonstrations and emotional energy. *Science Education*, *91*(4), 523–553.

Miyake, A., Kost-Smith, L. E., Finkelstein, N. D., Pollock, S. J., Cohen, G. L., & Ito, T. A. (2010). Reducing the gender achievement gap in college science: A classroom study of values affirmation. *Science*, *330*(6008), 1234-1237.

NCES (2020). The Condition of Education 2020. Institute of Education Sciences, National Center for Educational Statistics NCES 2020-144.

Patton, M. Q. (2015). *Qualitative research and evaluation methods* (4th ed.). Sage Publications.

Poekert, Philip E., Swaffield, S., Demir, Ema K. & Wright, Sage A. (2020) Leadership for professional learning towards educational equity: a systematic literature review, Professional Development in Education, 46:4, 541-562, DOI: 10.1080/19415257.2020.1787209

Porter, A.M., & Ivie, R. (2019). Women in Physics and Astronomy, 2019. *American Institute of Physics Report*. Retrieved from https://www.aip.org/statistics/reports/women-physics-and-astronomy-2019.

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

Potvin, G., Hazari, Z., Khatri, R., Cheng, H., Head, T.B., Lock, R.M., Kornahrens, A.F., Woodle, K.S., Vieyra, R.E., Cunningham, B.A., Kramer, L., & Hodapp, T. (in press). Examining the Effect of Counter-Narratives about Physics Promotes on Women's Physics Career Intentions. *Physical Review Physics Education Research.*

Pugh, K. J., Linnenbrink-Garcia, L., Koskey, K. L., Stewart, V. C., & Manzey, C. (2010). Motivation, learning, and transformative experience: A study of deep engagement in science. *Science Education*, *94*(1),1–28.

Reeves, J. (2009). Teacher investment in learner identity. *Teaching and Teacher Education*, *25*(1), 34–41.

Sabouri, P., & Hazari, Z. (2021) An informal physics club with young women leadership: A counterspace for developing physics identity, *E-Proceeding of European Science Education Research Association Conference*. Braga, Portugal.

Sabouri, P., Hazari, Z., Barnett Dreyfuss, B., & Khatri, R. (in press) Considerations for Inclusive and Equitable Design: The Case of STEP UP Counternarratives in High School Physics, *The Physics Teacher.*

Shulruf, B., Hattie, J., & Dixon, R. (2007). Development of a new measurement tool for individualism and collectivism. *Journal of Psychoeducational Assessment*, *25*(4), 385-401.

Slotta, J. D., Quintana, R. M., & Moher, T. (2018). Collective inquiry in communities of learners. *International handbook of the learning sciences*, 308-317.

Solórzano, D. G., & Yosso, T. J. (2002). Critical race methodology: Counter-storytelling as an analytical framework for education research. *Qualitative inquiry*, *8*(1), 23-44.

Stewart, C. (2014). Transforming professional development to professional learning. *Journal of adult education*, *43*(1), 28-33.

Tabachnick, B. G., Fidell, L. S., & Ullman, J. B. (2007). *Using multivariate statistics*. Boston, MA: Pearson.

Triandis, H. C. (2018). Individualism and collectivism. Routledge.

van Driel, Jan H. , Meirink, J. A. , van Veen, K.  & Zwart , R. C. (2012) Current trends and missing links in studies on teacher professional development in science education: a review of design features and quality of research, *Studies in Science Education*, 48:2, 129-160, DOI: 10.1080/03057267.2012.738020

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

van Es, E. A., Tunney, J., Goldsmith, L. T., & Seago, N. (2014). A Framework for the Facilitation of Teachers' Analysis of Video. *Journal of Teacher Education*, 65(4), 340–356. https://doi.org/10.1177/0022487114534266

Weisgram, E. S., & Bigler, R. S. (2007). Effects of learning about gender discrimination on adolescent girls' attitudes toward and interest in science. P*sychology of Women Quarterly*, *31*(3), 262-269.

White, S., & Tyler, J. (2014). Who Teaches High School Physics? Results from the 2012-13 Nationwide Survey of High School Physics Teachers. *American Institute of Physics Report*. Retrieved from: https://www.aip.org/statistics/reports/who-teaches-high-school-physics-0

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

# SUMMARY
# PROPOSAL BUDGET

YEAR 1

| ORGANIZATION **Florida International University** | FOR NSF USE ONLY | |
|---|---|---|
| | PROPOSAL NO. **2300607** | DURATION (months) |
| | | Proposed / Granted |

PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR
**Zahra Hazari**

AWARD NO.

| A. SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates (List each separately with title, A.7. show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1. Zahra Hazari - Principal Inv | 2.0 | | | 27,418 | |
| 2. Geoffrey Potvin | 0.5 | | | 6,785 | |
| 3. Pooneh Sabouri | 2.0 | | | 11,329 | |
| 4. | | | | | |
| 5. | | | | | |
| 6. ( ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.0 | | | 0 | |
| 7. ( 3 ) TOTAL SENIOR PERSONNEL (1 - 6) | 4.5 | | | 45,532 | |
| B. OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( 1 ) POST DOCTORAL SCHOLARS | 12.0 | | | 50,000 | |
| 2. ( 0 ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.0 | | | 0 | |
| 3. ( 1 ) GRADUATE STUDENTS | | | | 30,000 | |
| 4. ( 1 ) UNDERGRADUATE STUDENTS | | | | 10,000 | |
| 5. ( 0 ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | 0 | |
| 6. ( 0 ) OTHER | | | | 0 | |
| TOTAL SALARIES AND WAGES (A + B) | | | | 135,532 | |
| C. FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | 40,503 | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | 176,035 | |
| D. EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | 0 | |
| E. TRAVEL 1. DOMESTIC (INCL. U.S. POSSESSIONS) | | | | 10,000 | |
| 2. INTERNATIONAL | | | | 0 | |
| F. PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS $ 0 | | | | | |
| 2. TRAVEL 0 | | | | | |
| 3. SUBSISTENCE 0 | | | | | |
| 4. OTHER 0 | | | | | |
| TOTAL NUMBER OF PARTICIPANTS ( 0 ) TOTAL PARTICIPANT COSTS | | | | 0 | |
| G. OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | 2,000 | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | 0 | |
| 3. CONSULTANT SERVICES | | | | 10,000 | |
| 4. COMPUTER SERVICES | | | | 0 | |
| 5. SUBAWARDS | | | | 21,217 | |
| 6. OTHER | | | | 9,575 | |
| TOTAL OTHER DIRECT COSTS | | | | 42,792 | |
| H. TOTAL DIRECT COSTS (A THROUGH G) | | | | 228,827 | |
| I. INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) **MTDC (Rate: 47.5, Base:219252)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | 104,145 | |
| J. TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | 332,972 | |
| K. FEE | | | | 0 | |
| L. AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | 332,972 | |
| M. COST SHARING PROPOSED LEVEL $ 0 | AGREED LEVEL IF DIFFERENT $ | | | | |

| PI/PD NAME **Zahra Hazari** | FOR NSF USE ONLY | | |
|---|---|---|---|
| | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* **Regnier Jurado** | Date Checked | Date Of Rate Sheet | Initials - ORG |

*ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

**Page 32 of 172**

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

# SUMMARY
# PROPOSAL BUDGET

**YEAR 2**

| ORGANIZATION | FOR NSF USE ONLY | |
|---|---|---|
| Florida International University | PROPOSAL NO. **2300607** | DURATION (months) |
| | | Proposed | Granted |

| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR | AWARD NO. |
|---|---|
| Zahra Hazari | |

| A.  SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty  and Other Senior Associates (List each separately with title, A.7.  show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1.  Zahra Hazari - Principal Inv | 2.0 | | | 28,241 | |
| 2.  Geoffrey Potvin | 0.5 | | | 7,017 | |
| 3.  Pooneh Sabouri | 2.0 | | | 11,669 | |
| 4. | | | | | |
| 5. | | | | | |
| 6. (     ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.0 | | | 0 | |
| 7. ( 3  ) TOTAL SENIOR PERSONNEL (1 - 6) | 4.5 | | | 46,927 | |
| B.  OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( 1  ) POST DOCTORAL SCHOLARS | 12.0 | | | 51,500 | |
| 2. ( 0  ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.0 | | | 0 | |
| 3. ( 1  ) GRADUATE STUDENTS | | | | 30,900 | |
| 4. ( 1  ) UNDERGRADUATE STUDENTS | | | | 10,000 | |
| 5. ( 0  ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | 0 | |
| 6. ( 0  ) OTHER | | | | 0 | |
| TOTAL SALARIES AND WAGES (A + B) | | | | 139,327 | |
| C.  FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | 41,729 | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | 181,056 | |
| D.  EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | 0 | |
| E.  TRAVEL        1.  DOMESTIC (INCL. U.S. POSSESSIONS) | | | | 10,000 | |
| 2.  INTERNATIONAL | | | | 0 | |
| F.  PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS          $ _____ 0 | | | | | |
| 2. TRAVEL _____ 0 | | | | | |
| 3. SUBSISTENCE _____ 0 | | | | | |
| 4. OTHER _____ 0 | | | | | |
| TOTAL NUMBER OF PARTICIPANTS     ( 0  )           TOTAL PARTICIPANT COSTS | | | | 0 | |
| G.  OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | 2,000 | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | 0 | |
| 3. CONSULTANT SERVICES | | | | 0 | |
| 4. COMPUTER SERVICES | | | | 0 | |
| 5. SUBAWARDS | | | | 25,795 | |
| 6. OTHER | | | | 9,862 | |
| TOTAL OTHER DIRECT COSTS | | | | 37,657 | |
| H.  TOTAL DIRECT COSTS (A THROUGH G) | | | | 228,713 | |
| I.  INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) MTDC (Rate: 47.5, Base:196838) | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | 93,498 | |
| J.  TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | 322,211 | |
| K.  FEE | | | | 0 | |
| L.  AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | 322,211 | |
| M. COST SHARING PROPOSED LEVEL $   0          AGREED LEVEL IF DIFFERENT $ | | | | | |

| PI/PD NAME | FOR NSF USE ONLY | | |
|---|---|---|---|
| Zahra Hazari | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* | Date Checked | Date Of Rate Sheet | Initials - ORG |
| Regnier Jurado | | | |

*ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

# SUMMARY
# PROPOSAL BUDGET

| | YEAR 3 |
|---|---|

| ORGANIZATION **Florida International University** | FOR NSF USE ONLY | |
|---|---|---|
| | PROPOSAL NO. **2300607** | DURATION (months) |
| | | Proposed / Granted |

| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR **Zahra Hazari** | AWARD NO. | |

| A.  SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates (List each separately with title, A.7. show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1.  **Zahra Hazari - Principal Inv** | 2.0 | | | **29,088** | |
| 2.  **Geoffrey Potvin** | 0.5 | | | **7,227** | |
| 3.  **Pooneh Sabouri** | 2.0 | | | **12,019** | |
| 4. | | | | | |
| 5. | | | | | |
| 6. (   ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.0 | | | 0 | |
| 7. ( **3** ) TOTAL SENIOR PERSONNEL (1 - 6) | 4.5 | | | 48,334 | |
| B.  OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( **1** ) POST DOCTORAL SCHOLARS | 12.0 | | | 53,045 | |
| 2. ( **0** ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.0 | | | 0 | |
| 3. ( **1** ) GRADUATE STUDENTS | | | | 31,827 | |
| 4. ( **1** ) UNDERGRADUATE STUDENTS | | | | 10,000 | |
| 5. ( **0** ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | 0 | |
| 6. ( **0** ) OTHER | | | | 0 | |
| TOTAL SALARIES AND WAGES (A + B) | | | | 143,206 | |
| C.  FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | 42,980 | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | 186,186 | |
| D.  EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | 0 | |
| E.  TRAVEL          1.  DOMESTIC (INCL. U.S. POSSESSIONS) | | | | 10,000 | |
| 2.  INTERNATIONAL | | | | 0 | |
| F.  PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS          $                    0 | | | | | |
| 2. TRAVEL                                 0 | | | | | |
| 3. SUBSISTENCE                            0 | | | | | |
| 4. OTHER                                  0 | | | | | |
| TOTAL NUMBER OF PARTICIPANTS    ( 0 )      TOTAL PARTICIPANT COSTS | | | | 0 | |
| G.  OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | 2,000 | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | 0 | |
| 3. CONSULTANT SERVICES | | | | 0 | |
| 4. COMPUTER SERVICES | | | | 0 | |
| 5. SUBAWARDS | | | | 21,976 | |
| 6. OTHER | | | | 10,158 | |
| TOTAL OTHER DIRECT COSTS | | | | 34,134 | |
| H.  TOTAL DIRECT COSTS (A THROUGH G) | | | | 230,320 | |
| I.  INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) **MTDC (Rate: 47.5, Base:198187)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | 94,139 | |
| J.  TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | 324,459 | |
| K.  FEE | | | | 0 | |
| L.  AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | 324,459 | |
| M.  COST SHARING PROPOSED LEVEL $    0        AGREED LEVEL IF DIFFERENT $ | | | | | |

| PI/PD NAME **Zahra Hazari** | FOR NSF USE ONLY | | |
|---|---|---|---|
| | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* **Regnier Jurado** | Date Checked | Date Of Rate Sheet | Initials - ORG |

*ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

**Page 34 of 172**

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

# SUMMARY
# PROPOSAL BUDGET

| | | | | | YEAR | 4 | |
|---|---|---|---|---|---|---|---|
| | | | | | **FOR NSF USE ONLY** | | |
| ORGANIZATION<br>**Florida International University** | | | | | PROPOSAL NO.<br>**2300607** | DURATION (months) | |
| | | | | | | Proposed | Granted |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR<br>**Zahra Hazari** | | | | | AWARD NO. | | |

| A.  SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty  and Other Senior Associates<br>(List each separately with title, A.7.  show number in brackets) | NSF Funded<br>Person-months | | | Funds<br>Requested By<br>proposer | Funds<br>granted by NSF<br>(if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1.  **Zahra Hazari - Principal Inv** | 2.0 | | | 29,961 | |
| 2.  **Geoffrey Potvin** | 0.5 | | | 7,493 | |
| 3.  **Pooneh Sabouri** | 2.0 | | | 12,379 | |
| 4. | | | | | |
| 5. | | | | | |
| 6. (      ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.0 | | | 0 | |
| 7. ( **3** ) TOTAL SENIOR PERSONNEL (1 - 6) | 4.5 | | | 49,833 | |
| B.  OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( **1** ) POST DOCTORAL SCHOLARS | 12.0 | | | 54,636 | |
| 2. ( **0** ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.0 | | | 0 | |
| 3. ( **1** ) GRADUATE STUDENTS | | | | 32,782 | |
| 4. ( **1** ) UNDERGRADUATE STUDENTS | | | | 10,000 | |
| 5. ( **0** ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | 0 | |
| 6. ( **0** ) OTHER | | | | 0 | |
| TOTAL SALARIES AND WAGES (A + B) | | | | 147,251 | |
| C.  FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | 44,289 | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | 191,540 | |
| D.  EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | 0 | |
| E.  TRAVEL          1.  DOMESTIC (INCL. U.S. POSSESSIONS) | | | | 10,000 | |
| 2.  INTERNATIONAL | | | | 0 | |
| F.  PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS        $ ———————— 0 | | | | | |
| 2. TRAVEL ———————— 0 | | | | | |
| 3. SUBSISTENCE ———————— 0 | | | | | |
| 4. OTHER ———————— 0 | | | | | |
| TOTAL NUMBER OF PARTICIPANTS      ( **0** )          TOTAL PARTICIPANT COSTS | | | | 0 | |
| G.  OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | 2,000 | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | 0 | |
| 3. CONSULTANT SERVICES | | | | 0 | |
| 4. COMPUTER SERVICES | | | | 0 | |
| 5. SUBAWARDS | | | | 31,012 | |
| 6. OTHER | | | | 10,462 | |
| TOTAL OTHER DIRECT COSTS | | | | 43,474 | |
| H.  TOTAL DIRECT COSTS (A THROUGH G) | | | | 245,014 | |
| I.  INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE)<br>**MTDC (Rate: 47.5, Base:203541)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | 96,682 | |
| J.  TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | 341,696 | |
| K.  FEE | | | | 0 | |
| L.  AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | 341,696 | |
| M.  COST SHARING PROPOSED LEVEL $      **0**          AGREED LEVEL IF DIFFERENT $ | | | | | |

| PI/PD NAME<br>**Zahra Hazari** | FOR NSF USE ONLY | | |
|---|---|---|---|
| | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME*<br>**Regnier Jurado** | Date Checked | Date Of Rate Sheet | Initials - ORG |

***ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET**

**Page 35 of 172**

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

# SUMMARY
# PROPOSAL BUDGET

Cumulative

| | | | | | FOR NSF USE ONLY | |
|---|---|---|---|---|---|---|
| ORGANIZATION **Florida International University** | | | | | PROPOSAL NO. **2300607** | DURATION (months) |
| | | | | | | Proposed / Granted |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR **Zahra Hazari** | | | | | AWARD NO. | |

| A. SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates (List each separately with title, A.7. show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1. **Zahra Hazari - Principal Inv** | 8.0 | | | 114,708 | |
| 2. **Geoffrey Potvin** | 2.0 | | | 28,522 | |
| 3. **Pooneh Sabouri** | 8.0 | | | 47,396 | |
| 4. | | | | | |
| 5. | | | | | |
| 6. (    ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | | | | | |
| 7. ( **3** ) TOTAL SENIOR PERSONNEL (1 - 6) | 18.0 | | | 190,626 | |
| B. OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( **4** ) POST DOCTORAL SCHOLARS | 48.0 | | | 209,181 | |
| 2. ( **0** ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.0 | | | 0 | |
| 3. ( **4** ) GRADUATE STUDENTS | | | | 125,509 | |
| 4. ( **4** ) UNDERGRADUATE STUDENTS | | | | 40,000 | |
| 5. ( **0** ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | 0 | |
| 6. ( **0** ) OTHER | | | | 0 | |
| TOTAL SALARIES AND WAGES (A + B) | | | | 565,316 | |
| C. FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | 169,501 | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | 734,817 | |
| D. EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | 0 | |
| E. TRAVEL        1. DOMESTIC (INCL. U.S. POSSESSIONS) | | | | 40,000 | |
| 2. INTERNATIONAL | | | | 0 | |
| F. PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS         $ | | | | 0 | |
| 2. TRAVEL | | | | 0 | |
| 3. SUBSISTENCE | | | | 0 | |
| 4. OTHER | | | | 0 | |
| TOTAL NUMBER OF PARTICIPANTS    ( **0** )        TOTAL PARTICIPANT COSTS | | | | 0 | |
| G. OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | 8,000 | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | 0 | |
| 3. CONSULTANT SERVICES | | | | 10,000 | |
| 4. COMPUTER SERVICES | | | | 0 | |
| 5. SUBAWARDS | | | | 100,000 | |
| 6. OTHER | | | | 40,057 | |
| TOTAL OTHER DIRECT COSTS | | | | 158,057 | |
| H. TOTAL DIRECT COSTS (A THROUGH G) | | | | 932,874 | |
| I. INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | 388,464 | |
| J. TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | 1,321,338 | |
| K. FEE | | | | 0 | |
| L. AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | 1,321,338 | |
| M. COST SHARING PROPOSED LEVEL $  **0**            AGREED LEVEL IF DIFFERENT $ | | | | | |

| PI/PD NAME **Zahra Hazari** | FOR NSF USE ONLY |
|---|---|
| | INDIRECT COST RATE VERIFICATION |
| ORG. REP. NAME* **Regnier Jurado** | Date Checked / Date Of Rate Sheet / Initials - ORG |

*ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

**FIU Budget Justification**

A.  **Senior Personnel**

1.  **Dr. Zahra Hazari, PI –** request of 2 month AY effort per project year to lead all phases of the project including the professional learning (PL) workshop design, experimental study, and propagation. Her particular expertise will be used extensively for all research components to ensure that research evidence supports the maximal impact of the professional learning and propagation. Dr. Hazari will take an active role in all aspects of the project. Per year request: $27,418 Year 1; $28,241 Year 2; $29,088 Year 3; $29,961 Year 4
2.  **Dr. Geoff Potvin, Co-PI** – request of 0.5 summer months per project year devoted to supporting all phases of the project including the professional learning (PL) workshop design, experimental study, and propagation. His particular expertise will be used extensively for the experimental design/implementation/analysis. Dr. Potvin will take an active role in all aspects of the project. Per year request: $6,785 Year 1; $7,017 Year 2; $7227 Year 3; $7493 Year 4.
3.  **Dr. Pooneh Sabouri, Co-PI** - request of 2 CY months per project year devoted to supporting all phases of the project including the professional learning (PL) workshop design, experimental study, and propagation. Her particular expertise will be used extensively for the PL workshop design, implementation and propagation strategies. Dr. Sabouri will take an active role in all aspects of the project. Per year requests: 11,329 Year 1; $11,669 Year 2; $12,019 Year 3; $12,379 Year 4.

B.  **Other Personnel**

1.  **Postdoctoral Associate** – a postdoctoral associate will be hired with doctoral level training who has the capability of supporting aspects of the project including development, research, and dissemination. The postdoctoral associate will contribute to all aspects of the research including the designing PL, experimental study, and implementation survey.  Per year request: $50,000 Year 1; $51,500 Year 2; $53,045 Year 3; $54,636 Year 4.

2.  **Graduate Student (1 per Year)** – graduate research assistant has been budgeted for 20 hours per week at a stipend of $30,000. Graduate student will assist in data collection/analysis activities. Their research will be focused on the issues that are explored in the project and it is anticipated that their dissertation will be based on the findings of this study.  Furthermore, the graduate student will also assist with participant recruitment efforts and dissemination activities. Per year request: $30,000 Year 1; $30,900 Year 2; $31,827 Year 3; $32,782 Year 4.

3.  **Undergraduate Students** – FIU is a large urban research university that graduates the largest number of undergraduate STEM degrees to students from underrepresented racial/ethnic groups and prepares the majority of STEM teachers in the 4th largest school district in the US (Miami-Dade). Engaging these undergraduates in STEM education research is important.  As such, we have budgeted $10,000 annually to support up to 4 undergraduate students in research and propagation activities each year.  Per year request: $10,000 Year 1; $10,000 Year 2; $10,000 Year 3; $10,000 Year 4.
    All salaries and wages include an additional **3%** cost of living increase each year.

Submitted/PI: Zahra Hazari /Proposal No: 2300607

**C.  Fringe Benefits**

Florida International University is currently using a fringe benefit rate of 38.66% for full-time employees and 11.9% for graduate students. This rate is presented at proposal submission and is an estimate for budgeting purposes only. The project will be charged the actual cost of the fringe benefits as a direct cost. Per year request: $40,503 Year 1; $41,729  Year 2; $42,980 Year 3; $44,289 Year 4

**E.  Travel**

Investigators are requesting funds to support travel to carry out the project activities (professional learning (PL) development year 1 & 2) as well as annual project meetings and other conferences for dissemination of research results. Per year request: $10,000 Year 1; $10,000 Year 2; $10,000 Year 3: $10,000 Year 4

**F.  Participant Support Costs**

N/A - Participant support has been budgeted within the American Physical Society's budget

**G.  Other Direct Costs**

1.  **Materials and Supplies:** $2,000 for materials and supplies are included annually to operate the project. Total $8,000
2.  **Publication:** N/A
3.  **Consultant Services:** In addition, $10,000 in Year 1 has been budgeted for media services for video/resource development for PL.
4.  **Computer Services:** N/A
5.  **Subawards:** External evaluation has been budgeted for $21,217 Year 1; $25,795 Year 2; $21,976 Year 3; $31,012 Year 4 (see detailed breakdown in external evaluation budget justification below).
6.  **Other (Tuition):** For each year, 24 credits per year is requested for 1 graduate students at a rate of $398.94 per credit.  In Years 1-4, tuition for 1 graduate student is included with a 3% estimated increase factored in. Per year request:  $9,575 Year 1; $9,862 Year 2; $10,158 Year 3; $10,462 Year 4

**H.  Total Direct Costs** – A total of $932,874 for all 4 years of funding.

**I.  Indirect Costs** – A total of $388,464 for all 4 years of funding.

Current negotiated indirect costs at Florida International University for on-campus research are at a rate of 47.50% of the *modified total direct cost*, excluding equipment, capital expenditures, charges for patient care, tuition remission, rental costs of off-site facilities, scholarships and fellowships and the portion of each subcontract and/or sub-grant in excess of $25,000 regardless of the period covered. Equipment means an article of nonexpendable tangible personal property having a useful life of more than one year, and an acquisition cost of $5,000 or more per unit.

**Total Direct and Indirect Costs** – A total of $1,321,338 for all 4 years of funding.

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

# SUMMARY
# PROPOSAL BUDGET

YEAR 1

| ORGANIZATION | FOR NSF USE ONLY | | |
|---|---|---|---|
| **Magnolia Consulting, LLC** | PROPOSAL NO.<br>**2300607** | DURATION (months) | |
| | | Proposed | Granted |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR<br>**Zahra Hazari** | AWARD NO. | | |

| A. SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates<br>(List each separately with title, A.7. show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1. **Holland Banse** | 0.42 | | | 7,167 | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. (    ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.0 | | | 0 | |
| 7. ( 1 ) TOTAL SENIOR PERSONNEL (1 - 6) | 0.42 | | | 7,167 | |
| B. OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( 0 ) POST DOCTORAL SCHOLARS | 0.0 | | | 0 | |
| 2. ( 1 ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.53 | | | 6,296 | |
| 3. ( 0 ) GRADUATE STUDENTS | | | | 0 | |
| 4. ( 0 ) UNDERGRADUATE STUDENTS | | | | 0 | |
| 5. ( 1 ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | 1,074 | |
| 6. ( 0 ) OTHER | | | | 0 | |
| TOTAL SALARIES AND WAGES (A + B) | | | | 14,537 | |
| C. FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | 3,926 | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | 18,463 | |
| D. EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | 0 | |
| E. TRAVEL        1. DOMESTIC (INCL. U.S. POSSESSIONS) | | | | 0 | |
| 2. INTERNATIONAL | | | | 0 | |
| F. PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS          $ _____ 0 | | | | | |
| 2. TRAVEL _____ 0 | | | | | |
| 3. SUBSISTENCE _____ 0 | | | | | |
| 4. OTHER _____ 0 | | | | | |
| TOTAL NUMBER OF PARTICIPANTS    ( 0 )          TOTAL PARTICIPANT COSTS | | | | 0 | |
| G. OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | 0 | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | 0 | |
| 3. CONSULTANT SERVICES | | | | 660 | |
| 4. COMPUTER SERVICES | | | | 0 | |
| 5. SUBAWARDS | | | | 0 | |
| 6. OTHER | | | | 165 | |
| TOTAL OTHER DIRECT COSTS | | | | 825 | |
| H. TOTAL DIRECT COSTS (A THROUGH G) | | | | 19,288 | |
| I. INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE)<br>**MTDC (Rate: 10.0, Base:19288)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | 1,929 | |
| J. TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | 21,217 | |
| K. FEE | | | | 0 | |
| L. AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | 21,217 | |
| M. COST SHARING PROPOSED LEVEL $    0 | AGREED LEVEL IF DIFFERENT $ | | | | |

| PI/PD NAME | FOR NSF USE ONLY | | |
|---|---|---|---|
| **Zahra Hazari** | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* | Date Checked | Date Of Rate Sheet | Initials - ORG |
| **Regnier Jurado** | | | |

*ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

**Page 39 of 172**

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

# SUMMARY
# PROPOSAL BUDGET

| | | | | | YEAR  2 | | |
|---|---|---|---|---|---|---|---|
| ORGANIZATION **Magnolia Consulting, LLC** | | | | | **FOR NSF USE ONLY** | | |
| | | | | | PROPOSAL NO. **2300607** | DURATION (months) | |
| | | | | | | Proposed | Granted |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR **Zahra Hazari** | | | | | AWARD NO. | | |

| A.  SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty  and Other Senior Associates (List each separately with title, A.7. show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1.  Holland Banse | 0.42 | | | 7,382 | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. (      ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.0 | | | 0 | |
| 7. (  1  ) TOTAL SENIOR PERSONNEL (1 - 6) | 0.42 | | | 7,382 | |
| B.  OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. (  0  ) POST DOCTORAL SCHOLARS | 0.0 | | | 0 | |
| 2. (  1  ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.79 | | | 9,618 | |
| 3. (  0  ) GRADUATE STUDENTS | | | | 0 | |
| 4. (  0  ) UNDERGRADUATE STUDENTS | | | | 0 | |
| 5. (  1  ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | 815 | |
| 6. (  0  ) OTHER | | | | 0 | |
| TOTAL SALARIES AND WAGES (A + B) | | | | 17,815 | |
| C.  FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | 4,810 | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | 22,625 | |
| D.  EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | 0 | |
| E.  TRAVEL          1.  DOMESTIC (INCL. U.S. POSSESSIONS) | | | | 0 | |
| 2.  INTERNATIONAL | | | | 0 | |
| F.  PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS          $ _____ 0 | | | | | |
| 2. TRAVEL _____ 0 | | | | | |
| 3. SUBSISTENCE _____ 0 | | | | | |
| 4. OTHER _____ 0 | | | | | |
| TOTAL NUMBER OF PARTICIPANTS      (  0  )          TOTAL PARTICIPANT COSTS | | | | 0 | |
| G.  OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | 0 | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | 0 | |
| 3. CONSULTANT SERVICES | | | | 660 | |
| 4. COMPUTER SERVICES | | | | 0 | |
| 5. SUBAWARDS | | | | 0 | |
| 6. OTHER | | | | 165 | |
| TOTAL OTHER DIRECT COSTS | | | | 825 | |
| H.  TOTAL DIRECT COSTS (A THROUGH G) | | | | 23,450 | |
| I.  INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) **MTDC (Rate: 10.0, Base:23450)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | 2,345 | |
| J.  TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | 25,795 | |
| K.  FEE | | | | 0 | |
| L.  AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | 25,795 | |
| M. COST SHARING PROPOSED LEVEL $    0 | | AGREED LEVEL IF DIFFERENT $ | | | |

| PI/PD NAME **Zahra Hazari** | **FOR NSF USE ONLY** | | |
|---|---|---|---|
| | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* **Regnier Jurado** | Date Checked | Date Of Rate Sheet | Initials - ORG |

*ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

## SUMMARY
## PROPOSAL BUDGET

| | | | | | YEAR 3 | | |
|---|---|---|---|---|---|---|---|

| ORGANIZATION | FOR NSF USE ONLY | | |
|---|---|---|---|
| **Magnolia Consulting, LLC** | PROPOSAL NO. **2300607** | DURATION (months) | |
| | | Proposed | Granted |

| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR | AWARD NO. |
|---|---|
| **Zahra Hazari** | |

| A.  SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty  and Other Senior Associates (List each separately with title, A.7. show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1.  Holland Banse | 0.42 | | | 7,530 | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. (    ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.0 | | | 0 | |
| 7. ( 1 ) TOTAL SENIOR PERSONNEL (1 - 6) | 0.42 | | | 7,530 | |
| B.  OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( 0 ) POST DOCTORAL SCHOLARS | 0.0 | | | 0 | |
| 2. ( 1 ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.52 | | | 6,753 | |
| 3. ( 0 ) GRADUATE STUDENTS | | | | 0 | |
| 4. ( 0 ) UNDERGRADUATE STUDENTS | | | | 0 | |
| 5. ( 1 ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | 798 | |
| 6. ( 0 ) OTHER | | | | 0 | |
| TOTAL SALARIES AND WAGES (A + B) | | | | 15,081 | |
| C.  FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | 4,072 | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | 19,153 | |
| D.  EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | 0 | |
| E.  TRAVEL          1.  DOMESTIC (INCL. U.S. POSSESSIONS) | | | | 0 | |
| 2.  INTERNATIONAL | | | | 0 | |
| F.  PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS          $ 0 | | | | | |
| 2. TRAVEL 0 | | | | | |
| 3. SUBSISTENCE 0 | | | | | |
| 4. OTHER 0 | | | | | |
| TOTAL NUMBER OF PARTICIPANTS      ( 0 )          TOTAL PARTICIPANT COSTS | | | | 0 | |
| G.  OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | 0 | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | 0 | |
| 3. CONSULTANT SERVICES | | | | 660 | |
| 4. COMPUTER SERVICES | | | | 0 | |
| 5. SUBAWARDS | | | | 0 | |
| 6. OTHER | | | | 165 | |
| TOTAL OTHER DIRECT COSTS | | | | 825 | |
| H.  TOTAL DIRECT COSTS (A THROUGH G) | | | | 19,978 | |
| I.  INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) **MTDC (Rate: 10.0, Base:19978)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | 1,998 | |
| J.  TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | 21,976 | |
| K.  FEE | | | | 0 | |
| L.  AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | 21,976 | |
| M.  COST SHARING PROPOSED LEVEL $    0                     AGREED LEVEL IF DIFFERENT $ | | | | | |

| PI/PD NAME | FOR NSF USE ONLY | | |
|---|---|---|---|
| **Zahra Hazari** | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* | Date Checked | Date Of Rate Sheet | Initials - ORG |
| **Regnier Jurado** | | | |

*ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

# SUMMARY
# PROPOSAL BUDGET

| | | | | | YEAR 4 | | |
|---|---|---|---|---|---|---|---|
| ORGANIZATION **Magnolia Consulting, LLC** | | | | | **FOR NSF USE ONLY** | | |
| | | | | | PROPOSAL NO. **2300607** | DURATION (months) | |
| | | | | | | Proposed | Granted |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR **Zahra Hazari** | | | | | AWARD NO. | | |

| A. SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates (List each separately with title, A.7. show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1. **Holland Banse** | 0.42 | | | 8,212 | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. (   ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.0 | | | 0 | |
| 7. ( 1 ) TOTAL SENIOR PERSONNEL (1 - 6) | 0.42 | | | 8,212 | |
| B. OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( 0 ) POST DOCTORAL SCHOLARS | 0.0 | | | 0 | |
| 2. ( 1 ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.52 | | | 11,707 | |
| 3. ( 0 ) GRADUATE STUDENTS | | | | 0 | |
| 4. ( 0 ) UNDERGRADUATE STUDENTS | | | | 0 | |
| 5. ( 1 ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | 939 | |
| 6. ( 0 ) OTHER | | | | 0 | |
| TOTAL SALARIES AND WAGES (A + B) | | | | 20,858 | |
| C. FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | 5,630 | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | 26,488 | |
| D. EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | 0 | |
| E. TRAVEL        1. DOMESTIC (INCL. U.S. POSSESSIONS) | | | | 0 | |
| 2. INTERNATIONAL | | | | 0 | |
| F. PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS         $                           0 | | | | | |
| 2. TRAVEL                                      0 | | | | | |
| 3. SUBSISTENCE                            0 | | | | | |
| 4. OTHER                                       0 | | | | | |
| TOTAL NUMBER OF PARTICIPANTS      ( 0 )      TOTAL PARTICIPANT COSTS | | | | 0 | |
| G. OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | 0 | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | 0 | |
| 3. CONSULTANT SERVICES | | | | 1,320 | |
| 4. COMPUTER SERVICES | | | | 0 | |
| 5. SUBAWARDS | | | | 0 | |
| 6. OTHER | | | | 385 | |
| TOTAL OTHER DIRECT COSTS | | | | 1,705 | |
| H. TOTAL DIRECT COSTS (A THROUGH G) | | | | 28,193 | |
| I. INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) **MTDC (Rate: 10.0, Base:28193)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | 2,819 | |
| J. TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | 31,012 | |
| K. FEE | | | | 0 | |
| L. AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | 31,012 | |
| M. COST SHARING PROPOSED LEVEL $   0 | | AGREED LEVEL IF DIFFERENT $ | | | |

| PI/PD NAME **Zahra Hazari** | **FOR NSF USE ONLY** | | |
|---|---|---|---|
| | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* **Regnier Jurado** | Date Checked | Date Of Rate Sheet | Initials - ORG |

*ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

# SUMMARY
# PROPOSAL BUDGET

Cumulative

| ORGANIZATION | FOR NSF USE ONLY | | |
|---|---|---|---|
| **Magnolia Consulting, LLC** | PROPOSAL NO. **2300607** | DURATION (months) | |
| | | Proposed | Granted |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR **Zahra Hazari** | AWARD NO. | | |

| A. SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates (List each separately with title, A.7. show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1. **Holland Banse** | 1.68 | | | 30,291 | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. (   ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | | | | | |
| 7. ( 1 ) TOTAL SENIOR PERSONNEL (1 - 6) | 1.68 | | | 30,291 | |
| B. OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( 0 ) POST DOCTORAL SCHOLARS | 0.0 | | | 0 | |
| 2. ( 4 ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 2.3600000000000003 | | | 34,374 | |
| 3. ( 0 ) GRADUATE STUDENTS | | | | 0 | |
| 4. ( 0 ) UNDERGRADUATE STUDENTS | | | | 0 | |
| 5. ( 4 ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | 3,626 | |
| 6. ( 0 ) OTHER | | | | 0 | |
| TOTAL SALARIES AND WAGES (A + B) | | | | 68,291 | |
| C. FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | 18,438 | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | 86,729 | |
| D. EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | 0 | |
| E. TRAVEL    1. DOMESTIC (INCL. U.S. POSSESSIONS) | | | | 0 | |
| 2. INTERNATIONAL | | | | 0 | |
| F. PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS          $ ———————— 0 | | | | | |
| 2. TRAVEL ———————— 0 | | | | | |
| 3. SUBSISTENCE ———————— 0 | | | | | |
| 4. OTHER ———————— 0 | | | | | |
| TOTAL NUMBER OF PARTICIPANTS    ( 0 )          TOTAL PARTICIPANT COSTS | | | | 0 | |
| G. OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | 0 | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | 0 | |
| 3. CONSULTANT SERVICES | | | | 3,300 | |
| 4. COMPUTER SERVICES | | | | 0 | |
| 5. SUBAWARDS | | | | 0 | |
| 6. OTHER | | | | 880 | |
| TOTAL OTHER DIRECT COSTS | | | | 4,180 | |
| H. TOTAL DIRECT COSTS (A THROUGH G) | | | | 90,909 | |
| I. INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | 9,091 | |
| J. TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | 100,000 | |
| K. FEE | | | | 0 | |
| L. AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | 100,000 | |
| M. COST SHARING PROPOSED LEVEL $   0          AGREED LEVEL IF DIFFERENT $ | | | | | |

| PI/PD NAME | FOR NSF USE ONLY | | |
|---|---|---|---|
| **Zahra Hazari** | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* | Date Checked | Date Of Rate Sheet | Initials - ORG |
| **Regnier Jurado** | | | |

*ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

## Magnolia Consulting, LLC

## NSF Budget Justification
## Florida International University
## DRK12: Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Action

## August 1, 2022 – July 31, 2027

Magnolia Consulting, LLC will provide external evaluation services for the Florida International University DRK12 project. Magnolia Consulting is requesting a total of $100,000 which includes loaded salaries of $86,729 for project management, evaluation design and development, data collection and analyses, and reporting. This total also includes $3,300 for reporting support and other direct costs of $880. The total of $100,000 distributes over the four-year contract period as follows:

Year 1.  $ 21,217
Year 2.  $ 25,795
Year 3.  $ 21,976
Year 4.  $ 31,012

### A. Senior/Key Personnel:

This budget contains support for all of the time that will be needed by senior personnel to execute this project. The requested support in some cases exceeds the NSF two-month annual limitation because Magnolia Consulting does not have salaried positions that include supported time for research, i.e., employee positions are entirely supported through grants and contracts.

Dr. Holland Banse, Senior Researcher and Evaluator for Magnolia Consulting, LLC, will oversee and manage all aspects of the evaluation as well as supervise all Magnolia staff. She will contribute to instrument development, data collection, and analysis, and will lead production of formative summaries and the final summative evaluation report. The funding request is for Dr. Wilkerson in Year 1 is $9,102 for 12.88 days at 3.54% effort, in Year 2 $9,375 for 12.88 days at 3.54% effort, in Year 3 $9,563 for 12.75 days at 3.50% effort, and in Year 4 $10,429 for 13.50 days at 3.71% effort.

### B. Other Personnel:
Magnolia will assign a Researcher and Evaluator to contribute to support of instrument development, data collection, data analysis, and reporting. She will lead and oversee administration and analysis of surveys, interviews and will assist in reporting. The funding request in Year 1 is $6,410 for 11.38 days at 3.13% effort, in Year 2 $8,791for 15.00 days at 4.12% effort, in Year 3 $6,857 for 11.25 days at 3.09% effort, and in Year 4 $9,508 for 15.00 days at 4.12% effort.

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

## Magnolia Consulting, LLC

### NSF Budget Justification
### Florida International University
### DRK12: Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Action

### August 1, 2022 – July 31, 2027

Magnolia will assign a Research Assistant to assist in survey administration, database development and management, descriptive data analyses, and reporting.  Funding request in Year 1 is $1,586 for 4.44 days at 1.22% effort, in Year 2 $3,424 for 9.23 days at 2.53% effort, in Year 3 $1,720 for 4.46 days at 1.22% effort, and in Year 4 $5,359 13.35 days at 3.67% effort.

Catherine Pearson, B.S. Budgets & Contracts Management will handle all contractual and budgetary aspects of the study.  She will be responsible for project monitoring, budget updating and maintenance.  Funding is requested for $2,767 for the four years of the study for a total of 5.00 days and a four-year total effort of 1.37%.

John Wilkerson, B.S. Finance Manager will handle all fiscal aspects of the evaluation.  Funding is requested for $1,838 for the four years of the study for a total of 3.75 days and a four-year total effort of 1.03%.

**C. Fringe Benefits:**

Fringe benefit rates are 27% for the seven staff members required for this study.  Fringe benefit rates include SOC/FICA (7.65%), worker's compensation insurance (3.35%), health, dental and life insurance (8%), and Magnolia's retirement plan (8%).  Total Fringe Benefits of $18,438 are broken out across the four years as follows:
Year 1.  $ 3,926
Year 2.  $ 4,810
Year 3.  $ 4,072
Year 4.  $ 5,630

**D. Equipment:**

Magnolia Consulting is equipped to handle large evaluation studies; thus, no equipment purchases or costs are included in this budget.

**E. Travel**:
None

**F. Participant Support Costs:**
None

2300607

## Magnolia Consulting, LLC

## NSF Budget Justification
## Florida International University
## DRK12: Mobilizing Physics Teachers to Promote Inclusive and
## Communal Classroom Cultures through Everyday Action

## August 1, 2022 – July 31, 2027

**G. Other Direct Costs:**

**G1.   Materials and Supplies**
None

**G2.   Publication Costs:**
None

**G3.   Consultant Services:**
An Editor will be hired as a consultant in order to edit the formative summaries and final summative report. The total cost is $3,300 and allocated as follows:
Year 1:   $660
Year 2:   $660
Year 3:   $660
Year 4:   $1,320

**G4.   Computer Services:**
None

**G5.   Subawards:**
None

**G6.   Equipment or Facility Rental:**
None

**G7.   Alterations and Renovations:**
None

**G8.   Other Applicable Costs:**
Other costs are budgeted for a total of $880 as follows:
　　Online Surveys are budgeted at $165 per year for a total of $660
　　State of Florida Registered Agent is budgeted at $220 in year 4 of the study

Submitted/PI: Zahra Hazari /Proposal No: 2300607

## Magnolia Consulting, LLC

## NSF Budget Justification
## Florida International University
## DRK12: Mobilizing Physics Teachers to Promote Inclusive and
## Communal Classroom Cultures through Everyday Action

## August 1, 2022 – July 31, 2027

### I.  Indirect Costs

Magnolia Consulting applies a de minimis General and Administrative rate of 10% totaling $9,091 over the 4-year project as follows:

Year 1:  $1,929
Year 2:  $2,345
Year 3:  $1,998
Year 4:  $2,819

2300607

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

# SUMMARY
# PROPOSAL BUDGET

YEAR 1

| ORGANIZATION<br>**American Physical Society** | FOR NSF USE ONLY | | |
|---|---|---|---|
| | PROPOSAL NO.<br>**2300608** | DURATION (months) | |
| | | Proposed | Granted |

| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR<br>**Claudia Fracchiolla** | AWARD NO. | | |
|---|---|---|---|

| A.  SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates<br>(List each separately with title, A.7. show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1.  Claudia Fracchiolla - Principal Inv | 0.05 | | | 5,600 | |
| 2.  Annelise Roti Roti | 0.03 | | | 2,700 | |
| 3.  Nicole Schrode | 0.12 | | | 11,400 | |
| 4. | | | | | |
| 5. | | | | | |
| 6. (    ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.0 | | | 0 | |
| 7. ( 3 ) TOTAL SENIOR PERSONNEL (1 - 6) | 0.2 | | | 19,700 | |
| B.  OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( 0 ) POST DOCTORAL SCHOLARS | 0.0 | | | 0 | |
| 2. ( 0 ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.0 | | | 0 | |
| 3. ( 0 ) GRADUATE STUDENTS | | | | 0 | |
| 4. ( 1 ) UNDERGRADUATE STUDENTS | | | | 8,000 | |
| 5. ( 1 ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | 15,000 | |
| 6. ( 0 ) OTHER | | | | 0 | |
| TOTAL SALARIES AND WAGES (A + B) | | | | 42,700 | |
| C.  FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | 14,373 | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | 57,073 | |
| D.  EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | 0 | |
| E.  TRAVEL          1.  DOMESTIC (INCL. U.S. POSSESSIONS) | | | | 15,000 | |
| 2.  INTERNATIONAL | | | | 0 | |
| F.  PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS          $ 18,000 | | | | | |
| 2. TRAVEL          0 | | | | | |
| 3. SUBSISTENCE          0 | | | | | |
| 4. OTHER          0 | | | | | |
| TOTAL NUMBER OF PARTICIPANTS    ( 6 )          TOTAL PARTICIPANT COSTS | | | | 18,000 | |
| G.  OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | 400 | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | 1,000 | |
| 3. CONSULTANT SERVICES | | | | 15,000 | |
| 4. COMPUTER SERVICES | | | | 240 | |
| 5. SUBAWARDS | | | | 0 | |
| 6. OTHER | | | | 0 | |
| TOTAL OTHER DIRECT COSTS | | | | 16,640 | |
| H.  TOTAL DIRECT COSTS (A THROUGH G) | | | | 106,713 | |
| I.  INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE)<br>**Negotiated Indirect Costs (Rate: 36.2, Base:88715)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | 32,115 | |
| J.  TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | 138,828 | |
| K.  FEE | | | | 0 | |
| L.  AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | 138,828 | |
| M.  COST SHARING PROPOSED LEVEL $    0 | | AGREED LEVEL IF DIFFERENT $ | | | |

| PI/PD NAME<br>**Claudia Fracchiolla** | FOR NSF USE ONLY | | |
|---|---|---|---|
| | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME*<br>**Kareema Sesay** | Date Checked | Date Of Rate Sheet | Initials - ORG |

*ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

# SUMMARY
## PROPOSAL BUDGET

YEAR  2

| ORGANIZATION<br>**American Physical Society** | FOR NSF USE ONLY | | |
|---|---|---|---|
| | PROPOSAL NO.<br>**2300608** | DURATION (months) | |
| | | Proposed | Granted |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR<br>**Claudia Fracchiolla** | AWARD NO. | | |

| A.  SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty  and Other Senior Associates<br>(List each separately with title, A.7.  show number in brackets) | NSF Funded<br>Person-months | | | Funds<br>Requested By<br>proposer | Funds<br>granted by NSF<br>(if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1.  **Claudia Fracchiolla - Principal Inv** | 0.05 | | | 5,768 | |
| 2.  **Annelise Roti Roti** | 0.03 | | | 2,781 | |
| 3.  **Nicole Schrode** | 0.12 | | | 11,742 | |
| 4. | | | | | |
| 5. | | | | | |
| 6. (      ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.0 | | | 0 | |
| 7. (  3  ) TOTAL SENIOR PERSONNEL (1 - 6) | 0.2 | | | 20,291 | |
| B.  OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. (  0  ) POST DOCTORAL SCHOLARS | 0.0 | | | 0 | |
| 2. (  0  ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.0 | | | 0 | |
| 3. (  0  ) GRADUATE STUDENTS | | | | 0 | |
| 4. (  1  ) UNDERGRADUATE STUDENTS | | | | 8,000 | |
| 5. (  1  ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | 15,450 | |
| 6. (  0  ) OTHER | | | | 0 | |
| TOTAL SALARIES AND WAGES (A + B) | | | | 43,741 | |
| C.  FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | 14,723 | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | 58,464 | |
| D.  EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | 0 | |
| E.  TRAVEL          1.  DOMESTIC (INCL. U.S. POSSESSIONS) | | | | 3,000 | |
| 2.  INTERNATIONAL | | | | 0 | |
| F.  PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS          $ ——————— 87,000 | | | | | |
| 2. TRAVEL          ——————— 0 | | | | | |
| 3. SUBSISTENCE          ——————— 0 | | | | | |
| 4. OTHER          ——————— 0 | | | | | |
| TOTAL NUMBER OF PARTICIPANTS       (  126  )          TOTAL PARTICIPANT COSTS | | | | 87,000 | |
| G.  OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | 400 | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | 1,000 | |
| 3. CONSULTANT SERVICES | | | | 5,000 | |
| 4. COMPUTER SERVICES | | | | 240 | |
| 5. SUBAWARDS | | | | 0 | |
| 6. OTHER | | | | 0 | |
| TOTAL OTHER DIRECT COSTS | | | | 6,640 | |
| H.  TOTAL DIRECT COSTS (A THROUGH G) | | | | 155,104 | |
| I.  INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE)<br>**Negotiated Indirect Costs (Rate: 36.2, Base:68104)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | 24,654 | |
| J.  TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | 179,758 | |
| K.  FEE | | | | 0 | |
| L.  AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | 179,758 | |
| M.  COST SHARING PROPOSED LEVEL $    0          AGREED LEVEL IF DIFFERENT $ | | | | | |

| PI/PD NAME<br>**Claudia Fracchiolla** | FOR NSF USE ONLY | | |
|---|---|---|---|
| | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME*<br>**Kareema Sesay** | Date Checked | Date Of Rate Sheet | Initials - ORG |

*ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

2300608

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

# SUMMARY
## PROPOSAL BUDGET

| | | YEAR 3 | | | |
|---|---|---|---|---|---|

| ORGANIZATION **American Physical Society** | | | FOR NSF USE ONLY | | |
|---|---|---|---|---|---|
| | | | PROPOSAL NO. **2300608** | DURATION (months) | |
| | | | | Proposed | Granted |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR **Claudia Fracchiolla** | | | AWARD NO. | | |

| A. SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates (List each separately with title, A.7. show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1. **Claudia Fracchiolla - Principal Inv** | 0.05 | | | 5,941 | |
| 2. **Annelise Roti Roti** | 0.03 | | | 2,864 | |
| 3. **Nicole Schrode** | 0.12 | | | 12,094 | |
| 4. | | | | | |
| 5. | | | | | |
| 6. (   ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.0 | | | 0 | |
| 7. ( 3 ) TOTAL SENIOR PERSONNEL (1 - 6) | 0.2 | | | 20,899 | |
| B. OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( 0 ) POST DOCTORAL SCHOLARS | 0.0 | | | 0 | |
| 2. ( 0 ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.0 | | | 0 | |
| 3. ( 1 ) GRADUATE STUDENTS | | | | 8,000 | |
| 4. ( 0 ) UNDERGRADUATE STUDENTS | | | | 0 | |
| 5. ( 1 ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | 15,914 | |
| 6. ( 0 ) OTHER | | | | 0 | |
| TOTAL SALARIES AND WAGES (A + B) | | | | 44,813 | |
| C. FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | 15,084 | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | 59,897 | |
| D. EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | 0 | |
| E. TRAVEL      1. DOMESTIC (INCL. U.S. POSSESSIONS) | | | | 15,000 | |
| 2. INTERNATIONAL | | | | 0 | |
| F. PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS        $ 340,000 | | | | | |
| 2. TRAVEL           38,000 | | | | | |
| 3. SUBSISTENCE           0 | | | | | |
| 4. OTHER           0 | | | | | |
| TOTAL NUMBER OF PARTICIPANTS    ( 540 )    TOTAL PARTICIPANT COSTS | | | | 378,000 | |
| G. OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | 400 | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | 1,000 | |
| 3. CONSULTANT SERVICES | | | | 22,000 | |
| 4. COMPUTER SERVICES | | | | 240 | |
| 5. SUBAWARDS | | | | 0 | |
| 6. OTHER | | | | 8,000 | |
| TOTAL OTHER DIRECT COSTS | | | | 31,640 | |
| H. TOTAL DIRECT COSTS (A THROUGH G) | | | | 484,537 | |
| I. INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) **Negotiated Indirect Costs (Rate: 36.2, Base:106537)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | 38,566 | |
| J. TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | 523,103 | |
| K. FEE | | | | 0 | |
| L. AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | 523,103 | |
| M. COST SHARING PROPOSED LEVEL $ 0 | | AGREED LEVEL IF DIFFERENT $ | | | |

| PI/PD NAME **Claudia Fracchiolla** | FOR NSF USE ONLY | | |
|---|---|---|---|
| | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* **Kareema Sesay** | Date Checked | Date Of Rate Sheet | Initials - ORG |

*ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

Page 50 of 172

2300608

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

## SUMMARY
## PROPOSAL BUDGET

**YEAR  4**

| ORGANIZATION | FOR NSF USE ONLY | | |
|---|---|---|---|
| **American Physical Society** | PROPOSAL NO. **2300608** | DURATION (months) | |
| | | Proposed | Granted |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR **Claudia Fracchiolla** | AWARD NO. | | |

| A.  SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty  and Other Senior Associates (List each separately with title, A.7.  show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1.  Claudia Fracchiolla - Principal Inv | 0.05 | | | 6,119 | |
| 2.  Annelise Roti Roti | 0.03 | | | 2,950 | |
| 3.  Nicole Schrode | 0.12 | | | 12,457 | |
| 4. | | | | | |
| 5. | | | | | |
| 6. (     ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.0 | | | 0 | |
| 7. ( 3 ) TOTAL SENIOR PERSONNEL (1 - 6) | 0.2 | | | 21,526 | |
| B.  OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( 0 ) POST DOCTORAL SCHOLARS | 0.0 | | | 0 | |
| 2. ( 0 ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.0 | | | 0 | |
| 3. ( 0 ) GRADUATE STUDENTS | | | | 0 | |
| 4. ( 0 ) UNDERGRADUATE STUDENTS | | | | 0 | |
| 5. ( 1 ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | 16,391 | |
| 6. ( 0 ) OTHER | | | | 0 | |
| TOTAL SALARIES AND WAGES (A + B) | | | | 37,917 | |
| C.  FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | 12,763 | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | 50,680 | |
| D.  EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | 0 | |
| E.  TRAVEL          1.  DOMESTIC (INCL. U.S. POSSESSIONS) | | | | 3,000 | |
| 2.  INTERNATIONAL | | | | 0 | |
| F.  PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS          $ _____ 0 | | | | | |
| 2. TRAVEL _____ 0 | | | | | |
| 3. SUBSISTENCE _____ 0 | | | | | |
| 4. OTHER _____ 0 | | | | | |
| TOTAL NUMBER OF PARTICIPANTS     ( 0 )          TOTAL PARTICIPANT COSTS | | | | 0 | |
| G.  OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | 400 | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | 1,000 | |
| 3. CONSULTANT SERVICES | | | | 0 | |
| 4. COMPUTER SERVICES | | | | 6,240 | |
| 5. SUBAWARDS | | | | 0 | |
| 6. OTHER | | | | 0 | |
| TOTAL OTHER DIRECT COSTS | | | | 7,640 | |
| H.  TOTAL DIRECT COSTS (A THROUGH G) | | | | 61,320 | |
| I.  INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) **Negotiated Indirect Costs (Rate: 36.2, Base:61321)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | 22,198 | |
| J.  TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | 83,518 | |
| K.  FEE | | | | 0 | |
| L.  AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | 83,518 | |
| M.  COST SHARING PROPOSED LEVEL $  0 | AGREED LEVEL IF DIFFERENT $ | | | | |

| PI/PD NAME | FOR NSF USE ONLY | | |
|---|---|---|---|
| **Claudia Fracchiolla** | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* | Date Checked | Date Of Rate Sheet | Initials - ORG |
| **Kareema Sesay** | | | |

*ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

**Page 51 of 172**

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

# SUMMARY
## PROPOSAL BUDGET

Cumulative

| ORGANIZATION<br>**American Physical Society** | **FOR NSF USE ONLY** | | |
|---|---|---|---|
| | PROPOSAL NO.<br>**2300608** | DURATION (months) | |
| | | Proposed | Granted |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR<br>**Claudia Fracchiolla** | AWARD NO. | | |

| A. SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates<br>(List each separately with title, A.7. show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1. **Claudia Fracchiolla - Principal Inv** | 0.2 | | | 23,428 | |
| 2. **Annelise Roti Roti** | 0.12 | | | 11,295 | |
| 3. **Nicole Schrode** | 0.48 | | | 47,693 | |
| 4. | | | | | |
| 5. | | | | | |
| 6. (   ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | | | | | |
| 7. ( **3** ) TOTAL SENIOR PERSONNEL (1 - 6) | 0.8 | | | 82,416 | |
| B. OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( **0** ) POST DOCTORAL SCHOLARS | 0.0 | | | 0 | |
| 2. ( **0** ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.0 | | | 0 | |
| 3. ( **1** ) GRADUATE STUDENTS | | | | 8,000 | |
| 4. ( **2** ) UNDERGRADUATE STUDENTS | | | | 16,000 | |
| 5. ( **4** ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | 62,755 | |
| 6. ( **0** ) OTHER | | | | 0 | |
| TOTAL SALARIES AND WAGES (A + B) | | | | 169,171 | |
| C. FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | 56,943 | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | 226,114 | |
| D. EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | 0 | |
| E. TRAVEL    1. DOMESTIC (INCL. U.S. POSSESSIONS) | | | | 36,000 | |
| 2. INTERNATIONAL | | | | 0 | |
| F. PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS        $ **445,000** | | | | | |
| 2. TRAVEL          **38,000** | | | | | |
| 3. SUBSISTENCE     **0** | | | | | |
| 4. OTHER           **0** | | | | | |
| TOTAL NUMBER OF PARTICIPANTS   ( **672**)      TOTAL PARTICIPANT COSTS | | | | 483,000 | |
| G. OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | 1,600 | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | 4,000 | |
| 3. CONSULTANT SERVICES | | | | 42,000 | |
| 4. COMPUTER SERVICES | | | | 6,960 | |
| 5. SUBAWARDS | | | | 0 | |
| 6. OTHER | | | | 8,000 | |
| TOTAL OTHER DIRECT COSTS | | | | 62,560 | |
| H. TOTAL DIRECT COSTS (A THROUGH G) | | | | 807,674 | |
| I. INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | 117,533 | |
| J. TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | 925,207 | |
| K. FEE | | | | 0 | |
| L. AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | 925,207 | |
| M. COST SHARING PROPOSED LEVEL $ **0** | AGREED LEVEL IF DIFFERENT $ | | | | |

| PI/PD NAME<br>**Claudia Fracchiolla** | **FOR NSF USE ONLY** | | |
|---|---|---|---|
| | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME*<br>**Kareema Sesay** | Date Checked | Date Of Rate Sheet | Initials - ORG |

*ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

**Page 52 of 172**

2300608



# NSF DRK12 PROPOSAL
### BUDGET JUSTIFICATION

**Collaborative Research: Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Culture through Equitable Discursive Practices**

A) SENIOR PERSONNEL
Funds are requested for the PIs to oversee the project.

Dr. Fracchiolla:  For years 1-4, funds are requested for two weeks of her time annually on the project and will provide expertise on the research activities in conjunction with the full project team. She will also support interfacing with APS activities and departments to ensure all project goals are met.

Nicole Schrode: For years 1-4, funds are requested for a Program Manager for 12% of her time. The program manager will be leading the development, implementation, and propagation aspects on the APS side. The project manager will help to coordinate all team members' tasks towards the project goals and ensure that the project is maximally successful while meeting all deadlines. The program manager will be the liaison between the APS and the FIU and AAPT teams.

Annelise Roti Roti: For years 1-4, funds are requested for a Program Manager for 3% of their time. They will serve as the liaison between PhysTEC sites and STEP UP. Therefore, responsible for launching the recruitment efforts for the PhysTEC leads, coordinating their training and implementation of STEP UP into the PhysTEC sites and supporting the PhysTEC leads organize and implement the activities.

B) OTHER PERSONNEL

B4) UNDERGRADUATE STUDENTS
Funds are requested to support a SPS summer intern ($8,000 for 10 weeks) for the first 3 years of the project. They will provide focused effort on special projects to support recruitment of teachers, creation of new materials and analysis of project-generated data.

B5) SECRETARIAL CLERICAL
The project will employ a coordinator at 25% load to help manage the communication efforts and distribution of materials. The work will include management of the teacher database, website, social media, and online community (engage.aps.org), the coordinating and operations of the conference, distribution of project materials, and the operations of the project components that are necessary for the execution of the 3 phases.

C) FRINGE BENEFITS
Fringe benefits are charged at the negotiated APS fringe rate of 33.66%.

E) TRAVEL
In years 1–4, travel is requested for the PI, and co-PIs to attend project meetings and conferences. Travel costs for each trip are estimated at $1,000 (costs include $500 for airfare, $300 for two nights lodging, $100 for two days of food reimbursed at GSA per diem rates, and $100 for ground transportation). Funds are also requested to bring the National Advisory Board to a project meeting in years 2 & 4, estimating costs at $1,000 per advisor (12 total) for travel.

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608



**NSF DRK12 PROPOSAL**

BUDGET JUSTIFICATION

## F) PARTICIPANT SUPPORT

### F1) STIPENDS
For Year 1 (Phase 1) funds are requested for stipends to be paid to 6 teacher leaders being trained in and implementing the late-stage STEP UP materials at a rate of $3000 each.

For Year 2, the same teacher leaders (6 teachers, which will become STEP UP Ambassadors) will continue to receive $3000 for their implementation, and the training of other teachers in the materials by leading the Professional Learning Summit. For Year 2 funds are requested for 30 control pre-service teachers. They will receive $100 for participation in a pre/post survey. For 30 control in-service teachers. They will receive $500 for participation in a pre and post survey and a survey in their classroom. Funds are also requested for 30 experimental pre-service teachers. They will receive $200 for participation in a professional learning workshop designed by the STEP UP team and completing a pre/post survey. For 30 experimental in-service teachers. They will receive $1500 for participation in a professional learning summit and team meeting designed by the STEP UP team, implementing the STEP UP *Everyday Actions* in their classrooms and completing a pre/post survey and implementing a survey in their classroom.


For Year 3 we will recruit 40 Ambassadors. They will be paid a stipend ($3,000) for attending virtual Summit and in-person retreat with staff to receive training related to the professional learning materials, implementation, and the training of other teachers in the materials by leading the Professional Learning Summit and team meetings. For Year 3 we will have 400 in-service teachers that will be paid a stipend ($500). They will be trained by the Ambassadors and implement the *Everyday Actions* in their classrooms. For Year 3 we will have 100 pre-service teachers that will be paid a stipend ($200). They will be trained by the Ambassadors.

### F2) TRAVEL

## G) OTHER DIRECT COSTS

### G1) MATERIALS AND SUPPLIES
Funds are requested to cover mailing and postage costs.

### G2) PUBLICATIONS COSTS
Funds are requested to print and distribute materials as part of the development of new supports, recruitment of new teachers to the project and experiment, and to provide support materials for the 86 total Ambassadors participating in phases 2 and 3.

### G3) CONSULTANT SERVICES
The teachers involved in Year 1 will be responsible for obtaining video footage of their classroom and providing this, plus other feedback, to the project. These $500 stipends (6 total) will support local video recording of their teaching and classroom practices to maximize cost efficiency of obtaining this video,

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608



**NSF DRK12 PROPOSAL**

BUDGET JUSTIFICATION

while minimizing staff travel to acquire this footage.

For Year 2 and 3 PhysTEC leads will be invited to join as regional leads for teacher communities, receiving stipends of $1000 for their participation in data gathering, summits, and training. We plan to have 5 PhysTEC leads in year 2 and 10 PhysTEC leads in year 3 working directly with Ambassadors.

Consultant funds will be used to provide honoraria to National Advisory Board members ($1,000 per advisor, 12 total advisors) during years 1 and 3. The Advisory Board will meet virtually during these years to provide feedback on the development of the materials and the propagation efforts.

G4) COMPUTER SERVICES
APS requests funds to cover the maintenance of the STEP UP website and online community. The cost of this is estimated at $20/month. Funds are also requested to provide virtual conferencing platforms(Zoom for monthly Workshops) to prepare Ambassadors and teachers and Whova for a virtual summits $6000.

G6) OTHER
For the retreat held at the American Center for Physics in year 3 (train-the-trainer for 40 Ambassadors), working meals will be provided by a local catering company and will be limited to the GSA per diem rate for each meal. These costs are estimated at $120 total per person for the 2-day in-person retreat: 2 * ($18 breakfast + $19 lunch + $3 morning break + $3 afternoon break) + 1 * ($34 dinner). For year 3 we will have 40 ambassadors and 10 staff attending (total = $6000). All charges will be limited to GSA per diem rates for the location.

The Summit will also require materials including folders, name tags, pens, whiteboards, etc. ($500), a shuttle from the hotel ($1,000), and printed materials ($500).

Additional costs for the project include telephone costs, webinar charges, and other costs associated with efforts to support recruitment and operation of the experiment.

Additional costs for the project include telephone costs, webinar charges, and other costs associated with efforts to support recruitment and operation of the experiment.

I) INDIRECT COSTS
Indirect costs are included at the APS negotiated rate of 36.2%.

Submitted/PI: Beth Cunningham /Proposal No: 2300609

# SUMMARY
## PROPOSAL BUDGET

| | | | | | YEAR 1 | | | |
|---|---|---|---|---|---|---|---|---|

| ORGANIZATION | | | | FOR NSF USE ONLY | | | |
|---|---|---|---|---|---|---|---|
| **American Association of Physics Teachers** | | | PROPOSAL NO. **2300609** | | DURATION (months) | | |
| | | | | | Proposed | Granted | |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR | | | AWARD NO. | | | | |
| **Beth Cunningham** | | | | | | | |

| A. SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates (List each separately with title, A.7. show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1. Beth Cunningham - Principal Inv | 0.01 | | | 1,000 | |
| 2. Mark Hannum | 2.5 | | | 24,857 | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. ( ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.0 | | | 0 | |
| 7. ( 2 ) TOTAL SENIOR PERSONNEL (1 - 6) | 2.51 | | | 25,857 | |
| B. OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( 0 ) POST DOCTORAL SCHOLARS | 0.0 | | | 0 | |
| 2. ( 0 ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.0 | | | 0 | |
| 3. ( 0 ) GRADUATE STUDENTS | | | | 0 | |
| 4. ( 0 ) UNDERGRADUATE STUDENTS | | | | 0 | |
| 5. ( 0 ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | 0 | |
| 6. ( 0 ) OTHER | | | | 0 | |
| TOTAL SALARIES AND WAGES (A + B) | | | | 25,857 | |
| C. FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | 8,016 | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | 33,873 | |
| D. EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | 0 | |
| E. TRAVEL 1. DOMESTIC (INCL. U.S. POSSESSIONS) | | | | 3,700 | |
| 2. INTERNATIONAL | | | | 0 | |
| F. PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS $ _____ 0 | | | | | |
| 2. TRAVEL _____ 0 | | | | | |
| 3. SUBSISTENCE _____ 0 | | | | | |
| 4. OTHER _____ 0 | | | | | |
| TOTAL NUMBER OF PARTICIPANTS ( 0 ) TOTAL PARTICIPANT COSTS | | | | 0 | |
| G. OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | 0 | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | 0 | |
| 3. CONSULTANT SERVICES | | | | 15,000 | |
| 4. COMPUTER SERVICES | | | | 0 | |
| 5. SUBAWARDS | | | | 0 | |
| 6. OTHER | | | | 0 | |
| TOTAL OTHER DIRECT COSTS | | | | 15,000 | |
| H. TOTAL DIRECT COSTS (A THROUGH G) | | | | 52,573 | |
| I. INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) **AAPT Indirect Rate (Rate: 10.0, Base:52573)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | 5,257 | |
| J. TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | 57,830 | |
| K. FEE | | | | 0 | |
| L. AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | 57,830 | |
| M. COST SHARING PROPOSED LEVEL $ 0 | | AGREED LEVEL IF DIFFERENT $ | | | |

| PI/PD NAME | FOR NSF USE ONLY | | |
|---|---|---|---|
| **Beth Cunningham** | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* | Date Checked | Date Of Rate Sheet | Initials - ORG |
| **Robert C Hilborn** | | | |

*ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

**Page 56 of 172**

Submitted/PI: Beth Cunningham /Proposal No: 2300609

# SUMMARY
# PROPOSAL BUDGET

**YEAR 2**

| ORGANIZATION<br>**American Association of Physics Teachers** | FOR NSF USE ONLY | |
|---|---|---|
| | PROPOSAL NO.<br>**2300609** | DURATION (months) |
| | | Proposed / Granted |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR<br>**Beth Cunningham** | AWARD NO. | |

| A. SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates<br>(List each separately with title, A.7. show number in brackets) | NSF Funded<br>Person-months | | | Funds<br>Requested By<br>proposer | Funds<br>granted by NSF<br>(if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1. **Beth Cunningham - Principal Inv** | 0.01 | | | 1,000 | |
| 2. **Mark Hannum** | 2.5 | | | 25,394 | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. (    ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.0 | | | 0 | |
| 7. ( 2 ) TOTAL SENIOR PERSONNEL (1 - 6) | 2.51 | | | 26,394 | |
| B. OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( 0 ) POST DOCTORAL SCHOLARS | 0.0 | | | 0 | |
| 2. ( 0 ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.0 | | | 0 | |
| 3. ( 0 ) GRADUATE STUDENTS | | | | 0 | |
| 4. ( 0 ) UNDERGRADUATE STUDENTS | | | | 0 | |
| 5. ( 2 ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | 500 | |
| 6. ( 0 ) OTHER | | | | 0 | |
| TOTAL SALARIES AND WAGES (A + B) | | | | 26,894 | |
| C. FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | 8,337 | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | 35,231 | |
| D. EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | 0 | |
| E. TRAVEL        1. DOMESTIC (INCL. U.S. POSSESSIONS) | | | | 3,700 | |
| 2. INTERNATIONAL | | | | 0 | |
| F. PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS        $ ————————— 0 | | | | | |
| 2. TRAVEL ————————— 0 | | | | | |
| 3. SUBSISTENCE ————————— 0 | | | | | |
| 4. OTHER        4,800 | | | | | |
| TOTAL NUMBER OF PARTICIPANTS    ( 16 )        TOTAL PARTICIPANT COSTS | | | | 4,800 | |
| G. OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | 601 | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | 0 | |
| 3. CONSULTANT SERVICES | | | | 15,000 | |
| 4. COMPUTER SERVICES | | | | 0 | |
| 5. SUBAWARDS | | | | 0 | |
| 6. OTHER | | | | 0 | |
| TOTAL OTHER DIRECT COSTS | | | | 15,601 | |
| H. TOTAL DIRECT COSTS (A THROUGH G) | | | | 59,332 | |
| I. INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE)<br>**AAPT Indirect Rate (Rate: 10.0, Base:54532)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | 5,453 | |
| J. TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | 64,785 | |
| K. FEE | | | | 0 | |
| L. AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | 64,785 | |
| M. COST SHARING PROPOSED LEVEL $  0        AGREED LEVEL IF DIFFERENT $ | | | | | |

| PI/PD NAME<br>**Beth Cunningham** | FOR NSF USE ONLY | | |
|---|---|---|---|
| | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME*<br>**Robert C Hilborn** | Date Checked | Date Of Rate Sheet | Initials - ORG |

*ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature        2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

# SUMMARY
# PROPOSAL BUDGET

**YEAR 3**

| ORGANIZATION<br>**American Association of Physics Teachers** | FOR NSF USE ONLY | | |
|---|---|---|---|
| | PROPOSAL NO.<br>**2300609** | DURATION (months) | |
| | | Proposed | Granted |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR<br>**Beth Cunningham** | AWARD NO. | | |

| A. SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates<br>(List each separately with title, A.7. show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1. **Beth Cunningham - Principal Inv** | 0.01 | | | 1,000 | |
| 2. **Mark Hannum** | 2.5 | | | 26,108 | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. ( ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.0 | | | 0 | |
| 7. ( 2 ) TOTAL SENIOR PERSONNEL (1 - 6) | 2.51 | | | 27,108 | |
| B. OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( 0 ) POST DOCTORAL SCHOLARS | 0.0 | | | 0 | |
| 2. ( 0 ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.0 | | | 0 | |
| 3. ( 0 ) GRADUATE STUDENTS | | | | 0 | |
| 4. ( 0 ) UNDERGRADUATE STUDENTS | | | | 0 | |
| 5. ( 2 ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | 500 | |
| 6. ( 0 ) OTHER | | | | 0 | |
| TOTAL SALARIES AND WAGES (A + B) | | | | 27,608 | |
| C. FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | 8,558 | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | 36,166 | |
| D. EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | 0 | |
| E. TRAVEL      1. DOMESTIC (INCL. U.S. POSSESSIONS) | | | | 3,700 | |
| 2. INTERNATIONAL | | | | 0 | |
| F. PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS      $ 0 | | | | | |
| 2. TRAVEL 0 | | | | | |
| 3. SUBSISTENCE 0 | | | | | |
| 4. OTHER 4,800 | | | | | |
| TOTAL NUMBER OF PARTICIPANTS    ( 16 )      TOTAL PARTICIPANT COSTS | | | | 4,800 | |
| G. OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | 600 | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | 0 | |
| 3. CONSULTANT SERVICES | | | | 15,000 | |
| 4. COMPUTER SERVICES | | | | 0 | |
| 5. SUBAWARDS | | | | 0 | |
| 6. OTHER | | | | 0 | |
| TOTAL OTHER DIRECT COSTS | | | | 15,600 | |
| H. TOTAL DIRECT COSTS (A THROUGH G) | | | | 60,266 | |
| I. INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE)<br>**AAPT Indirect Rate (Rate: 10.0, Base:55466)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | 5,547 | |
| J. TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | 65,813 | |
| K. FEE | | | | 0 | |
| L. AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | 65,813 | |
| M. COST SHARING PROPOSED LEVEL $ 0 | AGREED LEVEL IF DIFFERENT $ | | | | |

| PI/PD NAME<br>**Beth Cunningham** | FOR NSF USE ONLY | | |
|---|---|---|---|
| | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME*<br>**Robert C Hilborn** | Date Checked | Date Of Rate Sheet | Initials - ORG |

*ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

**Page 58 of 172**

Submitted/PI: Beth Cunningham /Proposal No: 2300609

# SUMMARY
# PROPOSAL BUDGET

YEAR  4

| ORGANIZATION | FOR NSF USE ONLY | | |
|---|---|---|---|
| **American Association of Physics Teachers** | PROPOSAL NO. **2300609** | DURATION (months) | |
| | | Proposed | Granted |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR **Beth Cunningham** | AWARD NO. | | |

| A. SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates (List each separately with title, A.7. show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1.  Beth Cunningham - Principal Inv | 0.01 | | | 1,000 | |
| 2.  Mark Hannum | 2.5 | | | 26,777 | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. (    ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.0 | | | 0 | |
| 7. ( 2 ) TOTAL SENIOR PERSONNEL (1 - 6) | 2.51 | | | 27,777 | |
| B. OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( 0 ) POST DOCTORAL SCHOLARS | 0.0 | | | 0 | |
| 2. ( 0 ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.0 | | | 0 | |
| 3. ( 0 ) GRADUATE STUDENTS | | | | 0 | |
| 4. ( 0 ) UNDERGRADUATE STUDENTS | | | | 0 | |
| 5. ( 2 ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | 500 | |
| 6. ( 0 ) OTHER | | | | 0 | |
| TOTAL SALARIES AND WAGES (A + B) | | | | 28,277 | |
| C. FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | 8,766 | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | 37,043 | |
| D. EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | 0 | |
| E. TRAVEL     1. DOMESTIC (INCL. U.S. POSSESSIONS) | | | | 3,700 | |
| 2. INTERNATIONAL | | | | 0 | |
| F. PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS        $ ———————— 0 | | | | | |
| 2. TRAVEL ———————— 0 | | | | | |
| 3. SUBSISTENCE ———————— 0 | | | | | |
| 4. OTHER ———————— 0 | | | | | |
| TOTAL NUMBER OF PARTICIPANTS    ( 0 )      TOTAL PARTICIPANT COSTS | | | | 0 | |
| G. OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | 201 | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | 0 | |
| 3. CONSULTANT SERVICES | | | | 15,000 | |
| 4. COMPUTER SERVICES | | | | 0 | |
| 5. SUBAWARDS | | | | 0 | |
| 6. OTHER | | | | 0 | |
| TOTAL OTHER DIRECT COSTS | | | | 15,201 | |
| H. TOTAL DIRECT COSTS (A THROUGH G) | | | | 55,944 | |
| I. INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) **AAPT Indirect Rate (Rate: 10.0, Base:55944)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | 5,594 | |
| J. TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | 61,538 | |
| K. FEE | | | | 0 | |
| L. AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | 61,538 | |
| M. COST SHARING PROPOSED LEVEL $    0 | AGREED LEVEL IF DIFFERENT $ | | | | |

| PI/PD NAME | FOR NSF USE ONLY | | |
|---|---|---|---|
| **Beth Cunningham** | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* | Date Checked | Date Of Rate Sheet | Initials - ORG |
| **Robert C Hilborn** | | | |

*ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature                2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

# SUMMARY
# PROPOSAL BUDGET

Cumulative

| ORGANIZATION<br>**American Association of Physics Teachers** | FOR NSF USE ONLY | | |
|---|---|---|---|
| | PROPOSAL NO.<br>**2300609** | DURATION (months) | |
| | | Proposed | Granted |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR<br>**Beth Cunningham** | AWARD NO. | | |

| A.  SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty  and Other Senior Associates<br>(List each separately with title, A.7.  show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1.  **Beth Cunningham - Principal Inv** | 0.04 | | | 4,000 | |
| 2.  **Mark Hannum** | 10.0 | | | 103,136 | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. (      ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | | | | | |
| 7. (  **2**  ) TOTAL SENIOR PERSONNEL (1 - 6) | 10.04 | | | 107,136 | |
| B.  OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. (  **0**  ) POST DOCTORAL SCHOLARS | 0.0 | | | 0 | |
| 2. (  **0**  ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 0.0 | | | 0 | |
| 3. (  **0**  ) GRADUATE STUDENTS | | | | 0 | |
| 4. (  **0**  ) UNDERGRADUATE STUDENTS | | | | 0 | |
| 5. (  **6**  ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | 1,500 | |
| 6. (  **0**  ) OTHER | | | | 0 | |
| TOTAL SALARIES AND WAGES (A + B) | | | | 108,636 | |
| C.  FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | 33,677 | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | 142,313 | |
| D.  EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | 0 | |
| E.  TRAVEL          1.  DOMESTIC (INCL. U.S. POSSESSIONS) | | | | 14,800 | |
| 2.  INTERNATIONAL | | | | 0 | |
| F.  PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS         $————————— **0** | | | | | |
| 2. TRAVEL         ————————— **0** | | | | | |
| 3. SUBSISTENCE         ————————— **0** | | | | | |
| 4. OTHER         ————————— **9,600** | | | | | |
| TOTAL NUMBER OF PARTICIPANTS       (  **32**  )          TOTAL PARTICIPANT COSTS | | | | 9,600 | |
| G.  OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | 1,402 | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | 0 | |
| 3. CONSULTANT SERVICES | | | | 60,000 | |
| 4. COMPUTER SERVICES | | | | 0 | |
| 5. SUBAWARDS | | | | 0 | |
| 6. OTHER | | | | 0 | |
| TOTAL OTHER DIRECT COSTS | | | | 61,402 | |
| H.  TOTAL DIRECT COSTS (A THROUGH G) | | | | 228,115 | |
| I.  INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | 21,851 | |
| J.  TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | 249,966 | |
| K.  FEE | | | | 0 | |
| L.  AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | 249,966 | |
| M.  COST SHARING PROPOSED LEVEL $    **0**          AGREED LEVEL IF DIFFERENT $ | | | | | |

| PI/PD NAME<br>**Beth Cunningham** | FOR NSF USE ONLY | | |
|---|---|---|---|
| | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME*<br>**Robert C Hilborn** | Date Checked | Date Of Rate Sheet | Initials - ORG |

**\*ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET**

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature          2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

AAPT Budget Justification

DRK12 2022: **Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Actions - Budget Justification**

# Section A: Senior Personnel

| Name-Role | Months | Year 1 | Year 2 | Year 3 | Year 4 |
|-----------|--------|--------|--------|--------|--------|
| Beth Cunningham - PI | 0.01 | $1000 | $1000 | $1000 | $1000 |
| Mark S. Hannum - CoPI | 2.5 | $24,857 | $25,394 | $26,108 | $26,777 |

PI Cunningham will serve in a high-level advisory role for the project.  As the Executive Officer of AAPT PI Cunningham can direct institutional resources towards the project.  CoPI Hannum will contribute in *Year 1* to the recruitment of the Ambassador Cohort and the collection of video clips for analysis by the research team at FIU.  Recruiting efforts will focus on existing Ambassador cohorts as well as from AAPT membership.  *In Year 2 and Year 3*.  PI Hannum and Consultant Dreyfuss will continue to head the recruitment of Ambassadors, and in-service teacher participants. To increase the reach of and depth of recruitment, in *Year 2* AAPT will engage its AAPT regional sections network which has local knowledge that can be used to find "teachers of physics" rather than the more typical "physics teachers" who have participated with STEP UP in the past.  In *Year 2 and Year 3*, PI Hannum will be the lead organizer of the 2-day Summit.  An approximate 2-3.0% annual inflation rate is added to the above listed base for subsequent years of the project.

# Section B: Other Personnel

| Name-Role | Months | Year 1 | Year 2 | Year 3 | Year 4 |
|-----------|--------|--------|--------|--------|--------|
| AAPT Staff time for Travel, Logistics, Conference Planning, Website Maintenance | As Needed | $0 | $500 | $500 | $500 |

Over the life of this project it is likely that the project will need the services of AAPT staff to coordinate travel for both PI Hannum, Project Manager Dreyfuss, and participants.  This need will start in *Year 2* and then continue for the duration of the project.  In *Years 2* and *3* there will be the additional burden of organizing the two-day workshop which will require the AAPT Programs & Conferences Team.  Throughout the entire project it is likely we will need to update the AAPT website with new information and other resources which will require time from our Website development team.

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature                    2300609

# Section C: Fringe Benefits

| Name-Role | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|
| Beth Cunningham | $310 | $310 | $310 | $310 |
| Mark S. Hannum | $7706 | $7872 | $8093 | $8301 |
| Other AAPT Staff as Needed | $0 | $155 | $155 | $155 |

Rounded numbers.

The AAPT Fringe Rate is 31%

# Section D: Equipment

We are not requesting any funds for equipment

# Section E: Travel

| Name-Role | Travel Days | Flight +Hotel | M+I | Annual Total |
|---|---|---|---|---|
| Mark S. Hannum -Co PI | 3 | $1400 | $200 | $1600 |
| Bree Barnett-Dryfuss - Consultant | 5 | $1800 | $300 | $2100 |
| | | | Total per year | $3700 |

Funds are requested for co-PI Hanum and Consultant-Barnett-Dryfuss to cover costs associated with  travel to annual project meetings or conferences where STEP UP information will be disseminated.  It is anticipated that Consultant Barnett-Dreyfuss will travel slightly more and thus has a larger travel allocation.  Meals and Incidental expenses will be paid at GSA rates, and could be provided in advance of travel.

# Section F: Participant Support Costs

| | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|
| Expenses | $0 | $4,800 | $4,800 | $0 |
| No. Part. | | 16 | 16 | |

Funds are requested in **Years 2 and 3** of the proposed project to expand our recruitment of participating  teachers.  AAPT will specifically recruit more "teachers of physics", which we define  as a K-12 teacher who teaches a Physics course, but primarily teaches another

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature          2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

discipline. This is the majority of physics teachers in the US. To find and recruit these teachers we will compensate AAPT regional sections for the creation of promotional materials and to cover AAPT membership for newly recruited teachers. All AAPT sections will be eligible for recruitment grants, but we will primarily focus on the three largest metro areas (LA, Chicago, and NY City). Recruitment grants will be provided at $300 x 16 participants = $4800 for each of years 2 and 3.

# Section G: Other Direct Costs

## 1. Materials and Supplies

| Year 1 | Year 2 | Year 3 | Year 4 |
|--------|--------|--------|--------|
| $0 | $601 | $600 | $201 |

N.B. Numbers have been adjusted to keep the overall revised budget total the same as the original budget total.

Material costs are for workshop promotional materials and materials for the *Year 2* and *Year 3* teacher workshops.

## 2. Consultant Services

| Hours/Year | Hourly Rate | Per Year Total |
|------------|-------------|----------------|
| 300 | $50.00 | $15,000 |

Lead Teacher/Project Manager Bree Barnett-Dryfuss will be compensated as an AAPT Contractor at a flat hourly rate for the duration of the project. Dryfuss, an experienced K-12 physics teacher, has considerable experience with previously funded components of the STEP UP project and is well-versed in K-12 teacher professional development methodologies. The expected hours/year and hourly rate are in the table above. Billable hours would include (but not limited to) preparation time for workshops, administering ambassador workshops, weekly organizational meetings, recruiting travel, etc.

# Section H,I, & J: Direct & Indirect Costs

| Type | Year 1 | Year 2 | Year 3 | Year 4 | Project Total |
|------|--------|--------|--------|--------|---------------|
| Direct Costs | $52,573 | $59,332 | $60,266 | $55,994 | $228,115 |
| Indirect Costs | $5,257 | $5,453 | $5,547 | $5,593 | $21,852 |

AAPT is using a 10% de minimus indirect cost rate. Basis = total direct costs minus participant support costs. Summing Direct and Indirect Cost provides a Grand Total of $249,966.

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature        2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

Budget Impact Statement NSF 2300609

The budget was revised to implement the 10% de minimis indirect cost rate while maintaining the same total amount requested.  There is no significant impact on the project's programmatic activities supported by the grant.

Submitted/PI: Zahra Hazari /Proposal No: 2300607

**FIU Facilities, Equipment & Other Resources**

**Laboratory:** N/A

**Clinical:** N/A

**Animal:** N/A

**Computer:** The research team each have security-enabled workstations with all the hardware and software necessary to complete this project. For statistical data analysis, the R software package is installed and has already been extensively used by the team. For qualitative data analysis, QDA Miner Lite is installed and has already been used for previous qualitative analyses. FIU also has licenses for NVivo and Atlas.ti for students and faculty. In addition, standard word processing, presentation, and spreadsheet software is installed on all research team machines (e.g. Microsoft Office). The PI has a dedicated, encrypted server for storing the digital data collected in this project. The FIU members have unrestricted access to laser printers and high-volume photocopiers in the administrative offices of the STEM Transformation Institute and their respective Departments. In addition, all faculty have Zoom accounts for videoconferencing.

**Offices:** The PI and Co-PIs have ample office space in their departments as well as in FIU's STEM Transformation Institute. The offices include lock and key filing space, which are secured for storing completed surveys, field notes, and recording equipment. The offices have seating appropriate for conducting student interviews and group meetings. The offices are equipped with telephones capable of teleconferencing.

**Other Facilities:** In addition to offices, the Institute and the PI's Department has several meeting spaces with videoconferencing equipment which are accessible to both the PI and Co-PIs.

**Major Equipment:** N/A

**Other Resources:** Florida International University also provides dedicated web space and a media relations department for disseminating and publicizing sponsored research.

**Personnel:** The STEM Transformation Institute, Department of Teaching & Learning, and Department of Physics have administrative staff that support project needs such as administering contracts, providing budgeting updates and support, disbursing stipend/consultancy payments, purchasing supplies/materials, processing requisitions, mailing, and other project administrative tasks.

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608



**NSF DRK12 PROPOSAL**

FACILITIES, EQUIPMENT, AND OTHER RESOURCES

### Collaborative Research: Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Actions

The American Physical Society (APS) is a non-profit membership organization working to advance and diffuse the knowledge of physics through its leading research journals; scientific meetings; and education, outreach, advocacy, and international activities. The APS represents over 56,000 members, including physicists in academia, national laboratories, and industry in the United States and throughout the world. To maintain contact with its members and share important information with the community, the APS has dedicated publications and communications departments. These include graphic designers experienced in a variety of print media, from posters to reports over 100 pages in length, as well as staff members who manage electronic communications of all types, extending from websites to email lists and social media. In addition, the APS meetings department has organized events of nearly every size, from 10 to 10,000 participants, and is successfully converting many meetings to the virtual space. The executive office of the APS is housed at the American Center for Physics in College Park, Maryland.

2300608

Submitted/PI: Beth Cunningham /Proposal No: 2300609

 **American Association of Physics Teachers**

All American Association of Physics Teachers staff and PIs have adequate office space and computer facilities to carry out the tasks described in this proposal.

*Strengthening Physics Education. Supporting Physics Teachers.*

One Physics Ellipse | College Park, MD 20740-3845 | phone: 301.209.3311 | fax: 301.209.0845 | web: www.aapt.org

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature      2300609

Submitted/PI: Zahra Hazari /Proposal No: 2300607

## NSF BIOGRAPHICAL SKETCH

| NAME: Hazari, Zahra |
|---|
| ORCID: 0000-0003-1316-4269 |
| POSITION TITLE & INSTITUTION: Professor, Florida International University |

**(a) PROFESSIONAL PREPARATION -(see PAPPG Chapter II.C.2.f.(a))**

| INSTITUTION | LOCATION | MAJOR / AREA OF STUDY | DEGREE (if applicable) | YEAR YYYY |
|---|---|---|---|---|
| Florida Atlantic University | Boca Raton, FL | Physics and Mathematics | BS | 1998 |
| University of Toronto | Toronto, ON | Physics | MS | 2000 |
| University of Toronto | Toronto, ON | Science Education (Curriculum, Teaching, & Learning) | PHD | 2006 |
| Harvard Smithsonian Center for Astrophysics | Cambridge, MA | Science Education (Postdoctoral Fellow) | OTH | 2008 |

**(b) APPOINTMENTS -(see PAPPG Chapter II.C.2.f.(b))**

2019 - present   Professor, Florida International University, Miami, FL

2014 - 2019   Associate Professor, Florida International University, Miami, FL

2013 - 2014   Associate Professor, Clemson University, Clemson, SC

2008 - 2013   Assistant Professor, Clemson University, Clemson, SC

2006 - 2008   Postdoctoral Research Fellow, Harvard Smithsonian Center for Astrophysics, Cambridge, MA

**(c) PRODUCTS -(see PAPPG Chapter II.C.2.f.(c))**

**Products Most Closely Related to the Proposed Project**

1. Hazari Z, Dou R, Sonnert G, Sadler PM. Examining the Relationship between Informal Science Experiences and Physics Identity: Unrealized Possibilities. Physical Review Physics Education Research. 2022; 18:1-14. Available from: https://doi.org/10.1103/PhysRevPhysEducRes.18.010107

2. Hazari Z, Chari D, Potvin G, Brewe E. The context dependence of physics identity: Examining the role of performance/competence, recognition, interest, and sense of belonging for lower and upper female physics undergraduates. Journal of Research in Science Teaching. 2020; 57:1583-1607. Available from: https://doi.org/10.1002/tea.21644

3. Hazari Z, Cass C. Towards meaningful physics recognition: What does this recognition actually look like?. The Physics Teacher. 2018; 56:442-446. Available from: https://doi.org/10.1119/1.5055325

4. Hazari Z, Brewe E, Goertzen R, Hodapp T. The importance of high school physics teachers for female students' physics identity and persistence. The Physics Teacher. 2017; 55:96-99. Available from: https://doi.org/10.1119/1.4974122

5. Hazari Z, Cass C, Beattie C. Obscuring power structures in the physics classroom: Linking teacher positioning, student engagement, and physics identity development. Journal of Research

BS-1 of 2

2300607

in Science Teaching. 2015; 52:732-762. Available from: https://doi.org/10.1002/tea.21214

**Other Significant Products, Whether or Not Related to the Proposed Project**

1. Cohen S, Hazari Z, Mahadeo J, Sonnert G, Sadler PM. Examining the effect of early STEM experiences as a form of STEM capital and identity capital on STEM identity: A gender study. Science education. 2021; 105:1126-1150. Available from: https://doi.org/10.1002/sce.21670

2. Lock R, Hazari Z, Potvin G. Impact of out-of-class science and engineering activities on physics identity and career intentions. Physical Review Physics Education Research. 2019; 15:1-14. Available from: https://doi.org/10.1103/PhysRevPhysEducRes.15.020137

3. Wang J, Hazari Z, Cass C, Lock R. Episodic memories and the longitudinal impact of high school physics on female students' physics identity. International Journal of Science Education. 2018; 40:1543-1566. Available from: https://doi.org/10.1080/09500693.2018.1486522

4. Wang J, Hazari Z. Promoting high school students' physics identity through explicit and implicit recognition. Physical Review Physics Education Research. 2018; 14. Available from: https://doi.org/10.1103/PhysRevPhysEducRes.14.020111

5. Hazari Z, Potvin G, Cribbs J, Godwin A, Scott T, Klotz L. Interest in STEM is contagious for students in biology, chemistry, and physics classes. Science Advances. 2017; 3:1-7. Available from: https://doi.org/10.1126/sciadv.1700046

**(d) SYNERGISTIC ACTIVITIES -(see PAPPG Chapter II.C.2.f.(d))**

1. Physics identity research on equity/diversity/inclusion – Z. Hazari is conducting a broad range of research on physics identity development through her NSF CAREER, GSE, and DRK-12 projects. This work has been published in scholarly and practitioner journals, and featured in broader outlets (e.g. US News & World Report, Washington Monthly, Science Magazine, Nature, Scientific American).

2. Research methods expertise - Z. Hazari trains both faculty and graduate students in education research methods in her roles within FIU's STEM Transformation Institute and Department of Teaching & Learning.

3. Editorial boards - Z. Hazari served on the Editorial Board for the Journal for Research in Science Teaching (JRST), the American Educational Research Journal (AERJ), and Physical Review Physics Education Research (PRPER).

4. National service - Z. Hazari has served the Committee on Women in Physics for American Association of Physics Teachers (AAPT), Committee for the Status of Women in Physics for American Physical Society (APS), and as evaluator for Conferences for Undergraduate Women in Physics (CUWiP).

5. STEM Transformation Institute – Z. Hazari is a member of FIU's STEM Transformation Institute focused on transforming education across STEM education, particularly with respect to equity and inclusivity.

BS-2 of 2

Submitted/PI: Zahra Hazari /Proposal No: 2300607

## NSF BIOGRAPHICAL SKETCH

NAME: Sabouri, Pooneh

POSITION TITLE & INSTITUTION: Postdoctoral Associate, Florida International University

### (a) PROFESSIONAL PREPARATION -(see PAPPG Chapter II.C.2.f.(a))

| INSTITUTION | LOCATION | MAJOR / AREA OF STUDY | DEGREE (if applicable) | YEAR YYYY |
|---|---|---|---|---|
| Sharif University of Technology | Tehran, Tehran | Electrical Engineering | BS | 2003 |
| The University of Texas at Austin | Austin, Texas | Mathematics Education | MA | 2009 |
| The university of Texas at Austin | Austin, Texas | Statistics | MS | 2010 |
| New York University | New York, New York | Teaching and Learning | PHD | 2019 |
| New York University | New York, New York | | Postdoctoral Fellow | 2019 - 2020 |

### (b) APPOINTMENTS -(see PAPPG Chapter II.C.2.f.(b))

2020 - present    Postdoctoral Associate, Florida International University, Miami, FL

2019 - 2020    Postdoctoral Associate, New York University Tandon School of Engineering, Brooklyn, NY

2013 - 2019    Adjunct faculty, New York University, New York, NY

### (c) PRODUCTS -(see PAPPG Chapter II.C.2.f.(c))

**Products Most Closely Related to the Proposed Project**

1. Sabouri P, Gosh S, Mallik A, Kapila V. The Formation and Dynamics of Teacher Roles in a Teacher-Student Groupwork during a Robotic Project. 2020 ASEE Virtual Annual Conference Content Access, Virtual On line. 2020 June 22. Available from: https://peer.asee.org/35323 DOI: 10.18260/1-2--35323

2. Mallik A, Sabouri P, Gosh S, Kapila V. Assessing the Effects of a Robotics Workshop with Draw-a-Robot Test. 2020 ASEE Virtual Annual Conference Content Access, Virtual On line. 2020 June 22. Available from: https://peer.asee.org/34182 DOI: 10.18260/1-2--34182

3. Gosh S, Sabouri P, Kapila V. Examining the Role of LEGO Robots as Artifacts in STEM Classrooms. 2020 ASEE Virtual Annual Conference Content Access, Virtual On line. 2020 June 22. Available from: https://peer.asee.org/34620 DOI: 10.18260/1-2--34620

4. Sabouri P, Thoms M, Zaslavsky O. The merits of collaboration between mathematicians and mathematics educators on the design and impelmentation of an undergraduate course on mathematical proof and proving. In: Brown S, Karakok G, Hah Roh K, Oehrtman M, editors. Proceedings of the 16th Annual Conference on Research in Undergraduate Mathematics Education [Internet] Denver, Colorado: The special Interest Group of the Mathematics Association of America (SIGMAA) for Research in Undergraduate Mathematics Education; 2013. Chapter 2p.307 - 313. Available from: http://sigmaa.maa.org/rume/RUME16Volume2.pdf

**Other Significant Products, Whether or Not Related to the Proposed Project**

BS-1 of 2

Submitted/PI: Zahra Hazari /Proposal No: 2300607

**(d) SYNERGISTIC ACTIVITIES -(see PAPPG Chapter II.C.2.f.(d))**

1. Curriculum Developer and Facilitator for Young Investigator Program (science and engineering afterschool program for upper elementary school students) - P. Sabouri collaborated with Dr. Susan Kirch at New York University (2015 - 2019) in designing and facilitating hands-on and interactive activities for elementary students to learn about science and engineering.

2. Curriculum Developer and Facilitator - P.Sabouri contributed to the development of Mathematics and Science lesson plans using LEGO EV3 Robotics for middle school that is accessible through that are accessible through the project website at New York University Tandon School of Engineering (2016)

3. Community Manager - P. Sabouri has been an active member of Science Educators for Equity Diversity and Social justice (SEEDS) (2019 - 2022) and serves on two Committees, Membership and Communication and Conference programming. In addition, she contributed to the planning and running of SEEDS January 2020 and 2021 virtual conferences and facilitated more than ten online events throughout 2020- 2022 as part of community managing.

BS-2 of 2

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

## NSF BIOGRAPHICAL SKETCH

NAME: Potvin, Geoffrey

POSITION TITLE & INSTITUTION: Associate Professor, Florida International University

### (a) PROFESSIONAL PREPARATION -(see PAPPG Chapter II.C.2.f.(a))

| INSTITUTION | LOCATION | MAJOR / AREA OF STUDY | DEGREE (if applicable) | YEAR YYYY |
|---|---|---|---|---|
| University of Waterloo | Waterloo, Ontario | Physics | BS | 2000 |
| University of Toronto | Toronto, Ontario | Physics | MS | 2001 |
| University of Toronto | Toronto, Ontario | Physics | PHD | 2006 |
| University of Virginia | Charlottesville, Virginia | Science Education | Postdoctoral Fellow | 2006 - 2007 |

### (b) APPOINTMENTS -(see PAPPG Chapter II.C.2.f.(b))

2017 - present    Associate Professor, Florida International University, Miami, FL

2022 - present    Director, STEM Transformation Institute, Florida International University, Miami, FL

2014 - 2017       Assistant Professor, Florida International University, Miami, FL

2008 - 2013       Assistant Professor, Clemson University, Clemson, SC

2006 - 2007       Postdoctoral Research Associate, University of Virginia, Charlottesville, VA

2005 - 2006       Predoctoral Research Associate, University of Virginia, Charlottesville, VA

2000 - 2006       Predoctoral Research Associate, University of Toronto, Toronto

2000 - 2006       Teaching Assistant, University of Toronto, Toronto

1998 - 2000       Research Assistant, University of Waterloo, Waterloo

### (c) PRODUCTS -(see PAPPG Chapter II.C.2.f.(c))

**Products Most Closely Related to the Proposed Project**

1. Chari D, Potvin G. Understanding the importance of graduate admissions criteria according to prospective graduate students. Physical Review Physics Education Research. 2019; 15(2):023101.

2. Potvin G, McGough C, Benson L, Boone H, Doyle J, Godwin A, Kirn A, Ma B, Rohde J, Ross M. Gendered interests in electrical, computer, and biomedical engineering: Intersections with career outcome expectations. IEEE Transactions on Education. 2018; 61(4):298-304. issn: 0018-9359

3. Potvin G, Chari D, Hodapp T. Investigating approaches to diversity in a national survey of physics doctoral degree programs: The graduate admissions landscape. Physical Review Physics Education Research. 2017; 13(2):020142.

4. Hazari Z, Potvin G, Cribbs JD, Godwin A, Scott TD, Klotz L. Interest in STEM is contagious for students in biology, chemistry, and physics classes. Sci Adv. 2017 Aug;3(8):e1700046. PubMed Central PMCID: PMC5550226.

5. Potvin G, Hazari Z. Student evaluations of physics teachers: On the stability and persistence of gender bias. Physical Review Physics Education Research. 2016; 12(2):020107.

BS-1 of 2

Submitted/PI: Zahra Hazari /Proposal No: 2300607

**Other Significant Products, Whether or Not Related to the Proposed Project**

1. Chari D, Potvin G. Admissions practices in terminal master's degree-granting physics departments: A comparative analysis. Physical Review Physics Education Research. 2019; 15(1):010104.

2. Godwin A, Potvin G, Hazari Z, Lock R. Identity, critical agency, and engineering: An affective model for predicting engineering as a career choice. Journal of Engineering Education. 2016; 105(2):312-340. issn: 1069-4730

3. Godwin A, Potvin G. Pushing and pulling Sara: A case study of the contrasting influences of high school and university experiences on engineering agency, identity, and participation. Journal of Research in Science Teaching. 2017; 54(4):439-462. issn: 0022-4308

4. Hazari Z, Potvin G, Lock R, Lung F, Sonnert G, Sadler P. Factors that affect the physical science career interest of female students: Testing five common hypotheses. Physical Review Special Topics-Physics Education Research. 2013; 9(2):020115.

5. Potvin G, Tai R. Examining the relationships among doctoral completion time, gender, and future salary prospects for physical scientists. Journal of Chemical Education. 2012; 89(1):21-28. issn: 0021-9584

**(d) SYNERGISTIC ACTIVITIES -(see PAPPG Chapter II.C.2.f.(d))**

1. STEM Transformation Institute, Florida International University, 2013 – present. Dr. Potvin is one of the first faculty hired into FIU's STEM Transformation Institute, a collaboration across FIU's College of Arts, Science & Educaiton and the College of Engineering & Computing which is focused on discipline-based education research (DBER) and STEM teacher preparation. The STEM Transformation Institute has been designed to help address national calls for broadening and growing the STEM workforce, increasing the quality and quantity of K-12 STEM teachers, and improving STEM literacy.

2. American Physical Society - Inclusivity, Diversity & Equity Alliance (APS-IDEA), 2019 – present. Dr. Potvin is one of the leads on the APS-IDEA project, one of the first of the APS' Innovation Fund grants. This project is building a national network of teams in physics departments, laboratories and large collaborations that are working towards improved inclusivity, diversity, and equity in their respective units.

3. American Physical Society - Departmental Admissions Practices that Maintain Excellence and Diversity in the Face of COVID-19, 2020 – present. Dr. Potvin is the lead on this APS Innovation Fund project. This three-institution collaboration is collecting data on physics departmental admissions and will bring together admissions-related faculty and staff to understand what adaptations in the face of COVID-19 help programs maintain the diversity in their graduate programs in the coming years.

BS-2 of 2

Submitted/PI: Zahra Hazari /Proposal No: 2300607

**Effective 10/04/2021**        **NSF BIOGRAPHICAL SKETCH**        **OMB-3145-0058**

NAME**:**  Holland Banse

POSITION TITLE & INSTITUTION: Senior Evaluator, Magnolia Consulting, LLC.

**A. PROFESSIONAL PREPARATION - (see PAPPG Chapter II.C.2.f.(i)(a))**

| INSTITUTION | LOCATION | MAJOR/AREA OF STUDY | DEGREE (if applicable) | YEAR (YYYY) |
|---|---|---|---|---|
| Georgetown University | Washington, DC | Psychology | Bachelor's | 2010 |
| University of Virginia | Charlottesville, VA | Educational Psychology | Masters | 2013 |
| University of Virginia | Charlottesville, VA | Educational Psychology | Ph.D. | 2017 |

**B. APPOINTMENTS - (see PAPPG Chapter II.C.2.f.(i)(b))**

| From - To | Position Title, Organization and Location |
|---|---|
| 2017-2019 | Postdoctoral Research Fellow, University of Denver, Denver, CO |
| 2019-2021 | Assistant Professor, University of Alabama, Tuscaloosa, AL |
| 2022-Present | Senior Researcher and Evaluator, Magnolia Consulting, LLC, Charlottesville, VA |

BS-1 of 3

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

**C. PRODUCTS - (see PAPPG Chapter II.C.2.f.(i)(c)) Products Most Closely Related to the Proposed Project**

[1] Clements, D., Sarama, J., Tatsuoka, C., Banse, H. W., Tatsuoka, K. (2021). Evaluating a model for developing cognitively diagnostic adaptive assessments: The case of young children's length measurement. Journal of Research in Childhood Education. https://doi.org/10.1080/02568543.2021.1895921

[2] Banse, H.W., Clements, D.H., Day-Hess, C., Sarama, J., Simoni, M., & Ratchford, J. (2020). Teaching moves and preschoolers' arithmetical accuracy. Journal of Educational Research, 113 (6), 418-430. https://doi.org/10.1080/00220671.2020.184648

[3] Clements, D. H., Banse, H. W., Sarama, J., Tatsuoka, C., Joswick, C., Hudyma, A., . . . Tatsuoka, K. K. (2020). Young children′s actions on length measure tasks: Strategies and cognitive attributes. Mathematical Thinking and Learning. https://doi.org/10.1080/10986065.2020.1843231

[4] Dong, Y., Clements, D.H., Sarama, J., Dumas, D., Banse, H.W., & Day-Hess, C. (2020). Mathematics and executive function competencies in the context of interventions: A quantile regression analysis. Journal of Experimental Education. https://doi.org/10.1080/00220973.2020.1777070

[5] Clements, D., Dumas, D., Dong, Y., Banse, H. W., Sarama, J., Day-Hess, C. (2020). Strategy diversity in early mathematics classrooms. Contemporary Educational Psychology. https://doi.org/10.1016/j.cedpsych.2019.101834

BS-2 of 3

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

**Other Significant Products, Whether or Not Related to the Proposed Project**

[1] Banse, H. W., Hernandez-Reif, M., & Kendrick, A. (in press). Teacher-perceived developmental predictors of family involvement in pre-kindergarten. SN Social Sciences.

[2] Banse, H.W., Clements, D.H., Sarama, J., Simoni, M., Day-Hess, C., & Joswick, C. (in press). Strategies for supporting executive function development: Practical takeaways for early childhood teachers. Young Children

[3] Banse, H. W. (2020). Five approaches for supporting dual language children's early learning and development. Every Child. 26(4), 18-19.

[4] Banse, H.W. (2019). Dual language learners and four areas of early childhood learning and development: What do we know and what do we need to learn? Early Child Development and Care. https://doi.org/10.1080/03004430.2019.1658086

**D. SYNERGISTIC ACTIVITIES - (see PAPPG Chapter II.C.2.f.(i)(d))**

[1] Co-developed a proposed randomized control trial of early childhood STEM curriculum funded by the Institute of Education Sciences (IES): " Evaluating the Efficacy of an Interdisciplinary Preschool Curriculum (EPIC)" , Grant No. R305A190395.

[2] Created and provided professional development on best practices in STEM education to early childhood practitioners.

[3] Lead analyst on program evaluation of Tuscaloosa City School prekindergarten program.

BS-3 of 3

2300607

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

# NSF BIOGRAPHICAL SKETCH

| | |
|---|---|
| NAME: Fracchiolla, Claudia | |
| ORCID: 0000-0002-5713-9623 | |
| POSITION TITLE & INSTITUTION: Head of Public Engagement, American Physical Society | |

## (a) PROFESSIONAL PREPARATION -(see PAPPG Chapter II.C.2.f.(a))

| INSTITUTION | LOCATION | MAJOR / AREA OF STUDY | DEGREE (if applicable) | YEAR YYYY |
|---|---|---|---|---|
| Colorado State University | Fort Collins, Colorado | Physics | MS | 2015 |
| Kansas State University | Manhattan, KS | Physics Education Research | PHD | 2016 |
| University of Colorado Boulder | Boulder, COLORADO | Physics Education Researc | Postdoctoral Fellow | 2016 - 2017 |
| National University of Ireland Galway | Galway, Galway | Discipline-Based Education Research | Postdoctoral Fellow | 2017 - 2018 |
| University College Dublin | Dublin, Dublin Co | Marie Curie Research Fellow | Fellow | 2018 - 2020 |

## (b) APPOINTMENTS -(see PAPPG Chapter II.C.2.f.(b))

2020 - present    Head of Public Engagement, American Physical Society, College Park, MD

2020 - 2022       Research Associate, University College Dublin , School of Maths and Statistics, Dublin

## (c) PRODUCTS -(see PAPPG Chapter II.C.2.f.(c))

**Products Most Closely Related to the Proposed Project**

1. Williams T, Hyater-Adams S, Hinko K, Fracchiolla C, Nordstrom K, Finkelstein N. The Intersection of Identity and Performing Arts of Black Physicists. 2018 Physics Education Research Conference Proceedings. 2018 Physics Education Research Conference; Augu -2; Washington, DC. American Association of Physics Teachers; c2019. Available from: https://www.compadre.org/per/items/detail.cfm?ID=14866 DOI: 10.1119/perc.2018.pr.Williams

2. Claudia Fracchiolla, Brean Prefontaine, Kathleen Hinko. Community of practice approach for understanding identity development within informal physics programs. Physical Review Physics Education Research. 2020 August; 16(2). Available from: https://doi.org/10.1103/PhysRevPhysEducRes.16.020115 DOI: 10.1103/PhysRevPhysEducRes.16.020115

3. Hyater-Adams S., Fracchiolla C., Williams T., Finkelstein N., Hinko K.. Deconstructing Black physics identity: Linking individual and social constructs using the critical physics identity framework. Physical Review Physics Education Research. 2019; 15(2). Available from: http://www.scopus.com/inward/record.url?eid=2-s2.0-85070587818&partnerID=MN8TOARS DOI: 10.1103/PhysRevPhysEducRes.15.020115

4. Hyater-Adams S., Fracchiolla C., Finkelstein N., Hinko K.. Critical look at physics identity: An operationalized framework for examining race and physics identity. Physical Review Physics Education Research. 2018; 14(1). Available from: http://www.scopus.com/inward/record.url?

BS-1 of 2

2300608

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

eid=2-s2.0-85048419217&partnerID=MN8TOARS DOI:
10.1103/PhysRevPhysEducRes.14.010132

**Other Significant Products, Whether or Not Related to the Proposed Project**

1. Fiedler B.L., Fracchiolla C., Bennett M.B., Hinko K., Finkelstein N.D.. A design-based informal physics program from a youth perspective. Physics Education Research Conference Proceedings. Physics Education Research Conference Proceedings; 2018; c2018. Available from: http://www.scopus.com/inward/record.url?eid=2-s2.0-85061717536&partnerID=MN8TOARS eid: 2-s2.0-85061717536

2. Fracchiolla C., Finkelstein N., Hinko K.. Characterizing models of informal physics programs. Physics Education Research Conference Proceedings. Physics Education Research Conference Proceedings; 2018; c2018. Available from: http://www.scopus.com/inward/record.url?eid=2-s2.0-85061730036&partnerID=MN8TOARS eid: 2-s2.0-85061730036

3. Fracchiolla C, Hyater-Adams S, Finkelstein N, Hinko K. University physics students' motivations and experiences in informal physics programs. 2016 Physics Education Research Conference Proceedings. 2016 Physics Education Research Conference; July 21; Sacramento, CA. American Association of Physics Teachers; c2016. Available from: http://www.compadre.org/per/items/detail.cfm?ID=14215 DOI: 10.1119/perc.2016.pr.026

4. Fracchiolla C, Finkelstein N, Hinko K. Characterizing Models of Informal Physics Programs. 2018 Physics Education Research Conference Proceedings. 2018 Physics Education Research Conference; Augu -2; Washington, DC. American Association of Physics Teachers; c2019. Available from: https://www.compadre.org/per/items/detail.cfm?ID=14785 DOI: 10.1119/perc.2018.pr.Fracchiolla

5. Prefontaine B, Fracchiolla C, Vasquez M, Hinko K. Intense Outreach: Experiences Shifting University Students' Identities. 2018 Physics Education Research Conference Proceedings. 2018 Physics Education Research Conference; Augu -2; Washington, DC. American Association of Physics Teachers; c2019. Available from: https://www.compadre.org/per/items/detail.cfm?ID=14841 DOI: 10.1119/perc.2018.pr.Prefontaine

**(d) SYNERGISTIC ACTIVITIES -(see PAPPG Chapter II.C.2.f.(d))**

1. Member of Organizing Committee, Physics Education Research Conference (PERC 2019) on the theme of Informal Physics Education Research

2. Developer and Facilitator, 'Designing and Assessing Informal Physics Programs' Workshops presented at Mawazo Institute, Nairobi, Kenya, January 2018 & American Association of Physics Teachers Summer Meeting 2018 and 2019

3. Director and Researcher of Educational Outreach for Physics Frontier Center - JILA, University of Colorado - Boulder, CO, USA 2016

4. National Coordinator of Cell EXPLORERS, National University of Ireland Galway, Galway, Ireland 2017

5. Developer and Coordinator of Physics Education outreach program - Colorado Children's Hospital., CO, USA

BS-2 of 2

2300608

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

## NSF BIOGRAPHICAL SKETCH

NAME: Schrode, Nicole

POSITION TITLE & INSTITUTION: Public Engagement Program Manager, APS

**(a) PROFESSIONAL PREPARATION -(see PAPPG Chapter II.C.2.f.(a))**

| INSTITUTION | LOCATION | MAJOR / AREA OF STUDY | DEGREE (if applicable) | YEAR YYYY |
|---|---|---|---|---|
| University of Colorado | Boulder, CO | Biology | BA | 2001 |
| City College of New York | New York City, NY | Secondary Science Education | MAED | 2008 |

**(b) APPOINTMENTS -(see PAPPG Chapter II.C.2.f.(b))**

2022 - present   Public Engagement Program Manager, APS, College Park, MD
2014 - 2022   Professional Learning Facilitator, PEER Physics, Boulder, CO
2013 - 2022   Teacher, St. Vrain Valley School District, Longmont, CO
2011 - 2013   Teacher, Somerset Hills School District, Berndardsville, NJ
2005 - 2011   Teacher, New York City Department of Education, New York City, NY
2002 - 2005   Environmental Biologist, Tetra Tech, ECI, Lakewood, CO

**(c) PRODUCTS -(see PAPPG Chapter II.C.2.f.(c))**

**Products Most Closely Related to the Proposed Project**

**Other Significant Products, Whether or Not Related to the Proposed Project**

1. Physics Instruction That Facilitates Learning Among Underrepresented Groups. Physics Education Research Conference 2017; ; , US. c2017. Available from: https://www.compadre.org/per/items/detail.cfm?ID=14607

2. Grimes A, Schrode N, Stober R, Wachowski S, Grimes A, Schrode N, Stober R, Wachowski S. Fostering Community and Collaboration. Honoring Teachers As Professionals [Internet] AIP Publishing; 2021. 1-24p. Available from: https://scitation.org DOI: 10.1063/9780735423190_001

3. Grimes A, Schrode N, Stober R, Wachowski S, Grimes A, Schrode N, Stober R, Wachowski S. Conducting Educational Research. Honoring Teachers As Professionals [Internet] AIP Publishing; 2021. 1-22p. Available from: https://scitation.org DOI: 10.1063/9780735423190_003

**(d) SYNERGISTIC ACTIVITIES -(see PAPPG Chapter II.C.2.f.(d))**

1. APS PhysicsQuest 2022: The purpose of the PhysicsQuest program is to engage children in inquiry-based physics activities to demonstrate that physics can be fun and accessible. Similarly, it aims to empower teachers to teach physics with more student-centered practices in which children experience what it means to do physics and in turn inspire them to continue to pursue careers in science. In 2022 PhysicsQuest teamed up with STEP UP and created middle school lessons modified from their original Careers in Physics and Women in Physics lessons.

2. Physicists To-Go: The Physicists To-Go program through APS matches middle and high school teachers with physicists to host virtual classroom visits. The hope is that the physicists help teachers execute the PhysicsQuest lessons. This year, Physicists To-Go scientists will add

BS-1 of 2

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

names, faces, and real-life career path insight to the scientists the students read about in the STEP UP/PhysicsQuest lessons. The physicists can also help teachers and students with content knowledge.

3. Moore Foundation Grant: Step Up 2022-26. Though this grant, the APS and STEP UP teams are working together with PhysTEC (Physics Teacher Education Coalition) sites in Los Angeles, Chicago, and New York City public schools to increase STEP UP communities in those regions in order to: - create sustainable community models to propagate the STEP UP lessons, the STEP UP mission and vision. -ensure that pre-service teachers are exposed to the STEP UP lessons - reach diverse student bodies to increase the visibility, importance, and accessibility of a physics undergraduate degree to underserved populations

BS-2 of 2

2300608

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

**NSF BIOGRAPHICAL SKETCH**

| | |
|---|---|
| NAME: Roti Roti, Annelise | |
| NSF ID: 000899866@nsf.gov | |
| ORCID: 0000-0001-6543-8220 | |
| POSITION TITLE & INSTITUTION: Education Program Manager, American Physical Society | |

**(a) PROFESSIONAL PREPARATION -(see PAPPG Chapter II.C.2.f.(a))**

| INSTITUTION | LOCATION | MAJOR / AREA OF STUDY | DEGREE (if applicable) | YEAR YYYY |
|---|---|---|---|---|
| University of Wisconsin-Plattevill | Platteville, WI | Engineering Physics | BS | 2017 |
| University of Maryland | College Park, MD | Physics Education Research | PHD | 2029 |
| Lehigh University | Bethlehem, PA | Material Science; High Temperature Ceramics | Graduate Student | 2017 - 2019 |

**(b) APPOINTMENTS -(see PAPPG Chapter II.C.2.f.(b))**

| | |
|---|---|
| 2022 - present | Education Program Manager, American Physical Society, College Park, MD |
| 2019 - 2022 | PhysTEC Program Coordinator, American Physical Society, College Park, MD |
| 2019 - 2019 | STEP UP Intern, American Physical Society, College Park, MD |
| 2017 - 2019 | Research Assistant, Lehigh University, Bethlehem, PA |
| 2016 - 2016 | NSF REU Student: Sensors, University of Maine - Orono, Orono, ME |
| 2015 - 2017 | Academic Student Assistant, University of Wisconsin-Platteville, Platteville, WI |
| 2015 - 2016 | Women in Engineering, Math, and Science Mentor, University of Wisconsin-Platteville, Platteville, WI |
| 2014 - 2014 | NSF REU Student: Physics of Music, University of Illinois at Urbana-Champaign, Champaign, IL |

**(c) PRODUCTS -(see PAPPG Chapter II.C.2.f.(c))**

**Products Most Closely Related to the Proposed Project**

1. Habibi M, Roti Roti A, Alaei M. Are Solution Manuals Detrimental to Student Learning?. 2015 ASEE Annual Conference and Exposition Proceedings. 2015 ASEE Annual Conference and Exposition; ; Seattle, Washington. ASEE Conferences; c2015. Available from: http://peer.asee.org/23570 DOI: 10.18260/p.23570

2. Annelise Roti Roti. The STEP UP Movement is Changing the Face of Physics. 2019 August. Available from: https://aps.org/publications/apsnews/201908/education.cfm

**Other Significant Products, Whether or Not Related to the Proposed Project**

**(d) SYNERGISTIC ACTIVITIES -(see PAPPG Chapter II.C.2.f.(d))**

1. Teacher Outreach: Developed and presented talks to preservice and in-service teachers that celebrate the physics teaching profession and highlight the need for more teachers.

2. Programming and Professional Development Design: Elevated the voice and needs of in- and pre-service teachers through our annual conference and awards. Setting teachers as experts in their needs supports the adaptation of teacher education programs to better suit the needs of

BS-1 of 2

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

current and future teachers, all of whom are going into a workplace serving an increasingly diverse population.

3. Systemic Equity Building: Co-led internal American Physical Society equity policy development on internal processes, meetings, publishing, and member-serving programs to be responsive to diverse staff and membership

4. Defining the Teacher Need Landscape: Built parts of the tracking systems the American Physical Society uses for tracking physics teacher graduation rates and the national physics teacher need.

5. Elevating the Teaching Profession: Published announcements of APS-recognized excellent physics teachers to national audiences, sharing the positive impact of teachers widely.

BS-2 of 2

2300608

Submitted/PI: Beth Cunningham /Proposal No: 2300609

**Effective 10/04/2021**        **NSF BIOGRAPHICAL SKETCH**        **OMB-3145-0058**

NAME: Beth A. Cunningham

POSITION TITLE & INSTITUTION: American Association of Physics Teachers

**A. PROFESSIONAL PREPARATION - (see PAPPG Chapter II.C.2.f.(i)(a))**

| INSTITUTION | LOCATION | MAJOR/AREA OF STUDY | DEGREE (if applicable) | YEAR (YYYY) |
|---|---|---|---|---|
| Kent State University | Kent, OH | Physics | Ph.D. | 987 |
| Kent State University | Kent, OH | Physics | M.A. | 1983 |
| Kent State University | Kent, OH | Physics | B.S. | 1982 |
| The Hormel Institute, University of Minnesota | Austin, MN | Biophysics | N/A | 1986-1988 |

**B. APPOINTMENTS - (see PAPPG Chapter II.C.2.f.(i)(b))**

| From - To | Position Title, Organization and Location |
|---|---|
| 10/2021-present | Chief Executive Officer, American Association of Physics Teachers, College Park, MD |
| 1/2011-10/2021 | Executive Officer, American Association of Physics Teachers, College Park, MD |
| 10/2010-12/2010 | Executive Officer Designate, American Association of Physics Teachers, College Park, MD |
| 9/2006-7/2010 | Provost and Dean of the Faculty, Illinois Wesleyan University, Bloomington, IL |
| 9/2006-12/2010 | Professor of Physics, Illinois Wesleyan University, Bloomington, IL |
| 9/2000-6/2006 | Associate Dean of Faculty, College of Arts & Sciences, Bucknell University, Lewisburg, PA |
| 9/2002-8/2006 | Professor, Physics Department, Bucknell University, Lewisburg, PA |
| 9/1995-8/2002 | Associate Professor, Physics Department, Bucknell University, Lewisburg, PA |
| 9/1989-8/1995 | Assistant Professor, Physics Department, Bucknell University, Lewisburg, PA |
| 9/1988-8/1989 | Assistant Professor, Physics Department, Gettysburg College, Gettysburg, PA |
| 8/1986-8/1988 | Postdoctoral Fellow, The Hormel Institute, University of Minnesota, Austin, MN |
| 1/1984-6/1986 | Teaching Fellow and Research Assistant, Department of Physics & The Liquid Crystal Institute, Kent State University, Kent, OH |
| 6/1983-11/1983 | Staff Physicist, American Liquid Xtal Chemical Corporation, Kent, OH |
| 6/1982-5/1983 | Graduate Teaching Assistant, Department of Physics, Kent State University, Kent, OH |

BS-1 of 3

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature        2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

**C. PRODUCTS - (see PAPPG Chapter II.C.2.f.(i)(c)) Products Most Closely Related to the Proposed Project**

Women in Physics: Proceedings of the 4th IUPAP International Conference on Women in Physics, Beth A. Cunningham, Editor, AIP Conference Proceedings, 2013.  https://doi.org/10.1063/1.4794206.

Women in Physics: Proceedings of the 5th IUPAP International Conference on Women in Physics, Beth A. Cunningham, Shohini Ghose, and Catherine O'Riordaneditors, AIP Conference Proceedings, 2015. https://doi.org/10.1063/ 1.4937630.

"Distributed Peer Mentoring Networks to Support Isolated Faculty," A. Cox, B. Whitten, C. Blaha, I. Ramos, B. Cunningham, A.-B. Hunter, R.Ivie, E. Rice, L. Tucker, and S. PhanBudd, J. Faculty Development, 35(2021) 43-48.

"HerStories" video (https://www.youtube.com/watch?v=ofE-mJFJR5w), 2014, funded by NSF 1419453.

Physics gender bias website (http://genderbias.compadre.org), funded by NSF 1661340.

BS-2 of 3

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature          2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

**Other Significant Products, Whether or Not Related to the Proposed Project**

"Synchrotron X-ray Studies of Lipids and Membranes: A Critique", B.A. Cunningham, W. Bras, L.J. Lis, and P.J. Quinn, J. Biochem. Biophys. Methods, 29 (1994) 87-111.

"A Combined SAXS/WAXS Investigation of the Phase Behaviour of Di-Polyenoic Membrane Lipids", W.P. Williams, B.A. Cunningham, D.H. Wolfe, G.E. Derbyshire, G.R. Mant, and W. Bras, Biochim, Biophys. Acta 1284 (1996) 86-96.

"Phospholipid-Diacylglycerol Complexes Regulate Colipase Adsorption to Monolayers," N.K. Mizuno, J.M. Smaby, B.A. Cunningham, M.M. Momsen, and H.L. Brockman, Langmuir,19 (2003) 1802-1808.

"Guidelines for Self-Study and External Evaluation of Undergraduate Physics Program," E. Behringer, J. Burciaga, J.D. Barcia, W. Hein, D. Holcomb, R. Howes, J. Williams, B.A. Cunningham, and T. Hodapp, American Association of Physics Teachers, 2005.

"Supporting Potentially Transformative Research From the Administrator's Perspective," N. Abraham, B.A. Cunningham, S. Decatur, P. Dehn, M. Lee, and J.M. Osborn, in Transforming Research at Predominately Undergraduate Institutions, ed. by K. Karukstis and N. Hensel, Council on Undergraduate Research, 2010.

**D. SYNERGISTIC ACTIVITIES - (see PAPPG Chapter II.C.2.f.(i)(d))**

• External consultant for the Council on Undergraduate Research NSF funded "Pathways to Transformational Change" project (2017-2022).

• Member of Council on Undergraduate Research Councilor, Physics and Astronomy Division, 2000 – present, and Executive Board, 2019 - present

•Project lead, Physics & Astronomy SEA Change project in partnership with AAAS SEA Change.  Leading a cohort of physics and astronomy professional societies to create and implement a pilot of a department assessment on diversity, equity, and inclusion, funded by the American Institute of Physics.

• PI on NSF ADVANCE grant "Mutual Mentoring to Reduce Isolation in Physics" (2015-2022; http://ealliance.aapt.org).

BS-3 of 3

Submitted/PI: Beth Cunningham /Proposal No: 2300609

## NSF BIOGRAPHICAL SKETCH

**NAME:** Hannum, Mark

**POSITION TITLE & INSTITUTION:** K-12 Program Manager, American Association of Physics Teachers

### (a) PROFESSIONAL PREPARATION -(see PAPPG Chapter II.C.2.f.(a))

| INSTITUTION | LOCATION | MAJOR / AREA OF STUDY | DEGREE (if applicable) | YEAR YYYY |
|---|---|---|---|---|
| Kalamazoo College | Kalamazoo, Michigan | Physics | BA | 1998 |
| George Mason University | Fairfax, Virginia | Applied and Engineering Physics | MS | 2006 |
| Rheinishe Friedrich-Wilhelms-Universität Bonn | Bonn, North Rhine-Westphalia | Physics, German Language | Other training | 1996 - 1997 |

### (b) APPOINTMENTS -(see PAPPG Chapter II.C.2.f.(b))

| | |
|---|---|
| 2019 - present | K-12 Program Manager, American Association of Physics Teachers, College Park, MD |
| 2021 - present | Director of Quantum Physics and Optics Research, Thomas Jefferson High School for Science and Technology, Alexandria, VA |
| 2017 - present | Adjunct Lecturer Physics Department, American University, Washington, DC |
| 2014 - 2019 | Division Manager – SciTech Division, Thomas Jefferson High School for Science and Technology, Alexandria, VA |
| 2012 - 2019 | Director of Neuroscience Research, Thomas Jefferson High School for Science and Technology, Fairfax, VA |
| 2010 - 2019 | Physics Instructor, Thomas Jefferson High School for Science and Technology, Alexandria, VA |
| 2008 - 2010 | Albert Einstein Distinguished Fellow, National Science Foundation, Alexandria, VA |
| 2006 - 2017 | Adjunct Lecturer School of Education, American University, Washington, DC |
| 2005 - 2008 | Teacher-2-Teacher Trainer, United States Department of Education, Washington, DC |
| 1999 - 2008 | Physics & Mathematics Instructor, Benjamin Banneker High School, Washington, DC |
| 1998 - 1999 | Physics Instructor, American International School of Salzburg, Salzburg |

### (c) PRODUCTS -(see PAPPG Chapter II.C.2.f.(c))

**Products Most Closely Related to the Proposed Project**

1. Hannum MS. Using IBM Qiskit to build teacher content and pedagogical content knowledge for QIS. IBM Quantum Educator Summit; 2021 July 15. Available from: https://ibmquantumeducator-vconf.bemyapp.com/#/mentors

2. Hannum MS. Tools for Teachers: Using Jupyter Notebooks and Quantum Computers as a tool to teach foundational quantum mechanics topics in high school math, physics, and cs classrooms.. American Association for Physics Teachers Summer Meeting 2021; 2021 August 03.

BS-1 of 3

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature    2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

3.  Hannum MS. A teacher centered approach to professional development for a new QISE workforce. IEEE Quantum Education Workshop; 2021 October 21.

4.  Hannum MS. Cross-Discipline Approach to Quantum Computing in High Schools: Building towards a Quantum Computing Workforce. NSF Discovery Research in K12 Education Annual PI Meeting; 2021 June 16; Washington, DC, US. Available from: http://cadrek12.org/2021-drk-12-pi-meeting#program

5.  Hannum MS. Using Research Validated Lessons in High School to Increase Persistance in Physics for Young Women. American Association of Physics Teachers Winter Meeting; 2020 January 18; Orlando, FL, US.

**Other Significant Products, Whether or Not Related to the Proposed Project**

1.  Hannum MS. A Suburban Magnet High School's Perspective on Authentic Research Experiences for Students: An Overview of Research Pathways and a Discussion of the Benefits. American Chemical Society ACS Symposium Series. 2016 November 22; 1231:49. Available from: https://pubs.acs.org/doi/10.1021/bk-2016-1231.ch003 DOI: 10.1021/bk-2016-1231.ch003

2.  Hannum MS. The National Science Foundation Graduate STEM Fellows in K-12 Education Program:. Hannum MS, editor. Washington DC: American Association for the Advancement of Science; 2010.

3.  Hannum MS. Briefing on Elementary and Secondary Education & Competes Acts.'. Wilson International Center for Scholars Hill Briefings. America's Top Teachers Focus on Learning and Legislation; 2010 May 21; Washington, DC, United States.

4.  Hannum MS. Culturally Based Non-Algebraic Mathematical Methods: Benjamin Banneker's Mathematical Journals. 4th International Conference of Ethnomathematics; 2010 July 27; Washington, DC, United States.

5.  Hannum MS. Current and Pending Federal Legislation and Its Ramifications for STEM Education.. The National Academies Teacher Advisory Council; 2009 August 14; Washington, DC, United States.

**(d) SYNERGISTIC ACTIVITIES -(see PAPPG Chapter II.C.2.f.(d))**

1.  2019 - Present Coordinate AAPT K12 initiatives including NSF & Private Foundations Grants. Program Manager of K12 Policy (AAPT), AAPT Policy Fellows Program, Unrepresented Teacher of Physics Program, Get the Facts Out (NSF) and Heliophysics Education Action Team (NASA). Organize and implement national scale professional development for teachers of physcis.

2.  2014-2019 Managed & coordinated the curriculum and instruction for all Science, Engineering, and Research courses at Thomas Jefferson High School for Science and Technology including setting course schedules and course offerings. Set staff development priorities and implemented original professional development programs for 45 STEM teachers including Biology, Chemistry, Physics, Geosystems, Engineering

3.  2013 - 2014 Office of State Superintendent of Education (DC) State Science Leadership Team. Worked on adoption of Next Generation Science Standards and their implementation in the District of Columbia including long-term professional development for K-12 Science Teachers to improve both STEM content knowledge but also Cross-Cutting STEM Practices.

BS-2 of 3

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature          2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

4.  2008 - 2014 National Capitol Area FIRST Robotics Executive Advisory Board Member

5.  2006 - 2007 U.S. Secretary of Education Spellings Technology Round Table Member

BS-3 of 3

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature          2300609

Submitted/PI: Zahra Hazari /Proposal No: 2300607

## Other Personnel Biographical Information

**Data Not Available**

## Other Personnel Biographical Information

**Data Not Available**

Submitted/PI: Beth Cunningham /Proposal No: 2300609

## Other Personnel Biographical Information

**Data Not Available**

**Effective 10/04/2021     NSF CURRENT AND PENDING SUPPORT     OMB-3145-0058**

PI/co-PI/Senior Personnel: Hazari, Zahra

## PROJECT/PROPOSAL CURRENT SUPPORT

1. Project/Proposal Title: STEP UP: Increasing the Participation of Women in Physics

   Proposal/Award Number (if available):

   Source of Support: Moore Foundation

   Primary Place of Performance: Florida International University

   Project/Proposal Support Start Date (if available): 08/2022

   Project/Proposal Support End Date (if available): 07/2026

   Total Award Amount (including Indirect Costs): $814,234

   Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

   | Year | Person-months per year committed |
   |------|----------------------------------|
   | 2023 | 0.68 |
   | 2024 | 0.68 |
   | 2025 | 0.68 |
   | 2026 | 0.68 |

   Overall Objectives: The objective of this project is to mobilize and support high school physics teachers in New York, Chicago, and Los Angeles to engage and inspire female students to pursue physics-related careers.

   Statement of Potential Overlap: No overlap.

2. Project/Proposal Title: Collaborative Research: Mobilizing Teachers to Increase Capacity and Broaden Women's Participation in Physics

   Proposal/Award Number (if available):

   Source of Support: National Science Foundation

   Primary Place of Performance: Florida International University

   Project/Proposal Support Start Date (if available): 05/2017

   Project/Proposal Support End Date (if available): 04/2023

CPS-1 of 4

Submitted/PI: Zahra Hazari /Proposal No: 2300607

Total Award Amount (including Indirect Costs): $2,002,111

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2017 | 1 |
| 2018 | 1 |
| 2019 | 1 |
| 2020 | 1 |

Overall Objectives: The objective of this project is to mobilize and support high school physics teachers in engaging female students to pursue physics-related careers.

Statement of Potential Overlap: No overlap.

3.  Project/Proposal Title: The FIUteach Noyce Scholar Project

Proposal/Award Number (if available):

Source of Support: National Science Foundation

Primary Place of Performance: Florida International University

Project/Proposal Support Start Date (if available): 05/2017

Project/Proposal Support End Date (if available): 04/2023

Total Award Amount (including Indirect Costs): $1,199,468

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2017 | 0.25 |
| 2018 | 0.25 |
| 2019 | 0.25 |
| 2020 | 0.25 |
| 2021 | 0.25 |

Overall Objectives: The objective of this project is to substantially increase the number of highly qualified teachers prepared to serve in high-need school districts by recruiting, preparing, and administering two-year scholarships and facilitating induction for 33 Scholars over five years.

CPS-2 of 4

Statement of Potential Overlap: No overlap.

## PROJECT/PROPOSAL PENDING SUPPORT

1. Project/Proposal Title: Collaborative Research: Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Actions

   Proposal/Award Number (if available):

   Source of Support: National Science Foundation

   Primary Place of Performance: Florida Interntional University

   Project/Proposal Support Start Date (if available): 08/2023

   Project/Proposal Support End Date (if available): 07/2027

   Total Award Amount (including Indirect Costs): $1,321,338

   Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

   | Year | Person-months per year committed |
   |------|----------------------------------|
   | 2023 | 1 |
   | 2024 | 2 |
   | 2025 | 2 |
   | 2026 | 2 |
   | 2027 | 1 |

   Overall Objectives: The objective of this project is to co-design, test, and propagate a professional learning program for high school physics teachers in order to improve their inclusive/equitable teaching practices and classroom culture to better engage and inspire female students and minoritized racial/ethnic groups to pursue physics-related undergraduate programs.

   Statement of Potential Overlap: No overlap.

2. Project/Proposal Title: Enhancing Pathways to a STEM Teaching Profession for Students from Minoritized Racial/Ethnic Groups

   Proposal/Award Number (if available):

   Source of Support: National Science Foundation

   Primary Place of Performance: Florida International University

   Project/Proposal Support Start Date (if available): 01/2023

CPS-3 of 4

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

Project/Proposal Support End Date (if available): 12/2025

Total Award Amount (including Indirect Costs): $591,479

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2023 | 0.36 |
| 2024 | 0.36 |
| 2025 | 0.36 |

Overall Objectives: The objective of this project is to identify the barriers that minoritized racial/ethnic group STEM students encounter when pursuing STEM teaching careers, develop classroom interventions to address these barriers, and to test the interventions via a quasi-experimental design.

Statement of Potential Overlap: No overlap.

3. Project/Proposal Title: Examining the Physics Identity of Women in Undergraduate Physics Programs: A Comparison of Muslim Majority Countries and the US

Proposal/Award Number (if available):

Source of Support: National Science Foundation

Primary Place of Performance: Florida International University

Project/Proposal Support Start Date (if available): 08/2021

Project/Proposal Support End Date (if available): 07/2024

Total Award Amount (including Indirect Costs): $599,940

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2022 | 0.5 |
| 2023 | 0.5 |
| 2024 | 0.5 |

Overall Objectives: The objective of this project is to examine how cultural and experiential factors affect the choice of a physics major for female students in the US and Muslim-Majority countries that have a high representation of females in physics programs.

Statement of Potential Overlap: No overlap.

CPS-4 of 4

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

**Effective 10/04/2021**    NSF CURRENT AND PENDING SUPPORT    OMB-3145-0058

PI/co-PI/Senior Personnel: Sabouri, Pooneh

## PROJECT/PROPOSAL CURRENT SUPPORT

1. Project/Proposal Title: STEP UP: Increasing the Participation of Women in Physics

   Proposal/Award Number (if available):

   Source of Support: Moore Foundation

   Primary Place of Performance: Florida International University

   Project/Proposal Support Start Date (if available): 08/2022

   Project/Proposal Support End Date (if available): 07/2026

   Total Award Amount (including Indirect Costs): $814,234

   Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

   | Year | Person-months per year committed |
   |------|----------------------------------|
   | 2022 | 6 |
   | 2023 | 12 |
   | 2024 | 12 |
   | 2025 | 12 |
   | 2026 | 6 |

   Overall Objectives: The objective of this project is to mobilize and support high school physics teachers in New York, Chicago, and Los Angeles to engage and inspire female students to pursue physics-related careers.

   Statement of Potential Overlap: no overlap

2. Project/Proposal Title: Collaborative Research: Mobilizing Teachers to Increase Capacity and Broaden Women's Participation in Physics

   Proposal/Award Number (if available): 1721021

   Source of Support: NSF

   Primary Place of Performance: Florida International University

   Project/Proposal Support Start Date (if available): 05/2017

CPS-1 of 2

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

Project/Proposal Support End Date (if available): 05/2023

Total Award Amount (including Indirect Costs): $2,002,111

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2022 | 7 |

Overall Objectives: The objective of this project is to mobilize and support high school physics teachers in engaging female students to pursue physics-related careers.

Statement of Potential Overlap: no overlap

## PROJECT/PROPOSAL PENDING SUPPORT

1. Project/Proposal Title: Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Actions

   Proposal/Award Number (if available): 77620

   Source of Support: NSF

   Primary Place of Performance: Florida International University

   Project/Proposal Support Start Date (if available): 08/2023

   Project/Proposal Support End Date (if available): 07/2027

   Total Award Amount (including Indirect Costs): $1,321,338

   Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2023 | 2 |
| 2024 | 2 |
| 2025 | 2 |
| 2026 | 2 |

Overall Objectives: The objective of this project is to support high school physics teachers to transform their classroom discourse, interactions, and culture to be more equitable and inclusive.

Statement of Potential Overlap: No overlap

CPS-2 of 2

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

**Effective 10/04/2021     NSF CURRENT AND PENDING SUPPORT**     OMB-3145-0058

PI/co-PI/Senior Personnel: Potvin, Geoffrey

## PROJECT/PROPOSAL CURRENT SUPPORT

1. Project/Proposal Title: STEP UP: Increasing the Participation of Women in Physics

   Proposal/Award Number (if available):

   Source of Support: Moore Foundation

   Primary Place of Performance: Florida International University

   Project/Proposal Support Start Date (if available): 08/2022

   Project/Proposal Support End Date (if available): 07/2026

   Total Award Amount (including Indirect Costs): $814,234

   Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

   | Year | Person-months per year committed |
   |------|----------------------------------|
   | 2023 | 0.68 |
   | 2024 | 0.68 |
   | 2025 | 0.68 |
   | 2026 | 0.68 |

   Overall Objectives: The objective of this project is to mobilize and support high school physics teachers in New York, Chicago, and Los Angeles to engage and inspire female students to pursue physics-related careers.

   Statement of Potential Overlap: No overlap.

2. Project/Proposal Title: Project Empower: Collaborative curriculum design tailored for student success and inclusive culture in algebra-based physics

   Proposal/Award Number (if available):

   Source of Support: National Science Foundation

   Primary Place of Performance: FIU

   Project/Proposal Support Start Date (if available): 07/2022

   Project/Proposal Support End Date (if available): 06/2025

CPS-1 of 5

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

Total Award Amount (including Indirect Costs): $285,469

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2023 | 0.25 |
| 2024 | 0.25 |
| 2025 | 0.25 |

Overall Objectives: This project will develop, implement, test, and disseminate a culturally inclusive curriculum for algebra-based physics courses utilizing students' voices and experiences as the driver for design and pedagogy, that is attentive to students' motivations, perceptions, and identities within science.

Statement of Potential Overlap: No overlap.

3. Project/Proposal Title: Departmental Admissions Practices that Maintain Excellence and Diversity in the Face of COVID-19, 2020

Proposal/Award Number (if available):

Source of Support: American Physical Society Innovation Fund

Primary Place of Performance: Florida International University

Project/Proposal Support Start Date (if available): 07/2020

Project/Proposal Support End Date (if available): 06/2022

Total Award Amount (including Indirect Costs): $97,655

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2021 | 0.5 |
| 2022 | 0.5 |

Overall Objectives: The objective of this project is to investigate the adaptations made to and outcomes of admissions practices in graduate physics programs due to disruptions arising from the COVID-19 pandemic.

Statement of Potential Overlap: No overlap.

4. Project/Proposal Title: Catalyzing Change in Calculus

Proposal/Award Number (if available):

CPS-2 of 5

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

Source of Support: National Science Foundation

Primary Place of Performance: Florida International University

Project/Proposal Support Start Date (if available): 10/2018

Project/Proposal Support End Date (if available): 09/2023

Total Award Amount (including Indirect Costs): $1,500,000

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2020 | 0.5 |

Overall Objectives: The objective of this project is to develop, test, and deploy student-centered, evidence-based calculus instruction at both two-year and four-year post-secondary institutions.

Statement of Potential Overlap: No overlap.

5.  Project/Proposal Title: Collaborative Research: Mobilizing Teachers to Increase Capacity and Broaden Women's Participation in Physics

    Proposal/Award Number (if available):

    Source of Support: National Science Foundation

    Primary Place of Performance: Florida International University

    Project/Proposal Support Start Date (if available): 05/2017

    Project/Proposal Support End Date (if available): 04/2021

    Total Award Amount (including Indirect Costs): $2,002,111

    Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2020 | 0.5 |

Overall Objectives: The objective of this project is to mobilize and support high school physics teachers in engaging female students to pursue physics-related careers.

Statement of Potential Overlap: No overlap.

## PROJECT/PROPOSAL PENDING SUPPORT

1.  Project/Proposal Title: Collaborative Research: Mobilizing Physics Teachers to Promote

CPS-3 of 5

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

Inclusive and Communal Classroom Cultures through Everyday Actions

Proposal/Award Number (if available):

Source of Support: National Science Foundation

Primary Place of Performance: Florida International University

Project/Proposal Support Start Date (if available): 08/2023

Project/Proposal Support End Date (if available): 07/2027

Total Award Amount (including Indirect Costs): $131,338

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|---|---|
| 2023 | 0.5 |
| 2024 | 0.5 |
| 2025 | 0.5 |
| 2026 | 0.5 |

Overall Objectives: The objective of this project is to co-design, test, and propagate a professional learning program for high school physics teachers in order to improve their inclusive/equitable teaching practices and classroom culture to better engage and inspire female students and minoritized racial/ethnic groups to pursue physics-related undergraduate programs.

Statement of Potential Overlap: No overlap.

2. Project/Proposal Title: Collaborative Research: ICT - Level 2: A Change-Focused Faculty Learning Community to Support Culturally Responsive and Inclusive Learning and Engagement in CS/IT/SE Courses.

Proposal/Award Number (if available):

Source of Support: National Science Foundation

Primary Place of Performance: Florida International University

Project/Proposal Support Start Date (if available): 01/2023

Project/Proposal Support End Date (if available): 12/2027

Total Award Amount (including Indirect Costs): $1,360,000

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|---|---|

CPS-4 of 5

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

| Year | Person-months per year committed |
|------|----------------------------------|
| 2023 | 0.5 |
| 2024 | 0.5 |
| 2025 | 0.5 |
| 2026 | 0.5 |
| 2027 | 0.5 |

Overall Objectives: Create a change-focused learning community of practice (CoP) that transforms undergraduate education in the CS/IT/SE community by increasing the use of culturally responsive and inclusive learning and engagement strategies (CRI-LESs) in varied learning environments.

Statement of Potential Overlap: No overlap.

CPS-5 of 5

**Effective 10/04/2021    NSF CURRENT AND PENDING SUPPORT**                    OMB-3145-0058

PI/co-PI/Senior Personnel: Banse, Holland

## PROJECT/PROPOSAL CURRENT SUPPORT

1.  Project/Proposal Title: GeoPaths

    Proposal/Award Number (if available):

    Source of Support: NSF through University of Lynchburg

    Primary Place of Performance: Virginia

    Project/Proposal Support Start Date (if available): 01/2023

    Project/Proposal Support End Date (if available): 12/2025

    Total Award Amount (including Indirect Costs): $37,766

    Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

    | Year | Person-months per year committed |
    |------|----------------------------------|
    | 2023 | 0.15 |
    | 2024 | 0.08 |
    | 2025 | 0.09 |

    Overall Objectives: Dr. Banse will oversee and manage all aspects of the evaluation as well as supervise and oversee Magnolia staff assigned to this study. She will be responsible for evaluation study design, instrument development, and oversight of data collection, analyses, and reporting.

    Statement of Potential Overlap: None Anticipated.

2.  Project/Proposal Title: NASA PLACES

    Proposal/Award Number (if available):

    Source of Support: NASA through WestEd Research

    Primary Place of Performance: WestEd

    Project/Proposal Support Start Date (if available): 01/2022

    Project/Proposal Support End Date (if available): 12/2025

    Total Award Amount (including Indirect Costs): $270,204

CPS-1 of 10

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2022 | 0.73 |
| 2023 | 0.68 |
| 2024 | 0.66 |
| 2025 | 0.68 |

Overall Objectives: o provide support to the lead researcher for evaluation study design, instrument development and data collection. She will also provide analysis and reporting.

Statement of Potential Overlap: None Anticipated

3.  Project/Proposal Title: REL Appalachia

    Proposal/Award Number (if available):

    Source of Support: IES REL Appalachia through SRI International

    Primary Place of Performance: Virginia, Kentucky

    Project/Proposal Support Start Date (if available): 01/2022

    Project/Proposal Support End Date (if available): 12/2026

    Total Award Amount (including Indirect Costs): $789,025

    Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2023 | 1.72 |
| 2024 | 0.64 |
| 2025 | 0.78 |
| 2026 | 1.36 |

Overall Objectives: Dr. Banse will provide support for the development and implementation Early Math Toolkit.

Statement of Potential Overlap: None Anticipated.

4.  Project/Proposal Title: Accelerating and Enhancing Career Path Education

    Proposal/Award Number (if available):

CPS-2 of 10

Submitted/PI: Zahra Hazari /Proposal No: 2300607

Source of Support: DOL through Virginia Peninsula Community College

Primary Place of Performance: Virginia

Project/Proposal Support Start Date (if available): 09/2021

Project/Proposal Support End Date (if available): 01/2025

Total Award Amount (including Indirect Costs): $84,312

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2022 | 0.12 |
| 2023 | 0.18 |
| 2024 | 0.14 |
| 2025 | 0.11 |

Overall Objectives: Dr. Banse will be supporting the project lead in evaluating the implementation of the detailed evaluation plan developed for Thomas Nelson Community College. She will provide support to the Magnolia Staff assigned to the project in all aspects of the analyses and reporting.

Statement of Potential Overlap: None Anticipated

5.  Project/Proposal Title: PLANETS 2.0

Proposal/Award Number (if available):

Source of Support: NASA through Northern Arizona University

Primary Place of Performance: Arizona

Project/Proposal Support Start Date (if available): 01/2021

Project/Proposal Support End Date (if available): 12/2025

Total Award Amount (including Indirect Costs): $169,875

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2023 | 0.49 |
| 2024 | 0.8 |
| 2025 | 1.69 |

CPS-3 of 10

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

Overall Objectives: Dr. Banse will be responsible for evaluation study design, data collection, analysis and reporting. Dr. Banse will oversee and manage all aspects of the evaluation and oversee all staff assigned to the project.

Statement of Potential Overlap: None Anticipated

6.  Project/Proposal Title: Breaking Boundaries: An Organized Revolution for the Professional Formation of Electrical Engineers

Proposal/Award Number (if available):

Source of Support: NSF through University of South Florida

Primary Place of Performance: Florida

Project/Proposal Support Start Date (if available): 11/2020

Project/Proposal Support End Date (if available): 10/2025

Total Award Amount (including Indirect Costs): $208,415

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2022 | 0.55 |
| 2023 | 0.99 |
| 2024 | 0.45 |
| 2025 | 0.51 |

Overall Objectives: Dr. Banse is staffed to conduct site visits, interviews and subsequent analysis and reporting.

Statement of Potential Overlap: None Anticipated

7.  Project/Proposal Title: EXPAND

Proposal/Award Number (if available):

Source of Support: NSF through University of Virginia

Primary Place of Performance: Virginia

Project/Proposal Support Start Date (if available): 09/2020

Project/Proposal Support End Date (if available): 08/2025

Total Award Amount (including Indirect Costs): $160,000

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

CPS-4 of 10

Submitted/PI: Zahra Hazari /Proposal No: 2300607

| Year | Person-months per year committed |
|------|----------------------------------|
| 2023 | 0.37 |
| 2024 | 0.51 |
| 2025 | 0.61 |

Overall Objectives: Dr. Banse will oversee and manage all aspects of the evaluation as well as supervise and oversee Magnolia staff assigned to this study. She will be responsible for evaluation study design, instrument development, and oversight of data collection, analyses, and reporting.

Statement of Potential Overlap: None Anticipated

## PROJECT/PROPOSAL PENDING SUPPORT

1. Project/Proposal Title: Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures

   Proposal/Award Number (if available):

   Source of Support: NSF Through Florida International Univesity

   Primary Place of Performance: Florica

   Project/Proposal Support Start Date (if available): 08/2023

   Project/Proposal Support End Date (if available): 07/2027

   Total Award Amount (including Indirect Costs): $100,000

   Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2023 | 0.42 |
| 2024 | 0.42 |
| 2025 | 0.42 |
| 2026 | 0.45 |

Overall Objectives: Dr. Banse will oversee and manage all aspects of the evaluation as well as supervise and oversee Magnolia staff assigned to this study. She will be responsible for evaluation study design, instrument development, and oversight of data collection, analyses, and reporting.

CPS-5 of 10

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

Statement of Potential Overlap: None Anticipated

2. Project/Proposal Title: Enhancing Pathways to a STEM Teaching Profession for Students

Proposal/Award Number (if available):

Source of Support: NSF through Florida International University

Primary Place of Performance: Florida

Project/Proposal Support Start Date (if available): 04/2023

Project/Proposal Support End Date (if available): 03/2026

Total Award Amount (including Indirect Costs): $45,000

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2023 | 0.29 |
| 2024 | 0.18 |
| 2025 | 0.25 |

Overall Objectives: Dr. Banse will be responsible for evaluation study design, instrument development, data collection and analysis and reporting. She will oversee and supervise staff assigned to the study

Statement of Potential Overlap: None anticipated

3. Project/Proposal Title: Environmental Literacy for an Inclusive and Resilient Hampton (ELIHR

Proposal/Award Number (if available):

Source of Support: NOAA through Virginia Space Grant Consortium

Primary Place of Performance: Virginia

Project/Proposal Support Start Date (if available): 10/2022

Project/Proposal Support End Date (if available): 09/2026

Total Award Amount (including Indirect Costs): $60,000

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2022 | 0.01 |

CPS-6 of 10

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

| Year | Person-months per year committed |
|------|----------------------------------|
| 2023 | 0.13 |
| 2024 | 0.07 |
| 2025 | 0.06 |
| 2026 | 0.07 |

Overall Objectives: As Senior Evaluator with Magnolia Consulting, Dr. Banse will lead the evaluation which includes the design, data collection, data analysis and reporting. She will directly support and oversee the Magnolia staff assigned to this project.

Statement of Potential Overlap: None Anticipated

4. Project/Proposal Title: Product Design Incubator: Fostering an Entrepreneurial Mindset Through Interdisciplinary Product Design

Proposal/Award Number (if available):

Source of Support: NSF through Northern Virginia Community College

Primary Place of Performance: Virginia

Project/Proposal Support Start Date (if available): 10/2022

Project/Proposal Support End Date (if available): 02/2025

Total Award Amount (including Indirect Costs): $60,000

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2022 | 0.03 |
| 2023 | 0.18 |
| 2024 | 0.31 |
| 2025 | 0.14 |

Overall Objectives: Dr. Banse will be leading the development of the evaluation design, to align with the project's goal to prepare NOVA students for the workforce. She will also lead in the instrument development, analyses and reporting. She will also be providing oversight and supervision to the Magnolia staff assigned to the project.

Statement of Potential Overlap: None Anticipated

CPS-7 of 10

Submitted/PI: Zahra Hazari /Proposal No: 2300607

5. Project/Proposal Title: Counterspaces for Women in Physics: Establishing a Network of Highschool Clubs

   Proposal/Award Number (if available):

   Source of Support: NSF through Florida International University

   Primary Place of Performance: Florida

   Project/Proposal Support Start Date (if available): 09/2022

   Project/Proposal Support End Date (if available): 08/2026

   Total Award Amount (including Indirect Costs): $151,000

   Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2022 | 0.15 |
| 2023 | 0.5 |
| 2024 | 0.72 |
| 2025 | 0.63 |
| 2026 | 0.44 |

   Overall Objectives: As Senior Evaluator with Magnolia Consulting, Dr. Banse will lead the evaluation which includes the design, data collection, data analysis and reporting. She will directly support and oversee the Magnolia staff assigned to this project.

   Statement of Potential Overlap: None anticipated

6. Project/Proposal Title: Phonemic Awareness Curriculum Study and Surveys

   Proposal/Award Number (if available):

   Source of Support: The Heggerty Curriculum

   Primary Place of Performance: Virginia

   Project/Proposal Support Start Date (if available): 09/2022

   Project/Proposal Support End Date (if available): 08/2023

   Total Award Amount (including Indirect Costs): $52,350

   Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|

CPS-8 of 10

Submitted/PI: Zahra Hazari /Proposal No: 2300607

| Year | Person-months per year committed |
|------|----------------------------------|
| 2023 | 0.66 |

Overall Objectives: Dr. Banse will oversee and manage all aspects of the evaluation as well as supervise and oversee Magnolia staff assigned to this study. She will be responsible for evaluation study design, instrument development, and oversight of data collection, analyses, and reporting.

Statement of Potential Overlap: None Anticipated

7.  Project/Proposal Title: VALRC BPC

Proposal/Award Number (if available):

Source of Support: NSF through Virginia Commonwealth University

Primary Place of Performance: Virginia

Project/Proposal Support Start Date (if available): 09/2022

Project/Proposal Support End Date (if available): 12/2025

Total Award Amount (including Indirect Costs): $70,000

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2023 | 0.16 |
| 2024 | 0.13 |
| 2025 | 0.13 |

Overall Objectives: Dr. Banse will oversee and manage all aspects of the evaluation as well as supervise and oversee Magnolia staff assigned to this study. She will be responsible for evaluation study design, instrument development, and oversight of data collection, analyses, and reporting.

Statement of Potential Overlap: None Anticipated

8.  Project/Proposal Title: Discovery

Proposal/Award Number (if available):

Source of Support: Reading Horizons

Primary Place of Performance: Utah

Project/Proposal Support Start Date (if available): 07/2022

CPS-9 of 10

Project/Proposal Support End Date (if available): 10/2023

Total Award Amount (including Indirect Costs): $96,800

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2023 | 0.94 |

Overall Objectives: will support all aspects of the evaluation as well as supervise and oversee Magnolia staff assigned to this study. She will support evaluation study design, instrument development, and oversight of data collection, analyses, and reporting.

Statement of Potential Overlap: None Anticipated.

9. Project/Proposal Title: Targeted Infusion Project: Increasing Access and Inclusiveness in Cybersecurity through Lab Experiences.

Proposal/Award Number (if available):

Source of Support: NSF through Shaw University

Primary Place of Performance: North Carolina

Project/Proposal Support Start Date (if available): 05/2022

Project/Proposal Support End Date (if available): 04/2025

Total Award Amount (including Indirect Costs): $40,000

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2022 | 0.18 |
| 2023 | 0.36 |
| 2024 | 0.26 |
| 2025 | 0.35 |

Overall Objectives: Dr. Banse as Senior Evaluator with Magnolia Consulting will lead this study and provide oversight for the evaluation plan, instrument development, data collection, data analysis and reporting. She will also support and supervise Magnolia staff assigned to this project.

Statement of Potential Overlap: None anticipated

CPS-10 of 10

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

**Effective 10/04/2021     NSF CURRENT AND PENDING SUPPORT**     OMB-3145-0058

PI/co-PI/Senior Personnel: Fracchiolla, Claudia

## PROJECT/PROPOSAL CURRENT SUPPORT

1. Project/Proposal Title: Moore Foundation STEP UP grant

   Proposal/Award Number (if available):

   Source of Support: Gordon and Betty Moore Foundation

   Primary Place of Performance: APS

   Project/Proposal Support Start Date (if available): 07/2022

   Project/Proposal Support End Date (if available): 07/2026

   Total Award Amount (including Indirect Costs): $651,000

   Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

   | Year | Person-months per year committed |
   |------|----------------------------------|
   | 2022 | 1 |
   | 2023 | 1 |
   | 2024 | 1 |
   | 2025 | 1 |

   Overall Objectives: The goal of this grant is to increase community and sustainabity for teachersusing the STEP UP curriculum. We aim to do this by enlisting the support of PhysTEC sites ascommunity hubs for pre-service, in-service teachers, and university faculty. We are are focusing on 3 large US school districts due to their high proportion of typically underrepresented physics students and the fact that many students remain in the region for college.

   Statement of Potential Overlap: The Moore Foundation Grant and this DRK12 grant involve thesame overall project. The goals and aspects carried out by the projects are different. The goals ofthe Moore Foundation grant are building and propagating the STEP UP community in 3 hubs.The goals of this proposal is researching and implementing professional learning based on theSTEP UP Everyday Actions to continue growth of teachers and students.

CPS-1 of 1

2300608

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

**Effective 10/04/2021    NSF CURRENT AND PENDING SUPPORT**    OMB-3145-0058

PI/co-PI/Senior Personnel: Schrode, Nicole

## PROJECT/PROPOSAL CURRENT SUPPORT

1.  Project/Proposal Title: PhysicsQuest

    Proposal/Award Number (if available):

    Source of Support: Eucalyptus Foundation

    Primary Place of Performance: APS

    Project/Proposal Support Start Date (if available): 07/2022

    Project/Proposal Support End Date (if available): 07/2025

    Total Award Amount (including Indirect Costs): $651,000

    Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2022 | 3.6 |
| 2023 | 3.6 |
| 2024 | 3.6 |

Overall Objectives: To implement a sustainable model, modernize the content of the PhysicsQuest kits, and provide access to role models in science.While past PhysicsQuest kits were very successful, the program operated in isolation from synergistic programs at APS and failed to leverage APS's greatest resource: its members. Our proposed activities close this gap and in so doing will promote the sustainability, efficacy, and impact of the PhysicsQuest Program.

Statement of Potential Overlap: The overlap of these two projects was under a previous grant that ended in July 2022 in which the PQ 2022 kits were modified from the two STEP UP lessons (Careers in Physics and Women in Physics). These lessons will be live in November of 2022.

2.  Project/Proposal Title: STEP UP

    Proposal/Award Number (if available):

    Source of Support: Gordon and Betty Moore Foundation

    Primary Place of Performance: APS

CPS-1 of 2

2300608

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

Project/Proposal Support Start Date (if available): 07/2022

Project/Proposal Support End Date (if available): 07/2026

Total Award Amount (including Indirect Costs): $2,990,174

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2022 | 6.96 |
| 2023 | 6.96 |
| 2024 | 6.96 |
| 2025 | 6.96 |

Overall Objectives: The goal of this grant is to increase community and sustainabity for teachers using the STEP UP curriculum. We aim to do this by enlisting the support of PhysTEC sites as community hubs for pre-service, in-service teachers, and university faculty. We are are focusing on 3 large US school districts due to their high proportion of typically underrepresented physics students and the fact that many students remain in the region for college.

Statement of Potential Overlap: The Moore Foundation Grant and this DRK12 grant involve the same overall project. The goals and aspects carried out by the projects are different. The goals of the Moore Foundation grant are building and propagating the STEP UP community in 3 hubs. The goals of this proposal is researching and implementing professional learning based on the STEP UP Everyday Actions to continue growth of teachers and students.

CPS-2 of 2

2300608

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

**Effective 10/04/2021      NSF CURRENT AND PENDING SUPPORT**                      **OMB-3145-0058**

PI/co-PI/Senior Personnel: Roti Roti, Annelise

## PROJECT/PROPOSAL CURRENT SUPPORT

1. Project/Proposal Title: Get the Facts Out: Changing the Conversation Around STEM Teacher Recruitment

   Proposal/Award Number (if available):

   Source of Support: NSF

   Primary Place of Performance: Colorado School of Mines

   Project/Proposal Support Start Date (if available): 07/2018

   Project/Proposal Support End Date (if available): 06/2023

   Total Award Amount (including Indirect Costs): $2,512,620

   Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

   | Year | Person-months per year committed |
   |------|----------------------------------|
   | 2020 | 0.07 |
   | 2021 | 0.08 |
   | 2022 | 0.2 |

   Overall Objectives: The "Get the Facts Out" project has three aims. First, to change perceptions about the K-12 mathematical and physical sciences teaching professions among faculty, students, and parents. Second, to increase the frequency of faculty engaging in practices recommended in the Get the Facts Out toolkit. Third to increase the numbers of mathematics, chemistry, and physics majors who enroll in a teacher certification program.

   Statement of Potential Overlap: Get the Facts Out is complementary to the PhysTEC project and furthers the goals of PhysTEC with the teacher recruitment toolkit. PhysTEC requires all Supported Sites, Fellows, and Regional Networks to use the GFO toolkit. Efforts on the two projects are complementary with no overlap.

2. Project/Proposal Title: PhysTEC: Building a Solution to the National Physics Teacher Shortage

   Proposal/Award Number (if available): 1707990

   Source of Support: National Science Foundation

   Primary Place of Performance: American Physical Society

CPS-1 of 3

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

Project/Proposal Support Start Date (if available): 07/2017

Project/Proposal Support End Date (if available): 06/2023

Total Award Amount (including Indirect Costs): $3,075,000

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2020 | 8 |
| 2021 | 8 |
| 2022 | 8 |
| 2023 | 8 |

Overall Objectives: The project will: (1) directly engage dozens of institutions ot prepare greater numbers of highly qualified physics teachers, (2) test the effectiveness of "levers" for engaging physics departments to enable the development of scalable change initiatives, and (3) validate a model for thriving programs that prepare large numbers of highly qualified physics teachers.

Statement of Potential Overlap: EDIT

## PROJECT/PROPOSAL SUBMISSION PLANNED

1.  Project/Proposal Title: (working title) PhysTEC: Community Models that Transform Physics Teacher Education

    Proposal/Award Number (if available):

    Source of Support: NSF

    Primary Place of Performance: American Physical Society

    Project/Proposal Support Start Date (if available):

    Project/Proposal Support End Date (if available):

    Total Award Amount (including Indirect Costs): $3,000,000

    Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2023 | 9 |

Overall Objectives: (working goals) Our long term goals are for (1) PTE programs that are successful, resilient, and sustainable, where (2) EDI issues are integrated across PTE-related

CPS-2 of 3

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

efforts, and where (3) PhysTEC is the anchor of a sustained movement to advance a positive national culture around PTE.

Statement of Potential Overlap: The PhysTEC and STEP UP projects have a synergistic handoff wherein PhysTEC creates supportive structures for pre-service teachers and STEP UP supports primarily in-service teachers. At this transition point, PhysTEC-graduated teachers will become STEP UP teachers and form networks that support both the professional learning of teachers and the evolution of teacher preparation programs.

2.  Project/Proposal Title: Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Actions

Proposal/Award Number (if available):

Source of Support: NSF DRK12

Primary Place of Performance: American Physical Society

Project/Proposal Support Start Date (if available):

Project/Proposal Support End Date (if available):

Total Award Amount (including Indirect Costs): $2,500,000

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2024 | 0.23 |
| 2025 | 0.23 |
| 2026 | 0.23 |
| 2027 | 0.23 |

Overall Objectives: This Late Stage Design and Development STEP UP Project in the Teaching Strand will develop and test professional learning (PL) facilitation to support physics teachers to fully implement the complete STEP UP resources in order to transform their classroom cultures into equitable/inclusive spaces.

Statement of Potential Overlap: The PhysTEC and STEP UP projects have a synergistic handoff wherein PhysTEC creates supportive structures for pre-service teachers and STEP UP supports primarily in-service teachers. At this transition point, PhysTEC-graduated teachers will become STEP UP teachers and form networks that support both the professional learning of teachers and the evolution of teacher preparation programs.

CPS-3 of 3

Submitted/PI: Beth Cunningham /Proposal No: 2300609

**Effective 10/04/2021**        **NSF CURRENT AND PENDING SUPPORT**        **OMB-3145-0058**

*PI/co-PI/Senior Personnel Name:  Beth A. Cunningham

*Required fields

**Note:** NSF has provided 15 project/proposal and 10 in-kind contribution entries for users to populate. Please leave any unused entries blank.

**Project/Proposal Section:**

Current and Pending Support includes all resources made available to an individual in support of and/or related to all of his/her research efforts, regardless of whether or not they have monetary value.[1] Information must be provided about all current and pending support, including this project, for ongoing projects, and for any proposals currently under consideration from whatever source, irrespective of whether such support is provided through the proposing organization or is provided directly to the individual. This includes, for example, Federal, State, local, foreign, public or private foundations, non-profit organizations, industrial or other commercial organizations, or internal funds allocated toward specific projects. Concurrent submission of a proposal to other organizations will not prejudice its review by NSF, if disclosed.[2]

[1] If the time commitment or dollar value is not readily ascertainable, reasonable estimates should be provided.
[2] The Biological Sciences Directorate exception to this policy is delineated in PAPPG Chapter II.D.2.

CPS- 1 of 27

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature       2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

**Projects/Proposals**

**3.** \*Project/Proposal Title :    PhysTEC: Building a Solution to the National Physics Teacher Shortage

\*Status of Support :     ⦿ Current   ◯ Pending     ◯ Submission Planned     ◯ Transfer of Support

Proposal/Award Number (if available):  1707990

\*Source of Support:    NSF

\*Primary Place of Performance :     AAPT

Project/Proposal Start Date (MM/YYYY) (if available) :    07/2017

Project/Proposal End Date (MM/YYYY) (if available) :    06/2023

\*Total Award Amount (including Indirect Costs): $     2,575,000

\*Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project

| \*Year (YYYY) | \*Person Months (##.##) | Year (YYYY) | Person Months (##.##) |
|---|---|---|---|
| 1. 2017 | 0.50 | 4. 2020 | 0.50 |
| 2. 2018 | 0.50 | 5. 2021 | 0.50 |
| 3. 2019 | 0.50 | | |

\*Overall Objectives :    The project will: (1) directly engage dozens of institutions to prepare greater numbers of highly qualified physics teachers, (2) test the effectiveness of "levers" for engaging physics departments to enable the development of scalable change initiatives, and (3) validate a model for thriving programs that prepare large numbers of highly qualified physics teachers.

\*Statement of
Potential Overlap :    None

CPS- 4 of 27

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature                    2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

---

**Projects/Proposals**

---

**4.** *Project/Proposal Title :    Collaborative Research: Get the Facts Out: Changing the Conversation around STEM Teacher Recruitment

*Status of Support :    ● Current   ○ Pending    ○ Submission Planned    ○ Transfer of Support

Proposal/Award Number (if available):  1821462

*Source of Support:   NSF

*Primary Place of Performance :    AAPT

Project/Proposal Start Date (MM/YYYY) (if available) :    07/2018

Project/Proposal End Date (MM/YYYY) (if available) :    06/2023

*Total Award Amount (including Indirect Costs): $    127,331

*Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project

| *Year (YYYY) | *Person Months (##.##) | Year (YYYY) | Person Months (##.##) |
|---|---|---|---|
| 1. 2018 | 0.50 | 4. 2021 | 0.10 |
| 2. 2019 | 0.50 | 5. 2022 | 0.10 |
| 3. 2020 | 0.25 | | |

*Overall Objectives :    This "Get the Facts Out" project has three aims. First, to change perceptions about the K-12 mathematical and physical sciences teaching professions among faculty, students, and parents. Second, to increase the frequency of faculty engaging in practices recommended in the Get the Facts Out toolkit. Third to increase the numbers of mathematics, chemistry, and physics majors who enroll in a teacher certification program.

*Statement of Potential Overlap :    None

CPS- 5 of 27

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature    2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

---

**Projects/Proposals**

---

**5.** *Project/Proposal Title :    Collaborative Research: PhysPort's impact on teaching practice

*Status of Support :    ⦿ Current  ◯ Pending    ◯ Submission Planned    ◯ Transfer of Support

Proposal/Award Number (if available):  1726113

*Source of Support:    NSF

*Primary Place of Performance :    AAPT

Project/Proposal Start Date (MM/YYYY) (if available) :    08/2017

Project/Proposal End Date (MM/YYYY) (if available) :    07/2023

*Total Award Amount (including Indirect Costs): $    882,665

*Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project

| *Year (YYYY) | *Person Months (##.##) | Year (YYYY) | Person Months (##.##) |
|---|---|---|---|
| 1. 2017 | 0.10 | 4. 2020 | 0.10 |
| 2. 2018 | 0.10 | 5. 2021 | 0.10 |
| 3. 2019 | 0.10 | | |

*Overall Objectives :    The goals of this project are to measure the impact of PhysPort on faculty teaching practice through multiple methods, including web analytics, website feedback, usability testing, and interviews about teaching practice.

*Statement of Potential Overlap :    None

CPS- 6 of 27

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature                    2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

**Projects/Proposals**

**6.** \*Project/Proposal Title :    Empowering Diverse Voices to Communicate Science

\*Status of Support :    ● Current  ○ Pending  ○ Submission Planned  ○ Transfer of Support

Proposal/Award Number (if available):  1938815

\*Source of Support:    NSF

\*Primary Place of Performance :    AAPT

Project/Proposal Start Date (MM/YYYY) (if available) :    08/2020

Project/Proposal End Date (MM/YYYY) (if available) :    07/2023

\*Total Award Amount (including Indirect Costs): $    152,230

\*Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project

| \*Year (YYYY) | \*Person Months (##.##) | Year (YYYY) | Person Months (##.##) |
|---|---|---|---|
| 1. 2020 | 0.50 | 4. 2023 | 0.50 |
| 2. 2021 | 0.50 | 5. | |
| 3. 2022 | 0.50 | | |

\*Overall Objectives :    This award supports the U.S. Delegation to attend seventh IUPAP
International Conference on Women in Physics, to be held in July 2021 and
to help produce the proceedings of this conference. The US delegation will
create a virtual workshop focused on effectively communicating science as
a result of this conference.

\*Statement of
Potential Overlap :    None

CPS- 7 of 27

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature    2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

---

**Projects/Proposals**

---

**7.** *Project/Proposal Title : Workshops for Faculty and Staff Development in Implementing Physics Advanced Laboratory Experiments

*Status of Support :    ◉ Current   ◯ Pending   ◯ Submission Planned   ◯ Transfer of Support

Proposal/Award Number (if available) :  1940925

*Source of Support:    NSF

*Primary Place of Performance :    AAPT

Project/Proposal Start Date (MM/YYYY) (if available) :    01/2020

Project/Proposal End Date (MM/YYYY) (if available) :    12/2023

*Total Award Amount (including Indirect Costs): $    49,999

*Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project

| *Year (YYYY) | *Person Months (##.##) | Year (YYYY) | Person Months (##.##) |
|---|---|---|---|
| 1. 2020 | 0.10 | 4. 2023 | 0.10 |
| 2. 2021 | 0.10 | 5. | |
| 3. 2022 | 0.10 | | |

*Overall Objectives :    This project aims to serve the national interest by conducting a series of workshops to enable physics faculty and staff members to adopt improved experiments in their undergraduate advanced laboratories.  The topics for the workshops supported by this award will be governed by demand and will include newly developed upper division laboratory experiments.

*Statement of Potential Overlap :    None

CPS- 8 of 27

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature    2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

---

**Projects/Proposals**

---

**8.** *Project/Proposal Title :    Physics and Astronomy SEA Change Departmental Awards

*Status of Support :    ⦿ Current    ◯ Pending    ◯ Submission Planned    ◯ Transfer of Support

Proposal/Award Number (if available):    N/A

*Source of Support:    American Institute of Physics

*Primary Place of Performance :    AAPT

Project/Proposal Start Date (MM/YYYY) (if available) :    01/2020

Project/Proposal End Date (MM/YYYY) (if available) :    12/2022

*Total Award Amount (including Indirect Costs): $    135,170

*Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project

| *Year (YYYY) | *Person Months (##.##) | Year (YYYY) | Person Months (##.##) |
|---|---|---|---|
| 1. 2020 | 0.50 | 4. | |
| 2. 2021 | 0.50 | 5. | |
| 3. 2022 | 0.50 | | |

*Overall Objectives :    This pilot program will act as a proof of concept for the SEA Change departmental award program, test the application and award structures, and refine the oversight and funding model.  The goal is for 4-6 pilot departments to engage in the self assessment application process, to develop action plans to improve the diversity, equity, and inclusion of their departments, to potentially earn SEA Change awards, and to enter into an iterative process with the project team to refine the award structure.

*Statement of Potential Overlap :    None

CPS- 9 of 27

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature                2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

---

**Projects/Proposals**

**9.** *Project/Proposal Title :    Collaborative Action by AIP Member Societies on Diversity, Equity, and Inclusion Programming for Physics & Astronomy Departments

*Status of Support :    ● Current   ○ Pending   ○ Submission Planned   ○ Transfer of Support

Proposal/Award Number (if available):   N/A

*Source of Support:    American Institute of Physics

*Primary Place of Performance :    AAPT

Project/Proposal Start Date (MM/YYYY) (if available) :    01/2022

Project/Proposal End Date (MM/YYYY) (if available) :    12/2023

*Total Award Amount (including Indirect Costs): $    50,000

*Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project

| *Year (YYYY) | *Person Months (##.##) | Year (YYYY) | Person Months (##.##) |
|---|---|---|---|
| 1. 2022 | 0.20 | 4. | |
| 2. 2023 | 0.20 | 5. | |
| 3. | | | |

*Overall Objectives :    We will develop a framework for collective action in the area of DEI programming for AIP member societies (MS) and affiliated societies (AS). Regular meetings of the MS/AS with a collective impact expert will establish a framework for collective action and help identify areas for taking joint actions, avoiding duplication of effort, and launching new programs (i.e. where there are gaps).  We will also interface with physics and astronomy departments to understand their knowledge of MS DEI activities.

*Statement of Potential Overlap :    None

CPS- 10 of 27

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature    2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

**Projects/Proposals**

**10.** *Project/Proposal Title :    Equity and Inclusive Physics Instruction - Virtual Three Part Workshop

*Status of Support :    ⦿ Current  ◯ Pending  ◯ Submission Planned  ◯ Transfer of Support

Proposal/Award Number (if available):  N/A

*Source of Support:    American Institute of Physics

*Primary Place of Performance :    AAPT

Project/Proposal Start Date (MM/YYYY) (if available) :    10/2020

Project/Proposal End Date (MM/YYYY) (if available) :    03/2023

*Total Award Amount (including Indirect Costs): $    20,000

*Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project

| *Year (YYYY) | *Person Months (##.##) | Year (YYYY) | Person Months (##.##) |
|---|---|---|---|
| 1. 2020 | 0.20 | 4. | |
| 2. 2021 | 0.20 | 5. | |
| 3. 2022 | 0.20 | | |

*Overall Objectives :    AAPT will hold a virtual Equity and Inclusive Physics Instruction Three Part Workshop to bring together experts in diversity, equity, and inclusion (DEI) and physics educators to focus on DEI and physics curriculum, instruction, or grant-funded education projects.  The purpose of the workshop is to introduce members of the physics education community to the instructional DEI materials that currently exist and do an audit of physics education projects and curriculum using the lens of inclusion.

*Statement of Potential Overlap :    None

CPS- 11 of 27

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature                    2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

**Projects/Proposals**

**11.** *Project/Proposal Title : Physics & Astronomy SEA Change Pilot Project - Cohort 2

*Status of Support :    ● Current    ○ Pending    ○ Submission Planned    ○ Transfer of Support

Proposal/Award Number (if available):  N/A

*Source of Support:    American Institute of Physics

*Primary Place of Performance :    AAPT

Project/Proposal Start Date (MM/YYYY) (if available) :    01/2022

Project/Proposal End Date (MM/YYYY) (if available) :    12/2023

*Total Award Amount (including Indirect Costs): $    51,500

*Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project

| *Year (YYYY) | *Person Months (##.##) | Year (YYYY) | Person Months (##.##) |
|---|---|---|---|
| 1. 2022 | 0.50 | 4. | |
| 2. 2023 | 0.25 | 5. | |
| 3. | | | |

*Overall Objectives :    The Physics & Astronomy SEA Change project's goals are for 2 pilot cohorts of departments (approximately 5 per cohort) to engage in a self-assessment application process, to develop action plans to improve the diversity, equity, and inclusion of their departments, to earn SEA Change awards, and to work with the project team to refine the award structure for a larger program following the pilot. Cohort 1 has started. This project will support to complete the pilot by funding the work with Cohort 2.

*Statement of Potential Overlap :    None

CPS- 12 of 27

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature        2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

---

**Projects/Proposals**

**12.** *Project/Proposal Title : Collaborative Research: Changing physics and astronomy education culture: A reflective practice model of faculty development to support diversity, equity, inclusion, and excellence

\* Status of Support :   ⦿ Current  ◯ Pending   ◯ Submission Planned   ◯ Transfer of Support

Proposal/Award Number (if available):  2141745

\* Source of Support:   NSF

\* Primary Place of Performance :   AAPT

Project/Proposal Start Date (MM/YYYY) (if available) :   03/2022

Project/Proposal End Date (MM/YYYY) (if available) :   04/2027

\* Total Award Amount (including Indirect Costs): $     1,100,000

\* Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project

| \* Year (YYYY) | \* Person Months (##.##) | Year (YYYY) | Person Months (##.##) |
|---|---|---|---|
| 1. 2022 | 0.10 | 4. 2025 | 0.10 |
| 2. 2023 | 0.10 | 5. 2026 | 0.10 |
| 3. 2024 | 0.10 | | |

\* Overall Objectives :   The Physics & Astronomy New Faculty Workshop redesign focuses on the whole faculty member.  This project will achieve this vision by:
1. Engaging a significant fraction of diverse early-career physics and astronomy faculty members.  2. Promoting effective teaching of diverse students by informing and inspiring along a path of lifelong learning into how best to support their students' learning. 3.  Inducting faculty into an inclusive community of educators.

\* Statement of Potential Overlap :   None

CPS- 13 of 27

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature                    2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

Effective 10/04/2021    **NSF CURRENT AND PENDING SUPPORT**    OMB-3145-0058

PI/co-PI/Senior Personnel: Hannum, Mark

## PROJECT/PROPOSAL CURRENT SUPPORT

1. Project/Proposal Title: NASA Heliophysics Education Consortium

   Proposal/Award Number (if available):

   Source of Support: National Aeronautical and Space Administration

   Primary Place of Performance: American Association of Physics Teachers

   Project/Proposal Support Start Date (if available): 12/2021

   Project/Proposal Support End Date (if available): 12/2022

   Total Award Amount (including Indirect Costs): $191,645

   Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

   | Year | Person-months per year committed |
   |------|----------------------------------|
   | 2021 | 0.5 |
   | 2022 | 0.5 |

   Overall Objectives: Using NASA data, design, test, and propagate research tested lecture demos and lab activities about Heliophysics to Two-Year College Faculty.

   Statement of Potential Overlap: There is potential collaboration between the NASA Heliophysics TYC participants and the proposed STEP UP and URC projects.

2. Project/Proposal Title: AAPT/AIP Master Instructional Leader Fellowship – Underrepresented Teachers of Physics (UToP)

   Proposal/Award Number (if available):

   Source of Support: American Institute of Physics

   Primary Place of Performance: American Association of Physics Teachers

   Project/Proposal Support Start Date (if available): 01/2020

   Project/Proposal Support End Date (if available): 12/2022

   Total Award Amount (including Indirect Costs): $153,160

   Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

CPS-1 of 3

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature
                                                                              2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

| Year | Person-months per year committed |
|------|----------------------------------|
| 2020 | 1 |
| 2021 | 1 |
| 2022 | 1 |

Overall Objectives: - Build a community of practice for underrepresented teachers of (high school) physics.- Provide targeted professional development that meet the specific needs of participating teachers.

Statement of Potential Overlap: This project is making use of some of the output of the "Mobilizing Teachers to Increase Capacity and Broaden Women's Participation in Physics". That has afforded me some overlap in time allocations.

3. Project/Proposal Title: Collaborative Research: Get the Facts Out: Changing the Conversation around STEM Teacher Recruitment

Proposal/Award Number (if available): 1821462

Source of Support: National Science Foundation

Primary Place of Performance: American Association of Physics Teachers

Project/Proposal Support Start Date (if available): 07/2018

Project/Proposal Support End Date (if available): 06/2023

Total Award Amount (including Indirect Costs): $127,331

Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

| Year | Person-months per year committed |
|------|----------------------------------|
| 2019 | 0.5 |
| 2020 | 0.5 |
| 2021 | 0.5 |
| 2022 | 0.5 |
| 2023 | 0.5 |

Overall Objectives: -bring together the large STEM professional societies (APS, ACS, AAPT) to address the problem of the lack of undergraduate STEM majors pursuing a career in K12 teaching.-research the barriers for undergraduate STEM majors to consider K12 teaching as a career.-develop tools that undergraduate advisors and STEM departments can use to educate their students about the K12 teaching profession-disseminate the developed tools, and serve as a

CPS-2 of 3

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature                     2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

national resource for anyone who is interested in becoming a STEM teacher.

Statement of Potential Overlap: There is no overlap of time or resources with this grant.

## PROJECT/PROPOSAL PENDING SUPPORT

1. Project/Proposal Title: Collaborative Research: Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Actions

   Proposal/Award Number (if available):

   Source of Support: National Science Foundation

   Primary Place of Performance: American Association of Physics Teachers

   Project/Proposal Support Start Date (if available): 08/2023

   Project/Proposal Support End Date (if available): 07/2027

   Total Award Amount (including Indirect Costs): $249,996

   Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project:

   | Year | Person-months per year committed |
   |------|----------------------------------|
   | 2023 | 2 |
   | 2024 | 2 |
   | 2025 | 2 |
   | 2026 | 2 |
   | 2027 | 2 |

   Overall Objectives: project provides research-based professional learning opportunities to teachers (>750) that will impact the physics learning opportunities and environment for thousands of students. These efforts will help to engage and inspire students, particularly women and MRE, to persist in learning physics and pursue physics-related careers. Building on the outcomes of the previous STEP UP project we will investigate the effects of the STEP UP Everyday Actions and then develop associated PD.

   Statement of Potential Overlap: None

CPS-3 of 3

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature          2300609

Submitted/PI: Zahra Hazari /Proposal No: 2300607

Table 1

| 1 | Your Name: | Your Organizational Affiliation(s), last 12 mo | Last Active Date |
|---|---|---|---|
|  | Hazari, Zahra | Florida International University |  |

Table 2

| 2 | Name: | Type of Relationship | Optional  (email, Department) | Last Active Date |
|---|---|---|---|---|
| R | Potvin, Geoffrey | Family |  |  |

Table 3

| 3 | Advisor/Advisee Name: | Organizational Affiliation | Optional  (email, Department) |
|---|---|---|---|
| G | Hodson, Derek | University of Toronto |  |
| T | Cohen, Susie | Florida International University |  |
| T | Cribbs, Jennifer | Western Kentucky University |  |
| T | Giles, Inglise | Florida International University |  |
| T | Mahadeo, Jonathan | Florida International University |  |
| T | Pelaez, Bronwen | Florida International University |  |
| T | Scott, Tyler | Northwestern College |  |
| T | Taylor, Joinee | Florida International University |  |
| T | Wade, Carol | SUNY Brockport |  |
| T | Watson, Charity | Clemson University |  |

Table 4

| 4 | Name: | Organizational Affiliation | Optional  (email, Department) | Last Active Date |
|---|---|---|---|---|
| C | Anderson, Emily | Florida International University |  |  |
| A | Aycock, Lauren | Department of Energy |  |  |
| A | Benabentos, Rocio | Florida International University |  |  |
| A | Brewe, Eric | Florida International University |  |  |
| A | Cass, Cheryl A.P. | SAS Analytics Software & Solutions |  |  |
| A | Cassone, Vincent | University of Kentucky |  |  |
| A | Chari, Deepa | Florida International University |  |  |
| C | Christensen, Ken | Florida International University |  |  |
| A | Cian, Heidi | Florida International University |  |  |
| A | Clancy, Kathryn | University of Illinois at Urbana-Champaign |  |  |
| A | Cohen, Susie | Trinity International University |  |  |
| C | Cook, Nicole | Florida International University |  |  |

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

| A | Cribbs, Jennifer | Oklahoma State University | | |
|---|---|---|---|---|
| C | Cunningham, Beth | American Association of Physics Teachers | | |
| A | Dabney, Kate | Virginia Commonwealth University | | |
| A | Daubenmire, Patrick | Loyola University | | |
| A | Dou, Remy | Florida International University | | |
| A | Farhangi, Sanaz | Florida International University | | |
| C | Fernandez, Maria | Florida International University | | |
| C | Fracchiolla, Claudia | American Physical Society | | |
| C | Georgiopoulis, Michael | University of Central Florida | | |
| A | Godwin, Allison | Purdue University | | |
| A | Goertzen, Renee Michelle | American Physical Society | | |
| C | Hannum, Mark | American Association of Physics Teachers | | |
| A | Hodapp, Theodore | American Physical Society | | |
| C | Hughes, Roxanne | National High Magnetic Field Laboratory | | |
| A | Indorf, Jane | University of Miami | | |
| C | Khatri, Raina | Florida International University | | |
| A | Klotz, Leidy | University of Virginia | | |
| C | Kornahrens, Anne | American Physical Society | | |
| A | Kornreich-Leshem, Hagit | Florida International University | | |
| C | Kramer, Laird | Florida International University | | |
| C | Lock, Robynne | Texas A&M University Commerce | | |
| A | Lunn, Stephanie | Florida International University | | |
| A | Marstellar, Pat | Emory University | | |
| A | Moshfeghyeganeh, Saeed | Florida International University | | |
| A | Murasko, Donna | Drexel University | | |
| C | Nisbet-Gonzalez, Leslie | Florida International University | | |
| C | Plisch, Monica | American Physical Society | | |
| C | Potvin, Geoff | Florida International University | | |
| A | Ross, Monique | Florida International University | | |
| C | Sabouri, Pooneh | Florida International University | | |
| C | Sadler, Philip M. | Harvard Smithsonian Center for Astrophysics | | |
| A | Shealy, Tripp | Virginia Tech University | | |
| A | Stanford, Jennifer | Drexel University | | |
| C | Sonnert, Gerhard | Harvard Smithsonian Center for Astrophysics | | |
| A | Tassell, Janet | Western Kentucky University | | |
| C | Thamotharan, Vishodana | National Louis University | | |
| A | Thompson, Katerina | University of Maryland | | |

2300607

| A | Wang, Jianlan | Texas Tech University | | |
|---|---|---|---|---|
| C | Weiss, Mark | Florida International University | | |

**Table 5**

| 5 | Name: | Organizational Affiliation | Journal/Collection | Last Active Date |
|---|---|---|---|---|
| B | Angela Calabrese Barton | University of Michigan | American Educational Research Journal | |
| E | Felicia Moore Mensah | Columbia University | Journal of Research in Science Teaching | |
| E | Troy Sadler | University of North Carolina Chapel Hill | Journal of Research in Science Teaching | |

Submitted/PI: Zahra Hazari /Proposal No: 2300607

Table 1

| 1 | Your Name: | Your Organizational Affiliation(s), last 12 mo | Last Active Date |
|---|---|---|---|
| | Sabouri, Pooneh | Florida International University | |

Table 2

| 2 | Name: | Type of Relationship | Optional  (email, Department) | Last Active Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Table 3

| 3 | Advisor/Advisee Name: | Organizational Affiliation | Optional  (email, Department) |
|---|---|---|---|
| G | Kirch, Susan | New York University | |
| G | Ma, Jasmine | New York University | |
| G | Stetsenko, Anna | City University of New York | |

Table 4

| 4 | Name: | Organizational Affiliation | Optional  (email, Department) | Last Active Date |
|---|---|---|---|---|
| A | Hazari, Zahra | Florida International University | | |
| A | Khatri, Raina | Florida International University | | |
| A | Kapila, Vikram | New York University | | |
| A | Gosh, Shramana | Vanderbilt University Medical Center | | |
| A | Malik, Abhidipta | New York University | | |
| C | Kirch, Susan | New York University | | |
| C | Zhang, Molly | New York University | | |
| A | Ellis, Amy B | University of Georgia | | |
| A | Ozgur, Zekiye | University of Wisconsin | | |
| A | Vinsonhaler, Rebecca | University of Wisconsin | | |
| A | Dogan, Mohammad Fatih | Adiyaman University | | |
| A | Carolan, Tracy | University of Wisconsin | | |
| A | Lockwood, Elise | Oregan State University | | |
| A | Lynch, Alison | California State University | | |
| A | Eric, Knuth | University of Texas at Austin | | |
| A | Zaslvasky, Orit | New York University | | |
| C | Potvin, Geoff | Florida International University | | |

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

| | | | | |
|---|---|---|---|---|
| C | Hannum, Mark | American Association of Physics Teachers | | |
| C | Hodapp, Theodore | American Physics Society | | |
| C | Kornahrens, Anne | American Physics Society | | |
| C | Kramer, Laird | Florida International University | | |
| C | Lock, Robynne | Texas A&M University Commerce | | |
| A | Dreyfuss, Bree Barnett | Amador Valley High School | | |

Table 5

| 5 | Name: | Organizational Affiliation | Journal/Collection | Last Active Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

Table 1

| 1 | Your Name: | Your Organizational Affiliation(s), last 12 mo | Last Active Date |
|---|---|---|---|
|  | Potvin, Geoffrey | Florida International University |  |

Table 2

| 2 | Name: | Type of Relationship | Optional  (email, Department) | Last Active Date |
|---|---|---|---|---|
| R | Hazari, Zahra S | Family |  |  |

Table 3

| 3 | Advisor/Advisee Name: | Organizational Affiliation | Optional  (email, Department) |
|---|---|---|---|
| G | Peet, Amanda | University of Toronto |  |
| T | Doyle, Jackie D | Harvard-Smithsonian Center for Astrophysics |  |
| T | Gallagher, Eliza | Clemson University |  |
| T | Godwin, Allison | Purdue University |  |
| T | Porter, Christopher | Clemson University |  |
| T | Rodriguez, Miguel | Florida International University |  |

Table 4

| 4 | Name: | Organizational Affiliation | Optional  (email, Department) | Last Active Date |
|---|---|---|---|---|
| A | Almarode , John | University of Virginia |  |  |
| C | Beckford , Brian | University of Michigan |  |  |
| C | Benson , Lisa | Clemson University |  |  |
| A | Brewe , Eric | Florida International University |  |  |
| C | Brookes , David | California State University Chico |  |  |
| C | Clarke , Peter | Florida International University |  |  |
| A | Cribbs , Jennifer | Oklahoma State University |  |  |
| C | Crowl , Todd | Florida International University |  |  |
| C | Davis , Debra | Florida International University |  |  |
| C | Edward , Julian | Florida International University |  |  |
| C | Fernandez , Maria | Florida International University |  |  |
| C | Furton , Kenneth | Florida International University |  |  |
| A | Godwin , Allison | Purdue University |  |  |
| C | Goertzen , Renee Michelle | American Physical Society |  |  |
| A | Hazari , Zahra | Florida International University |  |  |
| A | Hodapp , Ted | American Physical Society |  |  |

Submitted/PI: Zahra Hazari /Proposal No: 2300607

| A | Kirn , Adam | University of Nevada  Reno | | |
|---|---|---|---|---|
| A | Klotz , Leidy | Clemson University | | |
| A | Kornreich-Leshem , Hagit | Florida International University | | |
| A | Lock , Robynne | TAMU-Commerce | | |
| A | Lung , Florin | Mississippi State University | | |
| C | Maltese , Adam | Indiana University | | |
| C | Mardis , Kristy | Chicago State University | | |
| A | Rodriguez , Idaykis | Florida International University | | |
| C | Sabella , Mel | Chicago State University | | |
| A | Sadler , Philip | Harvard Smithsonian Center for Astrophysics | | |
| C | Scherr , Rachel | Seattle Pacific University | | |
| A | Scott , Tyler | Northwestern College of Iowa | | |
| A | Shealy , Tripp | Virginia Tech | | |
| C | Sonnert , Gerhard | Harvard Smithsonian Center for Astrophysics | | |
| A | Tai , Robert | University of Virginia | | |
| C | Teutonico , Rita | Florida International University | | |
| C | Thamotharan , Vishodana | Florida International University | | |
| C | Underwood , Sonia | Florida International University | | |
| A | Valdes-Vasquez , Rodolfo | Colorado State University | | |
| C | Weiss , Mark | Florida International University | | |
| C | Wells , Leanne | Florida International University | | |
| C | Zwickl , Ben | Rochester Institute of Technology | | |
| C | Milani, Masoud | Florida International University | | |
| C | Mishra, Tanya | Florida International University | | |
| C | Mourad, Teresa | Ecological Society of America | | |
| C | Murasko, Donna | Drexel University | | |
| C | Murnane, Margaret | University of Colorado Boulder | | |
| C | Nisbet, Leslie | Florida International University | | |
| C | Nyaema, Mary | Florida International University | | |
| C | Oehm, Nicholas | Florida International University | | |
| C | Pissinou, Niki | Florida International University | | |
| C | Potvin, Geoff | Florida International University | | |
| C | Pullin, Michael | Broward College | | |
| C | Raue, Brian | Florida International University | | |
| C | Rhodes, Olin | University of Georgia | | |
| C | Rodriguez, Idaykis | Florida International University | | |
| C | Ross, Monique | Florida International University | | |

Submitted/PI: Zahra Hazari /Proposal No: 2300607

| C | Sawtelle, Vashti | Michigan State University | | |
|---|---|---|---|---|
| C | Simpson, Caroline | Florida International University | | |
| C | Stanford, Jennifer | Drexel University | | |
| C | Talbot, Robert | University of Colorado Denver | | |
| C | Teutonico, Rita | Florida International University | | |
| C | Thamotharan, Vishodana | Florida International University | | |
| C | Thompson, Katerina | University of Maryland | | |
| C | Traxler, Adrienne | Wright State University | | |
| C | Valdes, Janie | Florida International University | | |
| C | Vieyra, Rebecca | American Association of Physics Teachers | | |
| C | Watson, Charity | Florida International University | | |
| C | Weiss, Mark Allen | Florida International University | | |
| C | Wells, Leanne | Florida International University | | |

**Table 5**

| 5 | Name: | Organizational Affiliation | Journal/Collection | Last Active Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Submitted/PI: Zahra Hazari /Proposal No: 2300607

Table 1

| 1 | Your Name: | Your Organizational Affiliation(s), last 12 mo | Last Active Date |
|---|---|---|---|
|  | Holland Banse | University of Alabama | 12/31/21 |
|  | Holland Banse | University of Denver (freelance) | 08/30/21 |
|  | Holland Banse | Magnolia Consulting, LLC | 01/02/22 |

Table 2

| 2 | Name: | Type of Relationship | Optional  (email, Department) | Last Active Date |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Table 3

| 3 | Advisor/Advisee Name: | Organizational Affiliation | Optional  (email, Department) |
|---|---|---|---|
| G | Natalia A. Palacios | University of Virginia | School of Education and Human Development |
| G | Sara E. Rimm-Kaufman | University of Virginia | School of Education and Human Development |
| G | Nancy Deutsch | University of Virginia | School of Education and Human Development |
| G | Amanda Kibler | University of Virginia | School of Education and Human Development |

Table 4

| 4 | Name: | Organizational Affiliation | Optional  (email, Department) | Last Active Date |
|---|---|---|---|---|
| A | Maria Hernandez-Reif | University of Alabama | College of Human Environmental Sciences | 12/31/21 |
| A | April Kendrick | University of Alabama | College of Human Environmental Sciences | 12/31/21 |
| C | Douglas Clements | University of Denver | Marsico Institute of Early Literacy and Learning | 11/15/21 |
| C | Julie Sarama | University of Denver | Marsico Institute of Early Literacy and Learning | 11/15/21 |
| C | Crystal Day-Hess | University of Denver | Marsico Institute of Early Literacy and Learning | 11/15/21 |

Table 5

| 5 | Name: | Organizational Affiliation | Journal/Collection | Last Active Date |
|---|---|---|---|---|
| B | Mary Heller | University of Hawaii | Journal of Educational Research | 12/31/21 |
| E | Gino D'Oca | University of York | SN Social Sciences | 02/15/21 |
| B | Susan Donsky | NAEYC | Young Children | 11/15/21 |

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

Table 1

| 1 | Your Name: | Your Organizational Affiliation(s), last 12 mo | Last Active Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Table 2

| 2 | Name: | Type of Relationship | Optional  (email, Department) | Last Active Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Table 3

| 3 | Advisor/Advisee Name: | Organizational Affiliation | Optional  (email, Department) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Table 4

| 4 | Name: | Organizational Affiliation | Optional  (email, Department) | Last Active Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Table 5

| 5 | Name: | Organizational Affiliation | Journal/Collection | Last Active Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

Table 1

| 1 | Your Name: | Your Organizational Affiliation(s), last 12 mo | Last Active Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Table 2

| 2 | Name: | Type of Relationship | Optional  (email, Department) | Last Active Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Table 3

| 3 | Advisor/Advisee Name: | Organizational Affiliation | Optional  (email, Department) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Table 4

| 4 | Name: | Organizational Affiliation | Optional  (email, Department) | Last Active Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Table 5

| 5 | Name: | Organizational Affiliation | Journal/Collection | Last Active Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

2300608

Submitted/PI: Claudia E Fracchiolla /Proposal No: 2300608

Table 1

| 1 | Your Name: | Your Organizational Affiliation(s), last 12 mo | Last Active Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Table 2

| 2 | Name: | Type of Relationship | Optional  (email, Department) | Last Active Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Table 3

| 3 | Advisor/Advisee Name: | Organizational Affiliation | Optional  (email, Department) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Table 4

| 4 | Name: | Organizational Affiliation | Optional  (email, Department) | Last Active Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

Table 5

| 5 | Name: | Organizational Affiliation | Journal/Collection | Last Active Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

2300608

Submitted/PI: Beth Cunningham /Proposal No: 2300609

**Table 1**

| 1 | Your Name: | Your Organizational Affiliation(s), last 12 mo | Last Active Date |
|---|---|---|---|
| | Cunningham, Beth A. | American Association of Physics Teachers | |

**Table 2**

| 2 | Name: | Type of Relationship | Optional  (email, Department) | Last Active Date |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**Table 3**

| 3 | Advisor/Advisee Name: | Organizational Affiliation | Optional  (email, Department) |
|---|---|---|---|
| G | Lis, Leonard | None | |
| G | Doane, William | Kent  State University | |

**Table 4**

| 4 | Name: | Organizational Affiliation | Optional  (email, Department) | Last Active Date |
|---|---|---|---|---|
| C | Yennello, Sherry | Texas A&M University | | |
| A | Cox, Anne | Eckerd University | | |
| C | Seestrom, Susan | Los Alamos National Laboratory | | |
| C | Lalanne, Elaine | Fibertek, Inc | | |
| A | Whitten, Barbara | Colorado College | | |
| A | Ramos, Idalia | University of Puerto Rico, Humacao | | |
| A | Blaha, Cynthia | Carleton College | | |
| C | Hunter, Anne-Barie | University of Colorado Boulder | | |
| C | Mason, Bruce | University of Oklahoma | | |
| C | Hodapp, Theodore | American Physical Society | | |
| C | Plisch, Monica | American Physical Society | | |
| C | Goertzen, Renee Michelle | American Physical Society | | |
| C | Sparks Woodle, Kathryne | American Physical Society | | |
| C | Mader, Catherine | Hope College | | |
| C | McKagan, Sam | American Association of Physics Teachers | | |
| C | Madsen, Adrian | American Association of Physics Teachers | | |

**Page 145 of 172**

| | | | | |
|---|---|---|---|---|
| C | Hilborn, Robert | American Association of Physics Teachers | | |
| C | Vieyra, Rebecca | Organization of American States | | |
| C | Spalding, Gabriel | Illinois Wesleyan University | | |
| C | McCann, Lowell | University of Wisconsin River Falls | | |
| C | George, Elizabeth | Wittenberg University | | |
| C | Carter, Ashley | Amherst College | | |
| C | Emery, Crystal | URU The Right To Be, Inc. | | |
| C | Hazari, Zahra | Florida International University | | |
| C | Kramer, Laird | Florida International University | | |
| C | Potvin, Geoff | Florida International University | | |
| C | Khatri, Raina | Florida International University | | |
| C | Lock, Robynne | Texas A&M University-Commerce | | |
| C | Caldwell, Cindy | WestEd | | |
| C | Estacion, Angela | WestEd | | |
| C | McCrary, Joseph | WestEd | | |
| C | Ivie, Rachel | American Institute of Physics | | |
| C | Merner, Laura | American Institute of Physics | | |
| C | Modeste Knowles, Arlene | American Institute of Physics | | |
| C | Conrad, Brad | American Institute of Physics | | |
| C | Mulvey, Patrick | American Institute of Physics | | |
| C | Coble, Kimberly | San Francisco State University | | |
| C | Burciaga, Juan | Colorado College | | |
| C | Knezek, Pat | National Optical Astronomy Observatory | | |
| C | Marasco, David | Foothill College | | |
| C | Gueye, Paul | Michigan State University | | |
| C | Ruedi, Elizabeth | American Assocation for the Advancment of Science | | |
| C | Malcom, Shirley | American Assocation for the Advancment of Science | | |
| C | Feder, Michael | American Assocation for the Advancment of Science | | |
| C | Williams, Billy | American Geophysical Union | | |
| C | Dekens, Petra | San Francisco State University | | |
| C | Hammer, Donna | University of Maryland | | |
| C | Sayer, Eleanor | Kansas State University | | |
| A | Singh, Chandralekha | University of Pittsburgh | | |
| A | Cochran, Geraldine | Rutgers University | | |

Submitted/PI: Beth Cunningham /Proposal No: 2300609

| C | Ambose, Elizabeth | Council on Undergraduate Research | | |
|---|---|---|---|---|
| C | Malachowski, Mitch | University of San Diego | | |
| C | Karukstis, Kerry | Harvey Mudd College | | |
| C | Osborn, Jeffrey | The College of New Jersey | | |
| C | Kinzie, Jillian | Indian University | | |
| C | Jackson, Michael | Millersville University | | |
| A | Bauerle, Cynthia | James Madison University | | |
| A | Gusky, Sharon | Northwestern Connecticut Community College | | |
| A | Bailey, Janelle | Temple University | | |
| A | Mogge, Mary | California State Polytechnic University-Pomona | | |
| A | Bogdan, Abigail | Seton Hill University | | |
| A | Campbell, Nicole | University of Michigan | | |
| A | Chessey, Mary | University of California-Davis | | |
| A | Esquivel, Jessica | Syracuse University | | |
| A | Gladstone, Laura | MIT | | |
| A | Gosnell, Natalie | Colorado College | | |
| A | Guruswamy, Sathya | University of California-Santa Barbara | | |
| A | Hallinen, Kelsey | University of Michigan | | |
| A | Harris, Candice | Florida A&M University | | |
| A | Johnson, Angela | St. Mary's College of Maryland | | |
| A | Johnson, Jolene | St. Catherine's University | | |
| A | Jones, Christine | Smithsonian Astrophysical Observatory | | |
| A | Jorgenson, Regina | Maria Mitchell Association | | |
| A | McNeese, Marta | Spelman College | | |
| A | Presley, Tennille | Winston Salem State University | | |
| A | Quist, Nicole | Oregon State University | | |
| A | Richardson, Arlisa | Maricopa Community College | | |
| A | Seidel, Sally | University of New Mexico | | |
| A | Bjorquist, Robin | Cornell University | | |
| A | McCullough, Laura | University of Wisconsin Stout | | |

**Table 5**

| 5 | Name: | Organizational Affiliation | Journal/Collection | Last Active Date |
|---|---|---|---|---|
| B | White, Gary | George Washington University | The Physics Teacher | |
| B | Parks, Beth | Colgate University | American Journal of Physics | |
| B | Belloni, Marioi | Davidson College | American Journal of Physics | |

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature
2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

**Table 1**

| 1 | Your Name: | Your Organizational Affiliation(s), last 12 mo | Last Active Date |
|---|---|---|---|
| | Hannum, Mark | American Association of Physics Teachers | 07/01/19 |
| | | Thomas Jefferson High School for Science and Technology | 08/01/10 |

**Table 2**

| 2 | Name: | Type of Relationship | Optional (email, Department) | Last Active Date |
|---|---|---|---|---|
| R | None | | | |

**Table 3**

| 3 | Advisor/Advisee Name: | Organizational Affiliation | Optional (email, Department) |
|---|---|---|---|
| G | So, Paul | George Mason University | Physics and Astronomy |
| G | Barreto, Ernest | George Mason University | Physics and Astronomy |
| T | None | | |

**Table 4**

| 4 | Name: | Organizational Affiliation | Optional (email, Department) | Last Active Date |
|---|---|---|---|---|
| C | Adams, Wendy | Colorado School of Mines | | |
| C | Ambrose, Brad | Grand Valley State University | | |
| C | Chambers, Terri | American Chemical Society | | |
| C | Cid, Ximena | California State University - Dominguez Hills | | |
| C | Cunningham, Beth | American Association of Physics Teachers | | |
| C | Dell, John | Thomas Jefferson High School for Science and Technology | | |
| C | Donelan, Darsa | Gustavus Adolphus College | | |
| C | Hall, Caroline | American Association of Physics Teachers | | |
| C | Hazari, Zahra | Florida International University | | |
| C | Hilborn, Robert | American Association of Physics Teachers | | |
| C | Hodapp, Theodore | American Physical Society | | |
| C | Isola, Drew | American Association of Physics Teachers | | |
| C | Kuo, Hsiapo | Colorado School of Mines | | |
| C | Lopez, Ramon | University Texas - Austin | | |
| C | Magee-Sauer, Karen | Rowan University | | |
| C | May, David | American Physical Society | | |

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature

2300609

Submitted/PI: Beth Cunningham /Proposal No: 2300609

| | | | | |
|---|---|---|---|---|
| C | Merrell, Duane | Brigham Young University | | |
| C | Plisch, Monica | American Physical Society | | |
| C | Potvin, Geoff | Florida International University | | |
| C | Singh, Chandralekha | University of Pittsburgh | | |
| C | Stewart, Gay | University of West Virginia | | |
| C | Vieyra, Rebecca | Phet | | |
| C | Willoughby, Shannon | Montana State University | | |
| C | Kiera Peltz | The Coding School & Qubit x Qubit | | |
| C | Rachel Zuckerman | The Coding School & Qubit x Qubit | | |
| C | | | | |
| C | | | | |
| C | | | | |
| C | | | | |

Table 5

| 5 | Name: | Organizational Affiliation | Journal/Collection | Last Active Date |
|---|---|---|---|---|
| B | White, Gary | George Washington University | The Physics Teacher | |
| E | | | | |

Submitted/PI: Zahra Hazari /Proposal No: 2300607

## Data Management Plan

**Roles and Responsibilities:** The Principal Investigator will be responsible for implementing the data management plan and ensuring IRB compliance. Adherence to data management plans will be discussed at project meetings and with university IRB personnel.

**1. Expected Data:** Qualitative data from interviews/observations will be collected in the form of field notes, audio/video recordings, and transcriptions which will be stored and analyzed electronically on research team members' password protected computers and an FIU encrypted server. Quantitative data will be collected in the form of paper/online surveys, and data will be digitized, stored, and analyzed electronically on research team members' password protected computers and an FIU encrypted server. Hand written field notes and paper surveys will be stored in locked filing cabinets accessible only to research team members within a locked/secure office space. Data designated for public access and long-term sharing will be selected within the confines of IRB requirements of all partners.

**2. Data Formats and Metadata:** Interview/observation data will be stored as text documents (txt, docx) and audio/video files (mp3, mp4). Survey data will be transferred to plain text (csv) and/or native R data format (rda) for analysis. Metadata that summarizes data and findings will be shared in annual reports and products while remaining subject to IRB limitations.

**3. Data Access and Sharing:** IRB approved project personnel will provide direct upload access to a secure FIU server (password-protected and encrypted) in order for participating teachers to directly upload videos and artifacts, after which they will delete the original files. In addition, survey data will also be stored on this encrypted server. Only IRB approved project personnel will have access to the data on the server.

**4. Data Dissemination:** While ensuring protection of privacy and confidentiality through anonymized reporting, the research personnel plan to present data in academic venues including workshops, publications, and at professional conference events. Professional learning artifacts and resources developed will be disseminated to teaching professionals. Subject to IRB limitations, data will be made accessible to the public by email request after appropriate anonymization of electronic files, following a 5 year period at the close of the project.

**5. Data Retention and Preservation of Access:** Data will remain accessible to IRB approved research personnel for 5 years following the conclusion of the project to facilitate dissemination of research results. Data will be archived for a period of 5 years following release of publicly accessible data – subject to compliance with the IRB protocol. All data transcribed/converted to electronic format will be stored for 5 years following the conclusion of the award period. Following this phase, data will be archived at FIU using a secure server. Data will be made available to the public upon request by email in a manner that ensures dissemination does not conflict with IRB standards. All information submitted in annual reports will also be made available upon request.

Submitted/PI: Zahra Hazari /Proposal No: 2300607

## FIU Postdoctoral Scholar Mentoring Plan

The postdoctoral scholar will be housed at Florida International University, under the direction of Dr. Zahra Hazari, who is a faculty member in the Department of Teaching & Learning and the STEM Transformation Institute. The postdoctoral scholar will interact daily with the project team. The elements that follow outline the critical components of the mentoring that the postdoctoral scholar will receive:

- Orientation: The postdoctoral scholar will have in-depth discussions with Dr. Hazari to establish mutual expectations. This will include preparing the scholar for responsible conduct in research, human subjects research, qualitative and quantitative data collection/analysis, opportunities for mentoring graduate and undergraduate students, and working towards the scholar's career goals in cohesion with the project goals.
- Career Counseling/Advising: The postdoctoral scholar will be advised on the types of positions available beyond a postdoc and the nature of those positions. Based on the interest of the postdoctoral scholar, they will be supported towards their specific career goals (e.g. CV preparation, networking, publications, national service opportunities).
- Grant Proposal Writing: The postdoctoral researcher will participate in grant development as part of their postdoctoral experience. They will be specifically trained in all the required components, including designing the research proposal, constructing a budget, interacting with a sponsored programs office, and navigating online submission portals (e.g. research.gov).
- Publications and Presentations: Travel funding will be allotted for the postdoctoral scholar every year for attending and presenting project results at conferences. They will have the opportunity to present to the project team and within FIU to help refine communication skills as well as increase the potential impact of the research. They will also be mentored in choosing appropriate publication venues for the research and developing appropriate content, length, and style manuscripts for those venues.
- Mentoring/Teaching Skills: Together with the PI, the postdoctoral scholar will interact on a regular basis with the graduate and undergraduate students in the group. After discussing appropriate mentoring procedures and the individual needs of the students in the group, the postdoctoral scholar will be given the opportunity to mentor students in the research process. As available, they will also be given the opportunity to guest teach classes, give project- related seminars and workshops, etc.
- Ethical Practice: The postdoctoral scholar will not only complete human-subjects training but will also be mentored in appropriate practices when interviewing/observing participants, surveying participants, managing data, protecting the rights of participants, etc. They will also be given the opportunity to develop an IRB protocol.
- Interdisciplinary/Diverse Networking: At FIU, the postdoctoral scholar will have the opportunity to interact with individuals from diverse backgrounds working on equity issues. They will be a member of FIU's STEM Transformation Institute which brings together faculty, postdoctoral researchers, and students from STEM education and STEM disciplines. As part of the project, they will also have opportunities to network at the national level through APS and AAPT.
- Success of the Mentoring Plan: Successful mentoring will be established through annual review/progress meetings to ensure that mentor is supporting the postdoctoral scholar effectively towards their research/career goals.

## Project Personnel

1. Zahra Hazari; Florida International University; PI
2. Geoff Potvin; Florida International University; Co-PI
3. Pooneh Sabouri; Florida International University; Co-PI
4. Claudia Fracchiolla; American Physical Society; PI
5. Nicole Schrode; American Physical Society; Co-PI
6. Annelise Roti Roti; American Physical Society; Co-PI
7. Beth Cunningham; American Association of Physics Teachers; PI
8. Mark Hannum; American Association of Physics Teachers; Co-PI
9. Bree Barnett-Dreyfuss; American Association of Physics Teachers; Consultant
10. Holland Banse; Magnolia Consulting; External Evaluator
11. Heidi Carlone; Vanderbilt University; Advisory Board
12. Catherine Garland; Community College of Vermont; Advisory Board
13. Natasha Holmes; Cornell University; Advisory Board
14. Felicia Moore Mensah; Columbia University; Advisory Board
15. Terrell Morton; University of Illinois Chicago; Advisory Board
16. Jeremy Secaur; Elyria Highschool; Advisory Board
17. Megan Shaughnessy; Boston University; Advisory Board
18. Stamatis Vokos; California Polytechnic State University; Advisory Board
19. Savannah Lodge-Scharff; Massachusetts Computer Using Educators; Teacher Leader
20. John Metzler; Glenbard West High School; Teacher Leader
21. Praisy Poluan; Edison High School; Teacher Leader
22. Shane Wood; Mounds View Public School; Teacher Leader

Submitted/PI: Zahra Hazari /Proposal No: 2300607



Dear NSF Proposal Review Committee:                                September 2, 2022

If the proposal submitted by Dr. Zahra Hazari entitled "Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Actions" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the  Project Description or the Facilities, Equipment and Other Resources section of the proposal.


Sincerely,

Heidi B. Carlone, Ph.D.
Professor, Department of Teaching and Learning
Katherine Johnson Chair of Science Education
Peabody College of Education and Human Development
Email: heidi.carlone@vanderbilt.edu

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607



Dr. Catherine Garland
*Coordinator of Teaching & Learning*
Community College of Vermont
41 Harmony Place
Brattleboro, VT 05301
⊠catherine.garland@ccv.edu

August 26, 2022

To whom it may concern:

If the proposal submitted by Dr. Zahra Hazari entitled "Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Actions" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the  Project Description or the Facilities, Equipment and Other Resources  section of the proposal.

Sincerely,

Catherine Garland



CCV is committed to non-discrimination in its learning and working environments for all persons. All educational and employment opportunities at CCV are offered without regard to race, creed, color, national origin, marital status, sex, sexual orientation, gender identity, veteran status, or any other category protected by law. CCV is an equal opportunity employer. Auxiliary aids and services are available upon request to individuals with disabilities.

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607



**Cornell University**

Laboratory of Atomic and Solid State Physics
Department of Physics, Cornell University
142 Sciences Drive, Ithaca, NY 14853

To Whom It May Concern:                                    25 August 2022

If the proposal submitted by Dr. Zahra Hazari entitled "Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Actions" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal.

Sincerely,

Natasha G. Holmes | Ann S. Bowers Assistant Professor
ngholmes@cornell.edu | cder.as.cornell.edu | 607-255-1783
Laboratory of Atomic & Solid State Physics | Department of Physics | Cornell University
406 Physical Sciences Building | 245 East Ave | Ithaca, NY | 14853

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607



DEPARTMENT OF MATHEMATICS, SCIENCE & TECHNOLOGY
OFFICE OF THE CHAIR

August 30, 2022

Dear Program Officers:

If the proposal submitted by Dr. Zahra Hazari entitled "Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures Through Everday Actions" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal.

Sincerely,

Felicia Moore Mensah
Professor of Science Education | Chair MST Department
fm2140@tc.columbia.edu
525 W. 120th Street, Box 210s
New York, NY 10027
212.678.8316 (office voice mail)

525 W 120th Street, Box 210 New York, NY 10027 | 212.678.8316 Office | 212.678.8129 Fax

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607



September 6th, 2022

National Science Foundation
2415 Eisenhower Ave
Alexandria, VA 22314

Dear NSF Proposal Review Committee:

If the proposal submitted by Dr. Zahra Hazari entitled "Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom
Cultures through Everyday Actions" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal

Sincerely,

Terrell R. Morton, Ph.D.
Assistant Professor, Identity and Justice in STEM Education
Department of Educational Psychology
College of Education
University of Illinois Chicago
mortontr@uic.edu | @DrTRMorton | 312-996-3014
https://linktr.ee/Mortontr

Department of Educational Psychology
College of Education
1040 West Harrison Street MC 147)
Chicago, IL 60607

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

# Elyria High School

601 Middle Avenue • Elyria, Ohio  44035-5792

Main Office (440) 284-8300 • Fax (440) 323-2543



September 2, 2022


To Whom It May Concern:

If the proposal submitted by Dr. Zahra Hazari entitled "Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Actions" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal.



Jeremy D. Secaur
Physics Teacher, Elyria High School

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607

**Boston University** Wheelock College of Education
& Human Development



Meghan Shaughnessy, Assistant Professor of Mathematics Education
2 Silber Way
Boston, Massachusetts 02215
T 501-295-8824
mshaugh@bu.edu

September 1, 2022

To whom it may concern:

If the proposal submitted by Dr. Zahra Hazari entitled, "Mobilizing Physics Teachers to Promote
Inclusive and Communal Classroom Culture through Everyday Actions," is selected for funding
by the NSF, it is my intent to collaborate and/or commit resources as detailed in the Project
Description or the Facilities, Equipment and Other Resources section of the proposal.

Sincerely,

Meghan Shaughnessy, PhD

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607



Department of Physics
*College of Science and Mathematics*

Office: 805-756-2306
svokos@calpoly.edu

August 26, 2022

To Whom It May Concern:

If the proposal submitted by Dr. Zahra Hazari entitled "Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Actions" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal.

Sincerely,

Stamatis Vokos
Professor and STAR co-Director
California Polytechnic State University

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607



*August 29, 2022*

To Whom It May Concern:

If the proposal submitted by Dr. Zahra Hazari entitled "Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Actions" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal.

*Savannah Demers*
*Savannah Demers*
*Executive Director, MassCUE*

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607



# GLENBARD WEST HIGH SCHOOL

### "Pride – Tradition – Excellence"

670 Crescent Blvd, Glen Ellyn, IL 60137  ●  (630) 469 - 8600

September 6, 2022

To Whom It May Concern:

If the proposal submitted by Dr. Zahra Hazari entitled "Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Actions" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal.

John Metzler
Science, Engineering, and Technology Department Chair
Glenbard West High School
670 Crescent Blvd.
Glen Ellyn, IL 60137
(630) 942-7510

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607



**FROM THE DESK OF**
**Praisy Poluan**
**Science & AP Capstone Teacher**
**MTSS TOSA**
**ASE Director**
**ppoluan@hbuhsd.edu**

**Edison High School | 21400 Magnolia Street, Huntington Beach, CA 92646 | (714) 962-1356 x55227**

August 29, 2022

To Whom It May Concern:

If the proposal submitted by Dr. Zahra Hazari entitled "Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Actions" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal.

Sincerely,

Praisy Poluan (she/her)
Science & AP Capstone Teacher
MTSS TOSA
ASE Director
ASE Ambassadors Advisor
DEI Club Advisor
STEP UP Ambassador
Harvard/NSF PoLS-T Network Core Group
ppoluan@hbuhsd.edu
(714) 962-1356 x55227

**C is for Charger:**
**Communication, Critical Thinking, Collaboration, Creativity**

2300607

Submitted/PI: Zahra Hazari /Proposal No: 2300607



August 29, 2022


To Whom It May Concern:

If the proposal submitted by Dr. Zahra Hazari entitled "Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Actions" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal.


Shane Wood
Mounds View Public Schools Instructional Support for Secondary Science
QuarkNet National Staff

612-242-7386
shane.wood@moundsviewschools.org (Mounds View Public Schools)
swood5@nd.edu (QuarkNet)

4570 Victoria St N   |   Shoreview, Minnesota 55126

2300607

## Other Supplementary Documents

**Data Not Available**

Submitted/PI: Beth Cunningham /Proposal No: 2300609

## Other Supplementary Documents

**Data Not Available**

Submitted/PI: Zahra Hazari /Proposal No: 2300607

## List of Suggested Reviewers

**Data Not Available**

2300607

## List of Suggested Reviewers

**Data Not Available**

## List of Suggested Reviewers

**Data Not Available**

Submitted/PI: Zahra Hazari /Proposal No: 2300607

## List of Reviewers Not to Include

**Data Not Available**

## List of Reviewers Not to Include

**Data Not Available**

Submitted/PI: Beth Cunningham /Proposal No: 2300609

## List of Reviewers Not to Include

**Data Not Available**

Revised Proposal Budget Revision #1 for 2300609 Submitted On Wed Sep 06 13:45:24 EDT 2023 Electronic Signature          2300609

# EXHIBIT B





**Discovery Research PreK-12 (DRK-12)**

View guidelines

NSF 23-596

| | |
|---|---|
| ⓘ **Important information about NSF's implementation of the revised 2 CFR**<br>NSF Financial Assistance awards (grants and cooperative… | + |
| ⓘ **Important information for proposers**<br>All proposals must be submitted in accordance with the… | + |
| ⓘ **Implementation of standard 15% indirect cost rate**<br>NSF is updating its policy regarding the reimbursement of… | + |

Supports research and development to enhance STEM learning and teaching for preK-12 students.

## Synopsis

The goal of the Discovery Research PreK-12 program (DRK-12) is to catalyze research and

**Upcoming due dates**

**Full proposal**

2025

**November 12 2025** - Deadline date

development that enhances all preK-12 teachers' and students' opportunities to engage in high-quality learning experiences related to the sciences, technology, engineering, and mathematics (STEM). The program's objectives are to: (1) build knowledge about how to develop preK-12 students' and teachers' STEM content knowledge, practices, and skills; (2) support collaborative partnerships among STEM education researchers, STEM education practitioners and school leaders with the goals of extending relevant scientific literatures while developing more effective practice; and (3) build the field of STEM education by supporting knowledge synthesis, interdisciplinary interactions across fields and stakeholders, and the development of novel and robust ways of assessing teacher and student learning, engagement, and skills. Outcomes of DRK-12 projects can include but are not limited to promising, evidence-based products that can be used by others to support the success of all teachers and all students (e.g., curriculum, teaching and research tools, and models of collaboration).

The program solicits proposals along two strands: (1) Learning and (2) Teaching. While these strands certainly overlap and have synergy, proposals should identify one strand that is most consistent with the proposal's objectives and research questions (e.g., are the project's methods and outcomes focused primarily on teacher development and teaching or student development and learning?). Research project types under both Strands include exploratory,

⟳ Second Wednesday in November, Annually Thereafter
Due by 5pm submitting organization's local time

Feedback

## Program guidelines

### Award information Anticipated Funding Amount:

$50,000,000

Pending availability of funds, NSF anticipates approximately $50,000,000 will be available for the FY2024 competition.

The level of funding requested for *research* projects should align with the aims and

design and development, impact, implementation, measurement and assessment, and synthesis studies. The program also supports other project types including Partnership Development Grants and Workshops/Conferences.

Successful proposals demonstrate how they build on fundamental research in STEM education and on previous or current applied research and development efforts. They also explain their theoretical and empirical justification (e.g., Why is the project designed as it is?) and outline related specific aims and methods with potential to yield new understandings of STEM teaching and learning contexts, processes, and outcomes. The program welcomes proposals focused on teaching and learning in any STEM field(s) and on priorities identified in the National Science Foundation's strategic plan. Efforts focused on facilitating the reciprocal exchange or mobilization of knowledge between the research and preK-12 formal education professional communities are strongly encouraged (see this Dear Colleague Letter https://www.nsf.gov/pubs/2023/nsf23078/nsf23078.jsp).

scope of the proposed work, and the capacity of the interdisciplinary team to conduct the proposed project type. Proposals should provide clear justifications for the requested level of funding. Funding level ranges for research projects are as follows:

· Level I = requests up to $450,000 with a duration of up to three years;

· Level II = up to $3,000,000 with a duration of up to four years; and

· Level III = up to $5,000,000 with a duration of up to five years.

# Updates and announcements
## CADRE Supports the DRK-12 Community

August 14, 2018
❯ **View more updates**

# Program contacts

| Name | Email | Phone | Orga |
|------|-------|-------|------|
| **Inquiries can be made to** | **Email**<br>DRLDRK12@nsf.gov | **Phone**<br>(703) 292-8620 | **Orga** |

# Awards made through this program

**Browse projects funded by this program**

**Map of recent awards made through this program**

❯ **Organization(s)**

Directorate for STEM Education (EDU)

Funding levels for other project types are as follows:

· Partnership Development proposals are up to $100,000 for one year;

· Synthesis proposals are up to $600,000 and three-years duration;

· Workshop /Conference proposals are up to $200,000 and one-year duration.

**Estimated number of awards**
50 to 60 - It is anticipated that in FY 2024 the distribution of awards by funding levels will be as follows: Partnership

Division of Research on Learning in Formal and Informal Settings (EDU/DRL)

Development, about 10 awards; Level I research, about 10-12 awards; Level II research, about 20-25 awards; Level III research, about 5-7 awards, and Workshop/Conference and Synthesis, about 3-5 awards, pending availability of funds.

**Review full program guidelines and learn how to submit a proposal in the latest solicitation.**

Read the solicitation NSF 23-596

**Published:** May 25, 2023

# EXHIBIT C

# NATIONAL SCIENCE FOUNDATION

## Award Notice

**Award Number (FAIN):** 2300609
**Managing Division Abbreviation:** DRL                    **Amendment Number:** 000

### RECIPIENT INFORMATION

**Recipient (Legal Business Name):** AMERICAN ASSOCIATION OF PHYSICS TEACHERS, INCORPORATED
**Recipient Address:** 1 PHYSICS ELLIPSE FL 5 COLLEGE PARK, MD 20740-3841
**Official Recipient Email Address:** bcunningham@aapt.org
**Unique Entity Identifier (UEI):** YRLVBH8FJ9L6

### AMENDMENT INFORMATION

**Amendment Type:** New Project
**Amendment Date:** 09/07/2023
**Amendment Number:** 000
**Proposal Number:** 2300609
**Amendment Description:**

The National Science Foundation hereby awards a Standard Grant for support of the project described in the proposal referenced above.

The DRK-12 program has a resource network that is responsible for synthesizing findings across the DRK-12 portfolio, providing technical assistance to DRK-12 projects, promoting national awareness of research contributions from the DRK-12 portfolio, and building the DRK-12 community through PI and special interest meetings. All DRK-12 projects are expected to share their findings with the resource network, to participate in annual PI meetings, and other meetings of interest and to be responsive to requests for information from the resource network. If additional information is needed, contact the cognizant NSF Program Officer.

It is the grantee's responsibility to ensure that any human subjects work conducted under this award has an Institutional Review Board (IRB) approval, where required, and that such approval remains valid at all times that human subjects work is conducted under the award.  Failure to comply with this condition will result in suspension and/or termination of the award.

Funds provided for participant support may not be diverted by the awardee to other categories of expense without the prior written approval of the cognizant NSF Program Officer. Since participant support cost is not a normal account classification, the awardee organization must be able to separately identify participant support costs. It is highly recommended that separate accounts, sub-accounts, sub-task, or sub-ledgers be established to accumulate these costs. The awardee should have written policies and procedures to segregate participant support costs.

Costs of entertainment, amusement, diversion and social activities, and any costs directly associated with such activities (such as meals, lodging, rentals, transportation and gratuities) are unallowable. When certain meals are an integral and necessary part of a conference or meeting (i.e., working meals where business is transacted), grant funds may be used for such meals. Grant funds may also be used to furnish a reasonable amount of coffee or soft drinks for conference or meeting participants and attendees during coffee breaks.

No NSF funds may be spent on meals or coffee breaks for intramural meetings of an organization or any of its components, including, but not limited to, laboratories, departments and centers.

## AWARD INFORMATION

**Award Number (FAIN):** 2300609
**Award Instrument:** Standard Grant
**Award Date:** 09/07/2023
**Award Period of Performance:**   Start Date: 09/15/2023     End Date: 08/31/2027
**Project Title:** Collaborative Research: Mobilizing Physics Teachers to Promote Inclusive and Communal Classroom Cultures through Everyday Actions
**Managing Division Abbreviation:** DRL
**Research and Development Award:** Yes
**Funding Opportunity:** NSF 20-572 Discovery Research PreK-12
**Assistance Listing Number(s) and Name(s):** 47.076 Education and Human Resources (Predominant source of funding for SEFA reporting)

## FUNDING INFORMATION

**Amount Obligated by this Amendment:** $249,966
**Total Intended Award Amount:** $249,966
**Total Approved Cost Share or Matching Amount:** $0
**Total Amount Obligated to Date:** $249,966
**Expenditure Limitation:** Not Applicable

## PROJECT PERSONNEL

| **Principal Investigator:** Beth Cunningham | **Email:** bcunningham@aapt.org | **Organization:** AMERICAN ASSOCIATION OF PHYSICS TEACHERS, INCORPORATED |
| --- | --- | --- |
| **co-Principal Investigator:** Mark S Hannum | **Email:** mhannum@aapt.org | **Organization:** AMERICAN ASSOCIATION OF PHYSICS TEACHERS, INCORPORATED |

## COLLABORATIVE INFORMATION

| Proposal ID | Lead | PI Name | Organization |
| --- | --- | --- | --- |

| 2300607 | Y | | Zahra Hazari | Florida International University |
| 2300608 | N | | Claudia E Fracchiolla | The American Physical Society |
| 2300609 | N | | Beth Cunningham | American Association of Physics Teachers |

## NSF CONTACT INFORMATION

**Managing Grants Official** (Primary Contact)
**Name:** Denise M. Martin
**Email:** dmartin@nsf.gov
**Phone:** (703) 292-4808

**Awarding Official**
**Name:** Denise M. Martin
**Email:** dmartin@nsf.gov

**Managing Program Officer**
**Name:** Robert L Russell
**Email:** rlrussel@nsf.gov
**Phone:** (703) 292-2995

## GENERAL TERMS AND CONDITIONS

This is awarded pursuant to the authority of the National Science Foundation Act of 1950, as amended (42 U.S.C. 1861-75) and is subject to Research Terms and Conditions (RTCs) dated 11/12/2020, and NSF Agency Specific Requirements, dated 01/30/2023, available at https://www.nsf.gov/awards/managing/rtc.jsp.

This award is made in accordance with the provisions of NSF Solicitation: NSF 20-572 Discovery Research PreK-12.

## BUDGET

| A. Senior Personnel | |
| --- | --- |
| Senior Personnel Count | 8.00 |
| Senior Personnel Calendar Months | 10.04 |
| Senior Personnel Academic Months | 0.00 |
| Senior Personnel Summer Months | 0.00 |
| Senior Personnel Amount | $107,136 |
| **B. Other Personnel** | |
| **Post Doctoral Scholars** | |
| Post Doctoral Count | 0.00 |

| | |
|---|---|
| Post Doctoral Calendar Months | 0.00 |
| Post Doctoral Academic Months | 0.00 |
| Post Doctoral Summer Months | 0.00 |
| Post Doctoral Amount | $0 |
| **Other Professionals** | |
| Other Professionals Count | 0.00 |
| Other Professionals Calendar Months | 0.00 |
| Other Professionals Academic Months | 0.00 |
| Other Professionals Summer Months | 0.00 |
| Other Professionals Amount | $0 |
| **Graduate Students** | |
| Graduate Students Count | 0.00 |
| Graduate Students Amount | $0 |
| **Undergraduate Students** | |
| Undergraduate Students Count | 0.00 |
| Undergraduate Students Amount | $0 |
| **Secretarial - Clerical** | |
| Secretarial - Clerical Count | 6.00 |
| Secretarial - Clerical Amount | $1,500 |
| **Other** | |
| Other Count | 0.00 |
| Other Amount | $0 |
| *Total Salaries and Wages (A+B)* | $108,636 |
| **C. Fringe Benefits** | $33,677 |
| *Total Salaries, Wages, Fringe Benefits (A + B + C)* | $142,313 |
| **D. Equipment** | $0 |
| **E. Travel** | |
| Domestic | $14,800 |
| International | $0 |
| **F. Participant Support Costs** | |
| Participant Support Costs Stipends | $0 |
| Participant Support Costs Travel | $0 |
| Participant Support Costs Subsistence | $0 |
| Participant Support Costs Other | $9,600 |
| Total Number of Participants | 32.00 |
| *Total Participant Costs (F)* | $9,600 |
| **G. Other Direct Costs** | |

| | |
|---|---|
| Materials Supplies | $1,402 |
| Publication Costs | $0 |
| Consultant Services | $60,000 |
| Computer Services | $0 |
| Subawards | $0 |
| Other | $0 |
| *Total Other Direct Costs (G)* | $61,402 |
| **H. Total Direct Costs (A Through G)** | **$228,115** |
| **I. Indirect Costs\*** | **$21,851** |
| **J. Total Direct and Indirect Costs (H + I)** | $249,966 |
| **K. Fees** | $0 |
| **L. Total Amount of Request (J) OR (J + K)** | **$249,966** |
| **M. Cost Sharing Proposed Level** | $0 |

<u>\*Indirect Cost Rates</u>

| **Item Name** | **Indirect Cost Rate** |
|---|---|
| AAPT Indirect Rate | 10.0000% |

These rates are at the time of award and are based upon the budget submitted to the NSF. It does not include any out-year adjustments. The NSF will not modify awards simply to correct indirect cost rates cited in the award notice. See the Proposal & Award Policies & Procedures Guide (PAPPG) Chapter X.A.3.a. for guidance on re-budgeting authority.

# EXHIBIT D

American Association of Physics Teachers Mail - Notice from National Science Foundation



Beth Cunningham <bcunningham@aapt.org>

---

# Notice from National Science Foundation

**NSF Grants** <grants005@nsf.gov>                                Fri, Apr 25, 2025 at 11:53 AM
To: "eo@aapt.org" <eo@aapt.org>
Cc: "bcunningham@aapt.org" <bcunningham@aapt.org>

**U.S. National Science Foundation Division of Grants and Agreements**
**2415 Eisenhower Avenue**
**Alexandria, Virginia 22314**
**(703) 292-8210**

04/25/2025

Beth A. Cunningham
Chief Executive Officer
American Association of Physics Teachers
eo@aapt.org

Dear Beth A. Cunningham:

The U.S. National Science Foundation (NSF) has undertaken a review of its award portfolio. Each award was carefully and individually reviewed, and the agency has determined that termination of certain awards is necessary because they are not in alignment with current NSF priorites.

Effective immediately, the following are terminated:

| NSF Award Id |
| --- |
| 2300609 |

NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

Costs incurred as a result of this termination may be reimbursed, provided such costs would otherwise be allowable under the terms of the award and the governing cost principles. In accordance with your award terms and conditions, you have 30 days from the termination date to furnish a summary of progress under the award and an itemized accounting of allowable costs incurred prior to the termination date.

Sincerely,

Jamie H. French, Division Director
Office of Budget Finance and Award Management (BFA)
Division of Grants and Agreements (DGA)

# EXHIBIT E

## List of Suggested Reviewers or Reviewers Not To Include (optional)

**SUGGESTED REVIEWERS:**
**Not Listed**

**REVIEWERS NOT TO INCLUDE:**
**Not Listed**

The following information regarding collaborators and other affiliations (COA) must be separately provided for each individual identified as senior project personnel. The COA information must be provided through use of this COA template.

Please complete this template (e.g., Excel, Google Sheets, LibreOffice), save as .xlsx or .xls, and upload directly as a Research.gov or FastLane Collaborators and Other Affiliations single-copy document. Do not upload .pdf. Grants.gov Users: The COA information must be provided through use of the COA template and uploaded as a PDF attachment.

Please note that some information requested in prior versions of the PAPPG is no longer requested. THIS IS PURPOSEFUL AND WE NO LONGER REQUIRE THIS INFORMATION TO BE REPORTED. Certain relationships will be reported in other sections (i.e., the names of postdoctoral scholar sponsors should not be reported, however if the individual collaborated on research with their postdoctoral scholar sponsor, then they would be reported as a collaborator). The information in the tables is not required to be sorted, alphabetically or otherwise.

There are five separate categories of information which correspond to the five tables in the COA template:

COA template Table 1:
List the individual's last name, first name, middle initial, and organizational affiliation in the last 12 months.

COA template Table 2:
List names as last name, first name, middle initial, for whom a personal, family, or business relationship would otherwise preclude their service as a reviewer.

COA template Table 3:
List names as last name, first name, middle initial, and provide organizational affiliations, if known, for the following:
• The individual's Ph.D. advisors; and
• All of the individual's Ph.D. thesis advisees.

COA template Table 4:
List names as last name, first name, middle initial, and provide organizational affiliations, if known, for the following:
• Co-authors on any book, article, report, abstract or paper with collaboration in the last 48 months (publication date may be later); and
• Collaborators on projects, such as funded grants, graduate research or others in the last 48 months.

COA template Table 5:
List editorial board, editor-in chief and co-editors with whom the individual interacts.  An editor-in-chief must list the entire editorial board.
• Editorial Board: List name(s) of editor-in-chief and journal in the past 24 months; and
• Other co-Editors of journal or collections with whom the individual has directly interacted in the last 24 months.

The template has been developed to be fillable, however, the content and format requirements must not be altered by the user. This template must be saved in .xlsx or .xls format, and directly uploaded into Research.gov or FastLane as a Collaborators and Other Affiliations single-copy document. Using the .xlsx or .xls format will enable preservation of searchable text that otherwise would be lost. It is therefore imperative that this document be uploaded in .xlsx or .xls only. Uploading a document in any format other than .xlsx or .xls may delay the timely processing and review of the proposal.

This information is used to manage reviewer selection. See Exhibit II-2 for additional information on potential reviewer conflicts.

1. Note that graduate advisors are no longer required to be reported.

List names as Last Name, First Name, Middle Initial.  Additionally, provide email, organization, and department (optional) to disambiguate common names.

Fixed column widths keep this sheet one page wide; if you cut and paste text, set font size at 10pt or smaller, and abbreviate, where necessary, to make the data fit.

To insert *n* blank rows, select *n* row numbers to move down, right click, and choose Insert from the menu.

You may fill-down (crtl-D) to mark a sequence of collaborators, or copy affiliations.  Excel has arrows that enable sorting.
For "Last Active Date" and "Last Active" columns dates are optional, but will help NSF staff easily determine which information remains relevant for reviewer selection.
"Last Active Date" and "Last Active" columns may be left blank for ongoing or current affiliations.

**Table 1:** List the individual's last name, first name, middle initial, and organizational affiliation in the last 12 months.

| 1 | Your Name: | Your Organizational Affiliation(s), last | Last Active Date |
|---|---|---|---|
| | Lui, Kristine P. | Swarthmore College (visiting professor) | 01 June 2021 |
| | | | |
| | | | |
| | | | |

**Table 2:** List names as last name, first name, middle initial, for whom a personal, family, or business relationship would otherwise preclude their service as a reviewer.
**R:** Additional names for whom some relationship would otherwise preclude their service as a reviewer.

| | | | *to disambiguate common names* | |
|---|---|---|---|---|
| 2 | Name: | Type of Relationship | Optional  (email, Department) | Last Active |
| R: | | | | |
| | | | | |
| | | | | |
| | | | | |

**Table 3:** List names as last name, first name, middle initial, and provide organizational affiliations, if known, for the following.
**G:** The individual's Ph.D. advisors; and
**T:** All of the individual's Ph.D. thesis advisees.

| | | | *to disambiguate common names* |
|---|---|---|---|
| 3 | Advisor/Advisee Name: | Organizational Affiliation | Optional  (email, Department) |
| G: | Hegman, Frank | University of Alberta | Physics & Astronomy |
| T: | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Table 4:** List names as last name, first name, middle initial, and provide organizational affiliations, if known, for the following:

**A:** Co-authors on any book, article, report, abstract or paper with collaboration in the last 48 months (publication date may be later); and
**C:** Collaborators on projects, such as funded grants, graduate research or others in the last 48 months.

| | | | *to disambiguate common names* | |
|---|---|---|---|---|
| 4 | Name: | Organizational Affiliation | Optional  (email, Department) | Last Active |
| A: | Hilborn, Robert C. | American Association of Physics Teachers | | |
| A: | O'Kuma, Thomas | Lee College | | 1/1/21 |

| C: | Cunningham, Beth | American Association of Physics Teachers | | |
| C: | Blaha, Cynthia A. | Carleton College | | |
| C: | Cox, Anne J. | Eckard College | | |
| C: | Ramos, Idalia | University of Puerto Rico | | |
| C: | Whitten, Barbara L. | Colorado College | | |
| | | | | |

**Table 5:** List editorial board, editor-in chief and co-editors with whom the individual interacts. An editor-in-chief must list the entire editorial board.
**B: Editorial Board:** List name(s) of editor-in-chief and journal in the past 24 months; and
**E: Other co-Editors** of journal or collections with whom the individual has directly interacted in the last 24 months.

*to disambiguate common names*

| 5 | Name: | Organizational Affiliation | Journal/Collection | Last Active |
|---|---|---|---|---|
| B: | Alphaman4, Ann | Test University XYZ | Journal ABC | 1/1/17 |
| E: | | | | |
| | | | | |
| | | | | |
| | | | | |

Pursuant to PAPPG Chapter II.C.1.e., each PI, co-PI, and other senior project personnel identified on a proposal must provide collaborator and other affiliations information to help NSF identify appropriate reviewers.(v.4/21/2017)

Please complete this template (e.g., Excel, Google Sheets, LibreOffice), save as .xlsx or .xls, and upload directly as a Fastlane Collaborators and Other Affiliations single copy doc.
Do not upload .pdf.

There are five tables:
A: Your Name & Affiliation(s);
B: PhD Advisors/Advisees (all);
C: Collaborators;
D: Co-Editors;
E: Relationships

List names as Last Name, First Name, Middle Initial.  Additionally, provide email, organization, and department (optional) to disambiguate common names.

Fixed column widths keep this sheet one page wide; if you cut and paste text, set font size at 10pt or smaller, and abbreviate, where necessary, to make the data fit.

To insert *n* blank rows, select *n* row numbers to move down, right click, and choose Insert from the menu.
You may fill-down (ctrl-D) to mark a sequence of collaborators, or copy affiliations.  Excel has arrows that enable sorting.
"Last active" dates are optional, but will help NSF staff easily determine which information remains relevant for reviewer selection.

Table A: List your Last Name, First Name, Middle Initial, and organizational affiliation (including considered affiliation) in the last 12 months.

| A | Your Name: | Your Organizational Affiliation(s), last 12 m | Last Active Date |
|---|---|---|---|
|  | Hilborn, Robert C. | American Association of Physics Teachers |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Table B: List names as Last Name, First Name, Middle Initial, and provide organizational affiliations, if known, for the following.
G:      Your PhD Advisor(s)
T:      All your PhD Thesis Advisees
P:      Your Graduate Advisors

*to disambiguate common names*

| B | Advisor/Advisee Name: | Organizational Affiliation | Optional  (email, Department) |
|---|---|---|---|
| G: | Ramsey, Norman | Harvard University | Physics |
| T: |  |  |  |
| P: |  |  |  |
|  |  |  |  |
|  |  |  |  |

Table C: List names as Last Name, First Name, Middle Initial, and provide organizational affiliations, if known, for the following.
A:      Co-authors on any book, article, report, abstract or paper (with collaboration in last 48 months; publication date may be later).

C:      Collaborators on projects, such as funded grants, graduate research or others (in last 48 months).

*to disambiguate common names*

| C | Name: | Organizational Affiliation | Optional  (email, Department) | Last Active |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| A: | Chasteen, Stephanie | Chasteen Consulting | |
| A: | Prather, Edward | University of Arizona | |
| A: | Chatterrgoon, Rajendra | University of Colorado | |
| A: | Mestre, Jose | U. Illinois Urbana-Champaign | |
| A: | Svidzinsky, Anatoly | Texas A&M University | |
| C: | Roos, Kelly | Bradley University | |
| C: | Caballero, Marcus D. | Michigan State University | |
| C: | Lopez del Puerto, Marie | St. Thomas University | |
| C: | Engelhardt, Larry | Francis Marion University | |
| C: | Turley, Steven | Brigham Young University | |
| C: | Hodapp, Theodore | Moore Foundation | |
| C: | McKagan, Sarah | American Association of Physics Teachers | |
| C: | Turpen, Chandra | University of Maryland | |
| C: | Redish, E. F. | University of Maryland | |
| C: | Donaldson, Nancy | Rockhurst University | |
| C: | Beverly, Nancy | Mercy University | |
| C: | Meredith, Dawn | University of New Hampshire | |
| C: | Vieyra, Rebecca | Organization of American States | |
| C: | Madsen, Adrian | American Association of Physics Teachers | |
| C: | Crouch. Catherine | Swarthmore College | |
| C: | Burciaga, Juan | Bowdoin College | |
| C: | Mason, Bruce | University of Oklahoma | |
| C: | Widenhorn, Ralf | Portland State University | |
| C: | Reeves, Mark | George Washington University | |
| C: | Teodorescu, Raluca | Montgomery College | |
| C: | O'Kuma, Thomas | Lee College | |
| C: | Ramos, Idalia | University of Puerto Rico | |
| C: | Dancy, Melissa | University of Colorado | |
| C: | Borunda, Mario | Oklahoma State University | |
| C: | Schultz, Scott | Delta College | |
| C: | Leif, Todd | Cloud County Community College | |
| C: | Megowan, Colleen | American Modeling Teachers Association | |
| C: | Plisch, Monica | American Physical Society | |
| C: | Goertzen, Renee Michelle | American Physical Society | |
| C: | Cunningham, Beth | American Association of Physics Teachers | |
| C: | Knaub, Alexis | University of Michigan | |
| C: | Chessey, Mary | University of Maryland | |
| C: | Jackson, Michael | New Mexico Tech | |
| C: | Craig, David | Oregon State University | |
| C: | Iverson, Ellen | Carleton College | |
| C: | Chonacky, Norman | Yale University | |
| C: | O'Neil, Deva | Bridgewater College | |
| C: | Zimmerman, Todd | University of Wisconsin-Stout | |
| C: | Freeman, Walter | Syracuse University | |
| C: | Flarend, Alice | Bellwood-Antis HS (PA) | |
| C: | Wittmann, Michael | American Physical Society | |
| C: | Denicolo, Glenda | Suffolk County Community College | |
| C: | Stains, Marilyne | University of Virginia | |
| C: | Scherr, Rachel | University of Washington - Bothell | |
| C: | Woodle, Kathryne | American Physical Society | |
| C: | Kuchera, Michelle | Davidson College | |

**Table D: List editorial board, editor-in-chief and co-editors with whom you interact. An editor-in-chief should list**

**B:    Editorial board: Name(s) of editor-in-chief and journal (in past 24 months).**

**E:    Other Co-Editors of journals or collections with whom you directly interacted (in past 24 months).**

*to disambiguate common names*

| D | Name: | Organizational Affiliation | Journal/Collection | Last Active |
|---|---|---|---|---|
| B: | | | | |
| E: | | | | |
| | | | | |
| | | | | |
| | | | | |

**Table E: List persons for whom a personal, family, or business relationship would otherwise preclude their service**

R:      Additional names for whom some relationship would otherwise preclude their service as a reviewer.

*to disambiguate common names*

| D | Name: | Organizational Affiliation | Optional  (email, Department) | Last Active |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following information regarding collaborators and other affiliations (COA) must be separately provided for each individual identified as senior project personnel. The COA information must be provided through use of this COA template.

Please complete this template (e.g., Excel, Google Sheets, LibreOffice), save as .xlsx or .xls, and upload directly as a Research.gov or FastLane Collaborators and Other Affiliations single-copy document. Do not upload .pdf. Grants.gov Users: The COA information must be provided through use of the COA template and uploaded as a PDF attachment.

Please note that some information requested in prior versions of the PAPPG is no longer requested. THIS IS PURPOSEFUL AND WE NO LONGER REQUIRE THIS INFORMATION TO BE REPORTED. Certain relationships will be reported in other sections (i.e., the names of postdoctoral scholar sponsors should not be reported, however if the individual collaborated on research with their postdoctoral scholar sponsor, then they would be reported as a collaborator). The information in the tables is not required to be sorted, alphabetically or otherwise.

There are five separate categories of information which correspond to the five tables in the COA template:

**COA template Table 1:**
List the individual's last name, first name, middle initial, and organizational affiliation in the last 12 months.

**COA template Table 2:**
List names as last name, first name, middle initial, for whom a personal, family, or business relationship would otherwise preclude their service as a reviewer.

**COA template Table 3:**
List names as last name, first name, middle initial, and provide organizational affiliations, if known, for the following:
• The individual's Ph.D. advisors; and
• All of the individual's Ph.D. thesis advisees.

**COA template Table 4:**
List names as last name, first name, middle initial, and provide organizational affiliations, if known, for the following:
• Co-authors on any book, article, report, abstract or paper with collaboration in the last 48 months (publication date may be later); and
• Collaborators on projects, such as funded grants, graduate research or others in the last 48 months.

**COA template Table 5:**
List editorial board, editor-in chief and co-editors with whom the individual interacts.  An editor-in-chief must list the entire editorial board.
• Editorial Board: List name(s) of editor-in-chief and journal in the past 24 months; and
• Other co-Editors of journal or collections with whom the individual has directly interacted in the last 24 months.

The template has been developed to be fillable, however, the content and format requirements must not be altered by the user. This template must be saved in .xlsx or .xls format, and directly uploaded into Research.gov or FastLane as a Collaborators and Other Affiliations single-copy document. Using the .xlsx or .xls format will enable preservation of searchable text that otherwise would be lost. It is therefore imperative that this document be uploaded in .xlsx or .xls only. Uploading a document in any format other than .xlsx or .xls may delay the timely processing and review of the proposal.

This information is used to manage reviewer selection. See Exhibit II-2 for additional information on potential reviewer conflicts.

1. Note that graduate advisors are no longer required to be reported.

2. Editorial Board does not include Editorial Advisory Board, International Advisory Board, Scientific Editorial Board, or any other subcategory of Editorial Board. It is limited to those individuals who perform editing duties or manage the editing process (i.e., editor in chief).

List names as Last Name, First Name, Middle Initial.  Additionally, provide email, organization, and department (optional) to disambiguate common names.

Fixed column widths keep this sheet one page wide; if you cut and paste text, set font size at 10pt or smaller, and abbreviate, where necessary, to make the data fit.

To insert *n*  blank rows, select *n*  row numbers to move down, right click, and choose Insert from the menu.

You may fill-down (crtl-D) to mark a sequence of collaborators, or copy affiliations.  Excel has arrows that enable sorting.

For "Last Active Date" and "Last Active" columns dates are optional, but will help NSF staff easily determine which information remains relevant for reviewer selection.
"Last Active Date" and "Last Active" columns may be left blank for ongoing or current affiliations.

**Table 1:** List the individual's last name, first name, middle initial, and organizational affiliation in the last 12 months.

| 1 | Your Name: | Your Organizational Affiliation(s), last 12 mo | Last Active Date |
|---|---|---|---|
| | Desbien, Dwain | Estrella Mountain Community College | Current |
| | | | |
| | | | |
| | | | |
| | | | |

**Table 2:** List names as last name, first name, middle initial, for whom a personal, family, or business relationship would otherwise preclude their service as a reviewer.

R: Additional names for whom some relationship would otherwise preclude their service as a reviewer.

*to disambiguate common names*

| 2 | Name: | Type of Relationship | Optional  (email, Department) | Last Active |
|---|---|---|---|---|
| R: | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Table 3:** List names as last name, first name, middle initial, and provide organizational affiliations, if known, for the following.
**G: The individual's Ph.D. advisors; and**
**T: All of the individual's Ph.D. thesis advisees.**

*to disambiguate common names*

| 3 | Advisor/Advisee Name: | Organizational Affiliation | Optional  (email, Department) |
|---|---|---|---|
| G: | Hestenes, David | Arizona State University | Physicss |
| T: | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Table 4:** List names as last name, first name, middle initial, and provide organizational affiliations, if known, for the following:

**A: Co-authors on any book, article, report, abstract or paper with collaboration in the last 48 months (publication date may be later); and**
**C: Collaborators on projects, such as funded grants, graduate research or others in the last 48 months.**

*to disambiguate common names*

| 4 | Name: | Organizational Affiliation | Optional  (email, Department) | Last Active |
|---|---|---|---|---|
| A: | | | | |
| A: | | | | |
| C: | O'kuma, Tom | Lee College | tokuma@lee.edu | 9/1/17 |
| C: | Matzler, Karen Jo | UT Dallas | kmatsler@uta.edu | current |
| | | | | |

**Table 5:** List editorial board, editor-in chief and co-editors with whom the individual interacts. An editor-in-chief must list the entire editorial board.
**B: Editorial Board:  List name(s) of editor-in-chief and journal in the past 24 months; and**
**E: Other co-Editors of journal or collections with whom the individual has directly interacted in the last 24 months.**

*to disambiguate common names*

| 5 | Name: | Organizational Affiliation | Journal/Collection | Last Active |
|---|---|---|---|---|
| B: | White, Gary | American Association of Physics Teachers | The Physics Teacher | 1/20/21 |
| E: | | | | |
| | | | | |
| | | | | |
| | | | | |

The following information regarding collaborators and other affiliations (COA) must be separately provided for each individual identified as senior project personnel. The COA information must be provided through use of this COA template.

Please complete this template (e.g., Excel, Google Sheets, LibreOffice), save as .xlsx or .xls, and upload directly as a Research.gov or FastLane Collaborators and Other Affiliations single-copy document. Do not upload .pdf. Grants.gov Users: The COA information must be provided through use of the COA template and uploaded as a PDF attachment.

Please note that some information requested in prior versions of the PAPPG is no longer requested. THIS IS PURPOSEFUL AND WE NO LONGER REQUIRE THIS INFORMATION TO BE REPORTED. Certain relationships will be reported in other sections (i.e., the names of postdoctoral scholar sponsors should not be reported, however if the individual collaborated on research with their postdoctoral scholar sponsor, then they would be reported as a collaborator). The information in the tables is not required to be sorted, alphabetically or otherwise.

There are five separate categories of information which correspond to the five tables in the COA template:

COA template Table 1:
List the individual's last name, first name, middle initial, and organizational affiliation in the last 12 months.

COA template Table 2:
List names as last name, first name, middle initial, for whom a personal, family, or business relationship would otherwise preclude their service as a reviewer.

COA template Table 3:
List names as last name, first name, middle initial, and provide organizational affiliations, if known, for the following:
• The individual's Ph.D. advisors; and
• All of the individual's Ph.D. thesis advisees.

COA template Table 4:
List names as last name, first name, middle initial, and provide organizational affiliations, if known, for the following:
• Co-authors on any book, article, report, abstract or paper with collaboration in the last 48 months (publication date may be later); and
• Collaborators on projects, such as funded grants, graduate research or others in the last 48 months.

COA template Table 5:
List editorial board, editor-in chief and co-editors with whom the individual interacts.  An editor-in-chief must list the entire editorial board.
• Editorial Board: List name(s) of editor-in-chief and journal in the past 24 months; and
• Other co-Editors of journal or collections with whom the individual has directly interacted in the last 24 months.

The template has been developed to be fillable, however, the content and format requirements must not be altered by the user. This template must be saved in .xlsx or .xls format, and directly uploaded into Research.gov or FastLane as a Collaborators and Other Affiliations single-copy document. Using the .xlsx or .xls format will enable preservation of searchable text that otherwise would be lost. It is therefore imperative that this document be uploaded in .xlsx or .xls only. Uploading a document in any format other than .xlsx or .xls may delay the timely processing and review of the proposal.

This information is used to manage reviewer selection. See Exhibit II-2 for additional information on potential reviewer conflicts.

1. Note that graduate advisors are no longer required to be reported.

List names as Last Name, First Name, Middle Initial.  Additionally, provide email, organization, and department (optional) to disambiguate common names.

Fixed column widths keep this sheet one page wide; if you cut and paste text, set font size at 10pt or smaller, and abbreviate, where necessary, to make the data fit.

To insert *n* blank rows, select *n* row numbers to move down, right click, and choose Insert from the menu.

You may fill-down (crtl-D) to mark a sequence of collaborators, or copy affiliations. Excel has arrows that enable sorting.
For "Last Active Date" and "Last Active" columns dates are optional, but will help NSF staff easily determine which information remains relevant for reviewer selection.
"Last Active Date" and "Last Active" columns may be left blank for ongoing or current affiliations.

**Table 1:** List the individual's last name, first name, middle initial, and organizational affiliation in the last 12 months.

| 1 | Your Name: | Your Organizational Affiliation(s), last | Last Active Date |
|---|------------|------------------------------------------|------------------|
| | Denicolo, Glenda | Suffolk County Community College, 533 College Road, Selden, NY 11784 (full time associate professor) | 10/28/2021 |
| | Denicolo, Glenda | American Association of Physics Teachers, 1 Physics Ellipse, College Park, MD 20740 (member) | 10/28/2021 |

**Table 2:** List names as last name, first name, middle initial, for whom a personal, family, or business relationship would otherwise preclude their service as a reviewer.
R: Additional names for whom some relationship would otherwise preclude their service as a reviewer.

| | | | *to disambiguate common names* | |
|---|------|-------------------|-------------------------------|-------------|
| 2 | Name: | Type of Relationship | Optional  (email, Department) | Last Active |
| R: | N/A | N/A | | |

**Table 3:** List names as last name, first name, middle initial, and provide organizational affiliations, if known, for the following.
G: The individual's Ph.D. advisors; and
T: All of the individual's Ph.D. thesis advisees.

| | | | *to disambiguate common names* |
|---|---------------------|----------------------------|-------------------------------|
| 3 | Advisor/Advisee Name: | Organizational Affiliation | Optional  (email, Department) |
| G: | Terlevich, Roberto J. | Institute of Astronomy, University of Cambridge, Madingley Road, Cambridge | rjt@ast.cam.ac.uk |

**Table 4:** List names as last name, first name, middle initial, and provide organizational affiliations, if known, for the following:

A: Co-authors on any book, article, report, abstract or paper with collaboration in the last 48 months (publication date may be later); and
C: Collaborators on projects, such as funded grants, graduate research or others in the last 48 months.

| | | | *to disambiguate common names* | |
|---|------|----------------------------|-------------------------------|-------------|
| 4 | Name: | Organizational Affiliation | Optional  (email, Department) | Last Active |
| A: | N/A | N/A | | |

**Table 5:** List editorial board, editor-in chief and co-editors with whom the individual interacts. An editor-in-chief must list the entire editorial board.
B: Editorial Board:  List name(s) of editor-in-chief and journal in the past 24 months; and
E: Other co-Editors of journal or collections with whom the individual has directly interacted in the last 24 months.

| | | | *to disambiguate common names* | |
|---|------|----------------------------|-------------------|-------------|
| 5 | Name: | Organizational Affiliation | Journal/Collection | Last Active |
| B: | N/A | N/A | N/A | |

# COVER SHEET FOR PROPOSAL TO THE NATIONAL SCIENCE FOUNDATION

| PROGRAM ANNOUNCEMENT/SOLICITATION NO./DUE DATE | | | | FOR NSF USE ONLY |
|---|---|---|---|---|
| **PD 21-7980** | **05/02/22** | ☐ Special Exception to Deadline Date Policy | | **NSF PROPOSAL NUMBER** |

FOR CONSIDERATION BY NSF ORGANIZATION UNIT(S)   (Indicate the most specific unit known, i.e. program, division, etc.)

**DUE  - IUSE- Advancing Innovation and Impact at Two-year**

| DATE RECEIVED | NUMBER OF COPIES | DIVISION ASSIGNED | FUND CODE | DUNS# (Data Universal Numbering System) | FILE LOCATION |
|---|---|---|---|---|---|
| | | | | 144669504 | |

| EMPLOYER IDENTIFICATION NUMBER (EIN) OR TAXPAYER IDENTIFICATION NUMBER (TIN) | SHOW PREVIOUS AWARD NO. IF THIS IS ☐ A RENEWAL ☐ AN ACCOMPLISHMENT-BASED RENEWAL | IS THIS PROPOSAL BEING SUBMITTED TO ANOTHER FEDERAL AGENCY?   YES ☐  NO ☐   IF YES, LIST ACRONYM(S) |
|---|---|---|
| **520749775** | | |

| NAME OF ORGANIZATION TO WHICH AWARD SHOULD BE MADE | ADDRESS OF AWARDEE ORGANIZATION, INCLUDING 9 DIGIT ZIP CODE |
|---|---|
| **American Association of Physics Teachers** | **American Association of Physics Teachers**<br>**One Physics Ellipse** |
| AWARDEE ORGANIZATION CODE (IF KNOWN) | |
| **4000311000** | **College Park,MD.207403845** |
| NAME OF PRIMARY PLACE OF PERF | ADDRESS OF PRIMARY PLACE OF PERF, INCLUDING 9 DIGIT ZIP CODE |
| **American Association of Physics Teachers** | **American Association of Physics Teachers**<br>**One Physics Ellipse**<br>**College Park ,MD ,207403841 ,US.** |

| IS AWARDEE ORGANIZATION (Check All That Apply) | ☐ SMALL BUSINESS<br>☐ FOR-PROFIT ORGANIZATION | ☐ MINORITY BUSINESS<br>☐ WOMAN-OWNED BUSINESS | ☐IF THIS IS A PRELIMINARY PROPOSAL<br>THEN CHECK HERE |
|---|---|---|---|

| TITLE OF PROPOSED PROJECT | **Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year Colleges (OPTYCs)** |
|---|---|

| REQUESTED AMOUNT | PROPOSED DURATION (1-60 MONTHS) | REQUESTED STARTING DATE | SHOW RELATED PRELIMINARY PROPOSAL NO. IF APPLICABLE |
|---|---|---|---|
| $   **2,922,996** | **60**   months | **06/01/22** | |

THIS PROPOSAL INCLUDES ANY OF THE ITEMS LISTED BELOW
☐ BEGINNING INVESTIGATOR
☐ DISCLOSURE OF LOBBYING ACTIVITIES
☐ PROPRIETARY & PRIVILEGED INFORMATION
☐ HISTORIC PLACES
☐ VERTEBRATE ANIMALS IACUC App. Date _____
   PHS Animal Welfare Assurance Number _____
☒ TYPE OF PROPOSAL    **Research** _____

☐ HUMAN SUBJECTS       Human Subjects Assurance Number _____
   Exemption Subsection _____  or IRB App. Date _____
☐ FUNDING OF INT'L BRANCH CAMPUS OF U.S IHE
☐ FUNDING OF FOREIGN ORGANIZATION OR FOREIGN INDIVIDUAL
☐ INTERNATIONAL ACTIVITIES: COUNTRY/COUNTRIES INVOLVED

☒ COLLABORATIVE STATUS
**Not a collaborative proposal**

| PI/PD DEPARTMENT | PI/PD POSTAL ADDRESS<br>**26038 Frederick Road** |
|---|---|
| PI/PD FAX NUMBER | **Hyattstown,MD 208719611**<br>**United States** |

| NAMES (TYPED) | High Degree | Yr of Degree | Telephone Number | Email Address |
|---|---|---|---|---|
| PI/PD NAME<br>**Kristine  Lui** | **DPhil** | **2003** | **646-596-0442** | **krispuihinlui@gmail.com** |
| CO-PI/PD<br>**Glenda  Denicolo** | **DPhil** | **2004** | **631-451-4535** | **denicog@sunysuffolk.edu** |
| CO-PI/PD<br>**Dwain  Desbien** | **PhD** | **2002** | **623-935-8474** | **dwain.desbien@estrellamountain.edu** |
| CO-PI/PD<br>**Robert C Hilborn** | **PhD** | **1971** | **301-209-3325** | **rhilborn@aapt.org** |
| CO-PI/PD | | | | |

# CERTIFICATION PAGE

**Certification for Authorized Organizational Representative (or Equivalent)**

By electronically signing and submitting this proposal, the Authorized Organizational Representative (AOR) is: (1) certifying that statements made herein are true and complete to the best of his/her knowledge; and (2) agreeing to accept the obligation to comply with NSF award terms and conditions if an award is made as a result of this application. Further, the applicant is hereby providing certifications regarding conflict of interest (when applicable), flood hazard insurance (when applicable), responsible conduct of research, and organizational support as set forth in the NSF Proposal & Award Policies & Procedures Guide (PAPPG). Willful provision of false information in this application and its supporting documents or in reports required under an ensuing award is a criminal offense (U. S. Code, Title 18, §1001).

**Certification Regarding Conflict of Interest**

The AOR is required to complete certifications stating that the organization has implemented and is enforcing a written policy on conflicts of interest (COI), consistent with the provisions of PAPPG Chapter IXA; and that, to the best of his/her knowledge, all financial disclosures required by the conflict of interest policy were made; and that conflicts of interest, if any, were, or prior to the organizations expenditure of any funds under the award, will be, satisfactorily managed, reduced or eliminated in accordance with the organizations conflict of interest policy. Conflicts that cannot be satisfactorily managed, reduced or eliminated and research that proceeds without the imposition of conditions or restrictions when a conflict of interest exists, must be disclosed to NSF via use of the Notifications and Requests Module in FastLane.

**Certification Regarding Flood Hazard Insurance**

Two sections of the National Flood Insurance Act of 1968 (42 USC §4012a and §4106) bar Federal agencies from giving financial assistance for acquisition or construction purposes in any area identified by the Federal Emergency Management Agency (FEMA) as having special flood hazards unless the:

(1) community in which that area is located participates in the national flood insurance program; and
(2) building (and any related equipment) is covered by adequate flood insurance.

By electronically signing the Certification Pages, the Authorized Organizational Representative (or equivalent) located in FEMA-designated special flood hazard areas is certifying that adequate flood insurance has been or will be obtained in the following situations:
(1) for NSF grants for the construction of a building or facility, regardless of the dollar amount of the grant; and
(2) for other NSF grants when more than $25,000 has been budgeted in the proposal for repair, alteration or improvement (construction) of a building or facility.

**Certification Regarding Responsible Conduct of Research (RCR)**

(This certification is not applicable to conference proposals.)
By electronically signing the Certification Pages, the Authorized Organizational Representative is certifying that, in accordance with the NSF Proposal & Award Policies & Procedures Guide, Chapter IX.B., the institution has a plan in place to provide appropriate training and oversight in the responsible and ethical conduct of research to undergraduates, graduate students and postdoctoral researchers who will be supported by NSF to conduct research.
The AOR shall require that the language of this certification be included in any award documents for all subawards at all tiers.

**Certification Regarding Organizational Support**

By electronically signing the Certification Pages, the Authorized Organizational Representative (or equivalent) is certifying that there is organizational support for the proposal as required by Section 526 of the America COMPETES Reauthorization Act of 2010. This support extends to the portion of the proposal developed to satisfy the Broader Impacts Review Criterion as well as the Intellectual Merit Review Criterion, and any additional review criteria specified in the solicitation. Organizational support will be made available, as described in the proposal, in order to address the broader impacts and intellectual merit activities to be undertaken.

**Certification Regarding Dual Use Research of Concern**

By electronically signing the certification pages, the Authorized Organizational Representative is certifying that the organization will be or is in compliance with all aspects of the United States Government Policy for Institutional Oversight of Life Sciences Dual Use Research of Concern.

**Certification Regarding the Meeting Organizer's Written Policy or Code-of-Conduct that Addresses Sexual Harassment, Other Forms of Harassment, and Sexual Assault**

(This certification is only applicable to travel proposals.)
By electronically signing the Cover Sheet, the AOR is certifying that prior to the proposer's participation in the meeting, the proposer will assure that the meeting organizer has a written policy or code-of-conduct that addresses sexual harassment, other forms of harassment, and sexual assault, and that includes clear and accessible means of reporting violations of the policy or code-of-conduct. The policy or code-of-conduct must address the method for making a complaint as well as how any complaints received during the meeting will be resolved. The proposer is not required to submit the meeting organizer's policy or code-of-conduct for review by NSF.

**Certification Regarding Family Leave Status (or equivalent)**

(This certification is only applicable to career-life balance supplemental funding requests)
By electronically signing the certification pages, the Authorized Organizational Representative hereby certifies that the request for a technician (or equivalent) is because the (PI/co-PI/senior personnel/ NSF Graduate Research Fellow/postdoctoral researcher/graduate student) is, or will be, on family leave status (or equivalent) from the organization in accordance with the organization's policies.  The Authorized Organizational Representative also affirms that the organization is able to fill the position for which funding is being requested, in an appropriate timeframe.

| AUTHORIZED ORGANIZATIONAL REPRESENTATIVE | SIGNATURE | DATE |
|---|---|---|
| NAME | | |
| TELEPHONE NUMBER | EMAIL ADDRESS | FAX NUMBER |
| | | |

**NATIONAL SCIENCE FOUNDATION**
**Division of Undergraduate Education**

# NSF FORM 1295: PROJECT DATA FORM

The instructions and codes to be used in completing this form are provided in Appendix II.

1. **Program-track** to which the Proposal is submitted: **IUSE- Advancing Innovation and Impact at Two-year**

2. Name of **Principal Investigator/Project Director** (as shown on the Cover Sheet):

   **Lui, Kristine**

3. Name of submitting **Institution** (as shown on Cover Sheet):

   **American Association of Physics Teachers**

4. **Other Institutions** involved in the project's operation:

   _____

   _____

   _____

   _____

   _____

   _____


**Project Data:**

A.  Major Discipline Code: **13**

B.  Academic Focus Level of Project: **LO**

C.  Highest Degree Code: **N**

D.  Category Code: **--**

E.  Business/Industry Participation Code: **NA**

F.  Audience Code: **F** _ _ _ _ _ _ _

G.  Institution Code: **NACD**

H.  Strategic Area Code: _____

I.  Project Features: _ _ _ _ _

Estimated number in each of the following categories to be directly affected by the activities of the project during its operation:

J.  Undergraduate Students: **110000**_____

K.  Pre-College (PreK-12) Students: **0**_____

L.  College Faculty: **550**_____

M.  Pre-College (PreK-12) Teachers: **0**_____

N.  Graduate Students: **0**_____

O.  Postdoctoral Fellows: **0**_____

# PROJECT SUMMARY

**Overview:**

We will create the Organization for Physics at Two-Year Colleges (OPTYCs), a national, virtual institution to support, develop, and grow physics at Two-Year Colleges (TYCs). This ambitious and comprehensive institute will act by: (1) continuing professional development workshops, (2) new faculty development series of intensive and immersive training in student-centered, research-based instructional methods, (3) leadership institutes to build continuity and succession-planning into the community, (4) diversity, equity, and inclusion change-agent teams, (5) mentorship groups, (6) conferences, (7) national TYC physics data collection and analysis, (8) physics education research (PER), and (9) a virtual library and archive. OPTYCs will fill a void in the physics TYC community by acting as an institutionalized collaborative hub. We have assembled a broad and diverse project leadership team, with representation from a variety of career stages, with the vision and skills necessary to carry out the proposed work to the benefit of the entire TYC community. This vision is long-anticipated and the result of a community effort within TYC physics.

**Intellectual Merit:**

This project will fill the critical gap left by previously concluded grants focused on physics at TYCs, by expanding those earlier programs, creating new ones, and providing mechanisms for their sustainability after the grant period is over. Through the establishment and support of a TYC-PER group, the project will broaden the relevance and efficacy of physics education research by instigating the inclusion of data from a more diverse and representative student population, beyond the currently predominant R1 student population data. The project will also highlight trends and data focusing on physics students, faculty, and programs at TYCs, thus informing best practices nationally. It will create formalized mentoring streams to build community and provide needed support in potentially isolated workplaces.

**Broader Impacts:**

OPTYCs will enhance the quality of physics education for a large number of students by providing accessible, low-cost, discipline-specific professional development opportunities for TYC faculty. The Organization will increase the implementation of research-based instructional methods including DEI-based pedagogy, enhance crucial institutional knowledge, and develop a virtual community of practice focused on the needs of TYC physics faculty. Through networking and deliberate DEI training, we will champion the increased diversity of TYC faculty. The training on discipline-centered DEI strategies will also have a positive effect on the diversity, persistence and retention of students, and ultimately increase diversity and participation in the STEM workforce. OPTYCs will reduce the sense of isolation for TYC physics faculty, whether the isolation is due to location, small departments, demographic minorities, or part-time employment. Since many full-time TYC physics teaching faculty are the only ones on their campus and they often teach other topics, the impact of OPTYCs can reach beyond just physics. Multi-disciplinary departments are common at TYCs, and it is common to find students taking physics for different degrees, credentials, programs, and careers. Thus, there is a real potential to impact a large student population, infusing the STEM workforce with robust growth mindsets and diversity-oriented skills.

OPTYCs will transform the TYC physics-teaching community through the creation of a Community of Practice, by providing benchmarks for faculty growth and development, and by increasing student diversity and participation in the STEM workforce. OPTYCs will reduce the sense of isolation for two-year college faculty members, provide avenues for professional development, mentorship, and sustain leadership incubation. Using inclusive pedagogy, encouraging diversity, and following equitable practices, we will increase the number of STEM-trained graduates. We will create a cohesive, diverse, and future-focused community of physics-teaching faculty.

# TABLE OF CONTENTS

For font size and page formatting specifications, see PAPPG section II.B.2.

| | Total No. of Pages | Page No.* (Optional)* |
|---|---|---|
| Cover Sheet for Proposal to the National Science Foundation | | |
| Project Summary  (not to exceed 1 page) | 1 | _____ |
| Table of Contents | 1 | _____ |
| Project Description (Including Results from Prior NSF Support) (not to exceed 15 pages) **(Exceed only if allowed by a specific program announcement/solicitation or if approved in advance by the appropriate NSF Assistant Director or designee)** | 15 | _____ |
| References Cited | 5 | _____ |
| Biographical Sketches  (Not to exceed 3 pages each) | 12 | _____ |
| Budget (Plus up to 5 pages of budget justification) | 10 | _____ |
| Current and Pending Support | 16 | _____ |
| Facilities, Equipment and Other Resources | 1 | _____ |
| Special Information/Supplementary Documents (Data Management Plan, Mentoring Plan and Other Supplementary Documents) | 63 | _____ |
| Appendix (List below. ) **(Include only if allowed by a specific program announcement/ solicitation or if approved in advance by the appropriate NSF Assistant Director or designee)** | _____ | _____ |
| Appendix Items: | | |

*Proposers may select any numbering mechanism for the proposal. The entire proposal however, must be paginated. Complete both columns only if the proposal is numbered consecutively.

## Advancing Physics Education Where Diversity Resides
## through Professional Development:
## Creating the Organization for Physics at Two-Year Colleges (OPTYCs)

# I. Introduction

## A. TYC Students and Faculty

With over 1000 two-year colleges (TYCs) in the country offering physics courses and serving more than 215,000 students per year[1], TYCs are uniquely positioned to provide targeted support for a wide range of students, especially from underrepresented groups (e.g. racial minorities, students with lower socioeconomic status, veterans, older adults, part-time students)[1-3] (Figures 1 and 2). Almost all TYC students commute to campus and their need for out-of-the-classroom support can be a barrier to success[4]. Research confirms that



**Figure 1** *Percentage of terminal degree holders in the Science and Engineering workforce who have had some education at a two-year college.[3]*

students will more likely follow and succeed in career pathways if they see themselves represented in those fields[5]. Creating a sustainable and equitable series of programs that help TYC faculty gain the necessary skills to better connect to their students, to instill a sense of confidence, and to support those who otherwise feel isolated, not only improves retention of diverse faculty, but also has a domino effect of improving retention of their students. The proposed Organization for Physics at Two-Year Colleges (OPTYCs) will do just that.

The importance of TYCs for advancing the future workforce is widely recognized. The federal government's *The American Families Plan*[6] advocates for a significant investment in evidence-based strategies to strengthen completion and retention rates at community colleges, including an expansion of support to STEM programs for institutions traditionally serving underrepresented groups.



**Figure 2** *Race and citizenship status demographics of students obtaining Associates or Bachelor's Degrees in physics in 2019.[2]*

The Coronavirus pandemic has shown that education could adapt to a remote-work environment, but it also exposed gaps in faculty preparation and support at all levels. A TYC physics group (formed by the co-Program Directors of this project) met virtually at the start of this pandemic to share technological solutions, brainstorm alternative pedagogies, and provide support during this strenuous time. The series was in such high demand that we have continued the virtual meeting discussions; this demonstrates the need and interest within the TYC physics community to institutionalize our efforts so that we can better react, anticipate, and prepare for future challenges.

1

**B. Six Critical Issues Facing TYC Physics**

Studies of challenges faced by TYC physics faculty[7-8] have found five critical issues: (1) a sense of isolation; (2) difficulty networking with peers and/or mentors; (3) a lack of professional development opportunities; (4) a lack of data on TYC students and their learning; and (5) a lack of data on faculty, programs, and institutions. We add to this list the critical issue of (6) enhancing and supporting diversity, equity, and inclusion (DEI) within the physics community[3,9-10].

(1) *Isolation*: The first statistically valid national survey of TYC physics was done in 1996, and revealed that 60% of TYCs offering physics courses had one or zero full-time physics faculty members[11], decreasing to 52%[1] in 2011. These data highlight one compelling reason why TYC physics faculty feel isolated and disconnected from the greater physics community. Additionally, 49% of physics teaching instructors at TYCs were part-time[1], often teach at multiple institutions, and have few resources for professional development.

(2) *Networking*: Not only are TYC physics faculty isolated, but programs and resources for networking are sparse. Most TYCs are funded by State and County governments, and some institutions require travel funds stay within the State. Limited financial support can also be a barrier for TYC professional travel. Further, teaching loads for TYC faculty tend to be high[12-13], limiting the availability of time away from classes to interact with peers and mentors.

(3) *Professional Development*: TYC physics programs have greatly benefited from prior professional development initiatives included in previous grants, but a sustained and wide-reaching effort is necessary to provide continuous and evolving opportunities for faculty growth[14]. While faculty access to virtual and discipline-specific training has grown due to the COVID-19 pandemic, there remains a lack of opportunities that recognize and address the unique challenges of teaching physics at a TYC. This is also true for workshops related to programmatic- and institutional-level development. For example, existing conferences for physics department heads at four-year institutions are less relevant for the lone TYC physics faculty managing a physics program, or for a TYC chair of a multidisciplinary department.

(4) *Data about Students*: Nearly all physics education research (PER) comes from studies of selective student populations at four-year institutions[15], even though a large and growing percentage of students are taking physics courses at TYCs[1]. Compared with four-year institutions of higher education, TYCs have a greater proportion of women, African-Americans, Latinx, Native Americans, people with disabilities, first-generation college students, older individuals retraining, students who are parents, and military veterans[2,16]. It is crucial to study the environments and challenges faced by students taking physics courses at TYCs, to understand what differences exist in various student populations, and to determine effective strategies to improve recruitment and retention for all students.

(5) *Data about Faculty, Programs, and Institutions*: As with data about students taking physics at TYCs, data about faculty and departments are often aggregated within "undergraduate education"[17]. Since TYCs serve more students from underrepresented groups, the needs and support structures of TYC programs are different from those at four-year institutions. Disaggregating these data would provide much needed information on students, faculty, and programs at TYCs. In 2002, the *AAPT Guidelines for Two Year College Physics Programs*[18] (henceforth, *The TYC Guidelines*) was published to establish national standards for TYC physics teaching and included considerations for establishing and assessing a TYC physics program. TYC faculty have reported that *The TYC Guidelines* has been instrumental in making programmatic changes at their institutions. However, the only comprehensive dissemination of best practices for physics programs at TYCs came from the SPIN-UP/TYC program in 2005[19]. Furthermore, given the technological and pedagogical innovations in the past two decades, revisions to the TYC *Guidelines* are needed.

(6) *Diversity, Equity, and Inclusion:* Students in underrepresented groups comprise a greater proportion in physics at TYCs as compared to four-year institutions[2,15,20-21]. To diversify STEM participation and the STEM workforce, we must determine effective practices to allow more

2

students to succeed. Recommendations of best DEI practices and interventions that result from PER[22-25] may be of limited utility, since physics students at elite and research-intensive institutions are overrepresented in the PER literature[15]. By focused and deliberate training of TYC faculty in effective DEI support, we can determine and disseminate best practices that are more inclusive and retain a greater proportion of STEM students.

### C. Why OPTYCs?

Various initiatives and projects in the past have successfully helped to mitigate each of these critical issues for TYC physics faculty. However, these activities tend to be short-lived, championed by a small number of leaders who then move on or retire, leaving a void in the TYC physics community and a gap in training and opportunities dedicated to this group. While the American Association of Physics Teachers (AAPT) provides much support for physics-teaching faculty at TYCs, its mission serves a wider group. Although AAPT can help create such an institution as OPTYCs by providing significant administrative and fiduciary support for TYC-related initiatives, it requires a broadly-based leadership team from the TYC physics community to organize and manage sustainable initiatives.

We propose OPTYCs as an organization that will provide that sustaining support and whose digital platform will be a single-entry point for TYC physics faculty to find professional development resources fit to their needs, mentoring and networking opportunities, information on educational research that resonates with the TYC setting, assessment tools, and programmatic guidelines. OPTYCs will advocate for and showcase the value of positive institutional change and help to unify disparate faculty and institutional trajectories nationally. The OPTYCs platform will host a virtual library of TYC workshops, built during the grant period. It will be accessible to all educators, regardless of membership status at AAPT, full-time teaching status, or type of institution.

With the creation of OPTYCs, plans for succession will be developed in conjunction with AAPT to continue operation beyond the four-year grant period. These may include a subscription model, workshop fees, donations, and future grants for expansion. The website itself will be maintained through an infrastructure fee to AAPT's NSF-supported digital library comPADRE. We recognize that nurturing a leadership team is key to the sustainability of OPTYCs; we will foster successive leaders by mentoring participants and workshop facilitators through deliberately scaffolding leadership skills. Ultimately, OPTYCs will transform the TYC physics-teaching community through the creation of an integrated community of practice, by providing benchmarks for faculty growth and development, and by increasing student diversity and participation in the STEM workforce.

## II. Project Overview
### A. Goals

OPTYCs aims to become the go-to organization for TYC physics faculty preparation and advancement, measuring our success by having our programs nationally recognized for the expertise and effective professional development they bring to TYC faculty. Our programs will transform the TYC physics community, and in turn, improve the access and diversity of students taking physics classes (Figure 3). The project has seven major goals:

(1) Institutionalize and grow an active, inspiring, engaging, and sustainable community of practice of leaders and participants with the shared common interest of advancing physics education at TYCs.
(2) Provide transformative professional development aimed at TYC faculty at all career levels.
(3) Creating benchmarks for new TYC physics faculty preparation and growth, enhanced by the connection with diverse, flexible, and supportive mentoring groups.
(4) Empower the physics community with new and updated data about students, faculty, and programs at TYCs.
(5) Instill a culture of physics education research among TYC faculty.

(6) Define and disseminate best practices in research-based teaching and learning methods to invigorate the quality of physics education at TYCs, and to improve retention of TYC students enrolled in physics classes.

(7) Be a model for other STEM disciplines to create national communities of practice, and to partner with those disciplines on DEI efforts.



**Figure 3.** *Theory of Change depicts how OPTYCs will achieve its goals.*

## B.  Activities

Each of our Programs (see *Section III: Project Implementation*) addresses at least one critical issue listed in *Section I-B*. We plan to reach a targeted number of instructor-participants for various programs, including full-time physics-teaching faculty at two-year colleges, prospective instructors, and part-time instructors. A breakdown of our programs is as follows:

4

| Faculty Programs (# offered during grant period) | Target # of Participants |
|---|---|
| 1. Continuing Professional Development Workshops (15) | 300 |
| 2. New Faculty Development Series (2) | 40 |
| 3. Leadership Institutes (2) | 20 |
| 4. DEI Change Teams (2) | 40 |
| 5. Tandem Conferences (2) | 100 |
| 6. Mentoring Groups (15) | 50 |

With an estimated 50 students per year per instructor and over the course of the four-year grant period, the project has the potential to positively impact 110,000 students taking physics classes at TYCs. Additionally, we will have broader programs that provide new knowledge to departments, institutions, and professional organizations, including:

7. *The TYC Guidelines* (reaching ~1000 TYC institutions that offer physics)
8. American Institute of Physics (AIP) Comprehensive TYC Survey and Status Report
9. PER Culture in TYCs
10. Virtual Library of TYC resources: workshops, pedagogical materials, archives

## C.  Personnel

We have assembled a strong team with broad experience and expertise that will implement the ideas in this project. The team includes four Project (co-)Directors (PDs), eight Program Co-ordinators, the External Evaluation Team, and a five-member Advisory Board. Letters of commitment and biographical sketches for the Program Coordinators, External Evaluators, and Advisory Board Members have been included in the Supplemental Documents section of this proposal.

(1) *Project Directors*: *Kristine Lui* (PD) was formerly Professor at Montgomery College (MD), and is currently working full time on the OPTYCs initiative. Lui created and implemented the Faculty Program for Active-Learning in STEM at Montgomery College. *Dwain Desbien* (Co-PD) is Professor at Estrella Mountain Community College (AZ) and brings extensive experience in facilitating professional development nationally. Desbien has been PI on numerous grant-funded projects supporting physics faculty classroom skills and techniques. *Glenda Denicolo* (Co-PD) is Associate Professor at Suffolk County Community College – SUNY (NY), and as Chair of the Committee for Physics at Two-Year Colleges in AAPT, initiated remote gatherings during the Coronavirus pandemic to share ideas and to provide mutual support. *Robert Hilborn* (Co-PD) is Associate Executive Officer at AAPT and has been PI on many grant-funded initiatives that support physics education including an S-STEM grant that linked the University of Texas at Dallas with the Collin County and Dallas County community colleges.

(2) *Program Coordinators*: *Tom O'Kuma* is Professor Emeritus at Lee College (TX) and has been a PI on numerous professional-development-themed NSF grants. *Joe Heafner* is Senior Professor at Catawba Valley Community College (NC) and has served in various leadership capacities both regionally and nationally in the AAPT. *Krista Wood* is Professor at University of Cincinnati - Blue Ash (OH), active in PER, serves on the AAPT Board of Directors, and brings 10 years of industry experience. *Brooke Haag* is the Learning Designer with Pathstream (CA), has extensive experience both in teaching and industry, and headed the previous Leadership Institutes at AAPT. *David Marasco* is Professor at Foothill College (CA), is very active in DEI efforts, and has held a variety of leadership roles both locally and nationally. *Renee Lathrop* is Professor at Dutchess County Community College – SUNY (NY), has developed many student-oriented products[26] and a physics course for students of the arts through experiments in dance, sculpture, and theater. *Karim Diff* is Professor at Sante Fe College (FL) and studies research-based assessment tools at TYCs. *Sherry Savrda* is Professor Emerita at Seminole State College (FL), has been PI on various grant-funded professional-development projects, and has served in a variety of leadership positions nationally.

5

(3) *External Evaluators*: *Drs. Stephanie Chasteen* and *Miranda Chen Musgrove* will serve as the external evaluators. Chasteen (owner and operator, Chasteen Educational Consulting) is a physicist, an expert in Discipline-Based Education Research, and an experienced professional external evaluator focused on institutional change. Chen Musgrove (University of Colorado, Boulder) is an ecologist, biology education researcher, and trained with the National Institute for STEM Evaluation and Research with experience using qualitative and quantitative data in tandem to comprehensively assess the progress of federally-funded projects. Chasteen's evaluation expertise and Chen Musgrove's experience working with TYCs makes this duo uniquely suited to evaluate this project.

(4) *Advisory Board*: Our Board consists of individuals with specific expertise on different activities of our project and will advise us on implementation based on their knowledge and experience. *Eric Baer* (Highline College, WA) is PI on the geoscience SAGE 2YC project, bringing expertise in TYC cohorts for effecting positive change. *Geraldine Cochran* (Rutgers College, NJ) specializes in PER with a focus on DEI in physics and will provide programmatic advice on DEI-related initiatives. *Anne J. Cox* (Eckerd College, FL) is PI on the NSF-Advance grant for e-Alliances, a mutual-mentoring initiative to support women physics faculty, and will advise OPTYCs on mentoring network strategies. *Alexis Knaub* is the manager for the Physics and Astronomy SEA Change program, administered through AAPT, and provides expertise in DEI efforts in physics. *Todd Leif* (emeritus Cloud County Community College, KS, and teacher at Bennington Public HS, NE) was PI on the NSF-DUE grant for the New Faculty Training Experience for physics faculty at TYCs and will advise on cohort training programs.

## III.  Project Implementation

Our project is divided into several (coherently overlapping) programs. For example, different programs may share a cohort, and sections of each program may be used as stand-alone workshops. Specific alignments will develop as the needs of TYC physics faculty evolve.

### A.  Continuing Professional Development Workshops (CPDW)

This program will support on-going professional development workshops especially for mid-to late-career TYC faculty, addressing potential isolation, networking, and DEI issues. Alongside the typical pedagogy and curriculum-focused workshops (examples of previously funded programs include: *Community College Physics Faculty Development Project* [NSF-DUE-9353998], and *Two-Year College Physics Workshop Project* [NSF-DUE-9554683, NSF-DUE-1003633]), topics not typically emphasized for TYC faculty will also be offered: grant-writing, preparing scholarship for publication and dissemination, engaging TYC students in research, and starting and sustaining STEM student organizations. As an example, we will adapt and facilitate for TYC faculty a workshop series modeled after Physics Department Chairs Conferences sponsored by the American Physical Society and the AAPT, as well as the recommendations contained in the NSF-supported guidelines for Effective Practices for Physics Programs[27-28]. We will also collaborate with the Partnership for Integration of Computation into Undergraduate Physics[29]. Some workshops may be discussion-based, such as sharing ideas to improve student transfer to four-year programs, supporting student clubs, and facilitating internships. Tips and best practices from these discussions will be collected and published through the OPTYCs website.

CPDW will be offered in person to build a library of recorded materials that will the basis of virtual offerings on the OPTYCs platform. We expect that synchronous activities will be supported with asynchronous materials and discussion, and that in-person sessions will be augmented by virtual discussions. The CPDW program will evolve towards a virtual, asynchronous, and sustainable platform to allow for faculty participation when there are challenges in securing time and financial support for conference travel. Building virtual workshops will also make it feasible to

facilitate a variety of workshop formats that can range from short webinars, to full-day meetings, to multi-day conferences.

All the Project Directors and Program Coordinators on the OPTYCs team have participated in, facilitated, and organized professional development workshops, not only within their institutions, but also at regional conferences and national AAPT meetings.

We plan to provide at least 15 workshops over the grant-funding period in a variety of delivery modes: in-person, synchronous but virtual, and asynchronous delivery. Financial support for travel will be provided to participants for in-person workshops.

**B.  New Faculty Development Series (NFDS)**

This program will reinstate previously successful grant-funded initiatives (*Two-Year College New Faculty Experience* [NSF-DUE-0940857], *New Faculty Experience for Two-Year College Physics Instructors* [NSF-DUE-1225603]) that will support new full-time, part-time, and prospective TYC physics faculty in incorporating student-centered active learning[30], and other research-based instructional strategies for inclusive classroom practices. This program addresses critical issues of isolation, networking, professional development, and DEI. Participants will follow an 18-month intensive program that includes: (i) a three-month online period of discussions about foundational PER articles directly related to teaching introductory physics, and to introducing Culturally Responsive Teaching practices[31-33] into their pedagogical toolsets; (ii) a four-day immersive workshop series where participants receive direct experience with several research-based instructional strategies, working in small groups with highly experienced TYC instructors; (3) a 14-month development and implementation phase in which participants receive online mentoring regularly, both synchronously and asynchronously; and (4) a two-day commencement conference held in concert with a national AAPT meeting, where participants disseminate their capstone projects and learn about peer mentoring and leadership opportunities.

Several in the OPTYCs team are graduates of the New Faculty Experience projects (Lui, Denicolo, Wood, Haag), with Lui, Denicolo and Wood serving as alumni-in-residence for later cohorts, offering mentorship to participants, receiving training in leadership skills, and facilitating workshops. Others on the OPTYCs team were project leaders (Desbien, O'Kuma) and host-facilitators for in-person portions of those projects (Savrda, Wood).

We plan two cohorts in the NFDS, each targeting ~20 faculty relatively new to teaching physics at TYCs. Participants will be invited to act as mentors for subsequent NFDS to provide continued leadership growth within the TYC physics community. Financial support for travel will be provided to participants for in-person portions of the program.

**C.  Leadership Institute (LI)**

This program expands on the successful implementation of previous TYC physics initiatives, and addresses the critical issues of networking, professional development, and issues about data and DEI. The primary goal of the TYC Leadership Institute is to develop current and future leaders in the TYC physics community, arming them with the skills to advocate for and lead necessary changes in STEM education at the local (departmental, institutional), regional, and at national levels. Participants will develop skills such as: valuing diversity, communicating effectively, balancing work and life, finding leadership strengths, understanding the national context for science education, securing funding, and fostering positive curricular change. As a capstone project, participants will identify critical local issues, develop strategic plans for their own institutions, and execute their action plans to advance best practices in STEM teaching and learning. The program will be a leadership incubator, equipping developing leaders with the tools and skills needed to bring about social change and true reform in undergraduate STEM education.

Facilitator-leaders of (Haag, O'Kuma, Wood) and participants in (Denicolo, Wood) previous LI offerings have since become Department Chairs, AAPT Board members, recipients of various honors and awards, and served on a variety of AAPT committees.

7

We plan two offerings of the LI, recruiting ~10 participants for each cohort. We will provide travel support to encourage participation. Some pre-workshop literature and discussions will occur remotely, as well as targeted horizontal (peer/mutual) and vertical (traditional) mentoring for each LI cohort. The one-day in-person portion of the LI will be run in concert with AAPT national meetings, followed by synchronous online sessions to provide a regular cadence of mentoring support for the participants as they implement their capstone projects.

### D. DEI Change Teams

This program will adopt the change-agents model[34] (for example *Collaborative Research: Supporting and Advancing Geoscience Education at Two-year Colleges through Workshops and Web Resources* [NSF-DUE-1122592, -1122640, and -1122737]). We will train cohorts in research-validated methods to improve diversity in STEM fields. This program addresses the critical issues of networking, professional development, and DEI. Participants will learn about the benefits of diverse groups in creative problem-solving, how to grow communities of belonging, and methods to create a culture of inclusivity. As part of the initial two-day training session, participants will develop strategies and activities to implement in their classes, departments, and institutions, utilizing recommendations in the *Leading for Change: The Racial Equity and Justice Institute Practitioner Handbook*[35]. They will spend one year practicing and revising their techniques. In the following year, participants will become workshop facilitators in their home institutions to train fellow STEM faculty to become Change Agents in their classes and departments. Each cohort will meet again at the end of their program for a one-day dissemination of their work and progress.

OPTYCs Director Lui has developed and facilitated a similar type of change program for active-learning in STEM fields. Co-Director Denicolo is on her institution's workgroup for Justice Equity Diversity and Inclusion (JEDI) initiatives, focusing on STEM teaching. Program Coordinator Marasco is heavily involved in various DEI initiatives in California and nationally.

We plan to offer two Change Team Cohorts during the grant period, each targeting ~20 participants. Each cohort will be supported through mutual mentoring groups, and help disseminate their projects through publications, presentations, and other venues.

### E. Mentoring Groups

Based on the successful e-Alliance model, *Mutual Mentoring to Reduce Isolation in Physics* [NSF-HRD-1500529], this program addresses the critical issues of isolation and networking. We will expand an existing database and revise its matching algorithm to create both horizontal and vertical mentoring groups for TYC physics faculty. Some groups can be long-term or on-going mutual support groups, while others may be time-limited for specific projects or goals.

To lower barriers to access, participants will be asked to determine what area(s) are of interest to their mentoring needs. Content topics that will be of interest include: tenure application, developing inquiry-based labs, alternate assessment techniques, teaching astronomy. Alternatively, personal growth and demographic-related topical groups may also be in demand, such as: LGBTQ support, student support in rural settings, and work-life balance for single parents.

Some of our OPTYCs team are participants in the e-Alliance project (Lui, Lathrop, Wood). Additionally, Lui is creating a pilot for TYC physics instructors as a consultant for the e-Alliance mentoring team. The model was implemented by Wood at her home institution to create a mutual mentoring group for faculty applying for post-tenure promotion to full professor[36].

To maximize flexibility, we will build upon the pilot program to determine issues most relevant to TYC faculty, and sort groups for horizontal (mutual) mentorship. We will also include options for vertical mentorship, which may be of particular interest for part-time instructors seeking a full-time position, for example, or a new faculty member looking to establish research goals. Groups will be provided with models of mentoring from afar, such as asynchronous mentoring, and syn-

chronous using virtual platforms. Regional groups may be able to meet in-person. To build cohesion, the grant will provide limited travel assistance to active mentorship groups to meet in-person yearly. The expectation will be for each group to meet regularly, but the timescale and frequency will depend on the specific needs of the group.

### F.  Tandem Conferences

In the past, a one-day Tandem Conference devoted to TYCs has been held in conjunction with a national AAPT Meeting, hosted by a nearby TYC, and serving ~50 TYC faculty each. Tandem Conferences have showcased topics such as: developing interdisciplinary labs, using weather balloons in research activities, and starting Learning Assistant programs at TYCs. The camaraderie developed at the Tandem Conferences contributes to the collegial and supportive culture of the TYC physics community. Collaborations between faculty members and their institutions have been formed from these events. However, organization and funding for these Tandems have been sporadic, relying on enterprising TYC faculty and generous donations from various sources. OPTYCs Director Lui hosted and co-organized the last Tandem Conference in 2015. To institutionalize these events, we will schedule regularly-occurring Tandems, archive documentation on how to host a Tandem, and provide guidelines for potential hosts and organizers.

During the funding period for this grant, we plan to hold two Tandem Conferences, associated with Summer Meetings of the AAPT. Organizers will solicit presentations, workshops, and activities, provide transportation to and from the national AAPT meeting site, and supply lunch. The Tandem Conferences will also be used to recruit participants for other OPTYCs activities. Plans will be developed for two Tandems after the funding period, with the long-term goal of offering a Tandem Conference every 2-4 years.

### G.  Data Collection on TYC Physics Students, Faculty, and Programs

We will collect pre-grant data via a short survey to assess the immediate needs of physics faculty at TYCs, which will help inform our various programs. This survey will provide a snapshot of the current working conditions for physics faculty and inform the more extensive survey, funded by the OPTYCs grant, to be conducted through the Statistics Research Center of the American Institute of Physics (AIP).

Two such national surveys have been conducted (in 2001 and 2011), with approximately 1000 TYCs included, and an estimated 215,000 students enrolled in a TYC physics or physical science course during the 2011-2012 academic year[1]. Providing a third snapshot of physics-related data specific to TYCs will elucidate changes and trends in students, faculty, and institutions. By analyzing these data on student learning, student and faculty demographics, campus working conditions, and programmatic trends, we can revise the recommendations for best practices in *The TYC Guidelines*. We will also determine whether more frequent surveys can be sustained in some form. Currently, the yearly national surveys by AIP aggregate TYCs into the "undergraduates" category. However, student populations, faculty focus, and institutional missions can be vastly different between TYCs and four-year institutions. Planning a mechanism to collect disaggregated data more frequently than each decade would be highly beneficial to expose such differences and changing trends. Such on-going data collection and analysis will inform revisions to *The TYC Guidelines.*

### H.  Physics Education Research Community

The number of students enrolling in a physics course at any one TYC is small, but through the collective gathering of data[37], we can facilitate statistically relevant PER at TYCs. This strategy broadens the relevance of physics education research to a more representative population of students who take college-level physics classes[15]. For example, to collect and analyze data on students using standard assessment tools (such as the Force Concept Inventory[38]), we will utilize the Assessment Data Explorer suite in PhysPort (*Physics Education Research User's Guide*

9

[NSF-DUE-0840853]). OPTYCs will work with PhysPort to create TYC-specific categories and to facilitate workshops on the use of these tools. OPTYCs will promote an active journal club and mentoring groups to engage the TYC community in physics education research discussions.

Since TYCs have traditionally placed little emphasis on education research, partnering with existing PER groups in four-year institutions may help to incentivize TYC participation, as well as to enrich PER data by including more diverse student populations. OPTYCs, as a national institution, will provide a mechanism to help foster these partnerships, and to support participants in the dissemination of their results. However, OPTYCs itself will not carry out PER work. Instead, we plan to seed PER within the TYC physics community by providing a hub for PER groups to connect with TYC faculty, helping individuals navigate IRB requirements, training faculty in using various analysis tools, and by empowering TYC researchers to disseminate their findings in peer-reviewed outlets. As an incentive to involvement in PER, we will offer travel support to those presenting on TYC PER at AAPT meetings.

OPTYCs will also serve as a translational service between PER findings and practical in-the-classroom implementation. Through collective research and mutual mentoring groups, we can establish a culture of PER at TYCs, not only to inform the community about all students taking physics, but also to improve scholarship within the TYC community.

I.  **Virtual Library, *The TYC Guidelines*, and Archive**

We will create and maintain an active archive of TYC physics initiatives. As leaders in the TYC community retire, knowledge and experience have been lost; each generation re-discovers methods to collaborate, network, and build expertise. Creating a single portal available to everyone for archiving materials that showcase successful projects, such as grant-funded programs, publications, and survey data, will institutionalize these efforts to allow for increased growth, rather than simply re-creating anew with each successive generation of faculty.

While databases exist for physics educational resources, such as comPADRE.org, providing a mechanism to curate such materials that are specific to TYC instruction will improve access and usage of these excellent materials. Moreover, instructional activities that help underserved students gain the academic skills needed to succeed will help the workforce as a whole; since many of these students begin their higher education at TYCs[2-3], targeted classroom materials relevant to TYCs are needed.

We will create videos from in-person workshops and other programs and use these in conjunction with other materials to provide accessible on-demand professional development opportunities. These offerings may be synchronous (webinar-like), or asynchronous, dependent on participant needs and facilitator availability. Such virtual offerings will help keep our professional-development programs sustainable beyond the grant-funded period and allow greater participant access due to more flexible scheduling and decreased costs.

*The TYC Guidelines* (see *Section I-B(5)*) will be updated and distributed to TYC departments nationally. The past two decades have seen much advancement in classroom technology, effective pedagogy, and inclusivity practices; these changes will be reflected in an updated edition of *The TYC Guidelines.*

## IV.  Four-Year Plan & Responsibilities

Table 1 presents a plan for the proposed grant activities, as well as the key personnel from the OPTYCs team who will be leading each.

*Table 1*. Grant activities timeline and lead personnel.

| | Activities (there may be overlap of some activities) | Personnel |
|---|---|---|
| **Pre-Grant** | Survey TYC physics faculty informally | Denicolo, Diff |
| | Pilot mentoring database, elicit feedback | Lui, Lathrop, Marasco |
| **Year 1** | Prepare comprehensive survey with AIP | Denicolo, Diff, Savrda |
| | Develop website, social media presence | Lui, AAPT professional |
| | Review The TYC Guidelines and previous updates | Desbien, Savrda |
| | Facilitate 2 CPDW (AAPT National Meetings)<br>Plan for 3-5 CPDW for Year 2 | Lui, Heafner, O'Kuma |
| | Plan, recruit participants for NFDS-Cohort 1 (NFDS-1) | Desbien, Haag, Wood |
| | Plan Leadership Institute - Cohort 1 (LI-1) | Desbien, Haag, Wood |
| | Plan Tandem Conference for Year 2 | Lui, Heafner, O'Kuma |
| | Deploy mentoring site, establish mentoring groups | Lui, Lathrop, Marasco |
| | Develop plan for DEI Change Teams program | Lui, Denicolo, Desbien |
| | Enable PER collaborations, support research planning using PhysPort | Denicolo, Diff, Savrda |
| | Meet with Advisory Board, discuss initial setup, solicit feedback and suggestions | All, Advisory Board |
| | Meet with External Evaluators to deploy assessments<br>Use evaluation of Year 1 to inform revisions to Year 2 plans | All, External Evaluators |
| **Year 2** | Deploy AIP comprehensive survey | Denicolo, Diff, AIP |
| | Facilitate 3-5 CPDW (AAPT National Meetings (2), 1-3 in other formats) | Lui, Heafner, O'Kuma |
| | Begin NFDS-1 Plan, recruit for NFDS-2 | Desbien, Haag, Wood |
| | Organize Tandem Conference (AAPT Summer Meeting) | Lui, Heafner, O'Kuma |
| | Facilitate LI-1 (AAPT Summer Meeting) | Desbien, Haag, Wood |
| | Expand number of mentoring groups to 5-8<br>Establish mutual mentoring groups within NFDS-1<br>Establish mutual mentoring group within LI-1 | Lui, Lathrop, Marasco<br>Desbien, Haag, Wood |
| | Deploy DEI Change Teams - Cohort 1 (Teams-1) program | Lui, Denicolo, Desbien |
| | Report on draft revisions to The TYC Guidelines | Desbien, Savrda |
| | Encourage faculty to add TYC student data to PhysPort<br>Pursue collaborations with existing PER groups | Denicolo, Diff, Savrda |
| | Meet with Advisory Board<br>Report on mid-grant status and evaluation | All |
| | Meet with External Evaluators<br>Use evaluation of Year 2 to inform revisions to Year 3 plans | All |
| | Explore sustainable funding options, report on possible models to develop | Co-PDs |
| **Year 3** | Analysis, dissemination of AIP comprehensive survey | Denicolo, Diff, Savrda |
| | Facilitate 3-5 CPDW (AAPT National Meetings (2), 1-3 synchronous virtual and/or in-person, 1-3 asynchronous) | Lui, Heafner, O'Kuma, AAPT professional |
| | Plan, deploy Commencement Conference for NFDS-1 (AAPT Summer Meeting) | Desbien, Haag, Wood |
| | Begin NFDS-2, plan its Commencement Conference | Desbien, Haag, Wood |
| | Continue expanding/revising mentoring groups<br>Recruit part-time instructors to mentoring groups<br>Establish mutual mentoring groups within NFDS-2 | Lui, Lathrop, Marasco,<br>Desbien, Haag, Wood |

| | Plan LI-2 (for Year 4) | Desbien, Haag, Wood |
|---|---|---|
| | Plan Tandem Meeting (for Year 4) | Lui, Heafner, O'Kuma |
| | Deploy DEI Change Teams-1 to home institutions<br>Deploy DEI Change Teams-2 (Teams-1 dissemination) | Lui, Denicolo, Desbien |
| | Report on possible revisions to *The TYC Guidelines* | Desbien, Savrda |
| | Analyze PhysPort Data<br>Consider future/further studies<br>Pursue collaborations with existing PER groups | Denicolo, Diff, Savrda |
| | Meet with Advisory Board | All |
| | Meet with External Evaluators<br>Use evaluation of Year 3 to inform revisions to Year 4 plans | All |
| | Develop, and begin deployment of post-grant sustainability plan for programs (CPDW, NFDS, LI, DEI Change Teams, Mentorship), Tandem Conferences, *The TYC Guidelines* revisions, and financial stability | All |
| Year 4 | Consult with AIP for follow-up data and/or analysis<br>Determine method to deploy comprehensive survey regularly (every ~5 years) | Denicolo, Diff, Savrda |
| | Facilitate 3-5 CPDW<br>- 1 at AAPT National Winter Meeting<br>- 1 at Tandem Meeting (summer)<br>- 1-3 at other times (varied platforms: virtual synchronous, virtual asynchronous and in-person) | Lui, Heafner, O'Kuma, video and web developer(s) |
| | Facilitate Commencement Conference for NFDS-2 | Desbien, Haag, Wood |
| | Facilitate Tandem Conference (AAPT Summer Meeting) | Lui, Heafner, O'Kuma |
| | Facilitate LI-2 | Desbien, Haag, Wood |
| | Continue mentoring groups, revise database and user interface as needed<br>Establish mutual mentoring group within LI-2 | Lui, Lathrop, Marasco<br>Desbien, Haag, Wood |
| | Deploy DEI Change Teams-2 to home institutions<br>Collect feedback and revise plan for future cohorts | Lui, Denicolo, Desbien |
| | Finalize *The TYC Guidelines* based on AIP report, other feedback<br>Publish and distribute *The TYC Guidelines* | Desbien, Savrda |
| | Continue PER studies, pursuing collaborations | Denicolo, Diff, Savrda |
| | Meet with Advisory Board | All |
| | Meet with External Evaluators | All |
| | Continue deployment of post-grant sustainability plan | All |

## V. Recruitment and Dissemination Plan

Recruitment is a critical ingredient in building and sustaining an enterprise such as OPTYCs, because sustainability goes beyond finances; it requires the flexibility to adapt to a changing educational environment. The recruitment of participants and the cultivation of the next generation of leaders is critical to that component of sustainability.

We will take a proactive role in spreading the word about OPTYCs and the benefits it can offer through regional and national meetings, mailing lists, social media, and personal networking. We will emphasize that OPTYCs programs are developed by TYC faculty to meet the needs of TYC faculty. Our base will be TYC faculty who are AAPT members. However, only one-quarter of full-time physics faculty at TYCs belong to AAPT[14]. No information on part-time faculty is currently available, but from those who report, very few are members of professional teaching organizations. With that recognition, we can partner with other organizers and institutions to grow the

12

OPTYCs community. We will reach out directly to TYC departments, through institutional administrators (Department Chairs, Deans), in which physics courses are housed, with distributions of brochures about OPTYCs in general. We will send invitations to specific events such as Tandem Conferences, NFDS, LI, and DEI Change Teams; this will require website-sleuthing to obtain contact information, especially for those not yet associated with professional organizations. We will connect with other national associations such as the American Chemical Society's Division of TYCs, National Association of Biology Teachers, SAGE, American Math Association - TYC and communicate with the American Association of Community Colleges, to invite those members to reach out to their physics-teaching colleagues, as well as learn how these organizations recruit members. OPTYCs will also have a robust social media presence to advertise its programs and recruit TYC physics faculty. We will also reach out to physics teacher-training programs to heighten awareness of careers within TYCs. One of our metrics of success will be to significantly increase the number of TYC faculty engaged in our community of practice.

To disseminate the results of the project, the leadership team and coordinators will give talks and poster presentations at national and regional meetings and publish descriptive articles in appropriate journals. In terms of PER studies, we will encourage TYC faculty to publish in standard research outlets, such as peer-reviewed journals and conference presentations. The AIP Report on physics at TYCs and the updated edition of the *The TYC Guidelines* will be other avenues of disseminating results of this project.

## VI.  Project Evaluation

The evaluation to be carried out by Drs. Chasteen and Chen Musgrove will serve (i) a *formative* function: providing directive feedback to help the project achieve its goals, and (ii) a *monitoring* function: evaluating the impact of the project using metrics gathered by project staff. Formative evaluation will focus on the building of community and achievement of impacts and sustainability (Table 2) given the established efficacy of the interventions. This comprehensive evaluation will be aligned to project goals and will be utilization-focused[39], emphasizing regular communication between the evaluators and project leadership, and using data by OPTYCs leadership for continuous project improvement. All evaluation reports, with a reflective discussion, will be delivered to the project leadership team who will provide a written response. Annual evaluation reports will also be delivered to the Advisory Board, who will consider these reports as they provide their own feedback to the project. Evaluation will follow the American Evaluation Association Program Evaluation Standards[40].

Evaluation methods will include observation of events, surveys, interviews and focus groups of program participants, document review, website analytics, and reflective discussion with project organizers. Document review may include review of participant artifacts (such as teaching materials, publications, and presentations) in the Virtual Library. The evaluators will provide input on the comprehensive national survey as appropriate. Faculty participants will submit plans for student outcome data as appropriate. To measure *student learning* outcomes, participating faculty will be encouraged to choose among appropriate assessments at Physport.org; for the DEI Change Teams a diversity and equity climate survey, such as that used by the American Physical Society's Climate Site Visit Program, will be used for measuring desired departmental outcomes; and for the LI, the DELTA survey[41] can be used for measuring faculty and student perceptions of changes in departmental climate. To measure *institutional* impacts, the evaluation will use an *outcome harvesting* approach[42] in which key informants are engaged to collect the impacts of a complex project at the end of the intervention, and then assess the contribution of the intervention to those outcomes. Outcome harvesting is appropriate here because OPTYCs is a complex initiative with outcomes that may be emergent. A *project dashboard* will be created on a shared platform to enable real-time curation of metrics and progress towards goals, such as publications,

13

website visits, conferences, participants, and dissemination. We will use the Program Sustainability Assessment Tool[43] (PSAT) to determine mechanisms for sustainability of OPTYCs. An *annual review* will include a review of that year's data, project organizer completion of the PSAT, reflective discussion, and an annual report.

*Table 2. Evaluation questions and methods. "FP" = Faculty participant. "SS" = Student. "PO" = Program organizer. Bullets represent the outcomes that will be measured to address the evaluation question.*

| Evaluation questions | Programs | Methods |
|---|---|---|
| **1. Is the project on track to achieve its intended goals?**<br>● PO progress towards larger goals<br>● Project programs and events<br>● Project structure and process<br>● FP numbers and demographics<br>● FP use of resources and programs | All | ● Reflective discussion<br>● Website analytics<br>● Document review<br>● Dashboard<br>● Annual review |
| **2. To what degree do students and faculty gain the desired knowledge and skills, and implement them?**<br>● SS outcome data (as reported by FP)<br>● FP interest in PD topics<br>● FP knowledge and skills<br>● FP motivation and empowerment<br>● FP plans for implementation | CPDW, NFDS, LI, DEI Change Teams, Mentorship, Tandem Confs. | ● Observation<br>● Surveys<br>● Participant surveys, interviews, focus groups |
| **3. To what degree is there a vibrant TYC physics community, or potential for such a community?**<br>● PO dissemination mechanisms<br>● Potential FP awareness of OPTYCs<br>● FP engagement & community<br>● Mentoring groups reported outcomes<br>● Collaborations and partnerships (FP & PO) | All | ● Document review<br>● Participant numbers & demographics<br>● Participant surveys, interviews, focus groups<br>● Dashboard |
| **4. To what degree is the project achieving the desired impacts in practice in DEI, teaching, PER, and institutional change?**<br>● LI and Change Teams outcomes (FP)<br>● Data collection plans from TYC<br>● TYC faculty engagement in PER<br>● Outcome harvesting (Year 4)<br>● Comparison of physics student transfer rates | LI, DEI Change Teams, data collection, PER community | ● Participant surveys, interviews, focus groups<br>● Document review<br>● Dashboard<br>● Student surveys<br>● Student numbers |
| **5. To what degree does OPTYCs have potential for sustainability of key initiatives and engagement?**<br>● Project partnerships and collaborations<br>● Project structures (e.g. website, virtual library)<br>● Project leadership<br>● *The TYC Guidelines*<br>● Institutionalized activities<br>● TYC community engagement and leadership | All | ● Reflective discussion<br>● Dashboard<br>● Annual review, including Program Sustainability Assessment Tool |

## VII.  Results from Previous NSF Support

● DUE-1161231. *Graduate and Transfer STEM Talent Expansion Program.* $1,800,000, 10/2012-1/2018. (LUI - co-PI) GT-STEP incorporated research-based instructional strategies into STEM courses, engaged TYC students in research, and provided embedded support for students in developmental math courses. <u>Intellectual Merit</u>: The project built on best practices for increasing retention in and recruitment of students into STEM degree and transfer programs. <u>Broader Impacts</u>: The number of students who graduated with an Associate's Degree

14

and/or transferred to four-year institutions as STEM majors increased. No peer-reviewed publications resulted from this project.

- ATE-1003633. *ATE Workshops for Physics Faculty*. $599,979, 4/2010-9/2016 (Desbien - co-PI) These series of workshops provided professional and curriculum development for physics teachers from high schools, two-year colleges, and four-year institutions, targeting courses for technology-based or technician careers. Intellectual Merit: The project was based on intensive hands-on training for effective integration of technology and learner-centered pedagogy. Broader Impacts: The project improved the understanding of the fundamental scientific concepts critical to the physical world and how these relate to the technological workforce. No peer-reviewed publications resulted from this project.

- DUE-1431638. *Collaborative Research: Enhancing Undergraduate STEM Education: Workshops and Learning Communities for Physics and Astronomy Faculty.* $1,268,109, 9/2014-present. (Hilborn – co-PI) This project promoted research-based active-learning pedagogies, assessed the workshop design and faculty learning communities. Intellectual Merit: The researchers developed the Real-Time Professional Development Observation Tool (R-PDOT), an assessment of faculty participation in PD, that offers insight into the structure of varied workshop designs and resulted in eight peer-reviewed papers, seven presentations, and a doctoral thesis[44-58]. Broader Impacts: The project directly addressed the national issue of student learning and retention, and engaged more than 950 new faculty members (who educate more than 100,000 students each year). More than 600 institutions sent participants to the workshops; minority-serving institutions (MSIs) made up 18% of the participants' home institutions—in line with the number of MSIs that offer physics degrees. Women constituted 25-30% of the participants, well above the 20% of physics PhDs currently earned by women.

## VIII.  Broader Impacts

OPTYCs will enhance the quality of physics education for a large number of students[1] by providing accessible, low-cost, discipline-specific professional development opportunities for TYC faculty. The Organization will increase the implementation of research-based instructional methods including DEI-based pedagogy, enhance crucial institutional knowledge, and develop a virtual community of practice focused on the needs of TYC physics faculty. Through networking and deliberate DEI training, we will champion the increased diversity of TYC faculty. The training on discipline-centered DEI strategies will also have a positive effect on the diversity, persistence and retention of students, and ultimately increase diversity and participation in the STEM workforce. OPTYCs will reduce the sense of isolation for TYC physics faculty, whether the isolation is due to location, small departments, demographic minorities, or part-time employment. Since many full-time TYC physics teaching faculty are the only ones on their campus and they often teach other topics, the impact of OPTYCs can reach beyond just physics. Multi-disciplinary departments are common at TYCs, and it is common to find students taking physics for different degrees, credentials, programs, and careers. Thus, there is a real potential to impact a large student population, infusing the STEM workforce with robust growth mindsets and diversity-oriented skills.

OPTYCs will transform the TYC physics-teaching community through the creation of a Community of Practice, by providing benchmarks for faculty growth and development, and by increasing student diversity and participation in the STEM workforce. OPTYCs will reduce the sense of isolation for two-year college faculty members, provide avenues for professional development, mentorship, and sustain leadership incubation. Using inclusive pedagogy, encouraging diversity, and following equitable practices, we will increase the number of STEM-trained graduates. We will create a cohesive, diverse, and future-focused community of physics-teaching faculty.

**REFERENCES**

1   White, Susan and Raymond Chu (2013). "Physics Enrollments in Two-Year Colleges." American Institute of Physics Statistical Research Center.

2   IPEDS (2020). Integrated Postsecondary Education Data System . National Center for Education Statistics.

3   ASEE (2019). "Many Engineering Grads Start Out at Two-Year Colleges." *American Society for Engineering Education Connections.* (October 3, 2019).

4   AIP (2020). *Team-Up Report.* American Institute of Physics.

5   Llamas, Jasmin D., Khoa Nguyen, and Alisia G.T.T. Tran (2021). "The case for greater faculty diversity: examining the educational impacts of student-faculty racial/ethnic match." *Race Ethnicity and Education.* Vol.24, p.375.

6   White House. (2021 April 28). "Fact Sheet: The American Families Plan." [Press Release].

7   Watkins, S.A. (Ed.) (1991). *Critical issues in two-year college physics and astronomy – 1990 and beyond.* American Association of Physics Teachers & American Physical Society, Topical Conference Series.

8   Palmer, J. C. (Ed.) (2000). *A model for reform: Two-year colleges in the twenty-first century: Breaking down barriers.* American Association of Physics Teachers.

9   Cech, Erin and Tom Waidzuna (2017). *STEM Inclusion Study Organization Report: AAPT.* Ann Arbor, MI: University of Michigan.

10  Korte, Andrea (2021). "Shirley Malcom leads a sea change for STEM equity." *Science.* Vol.371, p.900.

11  Neuschatz, Michael, Geneva Blake, Julie Friesner, and Mark Farling (1998). *American Institute of Physics Report: Physics in the Two-Year Colleges.* ISBN-1-56396-871-1.

12  Levin, J. S. (2013). "Understandings of community colleges in need of resuscitation: The case of community college faculty." In J. S. Levin & S. T. Kater (Eds.) *Understanding community colleges* (P. 233–254). New York, NY: Routledge Publishers.

13  Finley, Diane L. and Sherry L. Kinslow (2016). Faculty talk about teaching at the community college. *Oxford Handbooks Online.* doi:10.1093/oxfordhb/9780199935291.013.47.

14  Lui, Kristine P.H., Thomas O'Kuma, and Robert C. Hilborn (2021). "Linking physics in two-year colleges and physics professional societies." *New Directions for Community Colleges*. Vol.194, p.113.

15  Kanim, Stephen and Ximena C. Cid (2020). "Demographics of physics education research." *Physical Review - Physics Education Research*. Vol.16, article 020106.

16  AACC (2021). American Association of Community Colleges. DataPoints Archive.

17 AIP (2021). American Institute of Physics Statistical Research Center: Undergraduate Education.

18 AAPT (2002). *Guidelines for Two Year College Physics Programs*. American Association of Physics Teachers.

19 Norton, M.J. (2005). *AAPT SPIN-UP-TYC Booklet*. American Association of Physics Teachers.

20 Dowd, A.C. (2011). "Developing supportive STEM community college to four-year college and university transfer ecosystems." In S. Olson & J.B. Labov (Eds.) *Community colleges in the evolving STEM education landscape* (P.107–134). Washington, DC: The National Academies Press.

21 Wang, X. (2013). "Modeling entrance into STEM fields of study among students beginning at community colleges and four-year institutions." *Research in Higher Education*. Vol. 54(6). P.664. doi:10.1007/s11162-013-9291-x.

22 Brady, Shannon T., Geoffrey L. Cohen, Shoshana N. Jarvis, and Gregory M. Walton (2020). "A brief social-belonging intervention in college improves adult outcomes for black Americans". *Science Advances*. Vol. 6(18). doi:10.1126/sciadv.aay3689.

23 Li, Y. and C. Singh (2021). "Effect of gender, self-efficacy, and interest on perception of the learning environment and outcomes in calculus-based introductory physics courses". *Physical Review Physics Education Research*. Vol. 17(1), article 010143. doi:10.1103/PhysRevPhysEducRes.17.010143.

24 Theobald, Elli J., *et al.* (2020). "Active learning narrows achievement gaps for underrepresented students in undergraduate science, technology, engineering, and math". *Proceedings of the National Academy of Sciences*. Vol.117(12), p.6476. doi:10.1073/pnas.1916903117.

25 Toven-Lindsey, B. *et al.* (2015). "Increasing Persistence in Undergraduate Science Majors: A Model for Institutional Support of Underrepresented Students". *CBE—Life Sciences Education*. Edited by A. Gammie. Vol. 14(2). doi:10.1187/cbe.14-05-0082.

26  Lathrop, Renee (2017). *A Little Bit of Physics*. NetPub Corp. ISBN: 1587765578.

27  EP3 Team. *Effective Practices for Physics Programs*. American Physical Society, American Association of Physics Teachers. https://ep3guide.org/

28  Chasteen, Stephanie, Joel C. Carbo, Robert Dalka, and Chandra Turpen (2020). "Results from the 2020 EP3 Survey to Physics Department Chairs: External Report." *Effective Practices for Physics Programs*. https://www.aps.org/programs/education/ep3/upload/EP3-Chair-s-Survey-Report-External-102720-with-Logo.pdf.

29  Marcos D. Caballero and Laura Merner (2018). "Prevalence and nature of computational instruction in undergraduate physics programs across the United States." *Physical Review – Physics Education Research*. Vol.14, article 020129.

30  Nesra Yannier *et al.* (2021). "Active learning: 'Hands-on' meets 'minds-on'." *Science*. Vol.374, p.6563. doi:10.1126/science.abj9957.

31  Brown, Bryan (2019). *Science in the City: Culturally Relevant STEM Education*. Harvard Education Press.

32  Getty, Stephen, Natalie Gosnell, Barabara Whitten, and Joseph Taylor (2020). "Supporting Inclusive Teaching in Introductory College Physics." *The Physics Teacher*. Vol.58, p.312.

33  Johnson, Angela (2019). "A model of culturally relevant pedagogy in physics." *AIP Conference Proceedings 2019*. 130004.

34  Macdonald, Heather R. *et al.* (2019). "Accelerating change: The power of faculty change agents to promote diversity and inclusive teaching practices." *Journal of Geoscience Education*. Vol.67(4), p.330. doi:10.1080/10899995.2019.1624679.

35  Gentlewarrior, Sabrina and Luis Paredes (Eds.) (2021). *The Leading for Change Racial Equity and Justice Institute Practitioner Handbook*. Bridgewater State University on behalf of the Racial Equity and Justice Institute.

36  Darling, N., C. Greany, M. Kegley, A. Woods, K.E. Wood, and A. Miller (2021). "Empowering Women in Academia via Midcareer Mentoring (WAMM): Post Tenure Promotion." *The Chronicle of Mentoring & Coaching*. Vol.5(14), p.190.

37  Aiken, J. and H. Lewandowski (2021). "Data sharing model for physics education research using the 70000 response Colorado Learning Attitudes About Science Survey for Experimental Physics data set." *Physical Review – Physics Education Research*. Vol.17, article 020144.

38  Hestenes, D., M. Wells, and G. Swackhamer (1992). "Force Concept Inventory." *The Physics Teacher*. Vol.30, p.141.

39  Patton, M.Q. (2008). *Utilization-focused evaluation* (4th ed.). Thousand Oaks, CA: Sage.

40  Yarbrough, D.B., L.M. Shulha, R.K. Hopson, and F.A. Caruthers (2011). *The program evaluation standards: A guide for evaluators and evaluation users* (3rd ed.). Thousand Oaks, CA: Sage.

41  Ngai, C., M.E. Pilgrim, D.L. Reinholz, J.C. Corbo, and G.M. Quan (2020). "Developing the DELTA: Capturing Cultural Changes in Undergraduate Departments." *CBE - Life Sciences Education*. Vol.19(2). doi:10.1187/cbe.19-09-0180

42  Britt, H. and R. Wilson-Grau (2012). *Outcome Harvesting*. Cairo, Egypt: Ford Foundation.

43  Luke, D.A., A. Calhoun, C. Robichaux, M.B. Elliott, and S. Moreland-Russell (2014). "The Program Sustainability Assessment Tool: A new instrument for public health programs." *Preventing Chronic Disease*. Vol.11:130184.

44  S.V. Chasteen and R. Chattergoon (2020). "Insights from the Physics and Astronomy New Faculty Workshop: How do new physics faculty teach?" *Physical Review - Physics Education Research*. Vol.16(2). doi:10.1103/PhysRevPhysEducRes.16.020164.

45  S. Chasteen and R. Chattergoon (2019). "A comparison study of pre/post-test and retrospective pre-test for measuring faculty attitude change." *Physics Education Research Conference 2019.* doi: https://doi.org/10.1119/perc.2019.

46  A. Olmstead and C. Turpen (2017). "Pedagogical sensemaking or 'doing school': In well-designed workshop sessions, facilitation makes the difference." *Physical Review - Physics Education Research*. Vol.13(2), article 020123.

47  M. Dancy, A.C. Lau, A. Rundquist, and C. Henderson (2019). "Faculty online learning communities: A model for sustained teaching transformation." *Physical Review - Physics Education Research*. Vol.15(2), article 020147.

48  A. Olmstead and C. Turpen (2015). "'I got in trouble': A case study of faculty 'doing school' during professional development." *Physics Education Research Conference 2015*. College Park, MD. p.243.

49  A. Olmstead and C. Turpen (2015). "Assessing the interactivity and prescriptiveness of faculty professional development workshops: The real-time professional development observation tool." *Physical Review - Physics Education Research*. Vol.12(2), article 020136.

4

50  C. Turpen, A.R. Olmstead, and H. Jardine (2016). "A case of physics faculty engaging in pedagogical sense-making." *Physics Education Research Conference 2016.* Sacramento, CA. P.356. https://www.compadre.org/per/items/4623.pdf

51  S.V. Chasteen, R. Chattergoon, E.E. Prather, and R. Hilborn (2016). "Evaluation methodology and results for the new faculty workshops." *Physics Education Research Conference 2016.* Sacramento, CA. P.72. doi:10.1119/perc.2016.pr.013.

52  R.C. Hilborn (2015). "The Physics and Astronomy New Faculty Workshop Series." *National Meeting of the National Society of Black Physicists 2015.* Baltimore, MD.

53  R.C. Hilborn (2016). "Enhancing Undergraduate STEM Education: Workshops and Learning Communities For Physics and Astronomy Faculty." *National Science Foundation IUSE Symposium.*

54  S.V. Chasteen, R. Chattergoon, E.E. Prather, and R.C. Hilborn (2016). "Assessment with Purpose: Evaluation of the New Faculty Workshop." *Physics Education Research Conference 2016.* Sacramento, CA. p.72. doi:https://doi.org/10.1119/perc.2016.

55  R.C. Hilborn (2017). "The Physics and Astronomy New and Experienced Faculty Workshops." *American Physical Society March Meeting.* New Orleans, LA.

56  M.H. Dancy, C. Henderson, and A. Rundquist (2018). "The Nature of Teacher Talk in Faculty Online Learning Communities." *American Association of Physics Teachers Summer Meeting.* Washington, D.C.

57  E.E. Prather (2018). "The Principles and Impacts of the New Faculty Workshop." *Professional and Organizational Development (POD) Network in Higher Education.* Seattle, WA.

58  A.R. Olmstead (2016). *Teaching-focused workshops for astronomy and physics faculty.* PhD Thesis. University of Maryland, College Park, MD.

**Effective 10/04/2021**          **NSF BIOGRAPHICAL SKETCH**          **OMB-3145-0058**

NAME**:**  Kristine Lui

POSITION TITLE & INSTITUTION: Consultant, American Association of Physics Teachers

**A. PROFESSIONAL PREPARATION - (see PAPPG Chapter II.C.2.f.(i)(a))**

| INSTITUTION | LOCATION | MAJOR/AREA OF STUDY | DEGREE (if applicable) | YEAR (YYYY) |
|---|---|---|---|---|
| University of Guelph | Guelph, ON, Canada | Physics | B.Sc. | 1998 |
| University of Alberta | Edmonton, AB, Canada | Physics | Ph.D. | 2003 |

**B. APPOINTMENTS - (see PAPPG Chapter II.C.2.f.(i)(b))**

| From - To | Position Title, Organization and Location |
|---|---|
| 2021 - present | Consultant for e-Alliance Project, American Association of Physics Teachers College Park, MD |
| 2021 - 2021 | Visiting Assistant Professor (Physics), Swarthmore College, Swarthmore, PA |
| 2017 - 2020 | Professor (Physics), Montgomery College, Germantown, MD |
| 2013 - 2017 | Associate Professor, Montgomery College, Germantown, MD |
| 2008 - 2013 | Assistant Professor, Montgomery College, Germantown, MD |
| 2009 - 2015 | Coordinator for Physics, Engineering, Astronomy, and Geology, Montgomery College Germantown, MD |
| 2006 - 2007 | Adjunct Assistant Professor, Brooklyn College, New York, NY |
| 2003 - 2004 | Sessional Lecturer, University of Alberta, Edmonton, AB, Canada |
| 1998 - 2002 | Graduate Teaching Assistant, University of Alberta, Edmonton, AB, Canada |
| 1995 - 1997 | Undergraduate Teaching Assistant, University of Guelph, Guelph, ON, Canada |

**C. PRODUCTS - (see <span style="color:blue">PAPPG Chapter II.C.2.f.(i)(c)</span>) Products Most Closely Related to the Proposed Project**

1. Amy L. Graves, Etsuko Hoshino-Brown, Kristine P.H. Lui (2017). Journal of Women and Minorities in Science and Engineering, Vol. 23, pp. 15-36. "Swimming Against the Tide: Gender Bias in the Physics Classroom"
2. NSF DUE-1161231 (2012-2018). Kristine Lui (co-PI). "Graduate and Transfer STEM Talent Expansion Program". The Program for Active Learning in STEM: one-year-long faculty professional development fellowship using a cohort model.
3. K. Lui (Copyright 2007). "Introduction to Physics". A course manual, including worksheets and laboratory activities designed for an introductory course for non-science majors taking physics at Brooklyn College.
4. http://www.physics.uoguelph.ca/tutorials/tutorials.html (1995) Online tutorials developed to enhance student learning about basic introductory physics concepts.

**Other Significant Products, Whether or Not Related to the Proposed Project**

1. K.P.H. Lui and F.A. Hegmann (2003). Journal of Applied Physics, Vol. 93, pp. 9012-9018.
"Fluence- and temperature-dependent studies of carrier dynamics in radiation-damaged silicon-on-sapphire and amorphous silicon".

2. F.A. Hegmann, R.R. Tykwinski, K.P.H. Lui, J.E. Bullock, and J.E. Anthony (2002). Physical Review Letters, Vol. 89, article no. 227403.
"Picosecond transient photoconductivity in functionalized pentacene molecular crystals probed by terahertz pulse spectroscopy".

3. K.P.H. Lui and F.A. Hegmann (2001). Applied Physics Letters, Vol. 78(22), pp. 3478-3489.
"Ultrafast carrier relaxation in radiation-damaged silicon on sapphire studied by optical-pump – THz-probe experiments".

4. Lorne A. Whitehead, Peter Kan, Kris Lui, Stephane Jacob (1999). Journal of the Illuminating Engineering Society, Vol. 28(2), pp. 3-9.
"Near Field Photometry of Prism Light Guide Luminaires using a CCD Camera".

**D. SYNERGISTIC ACTIVITIES - (see PAPPG Chapter II.C.2.f.(i)(d))**

• Virtual workshops and discussions: As part of an ad-hoc team organizing and hosting virtual symposia and panels to help two-year college physics instructors cope with the sudden transition to remote instruction. (On-going)
• Course development: Continual improvement of classroom instruction to employ inquiry-based techniques for science and engineering majors. This involves the creation and implementation of worksheets, group activities, hands-on experiences within the classroom environment, and learner-centered assessment strategies. (On-going)
• Program leadership: Creating and facilitating fellowship programs for faculty to develop student-centered activities in their teaching portfolio. (2012-2018)
• Program coordination: Facilitating workshops on Culturally Relevant Teaching for faculty. (2014-2018)

**Effective 10/04/2021**          **NSF BIOGRAPHICAL SKETCH**          OMB-3145-0058

NAME**:** Glenda Denicolo

POSITION TITLE & INSTITUTION: Associate Professor, Suffolk County Community College, NY

**A. PROFESSIONAL PREPARATION - (see PAPPG Chapter II.C.2.f.(i)(a))**

| INSTITUTION | LOCATION | MAJOR/AREA OF STUDY | DEGREE (if applicable) | YEAR (YYYY) |
|---|---|---|---|---|
| Federal University of Paraná | Curitiba, Brazil | Physics | B.S. in Physics | 1997 |
| National Observatory | Rio de Janeiro, Brazil | Astronomy, thesis: "Analysis of the relationships between galaxy morphology, star formation rate and the environment" | M.S. in Astronomy | 1999 |
| Institute of Astronomy, University of Cambridge | Cambridge, UK | Astronomy, thesis: "Spectroscopic Properties of Nearby Elliptical Galaxies" | Ph.D. in Astronomy | 2004 |
| Dept. of Astronomy and Astrophysics, University of California at Santa Cruz | Santa Cruz, CA | Spectroscopy of globular clusters | Postdoctoral researcher | 2003-2004 |

**B. APPOINTMENTS - (see PAPPG Chapter II.C.2.f.(i)(b))**

| From - To | Position Title, Organization and Location |
|---|---|
| 2020 | Chair of the Committee on Physics in Two Year Colleges of the American Association of Physics Teachers, https://www.aapt.org/aboutaapt/organization/tyc.cfm (voluntary) |
| 2019-2022 | Member of the Board of Directors of the Astronomical Society of New York https://www.astrony.org/people (voluntary) |
| 2015-present | Associate Professor of Physical Sciences, Department of Physical Sciences, Suffolk County Community College, NY (full-time) |
| 2011-2015 | Assistant Professor of Physical Sciences, Department of Physical Sciences, Suffolk County Community College, NY (full-time) |
| 2009 | Summer lecturer of Astronomy 101, Department of Physics and Astronomy, Stony Brook University, NY (adjunct) |
| 2008 | Summer lecturer of Astronomy 105, Department of Physics and Astronomy, Stony Brook University, NY (adjunct) |
| 2007-2011 | Instructor of Physical Sciences, Department of Physical Sciences, Suffolk County Community College, NY (full-time) |
| 2007 | Lecturer of Astronomy 105 during the Spring semester of 2007, Department of Physics and Astronomy, Stony Brook University, NY (adjunct) |
| 2006 | Substitute teacher of Physics for Advanced Placement Physics C and B classes, and Honors Physics, during the Fall semester of 2006, Deer Park High School, NY (part-tim |

**C. PRODUCTS - (see PAPPG Chapter II.C.2.f.(i)(c)) Products Most Closely Related to the Proposed Project**

Assessing Program Learning Outcomes: A Tale of Self-Discovery, Denicoló, G., 2019, The Physics Teacher, Vol. 57, p. 47,  https://doi.org/10.1119/1.5084929

**Other Significant Products, Whether or Not Related to the Proposed Project**

Old Globular Clusters Masquerading as Young in NGC 4365?, Brodie, J. P.; Strader, J.; Denicoló, G.; Beasley, M. A.; Cenarro, A. J.; Larsen, S. S.; Kuntschner, H.; Forbes, D. A., 2005, Astronomical Journal, Vol. 129, p. 2643

Group, field and isolated early-type galaxies - II. Global trends from nuclear data, Denicoló, G.; Terlevich, R.; Terlevich, E.; Forbes, D. A.; Terlevich, A., 2005, Monthly Notices of the Royal Astronomical Society, Vol. 358, p. 813

Group, field and isolated early-type galaxies - I. Observations and nuclear data, Denicoló, G.; Terlevich, R.; Terlevich, E.; Forbes, D. A.; Terlevich, A.; Carrasco, L., 2005, Monthly Notices of the Royal Astronomical Society, Vol. 356, p. 1440

New light on the search for low-metallicity galaxies - I. The N2 calibrator, Denicoló, G.; Terlevich, R.; Terlevich, E., 2002, Monthly Notices of the Royal Astronomical Society, Vol. 330, p. 69

The Spin Axis Position of C/1995 O1 (Hale-Bopp), Licandro, J.; Bellot Rubio, L. R.; Casas, R.; Gómez, A.; Kidger, M. R.; Sabalisk, N.; Santos-Sanz, P.; Serra-Ricart, M.; Torres-Chico, R.; Oscoz, A.; Jorda, L.; Denicoló, G., 1999, Earth, Moon, and Planets, Vol. 77, p. 199

**D. SYNERGISTIC ACTIVITIES - (see PAPPG Chapter II.C.2.f.(i)(d))**

2016-2018, 2021: Referee for The Physics Teacher, a peer-reviewed journal dedicated to strengthneing the teaching of physics.

2020: starting at the onset of COVID-19 pandemic, I was the organizer of bi-weekly remote meetings with the national community of two-year college physics teachers; manager and curator of the educational materials shared at the website of the Committee on Physics in Two Year Colleges of the American Association of Physics Teachers, https://sites.google.com/a/aapt.org/comm/resources

2015-2018: voting member of the Committee on Physics in Two Year Colleges of the American Association of Physics Teachers, https://www.aapt.org/aboutaapt/organization/tyc.cfm

2018: External reviewer for the Liberal Arts and Sciences program of Queensborough Community College, NY

2016-2021: several poster presentations at national meetings of the American Association of Physics Teachers

**Effective 10/04/2021**          **NSF BIOGRAPHICAL SKETCH**          **OMB-3145-0058**

NAME**:**  Dwain Desbien

POSITION TITLE & INSTITUTION: Physics Professor Estrella Mountain Community College

**A. PROFESSIONAL PREPARATION - (see PAPPG Chapter II.C.2.f.(i)(a))**

| INSTITUTION | LOCATION | MAJOR/AREA OF STUDY | DEGREE (if applicable) | YEAR (YYYY) |
|---|---|---|---|---|
| Grinnell College | Grinnell, IA | Physics | B.A. Physics | 1990 |
| University of Kansas | Lawrence, KS | Physics | M.S. Physics | 1993 |
| Arizona State University | Tempe, AZ | Curriculum and Instruction, Science Edcuation | Ph.D. Physics Education Research | 2002 |

**B. APPOINTMENTS - (see PAPPG Chapter II.C.2.f.(i)(b))**

| From - To | Position Title, Organization and Location |
|---|---|
| 2021-present | Advisory Board, Quantum for All NSF funded Project (https://quantumforall.org, NSF ) |
| 2001-present | Physics Professor, Estrella Mountain Community College, Avondale, AZ, Including Division Chair from 2003-2009 |
| 2006-20015 | Co-PI ATE Project for Physics Faculty (NSF #0603272 and #1003633), Lee College and Estrella Mountain Community College |
| 1996-2001 | Graduate Teaching and Research Assistant, Arizona State University, Tempe, AZ |
| 1997-2000 | Adjunct Physics Instructor, Chandler-Gilbert Community College, Gilbert, AZ |
| 1993-1996 | Physics Instructor, Highland Community College, Highland, Ks |

**C. PRODUCTS - (see PAPPG Chapter II.C.2.f.(i)(c)) Products Most Closely Related to the Proposed Project**

D.M. Desbien, Modeling Discourse Management Compared to Other Classroom Management Styles in University, Ph.D. Dissertation (Arizona State University, 2002).

D.M. Desbien "Graphs as a Problem Solving Tool in 1d", November, 2007, The Physics Teacher.

D.M. Desbien "High-Speed Video Analysis in a Conceptual Physics Class", September, 2011, The Physics Teacher.

**Other Significant Products, Whether or Not Related to the Proposed Project**

**D. SYNERGISTIC ACTIVITIES - (see PAPPG Chapter II.C.2.f.(i)(d))**

Served on the Executive Board of the American Association of Physics Teachers (AAPT) (2006-2009).  Served as AZ section president for two years.  Was awarded a Distinguished Service Citation from AAPT in 2011. In 2015 was awarded the David Halliday and Robert Resnick Award for Excellence in Undergraduate Physics Teaching from AAPT. Served on the editorial board of The Physics Teacher for six years.

Giving workshops at national and regional AAPT meetings on modeling, discourse management and assessment. Given national workshops through the TYC physics project (Hiegelleke and O'kuma) and the PEPTYC program on modeling for Community College instructors.  Given numerous invited and contributed talks at national/regional AAPT meetings. Given many presentations at national and AZ section of the AAPT.

Effective 10/04/2021          **NSF BIOGRAPHICAL SKETCH**          OMB-3145-0058

NAME**:**  Robert C. Hilborn

POSITION TITLE & INSTITUTION: Associate Executive Officer, American Association of Physics Teachers

**A. PROFESSIONAL PREPARATION - (see PAPPG Chapter II.C.2.f.(i)(a))**

| INSTITUTION | LOCATION | MAJOR/AREA OF STUDY | DEGREE (if applicable) | YEAR (YYYY) |
|---|---|---|---|---|
| Lehigh University | Bethlehem, PA | physics | B.A. (with highest honors) | 1966 |
| University of Vienna | Vienna, Austria | liberal arts | | 1964-65 |
| Harvard University | Cambridge, MA | physics | M.A. | 1967 |
| Harvard University | Cambridge, MA | physics | Ph.D. | 1971 |
| State University of New York at Stony Brook | Stony Brook, NY | physics | Physics Post-doctoral position | 1971-1973 |

**B. APPOINTMENTS - (see PAPPG Chapter II.C.2.f.(i)(b))**

| From - To | Position Title, Organization and Location |
|---|---|
| 2011 - present | Associate Executive Officer, American Association of Physics Teachers, College Park, MD |
| 2011 - present | Research Affiliate, University of Maryland - College Park |
| 2008 - 2011 | Head, Science/Mathematics Education and Professor of Physics, University of Texas at Dallas, Richardson, TX |
| 2007 - 2008 | Research Professor of Physics, Science Director: Center for Science, Mathematics, and Computer Education and Department of Physics and Astronomy, University of Nebraska, Lincoln, NE |
| 2006 - 2007 | Senior Physics Fellow, American Association of Physics Teachers, College Park, MD |
| 1993 - 2006 | Amanda and Lisa Cross Professor of Physics, Amherst College, Amherst, MA |
| 2000 - 2003 | Associate Dean of the Faculty, Amherst College, Amherst, MA |
| 2005 - 2006 | Chair, Department of Physics, Amherst College, Amherst, MA |
| 2000 - 2001 | Chair, Department of Physics, Amherst College, Amherst, MA |
| 1989 - 1992 | Chair, Department of Physics, Amherst College, Amherst, MA |
| 1986 - 1993 | Professor of Physics, Amherst College, Amherst, MA |
| 1984 - 1986 | Professor of Physics, Oberlin College, Oberlin, OH |
| 1979 - 1984 | Associate Professor of Physics, Oberlin College, Oberlin, OH |
| 1973 - 1979 | Assistant Professor of Physics, Oberlin College, Oberlin, OH |

**C. PRODUCTS - (see PAPPG Chapter II.C.2.f.(i)(c)) Products Most Closely Related to the Proposed Project**

1. "The Role of Scientific Societies in STEM Faculty Workshops: A Report of the May 3, 2012 Meeting of the Council of Scientific Society Presidents."  Editor. (American Association of Physics Teachers, College Park, MD, 2013).
2. "Strategic Programs for Innovations in Undergraduate Physics:  A Report on Project SPIN-UP," with Kenneth S. Krane and Ruth H. Howes (American Association of Physics Teachers, College Park, MD, 2003).
3.  "Why Many Undergraduate Physics Programs Are Good but Few Are Great," with Ruth H. Howes, Physics Today 56, 38-44 (September, 2003).
4. "Maximizing undergraduate STEM learning: Promoting research at the intersection of cognitive psychology and discipline-based education research." M. A. McDaniel, J.P. Mestre, R. F. Frey, R. Gouravajhala, R. C. Hilborn, T. Miyatsu, J. W. Morphew, and L. L. Slakey (2016). Final report of an NSF-sponsored DBER-CogPsy meeting. Available at https://circle.wustl.edu/white-paper-maximizing-undergraduate-stem-learning/.
5. "Linking physics in two-year colleges and physics professional societies," with Kristine P. H. Lui and Thomas O'Kuma, New Directions for Community Colleges 194, 113-124 (2021)  https://doi.org/10.1002/cc.20457.

**Other Significant Products, Whether or Not Related to the Proposed Project**

1. Chaos and Nonlinear Dynamics:  An Introduction for Scientists and Engineers (Oxford University Press, 1994). Second edition, 2000.
2. The Spin and Statistics Connection and Commutation Relations:  Experimental Tests and Theoretical Implications, co-editor with G. M. Tino.  (American Institute of Physics, New York, 2000).
3. "Stochastic Coherence in an Oscillatory Gene Circuit Model," with Jessie D. Erwin*, Journal of Theoretical Biology 253, 349-354 (2008).
4. "PICUP: A Community of Teachers Integrating Computation into Undergraduate Physics Courses," Phys. Teach. 57 (6), 397-399 (September 2019).   Marcos D. Caballero, Norman Chonacky, Larry Engelhardt, Robert C. Hilborn, Marié Lopez del Puerto, and Kelly R. Roos.  DOI: 10.1119/1.5124281
5. "Does GW170814 rule out non-tensorial gravitational wave polarization?" Class. Quantum Grav. 38, 085003 (2021) https://doi.org/10.1088/1361-6382/abe9f4

**D. SYNERGISTIC ACTIVITIES - (see PAPPG Chapter II.C.2.f.(i)(d))**

2020-present   Member, TEAM-UP Workshop Organizing Committee, part of an American Institute of Physics Project to enhance the participation of Black students in undergraduate physics programs
2019-present   Fellow, American Association for the Advancement of Science
2004-present   Fellow, American Physical Society
2008-2012 Member of the MR5 Committee (MCAT review and revision), sponsored by the Association of American Medical Colleges.
2005-2008   Member of the Scientific Foundations for Future Physicians Committee, sponsored by the Howard Hughes Medical Institute and the Association of American Medical Colleges

# SUMMARY
## PROPOSAL BUDGET

YEAR   1

| ORGANIZATION | FOR NSF USE ONLY | | |
|---|---|---|---|
| **American Association of Physics Teachers** | PROPOSAL NO. | DURATION (months) | |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR | | Proposed | Granted |
| **Kristine Lui** | AWARD NO. | | |

| A.  SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty  and Other Senior Associates (List each separately with title, A.7.  show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1. **Kristine Lui - Project Director** | 10.00 | 0.00 | 0.00 | **70,000** | |
| 2. **Glenda Denicolo - Project co-Director** | 2.00 | 0.00 | 0.00 | **14,000** | |
| 3. **Dwain Desbien - Project co-Director** | 2.00 | 0.00 | 0.00 | **14,000** | |
| 4. **Robert C Hilborn - Project co-Director** | 2.00 | 0.00 | 0.00 | **14,000** | |
| 5. | | | | | |
| 6. ( **0** ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.00 | 0.00 | 0.00 | **0** | |
| 7. ( **4** ) TOTAL SENIOR PERSONNEL (1 - 6) | 16.00 | 0.00 | 0.00 | **112,000** | |
| B.  OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( **0** ) POST DOCTORAL SCHOLARS | 0.00 | 0.00 | 0.00 | **0** | |
| 2. ( **2** ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 4.50 | 0.00 | 0.00 | **45,000** | |
| 3. ( **0** ) GRADUATE STUDENTS | | | | **0** | |
| 4. ( **3** ) UNDERGRADUATE STUDENTS | | | | **9,000** | |
| 5. ( **1** ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | **7,000** | |
| 6. ( **0** ) OTHER | | | | **0** | |
| TOTAL SALARIES AND WAGES (A + B) | | | | **173,000** | |
| C.  FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | **46,120** | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | **219,120** | |
| D.  EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | **0** | |
| E.  TRAVEL        1.  DOMESTIC (INCL. U.S. POSSESSIONS) | | | | **60,400** | |
| 2.  INTERNATIONAL | | | | **0** | |
| F.  PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS        $ ——————————— **0** | | | | | |
| 2. TRAVEL                ——————————— **36,000** | | | | | |
| 3. SUBSISTENCE        **10,000** | | | | | |
| 4. OTHER                **0** | | | | | |
| TOTAL NUMBER OF PARTICIPANTS     ( **60** )         TOTAL PARTICIPANT COSTS | | | | **46,000** | |
| G.  OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | **17,000** | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | **2,000** | |
| 3. CONSULTANT SERVICES | | | | **164,000** | |
| 4. COMPUTER SERVICES | | | | **7,500** | |
| 5. SUBAWARDS | | | | **0** | |
| 6. OTHER | | | | **0** | |
| TOTAL OTHER DIRECT COSTS | | | | **190,500** | |
| H.  TOTAL DIRECT COSTS (A THROUGH G) | | | | **516,020** | |
| I.  INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) | | | | | |
| **AAPT (Rate: 34.0000, Base: 470021)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | **159,807** | |
| J.  TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | **675,827** | |
| K.  FEE | | | | **0** | |
| L.  AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | **675,827** | |
| M. COST SHARING PROPOSED LEVEL $        **0**          AGREED LEVEL IF DIFFERENT $ | | | | | |

| PI/PD NAME | FOR NSF USE ONLY | | |
|---|---|---|---|
| **Kristine Lui** | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* | Date Checked | Date Of Rate Sheet | Initials - ORG |

1 *ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

# SUMMARY
## PROPOSAL BUDGET    YEAR    2

| | | | | | FOR NSF USE ONLY | | |
|---|---|---|---|---|---|---|---|
| ORGANIZATION **American Association of Physics Teachers** | | | | | PROPOSAL NO. | DURATION (months) | |
| | | | | | | Proposed | Granted |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR **Kristine Lui** | | | | | AWARD NO. | | |

| A. SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates (List each separately with title, A.7. show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1. **Kristine Lui - Project Director** | 10.00 | 0.00 | 0.00 | **72,100** | |
| 2. **Glenda Denicolo - Project co-Director** | 2.00 | 0.00 | 0.00 | **14,420** | |
| 3. **Dwain Desbien - Project co-Director** | 2.00 | 0.00 | 0.00 | **14,420** | |
| 4. **Robert C Hilborn - Project co-Director** | 2.00 | 0.00 | 0.00 | **14,420** | |
| 5. | | | | | |
| 6. ( **0** ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.00 | 0.00 | 0.00 | **0** | |
| 7. ( **4** ) TOTAL SENIOR PERSONNEL (1 - 6) | 16.00 | 0.00 | 0.00 | **115,360** | |
| B. OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( **0** ) POST DOCTORAL SCHOLARS | 0.00 | 0.00 | 0.00 | **0** | |
| 2. ( **2** ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 4.50 | 0.00 | 0.00 | **46,350** | |
| 3. ( **0** ) GRADUATE STUDENTS | | | | **0** | |
| 4. ( **10** ) UNDERGRADUATE STUDENTS | | | | **30,000** | |
| 5. ( **1** ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | **7,210** | |
| 6. ( **0** ) OTHER | | | | **0** | |
| TOTAL SALARIES AND WAGES (A + B) | | | | **198,920** | |
| C. FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | **49,577** | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | **248,497** | |
| D. EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | **0** | |
| E. TRAVEL    1. DOMESTIC (INCL. U.S. POSSESSIONS) | | | | **60,400** | |
| 2. INTERNATIONAL | | | | **0** | |
| F. PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS    $ **0** | | | | | |
| 2. TRAVEL    **87,000** | | | | | |
| 3. SUBSISTENCE    **36,000** | | | | | |
| 4. OTHER    **0** | | | | | |
| TOTAL NUMBER OF PARTICIPANTS    ( **145** )    TOTAL PARTICIPANT COSTS | | | | **123,000** | |
| G. OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | **2,000** | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | **2,000** | |
| 3. CONSULTANT SERVICES | | | | **166,400** | |
| 4. COMPUTER SERVICES | | | | **8,500** | |
| 5. SUBAWARDS | | | | **0** | |
| 6. OTHER | | | | **0** | |
| TOTAL OTHER DIRECT COSTS | | | | **178,900** | |
| H. TOTAL DIRECT COSTS (A THROUGH G) | | | | **610,797** | |
| I. INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) **AAPT (Rate: 34.0000, Base: 487797)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | **165,851** | |
| J. TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | **776,648** | |
| K. FEE | | | | **0** | |
| L. AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | **776,648** | |
| M. COST SHARING PROPOSED LEVEL $    **0**    AGREED LEVEL IF DIFFERENT $ | | | | | |

| PI/PD NAME **Kristine Lui** | FOR NSF USE ONLY | | |
|---|---|---|---|
| | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* | Date Checked | Date Of Rate Sheet | Initials - ORG |

2 *ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

# SUMMARY
## PROPOSAL BUDGET     YEAR    3

| | | | | | |
|---|---|---|---|---|---|
| **ORGANIZATION** | | | **FOR NSF USE ONLY** | | |
| **American Association of Physics Teachers** | | | PROPOSAL NO. | DURATION (months) | |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR | | | | Proposed | Granted |
| **Kristine Lui** | | | AWARD NO. | | |

| A.  SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates (List each separately with title, A.7.  show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1. **Kristine Lui - Project Director** | 10.00 | 0.00 | 0.00 | **74,263** | |
| 2. **Glenda Denicolo - Project co-Director** | 2.00 | 0.00 | 0.00 | **14,853** | |
| 3. **Dwain Desbien - Project co-Director** | 2.00 | 0.00 | 0.00 | **14,853** | |
| 4. **Robert C Hilborn - Project co-Director** | 2.00 | 0.00 | 0.00 | **14,853** | |
| 5. | | | | | |
| 6. (  **0** ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.00 | 0.00 | 0.00 | **0** | |
| 7. (  **4** ) TOTAL SENIOR PERSONNEL (1 - 6) | 16.00 | 0.00 | 0.00 | **118,822** | |
| B.  OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. (  **0** ) POST DOCTORAL SCHOLARS | 0.00 | 0.00 | 0.00 | **0** | |
| 2. (  **2** ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 2.50 | 0.00 | 0.00 | **26,523** | |
| 3. (  **0** ) GRADUATE STUDENTS | | | | **0** | |
| 4. (  **3** ) UNDERGRADUATE STUDENTS | | | | **30,000** | |
| 5. (  **1** ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | **7,426** | |
| 6. (  **0** ) OTHER | | | | **0** | |
| TOTAL SALARIES AND WAGES (A + B) | | | | **182,771** | |
| C.  FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | **44,184** | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | **226,955** | |
| D.  EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | **0** | |
| E.  TRAVEL          1.  DOMESTIC (INCL. U.S. POSSESSIONS) | | | | **60,400** | |
| 2.  INTERNATIONAL | | | | **0** | |
| F.  PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS          $ **0** | | | | | |
| 2. TRAVEL          **102,000** | | | | | |
| 3. SUBSISTENCE          **50,000** | | | | | |
| 4. OTHER          **0** | | | | | |
| TOTAL NUMBER OF PARTICIPANTS          (  **170** ) | TOTAL PARTICIPANT COSTS | | | **152,000** | |
| G.  OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | **2,000** | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | **3,000** | |
| 3. CONSULTANT SERVICES | | | | **168,872** | |
| 4. COMPUTER SERVICES | | | | **7,500** | |
| 5. SUBAWARDS | | | | **0** | |
| 6. OTHER | | | | **0** | |
| TOTAL OTHER DIRECT COSTS | | | | **181,372** | |
| H.  TOTAL DIRECT COSTS (A THROUGH G) | | | | **620,727** | |
| I.  INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) | | | | | |
| **AAPT (Rate: 34.0000, Base: 468726)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | **159,367** | |
| J.  TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | **780,094** | |
| K.  FEE | | | | **0** | |
| L.  AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | **780,094** | |
| M.  COST SHARING PROPOSED LEVEL $          **0** | AGREED LEVEL IF DIFFERENT $ | | | | |

| PI/PD NAME | | FOR NSF USE ONLY | | |
|---|---|---|---|---|
| **Kristine Lui** | | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* | | Date Checked | Date Of Rate Sheet | Initials - ORG |

3 *ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

# SUMMARY
## PROPOSAL BUDGET  YEAR  4

| | | | | FOR NSF USE ONLY | | |
|---|---|---|---|---|---|---|
| ORGANIZATION **American Association of Physics Teachers** | | | | PROPOSAL NO. | DURATION (months) | |
| | | | | | Proposed | Granted |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR **Kristine Lui** | | | | AWARD NO. | | |

| A. SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates (List each separately with title, A.7. show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1. **Kristine Lui - Project Director** | 10.00 | 0.00 | 0.00 | **76,491** | |
| 2. **Glenda Denicolo - Project co-Director** | 2.00 | 0.00 | 0.00 | **15,298** | |
| 3. **Dwain Desbien - Project co-Director** | 2.00 | 0.00 | 0.00 | **15,298** | |
| 4. **Robert C Hilborn - Project co-Director** | 2.00 | 0.00 | 0.00 | **15,298** | |
| 5. | | | | | |
| 6. ( **0** ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.00 | 0.00 | 0.00 | **0** | |
| 7. ( **4** ) TOTAL SENIOR PERSONNEL (1 - 6) | 16.00 | 0.00 | 0.00 | **122,385** | |
| B. OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( **0** ) POST DOCTORAL SCHOLARS | 0.00 | 0.00 | 0.00 | **0** | |
| 2. ( **2** ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 2.50 | 0.00 | 0.00 | **27,318** | |
| 3. ( **0** ) GRADUATE STUDENTS | | | | **0** | |
| 4. ( **10** ) UNDERGRADUATE STUDENTS | | | | **9,000** | |
| 5. ( **1** ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | **7,649** | |
| 6. ( **0** ) OTHER | | | | **0** | |
| TOTAL SALARIES AND WAGES (A + B) | | | | **166,352** | |
| C. FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | **43,320** | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | **209,672** | |
| D. EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | **0** | |
| E. TRAVEL        1. DOMESTIC (INCL. U.S. POSSESSIONS) | | | | **60,400** | |
| 2. INTERNATIONAL | | | | **0** | |
| F. PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS        $ **0** | | | | | |
| 2. TRAVEL        **105,000** | | | | | |
| 3. SUBSISTENCE        **28,000** | | | | | |
| 4. OTHER        **0** | | | | | |
| TOTAL NUMBER OF PARTICIPANTS    ( **185** )    TOTAL PARTICIPANT COSTS | | | | **133,000** | |
| G. OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | **2,000** | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | **4,000** | |
| 3. CONSULTANT SERVICES | | | | **131,418** | |
| 4. COMPUTER SERVICES | | | | **8,500** | |
| 5. SUBAWARDS | | | | **0** | |
| 6. OTHER | | | | **0** | |
| TOTAL OTHER DIRECT COSTS | | | | **145,918** | |
| H. TOTAL DIRECT COSTS (A THROUGH G) | | | | **548,990** | |
| I. INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) **AAPT (Rate: 34.0000, Base: 415991)** | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | **141,437** | |
| J. TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | **690,427** | |
| K. FEE | | | | **0** | |
| L. AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | **690,427** | |
| M. COST SHARING PROPOSED LEVEL $    **0** | AGREED LEVEL IF DIFFERENT $ | | | | |

| PI/PD NAME **Kristine Lui** | FOR NSF USE ONLY | | |
|---|---|---|---|
| | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* | Date Checked | Date Of Rate Sheet | Initials - ORG |

4 *ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

# SUMMARY PROPOSAL BUDGET
Cumulative

| | | | | |
|---|---|---|---|---|
| | | **FOR NSF USE ONLY** | | |
| ORGANIZATION<br>**American Association of Physics Teachers** | | PROPOSAL NO. | DURATION (months) | |
| | | | Proposed | Granted |
| PRINCIPAL INVESTIGATOR / PROJECT DIRECTOR<br>**Kristine Lui** | | AWARD NO. | | |

| A. SENIOR PERSONNEL: PI/PD, Co-PI's, Faculty and Other Senior Associates (List each separately with title, A.7. show number in brackets) | NSF Funded Person-months | | | Funds Requested By proposer | Funds granted by NSF (if different) |
|---|---|---|---|---|---|
| | CAL | ACAD | SUMR | | |
| 1. **Kristine Lui - Project Director** | 40.00 | 0.00 | 0.00 | **292,854** | |
| 2. **Glenda Denicolo - Project co-Director** | 8.00 | 0.00 | 0.00 | **58,571** | |
| 3. **Dwain Desbien - Project co-Director** | 8.00 | 0.00 | 0.00 | **58,571** | |
| 4. **Robert C Hilborn - Project co-Director** | 8.00 | 0.00 | 0.00 | **58,571** | |
| 5. | | | | | |
| 6. ( ) OTHERS (LIST INDIVIDUALLY ON BUDGET JUSTIFICATION PAGE) | 0.00 | 0.00 | 0.00 | **0** | |
| 7. ( **4** ) TOTAL SENIOR PERSONNEL (1 - 6) | 64.00 | 0.00 | 0.00 | **468,567** | |
| B. OTHER PERSONNEL (SHOW NUMBERS IN BRACKETS) | | | | | |
| 1. ( **0** ) POST DOCTORAL SCHOLARS | 0.00 | 0.00 | 0.00 | **0** | |
| 2. ( **8** ) OTHER PROFESSIONALS (TECHNICIAN, PROGRAMMER, ETC.) | 14.00 | 0.00 | 0.00 | **145,191** | |
| 3. ( **0** ) GRADUATE STUDENTS | | | | **0** | |
| 4. ( **26** ) UNDERGRADUATE STUDENTS | | | | **78,000** | |
| 5. ( **4** ) SECRETARIAL - CLERICAL (IF CHARGED DIRECTLY) | | | | **29,285** | |
| 6. ( **0** ) OTHER | | | | **0** | |
| TOTAL SALARIES AND WAGES (A + B) | | | | **721,043** | |
| C. FRINGE BENEFITS (IF CHARGED AS DIRECT COSTS) | | | | **183,201** | |
| TOTAL SALARIES, WAGES AND FRINGE BENEFITS (A + B + C) | | | | **904,244** | |
| D. EQUIPMENT (LIST ITEM AND DOLLAR AMOUNT FOR EACH ITEM EXCEEDING $5,000.) | | | | | |
| TOTAL EQUIPMENT | | | | **0** | |
| E. TRAVEL 1. DOMESTIC (INCL. U.S. POSSESSIONS) | | | | **241,600** | |
| 2. INTERNATIONAL | | | | **0** | |
| F. PARTICIPANT SUPPORT COSTS | | | | | |
| 1. STIPENDS $ **0** | | | | | |
| 2. TRAVEL **330,000** | | | | | |
| 3. SUBSISTENCE **124,000** | | | | | |
| 4. OTHER **0** | | | | | |
| TOTAL NUMBER OF PARTICIPANTS ( **560** ) TOTAL PARTICIPANT COSTS | | | | **454,000** | |
| G. OTHER DIRECT COSTS | | | | | |
| 1. MATERIALS AND SUPPLIES | | | | **23,000** | |
| 2. PUBLICATION COSTS/DOCUMENTATION/DISSEMINATION | | | | **11,000** | |
| 3. CONSULTANT SERVICES | | | | **630,690** | |
| 4. COMPUTER SERVICES | | | | **32,000** | |
| 5. SUBAWARDS | | | | **0** | |
| 6. OTHER | | | | **0** | |
| TOTAL OTHER DIRECT COSTS | | | | **696,690** | |
| H. TOTAL DIRECT COSTS (A THROUGH G) | | | | **2,296,534** | |
| I. INDIRECT COSTS (F&A)(SPECIFY RATE AND BASE) | | | | | |
| TOTAL INDIRECT COSTS (F&A) | | | | **626,462** | |
| J. TOTAL DIRECT AND INDIRECT COSTS (H + I) | | | | **2,922,996** | |
| K. FEE | | | | **0** | |
| L. AMOUNT OF THIS REQUEST (J) OR (J MINUS K) | | | | **2,922,996** | |
| M. COST SHARING PROPOSED LEVEL $ **0** | | AGREED LEVEL IF DIFFERENT $ | | | |

| PI/PD NAME<br>**Kristine Lui** | **FOR NSF USE ONLY** | | |
|---|---|---|---|
| | INDIRECT COST RATE VERIFICATION | | |
| ORG. REP. NAME* | Date Checked | Date Of Rate Sheet | Initials - ORG |

C *ELECTRONIC SIGNATURES REQUIRED FOR REVISED BUDGET

**Budget Justification**

The goal of this project is to establish a national, virtual center for physics for two-year colleges. The funds for this project will be spent on: (1) Infrastructure creation, such as websites and other virtual platforms; (2) participant travel to various workshops and training opportunities; (3) travel for project leadership and coordinators; (4) salaries and supplies for project leadership and coordinators to facilitate workshops and training; (5) administering a nation-wide data collection, analysis, and dissemination with the American Institute of Physics; (6) evaluation of the efficacy of the different programs offered through this project.

**A.  Senior Personnel**

Project Director Lui will manage the day-to-day activities of the grant activities, oversee each program, connect different programs and their Coordinators where they have similarities, and coordinate with external consultants. Year 1 will be devoted to creation of the center's website interface, soliciting content, revising the mentorship matching interface, and showcasing the project's various programs to two-year colleges. Subsequent years will add the maintenance of the website, reviewing content, and disseminating OPTYCs programs to increase participation and solicit future sponsors.

Co-PDs Denicolo and Desbien will be assisting various OPTYCs programs, providing leadership to connect Coordinators across different programs, and meeting with external consultants.

Co-PD Hilborn will be assisting the fiduciary components with AAPT, coordinating with various AAPT staff, and meeting with external consultants.

Cost of living increase of 3% is included for each year.

**B.  Other Personnel**

Salary support is requested for the AAPT web and software professional(s) for the duration of this project. They will work closely with project directors to create the virtual center, and its components, and then to continue maintaining and updating these components as the project evolves and more content is created. Years 1 & 2 will require four person-months each, while Years 3 & 4 will require two person-months each. As we will be using PhysPort.org for any data collection for PER work, some portion of this category will support PhysPort's Director, Dr. McKagan, at 0.5 person-month each year of the grant funding period.

AAPT staff support is requested for administrative duties to assist in project communication, manage finances, design, print and distribute promotional materials, and to assist with project documentation. We anticipate one month per year salary support.

Salary support includes a cost of living increase of 3% for each year.

We will use local undergraduates to help with video capture and editing of workshops and training sessions. We plan individual stipends of $3000 per student, three students in Years 1 and 4, and 10 students in Years 2 and 3. Years 2 and 3 are anticipated to require the most video capture and editing.

1

## C.  Fringe Benefits

For a full-time AAPT employee (Lui, Hilborn, AAPT web professional and support staff), the rate is 32%. For part-time AAPT employees (Denicolo, Desbien, PhysPort professional, and undergraduate students), the rate is 10%.

## D.  Equipment

No equipment is needed for this project.

## E.  Travel

We anticipate the PDs (except Hilborn, whose travel is already covered by AAPT) and Program Coordinators to meet twice annually at the national AAPT meetings (10 x 2 five-day trips each year). Each program Coordinator will travel to their own program face-to-face sessions (2 Coordinators x 1 two-day trip each year). One PD will travel to help facilitate each program (1 PD x 4 two-day trips each year).

Travel support is requested for program facilitators for the continuing professional development workshops, new faculty development series, leadership institutes, and DEI change team programs. (10 facilitators x 1 one-day trip per year for the first 3 years).

The external evaluators will also be travelling to at least one meeting per year to observe and evaluate various program offerings; this is most expediently accomplished in conjunction with a national AAPT meeting. (2 Evaluators x 1 five-day trip each year)

Travel support for Advisory Board members for each year of the grant period will be provided (5 Advisors x 1 one-day trip).

For each trip, we budget: $600 for transportation, and $200 per day subsistence ($50 for food and $150 lodging). Subsistence reimbursement will be limited to the federal per diem rate for the event location or to the actual costs if lower than the federal rate.

| # Trips & Duration | Personnel | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|---|
| 22 five-day trips | PDs and Coords | $35,200 | $35,200 | $35,200 | $35,200 |
| 10 two-day trips | PDs and Coords | $10,000 | $10,000 | $10,000 | $10,000 |
| 10 one-day trips | Facilitators | $8,000 | $8,000 | $8,000 | $8,000 |
| 2 five-day trips | Evaluators | $3,200 | $3,200 | $3,200 | $3,200 |
| 5 one-day trips | Advisors | $4,000 | $4,000 | $4,000 | $4,000 |
| TOTAL | | $60,400 | $60,400 | $60,400 | $60,400 |

2

**F. Participant Support Costs**

For each trip, we budget: $600 for transportation, and $200 per day subsistence ($50 for food and $150 lodging). Subsistence reimbursement will be limited to the federal per diem rate for the event location or to the actual costs if lower than the federal rate.

| Program: *Continuing Professional Development Workshops* | | 50 participants each year | | |
|---|---|---|---|---|
| | Year 1 | Year 2 | Year 3 | Year 4 |
| Duration (days) | 1 | 1 | 1 | 1 |
| Transportation | $30,000 | $30,000 | $30,000 | $30,000 |
| Subsistence | $10,000 | $10,000 | $10,000 | $10,000 |

| Program: *New Faculty Development Series* | | Two cohorts of 20 participants each (Cohort 1: Years 2-3, Cohort 2: Years 3-4) | | |
|---|---|---|---|---|
| | Year 1 | Year 2 | Year 3 | Year 4 |
| Duration (days) | 0 | 4 | 6 | 2 |
| Transportation | $0 | $12,000 | $24,000 | $12,000 |
| Subsistence | $0 | $16,000 | $24,000 | $8,000 |

| Program: *Leadership Institute* | | Two cohorts of 10 participants each (Cohort 1: Year 2, Cohort 2: Year 4) | | |
|---|---|---|---|---|
| | Year 1 | Year 2 | Year 3 | Year 4 |
| Duration (days) | 0 | 1 | 0 | 1 |
| Transportation | $0 | $6,000 | $0 | $6,000 |
| Subsistence | $0 | $2,000 | $0 | $2,000 |

| Program: *DEI Change Teams* | | Two cohorts of 20 participants each (Cohort 1: Years 2-3, Cohort 2: Years 3-4) | | |
|---|---|---|---|---|
| | Year 1 | Year 2 | Year 3 | Year 4 |
| Duration (days) | 0 | 2 | 2 | 2 |
| Transportation | $0 | $12,000 | $24,000 | $12,000 |
| Subsistence | $0 | $8,000 | $16,000 | $8,000 |

3

Reimbursements of up to $600 will be issued to help defray travel costs to AAPT National Meeting for participation in the Mentoring Program, Tandem Conferences, and for TYC researchers to disseminate Physics Education Research.

| Programs: *Mentoring, Tandem Conferences, Physical Education Research Presentations* # Reimbursements | | | | |
|---|---|---|---|---|
| | Year 1 | Year 2 | Year 3 | Year 4 |
| Mentoring | 10 | 20 | 30 | 40 |
| Tandem | 0 | 20 | 0 | 20 |
| PER | 0 | 5 | 10 | 15 |
| Total # | 10 | 45 | 40 | 75 |
| COST OF TRAVEL REIMBURSEMENT | $6,000 | $27,000 | $24,000 | $45,000 |

## G.  Other Direct Costs

*Publication Costs:*
- To cover costs associated with peer-reviewed publications.
- To support dissemination of programs and of OPTYCs to TYC faculty, at conferences, etc. using, for example, brochures, posters, signage, and mailings.

*Materials & Supplies:*
- Video equipment (cameras and microphones, total $5000) is requested to support the creation of virtual and on-demand workshops and training sessions to be included in the virtual library.
- Five laptops (each $2000) for PDs and for loan (such as for undergraduates working on video editing) are also requested.
- General office supplies and lab consumables to support workshops ($2000/year).

*Computer Services:*
- To house OPTYCs, a server subscription ($2500 per year) is requested for its website, databases, and documentation storage. An additional $1000 for software upgrades is included in Years 2 and 4.

*Consultants:*
- OPTYCs Program Coordinators will receive a yearly stipend to facilitate each program, including determining itineraries, finding locations for any face-to-face gatherings, vetting facilitators and content, and meeting with external consultants when needed. Year 1 stipend is $10000 for each Coordinator, and a 3% COLA increase is included each subsequent year.
- External Evaluators Chasteen and Chen-Musgrove request a total of $40000 per year consultation fees to provide both qualitative and quantitative evaluation data for the programs, and using formative, process, and summative evaluation methods.

4

- AIP's Statistical Research Center requests $40000 in Years 1-3 for work on the comprehensive survey.
- A Social Media coordinator will collect content and distribute through various outlets, and will be compensated via a stipend of $4000 per year.

| Summary of Consultant Costs | | | | |
|---|---|---|---|---|
| | Year 1 | Year 2 | Year 3 | Year 4 |
| Program Coordinators (8) | $80,000 | $82,400 | $84,872 | $87,418 |
| External Evaluators | $40,000 | $40,000 | $40,000 | $40,000 |
| American Institute of Physics Statistical Research Center | $40,000 | $40,000 | $40,000 | $0 |
| Social Media Coordinator | $4,000 | $4,000 | $4,000 | $4,000 |
| TOTAL CONSULTANTS | $164,000 | $166,400 | $168,872 | $131,418 |

**I. Indirect Costs**

AAPT's negotiated indirect cost rate is 34% on total direct costs minus participant support costs.

5

Effective 10/04/2021        NSF CURRENT AND PENDING SUPPORT        OMB-3145-0058

**\*** PI/co-PI/Senior Personnel Name:  Glenda Denicolo

**\*Required fields**

**Note:** NSF has provided 15 project/proposal and 10 in-kind contribution entries for users to populate. Please leave any unused entries blank.

**Project/Proposal Section:**

Current and Pending Support includes all resources made available to an individual in support of and/or related to all of his/her research efforts, regardless of whether or not they have monetary value.[1] Information must be provided about all current and pending support, including this project, for ongoing projects, and for any proposals currently under consideration from whatever source, irrespective of whether such support is provided through the proposing organization or is provided directly to the individual. This includes, for example, Federal, State, local, foreign, public or private foundations, non-profit organizations, industrial or other commercial organizations, or internal funds allocated toward specific projects. Concurrent submission of a proposal to other organizations will not prejudice its review by NSF, if disclosed.[2]

[1] If the time commitment or dollar value is not readily ascertainable, reasonable estimates should be provided.
[2] The Biological Sciences Directorate exception to this policy is delineated in PAPPG Chapter II.D.2.

CPS- 1 of 27

**Projects/Proposals**

**1.** *Project/Proposal Title : Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year Colleges (OPTYCs)

*Status of Support :   ○ Current  ◉ Pending  ○ Submission Planned  ○ Transfer of Support

Proposal/Award Number (if available):

*Source of Support:  National Science Foundation

*Primary Place of Performance :   American Association of Physics Teachers

Project/Proposal Start Date (MM/YYYY) (if available) :   07/2022

Project/Proposal End Date (MM/YYYY) (if available) :   06/2026

*Total Award Amount (including Indirect Costs): $   2,922,994

*Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project

| *Year (YYYY) | *Person Months (##.##) | Year (YYYY) | Person Months (##.##) |
|---|---|---|---|
| 1. 2022 | 1.00 | 4. 2025 | 2.00 |
| 2. 2023 | 2.00 | 5. 2026 | 1.00 |
| 3. 2024 | 2.00 | | |

*Overall Objectives :   Provide professional development for two-year college physics faculty by establishing a national, virtual organization to be a one-stop shop; programs include: continuing professional development workshops; new faculty development series; leadership institutes; mentorship groups; diversity, equity, and inclusion change-agent teams; conferences; comprehensive survey; building a library of resources; and developing a culture of education resesarch.

*Statement of Potential Overlap :   None.

*PI/co-PI/Senior Personnel Name: Dwain Desbien

**Required fields

**Note:** NSF has provided 15 project/proposal and 10 in-kind contribution entries for users to populate. Please leave any unused entries blank.

**Project/Proposal Section:**

Current and Pending Support includes all resources made available to an individual in support of and/or related to all of his/her research efforts, regardless of whether or not they have monetary value.[1] Information must be provided about all current and pending support, including this project, for ongoing projects, and for any proposals currently under consideration from whatever source, irrespective of whether such support is provided through the proposing organization or is provided directly to the individual. This includes, for example, Federal, State, local, foreign, public or private foundations, non-profit organizations, industrial or other commercial organizations, or internal funds allocated toward specific projects. Concurrent submission of a proposal to other organizations will not prejudice its review by NSF, if disclosed.[2]

[1] If the time commitment or dollar value is not readily ascertainable, reasonable estimates should be provided.
[2] The Biological Sciences Directorate exception to this policy is delineated in PAPPG Chapter II.D.2.

---

**Projects/Proposals**

**1.** *Project/Proposal Title : Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year Colleges (OPTYCs)

*Status of Support :  ○ Current  ⦿ Pending  ○ Submission Planned  ○ Transfer of Support

Proposal/Award Number (if available):

*Source of Support:  National Science Foundation

*Primary Place of Performance :  American Association of Physics Teachers

Project/Proposal Start Date (MM/YYYY) (if available) :  07/2022

Project/Proposal End Date (MM/YYYY) (if available) :  06/2026

*Total Award Amount (including Indirect Costs): $  2,922,994

*Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project

| *Year (YYYY) | *Person Months (##.##) | Year (YYYY) | Person Months (##.##) |
|---|---|---|---|
| 1. 2022 | 1.00 | 4. 2025 | 2.00 |
| 2. 2023 | 2.00 | 5. 2026 | 1.00 |
| 3. 2024 | 2.00 | | |

*Overall Objectives :  Provide professional development for two-year college physics faculty by establishing a national, virtual organization to be a one-stop shop; programs include: continuing professional development workshops; new faculty development series; leadership institutes; mentorship groups; diversity, equity, and inclusion change-agent teams; conferences; comprehensive survey; building a library of resources; and developing a culture of education resesarch.

*Statement of Potential Overlap :  None.

Effective 10/04/2021      NSF CURRENT AND PENDING SUPPORT      OMB-3145-0058

*PI/co-PI/Senior Personnel Name:  Robert C. Hilborn

*Required fields

**Note:** NSF has provided 15 project/proposal and 10 in-kind contribution entries for users to populate. Please leave any unused entries blank.

**Project/Proposal Section:**

Current and Pending Support includes all resources made available to an individual in support of and/or related to all of his/her research efforts, regardless of whether or not they have monetary value.[1] Information must be provided about all current and pending support, including this project, for ongoing projects, and for any proposals currently under consideration from whatever source, irrespective of whether such support is provided through the proposing organization or is provided directly to the individual. This includes, for example, Federal, State, local, foreign, public or private foundations, non-profit organizations, industrial or other commercial organizations, or internal funds allocated toward specific projects. Concurrent submission of a proposal to other organizations will not prejudice its review by NSF, if disclosed.[2]

[1] If the time commitment or dollar value is not readily ascertainable, reasonable estimates should be provided.
[2] The Biological Sciences Directorate exception to this policy is delineated in PAPPG Chapter II.D.2.

CPS- 1 of 27

**Projects/Proposals**

**1.** *Project/Proposal Title :    Collaborative Research: Enhancing STEM Student Learning Through Faculty Development: Workshops and Faculty Learning Communities for New Physics and Astronomy Faculty

*Status of Support :    ⦿ Current   ◯ Pending    ◯ Submission Planned    ◯ Transfer of Support

Proposal/Award Number (if available):   1431638

*Source of Support:    National Science Foundation

*Primary Place of Performance :    American Association of Physics Teachers

Project/Proposal Start Date (MM/YYYY) (if available) :    09/2014

Project/Proposal End Date (MM/YYYY) (if available) :    08/2022

*Total Award Amount (including Indirect Costs): $    1,268,108

*Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project

| *Year (YYYY) | *Person Months (##.##) | Year (YYYY) | Person Months (##.##) |
|---|---|---|---|
| 1. 2014 | 1.00 | 4. 2017 | 0.20 |
| 2. 2015 | 1.00 | 5. 2018 | 0.20 |
| 3. 2016 | 1.00 | | |

*Overall Objectives :    Provide professional development in teaching for early career and experienced physics and astronomy faculty.

*Statement of Potential Overlap :    This project is the predecessor for the proposed project 8.

---

**Projects/Proposals**

---

**2.** *Project/Proposal Title :    Collaborative Research: Community Sourcing Introductory Physics for the Life Sciences

*Status of Support :     ⦿ Current  ◯ Pending  ◯ Submission Planned  ◯ Transfer of Support

Proposal/Award Number (if available):  1624185

*Source of Support:    National Science Foundation

*Primary Place of Performance :    American Association of Physics Teachers

Project/Proposal Start Date (MM/YYYY) (if available) :    09/2016

Project/Proposal End Date (MM/YYYY) (if available) :    08/2022

*Total Award Amount (including Indirect Costs): $     1,250,000

*Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project

| *Year (YYYY) | *Person Months (##.##) | Year (YYYY) | Person Months (##.##) |
|---|---|---|---|
| 1. 2016 | 1.00 | 4. 2019 | 1.00 |
| 2. 2017 | 1.00 | 5. 2020 | 1.00 |
| 3. 2018 | 1.00 | | |

*Overall Objectives :    Establish a web presence for users and contributors of curricular materials and assessment tools for physics for the life sciences. Build a community of practice around that website.

*Statement of
Potential Overlap :    None

**Projects/Proposals**

**3.** *Project/Proposal Title :   PhysTEC:  Building a Solution to the National Physics Teacher Shortage

*Status of Support :   ◉ Current ○ Pending ○ Submission Planned ○ Transfer of Support

Proposal/Award Number (if available):  161026

*Source of Support:   National Science Foundation

*Primary Place of Performance :   American Physical Society

Project/Proposal Start Date (MM/YYYY) (if available) :   08/2017

Project/Proposal End Date (MM/YYYY) (if available) :   07/2022

*Total Award Amount (including Indirect Costs): $      3,000,000

*Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project

| *Year (YYYY) | *Person Months (##.##) | Year (YYYY) | Person Months (##.##) |
|---|---|---|---|
| 1. 2017 | 0.25 | 4. 2020 | 0.25 |
| 2. 2018 | 0.25 | 5. 2021 | 0.25 |
| 3. 2019 | 0.27 | | |

*Overall Objectives :   Enhance the capacity of physics departments to produce future K-12 physics teachers and to close the gap between the need for those teachers and the current numbers being graduated.

*Statement of Potential Overlap :   None

**Projects/Proposals**

**4.** *Project/Proposal Title : Collaborative Research: Creative Computing and Physics for All in Secondary Ed: an exploration into Bootstrap for Modeling in Physics First

*Status of Support :    ⦿ Current  ○ Pending   ○ Submission Planned    ○ Transfer of Support

Proposal/Award Number (if available):  1640791

*Source of Support:   National Science Foundation

*Primary Place of Performance :    American Association of Physics Teachers

Project/Proposal Start Date (MM/YYYY) (if available) :    09/2016

Project/Proposal End Date (MM/YYYY) (if available) :    08/2022

*Total Award Amount (including Indirect Costs): $     1,020,000

*Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project

| *Year (YYYY) | *Person Months (##.##) | Year (YYYY) | Person Months (##.##) |
|---|---|---|---|
| 1. 2016 | 0.10 | 4. 2019 | 0.10 |
| 2. 2017 | 0.10 | 5. 2020 | 0.10 |
| 3. 2018 | 0.10 | | |

*Overall Objectives :    Provide professional development for secondary teachers in the area of integrating computational work in ninth grade physics-for-all classes and measure the impact of such work on teacher attitudes and capabilities to deploy computational work in their courses.

*Statement of Potential Overlap :    None

**Projects/Proposals**

**5.** *Project/Proposal Title : Creating a guide for programmatic assessment, review, and improvement in undergraduate physics programs

*Status of Support :    ⦿ Current   ◯ Pending    ◯ Submission Planned    ◯ Transfer of Support

Proposal/Award Number (if available):   1821372

*Source of Support:    National Science Foundation

*Primary Place of Performance :    American Physical Society

Project/Proposal Start Date (MM/YYYY) (if available) :    07/2018

Project/Proposal End Date (MM/YYYY) (if available) :    06/2023

*Total Award Amount (including Indirect Costs): $    2,200,000

*Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project

| *Year (YYYY) | *Person Months (##.##) | Year (YYYY) | Person Months (##.##) |
|---|---|---|---|
| 1. 2018 | 0.25 | 4. 2021 | 0.25 |
| 2. 2019 | 0.25 | 5. 2022 | 0.25 |
| 3. 2020 | 0.25 | | |

*Overall Objectives :    Develop and disseminate comprehensive guidelines and recommendations for enhancing undergraduate physics programs.

*Statement of Potential Overlap :    None

**Projects/Proposals**

**6.** *Project/Proposal Title :    Collaborative Research: ENERGY AND EQUITY: Changing the climate of secondary physics teaching and learning

*Status of Support :    ⦿ Current  ◯ Pending    ◯ Submission Planned    ◯ Transfer of Support

Proposal/Award Number (if available):  1907950

*Source of Support:    National Science Foundation

*Primary Place of Performance :    American Association of Physics Teachers

Project/Proposal Start Date (MM/YYYY) (if available) :    07/2019

Project/Proposal End Date (MM/YYYY) (if available) :    06/2023

*Total Award Amount (including Indirect Costs): $    268,300

*Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project

| *Year (YYYY) | *Person Months (##.##) | Year (YYYY) | Person Months (##.##) |
|---|---|---|---|
| 1. 2019 | 0.10 | 4. 2022 | 0.10 |
| 2. 2020 | 0.10 | 5. 2023 | 0.10 |
| 3. 2021 | 0.10 | | |

*Overall Objectives :    This project works with K-12 teachers to provide instruction that meets ambitious goals for energy learning, emphasizing the tracing of energy flows through systems. This energy learning is the foundation for informed decision-making about sustainable and just use of energy resources.

*Statement of Potential Overlap :    None

**Projects/Proposals**

**7.** *Project/Proposal Title :    Collaborative Research: Preliminary Development of a Fluids Conceptual Evaluation

*Status of Support :   ⦿ Current   ◯ Pending    ◯ Submission Planned    ◯ Transfer of Support

Proposal/Award Number (if available):   2021059

*Source of Support:    National Science Foundation

*Primary Place of Performance :    American Association of Physics Teachers

Project/Proposal Start Date (MM/YYYY) (if available) :    08/2020

Project/Proposal End Date (MM/YYYY) (if available) :    07/2023

*Total Award Amount (including Indirect Costs): $     152,230

*Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project

| *Year (YYYY) | *Person Months (##.##) | Year (YYYY) | Person Months (##.##) |
|---|---|---|---|
| 1. 2020 | 0.10 | 4. | |
| 2. 2021 | 0.10 | 5. | |
| 3. 2022 | 0.10 | | |

*Overall Objectives :    Develop and test a concept inventory assessment tool focusing on fluids and related concepts for undergraduate physics courses aimed at life science students.

*Statement of Potential Overlap :    None

---

**Projects/Proposals**

---

**8.** *Project/Proposal Title :    Collaborative Research: Changing physics and astronomy education culture: A reflective practice model of faculty development to support diversity, equity, inclusion, and excellence

*Status of Support :    ○ Current   ◉ Pending   ○ Submission Planned   ○ Transfer of Support

Proposal/Award Number (if available):

*Source of Support:    National Science Foundation

*Primary Place of Performance :    American Association of Physics Teachers

Project/Proposal Start Date (MM/YYYY) (if available) :    03/2022

Project/Proposal End Date (MM/YYYY) (if available) :    02/2027

*Total Award Amount (including Indirect Costs): $    2,800,000

*Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project

| *Year (YYYY) | *Person Months (##.##) | Year (YYYY) | Person Months (##.##) |
|---|---|---|---|
| 1. 2022 | 1.00 | 4. 2025 | 1.00 |
| 2. 2023 | 1.00 | 5. 2026 | 1.00 |
| 3. 2024 | 1.00 | | |

*Overall Objectives :    Provide professional development in effective pedagogy including diversity, equity and inclusion efforts for physics and astronomy college and university faculty members.

*Statement of Potential Overlap :    This project is the follow-on for project 1.

**Projects/Proposals**

**9.** *Project/Proposal Title :

*Status of Support :          ◯ Current  ⦿ Pending    ◯ Submission Planned    ◯ Transfer of Support

Proposal/Award Number (if available):

*Source of Support:

*Primary Place of Performance :

Project/Proposal Start Date (MM/YYYY) (if available) :

Project/Proposal End Date (MM/YYYY) (if available) :

*Total Award Amount (including Indirect Costs): $

*Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project

| *Year (YYYY)        *Person Months (##.##) | Year (YYYY)          Person Months (##.##) |
|---|---|
| 1. | 4. |
| 2. | 5. |
| 3. |  |

*Overall Objectives :

*Statement of
Potential Overlap :

Effective 10/04/2021     NSF CURRENT AND PENDING SUPPORT     OMB-3145-0058

*PI/co-PI/Senior Personnel Name: Kristine Lui

*Required fields

**Note:** NSF has provided 15 project/proposal and 10 in-kind contribution entries for users to populate. Please leave any unused entries blank.

**Project/Proposal Section:**

Current and Pending Support includes all resources made available to an individual in support of and/or related to all of his/her research efforts, regardless of whether or not they have monetary value.[1] Information must be provided about all current and pending support, including this project, for ongoing projects, and for any proposals currently under consideration from whatever source, irrespective of whether such support is provided through the proposing organization or is provided directly to the individual. This includes, for example, Federal, State, local, foreign, public or private foundations, non-profit organizations, industrial or other commercial organizations, or internal funds allocated toward specific projects. Concurrent submission of a proposal to other organizations will not prejudice its review by NSF, if disclosed.[2]

[1] If the time commitment or dollar value is not readily ascertainable, reasonable estimates should be provided.
[2] The Biological Sciences Directorate exception to this policy is delineated in PAPPG Chapter II.D.2.

**Projects/Proposals**

**1.** *Project/Proposal Title : Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year Colleges (OPTYCs)

*Status of Support :     ○ Current  ● Pending  ○ Submission Planned  ○ Transfer of Support

Proposal/Award Number (if available):

*Source of Support:   National Science Foundation

*Primary Place of Performance :   American Association of Physics Teachers

Project/Proposal Start Date (MM/YYYY) (if available) :   07/2022

Project/Proposal End Date (MM/YYYY) (if available) :   06/2026

*Total Award Amount (including Indirect Costs): $   2,922,994

*Person-Month(s) (or Partial Person-Months) Per Year Committed to the Project

| *Year (YYYY) | *Person Months (##.##) | Year (YYYY) | Person Months (##.##) |
|---|---|---|---|
| 1. 2022 | 5.00 | 4. 2025 | 10.00 |
| 2. 2023 | 10.00 | 5. 2026 | 5.00 |
| 3. 2024 | 10.00 | | |

*Overall Objectives :   Provide professional development for two-year college physics faculty by establishing a national, virtual organization to be a one-stop shop; programs include: continuing professional development workshops; new faculty development series; leadership institutes; mentorship groups; diversity, equity, and inclusion change-agent teams; conferences; comprehensive survey; building a library of resources; and developing a culture of education resesarch.

*Statement of Potential Overlap :   None.

Facilities, Equipment, and Other Resources Statement

American Association of Physics Teachers

All PIs, senior personnel, and collaborators have adequate office space, computers, and internet connections to complete the work proposed in the project. The fiduciary organization for this part of the Collaborative Research, the American Association of Physics Teachers, has adequate financial and accounting staff and secretarial support.

**OPTYCs DATA MANAGEMENT PLAN**

The project's plan for data management will conform to the NSF policies on the dissemination and sharing of research results. The purpose of this plan is to ensure the integrity and vitality of the data collected, to protect the rights of the research subjects in accordance with the privacy policies and institutional review board criteria under which this work is conducted, and to ensure that research data can be shared appropriately and disseminated as widely as possible.

Over the duration of the project, we will report on results, as they become available, in academic conferences and journals. Narrative and graphic representations of results will be prepared for reports and presentations for the Advisory Board throughout the project and will be used as a basis for conference presentations and for annual reports to the NSF. Annual evaluation reports may be shared on the public project website. In sharing data, our team's evaluators and PIs will take appropriate steps to protect confidentiality of data and the identity of research participants.

Consent forms will be provided to participants before surveys are administered, and individuals are allowed to "opt-out" of any surveys.

The external evaluators will oversee data collection, storage, privacy, and security in consultation with the project's PIs.  The evaluators will be responsible for data analysis and the reports of results to the PIs and Advisory Board.

**Types of Data**
- Assessment data (e.g., pre and post multiple-choice survey instruments, feedback surveys, interview and focus group transcripts and notes, observational field notes)
- Demographic data (e.g. students, instructors, and programmatic contexts)
- Programmatic artifacts (e.g., annual reports, brochures, presentations, participant portfolios, etc.)
- Participation data (e.g., website statistics, meeting attendance)

**Data Formats**
The raw data will be stored as data tables, usually in standard spreadsheet formats.  Other materials will be stored as word processor and presentation documents.

**Data and Metadata Format, Content, and Policies for Access and Sharing**
The data will be maintained in a password-protected, secure online data repositor or on a password-protected local computer.

Assessment, demographic, and participation data will be confidential. When individuals are identified to track participation or compare between groups or pre-and post-workshop responses, that identifying information will be removed prior to analysis and replaced with an anonymous identifier. Project evaluation personnel and the PIs will have access to all anonymously identified data for research, analysis, and reports.

External researchers may request and be granted access to project data for meta-analyses. When sharing, we will remove from the dataset any identifier if it could compromise the confidentiality of a research participant. If the identifiers are important for analysis, we will explore alternate treatments of direct and indirect identifiers: top coding, collapsing or combining variables, sampling, swapping, adding random variation or stochastic error to the variable.

**Preservation of Data**
Project data will be archived annually and will remain permanently accessible to project personnel and researchers (by permission). Access will not terminate at the end of the funded project. Original results from surveys, focus groups, and interviews will be maintained for 5 years beyond the end of project funding. The American Association of Physics Teacher will provide the facilities for data preservation beyond the funding period.

# AIP | American Institute of Physics

One Physics Ellipse, College Park, MD 20740-3843                    Susan White, Director, Statistical Research Center

Tel + 1 301 209 **3056**
Fax + 1 301 209 **3073**
**swhite@aip.org**
**www.aip.org/statistics**

December 3, 2021

Dear Program Officer,

If the proposal submitted by Dr. Kristine Lui entitled "Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year Colleges (OPTYCs)" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal.

Sincerely,

Susan White, PhD

**Member Societies**

Acoustical Society of America

American Association of
Physicists in Medicine

American Association of
Physics Teachers

American Astronomical Society

American Crystallographic
Association

American Meteorological Society

American Physical Society

AVS Science and Technology
of Materials, Interfaces, and
Processing

The Optical Society

The Society of Rheology

**Other Member Organizations**

Sigma Pi Sigma Physics
Honor Society

Society of Physics Students

Corporate Associates



Dr. Eric M. D Baer
Geology Program / MS 29-3
Highline College
2400 S. 240th St.
Des Moines, WA   98198-9800

Dear Dr. Lui,

I would be pleased to participate in and contribute to the project "Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year Colleges (OPTYCs)" as described in the project proposal and other documents.

As a member of the Advisory Board, I anticipate contributing knowledge and advice based on my experience as a PI of the "SAGE 2YC: Faculty as Agents of Change" (https://serc.carleton.edu/sage2yc/index.html) project, which was the first national professional development program for two-year college geoscience faculty. This project, started in 2012 and ongoing, has had remarkable success in supporting faculty from hundreds of colleges from Hawaii to Cape Cod, resulting in improved student success, expanded career and transfer programs, and increased diversity. The synergy created by the exchange of ideas between OPTYCs and SAGE 2YC will make both communities stronger!

I look forward to a fruitful collaboration.

Sincerely,

Dr. Eric M. D. Baer
Highline College
ebaer@highline.edu



**Chasteen Educational Consulting**

*Stephanie Chasteen*

*Chasteen Educational Consulting*

*247 Regal St., Louisville CO 80027*

December 3, 2021

To Whom it May Concern,

If the proposal submitted by Dr. Kristine Lui entitled "Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year Colleges (OPTYCs)" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal.

Sincerely,

Stephanie Chasteen

Chasteen Educational Consulting

247 Regal St., Louisville CO 80027

1



Miranda Chen Musgrove
University of Colorado, Boulder
Department of Ecology and Evolutionary Biology
1900 Pleasant Street – 334 UCB
Boulder, CO 80309

Monday, December 6th, 2021

To Whom it May Concern,

If the proposal submitted by Dr. Kristine Lui entitled **"Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year Colleges (OPTYCs)"** is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal.

Sincerely,

*Miranda Chen Musgrove*

Miranda Chen Musgrove, Ph.D.
Postdoctoral Research Associate, Corwin Lab
Ecology and Evolutionary Biology
University of Colorado, Boulder



# ECKERD COLLEGE
## COLLEGIUM OF NATURAL SCIENCES

Anne J Cox, Ph.D.                                                          Phone number: (727) 864-8435
Professor of Physics                                                       E-mail: coxaj@eckerd.edu

October 27, 2021

Dear Dr. Lui:

I pleased to write this letter in support of the "Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year Colleges (OPTYCs)" project being submitted to NSF this fall. This project proposes a much-needed organization to support physics faculty at two-year colleges (TYC). TYC physics faculty do much of the teaching of introductory, college-level physics and need the professional resources to support this work. While I am not a TYC faculty, I have served as a workshop leader for several TYC workshops, NSF-sponsored projects and through conferences. I have seen first-hand the commitment and energy two-year college faculty bring to teaching physics and the impact these workshops have had on its faculty participants. There is a need to connect TYC faculty, often sole practitioners, with resources that are more widely available within the physics teaching community. This project proposes to meet this need.

One element of the OPTYC project is closely connected to work I have done to build mentoring networks for women physics faculty in my role as co-PI of the eAlliance NSF ADVANCE PAID project (HRD-1500529). Participants in this project highlight the importance and value of peer mentoring (Hunter, *Qualitative Evaluation Project Report* (distributed to PIs and NSF), June 2021), finding that for TYC faculty it has been particularly important for discussions across similar institutions and to fill in for a lack of mentoring beyond the first year of a faculty appointment. I am happy to provide support and advice based on what we have learned from the eAlliance project to the OPTYC project. Besides teaching physics, on my local campus, I serve as a Faculty Development Fellow, working to provide resources to support faculty throughout at all career stages and can bring that experience to this project as well.

This is an exciting endeavor that will provide much needed resources and the promise of a true online community for faculty who teach the widest cross-section of students in introductory college-level physics. I am pleased to support this project, serving on the Advisory Board, and to lend whatever assistance I can provide in the development and implementation of this initiative.

Sincerely,

Anne J Cox
Professor of Physics and Faculty Development Fellow, Eckerd College
American Association Physics Teacher (AAPT) Fellow
AAPT Halliday and Resnick 2021 Excellence in Undergraduate Teaching Award
American Physical Society 2020 Excellence in Physics Education Award: OSP Team



December 2, 2021

Dear NSF Review Panel Members,

If the proposal submitted by Dr. Kristine Lui entitled "Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year Colleges (OPTYCs)" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal.

Sincerely,

**Geraldine L. Cochran, Ph.D.**
Associate Professor of Professional Practice
Office of STEM Education | Department of Physics and Astronomy
Rutgers University – The State University of New Jersey

136 Frelinghuysen Rd, Piscataway, NJ 08854
geraldine.cochran@physics.rutgers.edu
848-445-8757



**Department of Natural Sciences**

Gainesville, October 25, 2021

To whom it may concern:

If the proposal submitted by Dr. Kristine Lui entitled "Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year Colleges (OPTYCs)" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal.

Sincerely,

Karim Diff, Ph. D., professor of physics

Department of Natural Sciences

Building K, room 241 • 3000 NW 83rd Street • Gainesville, FL 32606-6210

Office 352.395.5591 • E-mail karim.diff@sfcollege.edu

**www.sfcollege.edu**

11 November 2021

To Whom It May Concern:

If the proposal submitted by Drs. Glenda Denicola, Dwain Desbian, Robert Hilborn, and Kristine Lui  entitled "Advancing Physics Education Where Diversity Resides through Professional Development:  Creating the Organization for Physics at Two-Year Colleges (OPTYCs)" is selected for funding by NSF, it  is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities,  Equipment and Other Resources section of the proposal."

Sincerely,

Dr. Brooke Haag



If the proposal submitted by Dr. Kristine Lui entitled "Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year Colleges (OPTYCs)" is selected for funding by NSF, it is my intent to collaborate and/ or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal.

Respectfully,

Paul J. Heafner



I.E., LLC

**Alexis V. Knaub**
avknaub@gmail.com
http://www.alexis.science

Lansing, MI

21 October 2021

To Whom It May Concern:

If the proposal submitted by Drs. Glenda Denicola, Dwain Desbian, Robert Hilborn, and Kristine Lui entitled "Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year Colleges (OPTYCs)" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal."

Sincerely,

Dr. Alexis V. Knaub



If the proposal submitted by Dr. Kristine Lui entitled "Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year College (OPTYC)" is selected for funding by NSF, it is my intent to collaborate and commit resources to the mentoring program as detailed in the project description of the proposal.

Sincerely,

Renee Lathrop



November 13, 2021


Kristine Lui, PhD,
1 Physics Ellipse
5th Floor, American Association of Physics Teachers
College Park, MD 20740-3845

To National Science Foundation:

If the proposal submitted by Dr. Kristine Lui entitled "Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year Colleges (OPTYCs)" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal. I will be serving as a member of the Advisory Team and as a former TYC- NSF grant Principal Investigator, I am fully committed in assisting team members developing this project in any areas within the OPTYC project as needed.

Sincerely,

Dr. Todd R. Leif, Ph.D.
Professor Emeritus
Cloud County Community College
Retired Dean of STEM
leiftodd@gmail.com
tleif@cloud.edu
785-614-2161


**Concordia Campus**                          **Geary County Campus**
**2221 Campus Drive**                          **631 Caroline Ave.**
**Concordia, KS 66901**                          **Junction City, KS 66441**

# FOOTHILL COLLEGE

12345 El Monte Road • Los Altos Hills, CA • 94022

David Marasco          (650) 949-7492
Physics Department    marascodavid@foothill.edu

November 15, 2021

To Whom It May Concern,

If the proposal submitted by Dr. Kristine Lui entitled "Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year Colleges (OPTYCs)" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal.

Thank you for your time,

David Marasco
Professor & Chair of Physics

Foothill – De Anza Community College District



Dr. Sarah B McKagan, Director

December 2, 2021

To Whom It May Concern:

If the proposal submitted by Dr. Kristine Lui entitled "Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year Colleges (OPTYCs)" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal.

Sincerely,

Sarah McKagan

Director, PhysPort



October 20, 2021

Kristine Lui, PhD
1 Physics Ellipse
5th Floor, American Association of Physics Teachers
College Park, MD  20740-3845


To National Science Foundation:

If the proposal submitted by Dr. Kristine Lui entitled "Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year Colleges (OPTYCs)" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal.  I will be serving as the co-Program Coordinator for the Continuing Professional Development Workshops. I will also help the project directors in other areas of the OPTYC project.

Yours truly,

Thomas L. O'Kuma
Lee College Physics
P. O. Box 818
Baytown, TX  77522-0818
tokuma@lee.edu
512-228-0838



14 December 2021

Letter of Commitment

Dear NSF:

If the proposal submitted by Dr. Kristine Lui entitled "Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year Colleges (OPTYCs)" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal.

Sincerely, on behalf of the PICUP,

Prof. Kelly R. Roos
Engineering Physics and the Center for STEM Education
Bradley University

Chairperson of the Leadership Council
Partnership for Integration of Computation into Undergraduate Physics (PICUP)

# SEMINOLE STATE COLLEGE
## OF FLORIDA

100 Weldon Boulevard | Sanford, FL 32773-6199 | 407.708.4722 | seminolestate.edu

To Whom it May Concern;

If the proposal submitted by Dr. Kristine Lui entitled "Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year Colleges (OPTYCs)" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal.

Sincerely,

Dr. Sherry L. Savrda
Professor Emerita, Seminole State College of Florida



**Department of Mathematics, Physics,
& Computer Science
Blue Ash College**
University of Cincinnati
9555 Plainfield Rd.
Cincinnati, OH 45236

November 13, 2021

Kristine Lui, PhD
1 Physics Ellipse
5th Floor, American Association of Physics Teachers
College Park, MD 20740-3845

To National Science Foundation:

If the proposal submitted by Dr. Kristine Lui entitled "Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year Colleges (OPTYCs)" is selected for funding by NSF, it is my intent to collaborate and/or commit resources as detailed in the Project Description or the Facilities, Equipment and Other Resources section of the proposal.

Sincerely,

Krista E. Wood, Ph.D.
Professor of Physics
Krista.Wood@uc.edu

## NSF BIOGRAPHICAL SKETCH

NAME: Baer, Eric

ORCID: 0000-0003-0597-9919

POSITION TITLE & INSTITUTION: Instructor, Highline College

### (a) PROFESSIONAL PREPARATION –(see PAPPG Chapter II.C.2.f.(a))

| INSTITUTION | LOCATION | MAJOR / AREA OF STUDY | DEGREE (if applicable) | YEAR YYYY |
|---|---|---|---|---|
| Carleton College | Northfield, MN | Geology | BA | 1991 |
| U.C. Santa Barbara | Santa Barbara, CA | Volcanology | PHD | 1995 |
| U.C. Santa Barbara | Santa Barbara, CA | Geoscience Education | Postdoctoral Fellow | 1995 - 1996 |

### (b) APPOINTMENTS –(see PAPPG Chapter II.C.2.f.(b))

1997 - present   Instructor, Highline College, Des Moines, WA

2002 - 2003   Chair, Physical Sciences Department, Highline College, Des Moines, WA

1996 - 1997   Instructor, Citrus Community College, Glendora, CA

1995 - 1996   Research Associate, U.C. Santa Barbara,, Santa Barbara, CA

### (c) PRODUCTS –(see PAPPG Chapter II.C.2.f.(c))

**Products Most Closely Related to the Proposed Project**

1. Baer EM, Blodgett RH, Macdonald RH. Teaching all geoscience students: Lessons learned from two-year colleges. Eos Trans. AGU. 2013; 94(45). DOI: 10.1002/2013EO450004

2. Manduca C, Baer E, Hancock G, Macdonald R, Patterson S, Savina M, Wenner J. Making undergraduate geoscience quantitative. Eos Trans. AGU. 2008; 89(16):149-150. DOI: 10.1029/2008EO160001

3. Macdonald R, Beane R, Baer E, Eddy P, Emerson N, Hodder J, Iverson E, McDaris J, O'Connell K, Ormand C. Accelerating change: The power of faculty change agents to promote diversity and inclusive teaching practices. Journal of Geoscience Education. 2019 July 08; 67(4):330-339. Available from: https://www.tandfonline.com/doi/full/10.1080/10899995.2019.1624679 DOI: 10.1080/10899995.2019.1624679

4. Beane R, Baer E, Lockwood R, Macdonald R, McDaris J, Morris V, Villalobos I, White L. Uneven increases in racial diversity of US geoscience undergraduates. Communications Earth & Environment. 2021 June 15; 2(1):-. Available from: http://www.nature.com/articles/s43247-021-00196-6 DOI: 10.1038/s43247-021-00196-6

5. Ormand C, Heather Macdonald R, Hodder J, Bragg D, Baer E, Eddy P. Making departments diverse, equitable, and inclusive: Engaging colleagues in departmental transformation through discussion groups committed to action. Journal of Geoscience Education. 2021 October 20; :1-12. Available from: https://www.tandfonline.com/doi/full/10.1080/10899995.2021.1989980 DOI: 10.1080/10899995.2021.1989980

**Other Significant Products, Whether or Not Related to the Proposed Project**

1. Baer E, Emerson N, Hodder J, Macdonald R, McDaris J, Ormand C. COMMUNITY COLLEGE GEOSCIENCE FACULTY AS CHANGE AGENTS. ; Geological Society of

America; c2016. DOI: 10.1130/abs/2016am-279345

2. Wenner JM, Burn HE, Baer EM. The math you need, when you need it: Online modules that remediate mathematical skills in introductory geoscience courses. Journal of College Science Teaching. 2011; 41(1):16-24. Available from: https://www.jstor.org/stable/43748278

3. Baer EM. Turbulent transport and deposition of the Ito pyroclastic flow: Determinations using anisotropy of magnetic susceptibility. Journal of Geophysical Research. 1997; 102(B10):22565-22586. DOI: https://doi.org/10.1029/96JB01277

4. Wenner JM, Baer EM, Manduca CA, Macdonald R, Patterson S, Savina M. The case for infusing quantitative literacy into introductory geoscience courses. Numeracy. 2009; 2(1). Available from: http://dx.doi.org/10.5038/1936-4660.2.1.4

5. Macdonald R, Baer EM, Blodgett RH, Hodder J. Preparing students in two-year colleges for geoscience degrees and careers. NAGT Geo2YC Foundations. 2012; 1(3):4-5. Available from: https://nagt.org/files/nagt/divisions/2yc/nagt_2yc_foundations_newslette_1346883428.pdf

## (d) SYNERGISTIC ACTIVITIES -(see PAPPG Chapter II.C.2.f.(d))

1. Principal Investigator for SAGE 2YC: Faculty as Change Agents: Managed $1.5 million budget as part of a larger collaborative NSF funding project with three other PIs and more than 60 institutions. Management included responsibility for achieving project goals, substantial subcontracts, dissemination, and most facets of the project. Coordinated communication and professional development workshops with PIs for 68 teams of 2YC Faculty Change Agents from institutions across the country and supported the teams in making programmatic, institutional, and regional changes and developing leadership skills. The initial two cohorts were expanded to three due to strong demand from teams of faculty

2. Led workshop facilitation and convening for 2YC faculty: Co-convener (with Robert Blodgett) GSA short courses "Helping Students Succeed in Geoscience Courses at Two-Year Colleges" (2013) and "Best Practices for Preparing Workforce and Transfer Students in Two-Year Colleges for Geoscience Careers" (2012). The 2013 workshop had >50 participants. Co-convener (with three others) of two national SAGE-2YC workshops: "Supporting Student Success in Geoscience at Two-Year Colleges" at the College of William & Mary (2013) and "Preparing Students in Two-Year Colleges for Geoscience Degrees and Careers" at University of Washington Tacoma (2012). Each had about 40 participants for three days.

3. Advocate and co-convener of sessions on teaching and learning at community colleges: Advocate, co-convener, and chair for 2010 and 2009 sessions at the Geologic Society of America national meetings "Geoscience Programs at Community Colleges: Models for Success and Innovation" and in 2011 the session "Geoscience for All: Strategies for Effectively Teaching a Broad Student Population: Lessons Learned from Two-Year Colleges and Other Open-Door and Diverse Institutions." In 2009: two sessions with 25 poster and oral presentations. In 2010: three sessions, two oral and one poster with 40 presentations. In 2011: one oral and one poster session

4. Co-convener of professional development workshops on using "The Math You Need, When You Need It" in Seattle, 2010, 2011 and 2012. Each three-day national workshop included 15-28 faculty from four-year colleges, universities and community colleges in order to train and support faculty who want to use these asynchronous web-based support modules

5. Author and leader of "The Math You Need, When You Need It" project in which I developed and tested student-centered, web-based modules to support quantitative skills for introductory geoscience courses. Supported over one dozen faculty who are using these modules.

## NSF BIOGRAPHICAL SKETCH

NAME: Chasteen, Stephanie

ORCID: 0000-0002-7731-2243

POSITION TITLE & INSTITUTION: Owner and operator, Chasteen Educational Consulting

### (a) PROFESSIONAL PREPARATION

| INSTITUTION | LOCATION | MAJOR / AREA OF STUDY | DEGREE (if applicable) | YEAR YYYY |
|---|---|---|---|---|
| Bard College | Annandale-on-Hudson, NY | Psychology | BA | 1995 |
| University of California Santa Cruz | Santa Cruz, CA | Physics | MS | 2002 |
| University of California Santa Cruz | Santa Cruz, CA | Physics | PHD | 2005 |

### (b) APPOINTMENTS

| | |
|---|---|
| 2008 - present | Owner and operator, Chasteen Educational Consulting, Louisville, CO |
| 2015 - 2020 | Research Associate, Center for STEM Learning, University of Colorado Boulder |
| 2013 - 2016 | Multimedia Director, PhET Simulations, University of Colorado Boulder |
| 2012 - 2020 | Associate Director, Science Education Initiative, University of Colorado Boulder |
| 2011 - 2013 | Lecturer, Physics Department, University of Colorado Boulder |
| 2010 - 2012 | Outreach Director, Science Education Initiative, University of Colorado Boulder |
| 2007 - 2010 | Postdoctoral Fellow, Science Education Initiative, University of Colorado Boulder |
| 2006 - 2007 | Postdoctoral Fellow, Teacher Institute, Exploratorium Museum of Science, Art, and Human Perception, San Francisco, CA |

### (c) PRODUCTS

#### Products Most Closely Related to the Proposed Project

1. Chasteen SV., Code WJ.. The Science Education Initiative Handbook: A practical guide to fostering change in university courses and faculty by embedding discipline-based education specialists within departments.. [Internet]. Pressbooks; 2018. Available from: https://pressbooks.bccampus.ca/seihandbook/

2. Chasteen SV, Code WJ, Sherman SB. Practical advice for partnering with and coaching faculty as an embedded educational expert. In: White K, et. al. , editors. Transforming Institutions [Internet] online: Pressbooks; 2020. Available from: http://openbooks.library.umass.edu/ascnti2020/ Other: 979-8565063523

3. Greenhoot AF., Aslan C, Chasteen SV, Code W, Sherman SB. Variations on embedded expert models: Implementing change initiatives that support departments from within. In: White K, et. al., editors. Transforming Institutions: Accelerating Systemic Change in Higher Education [Internet] online: Pressbooks; 2020. Available from: http://openbooks.library.umass.edu/ascnti2020/ Other: 979-8565063523

4. Chasteen SV, Wieman CE, Perkins KK, Code W. The Science Education Initiative: An Experiment in Scaling Up Educational Improvements in a Research University,. Transforming Institutions [Internet] Indiana: Purdue University Press; 2015. Available from:

https://www.researchgate.net/publication/296705160_The_Science_Education_Initiative_An_Ex

5. Chasteen SV, Corbo JC, Dalka RM, Turpen CC. Results from the 2020 EP3 Survey to Physics Department Chairs,. [Internet]. American Physical Society; 2020 June. Available from: https://www.aps.org/programs/education/ep3/presentations.cfm

**Other Significant Products, Whether or Not Related to the Proposed Project**

1. Chasteen SV., Chattergoon R. How do new physics faculty teach? Results from the evaluation of the Physics and Astronomy New Faculty Workshop. Physical Review Physics Education Research. 2020 December; 16(020164). Available from: https://journals.aps.org/prper/abstract/10.1103/PhysRevPhysEducRes.16.020164 DOI: https://doi.org/10.1103/PhysRevPhysEducRes.16.020164

2. Stains M, et al. Anatomy of STEM Teaching in North American Universities. Science. 2018; 359. DOI: 10.1126/science.aap8892

3. Chasteen SV, Scherr RE, Plisch M. A Study of Thriving Physics Teacher Education Programs. [Other]. College Park, MD: American Physical Society; 2018. Report. Available from: http://phystec.org/thriving

4. Chasteen SV, Wilcox BC, Caballero MD, Perkins KK, Pollock SJ, Wieman CE. Educational transformation in upper-division physics: The Science Education Initiative model, outcomes, and lessons learned,. Physical Review Special Topics: Physics Education Research. 2015; 11(020110). Available from: http://journals.aps.org/prstper/abstract/10.1103/PhysRevSTPER.11.020110

5. Chasteen S, Scherr R. Developing the Physics Teacher Education Program Analysis rubric: Measuring features of thriving programs. Physical Review Physics Education Research. 2020; 16(1):-. Available from: https://link.aps.org/doi/10.1103/PhysRevPhysEducRes.16.010115 DOI: 10.1103/PhysRevPhysEducRes.16.010115

**(d) SYNERGISTIC ACTIVITIES**

1. Working group leader and steering committee member, Accelerating Systemic Change Network (2016-2022).

2. Principle investigator, "Deep Roots: Wide-Spread Implementation of Community-Driven Evidence-Based Pedagogy," (NSF DUE 1525331, $258K), 2016-2020. Supported STEM faculty professional development and course transformation activities.

3. Professional development provider, facilitating over 70 pedagogical workshops for faculty and K12 teachers on learning goals, backwards design, assessment, and personal response systems.

4. External evaluator (2008-present): Provided external evaluation and consulting for 21 NSF- and DOE-funded STEM educational projects. Focus of evaluation work is on professional development of STEM instructors.

**National Science Foundation (NSF) Biographical Sketch**

**Miranda Chen Musgrove, Ph.D.**
Postdoctoral Research Associate
mich6131@colorado.edu

**(a) Professional Preparation**

| | | | |
|---|---|---|---|
| York University | Toronto, ON, Canada | Biology and Environmental Studies | Bachelor of Science (B.Sc.), 2013 |
| York University | Toronto, ON, Canada | Ecology and Evolutionary Biology | Master of Science (M.Sc.), 2015 |
| University of Tennessee | Knoxville, TN | Science Education | Doctor of Philosophy (Ph.D.), 2020 |

**(b) Appointments**

1. **Postdoctoral Associate in Department of Ecology and Evolutionary Biology** (2020-2021), University of Colorado, Boulder
2. **Teaching Assistant in General Biology, Laboratory Investigations, and Research Methods**, (2016-*present*), University of Tennessee, Knoxville
3. **Research Assistant for the Biology Teaching Assistant Project (BioTAP)** (2016-*present*), University of Tennessee, Knoxville
4. **Evaluation Specialist Intern, National Institute for STEM Evaluation and Research (NISER)** (2018-2020), University of Tennessee, Knoxville
5. **Teaching Assistant for General Biology and Ecology** (2013-2015), York University

**(c) Products**

**(i)     Products Most Closely Related to the Proposed Project**

**Published**

1. Schussler, E.E., Weatherton, M., **Chen Musgrove, M. M.**, Brigati, J.R., England, B.J. 2021. Student perceptions of instructor supportiveness: What characteristics make a difference? *CBE-Life Science Education*. DOI: https://doi.org/10.1187/cbe.20-10-0238

2. Limeri, L., **Chen Musgrove, M. M.**, Henry, M., and Schussler, E.E. 2020. Leveraging psychosocial interventions to motivate instructor participation in teaching professional development. *CBE-Life Science Education.* DOI: https://doi.org/10.1187/cbe.19-11-0236

3. Dolan, E., Borrero, M., Callis-Duehl, K., **Chen Musgrove, M. M.,** de Lima, J., Ero-Tolliver, I., Gerhart, L.G., Goodwin, E.C., Henry, M.A., Huot, B., Ko, M., Lee, M., Limeri, L.B., Peffer, M.E., Ramirez-Lugo, J.S., Sharp, S.M., Suarez, N.A. 2020. Undergraduate Biology Education Research at the Gordon Research Conference (GRC) – A meeting report. *CBE-Life Science Education.* DOI: https://doi.org/10.1187/cbe.19-09-0188

4. **Chen, M. M.**, Scott, S. M., and Stevens, J. D. 2018. Technology as a tool in teaching quantitative biology at the secondary and undergraduate levels: a review. *Letters in Biomathematics*, *5*(1), 30-48. DOI: https://doi.org/10.1080/23737867.2017.1413432

**In Review/In Prep**

1. **Chen Musgrove, M. M.**, Nied, S., Cooley, A., Schinske, J.N., Crowin, L.A. Experiences of barriers, supports, and belonging in community college faculty participating in biology education research. *CBE-Life Science Education*. In revision.

2. **Chen Musgrove, M. M.**, Genné-Bacon, E., Gray, K., Heim, A.B., Karippadath, A., Magalhães, R.M., Tripp, B., and Zelaya, A.J. Professional development for DBER early-career scholars through In-person and Virtual Career Panel Workshops: A Meeting Report. *Journal of Microbiology and Biology Education (JMBE)*. In revision.

3. **Chen Musgrove, M. M.**, LoRe, S., Bishop, P., Skolitz, G. Using reflective journals as a tool for outreach program evaluation in underserved communities: A qualitative case study. *The American Journal of Evaluation.* In prep.

(ii)     **Other Significant Products, Whether or Not Related to the Proposed Project**

1. **Chen Musgrove, M. M.**, Cooley, A., Feiten, O., Petrie, K., and Schussler, E.E. To Cope or Not to Cope? Characterizing Biology GTA Coping with Teaching and Research Anxieties. *CBE-Life Science Education*. DOI: https://doi.org/10.1187/cbe.20-08-0175

2. England, B.J., Brigati, J.R., Schussler, E.E., and **Chen, M. M.** 2019. Student Anxiety and Perception of Difficulty Impact Performance and Persistence in Introductory Biology Courses. *CBE-Life Sciences Education, 18*(2): 1-13. DOI: https://doi.org/10.1187/cbe.17-12-0284.

3. **Chen Musgrove, M. M.** and Schussler, E.E., The Ph.D. Panic: Examining the relationship between teaching anxiety, teaching self-efficacy, and coping among Biology graduate teaching assistants (GTAs). *International Journal for the Scholarship of Teaching and Learning.* In review.

**(d) Synergistic Activities**

1. **Co-Chair, Gordon Research Seminar for Biology Undergraduate Education Research** (2019-*present*)
   Elected to co-organize a Gordon Research Seminar (GRS) for June 2021. This two-day event, which immediately precedes the Gordon Research Conference, is designed to be a platform to increase participation of graduate students and postdoctoral scholars who represent the future of research in the discipline. We are soliciting travel funds for participants, organizing relevant logistics, and coordinating four invited talk sessions and two poster sessions, all presented by early career researchers.

2. **Co-founder of the Discipline-Based Education Research Scholars-in-Training (DBER-SiT)** and **Co-Chair of its Professional Development Subcommittee to organize a career panel workshop** (2017-2020)

Design and organize a career panel workshop for biology education scholars-in-training (graduate students and post-doctoral researchers) for July 2020 at the University of Minnesota in Minneapolis, MN. This will be based on our previous panel in July 2019, where we solicited panelists from an R1 institution, community college, science communication, HHMI, and a Teaching & Learning Center to serve on the panel. We also organize, advertise, review, and disseminate 10 travel awards of $500 each to early career scholars in financial need to present their work at our professional society (SABER).

3. **Faculty development workshop on best practices using rubrics** (2019)
   Co-organized a teaching workshop on best practices in designing and implementing rubrics, where we prepared hands-on activities, discussion questions, and set tangible objectives to engage participants in workshop content, using instructor's own class materials.

4. **Scientific Teaching Mentor, Mobile Summer Institute on Scientific Teaching (MoSI)** (2019)
   Trained in the art of evidence-based teaching from the MoSI 2018 cohort, I mentored a small group of faculty and graduate students over the span of a week to create a 20-minute teaching tidbit with clear learning objectives, active learning activities, formative assessments, and considerations to increase inclusion and diversity.

5. **Primary Instructor, Inaugural Science Education Journal Club** (2018)
   Designed and promoted the first seminar on science education research for Biology graduate students in across 4 Biology departments. Facilitated and coordinated discussions, ensured the provision of snacks, and provided a repository of articles for participants to read. All organization was coordinated via the learning system Canvas.

*Teaching and Learning for Social Justice and Equity in Higher Education: Content Areas*

**Effective 10/04/2021**          **NSF BIOGRAPHICAL SKETCH**          OMB-3145-0058

NAME: Anne J Cox

POSITION TITLE & INSTITUTION: Professor of Physics, Eckerd College

## A. PROFESSIONAL PREPARATION - (see PAPPG Chapter II.C.2.f.(i)(a))

| INSTITUTION | LOCATION | MAJOR/AREA OF STUDY | DEGREE (if applicable) | YEAR (YYYY) |
|---|---|---|---|---|
| Rhodes College | Memphis, TN | Physics | BS | 1989 |
| University of Virginia | Charlottesville, VA | Physics | PhD | 1994 |

## B. APPOINTMENTS - (see PAPPG Chapter II.C.2.f.(i)(b))

| From - To | Position Title, Organization and Location |
|---|---|
| 1994-95 | Visiting Assistant Professor of Electrical and Computer Engineering, Florida International University, Miami, FL |
| 1995-2002 | Asststant Professor of Physics, Eckerd College, St Petersburg, FL |
| 2002-2006 | Associate Professor of Physics, Eckerd College, St Petersburg, FL |
| 2006-present | Professor of Physics, Eckerd College, St Petersburg, FL |

**C. PRODUCTS - (see PAPPG Chapter II.C.2.f.(i)(c)) Products Most Closely Related to the Proposed Project**

1) "Distributed Peer Mentoring Network to Support Isolated Faculty,     A. Cox et al, Journal of Faculty Development, 35: 1 (2021) 43-48.

2) "Combating Isolation: Building Mutual Mentoring Networks     A.J. Cox, Proceedings of the 5th International Conference on Women in Physics, American Institute of Physics, AIP Conference Proceedings, 2016. http://scitation.aip.org/content/aip/proceeding/aipcp/10.1063/1.4937709

3) "Women in Physics in the US: Recruitment and Retention," Abramson et al, Proceedings of 5th International Conference on Women in Physics, AIP Conference Proceedings, (2016).

4) "Why Does Mentoring End?" C. Blaha, A. Bug, A.J. Cox, L. Fritz, B. Whitten, Mentoring Strategies to Facilitate the Advancement of Women Faculty, ed. K. Karukstis, ACS SymposiumSeries, American Chemical Society, Washington, DC, 2011.

5) Physlet Quantum Physics, M. Belloni, W. Christian, and A.J. Cox (Upper Saddle River, NJ: Prentice Hall, 2006). https://www.compadre.org/pqp/

**Other Significant Products, Whether or Not Related to the Proposed Project**

1) "Teaching with Physlets," W. Christian, M. Belloni, D. Sokolowska, A. Cox and M. Dancy, Physics Education, 55 (2020), 045008 (15 pp). https://doi.org/10.1088/1361-6552/ab8103

2) "Teaching Physics (and Some Computation) with Intentionally Incorrect Simulations," A.J. Cox, W.F. Junkin III, M. Belloni, W. Christian, and F. Esquembre, The Physics Teacher, 49 (2011) 273-6. https://doi.org/10.1119/1.3578417

3) "Innovative Uses of Video Analysis," D. Brown and A. J. Cox, The Physics Teacher, 47 (2009) 145-150. https://doi.org/10.1119/1.3081296

4) "Strategies for Adopting Interactive Engagement Methods,"  M. Belloni and A. J. Cox, invited contributed to For the New Teacher    column, The Physics Teacher, 45 (2007) 395-6. https://doi.org/10.1119/1.2768707

5) "Teaching Physics with Physlet-Based Ranking Task Exercises," Anne J. Cox, Mario Belloni and Wolfgang Christian, The Physics Teacher, 43 (2005) 587.

**D. SYNERGISTIC ACTIVITIES - (see PAPPG Chapter II.C.2.f.(i)(d))**

1) Co-PI, NSF ADVANCE grant: Mutual Mentoring to Reduce Isolation in Physics, $742,648 (HRD-1500529), Sept 2015-Aug 2020. Administered through the American Association of Physics Teachers to develop mentoring networks of isolated women physics faculty. PI: Beth Cunningham.
2) Co-PI, NSF grant: IUPAP International Conference for Women in Physics $128,400 (PHY-1419453), July 2014-June 2017. PI: Beth Cunningham.
3) PI and Academic Director,    Summer Science Splash at Eckerd,    residential summer science camp for middle school students supported by the II-VI Foundation ~$100,000 annually every July since 2012 (except 2020-21 due to COVID-19 campus closure).
4) Co-PI, NSF s-STEM grant: Quantitative Excellence in Science and Technology (QuEST) Scholarship Program to Improve Transfer Success," $579,236 (DUE-1154520), July 2012-June 2017. PI: Laura Wetzel.
5) Co-PI, NSF Course, Curriculum and Laboratory Improvement (CCLI) Program grant: "OPTIC: Open Physics Technology for Interactive Curricula to develop curricular material and computer software to support upper-level physics courses.  Total Budget: $450,000 (DUE 0442581) July 2005    June 2009. PI: Wolfgang Christian

**Effective 10/04/2021**          **NSF BIOGRAPHICAL SKETCH**          **OMB-3145-0058**

NAME: Karim Diff

POSITION TITLE & INSTITUTION: Professor of physics, Santa Fe College

**A. PROFESSIONAL PREPARATION - (see PAPPG Chapter II.C.2.f.(i)(a))**

| INSTITUTION | LOCATION | MAJOR/AREA OF STUDY | DEGREE (if applicable) | YEAR (YYYY) |
|---|---|---|---|---|
| University of Sciences & Technology | Algiers, Algeria | Physics | B.S. | 1982 |
| University of Pennsylvania | Philadelphia, PA | Physics | M.S. | 1985 |
| Temple University | Philadelphia, PA | Physics | Ph. D. | 1990 |

**B. APPOINTMENTS - (see PAPPG Chapter II.C.2.f.(i)(b))**

| From - To | Position Title, Organization and Location |
|---|---|
| 1989-1990 | Post-doctoral research associate, Georgia Tech, Atlanta, GA |
| 1990-1994 | Adjunct instructor of physics, Santa Fe College, Gainesville, FL |
| 1994 - Present | Instructor of physics, Santa Fe College, Gainesville, FL |

**C. PRODUCTS - (see** <u>PAPPG Chapter II.C.2.f.(i)(c)</u>**) Products Most Closely Related to the Proposed Project**

"From FCI To CSEM To Lawson Test: A Report On Data Collected At A Community College." With Nacira Tache, Physics Education Research Conference 2007, Greensboro, NC

**Other Significant Products, Whether or Not Related to the Proposed Project**

"Quantum mechanical simulation of charge transport in very small semiconductor structures" with M.C. Yalabik, G. Neofotistos, H. Guo, and J.D. Gunton. IEEE Transactions on Electron Devices, 36, 6, (1989)

"Resonant Tunneling in Double Barrier Diodes" contributed chapter in "Nanostructure Physics and Fabrication: Proceedings of the International Symposium", College Station, Texas, March 1989.

"Theory of electron-plasmon-scattering rate in highly doped bulk semiconductors" Journal of Applied Physics 69, 3097 (1991)

"Ensemble Monte Carlo study of electron transport in degenerate bulk GaAs" Journal of Applied Physics 70, 6854 (1991)

**D. SYNERGISTIC ACTIVITIES - (see PAPPG Chapter II.C.2.f.(i)(d))**

Chair of the Committee on Physics in Two-Year Colleges, AAPT, 2008 & 2009

Secretary of the Florida section of AAPT 2004 - 2012

President of the Florida section of AAPT 2013 - 2015

Co-chair of the Liberal Arts & Sciences curriculum committee, Santa Fe College, 2011 - present

Lead faculty in the introduction of computer-based laboratories at Santa Fe college

Development of simulation-based activities for online and hybrid physics courses

**Effective 10/04/2021**          NSF BIOGRAPHICAL SKETCH                    OMB-3145-0058

NAME: Brooke Haag

POSITION TITLE & INSTITUTION: Technical Learning Designer Pathstream

**A. PROFESSIONAL PREPARATION - (see PAPPG Chapter II.C.2.f.(i)(a))**

| INSTITUTION | LOCATION | MAJOR/AREA OF STUDY | DEGREE (if applicable) | YEAR (YYYY) |
|---|---|---|---|---|
| Sonoma State University | Rohnert Park, CA | Physics | B.S. | 2001 |
| University of California, Davis | Davis, CA | Nuclear Physics | PhD | 2009 |
| Harvard University | Cambridge, MA | Education | EdM | 2016 |

**B. APPOINTMENTS - (see PAPPG Chapter II.C.2.f.(i)(b))**

| From - To | Position Title, Organization and Location |
|---|---|
| 10/2021 - present | Technical Learning Designer, Pathstream, San Francisco, CA |
| 1/2017 - 10/2020 | Sr. Business Development Manager, Microsoft, Redmond, WA |
| 5/2016 - 12/2016 | Instructional Designer, ExtensionEngine, Cambridge, MA |
| 8/2013 - 6/2015 | Assistant Physics Professor, American River College, Sacramento, CA |
| 6/2013 - 8/2013 6/2-14 - 8/2014 | Visiting Faculty Researcher, Lawrence Berkeley National Laboratory, Berkeley, CA |
| 8/2008 - 5/2013 | Assistant Physics Professor, Hartnell College, Salinas, CA |

BS-1 of 3

**C. PRODUCTS - (see PAPPG Chapter II.C.2.f.(i)(c)) Products Most Closely Related to the Proposed Project**

Kamarainen, A., Grotzer, T., Thompson, M., Sabey, D. and Haag, B., 2021. Teacher views of experimentation in ecosystem science. Journal of Biological Education, pp.1-20.

**Other Significant Products, Whether or Not Related to the Proposed Project**

MIT edX courses:
Socially Responsible Real Estate Development, 2016
Principles and Models for System Architecture, 2016


Haag, B. 2011. Azimuthal Correlations with High   pT Multi   Hadron Cluster Triggers in Au + Au Collisions at sNN = 200 GeV. Indian J. Phys.:85: 123.


Abelev, B.I., B. Haag, et. al. (STAR Collaboration), Observation of Two-Source Interference in the Photoproduction Reaction Au Au --> AuAu +  0. Physical Review Letters, 102: 112301, 2009.


**D. SYNERGISTIC ACTIVITIES - (see PAPPG Chapter II.C.2.f.(i)(d))**

1. Head of Program Design, JerseySTEM. 3/2019 - current.  JerseySTEM offers dedicated STEM programs to youth in under-served communities and girls to bridge the STEM and opportunity gaps in the workforce.
2. Chair of Organizing Committee, AAPT TYC Leadership Institute, 2013 & 2015.
3. Co   Principal Investigator for "A Web-Enabled Interactive Laboratory for Renewable Energy", Jan 2010 - Jan 2013. National Science Foundation grant for $ 250,000. Hartnell Subaward $50,000. PI: Joel Kubby, UCSC.
4. Activities Director for   The STEM Regional Community College   to   University Success Program   , Jan 2012     Jan 2017. Department of Education grant for $6,000,000. PI: Andy Newton, Hartnell College.
5. AAPT Committee on Physics in Two-Year Colleges, 2012     2015.
6. Advisor, Hartnell College Society of Physics Students, August 2008     June 2013.
7. Zone 18 Councillor, National Society of Physics Students, 2012     2015.

**Effective 10/04/2021**          **NSF BIOGRAPHICAL SKETCH**                    OMB-3145-0058

NAME**:**  Paul J. Heafner

POSITION TITLE & INSTITUTION: Sr. Prof. of Astronomy and Physics, Catawba Valley Community College

**A. PROFESSIONAL PREPARATION - (see PAPPG Chapter II.C.2.f.(i)(a))**

| INSTITUTION | LOCATION | MAJOR/AREA OF STUDY | DEGREE (if applicable) | YEAR (YYYY) |
|---|---|---|---|---|
| University of North Carolina at Greensboro | Greensboro, NC | Physics | M.S. | 1991 |
| University of North Carolina at Chapel Hill | Chapel Hill, NC | Astronomy | B.A. | 1989 |

**B. APPOINTMENTS - (see PAPPG Chapter II.C.2.f.(i)(b))**

| From - To | Position Title, Organization and Location |
|---|---|
| 2017-present | Senior Professor of Astronomy and Physics, Catawba Valley Community College, Hickory, NC (retirement pending) |
| 2014-2021 | Editor, AstroNotes column for The Physics Teacher |
| 1999-2000 | Adjunct Lecturer, University of North Carolina at Charlotte, Charlotte, NC |
| 1992-2017 | Instructor, Astronomy and Physics, Catawba Valley Community College, Hickory, NC |

**C. PRODUCTS - (see PAPPG Chapter II.C.2.f.(i)(c)) Products Most Closely Related to the Proposed Project**

Heafner, Joe. The Physics Teacher 57(6) (Sept. 2019), pp. 424-425. "Farmer's almanacs in Introductory Astronomy II: Selecting an almanac" https://doi.org/10.1119/1.5124292

Heafner, Joe. The Physics Teacher 57(4) (Apr. 2019), pp. 264-265. "A Primer on Some Celestial Geometry" https://doi.org/10.1119/1.5095389

Heafner, Joe. The Physics Teacher 57(2) (Feb. 2019), pp. 120-121. "Farmer's almanacs in Introductory Astronomy I: 10^2 questions for inquiry and investigation" https://doi.org/10.1119/1.5088479

Heafner, Joe. The Physics Teacher 56(4) (Apr. 2018), pp. 262-263. "Variations on a Simple Dice Game" https://doi.org/10.1119/1.5028249

Heafner, Joe. The Physics Teacher 56(3) (Mar. 2018), pp. 184-185. "Same Concept…Different Terms" https://doi.org/10.1119/1.5025304

**Other Significant Products, Whether or Not Related to the Proposed Project**

**D. SYNERGISTIC ACTIVITIES - (see PAPPG Chapter II.C.2.f.(i)(d))**

Public Outreach and Education. Staff Member at Lucile Miller Observatory, Maiden Middle School, Maiden, NC

Course Development. First community college instructor in North Carolina to implement the novel Matter & Interactions curriculum (https://matterandinteractions.org/) in 1999. Using VPython (https://vpython.org/) and GlowScript (https://www.glowscript.org/), M&I thoroughly incorporates computation as part of the bedrock of contemporary physics.

Software Development. Author and maintainer of the mandi LaTeX package (https://github.com/heafnerj/mandi), which is designed for introductory physics students to use in creating professionally typeset documents, specifically problem solutions.

**Revised 05/01/2020**   **NSF BIOGRAPHICAL SKETCH**   **OMB-3145-0058**

NAME:  Alexis Knaub

POSITION TITLE & INSTITUTION: Consultant/evaluator, I.E. LLC

## A. PROFESSIONAL PREPARATION
(see **PAPPG Chapter II.C.2.f.(i)(a)**)

| INSTITUTION | LOCATION | MAJOR/AREA OF STUDY | DEGREE (if applicable) | YEAR (YYYY) |
|---|---|---|---|---|
| Smith College | Northampton, MA | Physics, Minor in theater | BA | 2006 |
| DePaul University | Chicago, IL | Physics | MS | 2010 |
| Boston University | Boston, MA | Science Education (specializing in Physics Education Research) | EdD | 2014 |
| Western Michigan University | Kalamazoo, MI | Postdoc in STEM and Physics Education Research | | 2014-2017 |

## B. APPOINTMENTS
(see **PAPPG Chapter II.C.2.f.(i)(b)**)

| From - To | Position Title, Organization and Location |
|---|---|
| 2020-Present | Project Manager, American Association of Physics Teachers (College Park, MD) |

BS-1 of 2

**C. PRODUCTS**
**(see PAPPG Chapter II.C.2.f.(i)(c))**
**Products Most Closely Related to the Proposed Project**

Barthelemy, R. S., & Knaub, A.V. (2020). Gendered motivations and aspirations of university physics students in Finland. Physical Review Physics Education Research, 16(1), 010119.

Knaub, A. V., Jariwala, M., Henderson, C. R., & Khatri, R. (2018). Experiences of postdocs and principal investigators in physics education research postdoc hiring. Physical Review Physics Education Research, 14(1), 010152.

A. V. Knaub, J. N. Saldanha, C. R. Coffman, and C. R. Henderson. Do learning communities encourage potential STEM majors?, 2017 PERC Proceedings [Cincinnati, OH, July 26-27, 2017], edited by L. Ding, A. Traxler, and Y.

A. V. Knaub, B. Koester, C. R. Henderson, and T. McKay. Supporting faculty and staff to make better use of learning analytics data, 2016 PERC Proceedings [Sacramento, CA, July 20-21, 2016], edited by D. L. Jones, L. Ding, and A. Traxler, doi:10.1119/perc.2016.pr.042.

Foote, K., Knaub, A., Henderson, C., Dancy, M., & Beichner, R. J. (2016). Enabling and challenging factors in institutional reform: The case of SCALE-UP. Physical Review Physics Education Research, 12(1), 010103.

**Other Significant Products, Whether or Not Related to the Proposed Project**

Co-editor. C. Henderson, C. Rasmussen, A.V. Knaub, N. Apkarian, K. Quardokus Fisher, & A.J. Daly (Eds.) Researching and enacting change in postsecondary education: Leveraging instructors' social networks. New York: Routledge (2018).

Knaub, A.V., Henderson, C., and Quardokus Fisher, K. (2018). Finding the leaders: an examination of social network analysis and leadership identification in STEM education change. International Journal of STEM Educatio

**D. SYNERGISTIC ACTIVITIES**
**(see PAPPG Chapter II.C.2.f.(i)(d))**

Chair, American Association of Physics Teachers (AAPT) Committee on Diversity, Jan. 2021 through Jan. 2022
Member-at-Large, American Physical Society (APS) Group on Physics Education Research (GPER). Jan. 2021 through December 2022
American Physical Society Career Fellow for the Career Fellows Mentoring Program, 2020
Co-organizer, Physics Education Research Conference (PERC): Insights, Reflections, & Future Directions: Emergent Themes in the Evolving PER Community, winter 2019 through summer 2020

| Effective 10/04/2021 | NSF BIOGRAPHICAL SKETCH | OMB-3145-0058 |
|---|---|---|

**NAME:** Renee Lathrop

POSITION TITLE & INSTITUTION: Full Professor Physics Dutchess Community College

**A. PROFESSIONAL PREPARATION - (see PAPPG Chapter II.C.2.f.(i)(a))**

| INSTITUTION | LOCATION | MAJOR/AREA OF STUDY | DEGREE (if applicable) | YEAR (YYYY) |
|---|---|---|---|---|
| Susquehanna University | Selinsgrove, PA | Physics | B.S. | 2000 |
| University of Nebraska-Lincoln | Lincoln, NE | Physics | M.S. | 2002 |
| Marist College | Poughkeepsie, NY | Educational Psychology | M.A. | 2007 |

**B. APPOINTMENTS - (see PAPPG Chapter II.C.2.f.(i)(b))**

| From - To | Position Title, Organization and Location |
|---|---|
| 2003- Present | Professor of Physics, Dutchess Community College, Poughkeepsie NY |
| 2002-2003 | Physics High school teacher, Clarkstown North High School, New City NY |
| July 2002 | Math Teacher, Ellenville High school, Ellenville NY |
| June 2002 | Physics adjunct instructor, Mercy College, Dobbs Ferry NY |
| 2000-2002 | Graduate Teaching Assistant, University of Nebraska-Lincoln, Lincoln NE |
| 1998-2000 | Undergraduate Lab assistant, Susquehanna University, Selinsgrove PA |
| 1996-1999 | Art Gallery Scheduling Supervisor, Susquehanna University, Selinsgrove PA |

**C. PRODUCTS - (see PAPPG Chapter II.C.2.f.(i)(c)) Products Most Closely Related to the Proposed Project**

**Other Significant Products, Whether or Not Related to the Proposed Project**

1. Lathrop, R. (2021) A Little Bit of Physics: A Physics workbook. LAD publishing.
2. Lathrop, R. (2017). A Little Bit of Physics: A Physics workbook. Poughkeepsie, NY: NetPub Education.
3. Lathrop, R. (2007) Student    s Positive Attitude in Introductory Physics Courses and the Use of Computer Software in Lecture and Laboratory settings.  Master    s Thesis

**D. SYNERGISTIC ACTIVITIES - (see PAPPG Chapter II.C.2.f.(i)(d))**

   Mentoring: Mentored student from Poughkeepsie High School.  Mentoring program was constructed to build leadership skills in students who are first generation college students.  Program required you meet with student once every other week and talk about classes and other issues to provide support to student.  2020-2021
   Mentoring: Participant in E-Alliance.  I have connected with 3 other female faculty members who have taught or are teaching at the two-year college level.  We connect once a month and talk about our lives and provide emotional and professional support for each other in a peer mentoring structure.  2017- Present
   Presentation    How to Talk to your Science Teacher: Making Connections for Internships    to CSTEP students at Dutchess Community College Sept 2021
   Presentation:    The Physics of superheroes    .  Discussed the physics that was used in the comic books and movies of Marvel and other superheroes at the Hudson Valley Comic Con.  2019
   Course development: Created course materials for Physical World of the Arts.  This is a general science course geared for students who are majoring in the fields of art, communication, dance, theater etc.  2018
   Lab manual activities: Maintained and created lab activities for calculus and general algebra-based physics courses at Dutchess Community College.  (2005-present)

BS-3 of 3

**Effective 10/04/2021**          **NSF BIOGRAPHICAL SKETCH**          **OMB-3145-0058**

NAME**:**  Todd R. Leif

POSITION TITLE & INSTITUTION:  Retired Dean of STEM Cloud County Community College

**A. PROFESSIONAL PREPARATION - (see PAPPG Chapter II.C.2.f.(i)(a))**

| INSTITUTION | LOCATION | MAJOR/AREA OF STUDY | DEGREE (if applicable) | YEAR (YYYY) |
|---|---|---|---|---|
| University of Nebraska | Omaha, NE | Post Graduate Work, Physics Education | Graduate Hours | 2020-Present |
| Kansas State UJniversity | Manhattan, KS | Ph.D Curriclum and Instruction Physics Education | Ph.D | 2008 |
| Texax A& M | College Station, TX | Physics/Physics Education | | 2000 |
| Hastings College | Hastings, NE | Physics Education | MAT | 1989 |
| University of Nebraska | Lincoln, NE | Physics Education | Grad Hours | 1986-1989 |
| Hastings College | Hastings, NE | Physics and Mathematics | BA | 1980 - 1984 |

**B. APPOINTMENTS - (see PAPPG Chapter II.C.2.f.(i)(b))**

| From - To | Position Title, Organization and Location |
|---|---|
| 2019-Present | Science Department Teacher -- Bennington HS, Bennington, NE |
| 1991-2018 | Cloud County CC - STEM Department Chair, Physics Instructor, Dean of Science, Math, Tech Education, Concordia, KS |
| 1986- 1989 | Physics/Chemistry Instructor - Hastings High School, Hastings, NE |

**C. PRODUCTS - (see PAPPG Chapter II.C.2.f.(i)(c)) Products Most Closely Related to the Proposed Project**

2000- 2005 Introductory College Physics in the 21st Centery -- Curriculum Project
--- Principle author magnetism module,
--- Teachers mannual author Electric Circuits, Electric Forces/Fields

1995-2008 Physics Enhancement Project for the Two Year College--
Various lab manuals and Active learning problem sets were produced

2009-2015 -- NSF Grant Two Year College New Faculty Experience -- 3 extended conferences, 3 follow up
conferences,  3 different leadership mini insittutes for leadership cohorts and network sustainablility.

BS-2 of 3

**Other Significant Products, Whether or Not Related to the Proposed Project**

Leif, Todd R. (2008).  A case study of the physics enhancement project for two year colleges, its effects and outcomes on the teaching of undergraduate physics at two year colleges (Doctoral dissertation). ---

This was written as a ex-post-facto analysis of the PEPTYC project and its 15 year/5 cycle engagement.

**D. SYNERGISTIC ACTIVITIES - (see PAPPG Chapter II.C.2.f.(i)(d))**

Currently Serving as the University of Nebraska Teacher in Residence for the STEM Trail Center project to build a community of practice for active metro Omaha area high school Physics/Chemistry/Physical Science teachers. Activities including Monthy sharing, learning, and collaborative efforts in network building and common core curriculum enhancement.

Effective 10/04/2021          **NSF BIOGRAPHICAL SKETCH**                    OMB-3145-0058

NAME:  David Marasco

POSITION TITLE & INSTITUTION: Instructor, Foothill College

**A. PROFESSIONAL PREPARATION - (see PAPPG Chapter II.C.2.f.(i)(a))**

| INSTITUTION | LOCATION | MAJOR/AREA OF STUDY | DEGREE (if applicable) | YEAR (YYYY) |
|---|---|---|---|---|
| UC San Diego | La Jolla, CA | Physics/Philosophy | BS & BA | 1994 |
| Northwestern University | Evanston, IL | Physics | MA & PhD | 2002 |

**B. APPOINTMENTS - (see PAPPG Chapter II.C.2.f.(i)(b))**

| From - To | Position Title, Organization and Location |
|---|---|
| 2018-Current | Department Chair, Astronomy, Physics & Engineering, Foothill College, Los Altos Hills, CA |
| 2012-Current | Professor, Physics, Foothill College, Los Altos Hills, CA |
| 2014-2018 | Department Chair, Physics, Foothill College, Los Altos Hills, CA |
| 2008-2012 | Associate Professor, Physics, Foothill College, Los Altos Hills, CA |
| 2004-2008 | Assistant Professor, Physics, Foothill College, Los Altos Hills, CA |
| 1994-2002 | Research Assistant and Teaching Assistant, Physics, Northwestern University, Evanston, IL |
| 1992-1994 | Undergraduate Teaching Assistant, Physics & Electrical and Computer Engineering, UC San Diego, La Jolla, CA |

**C. PRODUCTS - (see PAPPG Chapter II.C.2.f.(i)(c)) Products Most Closely Related to the Proposed Project**

1. B Barnett Dreyfuss, D Marasco (2021) The Physics Teacher 59 (4), 260-263 "Bringing the Welcome Home: One Section's Efforts at Incorporating AAPT's Diversity and Inclusion Practices".

2. D Marasco, B Barnett Dreyfuss (2020). The Physics Teacher 58 (9), 673-675, "Schools on different corners: An investigation into the effects of ethnicity and socioeconomic status on physics offerings in Northern California public high schools".

3. D Marasco, B Barnett Dreyfuss (2021). arXiv:2106.05456 [physics.ed-ph], accepted by The Physics Teacher, "It's good to be popular in high school: A look at disparities in STEM AP offerings in Northern California public high schools".

**Other Significant Products, Whether or Not Related to the Proposed Project**

1. PF Lyman, O Sakata, DL Marasco, TL Lee, KD Breneman, et. al. (2000).  Surface Science 462 (1-3), L594-L598 "Structure of a passivated Ge surface prepared from aqueous solution".

2. PF Lyman, DL Marasco, DA Walko, MJ Bedzyk (1999).  Physical Review B 60 (12), 8704  "Multiple bonding configurations for Te adsorbed on the Ge (001) surface".

3. MJ Bedzyk, A Kazimirov, DL Marasco, TL Lee, CM Foster, et. al. (2000). Physical Review B 61 (12), R7873 "Probing the polarity of ferroelectric thin films with x-ray standing waves".

4. DM Goodner, DL Marasco, AA Escuadro, L Cao, MJ Bedzyk (2005). Physical Review B 71 (16), 165426  "X-ray standing wave investigation of submonolayer barium and strontium surface phases on Si (001)".

5. DL Marasco, A Kazimirov, MJ Bedzyk, TL Lee, SK Streiffer, et. al. (2001) Applied Physics Letters 79 (4), 515-517 "Atomic-scale observation of polarization switching in epitaxial ferroelectric thin films".

**D. SYNERGISTIC ACTIVITIES - (see PAPPG Chapter II.C.2.f.(i)(d))**

1. The Physics Show  (2007-current) Co-founder for a physics demo show that has both events for the public and outreach to Title 1 elementary and middle schools.  Over 150,000 in attendance since the creation of the program. As a live event, the program is on pandemic hiatus until 5-11 years olds can be vaccinated.

2.  NASA SOFIA Airborne Astronomy Ambassador (2015, 2021-22)  Selective professional development program for teachers to fly on the SOFIA telescope and bring astronomy to the public.

3.  American Association of Physics Teachers (2011-Current)  Various leadership roles at both the local and national levels.

4.  Ethnic Studies Department, Foothill College (2020-21).  A faculty leader in establishing a new department at the college.  Successfully advocated for a tenure-track hire and organized the writing of course outlines of record which were accepted by the college's CSU transfer partners.

BS-3 of 3

| Effective 10/04/2021 | NSF BIOGRAPHICAL SKETCH | OMB-3145-0058 |
|---|---|---|

NAME**:** Thomas L. O'Kuma

POSITION TITLE & INSTITUTION: Instructor of Physics at Lee College

**A. PROFESSIONAL PREPARATION - (see PAPPG Chapter II.C.2.f.(i)(a))**

| INSTITUTION | LOCATION | MAJOR/AREA OF STUDY | DEGREE (if applicable) | YEAR (YYYY) |
|---|---|---|---|---|
| Louisiana Tech University | Ruston, LA | Physics and Math | B.S. | 1971 |
| Louisiana Tech University | Ruston, LA | Physics | M.S. | 1972 |
| University of Florida | Gainesville, Fl | Physics | | |
| University of Houston Clear Lake | Clear Lake, TX | Mathematics | | |

**B. APPOINTMENTS - (see PAPPG Chapter II.C.2.f.(i)(b))**

| From - To | Position Title, Organization and Location |
|---|---|
| Summer 1971 | Instructor of Physics, Grambling University, Grambling, LA |
| 1973-1974 | Instructor of Physics, Sante Fe Community College, Gainesville, FL |
| 1976-1989 | Instructor of Physics, Mathematics, and Engineering, San Jacinto College North, Houston, TX and San Jacinto College South, Houston, TX |
| 1989-2020 | Instructor of Physics, Lee College, Baytown, TX |
| 2020-Present | Instructor of Physics (Adjunct), Lee College, Baytown, TX |

**C. PRODUCTS - (see PAPPG Chapter II.C.2.f.(i)(c)) Products Most Closely Related to the Proposed Project**

"Laboratory Development at a Two-Year College", Proceedings of Lab Focus 94 Conference, 131-132,1994.

"Ranking Task Exercises in Physics" with David P. Maloney and Curtis J. Hieggelke, Prentice-Hall Pub. Co., 1999. Part of the Education Innovation Series.

"Building Personal Networks at the National and Regional Levels" with John Enger, a chapter in A Model for Reform, AAPT, 2000, pgs. 23-28.

"Faculty Isolation:  A TYC21 White Paper" with Mary Beth Monroe and John Enger, a chapter in A Model for Reform, AAPT, 2000, pgs. 65-89.

"Surveying students' conceptual knowledge of electricity and magnetism" with David P. Maloney, Curtis J. Hieggelke, and Alan Van Heuvelen, AJP, Vol. 69 (7), 7/01, S12-S23.

"Ranking Task Exercises in Physics:  Student Edition" with David P. Maloney and Curtis J Hieggelke, Prentice-Hall Pub. Co., 2004.  Part of the Education Innovation Series.  Second printing, 2005. Third printing, 2007.

"E&M TIPERs:  Electricity & Magnetism Tasks Inspired by Physics Education Research" with Curtis Hieggelke, David Maloney and Stephen Kanim, Prentice-Hall Co., 2006. Part of the Education Innovation Series.

"TIPERs: Sensemaking Tasks for Introductory Physics", with Curtis Hieggelke, David Maloney, and Stephen Kanim, Pearson, 2015. Part of the Education Innovation Series.

"Report on the Conference for Enhancing Undergraduate Physics Programs at Hispanic-Serving Institutions", with Juan Burciaga (Chair), Mario Borunda, Charles De Leone, Robert Hilborn, Victoria Marron, and Idalia Ramos, AAPT, 2018. ISBN: 978-931024-33-4.

"Linking physics in two-year colleges and physics professional societies", with Kristine Lui and Robert Hilborn, New Directions for Community Colleges, 2021.194 (2021): 113-124.

**Other Significant Products, Whether or Not Related to the Proposed Project**

"Study Guide to Beiser's Physics", Addison-Wesley Pub. Co., 1991, multiple printings

"Student Data:  What Do We Know; How Do We Get It; and How Do We Use It", with H. Nellie Mireles, Proceedings of the Topical Conference on Critical Issues in Two Year College Physics and Astronomy, 1/91.

"College Physics Laboratory Manual", Semester 1 and 2, Lee College Print Shop, multiple editions from 1994 to 2019.

"University Physics Laboratory Manual", Semester 1 and 2, Lee College Print Shop, multiple editions from 1994 to 2020.

"General Physics Laboratory Manual", Semester 1 and 2, Lee College Print Shop, multiple editions from 1995 to 2019.

"The Impact of Physics Education Research on the Teaching of Scientists and Engineers at Two-Year Colleges" with Curtis Hieggelke, The Changing Role of Physics Departments in Modern Universities:  Proceedings of ICUPE, 97, pgs.  267-288.

"Physical Science Materials", Semester 1 and 2, Lee College Print Shop, multiple titles from 2004 to 2013.

"Strategic Programs for Innovations in Undergraduate Physics at Two-Year Colleges:  Best Practices of Physics Programs" with Mary Beth Monroe and Warren Hein, American Association of Physics Teachers, 2005.

"Stars and Galaxies Laboratory Manual", Lee College Print Shop, multiple editions from 2012 to 2019.

"Solar System Laboratory Manual", Lee College Print Shop, multiple editions from 2014 to 2020.

"Conference on Introductory Physics for the Life Sciences", with E. Brewe, J. Burciaga, J. Crouch, P. Gueye, R. Hilborn, D. Meredith, W. Potter, M. Reeves,  and P. Soto, AAPT, 2015.


**D. SYNERGISTIC ACTIVITIES - (see PAPPG Chapter II.C.2.f.(i)(d))**

The development of conceptual activities useful in introductory physics teaching that are based on physics education research (PER) findings; e.g., ranking tasks books and TIPERs books, motion diagrams, bar charts, ...

The development of laboratory activities involving microcomputers (for college physics, university physics, conceptual physics, physical science, and astronomy), video-based labs, and computational modeling labs.

Grant related professional development activities and the delivery of workshops around the country (see http://www.physicsworkshops.org).

BS-3 of 3

| Effective 10/04/2021 | NSF BIOGRAPHICAL SKETCH | OMB-3145-0058 |
|---|---|---|

NAME: Shery L. Savrda

POSITION TITLE & INSTITUTION: Physics Professor, Retired, Seminole State College of Florida

**A. PROFESSIONAL PREPARATION - (see PAPPG Chapter II.C.2.f.(i)(a))**

| INSTITUTION | LOCATION | MAJOR/AREA OF STUDY | DEGREE (if applicable) | YEAR (YYYY) |
|---|---|---|---|---|
| University of Central Florida | Orlando, FL | Physics | BS | 1986 |
| University of Central Florida | Orlando, FL | Physics | MS | 1991 |
| University of Central Florida | Orlando, FL | Curriculum and Instruction; Physics Education Research Focus | Ed. D. | 2007 |
| University of Florida | Gainesville, FL | Sustainable Engineering | Graduate Certificate | 2015 |

**B. APPOINTMENTS - (see PAPPG Chapter II.C.2.f.(i)(b))**

| From - To | Position Title, Organization and Location |
|---|---|
| 2003 - 2021 | Professor of Physics, Seminole State College of Florida, Sanford, FL |
| 1990 - 2003 | Professor of Physics, Lake-Sumter Community College, Leesburg, FL |
| 2002 | Teaching Consultant (Grant Funded), University of Central Florida, Orlando, FL |
| 1986 - 1990 | Adjunct Professor, Seminole State College of Florida, Sanford, FL |
| 1987 - 1991 | Graduate Research Assistant, University of Central Florida, Orlando, FL |

BS-1 of 3

**C. PRODUCTS - (see PAPPG Chapter II.C.2.f.(i)(c)) Products Most Closely Related to the Proposed Project**

Alexander Dickison, Pearly Cunningham, Marvin Nelson, Sherry Savrda. Introductory College Physics in the Twenty-First Century (ICP/21) NSF-DUE ATE 0101433 (1999-2006)

Sherry L. Savrda. "A Descriptive Framework for the Problem-Solving Experiences of Physics Students." Doctoral dissertation, University of Central Florida (2007)

Heather Edwards, Sherry Savrda, Barbara Hunnicut-Greenwell, Tony Malaret, Stephen Summers. Collaborative Research: Strengthening the Foundation of STEM Education for Community College Students NSF-DUE 0837307 (2009 - 2011)

S.L. Savrda. "SCC Advance Program for STEM Majors." Presentation, American Association of Physics Teachers National Meeting (2010)

**Other Significant Products, Whether or Not Related to the Proposed Project**

J.T. Lin, L. Chow, S.L. Savrda. "Experiment and modeling of diode-pumped TB:Nd:YAP Laser." Proc. SPIE Electro-Optics/Lasers (1988)

S.L. Savrda, I.M. Littlewood. "Electronic Quenching of the A1$\Sigma$+ State of NaH." Chemical Physics Letters 245, 427 - 431 (1995)

S.L. Savrda. "Student as Scientist: Research Projects in Freshman Physics." Proc. Florida Academy of Sciences (1996)

**D. SYNERGISTIC ACTIVITIES - (see PAPPG Chapter II.C.2.f.(i)(d))**

Regional Coordinator for the TYC-21 project, NSF-DUE 9450160 (1995-1999)

Principle Investigator, Innovations in Physics Education: Collaboration Among High School and Community College Faculty; Florida Higher Education Consortium (1997 -1998)

Co-Principle Investigator, Contributing Author and Editor, Introductory College Physics for the 21st Century NSF-DUE ATE 0101433 (1999-2006)

Workshop leader for the Two-Year College Physics Project (2000, 2002, 2005)

Workshop leader/host for the New Faculty Experience for Two-Year College Faculty (2009, 2013, 2016)

BS-3 of 3

**Effective 10/04/2021**　　　　**NSF BIOGRAPHICAL SKETCH**　　　　**OMB-3145-0058**

NAME**:**　Krista E. Wood

POSITION TITLE & INSTITUTION:　Professor of Physics, University of Cincinnati

**A. PROFESSIONAL PREPARATION - (see PAPPG Chapter II.C.2.f.(i)(a))**

| INSTITUTION | LOCATION | MAJOR/AREA OF STUDY | DEGREE (if applicable) | YEAR (YYYY) |
|---|---|---|---|---|
| Kettering University | Flint, MI | Electrical Engineering | Bachelors | 1988 |
| Xavier University | Cincinnati, OH | Education | Masters | 1996 |
| University of Cincinnati | Cincinnati, OH | Physics Education | PhD | 2015 |

**B. APPOINTMENTS - (see PAPPG Chapter II.C.2.f.(i)(b))**

| From - To | Position Title, Organization and Location |
|---|---|
| 2021-Present | Professor of Physics, Department of Mathematics, Physics & Computer Science (MPCS), University of Cincinnati, Cincinnati, OH |
| 2015 – 2021 | Associate Professor of Physics, Department of MPCS, University of Cincinnati |
| 2009 – 2015 | Assistant Professor of Physics, Department of MPCS, University of Cincinnati |
| 2007 – 2009 | Visiting Assistant Professor, Department of MPCS, University of Cincinnati |
| 2002 – 2007 | Adjunct Faculty Member, Department of MPCS, University of Cincinnati |
| 1998-2002 | Independent Tutor, Cincinnati, OH |
| 1996-1997 | High School Physics Teacher, Mariemont HS, Cincinnati, OH |
| 1995 | Process Engineer, U.S. Precision Lens, Cincinnati, OH |
| 1988-1994 | Electrical & Process Engineer, Ford Motor Company, Cincinnati, OH |

**C. PRODUCTS - (see PAPPG Chapter II.C.2.f.(i)(c)) Products Most Closely Related to the Proposed Project**

1. Koenig, K., Wood, K.E., & Bao, L. (2021). Development and evaluation of introductory physics lab curriculum to promote scientific reasoning abilities, Journal of Physics: Conf Series, 1929(012060), 1-9. Retrieved from: https://iopscience.iop.org/article/10.1088/1742-6596/1929/1/012060

2. Koenig, K., Wood, K., Bortner, L., & Bao, L. (2019).  Modifying traditional labs to target scientific reasoning. Journal of College Science Teaching, 41, 5, 23-29.

3. Wood, K.E. (2019).  Using Group Whiteboards to Engage Students and Promote Active Learning. The Journal for Research and Practice in College Teaching, 3(2).

4.  Wood, K.E., & Kutcher, L.W. (2017).  A tale of two classrooms:  Active learning in STEM classes using whiteboards.  The Journal for Research and Practice in College Teaching, 2(1), 1-19.

5. Kegley, M.D., Rankey, P., Wood, K.E., Chekour, A., Hennessy, M., Miller, A., Odum, T., Presgrave, T., & Sigler, K. (2019).  Interdisciplinary Faculty Learning Community: Reflections of Peer Review of Scholarly Teaching in Online and Hybrid Courses, The Journal for Research and Practice in College Teaching, 4(1), 124-149

6. Darling, N., Greany, C., Kegley, M., Woods, A., Wood, K.E., Miller, A. (2021). Empowering Women in Academia via Midcareer Mentoring (WAMM): Post Tenure Promotion, The Chronicle of Mentoring & Coaching, 5(14), 190-195.

**Other Significant Products, Whether or Not Related to the Proposed Project**

1. Wood, K., Koenig, K., Owens, L., & Bao, L. (2018). Development of student abilities in control of variables at a two year college. Association for University Regional Campuses of Ohio Journal, 24.

2. Koenig, K., Wood, K.E., & Bao, L. (2016). Progression of student abilities in control of variables in an introductory physics lab course. NSF Envisioning the Future of Undergraduate STEM Education: Research and Practice Symposium Proceedings.

3. Wood, K. (2015). Evolution of Scientific Reasoning in Control of Variables for Undergraduate Physics Lab. (Electronic Dissertation). http://rave.ohiolink.edu/etdc/view?acc_num=ucin1447071195

**D. SYNERGISTIC ACTIVITIES - (see PAPPG Chapter II.C.2.f.(i)(d))**

1. Board of Directors, American Association of Physics Teachers (2021-2024). Two-Year College Representative Director.

2. Co-Developed a set of introductory physics lab materials and pedagogical methods to promote scientific reasoning, student learning, and student retention in STEM.

3. Developed and implemented flipped, hybrid and online General Physics courses engaging students in active, collaborative learning using Modeling Discourse Management.

4. Served as local host and mentor for 3-day AAPT New Faculty Experience Commencement Conference for new two-year college physics faculty (July 2017).

5. Led virtual conferences of Southern Ohio Section of AAPT as President of section (10-2020, 3-2021, 10-2021)

# EXHIBIT F

# NATIONAL SCIENCE FOUNDATION

### Award Notice

**Award Number (FAIN):** 2212807
**Managing Division Abbreviation:** DUE                **Amendment Number:** 000

## AWARDEE INFORMATION

**Award Recipient:** AMERICAN ASSOCIATION OF PHYSICS TEACHERS INC
**Awardee Address:** 1 PHYSICS ELLIPSE 5TH FL AAPT COLLEGE PARK, MD 20740
**Official Awardee Email Address:** bcunningham@aapt.org
**Unique Entity Identifier (UEI):** YRLVBH8FJ9L6

## AMENDMENT INFORMATION

**Amendment Type:** New Project
**Amendment Date:** 06/16/2022
**Amendment Number:** 000
**Proposal Number:** 2212807
**Amendment Description:**

The National Science Foundation hereby awards a Standard Grant for support of the project described in the proposal referenced above as modified by revised budget dated 05/09/2022.

Funds provided for participant support may not be diverted by the awardee to other categories of expense without the prior written approval of the cognizant NSF Program Officer. Since participant support cost is not a normal account classification, the awardee organization must be able to separately identify participant support costs. It is highly recommended that separate accounts, sub-accounts, sub-task, or sub-ledgers be established to accumulate these costs. The awardee should have written policies and procedures to segregate participant support costs.

Consistent with 2 CFR 200.414(f), this grant includes a de minimus indirect cost rate of 10% of modified total direct costs (MTDC) in the approved budget.

No work with human subjects, including recruitment, may be conducted under this protocol or grant until IRB approval has been obtained.

## AWARD INFORMATION

**Award Number (FAIN):** 2212807
**Award Instrument:** Standard Grant
**Award Date:** 06/16/2022
**Award Period of Performance:**   Start Date: 07/01/2022     End Date: 06/30/2026

**Project Title:** Advancing Physics Education Where Diversity Resides through Professional Development: Creating the Organization for Physics at Two-Year Colleges (OPTYCs)
**Managing Division Abbreviation:** DUE
**Research and Development Award:** Yes
**Funding Opportunity:** PD 21-7980 Advancing Innovation and Impact in Undergraduate STEM Education at Two-year Institutions of Higher Education
**Assistance Listing Number(s) and Name(s):** 47.076 Education and Human Resources

## FUNDING INFORMATION

**Amount Obligated by this Amendment:** $2,922,997
**Total Intended Award Amount:** $2,922,997
**Total Approved Cost Share or Matching Amount:** $0
**Total Amount Obligated to Date:** $2,922,997
**Expenditure Limitation:** Not Applicable

## PROJECT PERSONNEL

| | | |
|---|---|---|
| **Principal Investigator:** Kristine Lui | **Email:** krispuihinlui@gmail.com | **Organization:** AMERICAN ASSOCIATION OF PHYSICS TEACHERS INC |
| **co-Principal Investigator:** Robert C Hilborn | **Email:** rhilborn@aapt.org | **Organization:** AMERICAN ASSOCIATION OF PHYSICS TEACHERS INC |
| **co-Principal Investigator:** Glenda Denicolo | **Email:** denicog@sunysuffolk.edu | **Organization:** SUFFOLK COUNTY COMMUNITY COLLEGE |
| **co-Principal Investigator:** Dwain Desbien | **Email:** dwain.desbien@estrellamountain.edu | **Organization:** MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT |

## NSF CONTACT INFORMATION

| | | |
|---|---|---|
| **Managing Grants Official** (Primary Contact) **Name:** LeVar R. Farrior **Email:** lfarrior@nsf.gov | **Awarding Official Name:** LeVar R. Farrior **Email:** lfarrior@nsf.gov | **Managing Program Officer Name:** Kalyn Owens **Email:** kowens@nsf.gov |

## GENERAL TERMS AND CONDITIONS

This is awarded pursuant to the authority of the National Science Foundation Act of 1950, as amended (42 U.S.C. 1861-75) and is subject to Research Terms and Conditions (RTCs) dated 11/12/2020, and NSF Agency Specific Requirements, dated 05/13/2022, available at https://www.nsf.gov/awards/managing/rtc.jsp.

## BUDGET

| A. Senior Personnel | |
|---|---|
| Senior Personnel Count | 16.00 |
| Senior Personnel Calendar Months | 72.00 |
| Senior Personnel Academic Months | 0.00 |
| Senior Personnel Summer Months | 0.00 |
| Senior Personnel Amount | $527,138 |
| **B. Other Personnel** | |
| **Post Doctoral Scholars** | |
| Post Doctoral Count | 0.00 |
| Post Doctoral Calendar Months | 0.00 |
| Post Doctoral Academic Months | 0.00 |
| Post Doctoral Summer Months | 0.00 |
| Post Doctoral Amount | $0 |
| **Other Professionals** | |
| Other Professionals Count | 8.00 |
| Other Professionals Calendar Months | 18.00 |
| Other Professionals Academic Months | 0.00 |
| Other Professionals Summer Months | 0.00 |
| Other Professionals Amount | $188,264 |
| **Graduate Students** | |
| Graduate Students Count | 0.00 |
| Graduate Students Amount | $0 |
| **Undergraduate Students** | |
| Undergraduate Students Count | 26.00 |
| Undergraduate Students | $78,000 |

| | |
|---|---|
| Amount | |
| **Secretarial - Clerical** | |
| Secretarial - Clerical Count | 4.00 |
| Secretarial - Clerical Amount | $29,285 |
| **Other** | |
| Other Count | 0.00 |
| Other Amount | $0 |
| *Total Salaries and Wages (A+B)* | $822,687 |
| **C. Fringe Benefits** | $220,329 |
| *Total Salaries, Wages, Fringe Benefits (A + B + C)* | $1,043,016 |
| **D. Equipment** | $0 |
| **E. Travel** | |
| Domestic | $249,600 |
| International | $0 |
| **F. Participant Support Costs** | |
| Participant Support Costs Stipends | $37,000 |
| Participant Support Costs Travel | $405,000 |
| Participant Support Costs Subsistence | $154,000 |
| Participant Support Costs Other | $0 |
| Total Number of Participants | 665.00 |
| *Total Participant Costs (F)* | $596,000 |
| **G. Other Direct Costs** | |
| Materials Supplies | $23,000 |
| Publication Costs | $11,000 |
| Consultant Services | $702,690 |
| Computer Services | $32,000 |
| Subawards | $0 |
| Other | $54,146 |
| *Total Other Direct Costs (G)* | $822,836 |
| **H. Total Direct Costs (A Through G)** | **$2,711,452** |
| **I. Indirect Costs\*** | **$211,545** |
| **J. Total Direct and Indirect Costs (H + I)** | $2,922,997 |
| **K. Fees** | $0 |
| **L. Total Amount of Request (J) OR (J + K)** | **$2,922,997** |
| **M. Cost Sharing Proposed Level** | $0 |

*Indirect Cost Rates

| Item Name | Indirect Cost Rate |
|-----------|--------------------|
| AAPT | 10.0000% |

These rates are at the time of award and are based upon the budget submitted to the NSF. It does not include any out-year adjustments. The NSF will not modify awards simply to correct indirect cost rates cited in the award notice. See the Proposal & Award Policies & Procedures Guide (PAPPG) Chapter X.A.3.a. for guidance on re-budgeting authority.

# EXHIBIT G



American Association of Physics Teachers Mail - Notice from National Science Foundation

Beth Cunningham <bcunningham@aapt.org>

---

# Notice from National Science Foundation

---

**NSF Grants** <grants005@nsf.gov>                                              Fri, May 9, 2025 at 10:08 AM
To: "eo@aapt.org" <eo@aapt.org>
Cc: "bcunningham@aapt.org" <bcunningham@aapt.org>

<br>

**U.S. National Science Foundation Division of Grants and Agreements**
**2415 Eisenhower Avenue**
**Alexandria, Virginia 22314**
**(703) 292-8210**

05/09/2025

Beth A. Cunningham
Chief Executive Officer
American Association of Physics Teachers
eo@aapt.org

Dear Beth A. Cunningham:

The U.S. National Science Foundation (NSF) has undertaken a review of its award portfolio. Each award was carefully and individually reviewed, and the agency has determined that termination of certain awards is necessary because they are not in alignment with current NSF priorities.

Effective immediately, the following are terminated:

| NSF Award Id |
|---|
| 2212807 |

NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

Costs incurred as a result of this termination may be reimbursed, provided such costs would otherwise be allowable under the terms of the award and the governing cost principles. In accordance with your award terms and conditions, you have 30 days from the termination date to furnish an itemized accounting of allowable costs incurred prior to the termination date.

Sincerely,

Jamie H. French, Division Director
Office of Budget Finance and Award Management (BFA)
Division of Grants and Agreements (DGA)

# EXHIBIT H

 An official website of the United States government  Here's how you know ⌄

⚠ Learn about updates on NSF priorities and the agency's implementation of recent executive orders.

 U.S. National Science Foundation

### Award Abstract # 1841687
### STEM Equity Achievement (SEA Change)

| | |
|---|---|
| **NSF Org:** | EES<br>Div. of Equity for Excellence in STEM |
| **Recipient:** | AMERICAN ASSOCIATION FOR THE ADVANCEMENT OF SCIENCE |
| **Initial Amendment Date:** | June 14, 2019 |
| **Latest Amendment Date:** | May 16, 2025 |
| **Award Number:** | 1841687 |
| **Award Instrument:** | Standard Grant |
| **Program Manager:** | Jessie Dearo<br>jdearo@nsf.gov  (703)292-5350<br>EES  Div. of Equity for Excellence in STEM<br>EDU  Directorate for STEM Education |
| **Start Date:** | June 15, 2019 |
| **End Date:** | May 2, 2025 (Estimated) |
| **Total Intended Award Amount:** | $1,899,743.00 |
| **Total Awarded Amount to Date:** | $3,701,729.00 |
| **Funds Obligated to Date:** | FY 2019 = $1,899,743.00<br>FY 2020 = $74,907.00<br>FY 2023 = $1,491,787.00<br>FY 2025 = $235,292.00 |
| **History of Investigator:** | Shirley Malcom (Principal Investigator)<br>smalcom@aaas.org<br><br>Elizabeth Ruedi (Co-Principal Investigator) |
| **Recipient Sponsored Research Office:** | American Association for the Advancement of Science<br>1200 NEW YORK AVE NW<br>WASHINGTON<br>DC  US  20005-3928<br>(202)326-6400 |

| | |
|---|---|
| **Sponsor Congressional District:** | 00 |
| **Primary Place of Performance:** | American Association For Advancement Science DC US 20005-3928 |
| **Primary Place of Performance Congressional District:** | 00 |
| **Unique Entity Identifier (UEI):** | ZGKVAM2JVKG2 |
| **Parent UEI:** | ZGKVAM2JVKG2 |
| **NSF Program(s):** | ADVANCE, Eddie Bernice Johnson INCLUDES, GVF - Global Venture Fund, CISE Education and Workforce, SPECIAL EMPHASIS PROGRAM, Program Planning and Policy De, EngEd-Engineering Education, Cross-Directorate Activities, AGEP, Hist Black Colleges and Univ, Cross-BIO Activities, Eval & Assessment Capabilites, EDA-Eng Diversity Activities, Integrat & Collab Ed & Rsearch |
| **Primary Program Source:** | 04002324DB NSF STEM Education 04002526DB NSF STEM Education 01002324DB NSF RESEARCH & RELATED ACTIVIT 01001920DB NSF RESEARCH & RELATED ACTIVIT 04002021DB NSF Education & Human Resource 04001920RB NSF Education & Human Resource 04001920DB NSF Education & Human Resource 04AC2324DB EDU DRSA DEFC AAB |
| **Program Reference Code(s):** | 6194, 1340, 7568, 9178, 7699, 5946, 4444, 110E, 7561, 5913, 1738, 5912, 1515, 7482, 8212 |
| **Program Element Code(s):** | 016Y00, 032Y00, 054Y00, 055Y00, 061900, 066Y00, 134000, 139700, 151500, 159400, 727500, 755000, 768000, 769900 |
| **Award Agency Code:** | 4900 |
| **Fund Agency Code:** | 4900 |
| **Assistance Listing Number(s):** | 47.041, 47.050, 47.070, 47.076, 47.079, 47.083 |

**ABSTRACT**

The American Association for the Advancement of Science (AAAS) proposes the development of a national initiative called STEM Equity Achievement (SEA) Change. SEA Change will be a voluntary system of self-assessment and recognition for colleges and universities working on institutional transformation to support diversity, equity, and inclusion in science, technology, engineering, mathematics, and medicine (STEM). SEA Change is informed and inspired by the National Science Foundation's (NSF) ADVANCE program and by the United Kingdom's highly regarded Athena SWAN program. NSF ADVANCE has promoted organizational change within U.S. institutions of higher education to address systemic inequities. The Athena SWAN program has created healthy competition among U.K. institutions by awarding Bronze, Silver, and Gold-level status to STEM departments and to institutions that meet research-informed criteria in promoting gender equity and diversity. The goal of SEA Change is to adapt this incentive model to the United States and develop a well-regarded, credible initiative that results in structural change in higher education. SEA Change will seek to provide fair, impartial reviews and assist institutions with attainment of awards through transparency in processes and standards. AAAS is the largest general science organization in the world and is widely respected for its more than 40 years of programmatic commitment to diversity and inclusion in STEM and is well positioned to shepherd an effort like SEA Change. This grant funding will support the development of the infrastructure needed for SEA Change to reach its ambitious goals and eventually to become self-sustaining.

The SEA Change program is a bold, innovative, and systemic approach to promote structural transformation in higher education. As a positive, voluntary recognition system, SEA Change will promote excellence and incentivize colleges, universities, and their STEM departments to become more diverse and welcoming through transformations in organizational structures of these institutions, providing a more supportive learning and working environment for faculty and students from groups under-represented and underserved in STEM. Institutions that participate in the program will commit to diversity, equity, and inclusion program principles; perform in depth self-assessment to determine their baseline status; develop unique, mission-driven goals and detailed action-plans; receive feedback on their self-assessments; track and report on progress; and seek award renewal or progression on a five-year schedule. Through this process SEA Change will drive sustained and systemic changes in institutional culture, incentives, leadership, and student populations, all driven by a focus on equity and access.

This award is co-funded by several National Science Foundation (NSF) directorates, offices and programs including: Directorate for Biological Sciences, Directorate for Computer and Information Science and Engineering, Directorate for Education and Human Resources, Directorate for Engineering, Directorate for Geosciences, Directorate for Mathematical and Physical Sciences, Directorate for Social, Behavioral and Economic Sciences, NSF Office of Integrative Activities, NSF ADVANCE, Alliances for Graduate Education and the Professorship (AGEP), Historically Black Colleges and Universities-Undergraduate Program (HBCU-UP), Engineering Education Centers (EEC), Broadening Participation in Engineering Geosciences Education and Diversity Programs, and NSF INCLUDES, which focuses on catalyzing the Science, Technology, Engineering, and Mathematics (STEM) enterprise to collaboratively work for inclusive change. In addition, the National Institutes of Health's Office of Research on Women's Health has co-funded this project to include the biomedical sciences in the SEA Change effort.

This award reflects NSF's statutory mission and has been deemed worthy of support through evaluation using the Foundation's intellectual merit and broader impacts review criteria.

**PUBLICATIONS PRODUCED AS A RESULT OF THIS RESEARCH**

---

***Note:*** *When clicking on a Digital Object Identifier (DOI) number, you will be taken to an external site maintained by the publisher. Some full text articles may not yet be available without a charge during the embargo (administrative interval).*

*Some links on this page may take you to non-federal websites. Their policies may differ from this site.*

Malcom, Shirley "Strengthen the case for DEI" *Science* , v.383 , 2024
https://doi.org/10.1126/science.adp4397  Citation Details

Please report errors in award information by writing to: awardsearch@nsf.gov.

**Top**



U.S. National
Science
Foundation

2415 Eisenhower Ave
Alexandria, VA 22314
(703) 292-5111

 Sign up for email updates

     

**About Us**

About NSF

Careers

Our Directorates & Offices

National Science Board

Contact Us

**What's New**

News & Announcements

Events

Science Matters Blog

## Information For

Funding Seekers

NSF Awardees

Congress

Media

Educators

Panelists

## Resources

Documents & Reports

Budget, Performance & Financial Reporting

Public Access

Stopping Harassment

Research Security

Scientific Integrity

Research.gov

Vulnerability disclosure | Inspector General | Privacy | FOIA | No FEAR Act | USA.gov | Accessibility |

Plain language

# EXHIBIT I



May 2, 2025

Tanisha Lewis
Chief Financial Officer

Dr. Beth Cunningham, Chief Executive Officer
American Association of Physics Teachers (AAPT)
One Physics Ellipse Dr.
College Park, MD 20740
Email:

Dear Ms. Cunningham:

Please accept this correspondence as formal notice of our intent to terminate the American Association for the Advancement of Science's Subaward Agreement, including all applicable Statements of Work, for the project entitled Advance 2.0: SEA Change, funded by the National Science Foundation (NSF) grant #1841687, CFDA #47.076 for services provided for the SEA Change Creativity Supplement, signed January 1, 2024.

NSF has just informed AAAS of their determination that continued funding under the above referenced grant is not in alignment with their current priorities, and as a result, such funding is immediately discontinued. Due to the termination of the grant funds originally allocated and necessary to continue the work under this Agreement, we must immediately terminate the Agreement.

Please send a final invoice for all allowable services rendered for the agreement through this termination notice within 30 days of this notice.

We appreciate your understanding and trust we will continue to enjoy the valuable partnership we have had with your organization for a long time.


Sincerely,

*Tanisha Lewis*

Tanisha Lewis
Chief Financial Officer


Copy:

Julia MacKenzie, Chief Program Officer
Shirley Malcom, Senior Advisor, NSF Principal Investigator
Travis York, Director, Center for STEMM Education & Workforce

# EXHIBIT J

6/9/25, 4:22 PM ADVANCE: Organizational Change for Gender Equity in STEM Academic Professions (ADVANCE) | NSF - National Science Founda…

Case 1:25-cv-01923-JMC Document 3-4 Filed 06/23/25 Page 368 of 377





**ADVANCE: Organizational Change for Gender Equity in STEM Academic Professions (ADVANCE)**

Status: Archived

---

**Archived funding opportunity**
This document has been archived.

**Important information about NSF's implementation of the revised 2 CFR**
NSF Financial Assistance awards (grants and cooperative…

**Important information for proposers**
All proposals must be submitted in accordance with the…

**Implementation of standard 15% indirect cost rate**
NSF is updating its policy regarding the reimbursement of…

Supports systemic change projects to enhance gender equity and inclusion for STEM faculty.

## Synopsis

The NSF ADVANCE program contributes to the National Science Foundation's goal of a more diverse and capable science and engineering workforce.[1] In this solicitation, the NSF ADVANCE program seeks to build on prior NSF ADVANCE work and other research and literature concerning gender, racial, and ethnic equity. The NSF ADVANCE program goal is to broaden the implementation of evidence-based systemic change strategies that promote equity for STEM[2] faculty in academic workplaces and the academic profession. The NSF ADVANCE program provides grants to enhance the systemic factors that support equity and inclusion and to mitigate the systemic factors that create inequities in the academic profession and workplaces. Systemic (or organizational) inequities may exist in areas such as policy and practice as well as in organizational culture and climate. For example, practices in academic departments that result in the inequitable allocation of service or teaching assignments may impede research productivity, delay advancement, and create a culture of differential treatment and rewards. Similarly, policies and procedures that do not mitigate implicit bias in hiring, tenure, and promotion decisions could lead to women and racial and

**Program status: Archived**

Program 20-554 was archived.

**Program guidelines**

Previous guidelines NSF 20-554

**Published:** March 6, 2020

Feedback

6/9/25, 4:22 PM    ADVANCE: Organizational Change for Gender Equity in STEM Academic Professions (ADVANCE) | NSF - National Science Founda…

Case 1:25-cv-01923-JMC    Document 34    Filed 06/23/25    Page 370 of 377

ethnic minorities being evaluated less favorably, perpetuating historical under-participation in STEM academic careers and contributing to an academic climate that is not inclusive.

All NSF ADVANCE proposals are expected to use intersectional approaches in the design of systemic change strategies in recognition that gender, race and ethnicity do not exist in isolation from each other and from other categories of social identity. The solicitation includes four funding tracks: **_Institutional Transformation (IT)_**, **_Adaptation_**, **_Partnership,_** and **_Catalyst_**, in support of the NSF ADVANCE program goal to broaden the implementation of systemic strategies that promote equity for STEM faculty in academic workplaces and the academic profession.

- The **_Institutional Transformation (IT)_** track is designed to support the development, implementation, and evaluation of _innovative_ systemic change strategies that promote gender equity for STEM faculty within an institution of higher education.

- The **_Adaptation_** track is designed to support the work to adapt, implement, and evaluate evidence-based systemic change strategies that have been shown to promote gender equity for STEM faculty in academic workplaces and the academic profession. **_Adaptation_** projects can either: 1) support the adaptation of evidence-based systemic change strategies to promote equity for STEM faculty within an institution of higher education; or 2) facilitate national or regional

6/9/25, 4:22 PM    ADVANCE: Organizational Change for Gender Equity in STEM Academic Professions (ADVANCE) | NSF - National Science Founda…

Case 1:25-cv-01923-JMC    Document 34    Filed 06/23/25    Page 371 of 377

STEM disciplinary transformation by
adapting evidence-based systemic change
strategies to non-profit, non-academic
organizations.

- The **Partnership** track is designed to support
the work to facilitate the broader adaptation
of gender equity and systemic change
strategies. **Partnership** projects are
expected to result in national or regional
transformation in STEM academic
workplaces and the academic profession
and demonstrate significant reach.
**Partnership** projects can focus on the
transformation of institutions and
organizations and/or the transformation
within one or more STEM disciplines.

- The **Catalyst** track is designed to broaden
the types of IHEs that are able to undertake
data collection and institutional self-
assessment work to identify systemic gender
inequities impacting their STEM faculty so
that these can be addressed by the
institution.

**Please note that NSF ADVANCE does not
provide fellowships, research, or travel grants
to individual students, postdoctoral
researchers, or faculty to pursue STEM degrees
or research.**  Undergraduate STEM opportunities
can be found at stemundergrads.science.gov and
graduate STEM opportunities at
stemgradstudents.science.gov.

[1] *Building the Future Investing in Innovation and
Discovery: NSF Strategic Plan 2018-2022.*

[https://www.nsf.gov/pubs/2018/nsf18045/nsf18045.pdf](https://www.nsf.gov/pubs/2018/nsf18045/nsf18045.pdf).

[2] All the STEM fields supported by NSF are supported by the ADVANCE program including the learning, social, behavioral, and economic sciences.  ADVANCE does not support the clinical science fields.

---

# Updates and announcements

## ADVANCE Recorded Webinars and FAQs Information

June 14, 2022

### View more updates

# Program contacts

| Name | Email | Phone | Organization |
| --- | --- | --- | --- |
| **Jessie DeAro** <br> Program Officer | **Email** <br> [ADVANCE@nsf.gov](mailto:ADVANCE@nsf.gov) | **Phone** <br> (703) 292-5350 | **Organization** <br> EDU/EES |
| **Keri A. Sather-Wagstaff** | **Email** <br> [ADVANCE@nsf.gov](mailto:ADVANCE@nsf.gov) | **Phone** <br> (703) 292-2534 | **Organization** |

| Name | Email | Phone | Organization |
| --- | --- | --- | --- |
| **Sharon Bird**<br>Program Director | **Email**<br>[ADVANCE@nsf.gov](mailto:ADVANCE@nsf.gov) | **Phone**<br>(703) 292-8042 | **Organization** |

# Program events

## Past

[April 27, 2023 - Recorded Webinar for DCL Catalyzing Institutional Change](#)

[October 8, 2021 - UCI ADVANCE: Crafting Culture Change 20 Years and Forward](#)

## Additional program resources

[ADVANCE FAQs for NSF 20-554](#)

[Recorded ADVANCE Proposal Preparation Webinars](#)

[StratEGIC Toolkit](#) ↗

[Summary of Past ADVANCE Awards](#)

[ADVANCE Brochure (NSF 21-50)](#)

[ADVANCE 20th Anniversary Newsletter (NSF 21-54)](#)

ADVANCE 20th Anniversary Guest
Seminar Series (March 2021)

NSF Career-Life-Balance Initiatives

# Awards made through this program

Browse projects funded by
this program

Map of recent awards
made through this
program

## Related programs

EDU Core Research (ECR:Core)

## Organization(s)

Directorate for STEM Education (EDU)

Directorate for Biological Sciences (BIO)

Directorate for Computer and
Information Science and Engineering
(CISE)

Directorate for Engineering (ENG)

Directorate for Geosciences (GEO)

Directorate for Social, Behavioral and
Economic Sciences (SBE)

Directorate for Mathematical and
Physical Sciences (MPS)

# EXHIBIT K

From: <cmckayle@nsf.gov>
Date: Wed, Jun 18, 2025 at 12:35 PM
Subject: NSF - Proposal Notification - Proposal No. 2507608
To: <bcunningham@aapt.org>
Cc: <rivie@aapt.org>, <dthompson@aaas.org>, <aknaub@aapt.org>


Proposal Number: 2507608
Proposal Title: All Hands on Deck: Creating Multiple Pathways into the SEA Change program for Equity and Excellence Within Postsecondary Education

Dear Dr. Cunningham :

Your proposal was received by the agency. I regret to inform you that the U.S. National Science Foundation (NSF) is not considering your proposal referenced above for funding.

NSF has determined that it does not effectuate NSF program goals or agency priorities. Please see the Update on NSF priorities webpage for further information. If NSF received any reviews on your proposal, those reviews are available to you in Research.gov. Any such reviews were not considered in the agency's decision to return your proposal.

If you would like further information concerning this action, please review the NSF Proposal & Award Policies & Procedure Guide Chapter IV.B , the FAQ found on the Update on NSF priorities webpage, or contact the cognizant official whose name and e-mail address are provided below.

Sincerely,
Camille McKayle
Acting Division Director
Div. of Equity for Excellence in STEM

cmckayle@nsf.gov