# EXHIBIT 5

## Declaration of Neal Sweeney on Behalf of UAW

I, Neal Sweeney, pursuant to 28 U.S.C. § 1746 declare as follows:

1. My name is Neal Sweeney. I am employed by the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW"). My job title is Organizer, UAW Higher Education Department. My job duties include working closely with UAW local unions and UAW regions to develop strategic organizing goals and bargaining priorities to build power within the higher education sector; increasing membership engagement and mobilization through democratic, worker-led programs supporting broad, diverse leadership development; and identifying and developing political and community action plans.

2. UAW is one of the largest and most diverse unions in North America, with members in the United States, Canada, and Puerto Rico and in virtually every sector of the economy including approximately 120,000 workers in higher education – graduate student, postdoctoral scholars, researchers, university staff, and faculty – at institutions across the country. From UAW's earliest days, it has been a leader in the struggle to secure economic and social justice for all people. UAW has a strong history of supporting and bargaining for contract provisions that ensured diversity, equity, and inclusion in the higher education sector and in all workplaces. UAW has been actively involved in every workers rights and civil rights legislative battle since the 1930s, including the campaigns to pass the Civil Rights Act of 1964, the Voting Rights Act of 1965, the Fair Housing Act, the Civil Rights Restoration Act of 1988 and legislation to prohibit discrimination against women, the elderly and people with disabilities. In addition, UAW has long advocated for increased federal funding for scientific research recognizing its importance for innovation, economic growth, and public health.

3. The UAW International Executive Board (which include the President, Secretary-Treasurer, three Vice Presidents and nine Regional Directors) is responsible for carrying out the program and policies approved by the Constitutional Convention delegates and running the day-to-day operations of the International Union. The UAW President's Office includes a number of departments that support UAW members, including the Higher Education Department. UAW members belong to more than 600 local unions across the U.S., Canada, and Puerto Rico. Local unions get support in organizing new members, bargaining contracts, handling problems with employers, member education, political action, community activities and more from both the national UAW offices and centers and each of the nine regional offices.

4. This lawsuit uses the labels "UAW Member" and "UAW Pre-Member" to identify UAW represented workers. The term "UAW Member" refers to a worker who is covered by a collective bargaining contract and who pays dues in an amount determined by their pay structure and whether they have a legal right to strike. Dues are set by UAW Constitutional Convention delegates. "UAW Pre- Member" refers to a worker represented by the UAW initial contract negotiations who is not yet covered by a contract. These workers intend to become dues-paying members as soon as their unit reaches a collective bargaining agreement.

5. Approximately 10,000 UAW-represented workers depend on funding from the National Science Foundation ("NSF") for their jobs including salary, benefits, research costs, travel to academic conferences, and training and mentoring opportunities.

6. The following UAW-represented positions rely on NSF grants for financial support: Research Assistant, Graduate Research Assistant Graduate Assistant, Research Associate, Student Assistant, Fellow, Research Fellow Clinical Fellow, Graduate Student Researcher, Graduate Student Researcher - Fellow, Graduate Student Researcher - Trainee,

Project Assistant, Prestigious Graduate Fellow Postdoctoral Scholar, Postdoctoral Fellow, Postdoctoral Research Fellow, Postdoctoral Scholar Research Associate, Postdoctoral Scholar Fellowship Trainee, Postdoctoral Research Scientist, Postdoctoral Research Scholar, Associate Research Scientist, Associate Research Scholar, Research Scientist/Engineer, Project Scientist, Specialist, Professional Researcher, and Coordinator of Public Programs.

7. The following institutions employ UAW-represented workers who rely on NSF funding to support their jobs: University of Alaska, University of Washington, Washington State University, Western Washington University, University of California (including the Davis, Irvine, San Diego, San Francisco, Merced, Berkeley, Los Angeles, Santa Barbara, Riverside and Santa Cruz campuses), California State University, California Institute of Technology, Pardee Rand Graduate School, University of Southern California, Saint Louis University, Princeton University, University of Pennsylvania, Pennsylvania State University, University of Maine, University of New Hampshire, University of Vermont, Northeastern University, Worcester Polytech Institute, University of Massachusetts, Harvard University, New York University, Columbia University, University of Connecticut, Albert Einstein School of Medicine, Rockefeller University, Weill Cornell Graduate School of Medical Sciences, Icahn School of Medicine at Mt. Sinai.

8. The following UAW Local represents NSF-funded worker: UAW Local 1907 (University of Alaska), UAW Local 4121 (University of Washington), UAW Local 4591 (Washington State University), UAW Local 4929 (Western Washington university), UAW 4811 (University of California), UAW 4123 (California State University), UAW Local 2478 (California Institute of Technology), UAW Local 872 ( University of Southern California), UAW Local 2322 (University of Massachusetts and Worcester Polytech Institute, UAW Local

5118 (Harvard University), UAW Local 2110 (New York University), UAW Local 2710 (Colombia University), UAW Local 4100 (Columbia University and Icahn School of Medicine at Mt. Sinai), and UAW Local 6950 (University of Connecticut). For initial contract negotiations, workers are represented by the UAW International and are assigned to a local union by the International Executive Board following ratification of the first collective bargaining agreement.

