# EXHIBIT 6

### Declaration of AAPT Member Gina Quan

I, Gina Quan, declare that the statements set forth below are true and correct to the best of my knowledge. I am over the age of 18 and have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth below.

1.      I am an Associate Professor at San José State University. As Associate Professor, I teach, conduct research, and contribute to the service of the university. I have served as a faculty member at San Jose State University since January 2019.

2.      My research work broadly focuses on understanding how to improve the experiences of physics students in higher education. I study how to foster a culture and community that allows all students to participate in physics. I also teach undergraduate physics and science education courses.

3.      I received my Bachelor of Arts in Physics from the University of California, Berkeley in 2012. I then received my Ph.D. in Physics from the University of Maryland, College Park Campus in 2017.

4.      I am offering this Declaration in my individual capacity and not on behalf of my employer.

5.      I am a member of the American Association of Physics Teachers, and I purchased a 15-year membership in 2019 for $2,595.

6.      I have served as Principal Investigator or Co-Principal Investigator on multiple National Science Foundation ("NSF") funded grants focused on improving STEM (Science, Technology, Engineering and Mathematics) teaching and learning in higher education.

**NSF Award ID 2224296**

7.      On April 10, 2023, in support of my research, the San José State University Research Foundation (a foundation within my institution) was awarded from the National

Science Foundation a 5-year, $1,403,600 grant for a project that aims to develop a theory and a model for an intervention that will help universities support transfer students (students transitioning from community college to universities), with an emphasis on understanding the experiences of transfer students of color.  I am the Principal Investigator for the project.  The project is motivated by prior research that shows that nearly half of all post-secondary students of color were attending community colleges, yet nationally white students transfer to baccalaureate granting institutions and major in STEM fields at higher rates than students of color. The purpose of the project is to identify how universities could better support the transition of physics transfer students of color from community college.  A true and correct copy of my Notice of Award for this grant (NSF Award ID 2224296) is attached as **Exhibit A**.

8.      Our project expands on successful efforts in university institutional change by creating Transfer Advocacy Groups (TAGs), which are collaborations of faculty, students, and advisors working toward implementing interventions.

9.      This project represents a collaboration of two institutions, San Jose State University and Michigan State University. Our long-term goal in this project is to develop a theory and a model for an intervention that will help universities to create a transfer receptive culture, identifying levers of change at the department, college, and institutional level. Intermediate goals include (1) Create Transfer Advocacy Groups (TAGs) and study the relationships between TAG design, membership, and actions and levers of institutional change. (2) Build theory that models the experience of transfer students of color within the university culture (3) Establish, cultivate and assess the development of authentic partnerships that center the experiences of transfer students of color while transforming institutional culture. (4) Change

institutional, organizational, and structural practices and policies to align with a transfer receptive culture that builds upon an understanding of student experiences.

10.    The project is fully aligned with the historic mission of NSF, which I understand includes supporting scientific and engineering research and contributing to science, engineering, and mathematics education in the United States, by—among other strategies—increasing the participation of underrepresented populations in STEM fields, including women, minorities, and people with disabilities.

11.    At San Jose State University, this project has been staffed by 14 people, including the Principal Investigator (myself), one Co-Principal Investigator, three faculty, one Postdoctoral scholar, one professional staff, two undergraduate assistants, three recently graduated students, one undergraduate research assistant, and one consultant.

12.    Initiated by the NSF grant awarded in April 2023, the project—which is not yet complete—has involved two years of intensive effort and investment by the project team; in the period from May 1, 2023 through April 25, 2025, the project team expended more than 1300 hours on work on the project.  Moreover, the application for the grant itself required significant effort, including submission of the proposal for grant to NSF in March 2022, and revising the proposal in December 2022 in response to NSF reviewer feedback to ensure alignment with agency expectations.

13.    The project was intended to run from May 1, 2023 to April 30, 2028.

14.    However, on April 25, 2025—two years into the five-year project—my institution received notice from NSF that the NSF had terminated the grant (NSF Award ID 2224296) effective immediately because the grant was "not in alignment with current NSF priorites [sic]" This termination, if not reversed, means that the final three years of the grant—amounting to

$755,671.67—will not be funded. A true and correct copy of an email I received on April 25, 2025 from my institution, which includes at the bottom a copy of the NSF's termination notice, is attached as **Exhibit B**. To the best of my knowledge, the termination notice was sent to my institution without any previous process or communication from NSF about termination of the grant. The notice gave no individualized reason why the grant was terminated but merely recited that "termination of certain awards is necessary because they are not in alignment with current NSF priorites [sic]" and continues:

> NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

15. Although the April 25 Termination Email refers to "NSF Grant General Conditions (GC-1)," there is no reference to "NSF Grant General Conditions (GC-1)" in the Award Notice for this project. Instead, the award notice says that the award is subject to the "Research Terms and Conditions (RTCs) dated 11/12/2020, and NSF Agency Specific Requirements, dated 01/30/2023." *See* Exhibit A.

