# EXHIBIT 7

**Declaration of AAPT Member Scott Franklin**

I, Scott Franklin, declare as follows:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I am a tenured Professor in the School of Physics & Astronomy at Rochester Institute of Technology ("RIT") in Rochester, New York. As a Professor at RIT, I currently conduct research in granular materials and physics education, supervise undergraduate and graduate students in research, and teach introductory and advanced classes in physics. I have worked at RIT since 2000, as an Assistant Professor (2000-2005), an Associate Professor (2006-2011) and for the last fourteen years as a Professor (2011-2025).

3. I am offering this declaration in my individual capacity and not on behalf of my employer.

4. I received my Ph.D. in Physics from the University of Texas at Austin and received a Postdoctoral Fellowship in STEM Education from the National Science Foundation.

5. I am a member of the American Association of Physics Teachers, and I pay $750 in annual dues.

6. I have served as both Principal Investigator and Co-Principal Investigator on multiple National Science Foundation ("NSF") grants. These include grants for projects that look at properties of granular materials, with applications for pharmaceutical and petroleum industries, as well as projects to broaden participation and access to physics and STEM careers.

7. On January 16, 2024, in support of my research, the NSF awarded to RIT a 3-year grant (NSF Award No. 2309307) for a project entitled "Collaborative Research: Evaluating Access: How a MultiInstitutional Network Promotes Equity and Cultural Change through Expanding Student Voice." The Award Notice states that the total amount obligated to date

under the award was $94,607; that "contingent on the availability of funds and scientific progress of the project," NSF expects to continue support at approximately $101,310 for fiscal year 2025, and $92,163 for fiscal year 2026; and that the total intended award amount is $288,080.  The Award Notice states that the award period of performance is from February 1, 2024 to January 31, 2027.  A true and correct copy of the Award Notice for this grant is attached as **Exhibit A**.  I am the Principal Investigator for the grant project at RIT.

8.      The three-year grant to RIT was (and is) part of a collaborative award from the NSF to five institutions, totalling $889,305 (the "Collaborative Award").  The Collaborative Award was made to Rochester Institute of Technology (lead institution), Chicago State University, San Jose State University, the University of Maryland, and the University of Colorado Boulder.  The Collaborative Award was made for projects that support the continuation, operation, and improvement of the Access Network, a collaboration across nine universities in eight states that supports the professional development of STEM leadership from undergraduate to graduate to early career stages through awarding paid, mentored fellowship opportunities.  The Access Network was established through NSF grant funding awarded beginning in September 2015, and has involved ten years of intensive effort.

9.      The 3-year grant to RIT is for a project to provide programmatic and evaluation activities in the Access Network. Network activities include mentoring undergraduate and graduate students in leadership, helping them develop mentoring, tutoring, and other programs that develop a cohesive department that supports all students in their success. The grant also funded research and evaluation activities on the Network to document and disseminate those activities most effective and enabling students to complete undergraduate and graduate physics and other STEM degree programs.

10.     The project was and is fully aligned with the historic mission of NSF, which I understand includes supporting scientific and engineering research and contributing to science, engineering, and mathematics education in the United States, by—among other strategies—increasing the participation of underrepresented populations in STEM fields, including women, minorities, and people with disabilities.

11.     The project for which the 3-year grant was made was staffed at RIT by me as Principal Investigator and by a staff person, Matthew Sayre.  The project additionally involved the work of four (4) RIT undergraduate students and 10-15 undergraduate and graduate students from partner institutions each year.

12.     On April 18, 2025, RIT received notice from NSF that the grant was terminated effective immediately because the grant  "no longer effectuate[s] the program goals or agency priorities."  Attached as **Exhibit B** is a true and correct copy of an email I received from an Executive Director at RIT that includes, at the bottom, a copy of the NSF's termination notice. This termination, if not reversed, means that the final 21 months of the grant—amounting to more than $116,000—will not be funded.  To the best of my knowledge, the termination notice was sent to RIT without any previous process or communication from NSF about termination of the grant.  The termination notice gave no individualized reason why the grant was terminated but merely recited that "termination of certain awards is necessary because they are not in alignment with current NSF priorities," and continues:

> NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities.  This is the final agency decision and not subject to appeal.

