# EXHIBIT 8

**Declaration of Elizabeth Litzler, Ph.D.**

I, Elizabeth Litzler, declare as follows:

1.      I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2.      I serve as the Director for the Center for Evaluation & Research for STEM Equity at the University of Washington, a center within the Department of Sociology in the College of Arts and Sciences whose mission is to conduct collaborative evaluation and research grounded in relationships.  Our evaluation and consulting supports changemakers in transforming inequitable learning and working environments.  Our research contributes to improved understanding of systemic forces that shape educational and professional outcomes.  As Director, I am responsible for supervising staff work, obtaining grants to do our work, making financial and human resources decisions about the center, and also conducting evaluation and research projects.  I have served as Director for the Center for Evaluation & Research for STEM Equity since March 2015.

3.      The work of my center and myself focuses on improving equity in Science, Technology, Engineering and Mathematics (STEM) fields so that all students can thrive and reach their full potential.  Our work helps to determine and articulate barriers, implement interventions to overcome barriers to inclusion and equity, and determine if the interventions are working.  As of January 2025, my center employed 15 people including myself (6 professional staff, 8 graduate students, and 1 undergraduate student).

4.      I have a PhD in Sociology from the University of Washington (earned in 2010), a Master's degree in Sociology from the University of Washington (earned in 2003), and a

1

Bachelor of Arts degree from Illinois State University in Communication, where I graduated Summa Cum Laude.

5.      I am offering this Declaration in my individual capacity and not on behalf of my employer.

6.      The University of Washington is a member of Women in Engineering ProActive Network ("WEPAN"), and we paid $2,500 in annual dues to WEPAN for the 2024-2025 membership year.  I am one of the named member representatives for the University of Washington's membership.

7.      I have served as Principal Investigator or Co-Principal Investigator on multiple National Science Foundation ("NSF") funded grant projects focused on improving equity and broadening participation in STEM fields.

8.      In support of its research and program evaluation, the Center for Evaluation & Research for STEM Equity has been awarded numerous sub-awards under grants from the NSF. These subawards have been awarded under sub-award agreements between the University of Washington or its Center for Evaluation & Research for STEM Equity, on the one hand, and entities (typically, other universities or professional societies) that have been awarded grants directly from the NSF, on the other hand.

9.      I am informed and believe that in April and May 2025, the NSF purported to terminate, effective immediately, multiple active NSF grants under which my Center for Evaluation & Research for STEM Equity held 13 active sub-award grants totaling $2,033,652. In view of these grant terminations, the prime awardees have notified my Center that its 13 sub-awards are terminated.

10.     I provide additional details on two of the 13 terminated sub-awards, and the projects they were funding, below:

**Sub-award 1:**

11.     The Center for Evaluation & Research for STEM Equity held a sub-award in the amount of $210,045 under NSF Award # 2409009 for a project entitled "Louis Stokes Renewal STEM Pathways and Research Alliance: PNWLSAMP STEM Pathways & Research Alliance."

12.     This project builds on two prior LSAMP grants received by the Pacific Northwest Louis Stokes Alliance for Minority Participation ("PNW LSAMP") alliance.

13.     The PNW LSAMP consists of five 4-year universities and five community colleges in Washington, Oregon, and Idaho.  The goal of the PNW LSAMP is to increase the number of STEM degrees earned by students who are racially and ethnically minoritized in STEM fields.  The Alliance has been committed to enhancing pathways in STEM, expanding its goals to include the success of community college transfer and graduate students.  PNW LSAMP programs offer mentorship, leadership, and research opportunities to foster a STEM identity and sense of belonging among their students, thereby enhancing their retention.  PNW LSAMP also conducts research to contribute to the scholarly body of knowledge about these students' persistence and success in STEM.  This project had a real and measurable impact--since the inception of the alliance in 2009, the percentage of racially and ethnically minoritized students declaring STEM majors at Alliance schools increased by 14% each year on average (from 1,921 in 2009 to 7,206 in 2023).  At Alliance institutions, the proportion of STEM bachelor's degrees awarded to racially and ethnically minoritized students also increased by 11% per year on average (from 329 in 2009 to 1,606 in 2023).  Additionally, once the Alliance started focusing on transfer students, the number of STEM degrees earned by racially and ethnically minoritized transfer students more than doubled, increasing from 731 in 2014 to 1,508 in 2023.  Preliminary

3

analysis showed a strong positive relationship between PNW LSAMP Alliance membership and the graduation rates of racially and ethnically minoritized STEM students.  Controlling relevant institutional factors, Alliance institutions had a graduation rate for minoritized students that was 14 percentage points higher than that of non-Alliance colleges and universities in the Pacific Northwest.  These preliminary findings suggest that, despite many institutional differences, LSAMP programs and PNW Alliance membership have a profound impact on the number of STEM degrees and the diversity of degree holders in the Pacific Northwest.

