# EXHIBIT 9

**United States District Court**
**for the District of Columbia**

|                                              |     |
|----------------------------------------------|-----|
|                                              | )   |
| AMERICAN ASSOCIATION OF                      | )   |
| PHYSICS TEACHERS, et al.,                    | )   |
|                                              | )   |
| Plaintiffs,                                  | )   |
|                                              | )   |
| v.                                           | )   |
|                                              | )   |
| NATIONAL SCIENCE FOUNDATION,                 | )   |
| et al.,                                      | )   |
|                                              | )   |
| Defendants.                                  | )   |
|                                              | )   |

**Declaration of Todd Wolfson, Ph.D.**

I, Todd Wolfson, declare as follows:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I submit this declaration on behalf of the American Association of University Professors ("AAUP"), of which I have served as President since October 2024.

3. I have a Ph.D. in Anthropology and Social and Cultural Foundations of Education from the University of Pennsylvania.  For the past six years, I have also been in leadership of Rutgers AAUP-AFT, which represents 6,000 faculty, graduate student workers, postdocs and counselors at Rutgers University. I am also an associate professor in the Department of Journalism and Media Studies at Rutgers University.

**Background on AAUP**

4. AAUP is a nonprofit membership association, founded in 1915, that strives to advance academic freedom and shared governance; to define fundamental professional values and standards for higher education; to promote the economic security of faculty, academic

professionals, graduate students, postdoctoral fellows, and all those engaged in teaching and research in higher education; to help the higher education community organize to make our goals a reality; and to ensure higher education's contribution to the common good.

5.  AAUP is a membership organization with approximately 44,000 members. This membership includes university faculty, librarians, researchers, graduate students, and academic professionals.  AAUP chapters at over 500 local campuses across the country work to advance the mission of the AAUP through advocacy, organizing, and in some cases, collective bargaining.  AAUP is headquartered in Washington, DC.

6.  AAUP was founded by John Dewey and other preeminent scholars in 1915 to defend the ability of scholars, researchers, and educators to teach, write, and research without political and economic retaliation based on their viewpoints.

**AAUP's Members Rely On NSF Grant Funding And Have Been Harmed By The NSF's Change in Priorities and Recent Terminations Of Grants**

7.  AAUP members rely heavily on grant funding from the National Science Foundation ("NSF").  NSF grants are essential to our members' ability to support a wide range of activities, from mentoring disabled students seeking to work in STEM fields to research regarding improving transnational collaboration among researchers..

8.  I understand that in April and May 2025, NSF terminated numerous active grants on which AAUP members rely for their work.  I understand that these terminations came without any previous process or communication from NSF about termination of the grants.  I have reviewed NSF termination notices that terminate grants on which AAUP members rely, and I can confirm that the notices contain little explanation for the terminations, and no explanation with respect to the intellectual merit or broader impact of the underlying project; instead the notices recite the following:

> NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled "Termination and Enforcement," on the basis that they no longer effectuate the program goals or agency priorities.  This is the final agency decision and not subject to appeal.

9.  To the best of my knowledge and belief, the NSF's change in priorities and mass termination of grants has already severely impacted our members' work by disrupting

ongoing projects funded by NSF grants, ending important research and making it difficult, if not impossible, to plan for the future.

10.  One professor and AAUP member worked on an NSF grant called C-COAST which included a "Bio Leaps" program. The grant was terminated on April 21, 2025 via a generic termination email with no advance notice or explanation. The grant used a scientific society to change the culture in ocean and marine sciences, including building a program called rising tides providing undergraduates with mentorship and training. It also included an inclusive leadership program that incorporated diversity. The grant provided for summer salary for the faculty member to work on the grant. Therefore the faculty and AAUP member lost summer salary for that work. In addition, faculty are expected to conduct service to profession and research as part of their job duties and to advance within the profession. The NFS grant program covered both the research and service expectation. The grant also allowed the faculty member to work on advancing the profession in general. Loss of this grant is harmful to our member's career progression and reputation.

11. Another grant funded work of a professor and AAUP member to study how major cities are responding to the key democratic challenges using urban participatory innovations. The loss of the grant will hinder the faculty member's ability to coordinate with researchers at other institutions and prevent the completion of all the originally planned research activities and goals. The termination reduces the faculty member's ability to carry out the research that leads to publishing in high impact academic journals and to present that research in academic conferences. This loss will impact this AAUP member's ability to advance in his career.

12. The AAUP has committed its limited resources including staff and leadership time to support members regarding how to respond to the government's actions, including the NSF funding terminations.

13. The government's actions and statements have made it more difficult and resource-intensive for the AAUP to carry out its representation of chapters and individual members. Because of government pressure on universities to abandon their commitment to faculty directed research, teaching and publication, including the mass termination of NSF grants, the AAUP must now expend more time and money to ensure that its members' rights in these regards are protected.

14. For example, in response to the significant influx of inquiries from chapter leaders and members regarding the effect of the government's actions on members' academic freedom, shared governance, and due process rights, and to ensure that individual

members are adequately represented before their university employers, AAUP staff have diverted organizational resources to conduct nationwide calls and virtual meetings with chapter leaders regarding the government's actions and how to represent individual members in the face of such actions.

15. The government's actions and statements, including the NSF's change in priorities decision and mass termination of grants, have also caused a pervasive sense of fear and intimidation among AAUP members. I am aware that some AAUP members no longer feel comfortable participating in and supporting the AAUP's activities, or asserting their academic freedom, shared governance, and due process rights, because of the federal government's conduct. As just some examples, in direct response to the government's threats to cut federal funding and actual termination of funding, including the NSF's mass termination of grants, some AAUP members at universities across the country have cancelled conferences, pulled papers set for publication, decided not to teach classes or certain topics within those classes that may be perceived as being at odds with the Trump administration's preferred viewpoints, stopped attending talks, refrained from attending lawful protests, and stepped down from their AAUP chapter board.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 16th day of June, 2025, in Philadelphia, PA.

*Todd Wolfson*

Todd Wolfson,
President of the American Association of
University Professors