# EXHIBIT 10

## Declaration of Felice J. Levine

I, Felice J. Levine, declare as follows:

1.      I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2.      I submit this declaration on behalf of the American Educational Research Association ("AERA"), where I serve as Executive Director.

3.      I am a social psychologist and hold A.B., A.M., and Ph.D. degrees respectively in sociology and psychology from the University of Chicago. Earlier in my career, from December 1979 to August 1991, I served as Director of the Law and Social Science Program in the then Biological, Behavioral, and Social Science Directorate at the National Science Foundation ("NSF"). In that role and with my interdisciplinary background, I had the opportunity to work across directorates and across fields of science, including NSF assignments to assist other science agencies in, for example, the development of peer review procedures.

4.      Prior to my service at AERA, I also served as Executive Officer of the American Sociological Association and a Senior Research Social Scientist at the American Bar Foundation. I have conducted research in the social, behavioral, and education sciences throughout my career. I have published or led important studies focusing on topics ranging from children and youth, to open science, to higher education, and I have worked to use and promote quality data, indicators, and statistics in the social sciences in numerous capacities. For well over three decades, I have developed expertise on issues of confidentiality, research integrity, ethical conduct in research, data sharing and open science, and inclusion of all talent for excellence in science, as well as other issues related to research and science policy.

**Background on AERA**

5.      AERA is a national research society, founded in 1916, that strives to advance

knowledge about education, encourage scholarly inquiry related to education, and promote the

use of research to improve education and serve the public good. AERA also works to foster the

dissemination and practical application of research results. In short, AERA exists to advance the

field of education research so that education can serve our students, families, educators, school

leaders, and other sectors of society more broadly.

6.      AERA is a membership organization with approximately 25,000 members, most

of whom are education researchers (defined at the highest level of generality). This membership

includes university faculty, researchers, statisticians, data scientists, graduate students preparing

for such careers, and other professionals with expertise in education research. AERA also has

institutional members, through our Consortium of University and Research Institutions,

represented by deans of schools of education and leaders of other education research

organizations. AERA is headquartered and incorporated in Washington, DC.

7.      As a scientific society, AERA has its own research program directed to advancing

the field, promoting cutting-edge lines of inquiry, and undertaking projects and initiatives that

foster the highest quality research and standards in education research. In carrying out these

efforts, AERA undertakes a range of projects and initiatives. For example, for well over a

decade, AERA has awarded grants for research conferences intended to stimulate new lines of

study on education issues. Dating back to 1966, AERA has worked in concert with the American

Psychological Association and the National Council on Measurement in Education to publish the

*Standards for Educational and Psychological Testing* that represents the gold standard in

guidance on testing in the United States and worldwide. In more recent years, in collaboration

with the Inter-university Consortium for Political and Social Research, AERA operates the

Partnership for Expanding Education Research in STEM ("PEERS") Data Hub to make data that exist in public-use form accessible to a wide and diverse range of scholars. These are all methods whereby AERA works to elevate and advance the field of education research through data, statistics, and rigorous qualitative and quantitative studies. Most recently and rapidly after the eruption of the COVID pandemic, AERA, in collaboration with the Spencer Foundation, undertook a study that focused on the impact of COVID on graduate students and early career scholars on their research, their lives, career options, and potential harms. As part of our commitment to serve the public good, as lead author, I presented the results of this work to the U.S. House of Representatives Committee on Science, Space, and Technology at a hearing titled "Building Back the U.S. Research Enterprise: COVID Impacts and Recovery" in February 2021.

8.     AERA is engaged in the advancement, sharing, and dissemination of scientific knowledge at early stages of knowledge production through publication. The AERA Annual Meeting, the AERA Online Papers Repository, and the AERA i-Presentation Gallery are all dedicated functions of AERA to iteratively share results, have opportunities for scholarly interaction and discussion, and enhance transparency in reporting that make for rigorous research. AERA publishes seven peer-reviewed journals in the field of education research, including in educational statistics and in educational evaluation, all of which undertake high quality peer review where authors and reviewers are deidentified to reduce inadvertent bias. AERA's members all receive access to AERA journals without cost.

