# EXHIBIT 14

## Declaration of Charles Thompson, Ph.D.

I, Dr. Charles Thompson, declare as follows:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I serve as the Postdoctoral Scholar for the Deep Decarbonization Initiative (D2I), at the University of California, San Diego ("UCSD"). The initiative is an interdisciplinary initiative between science, engineers, and policy experts focused on reducing carbon dioxide (CO2) emissions on the UCSD campus and more broadly.

3. I am offering this Declaration in my individual capacity and not on behalf of my employer.

4. I have a PhD in Applied and Environmental Economics from Oregon State University (received in 2024) and a Bachelor of Arts degree in Economics and History from the College of New Jersey (received in 2013).

5. I am a member of the United Auto Workers of America, Local 4811, and I pay $994 in annual dues.

6. Between August 2024 and July 2025, I served as a post-doctoral research fellow in the Deep Decarbonization Initiative (D2I), at the University of California, San Diego ("UCSD"). My fellowship on this project was funded by a grant from the National Science Foundation (NSF) grant to Jan Kleissl in the UCSD Aerospace and Mechanical Engineering department.

7. My project within the Deep Decarbonization Initiative (D2I) is focused on researching charging behavior of EV drivers on the UCSD campus. The goal of the project is to understand what infrastructure or motivations impact EV driver behavior. The project has been conducted on the UCSD campus. This project was staffed by over 5 people, including two

principal investigators, one project director, an academic researcher, and myself as a postdoctoral scholar.   As a postdoctoral scholar, I was responsible for the analysis and econometric methodologies to understand the charging behavior of EV (electric vehicle) drivers on the UCSD campus.  I have served as a postdoctoral scholar for Deep Decarbonization Initiative since August 2024.

8.      The Deep Decarbonization Initiative was fully aligned with the historic mission of NSF, which I understand includes supporting scientific and engineering research and contributing to science, engineering, and mathematics education in the United States.

9.      I understand that the life of the grant that funded the Deep Decarbonization Initiative was intended to run through at least August 2026.  I had planned to work on this project through August 2026.

10.      But in or about May 2025, I learned that UCSD had received notice from NSF that NSF had terminated the grant that funded the project because NSF had determined the grant no longer effectuates agency priorities.  I was informed by UCSD that due to the grant termination, UCSD was canceling my fellowship.

11.      To the best of my knowledge, it is highly unusual for a grant to be terminated or not renewed midway through a project.  My understanding is that such an action would only occur in cases involving research misconduct or risks to participant safety.  In my seven-year career, I have never personally experienced a grant being discontinued in the middle of a project—until now.

12.      The grant termination has had serious adverse consequences.  Due to the grant termination, I have been laid off from my postdoctoral research fellowship job at UCSD.  This is extremely damaging to my career as an early career academic.  The academic hiring process can

take months, yet this cancellation has left me with only one month to find a new job.  As a result, I may be forced to leave academia indefinitely for a less productive, less socially useful, and less fulfilling career in the private sector.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 23rd day of June 2025, in San Diego, California.

Signed by:

*Charles Thompson*

94AD28012B2F40C...

Charles Thompson