# EXHIBIT 15

**Declaration of Marianna Zhang, Ph.D.**

I, Marianna Zhang, declare as follows:

1. I am over eighteen years old, of sound mind, and fully competent to make this declaration.

2. I am a postdoctoral fellow at New York University in the Department of Psychology. As a postdoc, my full-time job is to conduct research, in my case, on how children reason about social groups and how they develop stereotypes. I have been a postdoctoral fellow at New York University since September 2024, and a postdoctoral researcher at New York University since August 2024.

3. I am offering this Declaration in my individual capacity and not on behalf of my employer.

4. I am a developmental cognitive scientist. I study how children learn about social groups, such as gender and race, and how they develop stereotypes about those groups. I am preparing for a future in academia as a professor.

5. I received my PhD in psychology from Stanford University in 2024, and my BA in psychology from the University of Chicago in 2018.

6. I plan on becoming a dues-paying member of the UAW as soon as I am eligible to do so.

7. In November 2023, I submitted to the National Science Foundation ("NSF") a proposal for a Social, Behavioral and Economic Sciences ("SBE") Postdoctoral Research Fellowship ("SPRF") award for project entitled "Examining the Statistics of Children's Social World." The NSF's website explains that SPRFs are awarded to "prepare promising, early career doctoral-level scientists for scientific careers in academia, industry or private sector, and government. My SPRF proposal underwent a significant and lengthy review by the NSF. After

1

the review and before the award was issued, I responded to NSF reviewer feedback to ensure that the project is aligned with agency expectations.

8. On August 14, 2024, the National Science Foundation ("NSF") accepted my proposal and awarded to me a 2-year, $160,000 fellowship award (an SPRF), for the proposed project. The SPRF I was awarded consists of a $65,000 annual stipend, to support myself, and an annual $15,000 research allowance, to support my research. I am a Co-Principal Investigator on this fellowship (NSF #2404708), alongside my advisor Dr. Marjorie Rhodes. A true and correct copy of the NSF's Notice of Award for this fellowship is attached as **Exhibit A**. The Notice of Award states the award period of performance is from September 1, 2024 through August 31, 2026.

9. The project for which I was awarded a fellowship builds on my prior PhD research on how children reason about social structures and social groups, as well as my advisor's research on how children develop stereotypes. Children develop gender and racial stereotypes at a young age, but little is known about how those stereotypes form and how to stop them from forming. My fellowship project focuses on one possible source of stereotypes: the group members that children see, who may not be representative of the broader group. For example, a child growing up in the United States may only see high-achieving Asian Americans (due to selective immigration policies) or male doctors (due to structural biases and media depictions). Assuming those people are representative of Asian Americans or doctors more broadly, children may form a generalization, in this case, a stereotype, that Asian Americans are high-achieving and doctors are male. However, prior work in developmental psychology has shown that even young infants are sensitive to unrepresentative samples, *e.g.*, red marbles drawn out of a jar by someone looking for red marbles, and refrain from generalizing accordingly, *e.g.*,

do not expect the entire jar to be red marbles. In my fellowship project, I proposed to study 1) whether children generalize directly from a sample of group members to the whole social group, and 2) whether children could adjust those generalizations through an understanding that the group members they see are not representative. Our findings can inform our understanding of how stereotypes form and what can be done to prevent them.

10. The fellowship project was (and is) fully aligned with the historic mission of NSF, which I understand includes supporting scientific and engineering research and contributing to science, engineering, and mathematics education in the United States, by—among other strategies—increasing the participation of underrepresented populations in STEM fields, including women, minorities, and people with disabilities.

11. The fellowship award funded my research, and was important for my career development. In cognitive science and psychology, those seeking a tenure-track appointment as an assistant professor typically complete two or more years of postdoctoral training after their PhD to build up their research portfolio to be competitive on the academic job market.

12. Between September 2024 and April 2025, I worked diligently on the project. I estimate that I worked approximately 1200 hours on it.

13. The life of the project and the fellowship award were intended to run from September 1, 2024 through August 31, 2026.

