AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Pamela Bondi, Attorney General

was received by me on *(date)*    06/24/2025    .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Service was completed by mailing a copy of the documents listed herein to Pamela Bondi, Attorney General, Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 06/26/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 5286 43. Service was signed for on 06/26/2025, electronic return receipt attached.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    06/30/2025

*Carrie Hollingshed*
Server's signature

Carrie Hollingshed, Private Process Server
Printed name and title

7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770
Server's address

Additional information regarding attempted service, etc:

**UNITED STATES POSTAL SERVICE**

June 30, 2025

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1274 5286 43**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | June 30, 2025, 5:17 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | PAMELA BONDI  U S  ATTORNEY GENERAL |

## Recipient Signature

Signature of Recipient: [signature]

Address of Recipient: [address]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

---

Pamela Bondi, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
Reference #: 13586733

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

American Association of Physics Teachers, Inc.
**Plaintiff**

vs.    Case No.: 1:25-cv-01923-JMC

National Science Foundation, et al.
**Defendants**

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Carrie Hollingshed, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons, Civil Cover Sheet, Complaint for Declaratory and Injunctive Relief, and (Proposed) Order on Plaintiffs' Motion for a Preliminary Injunction with Exhibits

SERVE TO: Pamela Bondi, Attorney General

SERVICE ADDRESS: Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530

METHOD OF SERVICE: Service was completed by mailing a copy of the documents listed herein to Pamela Bondi, Attorney General, Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 on 06/26/2025 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 9402 8362 0855 1274 5286 43. Service was signed for on 06/26/2025, electronic return receipt attached.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 06/30/2025

Carrie Hollingshed

Client Ref Number: AAPT v. NSF
Job #:13586733