UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICS TEACHERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION, et al., <br><br> Defendants. | Civil Action No. 25-1923 (JMC) |

## CONSENT MOTION FOR EXTENSION OF TIME

Defendants respectfully move for a three-day extension of time, to July 11, 2025, to respond to Plaintiffs' motion for preliminary injunction (ECF No. 3). The current deadline is July 8, 2025. Pursuant to Local Civil Rule 7(m), the parties conferred, via counsel, and Plaintiffs indicate they do not oppose the requested relief.

Good cause exists to grant this request. Plaintiffs initiated this lawsuit on June 18, 2025. *See generally* Compl. (ECF No. 1). They moved for a preliminary injunction on June 23, 2025. *See generally* PI Mot. (ECF No. 3). The U.S. Attorney's Office first learned of this lawsuit on July 1, 2025, when counsel for Plaintiffs contacted the Office. The case was assigned to undersigned that day. Undersigned is now diligently working to prepare a response. Simultaneously, undersigned is responsible for preparing seven status reports and an answer, and must prepare for and appear at two depositions and a hearing. Undersigned, therefore, requires a few extra days to prepare a response. An extension of time also accounts for the time needed for the response to undergo required agency and supervisory review, and for the upcoming federal holiday.

For these reasons, Defendants respectfully request the Court extend the deadline by three days, to July 11, 2025, for Defendants to respond to the preliminary injunction motion (ECF No. 3).

Dated: July 2, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:       /s/ *Dimitar P. Georgiev*
DIMITAR P. GEORGIEV, D.C. Bar # 1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 815-8654

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICS TEACHERS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SCIENCE FOUNDATION, et al.,<br><br>Defendants. | Civil Action No. 25-1923 (JMC) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion and the entire record herein, it is hereby

ORDERED that Defendants' motion is granted; and it is further

ORDERED that Defendants' response to the preliminary injunction motion (ECF No. 3) shall be due on or before July 11, 2025.

SO ORDERED:

_____              _____
Dated                                                                           JIA M. COBB
                                                                                         United States District Judge