UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICS TEACHERS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION, et al., <br><br> *Defendants*. | Case No. 1:25-cv-01923-JMC |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

Upon consideration of Defendants' Motion to Dismiss the Complaint (ECF 15) and the papers in opposition and support thereof, it is hereby **ORDERED** that the Motion is **DENIED**.

Dated: _____                              _____
                                                   **HON. JIA M. COBB**
                                                   **UNITED STATES DISTRICT JUDGE**