UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICS TEACHERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION, et al., <br><br> Defendants. | Civil Action No. 25-1923 (JMC) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants respectfully move for a two-day extension of time, to July 25, 2025, to file their reply in further support of their motion to dismiss (ECF No. 15). The current deadline is Wednesday, July 23, 2025. Pursuant to Local Civil Rule 7(m), the parties conferred, via counsel, and Plaintiffs indicate they do not oppose the requested relief.[1]

Good cause exists to grant this request. Undersigned is diligently working to prepare a reply, which requires agency and supervisory review. Simultaneously, undersigned must also attend to other matters. In addition to the reply in this case, undersigned by this Friday must also negotiate, prepare, and file six status reports and a Rule 26(f) report, prepare and file a response to a complaint, and prepare for and appear at two hearings and at a deposition. Undersigned, therefore, requires a couple extra days to finalize a reply.

For these reasons, Defendants respectfully request the Court extend the deadline by two days, to July 25, 2025, for Defendants to file a reply in further support of their motion to dismiss (ECF No. 15).

---

[1] Also pending before the Court is Plaintiffs' motion for a preliminary injunction (ECF No. 3). That motion is fully briefed as of July 16, 2025. *See* Pls.' Reply (ECF No. 22).

Dated: July 21, 2025                         Respectfully submitted,

                                                       JEANINE FERRIS PIRRO
                                                       United States Attorney

                                                       By:  /s/ *Dimitar P. Georgiev*
                                                       DIMITAR P. GEORGIEV, D.C. Bar # 1735756
                                                       Assistant United States Attorney
                                                       601 D Street, NW
                                                       Washington, DC 20530
                                                       (202) 815-8654

                                                       *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICS TEACHERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION, et al., <br><br> Defendants. | Civil Action No. 25-1923 (JMC) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion and the entire record herein, it is hereby

ORDERED that Defendants' motion is granted; and it is further

ORDERED that Defendants' reply in further support of their motion to dismiss (ECF No. 15) shall be due on or before July 25, 2025.

SO ORDERED:

_____         _____
Dated                                                                         JIA M. COBB
                                                                                       United States District Judge