UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICS TEACHERS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION, et al., <br><br> *Defendants*. | Case No. 1:25-cv-01923-JMC |

**NOTICE OF RECENT AUTHORITY**

Plaintiffs file this Notice to inform the Court of a recent decision of the U.S. Court of Appeals for the First Circuit that is relevant to the Court's consideration of Plaintiffs' pending Motion for Preliminary Injunction (ECF No. 3) and Defendants' Motion to Dismiss (ECF No. 15).

In *Am. Public Health Ass'n, et al. v. NIH* and *Massachusetts, et al. v. Kennedy, et al.*, Nos. 25-1611 & 251612 (consolidated order) (1st Cir. July 18, 2025) ("*APHA*"), the Court of Appeals considered a request to stay the District of Massachusetts' orders setting aside (i) a new policy prohibiting the National Institutes of Health (NIH) from funding scientific research grants in certain categories and (ii) the related mass terminations of NIH grants. The First Circuit considered jurisdictional arguments similar to those Defendants raised in this case; an argument that the mass grant terminations were committed to agency discretion, as Defendants have argued here; and arguments whether the district court correctly held those terminations were arbitrary and capricious, as Plaintiffs have argued mass grant terminations were in this case. The

1

First Circuit found that the government had not established a likelihood of success on the merits on these arguments and had not met its burden to justify a stay of the district court's orders.

A copy of the First Circuit's opinion in *APHA* is attached.

July 24, 2025                                    Respectfully submitted,

                                                     */s/ Steven Y. Bressler*
Steven Y. Bressler (D.C. Bar No. 482492)
Tsuki Hoshijima
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
sbressler@democracyforward.org
thoshijima@democracyforward.org

Nathan L. Walker (*pro hac vice*)
Celine Purcell (*pro hac vice*)
Emily Kirk (*pro hac vice*)
Heather C. Bates (*pro hac vice* forthcoming)
THE NORTON LAW FIRM PC
300 Frank H. Ogawa Plaza, Suite 450
Oakland, CA 94612
Tel: (510) 906-4900
nwalker@nortonlaw.com
cpurcell@nortonlaw.com
ekirk@nortonlaw.com
hbates@nortonlaw.com