UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICS TEACHERS, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL SCIENCE FOUNDATION, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-01923-JMC |

## DECLARATION OF JASON BOSSIE

Pursuant to 28 U.S.C. § 1746, I, Jason Bossie, declare as follows:

1. I am employed as Deputy Office Head in the Office of Budget, Finance, and Award Management, National Science Foundation (NSF).

2. I have held this position since November 2022.

3. In my current position, I am responsible for leadership and oversight of NSF's operations in financial management, budget, and grants management.

4. Established by the NSF Act of 1950 ("the Act"), NSF is an independent federal agency that awards grants to promote the progress of science; advance the national health, prosperity, and welfare; and secure the national defense. In Fiscal Year (FY) 2024, NSF evaluated approximately 40,000 proposals through a competitive merit review process and funded approximately 11,000 competitive new and renewal awards.

5. Consistent with NSF's statutory requirements under the Act and with the availability of

NSF funding, NSF continues to support increased participation in science and technology by U.S. populations, including women and minorities.

6.  For example, as of July 21, 2025, NSF estimates it has over 300 active awards supporting three statutory grant programs authorized under the Act: the Louis Stokes Alliances for Minority Participation Program and the Historically Black Colleges and Universities Undergraduate Program (42 U.S.C. § 1862p-4); and the Eddie Bernice Johnson INCLUDES Initiative (42 U.S.C. § 19012).

7.  NSF awarded five grants through the Historically Black Colleges and Universities Undergraduate Program in June/July 2025 as of July 21, 2025.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 22nd day of July, 2025.

_____
JASON BOSSIE
Deputy Office Head in the Office of Budget, Finance, and Award Management
National Science Foundation