## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICS TEACHERS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION, et al., <br><br> *Defendants*. | Case No. 1:25-cv-01923-JMC |

### [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO BE RELIEVED FROM LOCAL RULE 7(n)

Upon consideration of Defendants' "Motion to be Relieved from Local Rule 7(n)" and the papers in opposition and support thereof, it is hereby **ORDERED** that the Motion is **DENIED**.

It is **FURTHER ORDERED** that Defendants shall file a certified list of contents of the administrative record forthwith, and no later than 14 days from the date of this Order.

Dated: _____

_____
**HON. JIA M. COBB**
**UNITED STATES DISTRICT JUDGE**