UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN ASSOCIATION OF PHYSICS TEACHERS, et al.,

              *Plaintiffs*,

    v.

NATIONAL SCIENCE FOUNDATION, et al.,

              *Defendants*.

Case No. 1:25-cv-01923-JMC

**NOTICE OF RECENT FACTUAL DEVELOPMENT**

Plaintiffs file this Notice to inform the Court of a recent factual development relevant to their claims and pending Motion for Preliminary Injunction (ECF 3). On August 12, 2025, Defendant National Science Foundation (NSF) sent Plaintiff American Association of Physics Teachers (AAPT) "Notices" in response to AAPT's May 22, 2025, administrative appeals of its award terminations. NSF stated:

> As indicated in your termination letter and as stated on the NSF website, terminations of awards on the basis that they no longer effectuate program goals or agency priorities are the final agency decision and are not appealable to NSF.
>     In the case of your award, NSF does not allege a deficiency occurred (e.g., noncompliance with award terms and conditions or research misconduct of the awardee). Because there are no allegations of deficiencies by the awardee to dispute, there are no grounds for agency appeal.

NSF's Notice refers to the NSF website's "Updates on NSF Priorities," which reflects the Change in Priorities Decision, for additional information. Also on August 12, Plaintiff Women in Engineering ProActive Network received a substantively identical Notice in response to its May 29, 2025, administrative appeal.

1

Plaintiffs provide a true and correct copy of one exemplar "Notice from National Science Foundation" as an attachment.[1]

August 13, 2025

Respectfully submitted,

   /s/ Steven Y. Bressler
Steven Y. Bressler (D.C. Bar No. 482492)
Tsuki Hoshijima
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
sbressler@democracyforward.org
thoshijima@democracyforward.org

Nathan L. Walker (*pro hac vice*)
Celine Purcell (*pro hac vice*)
Emily Kirk (*pro hac vice*)
Gil Walton (*pro hac vice*)
Heather C. Bates (*pro hac vice* forthcoming)
THE NORTON LAW FIRM PC
300 Frank H. Ogawa Plaza, Suite 450
Oakland, CA 94612
Tel: (510) 906-4900
nwalker@nortonlaw.com
cpurcell@nortonlaw.com
ekirk@nortonlaw.com
gwalton@nortonlaw.com
hbates@nortonlaw.com

---

[1] Plaintiffs have redacted individual email addresses and certain information concerning AAPT's email system.