

Beth Cunningham <​@aapt.org>

# Notice from National Science Foundation

**NSF Grants** <grants005@nsf.gov>  
To: @aapt.org" @aapt.org>  
Cc: @aapt.org" @aapt.org>

Tue, Aug 12, 2025 at 11:29 AM

**U.S. National Science Foundation**  
**Division of Grants and Agreements**  
**2415 Eisenhower Avenue**  
**Alexandria, Virginia 22314**

08/12/2025

Beth A. Cunningham  
Chief Executive Officer  
American Association of Physics Teachers  
@aapt.org

**Ref: Termination Appeal**

Dear Beth A. Cunningham:

Beth A. Cunningham, Ph.D. disputed the decision by NSF to terminate award 2300609.

As indicated in your termination letter and as stated on the NSF website, terminations of awards on the basis that they no longer effectuate program goals or agency priorities are the final agency decision and are not appealable to NSF.

In the case of your award, NSF does not allege a deficiency occurred (e.g., noncompliance with award terms and conditions or research misconduct of the awardee). Because there are no allegations of deficiencies by the awardee to dispute, there are no grounds for agency appeal. Rather, each terminated award was individually reviewed to determine consistency with and effectuation of NSF's program goals and agency priorities.

Consideration of information outside of the award, itself, is not appropriate where NSF termination is based on agency determination and application of its own priorities.

Please refer to the termination letter and/or the NSF website (Updates on NSF Priorities | NSF - National Science Foundation - https://www.nsf.gov/updates-on-priorities) for any additional information.

Respectfully,

Lisa Scott-Morring, Acting Division Director  
Office of Budget Finance and Award Management (BFA)  
Division of Grants and Agreements (DGA)  
U.S. National Science Foundation