UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICS TEACHERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION, et al., <br><br> Defendants. | Civil Action No. 25-1923 (JMC) |

**DEFENDANTS' REPLY IN FURTHER SUPPORT
OF THEIR MOTION TO BE RELIEVED FROM LOCAL RULE 7(N)**

Defendants, the National Science Foundation and Brian Stone, Senior Official Performing the Duties of the National Science Foundation Director (collectively, the "Foundation"), respectfully submit this reply in further support of their motion to be excused from Local Civil Rule 7(n)(1)'s requirement to file a certified list of an administrative record and to serve an administrative record on Plaintiffs. Mot. (ECF No. 28). Defendants requested the relief because an "administrative record is not necessary to resolve the Foundation's Motion to Dismiss (ECF No. 15) or Plaintiffs' Motion for Preliminary Injunction (ECF No. 3)." *Id*. at 2. Plaintiffs agree, Opp'n at 1 (ECF No. 29), making their opposition incomprehensible. Plaintiffs acknowledge the Court can rule on Plaintiffs' preliminary injunction motion and Defendants' dispositive motion "based on the record before it, for the reasons set forth in Plaintiffs' motions papers and at oral argument." *Id.* This concession alone suffices to excuse Defendants' obligations under Local Civil Rule 7(n).

In any event, Plaintiffs assert that the Court should deny Defendants' request as a punishment for Defendants' alleged violation of Local Civil Rule 7(n). Opp'n at 1-2. Plaintiffs

suggest that Defendants have disregarded Local Civil Rule 7(n) and "filed the instant motion for relief from the Local Rule only after" being prompted by the Court. *Id*. at 1. Not so. Defendants have, in fact, acknowledged Local Civil Rule 7(n) and have articulated their position that it "does not apply because Plaintiffs have not challenged a specific final agency action" and because "production of an administrative record at this stage is unnecessary because the Foundation seeks to dismiss this case not based on an administrative record but instead based on the allegations in the complaint." Mot. to Dismiss (ECF No. 15) at 16 n.3. The government's position in this regard has been consistent, *see*, *e.g.*, *Janay v. Blinken*, 743 F. Supp. 3d 96, 104-05 (D.D.C. 2024) (denying motion to compel where "the administrative record is not necessary for the court's decision regarding the motion to dismiss" (citation modified)), including in at least one case before this Court. *See*, *e.g.*, Mot. to Dismiss (ECF No. 28) at 28 n.6, *Does 1-9 v. Dep't of Just*, Civ. A. No. 25-325 (JMC) (D.D.C. Feb. 26, 2025).

At bottom, the parties agree that no further records are needed for the Court to resolve the pending motions to dismiss and for preliminary injunction. Defendants, therefore, respectfully request that the Court relieve Defendants from the requirements of Local Civil Rule 7(n) until further order of the Court.

Dated: August 13, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     /s/ *Dimitar P. Georgiev*
DIMITAR P. GEORGIEV, D.C. Bar # 1735756
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 815-8654

*Attorneys for the United States of America*