UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICS TEACHERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION, et al., <br><br> Defendants. | Civil Action No. 25-1923 (JMC) |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHOIRTY**

Defendants, the National Science Foundation and Brian Stone, Senior Official Performing the Duties of the National Science Foundation Director (collectively, the "Foundation"), respectfully submit this notice of supplemental authority to inform the Court of a new D.C. Circuit decision, issued after briefing and argument in this case concluded. Ex. 1, *Global Health Council v. Trump*, No. 25-5097 (D.C. Cir. Aug. 13, 2025) (attached hereto). That case resolves Plaintiffs' constitutional claims and strongly counsels against finding irreparable harm for purposes of their motion for a preliminary injunction.

In *Global Health Council*, recipients of foreign-assistance funds sued to enjoin freezing foreign aid spending, asserting similar statutory and constitutional claims as Plaintiffs here; the district court issued a preliminary injunction. *Id*. at 4-5, 9, 11-12. The D.C. Circuit vacated that injunction, concluding "the district court abused its discretion in granting a preliminary injunction because the grantees failed to show they are likely to succeed on the merits and the other *Winter* factors do not 'strongly favor' the issuance of an injunction." *Id*. at 15. The D.C. Circuit held that *Dalton v. Specter*, 511 U.S. 462 (1994) forecloses asserting "a non-statutory right to vindicate separation-of-powers principles," *id*. at 16, explaining that "that statutory claims cannot be

transformed into constitutional ones[.]" *Id.* at 23 (citing *Dalton*, 511 U.S. at 476-77). The D.C. Circuit also held that the *Global Health Council* grantees had not established irreparable harm because they failed to explain why existential financial harm had not already taken place or why the opportunity to compete for additional grants did not "fix the harm." *Id.* at 32.

Defendants respectfully submit this new D.C. Circuit requires dismissal of Plaintiffs' constitutional claims, *see* Mot. to Dismiss (ECF No. 15) at 33-34 (explaining *Dalton* forecloses Plaintiffs' constitutional claims), and counsels against issuing a preliminary injunction, *id.* at 38-40 (explaining Plaintiffs have not established irreparable harm).

| | |
|---|---|
| Dated: August 18, 2025 | Respectfully submitted, |
| | JEANINE FERRIS PIRRO<br>United States Attorney |
| | By:  /s/ *Dimitar P. Georgiev*<br>DIMITAR P. GEORGIEV, D.C. Bar # 1735756<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252 – 7678 |
| | *Attorneys for the United States of America* |