UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICS TEACHERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION, et al., <br><br> Defendants. | Civil Action No. 25-1923 (JMC) |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHOIRTY

Defendants, the National Science Foundation and Brian Stone, Senior Official Performing the Duties of the National Science Foundation Director (collectively, the "Foundation"), respectfully submit this notice of supplemental authority to inform the Court of a new Supreme Court decision, issued after briefing and argument in this case concluded. Ex. 1, *NIH v. Am. Pub. Health Ass'n*, 606 U.S. --- (2025) (attached hereto).

The Supreme Court confirmed the applicability of *Department of Education v. California*, 604 U.S. --- (2025), foreclosing district court "judgments vacating the Government's termination of various research-related grants" because the "Administrative Procedure Act's limited waiver of sovereign immunity does not provide the District Court with jurisdiction to adjudicate claims based on the research-related grants or to order relief designed to enforce any obligation to pay money pursuant to those grants." *Id*. at 1 (citation modified); *see also* Reply (ECF No. 25) at 4-10. The Supreme Court has now twice confirmed what the Foundation has argued all along: Plaintiffs' claims are impermissible claims for money damages this Court lacks jurisdiction to hear. Accordingly, the Court should dismiss this case for lack of subject-matter jurisdiction. *See* Fed. R. Civ. P. 12(b)(1).

- 2 -

Dated: August 25, 2025                     Respectfully submitted,

                                              JEANINE FERRIS PIRRO
                                              United States Attorney

                                              By:   /s/ *Dimitar P. Georgiev*
                                              DIMITAR P. GEORGIEV, D.C. Bar # 1735756
                                              Assistant United States Attorney
                                              601 D Street, NW
                                              Washington, DC 20530
                                              (202) 252 – 7678

                                              *Attorneys for the United States of America*

- 2 -