UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICS TEACHERS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>NATIONAL SCIENCE FOUNDATION, *et al.*,<br><br>        Defendants. | Case No. 25-cv-1923 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiffs' Motion for a Preliminary Injunction, ECF 3, is **DENIED**.

This is an appealable Order pursuant to 28 U.S.C. § 1292(a)(1).

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: September 10, 2025