## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICS TEACHERS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL SCIENCE FOUNDATION, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-01923 |

### PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs respectfully notify the Court of the D.C. Circuit's recent decision in *Make the Road New York v. Noem*, No. 25-5320 (D.C. Cir. Nov. 22, 2025) (Att.). This decision is relevant to the Court's resolution of Defendants' pending motion to dismiss. *See* ECF No. 15.

In Defendants' combined motion to dismiss and opposition to Plaintiffs' preliminary injunction motion, they made an argument—which they framed as a standing issue—that vacatur of the National Science Foundation's actions was not an available remedy after *Trump v. CASA, Inc.*, 606 U.S. 831 (2025). ECF No. 15 at 10–15. In its order denying a preliminary injunction, this Court rejected Defendants' *CASA*-based argument and concluded that "[a]fter *CASA*, [the Court] still has the authority to vacate or order the Foundation to revise the Change in Priorities Decision if it is found to be unlawful." ECF No. 35 at 31.

The D.C. Circuit's recent *Make the Road* decision supports this Court's conclusion. The panel majority held that "*CASA* is *not* a case about the scope of relief for agency review authorized by the [Administrative Procedure Act]" and that APA remedies, by their nature, are

1

not party-specific remedies. Att. 73–79. The panel majority reaffirmed the D.C. Circuit's longstanding precedent that the ordinary remedy under section 706 of the APA is vacatur, not party-specific relief. *Id.* at 78.

In ruling on Defendants' pending motion to dismiss, this Court should reaffirm the decision in its preliminary-injunction order that the Administrative Procedure Act would authorize the Court to vacate or order Defendants to revise the Change in Priorities Decision.

Respectfully submitted,

*/s/ Tsuki Hoshijima*
Steven Y. Bressler (D.C. Bar No. 482492)
Tsuki Hoshijima (D.D.C. Bar No. MA0064)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
sbressler@democracyforward.org
thoshijima@democracyforward.org

Nathan L. Walker (*pro hac vice*)
Celine Purcell (*pro hac vice*)
Emily Kirk (*pro hac vice*)
Gilbert Walton (*pro hac vice*)
Heather C. Bates (*pro hac vice*)
THE NORTON LAW FIRM PC
300 Frank H. Ogawa Plaza, Suite 450
Oakland, CA 94612
Telephone: (510) 906-4900
nwalker@nortonlaw.com
cpurcell@nortonlaw.com
gwalton@nortonlaw.com
ekirk@nortonlaw.com
hbates@nortonlaw.com

*Counsel for Plaintiffs*