**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| AMERICAN ASSOCIATION OF PHYSICS TEACHERS, et al., |
| *Plaintiffs*, |
| v. |
| NATIONAL SCIENCE FOUNDATION, et al., |
| *Defendants*. |

Case No. 1:25-cv-01923

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs move for summary judgment on their remaining claims in this case. *See* Dkt. No. 38 at 4. For the reasons set forth in the accompany memorandum of points and authorities, Defendants have violated the Administrative Procedure Act by taking agency action that is contrary to law and that is arbitrary and capricious. Accordingly, the Court should grant the relief requested in the attached proposed order and enter judgement for Plaintiffs.

Dated: July 23, 2026

Respectfully submitted,

<u>/s/ *Kate Talmor*</u>
Kate Talmor (D.C. Bar No. 90036191)
Gregory M. Cumming (D.C. Bar 1018173)
Steven Y. Bressler (D.C. Bar No. 482492)
Tsuki Hoshijima (D.C. Bar No. 90043312)
Robin F. Thurston (D.C. Bar No. 1531399)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ktalmor@democracyforward.org
gcumming@democracyforward.org

sbressler@democracyforward.org
thoshijima@democracyforward.org

Nathan L. Walker (*pro hac vice*)
Gil Walton (*pro hac vice*)
Celine Purcell (*pro hac vice*)
THE NORTON LAW FIRM PC
300 Frank H. Ogawa Plaza, Suite 450
Oakland, CA 94612
 (510) 906-4900
nwalker@nortonlaw.com
gwalton@nortonlaw.com
cpurcell@nortonlaw.com

2