**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICS TEACHERS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION, et al., <br><br> *Defendants*. | Case No. 1:25-cv-01923 |

**PROPOSED ORDER**

Upon consideration of Plaintiffs' Motion for Summary Judgment, the opposition thereto, and for good cause shown:

1. Plaintiffs' Motion is hereby GRANTED;

2. Defendants' Change in Priorities Decision, *see* Compl., ECF 1, ¶¶ 54-59, is found and declared unlawful in violation of the Administrative Procedure Act, 5 U.S.C. 551, *et seq.*;

3. Defendants' Change in Priorities Decision is hereby SET ASIDE AND VACATED;

4. Defendants are hereby ENJOINED from denying any funding applications, or terminating any existing grants, cooperative agreements, or other funding mechanisms, on the ground that they violate agency priorities as set forth in the Change in Priorities Decision or on the ground that such applications or funding mechanisms promote or advance "diversity, equity, and inclusion."

SO ORDERED.

DATE:

_____
Jia M. Cobb
U.S. District Court Judge