# Exhibit A

## Supplemental Declaration of Beth A. Cunningham, Ph.D.

I, Beth A. Cunningham, declare as follows:

1.      I am over the age of 18 and have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth below.

2.      I am the Chief Executive Officer of the American Association of Physics Teachers, Inc. ("AAPT").

3.      In June 2025, I provided a sworn written declaration that provided information regarding the NSF's termination of active grants. In that declaration, I explained that in May 2025, the National Science Foundation ("NSF") terminated two active grants awarded to AAPT, as well as a third active grant under which AAPT was a sub-grantee, based on an apparent change in NSF priorities. In my declaration, I also explained that I am concerned that the NSF will terminate a fourth active NSF grant to AAPT (Award No. 2141745) and two other active NSF grants under which AAPT is a sub-grantee, based on NSF's apparent change in priorities.

4.      In this supplemental declaration, I provide information related to: (a) my continuing concern that the NSF will terminate Award No. 2141745 and the two other active NSF grants under which AAPT is a sub-grantee, based on the NSF's changed priorities, and (b) NSF grant proposals that AAPT plans to submit that may be adversely affected by NSF's changed priorities.

**Active NSF Award No. 2141745**

5.      I remain concerned that the NSF will terminate Award No. 2141745 based on the NSF's change in priorities, before the grant project is completed and fully funded.

6.      I believe that Award No. 2141745 is vulnerable to termination by the NSF based on the NSF's changes in priorities, for several reasons:

1

7.      *First*, in May 2025, the NSF terminated two active grants awarded to AAPT, as well as a third active grant under which AAPT was a sub-grantee, based on an apparent change in NSF priorities, as I detailed in my previous declaration.

8.      *Second*, I understand that since April 2025, the NSF has stated – on a webpage entitled "Updates on NSF Priorities" – that "[r]esearch projects with more narrow impact limited to subgroups of people based on protected class or characteristics do not effectuate NSF priorities," and that "[a]wards that are not aligned with program goals or agency priorities have been terminated, including but not limited to those on diversity, equity, and inclusion (DEI)…" The foregoing statements remain on the NSF's website—at https://www.nsf.gov/updates-on-priorities—today.

9.      *Third*, I am particularly concerned that NSF will terminate Award No. 2141745, since the grant project—like the projects funded by grants to AAPT that the NSF previously terminated—involves support for broadening participation in STEM education and for diversity, equity, inclusion in STEM education.

10.     *Fourth*, I understand that the NSF terminated hundreds of NSF active awards in 2025, and has continued to terminate active NSF awards (albeit at a slower rate) in 2026, based on its changed priorities.

11.     The project funded by Award No. 2141745 has not yet been completed, and a substantial portion of the award (approximately $204,427 or about 19%) remains unpaid due to work not yet being performed by AAPT.

**Active NSF Award Nos. 2325980 and 2337055**

12.     In addition to Award No. 2141745, AAPT still holds two active subawards under NSF Award Nos. 2325980 and 2337055 (which I addressed in my prior declaration), and I remain

2

concerned that the NSF will terminate those awards based on the NSF's changed priorities, before the grant projects are completed, because the projects both involve support for broadening participation in STEM education and for diversity, equity, and inclusion in STEM education.

13.     The projects funded by NSF Award Nos. 2325980 and 2337055 are aligned with NSF's statutory mission of supporting basic scientific and engineering research, and contributing to mathematics, science, and engineering education in the United States.  They are also aligned with what I understand is NSF statutory directive to increase the participation of underrepresented populations in STEM fields including women, minorities, and people with disabilities. The projects advance this mission and directive.

14.     To date, AAPT's work on the project funded by Award No. 2325980 has not yet been completed, and a substantial portion of AAPT's subaward (about 59%; $73,963) remains unpaid for work not yet performed. Likewise, AAPT's work on the project funded by Award No. 2337055 has not yet been completed, and a substantial portion of AAPT's subaward (about 77%; $224,757) remains unpaid for work not yet performed.

15.     In view of the foregoing, I remain concerned that the NSF likewise will terminate the foregoing two active grants and that the terminations will result in the termination of AAPT's subawards.

**Pending NSF Grant Proposals**

16.     AAPT submitted a proposal to the NSF on July 14, 2026, for an NSF grant to fund a project that would expand the initial work of The Organization for Physics at Two-Year Colleges ("OPTYCs"), which I discussed in my previous declaration.  The goal of the OPTYCs' proposal is to provide relevant professional development for faculty teaching physics at two-year colleges and thereby increase student retention and success at those colleges.  The proposed

3

project includes the planned elucidation and dissemination of features of cohort-based programs that make them successful for sustained change and community growth. The proposed project involves broadening participation in STEM education, given that community colleges provide access to post secondary credentials for everyone. The project would help fill the STEM worker shortage by supporting students who may not follow traditional educational paths through high quality professional development for faculty.

17. The proposed project is aligned with NSF's statutory mission of supporting basic scientific and engineering research, and contributing to mathematics, science, and engineering education in the United States. It is also aligned with what I understand is NSF's statutory directive to increase the participation of underrepresented populations in STEM fields including women, minorities, and people with disabilities. The project would advance this mission and directive.

18. AAPT and its collaborators have devoted significant time and resources in preparing the pending grant application for this project.

19. I am concerned that this pending grant application will not be fairly considered, or considered at all, by the NSF under its changed priorities, especially given that NSF previously terminated other active awards to AAPT, including an award for the OPTYCs project, on the basis that they "no longer effectuate the program goals or agency priorities."

**Future NSF Grant Proposals**

20. AAPT plans to submit to the NSF, by August 31, 2026, a grant proposal to fund a project to establish the PTRA Physics Teacher Leadership Fellowship, in collaboration with West Virginia University. This proposed, new multi-year fellowship is designed to develop adaptive K-12 physics teacher leaders who can respond to the dynamic

4

needs and context of their own unique communities. By equipping fellows with the confidence and resources to independently design and facilitate workshops, the project shifts professional development from a centralized event to a localized, sustainable practice. This proposed project would provide access to essential discipline-specific professional development for teachers of physics in isolated, remote areas and positions.

21.    The proposed project is aligned with NSF's statutory mission of supporting basic scientific and engineering research, and contributing to mathematics, science, and engineering education in the United States. It is also aligned with what I understand is NSF statutory directive to increase the participation of underrepresented populations in STEM fields including women, minorities, and people with disabilities. The project would advance this mission and directive.

22.    AAPT and its collaborators have devoted significant time and resources in preparing the planned grant proposal for this project.

23.    I am concerned that this proposal will not be fairly considered, or considered at all, by the NSF under its changed priorities, especially given that NSF previously terminated other active awards to AAPT, including an award for the OPTYCs project, on the basis that they "no longer effectuate the program goals or agency priorities."

24.    If the NSF's change in priorities policy were revoked or no longer in effect, AAPT would resubmit a proposal to the NSF for parts of the OPTYCs award that NSF previously terminated, as well as the Physics and Astronomy SEA Change "All Hands on Deck" proposal that was previously denied, as discussed in my previous declaration. Conversely, if the NSF's change in priorities policy remains in place, I anticipate that AAPT will not do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____7/22/2026_____, in Pasadena, California.

5

Signed by:

1A822CB0BEB64F4...

Beth A. Cunningham, Ph.D.