# Exhibit B

**Declaration of Scott Franklin, Ph.D.**

I, Scott Franklin, declare as follows:

1.      I am over the age of 18 and have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth below.

2.      I am a tenured Professor in the School of Physics & Astronomy at Rochester Institute of Technology ("RIT") in Rochester, New York, and I am a current member of the American Association of Physics Teachers ("AAPT").

3.      I make this declaration in my individual capacity and not on behalf of RIT.

**NSF Award ID 2309307**

4.      On January 16, 2024, in support of my research, the National Science Foundation ("NSF") awarded to RIT a 3-year grant (NSF Award No. 2309307) for a project entitled "Collaborative Research: Evaluating Access: How a Multi-Institutional Network Promotes Equity and Cultural Change through Expanding Student Voice," for which I was the Principal Investigator.  The Award Notice stated that the period of performance was from February 1, 2024 to January 31, 2027.  A true and correct copy of the Award Notice for this grant is attached as **Exhibit A**.

5.      This three-year grant to RIT was part of a collaborative award from the NSF to five institutions, totaling $889,305 (the "Collaborative Award").  The Collaborative Award was made to RIT (lead institution), Chicago State University, San Jose State University, the University of Maryland, and the University of Colorado Boulder.  The Collaborative Award was made for projects that support the continuation, operation, and improvement of the Access Network, a collaboration across nine universities in eight states that supports the professional development of STEM leadership from undergraduate to graduate to early career stages through

1

awarding paid, mentored fellowship opportunities. The Access Network was established through NSF grant funding awarded beginning in September 2015, and has involved ten years of intensive effort.

6.     The three-year grant to RIT was for a project to provide programmatic and evaluation activities in the Access Network. Network activities include mentoring undergraduate and graduate students in leadership, helping them develop mentoring, tutoring, and other programs that develop a cohesive department that supports all students in their success. The grant also funded research and evaluation activities on the Network to document and disseminate those activities most effectively and enabling students to complete undergraduate and graduate physics and other STEM degree programs.

7.     NSF terminated this grant in April 2025 because, according to the NSF, the grant "no longer effectuate[d] the program goals or agency priorities." Attached as **Exhibit B** is a true and correct copy of an email I received from an Executive Director at RIT that includes, at the bottom, a copy of the NSF's termination notice.

8.     I understand that in or about April 2025, the NSF announced—on an NSF webpage entitled "Updates on NSF Priorities"—that research projects with "impact limited to subgroups of people based on protected class or characteristics do not effectuate NSF priorities" and that "[a]wards that are not aligned with program goals or agency priorities have been terminated, including but not limited to those on diversity, equity, and inclusion (DEI) …."

9.     Based on communications with other Principal Investigators on the Collaborative Award, I understand that in or about April 2025, NSF terminated the Collaborative Award in its entirety, of which the grant to RIT was a part.

**Pending NSF Grant Applications**

10.     RIT currently has four pending grant applications with NSF, for four proposed projects on which I am the Principal Investigator. These grant applications were submitted in January (one), February (two), and July (one) 2026. All of these proposed projects would support, explicitly or implicitly, broadening participation in STEM education. One would support an Assembly to bring together institutions to discuss ways to create more welcoming, inclusive environments, with a particular focus on diversity (including racial and gender diversity), equity and inclusion. Two of the grants develop coursework to support student flourishing in STEM, with associated responsibilities to community and society. The fourth investigates empathy in physics and STEM, implicitly supporting inclusion by developing an understanding of diverse experiences.

11.     Each of the four proposed projects is fully aligned with the historic mission of NSF, which I understand included supporting scientific and engineering research and contributing to science, engineering, and mathematics education in the United States, by—among other strategies—increasing the participation of underrepresented populations in STEM fields, including women, minorities, and people with disabilities.

12.     However, I am concerned that the four pending grant applications will not be fairly considered or considered at all by NSF under its changed priorities (discussed above) because the proposed projects involve diversity, equity and inclusion.  I have spent a significant amount of time, more than 100 hours, drafting these grant applications.

