# Exhibit C

**Supplemental Declaration of Elizabeth Litzler, Ph.D.**

I, Elizabeth Litzler, declare as follows:

1.      I am over the age of eighteen and have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth below.

2.      I serve as the Director for the Center for Evaluation & Research for STEM Equity at the University of Washington ("CERSE"), a center within the Department of Sociology in the College of Arts and Sciences.

3.      In June 2025, I provided a written declaration in which I explained that in or about April and May 2025, the NSF terminated, effective immediately, multiple active NSF grants under which CERSE held 13 active sub-award grants totaling $2,033,652.  In my previous declaration, I provided details on two of these 13 terminated sub-awards and harms that have resulted from those grant terminations.

4.      This declaration supplements my prior declaration.

5.      I am offering this supplemental declaration in my individual capacity and not on behalf of my employer.

6.      The University of Washington is a member of WEPAN (formerly known as both "Women in Engineering ProActive Network" and "WEPAN"), and we paid $750 in annual dues to WEPAN for the 2025-2026 membership year.  I am one of the named member representatives for the University of Washington's membership.

**NSF's Change In Priorities**

7.      I understand that in or about April 2025, the National Science Foundation ("NSF") announced – on a webpage entitled "Updates on NSF Priorities" – that research projects

1

with "impact limited to subgroups of people based on protected class or characteristics do not effectuate NSF priorities" and that "[a]wards that are not aligned with program goals or agency priorities have been terminated, including but not limited to those on diversity, equity, and inclusion (DEI), environmental justice, and misinformation/disinformation."

8. The foregoing NSF statements still remain on the NSF's website today – at https://www.nsf.gov/updates-on-priorities.

**Pending NSF Grant Proposals**

9. CERSE currently has 18 grant applications under review at NSF. The proposed projects in these applications share an implicit goal to increase participation of underrepresented populations in STEM fields, including women, minorities, students from low-income backgrounds, and people with disabilities.

10. The proposed projects are fully aligned with the historic mission of the NSF, which I understand included supporting scientific and engineering research and contributing to science, engineering, and mathematics education in the United States, by – among other strategies – increasing the participation of underrepresented populations in STEM fields, including women, minorities, and people with disabilities.

11. I am concerned that these 18 grant applications, as well as future grants focusing on broadening participation in STEM, will not be fairly considered or considered at all by NSF under its changed priorities that it announced in 2025. I and many others have put an extraordinary amount of time and effort – collectively, more than 100 hours from UW CERSE staff, and probably more than 1,000 hours from our collaborators – into writing these grant proposals.

**Future Grant Proposals**

12. If the NSF were to revoke its change in priorities decision, I would likely work with our collaborators to resubmit some of the grant applications that the NSF has denied.

13. CERSE would like to submit new NSF grant applications in the future for work supporting underrepresented groups in STEM (including women and racial minorities), but the NSF's current funding priorities discourage us from doing so. I believe such applications would not be fairly considered.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on ___7/21/2026___, in Bainbridge Island, WA.

DocuSigned by:

*liz litzler*

18E72760B461485...

Elizabeth Litzler, Ph.D.

3