# Exhibit E

## Declaration of Sheretta Butler-Barnes, Ph.D.

I, Sheretta Butler-Barnes, declare as follows:

1.      I am over the age of eighteen and have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth below.

2.      I am a Professor and Dean's Distinguished Professorial Scholar at The Brown School at Washington University in St. Louis.  In this role, I investigate how racialized stress exposures, including interpersonal racism, vicarious exposure to racial violence, social media-based experiences, and culturally grounded coping processes shape developmental and health trajectories among Black youth and families. My work centers on family systems as critical contexts through which risk and resilience processes unfold, linking early life experiences to well-being, educational outcomes, and risky behaviors, as well as chronic disease risk across the life course.

3.      I am offering this declaration in my individual capacity and not on behalf of Washington University.

4.      I have a Ph.D. from Wayne State University, and I am currently pursuing a Master's in Science in Biomedical Data Science at Meharry Medical College.

5.      I am a member of the American Educational Research Association, and I pay $280 in annual dues.

**NSF Award ID 2045937**

6.      I previously served as a Principal Investigator on a project entitled, "Collaborative Research: Socialization Competencies and Youth Outcomes in Response to Racial Violence," which was funded by a $302,902 grant awarded by the National Science Foundation ("NSF") in

1

2021, NSF Award ID 2045937. This project involved two phases of research with Black parents and adolescents: (1) annual surveys to examine the influence of parents' race-related experiences and racial socialization competencies on adolescent outcomes, and (2) in-depth qualitative analysis exploring parents' perceptions of the factors that shape their parenting practices and racial socialization competencies. The findings would have provided a more comprehensive understanding of how Black families navigate racially oppressive social contexts and shed light on family processes for racial/ethnic minorities in the U.S. more broadly.

7.      Initiated by the NSF grant awarded in 2021, this project involved more than three years of effort and investment by the project team, in the period from 2021 through April 18, 2025.

8.      The project was intended to run for four years, from September 1, 2021 through August 31, 2025.

9.      However, on or about April 18, 2025, NSF terminated, effective immediately, the NSF grant for the project (NSF Award ID 2045937) on the purported basis that the project "no longer effectuate[s] the program goals or agency priorities." Attached as **Exhibit A** is a true and correct copy of an email I received from the Associate Vice Chancellor for Research Administration that includes, at the bottom, a copy of the NSF's termination notice. The NSF's termination of the grant meant that the final three months of the grant—which I believe amounted to approximately $95,000—were not funded and paid.

10.     The NSF's termination of the grant directly affected the last phase of the project in which the research team was actively recruiting and interviewing families in the St. Louis area. Upon receiving the notice, we had to stop our research recruitment efforts and cancel all interviews with families.

2

11. Consistent with the NSF's abrupt termination of this grant, I understand the NSF announced on April 18, 2025—on a webpage entitled "Updates on NSF Priorities"—that research projects with "impact limited to subgroups of people based on protected class or characteristics do not effectuate NSF priorities" and that "[a]wards that are not aligned with program goals or agency priorities have been terminated, including but not limited to those on diversity, equity, and inclusion (DEI), environmental justice, and misinformation/disinformation."

12. The foregoing NSF statements still remain on the NSF's website today – at https://www.nsf.gov/updates-on-priorities.

**Pending NSF Grant Application**

13. I currently have one pending application for an NSF grant for a proposed project for which I would be the Principal Investigator. The submitted NSF proposal, entitled "Data in Our Hands," proposes a co-created citizen science model to advance informal STEM learning among families in the St. Louis metropolitan region. In partnership with Better Family Life and STEMPOWERMENT, LLC, the project would engage youth and caregivers as citizen scientists in identifying locally relevant questions, collecting and interpreting community data, and sharing findings through community reports and a community science symposium hosted at Washington University in St. Louis.

14. The proposed project is fully aligned with the historic mission of NSF, which I understand included supporting scientific and engineering research and contributing to science, engineering, and mathematics education in the United States, by—among other strategies—increasing the participation of underrepresented populations in STEM fields, including women and minorities.

