# Exhibit F

**Declaration of Wiliam Brian Lane, Ph.D.**

I, Wiliam Brian Lane, declare as follows:

1.      I am over the age of eighteen and have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth below.

2.      I am an Assistant Professor at the University of North Florida and I am the Co-Director of the Northeast Florida Center for Science Technology Engineering and Math Education (NEFSTEM).  In these roles, I support physics teacher preparation and game-based informal learning through program facilitation and impact research. Both of these lines of inquiry depend heavily on the conceptual framework of STEM (Science, Technology, Engineering, and Mathematics) identity, which describes the ways in which learners do or do not see themselves as "STEM people," encompassing dimensions such as interest, self-efficacy, and task perception.

3.      I am offering this declaration in my individual capacity and not on behalf of the University of North Florida.

4.      I have a Ph.D. and a Master's in Physics from the University of Florida, as well as a Bachelor of Science in Physics from Jacksonville University.

5.      I am a member of the American Association of Physics Teachers ("AAPT"), and I pay $263 in annual dues to maintain membership in AAPT and the Physics Education Research Topical Group.

6.      I currently serve as the Principal Investigator on a project funded by a 4-year, $1,347,175 grant awarded by the National Science Foundation ("NSF") in 2025.

**Pending NSF Grant Applications**

7.      The University of North Florida has two pending applications for NSF grants for projects in which I am the Principal Investigator.  One proposed project would expand my previously successful work in physics teacher preparation, and the other would expand my previously successful work in STEM education game development. Both of the proposed projects would include a focus on STEM identity as described above (one about STEM teacher identity, and the other about STEM aspirational identity of game players). Both of these projects would attend to racial and gender identity but would not solely focus on these aspects of representation in STEM.

8.      Based on information on the NSF's website (at https://www.nsf.gov/updates-on-priorities, as of July 13, 2026), I understand that in or around April 2025, the NSF announced – on its website on a webpage entitled "Updates on NSF Priorities" – that research projects with "impact limited to subgroups of people based on protected class or characteristics do not effectuate NSF priorities" and that "[a]wards that are not aligned with program goals or agency priorities have been terminated, including but not limited to those on diversity, equity, and inclusion (DEI), environmental justice, and misinformation/disinformation."

9.      To accommodate this change in priorities, my colleagues and I edited one of our two grant applications (discussed in paragraph 7 above), prior to submission, by removing all mentions of the term "identity" and instead using terms that refer to the more specific dimensions of identity (interest, self-efficacy, and task perception).

10.      We made these edits because we believed that using the term "identity" in our application would increase the odds that our application would be rejected under the NSF's new

2

funding priorities under the current Administration.  The edits did not reflect any change to our planned research methodology or objectives.

11.     These proposed projects are fully aligned with the historic mission of the NSF, which I understand included supporting scientific and engineering research and contributing to science, engineering, and mathematics education in the United States, by— among other strategies— increasing the participation of underrepresented populations in STEM fields, including women and minorities.

12.     I am concerned that, even with the accommodating edits to the one grant application noted above, both these pending grant applications, will not be fairly considered, or considered at all, under NSF's changed priorities, since the proposed projects focus on STEM teacher identity, as discussed above.  Even if the edited proposal is not summarily rejected outside the peer review process, the removal of the term "identity" potentially weakens the proposal in the eyes of peer reviewers, who would be looking for an identity framework to be referenced. A major strength of conceptual frameworks is their ability to unite seemingly disparate ideas into a singular whole, and this holistic view is missing when the author does not invoke the framework as a whole.

13.     If the NSF's change in priorities were revoked by order of the Court, I would attempt to obtain the opportunity to revise and resubmit the two pending grant proposals to more explicitly reflect the projects' respective objectives involving "identity" in the context of the STEM identity literature.  However, it is my understanding that the NSF does not typically permit revisions to pending grant proposals.  If the NSF did not permit revisions to the two grant proposals and if it then rejected the proposals, I anticipate I would revise the proposals to more

3

explicitly reflect the projects' objectives involving "identity" in the context of the STEM identity literature and then resubmit the proposals, through my institution, to the NSF.

**NSF Peer Review Process**

14.    I have previously served as an expert panelist in NSF's peer-review process for reviewing NSF grant proposals. Serving in this role is both a great honor and an immensely valuable public service.  Peer review is intended to be both collaborative and objective, embodying the professional values shared by scientists across the USA.

15.    Having served as a NSF grant peer review panelist both immediately prior to and after the updated NSF priorities, I have observed that after the NSF announced its priorities change in April 2025, the NSF peer-review process for grant proposals has changed in ways that have compromised the objectivity of the peer-review process.  For example, standards and practices related to pre-panel proposal triaging have changed to limit panel discussion of proposals; NSF program officers participate more directly in panel summary writing and editing; and panelists are discouraged from using certain professional terminology (*e.g.*, the terms "identity," "underrepresented groups", and "equity") in their reviews and panel summaries. These changes compromise the objectivity of the peer review process.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on ___7/21/2026___, in Jacksonville, Florida.

Signed by:

brian lane

88C1E2E19C91441...

Wiliam Brian Lane, Ph.D.

4