# Exhibit G

**Supplemental Declaration of Kelly Mack, Ph.D.**

I, Kelly Mack, declare as follows:

1.      I am over the age of 18 and have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth below.

2.      I am the Vice President for Undergraduate STEM Education and Executive Director of Project Kaleidoscope at the American Association of Colleges and Universities ("AAC&U").

3.      I previously provided a sworn written declaration in which I explained that in April and May 2025, the National Science Foundation ("NSF") terminated four active NSF grants that were awarded directly to AAC&U.  As set forth in my previous declaration, the NSF termination notices stated that NSF was terminating these grants to AAC&U on the basis that they no longer effectuate the program goals or agency priorities.

4.      I understand that in or about April 2025, the NSF announced – on a webpage entitled "Updates on NSF Priorities" – that (a) "Research projects with more narrow impact limited to subgroups of people based on protected class or characteristics do not effectuate NSF priorities," and that (b) "Awards that are not aligned with program goals or agency priorities have been terminated, including but not limited to those on diversity, equity, and inclusion (DEI) …"

5.      In this supplemental declaration, I provide information related to: (a) an NSF grant to AAC&U that is still currently active but which I believe is vulnerable to termination by NSF under its changed priorities; and (b) NSF grant proposals that AAC&U plans to submit in the future that may be adversely affected by NSF's change in priorities.

**Active NSF Award**

6.      AAC&U currently holds an active NSF grant that I believe is potentially vulnerable to termination by NSF based on the same changed NSF priorities that led NSF to terminate the active grants to AAC&U in 2025.  This grant was awarded to AAC&U in July 2019 to provide funding for research to support non-tenure track STEM faculty.  The objectives of the project award are to: (1) build capacity for small institutional groups of Non-Tenure Track STEM faculty ("NTTF") and administrators to deeply engage in personal self-reflection, critical questioning, and institutional self-assessment; (2) offer institutional groups a space for the development of an awareness of and appreciation for the disproportionate impact that being off the tenure track has on historically marginalized faculty; (3) provide expert institutional coaching for the design of substantive policy and practice changes that will make it possible for NTTF to continue to make significant contributions to undergraduate STEM education without sacrificing personal or professional security; and (4) create a blueprint for institutions to create viable learning communities that address policy measures for improving institutional conditions for NTTF.

7.      At the time funded (and at all times since), the project and the associated NSF grant aligned with NSF's statutory mission of supporting basic scientific and engineering research and contributing to mathematics, science, and engineering education in the United States.  It also aligns with what I understand is NSF's statutory directive to increase the participation of underrepresented populations in STEM fields, including women, minorities, and people with disabilities.

8.      However, in view of NSF's change in priorities and its termination of four active NSF awards to AAC&U in 2025, I have significant concerns that the NSF might terminate the grant for the project before all grant funding has been paid, thus leaving the project without

needed NSF funding. Although the project does not directly address race, gender, or other protected minority statuses, AAC&U's institutional approach to faculty support and STEM equity work is grounded in an equity-oriented framework, and initiatives focused on improving conditions for non-tenure-track faculty can be, and have been, perceived as related to broader diversity, equity, and inclusion efforts.

9.      The uncertainty surrounding the potential termination of grant funding for this project has had tangible consequences for AAC&U's operations and long-term planning. The potential loss of NSF funding for this project has disrupted strategic investments, affected staffing and programmatic planning, and complicated commitments to institutional partners and participants. The potential loss of NSF funding makes it difficult for AAC&U to make reliable decisions about personnel, programming, partnerships, project sustainability, and future investments.

**Future NSF Grant Proposals**

10.      AAC&U is currently developing a grant proposal for future submission to NSF for a project that would establish an AI-enabled evidence and learning infrastructure designed to capture, analyze, and disseminate knowledge generated through NSF-funded STEM capacity-building projects at historically Black colleges and universities (HBCUs). The proposed project would use artificial intelligence tools to integrate quantitative program outcomes with qualitative evidence regarding implementation, leadership, institutional change, workforce development, and student success. AAC&U plans to submit this grant proposal within the next twelve months.

11. This proposed project is aligned with NSF's statutory mission of supporting basic scientific and engineering research, and contributing to mathematics, science, and engineering education in the United States. It is also aligned with what I understand is NSF's statutory

directive to increase the participation of underrepresented populations in STEM fields including women, minorities, and people with disabilities.  The project would advance this mission and directive.

12.      AAC&U believes that its planned grant proposal may be adversely affected by NSF's change in priorities decision because the project is centered on documenting, analyzing, and activating knowledge generated by HBCUs.  Although the grant proposal focuses on STEM workforce development, institutional effectiveness, artificial intelligence, evidence generation, and national STEM competitiveness, its emphasis on HBCUs as sources of innovation and expertise may subject the proposal to heightened scrutiny, and rejection, under NSF's revised priorities.  NSF's announced priorities updates and the NSF's abrupt termination of four AAC&U grants, three of which were funded under NSF's HBCU-UP program, suggest that projects associated with historically underrepresented populations or institutions may be viewed differently than similar projects that are not connected to those communities, even when the underlying objectives are fully aligned with NSF's scientific and educational mission.

13.      The subject matter and objectives of this planned project are consistent with activities that NSF has historically funded, including all of AAC&U's previous NSF awards.

14.      AAC&U is concerned that its planned grant proposal, as well as other future proposals, will not be fairly considered or considered at all under NSF's changed priorities.  I and many others put an extraordinary amount of time and effort into writing these proposals.

15.      If the NSF's change in priorities policy were no longer in effect, AAC&U would resubmit proposals to the NSF for the four grants to AAC&U that NSF previously terminated, as discussed in my prior declaration.  Conversely, if the NSF's change in priorities policy remains in place, I anticipate that AAC&U will not do so.

I declare under penalty of perjury under the laws of the United States of America that

the foregoing is true and correct.  Executed on ___7/21/2026___, in Washington, DC.

Signed by:

*kelly Mack*

C5C848C08E474F3...

Kelly Mack, Ph.D.