# Exhibit H

**Supplemental Declaration of Gina Quan, Ph.D.**

I, Gina Quan, declare as follows:

1.      I am over the age of 18 and have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth below.

2.      I am an Associate Professor at San José State University, and I am a current member of the American Association of Physics Teachers.

3.      In June 2025, I provided a sworn written declaration regarding the National Science Foundation's ("NSF's") termination of two active NSF grants for projects on which I was the Principal Investigator.  As I explained in my prior declaration, the NSF terminated these grants in or about April 2025 because, according to the NSF, the grants were no longer in alignment with NSF priorities.

4.      This declaration supplements my previous declaration.

5.      I make this supplemental declaration in my individual capacity and not on behalf of San José State University.

6.      I understand that in or about April 2025, the NSF announced—on an NSF webpage entitled "Updates on NSF Priorities"—that research projects with "impact limited to subgroups of people based on protected class or characteristics do not effectuate NSF priorities" and that "[a]wards that are not aligned with program goals or agency priorities have been terminated, including but not limited to those on diversity, equity, and inclusion (DEI) …."

**Active NSF Grant**

7.      I am currently a Co-Principal Investigator on a project that is funded by an active NSF 5-year grant award that I believe is vulnerable to termination by the NSF under its change-in-priorities decision. Though the project has been shown to benefit all students, it has

1

also been shown to reduce gender and racial equity gaps in participation in undergraduate science courses. The grant award provides funding for the project through June 30, 2028. If the NSF terminates the grant, the loss of grant funding would jeopardize the continuation and completion of the project, and it would put at risk the substantial time and resources that have already been invested in the project (at least 700 person-hours). The uncertainty over whether this funding will continue has caused substantial stress for the members of the project team.

8.     This project is aligned with NSF's statutory mission of supporting basic scientific and engineering research, and contributing to mathematics, science, and engineering education in the United States. It is also aligned with what I understand is NSF's statutory directive to increase the participation of underrepresented populations in STEM fields, including women, minorities, and people with disabilities.

**Future NSF Grant Applications**

9.     I would like to submit new applications for NSF grants for projects focused on broadening participation in physics by women and individuals in under-represented racial groups, but the NSF's change-in-priorities decision discourages me from doing so. I do not believe that such applications would be fairly considered by the NSF under its current funding priorities.

10.     If the NSF were to revoke its change-in-priorities decision and were to confirm it would fairly review grant applications without deference to its change-in-priorities decision, I anticipate that I would (a) resubmit applications to the NSF for the two NSF grants that were previously terminated as described in my first declaration (Award ID Nos. 2224296 and 2309308); and (b) submit new applications for NSF grants for projects focused on broadening

participation in physics by women and persons in under-represented racial groups. Conversely, if the NSF's change-in-priorities decision remains in place, I anticipate I will not do so.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on _____7/21/2026_____, in San Jose, California.

Signed by:

Gina Quan

E121B7A37A3A430...

Gina Quan, Ph.D.

3