# Exhibit I

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN ASSOCIATION OF PHYSICS TEACHERS, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Case No. 1:25-cv-01923-JMC |
| NATIONAL SCIENCE FOUNDATION, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**Supplemental Declaration of Scott W. Delaney, ScD JD MPH**

I, Scott W. Delaney, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      In June 2025, I provided a written declaration in this case that provided information regarding NSF's termination of active grants in April and May 2025.  I understand that my prior declaration is filed with the Court at Docket No. 3-6.

2.      In this Supplemental Declaration, I provide information on NSF's continued termination of active NSF grants in the period since May 2025.

3.      I offer this Supplemental Declaration in my individual capacity and not on behalf of my employer. It is based on my personal knowledge and information that I have reviewed, as discussed below.

4.      I am the co-founder of a website called Grant Witness (https://grant-witness.us; previously called "Grant Watch"), which tracks United States federal science grantmaking activities, including grant terminations, at the National Science Foundation ("NSF") and other federal agencies. I am also an epidemiologist with experience applying for and receiving federal

1

grants. Until September 2025, I was employed as a Research Scientist at the Harvard T.H. Chan School of Public Health ("HSPH"). I conducted epidemiologic research on health disparities and environmental exposures at HSPH in various positions for eleven years. I hold a Doctor of Science from HSPH (ScD, 2020); a Master of Public Health from the Johns Hopkins Bloomberg School of Public Health (MPH, 2015); a Juris Doctor from the University of Illinois College of Law (JD, 2004); and a Bachelor of Science from the University of Illinois College of Business (BS, Finance, 2000). Prior to my career in epidemiology, I practiced law in several capacities.

5. At HSPH, I held the title of Research Scientist. Research Scientists at HSPH have full privileges to conduct independent research and apply for Federal and foundation grant funding as Principal Investigators (PIs). Accordingly, I have significant experience with federal grants. For example, throughout my career in epidemiology, I applied for and received multiple types of grants from the National Institutes of Health either individually as a Principal Investigator or as part of teams.

6. I am also familiar with National Science Foundation (NSF) grants. NSF and NIH funding mechanisms share many features in common. For example, both NSF and NIH grants entail rigorous peer review and federal oversight, and both are exceedingly important to the scientific community in the United States. I have worked directly with students funded by NSF grants (*e.g.*, Graduate Research Fellowship Program awardees) and with scientists funded by a joint NIH/NSF research grant.

7. As detailed more thoroughly in my first Declaration that I submitted for this case (Dkt. 3-6), my prior experience with NIH and NSF grants informed the development of Grant Witness (f/k/a "Grant Watch"). Briefly, after reading news articles in March 2025 reporting that the Trump Administration had terminated a large number of NIH grants for vague and undefined

policy reasons, including grants allegedly related to "diversity, equity, and inclusion" (DEI), I created an online spreadsheet using Google Sheets to crowd-source information on terminated grants. Simultaneously, Dr. Noam Ross of rOpenSci had also started tracking terminated grants by searching through publicly available Federal datasets. We quickly met, combined our efforts, and formed Grant Witness.

8.      In mid-April 2025, Dr. Ross and I read news reports of mass grant terminations at NSF, and we immediately began tracking and publicly listing them. These efforts continue today. We have continued to follow and track NSF grant activities—including grant terminations—through the present day, thereby enabling us to identify grants that NSF has terminated throughout the second Trump Administration. Our efforts will continue into the future as well.

9.      To identify terminated NSF grants, we rely on a spectrum of data sources. These include NSF.gov, NSF's Award Search and USASpending.gov, both of which are publicly available datasets of grants and grant-related financial transactions maintained by the Federal government. We augment this data with reports from Principal Investigators and other scientists (*i.e.*, crowd-sourced reports). In all cases, we aim to verify and validate our list of terminated grants.

10.      Because we aggregate data from multiple sources, our NSF tracker is the most comprehensive, up-to-date public resource available of terminated NSF grants. We also list key contextual information about each grant (title, topic, grantee, dollar value, etc.) that is not available in any single federal dataset.

11.      Importantly, the termination dates we list for each grant are based on the best publicly available information. In our experience tracking grants over the past sixteen months, in

3

some cases, NSF may formally send a termination notice to a grant recipient several days or weeks before the grant's termination is reflected in federal datasets. Thus, in some instances, our estimated dates of termination may lag the true termination dates.

12.    Our NSF grant termination tracker reveals important patterns about how and when NSF has terminated grants during the second Trump Administration.

13.    For example, as my first Declaration (Dkt. 3-6) describes in greater detail, NSF began mass grant terminations on or about Friday, April 18, 2025. Large waves of NSF grant terminations continued through the end of May 2025.

