# Exhibit J

## Declaration of Karis Jones, Ph.D.

I, Karis Jones, declare as follows:

1.    I am over the age of eighteen and have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth below.

2.    I am an Assistant Professor at Baylor University, and I was previously an Assistant Professor at Empire State University - SUNY.  At both of these universities, I have conducted research about equity for underrepresented youth in formal and informal learning contexts.

3.    I am offering this declaration in my individual capacity and not on behalf of Baylor or Empire State University.

4.    I hold a PhD in Teaching & Learning.

5.    I am a member of the American Association of University Professors, and I pay $472.56 in annual dues.

**NSF Award ID 2245648**

6.    I previously served as Principal Investigator on a project entitled "Communities of Aquatic Sciences in Teaching and Learning (COASTAL) Research Partnerships for Equity," which was funded by a 3-year, $327,850.00 grant awarded to Empire State University by the National Science Foundation ("NSF") in 2024, NSF Award ID 2245648.  The COASTAL project built a cross-region network (including partners such as teachers, informal educators and program leaders, researchers, teacher educators, and university students) focused on equitable educational innovations to support historically excluded middle and high school youth (Black,

1

Indigenous, and people of color (BIPOC)), female-identifying youth, and youth in Title I schools or rural underserved districts.

7.    Initiated by the NSF grant awarded in 2024, the COASTAL project involved approximately one year of effort and investment by the COASTAL project team in the period from June 2024 through May 2025.

8.    The COASTAL project and NSF grant funding was intended to run from June 2024 through May 2027.  But the NSF terminated the grant before the project was complete.

9.    The COASTAL project was aligned with NSF's statutory mission of supporting basic scientific and engineering research, and contributing to mathematics, science, and engineering education in the United States.  It was also aligned with what I understand is NSF's statutory directive to increase the participation of underrepresented populations in STEM fields including women, minorities, and people with disabilities.

10.    Based on information on the NSF's website, I understand that in April 2025, NSF announced, on a webpage entitled "Updates on NSF Priorities," that NSF "[a]wards that are not aligned with program goals or agency priorities have been terminated, including but not limited to those on diversity, equity, and inclusion (DEI), environmental justice, and misinformation/disinformation."

11.    I am informed and believe, based on communications from the NSF Division of Grants and Agreements, that on May 9, 2025, NSF notified Empire State University via email that the NSF terminated, effective immediately, the NSF grant for the COASTAL project because it "no longer effectuate[s] the program goals or  agency priorities."  Attached as **Exhibit A** is a true and correct copy of an email I received from my institution, which contains (at the bottom) the termination email from the NSF.

2

12. The NSF's termination of the grant meant that the final two years of the grant—amounting to $159,458.08, were not funded.

13. The NSF's termination of the grant ended the funded aspects of the COASTAL project and directly affected members of our research team who, due to the grant termination, were never paid for their labor (including a co-PI and a senior researcher, as well as a doctoral student who was only partially paid) on the COASTAL project, as well as our participants who did not receive promised field trip funding and had to cancel planned spring trips and data collection for the project.

**ACLS Digital Justice Seed Grant**

14. On November 20, 2025, my institution declined to submit a multi-institutional project I had prepared for the American Council of Learned Societies ("ACLS") Digital Justice Seed Grant, due to the perception that the project might be too closely related to "DEI." I was informed that my institution had concerns about federal retaliation (e.g. cancellation of other PI's NSF funding) if they received this private funding for my justice-related project. This was a digital humanities project preserving youth writing on current event topics of interest for "people of color and other historically marginalized communities." I spent a month doing additional labor to navigate and appease fears of federal retaliation, including attending meetings with grant personnel, rewriting portions of the grant, explaining the changes to my collaborators, and advocating with university administration to go forward with the grant (which ultimately did not happen).

**Future NSF Grant Applications**

15. I would like to submit new NSF grant applications in the future for work supporting under-represented communities in the geosciences (including but not limited to racial

3

minorities), but the NSF's current funding priorities discourage me from doing so.  I believe such applications would not be fairly considered.

16.    If the NSF's change-in-priorities decision were revoked, I anticipate I would submit new NSF grant applications for work supporting under-represented communities in the geosciences, such as Black, Indigenous, and people of color (BIPOC), female-identifying youth, and youth in Title I schools or rural underserved districts.  I would also submit a proposal to the NSF for a grant to fund the remainder of the COASTAL project described in paragraphs 6 through 13.  Conversely, I anticipate that I will not do so if the NSF's change-in-priorities decision remains in place.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on 7/21/2026 , in Waco, Texas.

Signed by:

*karis Jones*

AB8C9A3F20DD402...

Karis Jones, Ph.D.

4

# EXHIBIT A

Docusign Envelope ID: 25B498FC-905E-8479-820A-C7BF68C00E0B

 Outlook

---

## FW: Notice from National Science Foundation

---

**From** Houle, Joy <Joy.Houle@rfsuny.org>

**Date** Fri 5/9/2025 12:38 PM

**To**    Karis Jones <karis.jones@sunyempire.edu>




**JOY HOULE**
*Associate Director of Pre-Award*
*(she, her)*

**SUNY Research Foundation**
35 State Street, Albany, NY 12207
joy.houle@rfsuny.org
518-434-7076

---

**From:** NSF Grants <grants005@nsf.gov>
**Sent:** Friday, May 9, 2025 10:09 AM
**To:** Vollendorf, Lisa (EmpireStateCollege) <lisa.vollendorf@sunyempire.edu>
**Cc:** Houle, Joy <Joy.Houle@rfsuny.org>
**Subject:** Notice from National Science Foundation

> You don't often get email from grants005@nsf.gov. Learn why this is important
> CAUTION: The e-mail below is from an external source. Please do not open attachments or click links from an unknown or suspicious origin.

**U.S. National Science Foundation Division of Grants and Agreements**
**2415 Eisenhower Avenue**
**Alexandria, Virginia 22314**
**(703) 292-8210**

05/09/2025

Lisa Vollendorf
President
SUNY Empire State College
lisa.vollendorf@sunyempire.edu

Dear Lisa Vollendorf:

The U.S. National Science Foundation (NSF) has undertaken a review of its award portfolio. Each award was carefully and individually reviewed, and the agency has determined that termination of certain awards is necessary because they are not in alignment with current NSF priorities.

Effective immediately, the following are terminated:

| NSF Award Id |
| --- |
| 2245648 |

NSF is issuing this termination to protect the interests of the government pursuant to NSF Grant General Conditions (GC-1) term and condition entitled 'Termination and Enforcement,' on the basis that they no longer effectuate the program goals or agency priorities. This is the final agency decision and not subject to appeal.

Costs incurred as a result of this termination may be reimbursed, provided such costs would otherwise be allowable under the terms of the award and the governing cost principles. In accordance with your award terms and conditions, you have 30 days from the termination date to furnish an itemized accounting of allowable costs incurred prior to the termination date.

Sincerely,

Jamie H. French, Division Director
Office of Budget Finance and Award Management (BFA)
Division of Grants and Agreements (DGA)