9. Since April 2025, UAW has witnessed mounting disruptions in NSF-funded research and education across the campuses where our members work, due to NSF's termination of numerous active grants and fellowships. UAW local unions and the International Union have fielded an increasing volume of inquiries and grievances regarding employers attempting to prematurely end term positions via layoff, lack of notice for layoffs, and other abrupt changes to work assignments and funding.

10. Our members are at the front lines of American conduct of basic science and science education, including projects that aim to broaden participation of woman and underrepresented groups in STEM (science, technology, engineering and mathematics). Yet their careers are being destabilized by NSF's termination of active grants and fellowships for projects on UAW members were working. UAW members have many concerns including:

    a. *Job Insecurity and Interrupted Appointments:* We have received widespread reports that members' employment terms have been shortened, and renewal decisions delayed, or start dates rescinded because of uncertainty surrounding cancellation or threatened cancellation of NSF funding. Postdocs, research staff, and graduate student researchers in particular have been told by principal investigators (PIs) that they cannot be reappointed unless or until NSF makes funding determinations that are

4

months overdue. These numbers are sure to increase as the number of cancelled grants increases, and due to further delays in both the issuance of new awards and renewal of existing awards. Some of the impacted members are on F-1, H-1B, or J-1 visas and could be at risk of deportation if their positions are ended.

b. *Disruption of Research and Academic Progress and Missed Career Milestone:* Many of our members report being unable to complete their experiments or thesis research. Some have had to abandon critical data collection due to the unavailability of lab resources. NSF grant uncertainty has caused members to pause ongoing projects, re-scope dissertation topics, and in some cases consider leaving their programs entirely. Many institutions have frozen hiring including the University of California, Harvard University, University of Washington, Washington State University, Columbia University, and the University of Pennsylvania. As many of our members are in term positions and are rehired or reappointed on a periodic basis, a hiring freeze could result in them losing their jobs. We are aware of members who have withdrawn from job searches, declined postdoctoral offers, or may need to delay graduation due to NSF-related in stability. In addition, we are aware of members who are seriously exploring opportunities outside the United States a result.

c. *Irreparable Harm.* The loss of stability, research continuity, and training momentum is already having lasting effects. Even if NSF resumes normal grant processing and ceases terminating grants tomorrow, the damage done to our members' careers, experiments, immigration status, and trust in the research enterprise is irreversible. The delays are already chilling career interest in graduate education and postdoctoral research which threatens to create downstream shortages of qualified

biomedical researchers and faculty. In addition, the harms fall disproportionately on international scholars, first-generation college graduates, and members of underrepresented communities who cannot weather prolonged uncertainty or self-fund their research careers. Many of the affected members are first-generation scholars or from historically marginalized groups, including those working on NSF-funded disparities research. These disruptions will have a disproportionate effect on efforts to diversify the biomedical research workforce.

11. The following are among the type of NSF grants on which UAW-represented workers rely that have either been cancelled or threated with cancellation: NSF "Regular" or Standard Research Grants, Doctoral Dissertation Research Grants (DDRI/DDRIG), New Investigator Grants (CAREER), High Risk Awards (RAPID, EAGER), Research Community Building Grants including Research Coordination Networks (RCNs), and Training Grants and Fellowships including Graduate Research Fellowships, Post-doctoral Fellowships, Research Experiences for Undergraduates (REU), International Research Experiences for Students (IRES), Research Traineeship (NRT).

12. Below are examples of the research and education done by UAW represented workers that has been impacted by NSF grant cuts:

    a. Research related to the formation of stereotypes, such as racial stereotypes, by children;

    b. Training for students from historically marginalized communities to pursue graduate education and careers related to climate science and climate justice;

    c. Research on the charging behavior of EV (electric vehicle) drivers;

    d. Research related to the transmission of diseases;

13. I have seen or heard about more than 200 NSF grant termination notices received by UAW represented worker. The NSF grant termination notices I have seen contain the same generic explanation—that "termination of certain awards is necessary because they are not in alignment with current NSF priorities" (some notices mis-spell "priorities" as "priorites") and continue:

> NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

15. UAW is a plaintiff in this lawsuit to protect UAW-represented workers' terms & conditions of employment insofar NSF directly funds UAW member jobs and the loss or threatened loss of funding jeopardizes UAW members' jobs as well as training opportunities NSF would have funded. In addition, UAW has a long-standing history of supporting increased federal funding for scientific research and education, recognizing its importance for innovation, economic growth, and scientific advancements.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 17th day of June 2025, in Los Angeles, CA.

Signed by:
*Neal Sweeney*
B58B71AB7B0F412...
Neal Sweeny

7