16. To the best of my knowledge, it is highly unusual for a grant to be terminated midway through a project. My understanding is that such an action would only occur in cases involving research misconduct or risks to participant safety. In my thirteen-year career, I had never personally experienced a grant being terminated in the middle of a project—until April 2025.

17. The termination of the grant has had serious adverse consequences, as described below.

a. Termination of the grant has resulted in the immediate termination of the project. I do not anticipate any alternative source of funding for the project.

b. Termination of the project ends advancements that the project was working on to support the approximately 45 annual transfer students in the San José State University physics department. The project's Transfer Advocacy Group at San José State University had been collaborating with the new College of Science Student Success Center on the restructuring of advising, and had the potential to affect thousands of students enrolled in science courses at San José State University. Termination of the grant has resulted in cutting off progress toward: the implementation of new undergraduate advising resources for transfer students; analysis of nearly 50 hours of meetings of Transfer Advocacy Groups toward understand effective collaboration; documentation of the process of effective change efforts in higher education through institutional policy analysis; and the development of human resources and infrastructure involved in this project.

c. The termination of the grant has caused irreparable harms to students, faculty, and the community. At San José State University, two undergraduate students, two undergraduate alumni, one graduate student, one faculty member, and one staff member have lost their paid positions working on the Transfer Advocacy Group. Terminating the award negatively impacts one postdoctoral researcher, who had been hired for a one-year appointment starting in October 2024. Upon termination of the grant, SJSU communicated to us that the NSF account was emptied and so our postdoctoral researcher's

job was terminated immediately and she lost the remainder of her year of funding and health care benefits. The Co-PI on this project lost a significant part of her small business income, also immediately upon termination. As PI, I lost a significant amount of teaching release support to manage the project. The project is no longer able to continue without this staffing.

d.  Scientific progress is harmed by the termination of this award, particularly in the areas of understanding how to improve institutions of higher education. This research would enable universities to not just understand what supports STEM transfer students, but also how to implement those supports in a sustained way. As our bachelor's granting institutions face a growing enrollment cliff, improving the recruitment and retention of transfer students is critically important to maintaining a national STEM workforce.

e.  The abrupt withdrawal of federal funds has caused me to spend countless hours managing the termination of the project. The work has included: terminating appointments for project employees, closing out project activities, seeking additional funding for outstanding activities, meeting with administrators, and supporting team members. This has come at a significant personal cost to me, as the work has occurred in an unpaid capacity during non-duty days, during a period in which I am primary caretaker for my newborn child. The sudden nature of the termination, paired with an immediate withdrawal of funding, has caused substantial stress for me (and I believe also for others on the project team). Everyone on our team cared

deeply about the work and there was much emotional distress as a result of this termination for everyone.

    f.    Termination of the grant midway through the project also has resulted in substantial loss of taxpayer investment. To date, through the grant, the NSF has invested $371,592.33 in the development of and research on Transfer Advocacy Groups. Termination at this stage prevents analysis of the grant's extensive data sets of Transfer Advocacy Groups and institutional practices. Additionally, termination at this stage prevents longitudinal analysis of the long-term impacts of Transfer Advocacy Groups.

18.    I understand that the San José State University Research Foundation appealed the termination of the grant on May 15, 2025. I am unsure whether this appeal stands any chance of success, given the termination notice's statements that the award "no longer effectuate the program goals or agency priorities" and "This is the final agency decision and not subject to appeal."

**NSF Award ID 2309308**

19.    On January 16, 2024, in support of my research, the San José State University Research Foundation (a foundation within the my institution) was awarded a 3-year, $57,342 grant from the NSF to fund programmatic and evaluation activities in the Access Network, a network of university-based programs that support and promote diversity, equity, inclusivity in STEM education at universities in the United States. I am the Principal Investigator for the project at San Jose State University. The project is motivated by a need to train and offer professional development for the next generation of STEM professionals and create opportunities for all STEM students to thrive. A true and correct copy of the NSF's Notice of Award for this grant (NSF Award ID 2309308) is attached as **Exhibit C**.