13.     Although the termination notice refers to "NSF Grant General Conditions (GC-1)," there is no reference to "NSF Grant General Conditions (GC-1)" in the Award Notice

for this project.  Instead, the award notice says that the award is subject to the "Research Terms and Conditions (RTCs) dated 11/12/2020, and NSF Agency Specific Requirements, dated 01/30/2023."  *See* Exhibit A.

14.     To the best of my knowledge, it is highly unusual for a grant to be terminated midway through the project.  My understanding is that such an action would only occur in cases involving research misconduct or risks to participant safety.  In my more than thirty years as an NSF-funded physicist, I have never personally experienced a grant being discontinued in the middle of a project—until now.

15.     Based on communications with other Principal Investigators on the Collaborative Award, I understand that in or about April 2025, NSF terminated all of the Collaborative Award, of which the grant to RIT is a part.

16.     The termination of the 3-year grant has had, and will have, serious adverse consequences:

     a.     Termination of the 3-year grant has resulted in the immediate termination of the project.  I do not anticipate any alternative source of funding for the project

     b.     Termination of the grant has led to loss of twenty-one student fellow positions. 9 students were participating as Network Fellows, sharing their activities with others from different universities and supporting each other as they developed mentoring and other programs at their sites. 9 students were Assembly Fellows, organizing all aspects of the annual Assembly, a 3 day conference that attracts over 50 participants from around the country.

And 3 Evaluation Fellows were developing research projects to document and study the network's effective practices.

c.   Termination of the grant harms scientific progress, as the project contributed to knowledge generation on effective professional development—knowledge that is crucial toward training future scientists and teachers. While the Access Network has strong evidence that its university member programs activities improve graduation rates and semester-to-semester persistence, this 3-year grant was supporting a project to gather evidence of why these activities are effective.

d.   Termination of the grant also results in the loss of the NSF's investment in the infrastructure and development of these programs and the mechanisms for assessing them. Our research would enable student support programs to be more effective, sustainable, and efficient.

17.   The termination of the Collaborative Award has had, and will have, serious adverse consequences:

a.   Termination of the Collaborative Award has harmed students in the Access Network, in its university member programs, as well as communities across America. Access student fellowships have provided critical leadership development, which builds capacity in the network's member programs. As university member programs lose this support, I expect decreases in retention and persistence of students pursuing STEM degrees at these institutions.

b.  Termination of the Collaborative Award has taken away roughly 30 student fellowships per year. As the grant provided stipends (between $1,000 and $2,000 each) to participants, these students will experience direct financial loss. In addition, the students lose significant professional development, as senior Network core-organizers actively mentor students in leadership techniques and strategies, and the opportunity to engage in personally meaningful work. The sudden and unexpected nature of the termination exacerbated these harms, as student fellows had made professional and personal decisions, such as declining other employment opportunities, to participate in this project.

18.  I understand that RIT appealed the termination of the 3-year grant on May 16, 2025. However, I am unsure whether this appeal stands any chance of success, given the termination notice states that the termination was made on the basis that the grant "no longer effectuate[s] the program goals or agency priorities" and that "[t]his is the final agency decision and not subject to appeal."

19.  I am extremely concerned that other NSF grant applications I have submitted, particularly those focusing on professional development of junior researchers, will not be fairly considered or considered at all under NSF's changed priorities. One current grant that is pending would bring junior researchers together to discuss how to develop coherent research projects to address national challenges. There are no obvious ways in which this project does not align with NSF priorities, and yet I am extremely concerned that the grant will not be reviewed fairly. NSF's changed priorities also creates significant uncertainty for future grant applications that I am considering submitting. As my research focuses on increasing student success in programs

that feed critical national workforce areas, including quantum information and artificial intelligence, the uncertainty and disruption has broad implications.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 13th day of June 2025, in Rochester, New York.