14.    This PNW LSAMP project was staffed by over multiple people at each of the 10 PNW LSAMP schools, including a Principal Investigator for each sub-award at each school, and institutional project directors, other staff, graduate students, and undergraduate students who helped implement the project.

15.    Initiated by a federal grant awarded in September 2024, the PNW LSAMP project is the result of 15 years of intensive effort.  The grant applications themselves required significant effort, including time spent re-imagining the programming for greater sustainability, and a completely new research project.  The team submitted the proposal to NSF and subsequently revised it based on reviewer feedback to ensure alignment with agency expectations.

16.    The project was fully aligned with the historic mission of NSF, which I understand includes supporting scientific and engineering research and contributing to science, engineering, and mathematics education in the United States, by – among other strategies – increasing the participation of underrepresented populations in STEM fields, including women, minorities, and people with disabilities.

4

17.     On May 2, 2025, my institution received notice from Oregon State University (the prime awardee) that NSF had given notice that the grant was terminated effective immediately because the grant "no longer effectuates program goals or agency priorities."  This termination, if not reversed, means that the final 4 years and 4 months of the grant—amounting to $2,085,238 across all schools, including $170,999 under the sub-award held by my Center—will not be funded.  A true and correct copy of the NSF's termination notice is attached as **Exhibit A**.  To the best of my knowledge, the termination notice was sent to my institution without any previous process or communication from NSF about termination of the grant.  The notice gave no individualized reason why the grant was terminated but merely recited that "termination of certain awards is necessary because they are not in alignment with current NSF priorities" and continues:

> NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

**Sub-award 2:**

18.     The Center for Evaluation & Research for STEM Equity held a sub-award in the amount of $552,956 under NSF Award #1834518 for a project entitled "Collaborative Research: NSF INCLUDES Alliance for Inclusive and Diverse STEM Faculty (NAIDSF)."  This project was funded by the NSF Eddie Bernice Johnson INCLUDES program and sometimes went by the name "Aspire Alliance" or simply "Aspire".  Aspire is working to transform Science, Technology, Engineering and Mathematics (STEM) faculty diversity and promote inclusive practices to make lasting impacts on institutions and higher education overall, changing the environments that students enter (classrooms, programs, departments, institutions).  This was a

5

cooperative agreement grant with NSF. This project builds on the prior work of the many collaborative institutions that were involved and builds on a prior NSF-funded planning grant project.

19.     The work of Aspire was conducted across six collaborating organizations across the United States. Aspire pursues three mutually reinforcing strategic goals: 1) Deepen the preparation of all STEM faculty to be inclusive and effective in their undergraduate teaching, research mentoring, and advising; 2) Diversify the faculty through effective recruitment, hiring, and retention of URG STEM faculty via institutional transformation in practices, policies, and resources; and 3) Foster postsecondary institutional cultures that recognize and value inclusivity and diversity broadly, and in the context of STEM faculty work specifically. Using Collective Impact processes that are grounded in the institutional change literature, the Alliance has positioned itself at the junction of individual and systemic change. The project has reached over 4300 participants who engaged in professional development activities, 203 organizational partners, and 153 colleges and universities across the United States. CERSE was involved in leading parts of the program evaluation of the Alliance since 2020.

20.     At the University of Washington each year, this project was staffed by over three or four people, including myself as the Principal investigator of this sub-award, two 50% FTE graduate students, and a professional staff member. Each collaborating institution had at least two staff members, but sometimes up to four, who were engaged in the project.

21.     Initiated by a federal grant awarded in September 2018, the Aspire project was the result of 7+ years of intensive effort. The application itself required significant preparation, and it built on a prior planning grant which required massive collaboration across all collaborating institutions to come to a shared vision for the project.