9.     AERA offers and provides for professional development and training in research and research-related activities, including training programs, workshops (including for high school and undergraduate students), course offerings at the Annual Meeting, and a Virtual Research Learning Series—all of which build capacity, competencies, understandings, and an

environment of support that fosters a culture of research rigor and excellence. Access to a library

of this programming is also available through the VRLC–AERA's Virtual Research Learning

Center.

10.     AERA, further, provides professional development for users of data and research

so that policymakers, practitioners, relevant professionals, and others in the education ecosystem

understand the role of education research in improving education practice, and better engage in

evidence-based work. The AERA Annual Meeting serves as a forum for professionals in the

education research field to connect and collaborate to share knowledge and develop ideas.

11.     For over three decades, NSF has funded the AERA Grants Program in support of

the association's efforts to enhance the visibility and use of large-scale designed and

administrative data through dissertation and research grants and statistical institutes aimed at

building research capacity. Over 600 graduate students and early career scholars have received

these grants as they launched their careers and developed their research agendas in STEM

education research. The AERA-NSF Grants Program offers small grants and training

opportunities designed to achieve two primary objectives: (1) to enhance the capability of the

education research community to conduct policy- and practice-relevant research using the rich,

nationally and internationally representative data sets supported by NSF, the National Center for

Education Statistics (NCES), and other federal agencies; and (2) to support and promote rigorous

education research. The small grants component is an open competition to support field-initiated

research that is expected to produce high-quality policy- and practice-related studies on

important and timely issues in education. Both Research Grants (for those who have earned a

doctoral degree) and Dissertation Grants (for advanced doctoral students) are offered.

Researchers who receive support come from a wide variety of disciplines, such as education,

sociology, economics, statistics, demography, and psychology, with researchers often working across disciplines.

**AERA's Members and AERA Itself Have Been Harmed By NSF's Recent Terminations of Grants**

12.    AERA members rely heavily on grant funding from the National Science Foundation to undertake foundational research on education and learning related to STEM from early education through higher education and the workforce and across educational institutions, settings, and contexts. NSF grants are essential to our members' ability to support a wide range of activities, from basic and applied research and the development of tools and methodologies that benefit all fields of science to research training and capacity building activities, conferences, and collaborations and partnerships that directly elevate the capacity of thousands and thousands of students each year to more effectively learn and for thousands of teachers and faculties to more effectively teach.

13.    Part of NSF's congressional mandate is to expand the participation of underrepresented populations in STEM fields, including women, racial minorities, and persons with disabilities. This mandate is significant as it reflects the fundamental premise that progress in science depends on and is advanced by critical skepticism, discussion, and debate made more possible when all ideas, experience, expertise, and talent are brought to bear.

14.    Many AERA members rely on NSF-grant funding for conducting research that carries out the NSF's mandate of increasing the participation of underrepresented populations in STEM fields, including women, racial minorities, and people with disabilities. We applaud them for rigorously examining complex individual, institutional, and social structural problems that have been vetted through NSF's rigorous peer review. I understand, however, that far too many

are now experiencing harms for tackling tough research questions and "taking the roads less traveled."

15.    NSF reports that, since April 18, 2025, NSF has terminated 1,667 active grants. Thousands of Principal Investigators (PIs), Co-Principal Investigators (Co-PIs), graduate students, postdoctoral fellows, and other professional research scientists—many of whom were (and are) AERA members—were relying on those grants for their work. NSF reports that 805 of the 1,667 terminations (48%) were from the NSF Directorate for STEM Education (EDU). Based on this, I conservatively estimate that the PIs on at least half (402) of those 805 terminated grants are AERA members. This PI estimate does not account for additional AERA members who are Co-PIs or otherwise part of research teams whose grants were terminated in the STEM Education (EDU) Directorate. Nor does it account for AERA members who are PIs, Co-PIs or otherwise on research teams on grants terminated in directorates other than STEM Education (EDU).