14. However, on April 25, 2025, I received notice from NSF that the fellowship was terminated effective immediately because the award "no longer effectuates agency priorities." This termination, if not reversed, means that the remainder of the fellowship yet to be disbursed—amounting to $48,751—will not be funded. A true and correct copy of this termination notice is attached as **Exhibit B**. The termination notice was sent to me without any

3

previous process or communication from NSF about termination of the fellowship. The notice gave no individualized reason why the fellowship was terminated but merely recited that "termination of certain awards is necessary because they are not in alignment with current NSF priorites [sic]," and continues:

> NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

15. To the best of my knowledge, it is highly unusual for a grant or fellowship to be terminated or not renewed midway through a project. My understanding is that such an action would only occur in cases involving research misconduct or risks to participant safety. In my career in psychology and cognitive science, I have never heard of a grant or fellowship being discontinued in the middle of a project—until now.

16. As my fellowship funding was disbursed in advance for several months, and I have not been asked to return funds, I am currently still able to support myself and my research.

17. Nonetheless, the NSF's termination of my fellowship award has had serious professional and material consequences, as I describe below.

   a. Scientifically and logistically, the termination has stalled progress on completing the project and on achieving its primary aims. We just finished developing a new methodology for assessing generalizations to a social group from seeing group members, which we hope to use subsequently to test our primary research questions with children. Uncertainty in whether I can still spend down the disbursed funds and the gap in future funds has both delayed the research, and compressed what we may be able to complete in the scope of the award. Although

4

    we now have a working methodology, it is disappointing that we may be unable to apply it to our research questions with children. The inability to complete our work as specified in our project timeline means that the scientific community loses out on basic knowledge of how children develop stereotypes, as well as potential information for intervention on how to prevent children from developing stereotypes.

b. In addition, the termination endangers my livelihood and professional development as an early-career cognitive scientist. For now, I am continuing to use fellowship funds that were disbursed, and have secured emergency backup funds from a collaborator on a side project to fill in the remainder of my 2-year planned postdoctoral position. Nonetheless, the uncertainty caused by the NSF's termination of my fellowship has made it exceedingly difficult to focus on the project's central aims or to prepare accordingly for the academic job market.

c. The termination of research into how children develop stereotypes has broader societal consequences. By halting work that could generate new insights into how to stop stereotypes from developing in future members of society, the decision effectively allows stereotypes to perpetuate and spread unchecked, contributing to decreased societal wellbeing and functioning.

d. The termination of the fellowship has been professionally destabilizing and personally demoralizing. I have spent countless hours trying to manage the fallout from the termination, including assessing backup funds in case my current funds are pulled, locating emergency funds to support the remainder of my planned 2 years, confirming the administrative status of my postdoctoral

appointment at my university (to which my housing and health insurance are tied), researching federal procedure to write my appeal letter, reassessing my academic job prospects in the United States, and finding funds to support an unplanned 3rd year of my postdoc (given that many institutions have instituted hiring freezes for the next academic job cycle, in response to grant terminations and potential indirect cost cuts). This has taken a considerable toll on my ability to focus on the proposed research, as well as my ability to focus on other research projects and publication preparations to prepare for the academic job market. Along with a large grant termination in my lab, and terminations of grants from labs doing related research, this event has dampened morale among my labmates and colleagues who are stressed about whether we have a future in academia in the United States.

18. I appealed the termination of my fellowship on May 23, 2025. I am unsure whether my appeal stands any chance of success, given the termination notice's statement that my fellowship "that they no longer effectuate[]s the program goals or agency priorities" and that "[t]his is the final agency decision and not subject to appeal."."

19. I am concerned that a grant application I am planning to submit next month to NSF, which proposes building a computational model of how people learn about social groups from language, will not be fairly considered or considered at all under NSF's changed priorities. This grant application will be critical to my plans to find money for an unplanned third year of my postdoctorate studies, which is very likely to be necessary given the job freezes likely to continue into this upcoming cycle of the academic job market.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 16th day of June 2025, in New York, New York.