**Reconsideration of Award No. 2309307**

13.     If the NSF's change-in-priorities decision were rescinded, I would ask NSF to reconsider its termination of grant funding for the project "Collaborative Research: Evaluating

Access: How a Multi-Institutional Network Promotes Equity and Cultural Change through Expanding Student Voice" (Award No. 2309307).  I would do so by sending a letter to the NSF and/or by submitting a new grant application to the NSF for funding to complete the project.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on _____7/21/2026_____, in Rochester, New York.

Signed by:

Scott Franklin, Ph.D.

4

# EXHIBIT A

From: pconyers@nsf.gov
Subject: NSF Award Notice for Award ID 2309307 - Amendment ID 000
Date: Jan 16, 2024 at 9:11:28 AM
To: Subawards subawards@rit.edu
Cc: bpollard@wpi.edu, kmccloud@nsf.gov, kpigford@nsf.gov,
oandrews@nsf.gov, Scott Franklin svfsps@rit.edu

---

## NATIONAL SCIENCE FOUNDATION

### Award Notice

**Award Number (FAIN):** 2309307

**Managing Division Abbreviation:** PHY          **Amendment Number:** 000

**RECIPIENT INFORMATION**

**Recipient (Legal Business Name):** ROCHESTER INSTITUTE OF TECHNOLOGY
**Recipient Address:** 1 LOMB MEMORIAL DR ROCHESTER, NY 14623-5603
**Official Recipient Email Address:** subawards@rit.edu
**Unique Entity Identifier (UEI):** J6TWTRKC1X14

**AMENDMENT INFORMATION**

**Amendment Type:** New Project
**Amendment Date:** 01/16/2024
**Amendment Number:** 000
**Proposal Number:** 2309307
**Amendment Description:**

The National Science Foundation hereby awards a Continuing Grant for support of the project described in the proposal referenced above.

Funds provided for participant support may not be diverted by the awardee to other categories of expense without the prior written approval of the cognizant

NSF Program Officer. Since participant support cost is not a normal account classification, the awardee organization must be able to separately identify participant support costs. It is highly recommended that separate accounts, sub-accounts, sub-task, or sub-ledgers be established to accumulate these costs. The awardee should have written policies and procedures to segregate participant support costs.

No work with human subjects, including recruitment, may be conducted under this protocol or grant until IRB approval has been obtained.

The Foundation authorizes the awardee to enter into the proposed subaward arrangement. The subaward agreement should contain appropriate provisions in accordance with the award terms and conditions in effect at the time of this award amendment, and contain any special conditions included in this award.

Subawardee:

Worcester Polytechnic Institute

**AWARD INFORMATION**

**Award Number (FAIN):** 2309307
**Award Instrument:** Continuing Grant
**Award Date:** 01/16/2024
**Award Period of Performance:** Start Date: 02/01/2024   End Date: 01/31/2027
**Project Title:** Collaborative Research: Evaluating Access: How a Multi-Institutional Network Promotes Equity and Cultural Change through Expanding Student Voice
**Managing Division Abbreviation:** PHY

**Research and Development Award:** Yes
**Funding Opportunity:** NSF 21-593 Division of Physics: Investigator-Initiated Research Projects
**Assistance Listing Number(s) and Name(s):** 47.049 Mathematical and Physical Sciences (Predominant source of funding for SEFA reporting)

## FUNDING INFORMATION

**Amount Obligated by this Amendment:** $94,607
**Total Intended Award Amount:** $288,080
**Total Approved Cost Share or Matching Amount:** $0
**Total Amount Obligated to Date:** $94,607
**Expenditure Limitation:** Not Applicable

Contingent on the availability of funds and scientific progress of the project, NSF expects to continue support at approximately the following level:

| Fiscal Year | Increment Amount |
| --- | --- |
| 2025 | $101,310 |
| 2026 | $92,163 |

## PROJECT PERSONNEL

**Principal Investigator:**
Scott V Franklin

**Email:**
svfsps@rit.edu

**Organization:** ROCHESTER INSTITUTE OF TECHNOLOGY

**co-Principal**

**Investigator:** Benjamin Pollard

**Email:** bpollard@wpi.edu

**Organization:** WORCESTER POLYTECHNIC INSTITUTE

## COLLABORATIVE INFORMATION

| Proposal ID | Lead | PI Name | Organization |
| --- | --- | --- | --- |
| 2309307 | Y | Scott V Franklin | Rochester Institute of Technology |
| 2309308 | N | Gina Quan | San Jose State University Foundation |
| 2309309 | N | Joel C Corbo | University of Colorado |
| 2309310 | N | Kristy L Mardis | Chicago State University |
| 2309311 | N | Chandra Turpen | University of Maryland |