3

15. I put a considerable amount of time and effort, more than 200 hours, into writing the application for the NSF grant for this project.

16. I am concerned that my NSF grant application will not be fairly considered or considered at all under NSF's changed priorities because of the project's focus on marginalized and oppressed communities.

17. If the NSF does not award a grant for the project, I anticipate that the project will not be funded and thus will not be undertaken.

18. If the NSF's change in priorities (discussed in paragraph 11 above) were revoked, I would submit to the NSF an application for a grant to fund the remaining phase of the "Collaborative Research: Socialization Competencies and Youth Outcomes in Response to Racial Violence" project described in paragraphs 6 through 10, to complete the remaining phase of the project, specifically the qualitative interview component with participating families, which could not be completed after the grant was terminated.

19. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on _____7/21/2026_____, in St. Louis, Missouri.

Signed by:

*Sheretta Barnes*

89F00E44AF6E4D0...

Sheretta Butler-Barnes, Ph.D.

4

# EXHIBIT A

**From:** Heather Bates
**To:** Heather Bates
**Subject:** FW: Notice from National Science Foundation
**Date:** Friday, July 17, 2026 1:12:16 PM

---

**From:** Roewe, Melanie <roewem@wustl.edu>

**Date:** Friday, April 18, 2025 at 6:23 PM

**To:** Barnes, Sheretta <sbarnes22@wustl.edu>

**Cc:** Collazo Colon, Siomari <scollazo@wustl.edu>; Gross, Krystina <kgross@wustl.edu>; Burkhardt, Blythe <bblythe@wustl.edu>

**Subject:** FW: Notice from National Science Foundation

Dr. Barnes,

I regret to inform you that we received notice from NSF that **grant 2045937** (**Collaborative Research: Socialization Competencies and Youth Outcomes in Response to Racial Violence)** is being terminated, effective today.  Please avoid incurring any additional financial obligations on this grant.  If you have subrecipients on this award, we will also send a notice to them.

It would be helpful to meet with you early next week to discuss next steps.  Do you have availability Monday, Tuesday, or Wednesday?


Thanks,
Melanie



Melanie Roewe, JD
Associate Vice Chancellor for Research Administration
Washington University in St. Louis
One Brookings Drive | Campus Box 1054 | St. Louis, MO 63130
Phone: 314.747.5390 | Fax: 314.362.8712 | roewem@wusm.wustl.edu

---

**From:** NSF Grants <grants005@nsf.gov>

**Sent:** Friday, April 18, 2025 2:48 PM

**To:** Provost <provost@wustl.edu>

**Cc:** ResearchGrants <researchgrants@email.wustl.edu>

**Subject:** Notice from National Science Foundation


**U.S. National Science Foundation Division of Grants and Agreements**

**2415 Eisenhower Avenue**

**Alexandria, Virginia 22314**

Docusign Envelope ID: 288D914D-5E7F-8490-8153-2780B0F167B0

**(703) 292-8210**

04/18/2025

Beverly R. Wendland
Provost and Executive Vice Chancellor for Academic Affairs
Washington University
provost@wustl.edu

Dear Beverly R. Wendland:

The U.S. National Science Foundation (NSF) has undertaken a review of its award portfolio. Each award was carefully and individually reviewed, and the agency has determined that termination of certain awards is necessary because they are not in alignment with current NSF priorities.

Effective immediately, the following are terminated:



| NSF Award Id |
| --- |
| 2045937 |

NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

Costs incurred as a result of this termination may be reimbursed, provided such costs would otherwise be allowable under the terms of the award and the governing cost principles. In accordance with your award terms and conditions, you have 30 days from the termination date to furnish a summary of progress under the award and an itemized accounting of allowable costs incurred prior to the termination date.

Sincerely,

Jamie H. French, Division Director
Office of Budget Finance and Award Management (BFA)
Division of Grants and Agreements (DGA)