14.    After May 2025, grant terminations slowed but never stopped. For example, we count the following premature NSF grant terminations between June 1, 2025, and July 1, 2026:

| Estimated date of termination | Number of premature NSF grant terminations |
|---|---|
| June 17, 2025 | 11 |
| June 26, 2025 | 1 |
| July 31, 2025 | 300* |
| September 29, 2025 | 2 |
| September 30, 2025 | 1 |
| October 16, 2025 | 2 |
| October 20, 2025 | 3 |
| December 9, 2025 | 3 |
| January 5, 2026 | 2 |
| February 2, 2026 | 3 |
| February 10, 2026 | 1 |

4

| Estimated date of termination | Number of premature NSF grant terminations |
|---|---|
| April 13, 2026 | 16 |
| April 21, 2026 | 1 |
| May 13, 2026 | 3 |
| June 25, 2026 | 1 |

*Note: On July 31, 2025, NSF terminated 299 grants at the University of California, Los Angeles, after the Trump Administration alleged that the University failed to address antisemitism on campus. Independently, on the same day, NSF terminated one other award, which was to the Quality Education for Minorities Network, for a project entitled "A proposal to support the Talent Development and Innovation in Sciences (TDIS)" internship program.*

15. Our tracker includes information about the content of each terminated grant, including the grant's title and abstract, which includes the grant proposal's aims. Based on my review of this information for grants terminated after June 1, 2025, I found the following patterns:

16. Many terminated grants—including those terminated in 2026—supported projects that could reasonably be characterized as DEI-related. For example, one recent termination in our tracker was a grant to Purdue University entitled "EAGER: LGBTQI+ DCL: Exploring the influence of community cultural wealth on nonbinary engineering students professional formation" (NSF Grant ID 2504217). The grant's abstract noted that "[t]he number of enrolled engineering students nation-wide had the sharpest decline in a generation" and that "fewer young people are entering into four-year degrees." The abstract explains that students enrolled in engineering programs are "valuable asset[s] for meeting the workforce demands," yet "some subgroups of students are at a particularly high-risk of leaving engineering." In turn, the project sought to identify factors driving some students—namely, those identifying as nonbinary—to

leave engineering. By identifying these factors, the researchers hoped to better support nonbinary engineering students, help them "thrive in engineering," and ultimately, to strengthen the nation's engineering workforce. Notably, NSF initially awarded this grant under its EAGER program, which it describes as "EArly-concept Grants for Exploratory Research," which supported particularly "high risk-high payoff" proposals.

17.     Despite NSF's prior belief in this grant's merit and its high potential return on investment, the NSF terminated this grant. On June 25, 2026, NSF labeled this grant on its website as an "Administratively Terminated Award," though NSF may have formally terminated this grant some days or weeks earlier.

18.     Another example of a recently terminated NSF grant is a grant entitled "REU Site: Equitable Data Science in Adolescent Development" (NSF Grant ID 2243973). This grant, which was awarded to the University of Minnesota, Twin Cities, was terminated on or about May 13, 2026. The project sought to train students in "equitable data science," which the project's abstract defines in the following way: "Equitable data science investigates how biases in the data, the analysis of the data, and the interpretation of results can reinforce long-standing inequalities in our society and also create new inequalities and disparities."

19.     A third example of a recently terminated NSF grant is a grant entitled "CAREER: skin color and inequality: measurement and mitigation" (NSF Grant ID 2340661). This grant was terminated on or about April 21, 2026. It was originally awarded to a researcher at the University of Chicago. Per the grant's abstract, the project sought to "develop new methods, based on artificial intelligence technology, to accurately measure skin tone" and to "make the data available to other researchers" in an effort to "provide inputs into efforts to reduce differential opportunities based on skin tone differences."

6

20.     The three grants described above are representative of many of NSF's more recent grant terminations insofar as they relate to topics on diversity, equity, and inclusion. These grant terminations also suggest that NSF's leadership continues to target DEI-related grants for termination in the same way it did in April and May 2025.

21.     Based on my direct, personal experience as a health disparities researcher, I believe the ongoing threat of DEI-based grant terminations has an extraordinary chilling effect on scientists engaged in research on these topics. Scientists are forced to choose between pursuing their scientific aims and placing their careers and livelihoods at risk (not to mention the science and their scientific integrity) versus abandoning their science—but perhaps preserving their livelihoods—in favor of some other research agenda that they may not be trained to pursue. Alternatively, some scientists may choose to abandon scientific research altogether. These harms will continue unabated unless and until the NSF's grant terminations cease.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on ____7/21/2026____ in Medfield, Massachusetts.



Signed by:

1978E69F8B7E471...

SCOTT W. DELANEY