20.     This project builds on prior work that established the Access Network.  The Access Network is a collaboration across nine universities in eight states, and it supports the professional development of STEM leadership from undergraduate to graduate to early career stages through awarding paid, mentored fellowship opportunities. These fellowships offer student leaders opportunities to learn about and implement strategies for supporting student success in STEM.

21.     The project is fully aligned with the historic mission of NSF, which I understand includes supporting scientific and engineering research and contributing to science, engineering, and mathematics education in the United States, by—among other strategies—increasing the participation of underrepresented populations in STEM fields, including women, minorities, and people with disabilities.

22.     The 3-year grant to my institution was part of a NSF collaborative award to five institutions, totalling $889,305 (the "Collaboration Award").  The Collaborative Award was granted to Rochester Institute of Technology (lead institution), Chicago State University, San Jose State University, the University of Maryland, and the University of Colorado Boulder.  The primary goal is the continuation of the Access Network and its mission of creating a diverse and equitable academic STEM community.

23.     The project funded by the 3-year grant to San Jose State, of which I was PI, was staffed by two people: the Principal Investigator (myself) and a Co-Principal Investigator.

24.     In the period between February 1, 2025 and April 18, 2025, the project team expended more than 300 hours on work on the project.

25.     The project was intended to run from February 1, 2024 to January 31, 2027.

26.    However, on April 18, 2025—approximately one-third through the life of project—my institution received notice from NSF that the NSF had terminated the grant effective immediately because the grant "no longer effectuate the program goals or agency priorities" This termination, if not reversed, means that the final 21 months of the grant—amounting to $17,715.41—will not be funded.  A true and correct copy of an email I received on April 25, 2025 from my institution, which includes at the bottom a copy of the NSF's termination notice, is attached as **Exhibit D**. To the best of my knowledge, the termination notice was sent to my institution without any previous process or communication from NSF about termination of the grant.  The notice gave no individualized reason why the grant was terminated but merely recited that "termination of certain awards is necessary because they are not in alignment with current NSF priorities." and continues:

> NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

27.    Although the April 18 Termination Email refers to "NSF Grant General Conditions (GC-1)," there is no reference to "NSF Grant General Conditions (GC-1)" in the Award Notice for this project.  Instead, the award notice says that the award is subject to the "Research Terms and Conditions (RTCs) dated 11/12/2020, and NSF Agency Specific Requirements, dated 01/30/2023."  *See* Exhibit C.

28.    To the best of my knowledge, it is highly unusual for a grant to be terminated or not renewed midway through a project.  My understanding is that such an action would only occur in cases involving research misconduct or risks to participant safety.  In my 13 year career,

8

I have never personally experienced a grant being discontinued in the middle of a project—until now.

29.     Based on communication with other Principal Investigators on the Collaborative Award, I understand that in or about April 2025, NSF terminated all of the Collaborative Award, of which the grant to my institution is a part.

30.     The termination of the 3-year grant to my institution has had serious adverse consequences.

a.   Termination of the 3-year grant has resulted in the immediate termination of the project. I do not anticipate any alternative source of funding for the project.

b.   The termination of the award at San José State University has led to loss of summer paid positions for the Principal Investigator (myself) and Co-Principal Investigator on the award.

c.   Scientific progress is harmed by the termination of this award. San José State University's work on the grant has focused on developing the Access Network's Evaluation Fellow Program, which involves mentoring student fellows in conducting evaluation studies to understand effective professional development in Access Network member programs. This work can help other organizations and institutions to understand the "how and why" behind Access Network's successes—knowledge that is crucial toward training future scientists and teachers.

d.   Termination of this award results in loss of the NSF's investment. To date, through the grant, the NSF has invested $40,223.59  in the infrastructure and

development of the Evaluation Fellow Program. Termination at this stage prevents completion of three evaluation studies which have begun data collection but have not yet conducted data analysis.

31.　　The termination of the Collaborative Award has had serious adverse consequences.

　　　a.　The loss of this collaborative award has harmed students in the Access Network, in its university member programs ("sites"), as well as communities across America. Access Network student fellowships have provided critical leadership development, which builds capacity in the network's member programs.  As sites lose this support, we expect decreases in retention and persistence of students pursuing STEM degrees at these institutions.

　　　b.　The removal of the collaborative award has taken away roughly 30 student fellowships per year; these students will experience financial loss, loss of professional development through mentorship, and a loss of an opportunity to engage in personally meaningful work. The sudden and unexpected nature of the termination exacerbated these harms, as student fellows had made professional and personal decisions, such as declining other employment opportunities, to participate in this project.