_____

Scott Franklin

# EXHIBIT A

From: pconyers@nsf.gov
Subject: NSF Award Notice for Award ID 2309307 - Amendment ID 000
Date: Jan 16, 2024 at 9:11:28 AM
To: Subawards subawards@rit.edu
Cc: bpollard@wpi.edu, kmccloud@nsf.gov, kpigford@nsf.gov,
oandrews@nsf.gov, Scott Franklin svfsps@rit.edu

## NATIONAL SCIENCE FOUNDATION

### Award Notice

**Award Number (FAIN):** 2309307

**Managing Division Abbreviation:** PHY          **Amendment Number:** 000

**RECIPIENT INFORMATION**

**Recipient (Legal Business Name):** ROCHESTER INSTITUTE OF TECHNOLOGY
**Recipient Address:** 1 LOMB MEMORIAL DR ROCHESTER, NY 14623-5603
**Official Recipient Email Address:** subawards@rit.edu
**Unique Entity Identifier (UEI):** J6TWTRKC1X14

**AMENDMENT INFORMATION**

**Amendment Type:** New Project
**Amendment Date:** 01/16/2024
**Amendment Number:** 000
**Proposal Number:** 2309307
**Amendment Description:**

The National Science Foundation hereby awards a Continuing Grant for support of the project described in the proposal referenced above.

Funds provided for participant support may not be diverted by the awardee to other categories of expense without the prior written approval of the cognizant

NSF Program Officer. Since participant support cost is not a normal account classification, the awardee organization must be able to separately identify participant support costs. It is highly recommended that separate accounts, sub-accounts, sub-task, or sub-ledgers be established to accumulate these costs. The awardee should have written policies and procedures to segregate participant support costs.

No work with human subjects, including recruitment, may be conducted under this protocol or grant until IRB approval has been obtained.

The Foundation authorizes the awardee to enter into the proposed subaward arrangement. The subaward agreement should contain appropriate provisions in accordance with the award terms and conditions in effect at the time of this award amendment, and contain any special conditions included in this award.

Subawardee:

Worcester Polytechnic Institute


**AWARD INFORMATION**

**Award Number (FAIN):** 2309307
**Award Instrument:** Continuing Grant
**Award Date:** 01/16/2024
**Award Period of Performance:**  Start Date: 02/01/2024    End Date: 01/31/2027
**Project Title:** Collaborative Research: Evaluating Access: How a Multi-Institutional Network Promotes Equity and Cultural Change through Expanding Student Voice
**Managing Division Abbreviation:** PHY

**Research and Development Award:** Yes

**Funding Opportunity:** NSF 21-593 Division of Physics: Investigator-Initiated Research Projects

**Assistance Listing Number(s) and Name(s):** 47.049 Mathematical and Physical Sciences (Predominant source of funding for SEFA reporting)

## FUNDING INFORMATION

**Amount Obligated by this Amendment:** $94,607

**Total Intended Award Amount:** $288,080

**Total Approved Cost Share or Matching Amount:** $0

**Total Amount Obligated to Date:** $94,607

**Expenditure Limitation:** Not Applicable

Contingent on the availability of funds and scientific progress of the project, NSF expects to continue support at approximately the following level:

| Fiscal Year | Increment Amount |
| --- | --- |
| 2025 | $101,310 |
| 2026 | $92,163 |

## PROJECT PERSONNEL

**Principal Investigator:** Scott V Franklin

**Email:** svfsps@rit.edu

**Organization:** ROCHESTER INSTITUTE OF TECHNOLOGY

**co-Principal**

**Investigator:** Benjamin Pollard

**Email:** bpollard@wpi.edu

**Organization:** WORCESTER POLYTECHNIC INSTITUTE

## COLLABORATIVE INFORMATION

| Proposal ID | Lead | PI Name | Organization |
|---|---|---|---|
| 2309307 | Y | Scott V Franklin | Rochester Institute of Technology |
| 2309308 | N | Gina Quan | San Jose State University Foundation |
| 2309309 | N | Joel C Corbo | University of Colorado |
| 2309310 | N | Kristy L Mardis | Chicago State University |
| 2309311 | N | Chandra Turpen | University of Maryland |