6

22.     The project was fully aligned with the historic mission of NSF, which I understand includes supporting scientific and engineering research and contributing to science, engineering, and mathematics education in the United States, by – among other strategies – increasing the participation of underrepresented populations in STEM fields, including women, minorities, and people with disabilities.

23.     On May 16, 2025, my institution received notice from The Association of Public and Land-grant Universities (APLU) which is the prime awardee for the Aspire Alliance, that they had "discovered in Research.gov that NSF's Eddie Bernice Johnson INCLUDES National Alliance for an Inclusive and Diverse STEM Faculty (Aspire)...shows a termination date of 5/2/2025." APLU reports that they did not receive an Award Termination notice from the National Science Foundation for the project, causing a delay in this communication. Thus, we expended two weeks of effort, which I understand will not be compensated. This termination, if not reversed, means that the final three months of the grant—amounting to $111,486.62 just at the University of Washington—will not be funded. To the best of my knowledge, there was no previous process or communication from NSF about termination of the grant prior to the termination.

24.     To the best of my knowledge, it is highly unusual for a grant to be terminated or not renewed midway through a project. My understanding is that such an action would only occur in cases involving research misconduct or risks to participant safety. In my 22-year career, I have never personally experienced a grant being discontinued in the middle of a project—until now.

**Harms from Grants Terminations**

25.    The termination of the NSF awards, and 13 NSF sub-awards at my center, have had serious professional and material consequences, which I describe below.

26.    First, in many cases, the termination halted progress on completing the projects' primary aims and has prevented us from sharing our work to increase the impact of the findings and the investment.  The termination halted our ability to collaborate and support our collaborators by sharing the results of their work.  The inability to complete our work as specified in our project timeline means that the scientific community loses all the lessons learned from the 13 projects that we worked on, because we were unable to bring these projects to an appropriate close, writing a report that could be shared broadly so that new similar projects in the future can begin where we left off, incorporating lessons learned to avoid expending resources on unsuccessful efforts.  While I am seeking some additional funding from foundations, whose limited resources—if awarded—may enable us to complete a short list of priority tasks for four of our projects, I anticipate we will not be able to secure sufficient alternative funding to allow us to resume or fully complete any of our projects as planned.  At best, this bridge funding would provide approximately 3% of the approximate $1.25 million in NSF funding we lost across all 13 terminated sub-awards.

27.    Second, due to the grant terminations, several members of my research and evaluation team—dedicated individuals who had committed years to this work—will lose their jobs. The terminations have been especially hard on our graduate students who rely on funding through us.  We started this year with 8 paid graduate students who contributed their energy and intellectual contributions to our work, enriching it in myriad of ways, and we will likely end the year with none, or 1 graduate student still employed with us.  In addition, without additional

funding and if additional grants are terminated at the fiscal year end, we will likely need to layoff one to all of our six permanent professional staff members.  These staffing losses, combined with the abrupt withdrawal of funding, have made it exceedingly difficult to bring our projects to completion in a way that both returns the results to the community members and project participants who generously contributed their time and trust, and also supports the careers of the students and professional staff who worked on the project.

28.     Third, the termination of critical evaluation and research into broadening participation in STEM has broader societal consequences.  Halting work that could generate new methodologies and insights into how to address inequality in the STEM workforce harms the field by denying it the greater diversity of voices that would spur more innovation and a higher level of excellence for meeting the needs of our national and global communities.  The grant terminations will therefore weaken the capacity of the STEM workforce in the United States to respond to today's most pressing issues.  It will also have immediate and long-term negative effects on the educations and/or careers of the students and professionals who were participating in the programs sponsored by canceled grants or who might have participated if the projects had remained funded.

29.     Fourth, the grant terminations have been both professionally destabilizing and personally demoralizing.  Because I no longer have federal funds to complete the projects stated objectives, I have spent countless hours, often at night and on weekends, trying to manage the fallout.  This includes reassessing budgets and pay plans for 15 staff members; navigating complex and murky administrative processes, delayed by the need to establish many such processes for the first time, for closing out grants on an expedited timeline; supporting destabilized team members; and seeking other funding to complete the work.  This has taken a

9

considerable toll on my ability to focus on my other responsibilities, including my typical administrative duties as a center director, mentoring junior staff and students, and focusing on my other funded evaluation and research projects and publication preparation.  Beyond the immediate disruption, the termination has shaken the continuity of my evaluation and research program and has depressed morale among professional and student staff who fear the loss of their income, health insurance, and homes.