16.    I understand that the grant terminations came without any previous process or communication from NSF about termination of the grants. I myself have read and reviewed many NSF termination notices for grants on which AERA members rely, and I can confirm that the notices I reviewed are boilerplate transmittals that contain no grant-specific explanation for the terminations, and no explanation with respect to the intellectual merit or broader impact of the underlying project; instead, the notices recite the following:

> "NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal."

17.    To the best of my knowledge and belief, NSF's mass termination of grants has already severely impacted our members' work by ending important education research that

6

carries out NSF's mandate of increasing the participation of underrepresented populations in STEM fields. Making it difficult, if not impossible, to plan for the future, these terminations have directly prevented AERA graduate student members from completing their doctoral degrees, cut short the professional development and employment of AERA member postdoctoral associates and other early career professionals, and eliminated jobs of other AERA members who contributed importantly to these projects and were supported by these grants. And, if not reversed, these terminations will have a severely negative impact on education research in the United States and stifle, if not already divert, the next generation of scientists to pursue this work.

18.    The American Educational Research Association itself has been harmed by NSF's grant terminations. AERA has already experienced harms in our mission to advance science in our field as indicated by a substantially lower attendance at our Annual Meeting on April 23-27, by approximately 1,000 registrants, with a consequent impact on the purposes of the meeting for research presentations, debate, and discussion. Also, revenue that is essential for AERA to be able to effectively execute our responsibilities suffered materially with lower attendance. The adverse impact could also be visibly seen in the absence of NSF scientific staffs, including some number of program officers, division directors, and NSF assistant directors, who were not permitted to travel and who for many years have contributed to the meeting not just in conveying funding opportunities but in their broad-based understanding of new directions, promising opportunities, and meaningful connections across fields of science and education. AERA is harmed specifically when that component of the Annual Meeting (the AERA Research and Science Policy Forum inaugurated in 2003) is missing NSF's presence as the lead federal science agency.

19.    AERA and the progress of science more broadly are harmed by grant cancellations that cut off in droves significant NSF peer reviewed studies. With so many grants cancelled for work that we would expect would yield high quality publications, we can only anticipate that AERA's seven highly ranked peer reviewed journals, including one open access journal, will experience a reduction or shift in the types of manuscript submissions. It is not only these direct losses that merit remedy. The broader impacts on AERA, education research, and science education fields also are material and warrant attention. These harms are real and measurable, and my concerns set forth herein are well buttressed by a growing body of data and facts. Approximately ten business days ago, AERA launched a survey of all PIs and co-PIs of 1,754 NSF cancelled grants. While responses are still flowing, we already have complete information for over 400 terminated grants that address both direct and broader impacts of these terminations:

a.    The vast majority (75%) of the 400 grants were for research, and these alone have directly engaged over 8,000 undergraduates, 700 graduate students, 150 postdoctoral scholars in addition to over 1,100 senior personnel and 1,600 other professionals. Not only has significant science been curtailed but also careers halted and future scientists' aspirations upended or shaken to the core. In the words of one illustrative PI, "The termination of the STEM grant has had a significant impact on both myself and my research team. The funding was instrumental in supporting ongoing research activities, including data collection, laboratory experiments, and student involvement through course-based undergraduate research experiences."

b.    The AERA survey also captures broader impacts, including adverse consequences to partnering and non-partnering organizations (*e.g.*, community organizations, businesses, and other institutions) experiencing the precipitous loss of these grants. We have hundreds and hundreds of responses to detailed open-ended questions. To summarize in the voice of one PI, "The award was a multi-site project, terminating at this point the grant brings the challenge of not completing . . . and then not being able to produce comparative data. This data helps us to disseminate findings that could have an impact in different

types of institutions with different types of students as well as address their needs to be successful in STEM fields."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on _6/23/2025_____, in Washington, DC.

DocuSigned by:

*Felice Levine*

6A741A1A7A2D40C...

Felice J. Levine