_____
Marianna Zhang

# EXHIBIT A

# NATIONAL SCIENCE FOUNDATION

**Award Notice**

**Award Number (FAIN):** 2404708

**Managing Division Abbreviation:** SMA

**Amendment Number:** 000

## RECIPIENT INFORMATION

**Recipient (Legal Business Name):** Zhang, Marianna
**Recipient Address:** 450 Jane Stanford Way Building 420 Department of Psychology Stanford, CA 94305
**Official Recipient Email Address:** marianna.zhang@stanford.edu
**Unique Entity Identifier (UEI):** Not Applicable

## AMENDMENT INFORMATION

**Amendment Type:** New Project
**Amendment Date:** 08/14/2024
**Amendment Number:** 000
**Proposal Number:** 2404708
**Amendment Description:**

The National Science Foundation hereby awards a Fellowship Award for support of the project described in the proposal referenced above.

A determination notice was submitted to NSF by the recipient which specified that the human subject protocol for this award meets the requirements of 45 CFR § 690.118. The study will involve research with human subjects for which the protocol is not yet fully developed.

No work with human subjects, including recruitment, may be conducted under this protocol or award until IRB approval has been obtained.

Entitlement to these funds is subject to the terms and conditions outlined in the Program Solicitation NSF 23-500, "SBE Postdoctoral Research Fellowships (SPRF)," and the document entitled "Administrative Guide for the SBE POSTDOCTORAL RESEARCH FELLOWSHIP (SPRF) Program," available at https://www.nsf.gov/sbe/SPRF/SPRFAdministrativeGuide.pdf. The SPRF Program page is available at https://www.nsf.gov/funding/pgm_summ.jsp?pims_id=504810. The document contains information about the Fellowship, as well as award conditions and responsibilities.

## AWARD INFORMATION

**Award Number (FAIN):** 2404708
**Award Instrument:** Fellowship Award

**Award Date:** 08/14/2024
**Award Period of Performance:**   Start Date: 09/01/2024    End Date: 08/31/2026
**Project Title:** Postdoctoral Fellowship: SPRF: Examining the Statistics of Children's Social World
**Managing Division Abbreviation:** SMA
**Research and Development Award:** Yes
**Funding Opportunity:** NSF 23-500 SBE Postdoctoral Research Fellowships
**Assistance Listing Number(s) and Name(s):** 47.075 Social, Behavioral, and Economic Sciences (Predominant source of funding for SEFA reporting)

## FUNDING INFORMATION

**Amount Obligated by this Amendment:** $160,000
**Total Intended Award Amount:** $160,000
**Total Approved Cost Share or Matching Amount:** $0
**Total Amount Obligated to Date:** $160,000
**Expenditure Limitation:** Not Applicable

## PROJECT PERSONNEL

**Principal Investigator:** Marianna Zhang
**Email:** marianna.zhang@stanford.edu
**Organization:** Zhang, Marianna

**co-Principal Investigator:** Marjorie Rhodes
**Email:** marjorie.rhodes@nyu.edu
**Organization:** NEW YORK UNIVERSITY

## NSF CONTACT INFORMATION

**Managing Grants Official** (Primary Contact)
**Name:** Tyffani N. Smith
**Email:** tnsmith@nsf.gov
**Phone:** (703) 292-7046

**Awarding Official**
**Name:** Tyffani N. Smith
**Email:** tnsmith@nsf.gov

**Managing Program Officer**
**Name:** Josie Welkom Miranda
**Email:** jwmirand@nsf.gov
**Phone:** (703) 292-7376

## GENERAL TERMS AND CONDITIONS

This is awarded pursuant to the authority of the National Science Foundation Act of 1950, as amended (42 U.S.C. 1861-75).