## NSF CONTACT INFORMATION

**Managing Grants**    **Awarding**

**Official** (Primary Contact)
**Name:** Pamela V. Conyers
**Email:** pconyers@nsf.gov
**Phone:** (703) 292-5329

**Official**
**Name:** Pamela V. Conyers
**Email:** pconyers@nsf.gov

**Managing Program Officer**
**Name:** Kathleen V. McCloud
**Email:** kmccloud@nsf.gov
**Phone:** (703) 292-8236

## GENERAL TERMS AND CONDITIONS

This is awarded pursuant to the authority of the National Science Foundation Act of 1950, as amended (42 U.S.C. 1861-75) and is subject to Research Terms and Conditions (RTCs) dated 11/12/2020, and NSF Agency Specific Requirements, dated 01/30/2023, available at https://www.nsf.gov/awards/managing/rtc.jsp.

This award is made in accordance with the provisions of NSF Solicitation: NSF 21-593 Division of Physics: Investigator-Initiated Research Projects.

## BUDGET

| A. Senior Personnel | |
|---|---|
| Senior Personnel Count | 1.00 |
| Senior Personnel Calendar Months | 0.09 |
| | |

| | |
|---|---|
| Senior Personnel Academic Months | 0.00 |
| Senior Personnel Summer Months | 0.00 |
| Senior Personnel Amount | $1,334 |
| **B. Other Personnel** | |
| **Post Doctoral Scholars** | |
| Post Doctoral Count | 0.00 |
| Post Doctoral Calendar Months | 0.00 |
| Post Doctoral Academic Months | 0.00 |
| Post Doctoral Summer Months | 0.00 |
| Post Doctoral Amount | $0 |
| **Other Professionals** | |
| Other Professionals Count | 0.00 |
| Other Professionals Calendar Months | 0.00 |
| Other Professionals | 0.00 |

| | |
|---|---|
| Academic Months | |
| Other Professionals Summer Months | 0.00 |
| Other Professionals Amount | $0 |
| **Graduate Students** | |
| Graduate Students Count | 0.00 |
| Graduate Students Amount | $0 |
| **Undergraduate Students** | |
| Undergraduate Students Count | 0.00 |
| Undergraduate Students Amount | $0 |
| **Secretarial - Clerical** | |
| Secretarial – Clerical Count | 1.00 |
| Secretarial – Clerical Amount | $2,829 |
| **Other** | |
| Other Count | 0.00 |

| | |
|---|---|
| Other Amount | $0 |
| *Total Salaries and Wages (A+B)* | $4,163 |
| **C. Fringe Benefits** | $938 |
| *Total Salaries, Wages, Fringe Benefits (A + B + C)* | $5,101 |
| **D. Equipment** | $0 |
| **E. Travel** | |
| Domestic | $5,600 |
| International | $0 |
| **F. Participant Support Costs** | |
| Participant Support Costs Stipends | $31,000 |
| Participant Support Costs Travel | $31,000 |
| Participant Support Costs Subsistence | $0 |
| Participant Support Costs Other | $0 |
| Total Number of | |

| | |
|---|---|
| Participants | 31.00 |
| *Total Participant Costs (F)* | $62,000 |
| **G. Other Direct Costs** | |
| Materials Supplies | $500 |
| Publication Costs | $0 |
| Consultant Services | $0 |
| Computer Services | $135 |
| Subawards | $10,696 |
| Other | $0 |
| *Total Other Direct Costs (G)* | $11,331 |
| **H. Total Direct Costs (A Through G)** | **$84,032** |
| **I. Indirect Costs*** | **$10,575** |
| **J. Total Direct and Indirect Costs (H + I)** | $94,607 |
| **K. Fees** | $0 |
| **L. Total Amount of Request (J) OR (J + K)** | **$94,607** |
| **M. Cost Sharing** | $0 |

Docusign Envelope ID: DEE39010-8BD0-8506-803A-7023CD717552

**Proposed Level**

*Indirect Cost Rates

| Item Name | Indirect Cost Rate |
|---|---|
| Facilities and Administrative | 48.0000% |

These rates are at the time of award and are based upon the budget submitted to the NSF. It does not include any out-year adjustments. The NSF will not modify awards simply to correct indirect cost rates cited in the award notice. See the Proposal & Award Policies & Procedures Guide (PAPPG) Chapter X.A.3.a. for guidance on re-budgeting authority.