32.　　I understand that the San José State University Research Foundation appealed the termination of the 3-year grant on May 15, 2025.  I am unsure whether this appeal stands any chance of success, given the termination notice's statements that the award "no longer effectuate the program goals or agency priorities" and "This is the final agency decision and not subject to appeal."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 10th day of June 2025, in San José, California.

Signed by:

*Gina Marie Quan*

E121B7A37A3A430...

Gina Quan

# EXHIBIT A

# NATIONAL SCIENCE FOUNDATION

## Award Notice

**Award Number (FAIN):** 2224296
**Managing Division Abbreviation:** EES                    **Amendment Number:** 000

## RECIPIENT INFORMATION

**Recipient (Legal Business Name):** SAN JOSE STATE UNIVERSITY RESEARCH FOUNDATION
**Recipient Address:** 210 4TH ST 3RD FL SAN JOSE, CA 95112-5569
**Official Recipient Email Address:** foundation-osp@sjsu.edu
**Unique Entity Identifier (UEI):** LJBXV5VF2BT9

## AMENDMENT INFORMATION

**Amendment Type:** New Project
**Amendment Date:** 04/10/2023
**Amendment Number:** 000
**Proposal Number:** 2224296
**Amendment Description:**

The National Science Foundation hereby awards a Continuing Grant for support of the project described in the proposal referenced above.

Fiscal Year 2023, 2024, and 2025 budgets have been combined in this award.  It is still the grantee's responsibility to submit an annual project report in accordance with the award terms and conditions.

No work with human subjects, including recruitment, may be conducted under this protocol or grant until IRB approval has been obtained.

Incentive payments or gifts to participants must be made in accordance with written institutional policies and procedures and supported by auditable documentation. The allowability of these costs will ultimately be based on the awardee institution's ability to adequately demonstrate that the incentives have been disbursed in accordance with its policies and procedures.

The Foundation authorizes the awardee to enter into the proposed subaward arrangement. The subaward agreement should contain appropriate provisions in accordance with the award terms and conditions in effect at the time of this award amendment, and contain any special conditions included in this award.

## AWARD INFORMATION

**Award Number (FAIN):** 2224296
**Award Instrument:** Continuing Grant

**Award Date:** 04/10/2023
**Award Period of Performance:**   Start Date: 05/01/2023    End Date: 04/30/2028
**Project Title:** Transfer Advocacy Groups: Transforming Culture to Support Transfer Students of Color in Undergraduate Physics
**Managing Division Abbreviation:** EES
**Research and Development Award:** Yes
**Funding Opportunity:** PD 21-191Y Racial Equity in STEM Education
**Assistance Listing Number(s) and Name(s):** 47.076 Education and Human Resources (Predominant source of funding for SEFA reporting)

## FUNDING INFORMATION

**Amount Obligated by this Amendment:** $850,929
**Total Intended Award Amount:** $1,403,600
**Total Approved Cost Share or Matching Amount:** $0
**Total Amount Obligated to Date:** $850,929
**Expenditure Limitation:** Not Applicable

Contingent on the availability of funds and scientific progress of the project, NSF expects to continue support at approximately the following level:

| Fiscal Year | Increment Amount |
|---|---|
| 2026 | $281,776 |
| 2027 | $270,895 |

## PROJECT PERSONNEL

**Principal Investigator:** Gina Quan

**Email:** gina.quan@sjsu.edu

**Organization:** SAN JOSE STATE UNIVERSITY RESEARCH FOUNDATION

## COLLABORATIVE INFORMATION

| Proposal ID | Lead | PI Name | Organization |
|---|---|---|---|
| 2224295 | Y | Vashti Sawtelle | Michigan State University |
| 2224296 | N | Gina Quan | San Jose State University Foundation |

## NSF CONTACT INFORMATION

**Managing Grants Official**
(Primary Contact)
**Name:** Denisa Traboini

**Awarding Official**
**Name:** Angela A. Turner
**Email:** aturner@nsf.gov

**Managing Program Officer**
**Name:** Chrystal Smith
**Email:** chrsmith@nsf.gov

**Email:** dtraboin@nsf.gov                    **Phone:** (703) 292-4342
**Phone:** (703) 292-4916

## GENERAL TERMS AND CONDITIONS

This is awarded pursuant to the authority of the National Science Foundation Act of 1950, as amended (42 U.S.C. 1861-75) and is subject to Research Terms and Conditions (RTCs) dated 11/12/2020, and NSF Agency Specific Requirements, dated 01/30/2023, available at https://www.nsf.gov/awards/managing/rtc.jsp.