## NSF CONTACT INFORMATION

| Managing Grants | Awarding |
|---|---|

**Official** (Primary Contact)
**Name:** Pamela V. Conyers
**Email:** pconyers@nsf.gov
**Phone:** (703) 292-5329

**Official**
**Name:** Pamela V. Conyers
**Email:** pconyers@nsf.gov

**Managing Program Officer**
**Name:** Kathleen V. McCloud
**Email:** kmccloud@nsf.gov
**Phone:** (703) 292-8236

**GENERAL TERMS AND CONDITIONS**

This is awarded pursuant to the authority of the National Science Foundation Act of 1950, as amended (42 U.S.C. 1861-75) and is subject to Research Terms and Conditions (RTCs) dated 11/12/2020, and NSF Agency Specific Requirements, dated 01/30/2023, available at https://www.nsf.gov/awards/managing/rtc.jsp.

This award is made in accordance with the provisions of NSF Solicitation: NSF 21-593 Division of Physics: Investigator-Initiated Research Projects.

**BUDGET**

| A. Senior Personnel | |
| --- | --- |
| Senior Personnel Count | 1.00 |
| Senior Personnel Calendar Months | 0.09 |
| | |

| | |
|---|---|
| Senior Personnel Academic Months | 0.00 |
| Senior Personnel Summer Months | 0.00 |
| Senior Personnel Amount | $1,334 |
| **B. Other Personnel** | |
| **Post Doctoral Scholars** | |
| Post Doctoral Count | 0.00 |
| Post Doctoral Calendar Months | 0.00 |
| Post Doctoral Academic Months | 0.00 |
| Post Doctoral Summer Months | 0.00 |
| Post Doctoral Amount | $0 |
| **Other Professionals** | |
| Other Professionals Count | 0.00 |
| Other Professionals Calendar Months | 0.00 |
| Other Professionals | 0.00 |

| | |
|---|---|
| Academic Months | |
| Other Professionals Summer Months | 0.00 |
| Other Professionals Amount | $0 |
| **Graduate Students** | |
| Graduate Students Count | 0.00 |
| Graduate Students Amount | $0 |
| **Undergraduate Students** | |
| Undergraduate Students Count | 0.00 |
| Undergraduate Students Amount | $0 |
| **Secretarial - Clerical** | |
| Secretarial - Clerical Count | 1.00 |
| Secretarial - Clerical Amount | $2,829 |
| **Other** | |
| Other Count | 0.00 |

| | |
|---|---|
| Other Amount | $0 |
| *Total Salaries and Wages (A+B)* | $4,163 |
| **C. Fringe Benefits** | $938 |
| *Total Salaries, Wages, Fringe Benefits (A + B + C)* | $5,101 |
| **D. Equipment** | $0 |
| **E. Travel** | |
| Domestic | $5,600 |
| International | $0 |
| **F. Participant Support Costs** | |
| Participant Support Costs Stipends | $31,000 |
| Participant Support Costs Travel | $31,000 |
| Participant Support Costs Subsistence | $0 |
| Participant Support Costs Other | $0 |
| Total Number of | |

| | |
|---|---|
| Participants | 31.00 |
| *Total Participant Costs (F)* | $62,000 |
| **G. Other Direct Costs** | |
| Materials Supplies | $500 |
| Publication Costs | $0 |
| Consultant Services | $0 |
| Computer Services | $135 |
| Subawards | $10,696 |
| Other | $0 |
| *Total Other Direct Costs (G)* | $11,331 |
| **H. Total Direct Costs (A Through G)** | **$84,032** |
| **I. Indirect Costs\*** | **$10,575** |
| **J. Total Direct and Indirect Costs (H + I)** | $94,607 |
| **K. Fees** | $0 |
| **L. Total Amount of Request (J) OR (J + K)** | **$94,607** |
| **M. Cost Sharing** | $0 |

| **Proposed Level** | |
| | |

*Indirect Cost Rates

| **Item Name** | **Indirect Cost Rate** |
|---|---|
| Facilities and Administrative | 48.0000% |

These rates are at the time of award and are based upon the budget submitted to the NSF. It does not include any out-year adjustments. The NSF will not modify awards simply to correct indirect cost rates cited in the award notice. See the Proposal & Award Policies & Procedures Guide (PAPPG) Chapter X.A.3.a. for guidance on re-budgeting authority.