**Pending Grant Proposals**

30.    My Center currently has 16 grant proposals under review at NSF, one of which was submitted in March of 2024 and still has not had a decision.  Two of the under-review projects, submitted in July and November 2024, received questions from the program officer but still have not been funded.  My Center also submitted six other grant proposals in November 2024. I have received no communication from NSF or the prime institution about the status of these proposals.

31.    My Center has received no correspondence from NSF about six other grant proposals submitted in November 2024.  I am concerned that all of these under review grants that I have submitted, as well as future grants, focusing on broadening participation in STEM, will not be fairly considered or considered at all under NSF' changed priorities.  I and many others have put an extraordinary amount of time and effort into writing these grants in line with NSF's prior expectations and guidelines.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 16th day of June 2025, in Bainbridge Island, Washington.

_____
Elizabeth Litzler, Ph.D.

10

# EXHIBIT A

| | |
|---|---|
| **From:** | Kuiken, Christina Lynn |
| **To:** | Nicolas Diaz; Kuiken, Christina Lynn; Aduviri, Amas; Nishihara, Janet Seiko; Valdés Chavarría, Elena; Wright, Damoni; Patricia Cabrera-Perez; ttz@pdx.edu; Lanier, Mary Sanchez; Rye, Nora; Kristian Wiles; Teri Ward; Maria Falcon; doranta@linnbenton.edu; Hernandez, Lorena; Cristy Rasmussen; Akinyi, Tina; stephaniesevigny@boisestate.edu; Daniel Mackin Freeman; Liz Litzler; Pauline C Dott; Cate Samuelson; jimfredricksen@boisestate.edu |
| **Subject:** | FW: Notice from National Science Foundation (S25290) |
| **Date:** | Friday, May 2, 2025 9:36:51 AM |

Good morning –

Likely your school's LSAMP co-PI received the same information but I wanted to ensure we are all on the same page. OSU received this email today about the cancellation of the LSAMP Alliance grant. I'm working on gathering more information both from the institutional and federal level and will hopefully have more to report at our meeting this coming Wednesday.

The gist for now, we will need to document spending from Sept. 1st-May 1st and should stop any additional spending. Things that happen from today forward won't be approved for reimbursement.

If you have specific questions about spending in process, please let me know. Otherwise, we'll talk about it more fully on Wednesday.

Thanks,

--
Christina Kuiken
She/Her/Hers | M.A. | M.S.
PNW LSAMP Director
STEM Leaders Program Coordinator
Beaver Connect Coordinator
Oregon State University
phone: 541-737-7426 | office: Waldo 342


Book time to meet with me


**From:** NSF Grants <grants005@nsf.gov>
**Date:** May 2, 2025 at 7:04:50 AM PDT
**To:** "Tumer, Irem Y" <Irem.Tumer@oregonstate.edu>
**Cc:** Sponsored Programs <sponsored.programs@oregonstate.edu>
**Subject: Notice from National Science Foundation**


Some people who received this message don't often get email from grants005@nsf.gov. Learn why this is important

[This email originated from outside of OSU. Use caution with links and attachments.]

**U.S. National Science Foundation Division of Grants and Agreements**

**2415 Eisenhower Avenue**
**Alexandria, Virginia 22314**
**(703) 292-8210**

05/02/2025

Irem Turner
Vice President for Research and Innovation
Oregon State University
irem.tumer@oregonstate.edu

Dear Irem Turner:

The U.S. National Science Foundation (NSF) has undertaken a review of its award portfolio. Each award was carefully and individually reviewed, and the agency has determined that termination of certain awards is necessary because they are not in alignment with current NSF priorites.

Effective immediately, the following are terminated:

**NSF Award Id**
2307376
2409009

NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

Costs incurred as a result of this termination may be reimbursed, provided such costs would otherwise be allowable under the terms of the award and the governing cost principles. In accordance with your award terms and conditions, you have 30 days from the termination date to furnish an itemized accounting of allowable costs incurred prior to the termination date.

Sincerely,

Jamie H. French, Division Director
Office of Budget Finance and Award Management (BFA)
Division of Grants and Agreements (DGA)