This award is made in accordance with the provisions of NSF Solicitation: NSF 23-500 SBE Postdoctoral Research Fellowships.

| BUDGET | |
|---|---|
| **A. Senior Personnel** | |
| Senior Personnel Count | 4.00 |
| Senior Personnel Calendar Months | 0.00 |
| Senior Personnel Academic Months | 0.00 |
| Senior Personnel Summer Months | 0.00 |
| Senior Personnel Amount | $0 |
| **B. Other Personnel** | |
| **Post Doctoral Scholars** | |
| Post Doctoral Count | 0.00 |
| Post Doctoral Calendar Months | 0.00 |
| Post Doctoral Academic Months | 0.00 |
| Post Doctoral Summer Months | 0.00 |
| Post Doctoral Amount | $0 |
| **Other Professionals** | |
| Other Professionals Count | 0.00 |
| Other Professionals Calendar Months | 0.00 |
| Other Professionals Academic Months | 0.00 |
| Other Professionals Summer Months | 0.00 |
| Other Professionals Amount | $0 |
| **Graduate Students** | |
| Graduate Students Count | 0.00 |
| Graduate Students Amount | $0 |
| **Undergraduate Students** | |
| Undergraduate Students Count | 0.00 |
| Undergraduate Students Amount | $0 |
| **Secretarial - Clerical** | |
| Secretarial - Clerical Count | 0.00 |
| Secretarial - Clerical Amount | $0 |
| **Other** | |
| Other Count | 0.00 |
| Other Amount | $0 |
| *Total Salaries and Wages (A+B)* | $0 |
| **C. Fringe Benefits** | $0 |
| *Total Salaries, Wages, Fringe Benefits (A + B + C)* | $0 |
| **D. Equipment** | $0 |

| | |
|---|---:|
| **E. Travel** | |
| Domestic | $0 |
| International | $0 |
| **F. Participant Support Costs** | |
| Participant Support Costs Stipends | $130,000 |
| Participant Support Costs Travel | $0 |
| Participant Support Costs Subsistence | $0 |
| Participant Support Costs Other | $30,000 |
| Total Number of Participants | 1.99 |
| *Total Participant Costs (F)* | $160,000 |
| **G. Other Direct Costs** | |
| Materials Supplies | $0 |
| Publication Costs | $0 |
| Consultant Services | $0 |
| Computer Services | $0 |
| Subawards | $0 |
| Other | $0 |
| *Total Other Direct Costs (G)* | $0 |
| **H. Total Direct Costs (A Through G)** | **$160,000** |
| **I. Indirect Costs*** | **$0** |
| **J. Total Direct and Indirect Costs (H + I)** | $160,000 |
| **K. Fees** | $0 |
| **L. Total Amount of Request (J) OR (J + K)** | **$160,000** |
| **M. Cost Sharing Proposed Level** | $0 |

*Indirect Cost Rates

The indirect cost rate(s) for this award is/are not available. These rates are at the time of award and are based upon the budget submitted to the NSF. It does not include any out-year adjustments. The NSF will not modify awards simply to correct indirect cost rates cited in the award notice. See the Proposal & Award Policies & Procedures Guide (PAPPG) Chapter X.A.3.a. for guidance on re-budgeting authority.

# EXHIBIT B

From: **NSF Grants** <grants005@nsf.gov>
Date: Fri, Apr 25, 2025 at 11:55 AM
Subject: Notice from National Science Foundation
To: marianna.zhang@nyu.edu <marianna.zhang@nyu.edu>
Cc: marianna.zhang@stanford.edu <marianna.zhang@stanford.edu>

U.S. National Science Foundation Division of Grants and Agreements
2415 Eisenhower Avenue
Alexandria, Virginia 22314
(703) 292-8210
04/25/2025
Marianna Zhang
Postdoctoral Fellow, New York University
Zhang, Marianna
marianna.zhang@nyu.edu

Dear Marianna Zhang:

The U.S. National Science Foundation (NSF) has undertaken a review of its award portfolio. Each award was carefully and individually reviewed, and the agency has determined that termination of certain awards is necessary because they are not in alignment with current NSF priorites.
Effective immediately, the following are terminated:

NSF Award Id

2404708

NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

Costs incurred as a result of this termination may be reimbursed, provided such costs would otherwise be allowable under the terms of the award and the governing cost principles. In accordance with your award terms and conditions, you have 30 days from the termination date to furnish a summary of progress under the award and an itemized accounting of allowable costs incurred prior to the termination date.

Sincerely,
Jamie H. French, Division Director
Office of Budget Finance and Award Management (BFA)
Division of Grants and Agreements (DGA)