# EXHIBIT B

Dear Scott:

I write to tell you that on Friday, April 18, 2025 NSF sent RIT a notice indicating that "effective immediately" it is terminating your Oracle project 31105/P1105 (located here in Novelution, https://rit.novelution.com/wicket/bookmarkable/ com.novelution.nrms.webapp.sr.EditSrPage?id=55526) as "*the agency has determined that termination of certain awards is necessary because they are not in alignment with current NSF priorities.*" The full text of that email termination notice from NSF is below. SRS reviewed the notice this morning to make sure this notice was authentic and from NSF, and it was.

SRS is processing this grant notice in Novelution now and routing it to SPA. This NSF grant was originally awarded on 2/1/2024 and anticipated to end on 1/31/27. It appears $195,917 was fully obligated to RIT but the total award was anticipated to be $288,080. Please forward any further notices you may receive from NSF on this project to SRS. The notice itself (below) indicates this NSF decision is not subject to appeal. Further, the NSF notice indicates, "*Costs incurred as a result of this termination may be reimbursed, provided such costs would otherwise be allowable under the terms of the award and the governing cost principles. In accordance with your award terms and conditions, you have 30 days from the termination date to furnish a summary of progress under the award and an itemized accounting of allowable costs incurred prior to the termination date.*"

I urge you to reach out to your SPA representative to make arrangements to stop all spending on the project after Friday April 18th, except eligible and allowed termination costs.

RIT has developed a policy for when these terminations or stop-work orders are received from agencies that you should review. (https://www.rit.edu/srs/rit-stop-work-order-notification-process). Communication with your SPA representatives on your budget and spending is key now.

I am sorry this has occurred with your award but have no further insight on NSF's reasoning other than what is indicated in the below notice. As PI it is certainly reasonable to reach out to your NSF program person you had been working with previously and seek further information, but I would advise you do that in writing.

Please contact us at SRS if you have any further questions.

Denis Charlesworth
Executive Director (Interim)
Sponsored Research Services (SRS), USC Suite 2400
**Rochester Institute of Technology**
141 Lomb Memorial Drive
Rochester, New York 14623-5608
djcsrs@rit.edu

CONFIDENTIALITY NOTE: The information transmitted, including attachments, is intended only for the person(s) or entity to which it is addressed and may contain confidential material. Any review, retransmission, dissemination or other use of, or the taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited. If you received this information in error, please contact the sender and immediately destroy any copies of this information, including attachments

**From:** NSF Grants <grants005@nsf.gov>
**Sent:** Friday, April 18, 2025 1:48:06 PM
**To:** Ryne Raffaelle <rprsps@rit.edu>
**Cc:** Subawards <subawards@rit.edu>
**Subject:** Notice from National Science Foundation


**U.S. National Science Foundation Division of Grants and Agreements**
**2415 Eisenhower Avenue**
**Alexandria, Virginia 22314**
**(703) 292-8210**

04/18/2025

Ryne Raffaelle
Vice President for Research
Rochester Institute of Tech
rprsps@rit.edu

Dear Ryne Raffaelle :

The U.S. National Science Foundation (NSF) has undertaken a review of its award portfolio. Each award was carefully and individually reviewed, and the agency has determined that termination of certain awards is necessary because they are not in alignment with current NSF priorities.

Effective immediately, the following are terminated:

| NSF Award Id |
| --- |
| XXXXXX |
| 2309307 |

NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

Costs incurred as a result of this termination may be reimbursed, provided such costs would otherwise be allowable under the terms of the award and the governing cost principles. In accordance with your award terms and conditions, you have 30 days from the termination date to furnish a summary of progress under the award and an itemized accounting of allowable costs incurred prior to the termination date.

Sincerely,

Jamie H. French, Division Director
Office of Budget Finance and Award Management (BFA)
Division of Grants and Agreements (DGA)