## BUDGET

| A. Senior Personnel | |
|---|---|
| Senior Personnel Count | 2.00 |
| Senior Personnel Calendar Months | 15.60 |
| Senior Personnel Academic Months | 0.00 |
| Senior Personnel Summer Months | 0.00 |
| Senior Personnel Amount | $162,032 |
| **B. Other Personnel** | |
| **Post Doctoral Scholars** | |
| Post Doctoral Count | 0.00 |
| Post Doctoral Calendar Months | 0.00 |
| Post Doctoral Academic Months | 0.00 |
| Post Doctoral Summer Months | 0.00 |
| Post Doctoral Amount | $0 |
| **Other Professionals** | |
| Other Professionals Count | 0.00 |
| Other Professionals Calendar Months | 0.00 |
| Other Professionals Academic Months | 0.00 |
| Other Professionals Summer Months | 0.00 |
| Other Professionals Amount | $0 |
| **Graduate Students** | |
| Graduate Students Count | 0.00 |
| Graduate Students Amount | $0 |
| **Undergraduate Students** | |
| Undergraduate Students Count | 21.00 |

| | |
|---|---|
| Undergraduate Students Amount | $105,751 |
| **Secretarial - Clerical** | |
| Secretarial - Clerical Count | 0.00 |
| Secretarial - Clerical Amount | $0 |
| **Other** | |
| Other Count | 9.00 |
| Other Amount | $11,250 |
| *Total Salaries and Wages (A+B)* | $279,033 |
| **C. Fringe Benefits** | $79,585 |
| *Total Salaries, Wages, Fringe Benefits (A + B + C)* | $358,618 |
| **D. Equipment** | $0 |
| **E. Travel** | |
| Domestic | $23,500 |
| International | $0 |
| **F. Participant Support Costs** | |
| Participant Support Costs Stipends | $0 |
| Participant Support Costs Travel | $0 |
| Participant Support Costs Subsistence | $0 |
| Participant Support Costs Other | $0 |
| Total Number of Participants | 0.00 |
| *Total Participant Costs (F)* | $0 |
| **G. Other Direct Costs** | |
| Materials Supplies | $3,000 |
| Publication Costs | $2,100 |
| Consultant Services | $52,850 |
| Computer Services | $0 |
| Subawards | $193,066 |
| Other | $1,050 |
| *Total Other Direct Costs (G)* | $252,066 |
| **H. Total Direct Costs (A Through G)** | **$634,184** |
| **I. Indirect Costs\*** | **$216,745** |
| **J. Total Direct and Indirect Costs (H + I)** | $850,929 |
| **K. Fees** | $0 |
| **L. Total Amount of Request (J) OR (J + K)** | **$850,929** |
| **M. Cost Sharing Proposed Level** | $0 |

*Indirect Cost Rates

| Item Name | Indirect Cost Rate |
|---|---|
| On campus research | 46.5000% |

These rates are at the time of award and are based upon the budget submitted to the NSF. It does not include any out-year adjustments. The NSF will not modify awards simply to correct indirect cost rates cited in the award notice. See the Proposal & Award Policies & Procedures Guide (PAPPG) Chapter X.A.3.a. for guidance on re-budgeting authority.

# EXHIBIT B



Diemtrang Vo <diemtrang.vo@sjsu.edu>

21-1507-6642

## Fwd: Notice from National Science Foundation

**Diemtrang Vo** <diemtrang.vo@sjsu.edu>             Fri, Apr 25, 2025 at 10:36 AM
To: Gina Quan <gina.quan@sjsu.edu>
Cc: Angie Little <angie.little@gmail.com>, Annie Chase <annie.chase@sjsu.edu>, Anna Dizack <anna.dizack@sjsu.edu>,
Miri VanHoven <miri.vanhoven@sjsu.edu>, Michael Kaufman <michael.kaufman@sjsu.edu>, Deborah Maloney
<deborah.maloney@sjsu.edu>, Lan Ngoc Duong <lanngoc.duong@sjsu.edu>

Dear Gina,

I hope all is well with you.

I am so sorry to inform you that we just received an email below from NSF notifying us that your NSF award # **2224296**, Foundation account # 21-1507-6642, is terminated as of today, 4/25/2025. We checked the NSF Payment Management System portal for funds availability, and there are no funds left, therefore, we cannot process any outstanding expenses from this account. I will let HR know. We will terminate all project staff who are currently appointed to this account. Also, there is a subaward on this project, we will terminate the subaward as well.