# EXHIBIT B

Dear Scott:

I write to tell you that on Friday, April 18, 2025 NSF sent RIT a notice indicating that "effective immediately" it is terminating your Oracle project 31105/P1105 (located here in Novelution, https://rit.novelution.com/wicket/bookmarkable/ com.novelution.nrms.webapp.sr.EditSrPage?id=55526) as *the agency has determined that termination of certain awards is necessary because they are not in alignment with current NSF priorities."*  The full text of that email termination notice from NSF is below.  SRS reviewed the notice this morning to make sure this notice was authentic and from NSF, and it was.

SRS is processing this grant notice in Novelution now and routing it to SPA. This NSF grant was originally awarded on 2/1/2024 and anticipated  to end on 1/31/27.  It appears $195,917 was fully obligated to RIT but the total award was anticipated to be $288,080.  Please forward any further notices you may receive from NSF on this project to SRS.  The notice itself (below) indicates this NSF decision is not subject to appeal.  Further, the NSF notice indicates, "*Costs incurred as a result of this termination may be reimbursed, provided such costs would otherwise be allowable under the terms of the award and the governing cost principles. In accordance with your award terms and conditions, you have 30 days from the termination date to furnish a summary of progress under the award and an itemized accounting of allowable costs incurred prior to the termination date.*"

I urge you to reach out to your SPA representative to make arrangements to stop all spending on the project after Friday April 18th, except eligible and allowed termination costs.

RIT has developed a policy for when these terminations or stop-work orders are received from agencies that you should review. (https://www.rit.edu/srs/rit-stop-work-order-notification-process).  Communication with your SPA representatives on your budget and spending is key now.

I am sorry this has occurred with your award but have no further insight on NSF's reasoning other than what is indicated in the below notice.  As PI it is certainly reasonable to reach out to your NSF program person you had been working with previously and seek further information, but I would advise you do that in writing.

Please contact us at SRS if you have any further questions.

Denis Charlesworth
Executive Director (Interim)
Sponsored Research Services (SRS), USC Suite 2400
**Rochester Institute of Technology**
141 Lomb Memorial Drive
Rochester, New York 14623-5608
djcsrs@rit.edu

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential material. Any review, retransmission, dissemination or other use of, or the taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited. If you received this information in error, please contact the sender and immediately destroy any copies of this information, including attachments

**From:** NSF Grants <grants005@nsf.gov>
**Sent:** Friday, April 18, 2025 1:48:06 PM
**To:** Ryne Raffaelle <rprsps@rit.edu>
**Cc:** Subawards <subawards@rit.edu>
**Subject:** Notice from National Science Foundation


**U.S. National Science Foundation Division of Grants and Agreements**
**2415 Eisenhower Avenue**
**Alexandria, Virginia 22314**
**(703) 292-8210**

04/18/2025

Ryne Raffaelle
Vice President for Research
Rochester Institute of Tech
rprsps@rit.edu

Dear Ryne Raffaelle :

The U.S. National Science Foundation (NSF) has undertaken a review of its award portfolio. Each award was carefully and individually reviewed, and the agency has determined that termination of certain awards is necessary because they are not in alignment with current NSF priorities.

Effective immediately, the following are terminated:

| NSF Award Id |
| --- |
| XXXXXX |
| 2309307 |

NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

Costs incurred as a result of this termination may be reimbursed, provided such costs would otherwise be allowable under the terms of the award and the governing cost principles. In accordance with your award terms and conditions, you have 30 days from the termination date to furnish a summary of progress under the award and an itemized accounting of allowable costs incurred prior to the termination date.

Sincerely,

Jamie H. French, Division Director
Office of Budget Finance and Award Management (BFA)
Division of Grants and Agreements (DGA)