Please let me know if you have any questions. Again, I am so sorry about this sad news.

Best regards,

--Diemtrang

*******************************************************

Diemtrang Vo

Post-Award Analyst

Office of Sponsored Programs | SJSU Research Foundation

Direct: 408-924-1432 | Email: diemtrang.vo@sjsu.edu

www.sjsu.edu/researchfoundation

*Your feedback counts! Did I help you today? Please take this brief service survey. Thank you.*

---------- Forwarded message ---------
From: **NSF Grants** <grants005@nsf.gov>
Date: Fri, Apr 25, 2025 at 8:52 AM
Subject: Notice from National Science Foundation
To: marc.dalarcao@sjsu.edu <marc.dalarcao@sjsu.edu>
Cc: foundation-osp@sjsu.edu <foundation-osp@sjsu.edu>

**U.S. National Science Foundation Division of Grants and Agreements**
**2415 Eisenhower Avenue**
**Alexandria, Virginia 22314**
**(703) 292-8210**

04/25/2025

Marc d'Alarcao
Interim Vice President for Research and Innovation
San Jose State University Foundation
marc.dalarcao@sjsu.edu

Dear Marc d'Alarcao:

The U.S. National Science Foundation (NSF) has undertaken a review of its award portfolio. Each award was carefully and individually reviewed, and the agency has determined that termination of certain awards is necessary because they are not in alignment with current NSF priorites.

Effective immediately, the following are terminated:

| NSF Award Id |
| --- |
| 2120047 |
| 2224296 |

NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

Costs incurred as a result of this termination may be reimbursed, provided such costs would otherwise be allowable under the terms of the award and the governing cost principles. In accordance with your award terms and conditions, you have 30 days from the termination date to furnish a summary of progress under the award and an itemized accounting of allowable costs incurred prior to the termination date.

Sincerely,

Jamie H. French, Division Director
Office of Budget Finance and Award Management (BFA)
Division of Grants and Agreements (DGA)

--
Deborah Maloney, MSM, CRA (she/her)
Director, Office of Sponsored Programs
**San José State University Research Foundation**
210 North 4th Street, Fourth Floor
San José, California 95112

408-924-1421-direct (Mon/Thurs)
https://www.sjsu.edu/researchfoundation/

*The information transmitted in this communication is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material  Any review, retransmission, dissemination or other use, or taking of any action in reliance upon, this information by persons of entities other than the intended recipient is prohibited. If you received this in error, please destroy any copies, contact the sender and delete the material from any computer*

Your feedback counts! Did I help you today? Please take this **brief survey**. Thank you.

# EXHIBIT C

# NATIONAL SCIENCE FOUNDATION

## Award Notice

**Award Number (FAIN):** 2309308
**Managing Division Abbreviation:** PHY                    **Amendment Number:** 000

### RECIPIENT INFORMATION

**Recipient (Legal Business Name):** SAN JOSE STATE UNIVERSITY RESEARCH FOUNDATION
**Recipient Address:** 210 4TH ST 3RD FL SAN JOSE, CA 95112-5569
**Official Recipient Email Address:** foundation-osp@sjsu.edu
**Unique Entity Identifier (UEI):** LJBXV5VF2BT9

### AMENDMENT INFORMATION

**Amendment Type:** New Project
**Amendment Date:** 01/16/2024
**Amendment Number:** 000
**Proposal Number:** 2309308
**Amendment Description:**

The National Science Foundation hereby awards a Continuing Grant for support of the project described in the proposal referenced above.

It is the grantee's responsibility to ensure that any human subjects work conducted under this award has an Institutional Review Board (IRB) approval, where required, and that such approval remains valid at all times that human subjects work is conducted under the award. Failure to comply with this condition will result in suspension and/or termination of the award.

### AWARD INFORMATION

**Award Number (FAIN):** 2309308
**Award Instrument:** Continuing Grant
**Award Date:** 01/16/2024
**Award Period of Performance:**   Start Date: 02/01/2024    End Date: 01/31/2027
**Project Title:** Collaborative Research: Evaluating Access: How a Multi-Institutional Network Promotes Equity and Cultural Change through Expanding Student Voice
**Managing Division Abbreviation:** PHY
**Research and Development Award:** Yes
**Funding Opportunity:** NSF 21-593 Division of Physics: Investigator-Initiated Research Projects
**Assistance Listing Number(s) and Name(s):** 47.049 Mathematical and Physical Sciences
(Predominant source of funding for SEFA reporting)

## FUNDING INFORMATION

**Amount Obligated by this Amendment:** $18,020
**Total Intended Award Amount:** $57,342
**Total Approved Cost Share or Matching Amount:** $0
**Total Amount Obligated to Date:** $18,020
**Expenditure Limitation:** Not Applicable

Contingent on the availability of funds and scientific progress of the project, NSF expects to continue support at approximately the following level:

| Fiscal Year | Increment Amount |
|---|---|
| 2025 | $19,093 |
| 2026 | $20,229 |

## PROJECT PERSONNEL

**Principal Investigator:** Gina Quan
**Email:** gina.quan@sjsu.edu
**Organization:** SAN JOSE STATE UNIVERSITY RESEARCH FOUNDATION

**co-Principal Investigator:** Brianne N Gutmann
**Email:** brianne.gutmann@sjsu.edu
**Organization:** SAN JOSE STATE UNIVERSITY RESEARCH FOUNDATION

## COLLABORATIVE INFORMATION

| Proposal ID | Lead | PI Name | Organization |
|---|---|---|---|
| 2309307 | Y | Scott V Franklin | Rochester Institute of Technology |
| 2309308 | N | Gina Quan | San Jose State University Foundation |
| 2309309 | N | Joel C Corbo | University of Colorado |
| 2309310 | N | Kristy L Mardis | Chicago State University |
| 2309311 | N | Chandra Turpen | University of Maryland |

## NSF CONTACT INFORMATION

| Managing Grants | Awarding Official | Managing Program Officer |
|---|---|---|

**Official** (Primary Contact)
**Name:** Pamela V. Conyers
**Email:** pconyers@nsf.gov
**Phone:** (703) 292-5329

**Name:** Pamela V. Conyers
**Email:** pconyers@nsf.gov

**Name:** Kathleen V. McCloud
**Email:** kmccloud@nsf.gov
**Phone:** (703) 292-8236

## GENERAL TERMS AND CONDITIONS

This is awarded pursuant to the authority of the National Science Foundation Act of 1950, as amended (42 U.S.C. 1861-75) and is subject to Research Terms and Conditions (RTCs) dated 11/12/2020, and NSF Agency Specific Requirements, dated 01/30/2023, available at https://www.nsf.gov/awards/managing/rtc.jsp.

This award is made in accordance with the provisions of NSF Solicitation: NSF 21-593 Division of Physics: Investigator-Initiated Research Projects.

## BUDGET

| A. Senior Personnel | |
|---|---|
| Senior Personnel Count | 2.00 |
| Senior Personnel Calendar Months | 0.85 |
| Senior Personnel Academic Months | 0.00 |
| Senior Personnel Summer Months | 0.00 |
| Senior Personnel Amount | $11,223 |
| **B. Other Personnel** | |
| **Post Doctoral Scholars** | |
| Post Doctoral Count | 0.00 |
| Post Doctoral Calendar Months | 0.00 |
| Post Doctoral Academic Months | 0.00 |
| Post Doctoral Summer Months | 0.00 |
| Post Doctoral Amount | $0 |
| **Other Professionals** | |
| Other Professionals Count | 0.00 |
| Other Professionals Calendar Months | 0.00 |
| Other Professionals Academic Months | 0.00 |
| Other Professionals Summer Months | 0.00 |
| Other Professionals Amount | $0 |

| | |
|---|---|
| **Graduate Students** | |
| Graduate Students Count | 0.00 |
| Graduate Students Amount | $0 |
| **Undergraduate Students** | |
| Undergraduate Students Count | 0.00 |
| Undergraduate Students Amount | $0 |
| **Secretarial - Clerical** | |
| Secretarial - Clerical Count | 0.00 |
| Secretarial - Clerical Amount | $0 |
| **Other** | |
| Other Count | 0.00 |
| Other Amount | $0 |
| *Total Salaries and Wages (A+B)* | $11,223 |
| **C. Fringe Benefits** | $1,077 |
| *Total Salaries, Wages, Fringe Benefits (A + B + C)* | $12,300 |
| **D. Equipment** | $0 |
| **E. Travel** | |
| Domestic | $0 |
| International | $0 |
| **F. Participant Support Costs** | |
| Participant Support Costs Stipends | $0 |
| Participant Support Costs Travel | $0 |
| Participant Support Costs Subsistence | $0 |
| Participant Support Costs Other | $0 |
| Total Number of Participants | 0.00 |
| *Total Participant Costs (F)* | $0 |
| **G. Other Direct Costs** | |
| Materials Supplies | $0 |
| Publication Costs | $0 |
| Consultant Services | $0 |
| Computer Services | $0 |
| Subawards | $0 |
| Other | $0 |
| *Total Other Direct Costs (G)* | $0 |
| **H. Total Direct Costs (A Through G)** | **$12,300** |
| **I. Indirect Costs\*** | **$5,720** |
| **J. Total Direct and Indirect Costs (H + I)** | $18,020 |
| **K. Fees** | $0 |
| **L. Total Amount of Request (J) OR (J + K)** | **$18,020** |

| M. Cost Sharing Proposed Level | $0 |
|---|---|

*Indirect Cost Rates

| Item Name | Indirect Cost Rate |
|---|---|
| On Campus Research | 46.5000% |

These rates are at the time of award and are based upon the budget submitted to the NSF. It does not include any out-year adjustments. The NSF will not modify awards simply to correct indirect cost rates cited in the award notice. See the Proposal & Award Policies & Procedures Guide (PAPPG) Chapter X.A.3.a. for guidance on re-budgeting authority.

# EXHIBIT D



**Diemtrang Vo** <diemtrang.vo@sjsu.edu>

---

## Fwd: Notice from National Science Foundation

**Diemtrang Vo** <diemtrang.vo@sjsu.edu>                                        Fri, Apr 18, 2025 at 4:14 PM
To: Gina Quan <gina.quan@sjsu.edu>
Cc: Brianne Gutmann <brianne.gutmann@sjsu.edu>, Anna Dizack <anna.dizack@sjsu.edu>, Miri VanHoven
<miri.vanhoven@sjsu.edu>

Dear Gina,

I hope all is well with you.

Please see the email below. NSF has terminated your NSF award # **2309308,** Foundation account # 21-1507-6782,
effective today, 4/18/2025. I reviewed the account, and Brianne Gutman's release time for Spring 2025 hasn't been
processed yet. I will follow up with the University for an invoice so we can process it for payment. Once paid, I will
proceed with closing out this grant. In the meantime, please review the account and let me know if you have any other
outstanding expenses.

I am so sorry about this news. Please let me know if you have any questions or concerns.


Best regards,

--Diemtrang

*********************************************************

Diemtrang Vo

Post-Award Analyst

Office of Sponsored Programs | SJSU Research Foundation

Direct: 408-924-1432 | Email: diemtrang.vo@sjsu.edu

www.sjsu.edu/researchfoundation


*Your feedback counts!  Did I help you today?  Please take this brief* service survey. *Thank you.*




---------- Forwarded message ---------
From: **NSF Grants** <grants005@nsf.gov>
Date: Fri, Apr 18, 2025 at 12:27 PM
Subject: Notice from National Science Foundation
To: marc.dalarcao@sjsu.edu <marc.dalarcao@sjsu.edu>
Cc: foundation-osp@sjsu.edu <foundation-osp@sjsu.edu>


**U.S. National Science Foundation Division of Grants and Agreements**
**2415 Eisenhower Avenue**
**Alexandria, Virginia 22314**
**(703) 292-8210**

04/18/2025

Marc d'Alarcao
Interim Vice President for Research and Innovation
San Jose State University Foundation
marc.dalarcao@sjsu.edu


Dear Marc d'Alarcao:

The U.S. National Science Foundation (NSF) has undertaken a review of its award portfolio. Each award was carefully and individually reviewed, and the agency has determined that termination of certain awards is necessary because they are not in alignment with current NSF priorities.

Effective immediately, the following are terminated:

| NSF Award Id |
| --- |
| 2148014 |
| 2309308 |

NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

Costs incurred as a result of this termination may be reimbursed, provided such costs would otherwise be allowable under the terms of the award and the governing cost principles. In accordance with your award terms and conditions, you have 30 days from the termination date to furnish a summary of progress under the award and an itemized accounting of allowable costs incurred prior to the termination date.

Sincerely,

Jamie H. French, Division Director
Office of Budget Finance and Award Management (BFA)
Division of Grants and Agreements (DGA)


--
Deborah Maloney, MSM, CRA (she/her)
Director, Office of Sponsored Programs
**San José State University Research Foundation**
210 North 4th Street, Fourth Floor
San José, California 95112

408-924-1421-direct (Mon/Thurs)
https://www.sjsu.edu/researchfoundation/

*The information transmitted in this communication is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material  Any review, retransmission, dissemination or other use, or taking of any action in reliance upon, this information by persons of entities other than the intended recipient is prohibited. If you received this in error, please destroy any copies, contact the sender and delete the material from any computer*

Your feedback counts! Did I help you today? Please take this brief survey. Thank you.