**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICS TEACHERS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> NATIONAL SCIENCE FOUNDATION, et al., <br><br> *Defendants*. | Case No. 1:25-cv-01923 |

**ERRATA**

Plaintiffs file this Errata to notify the Court and Defendants that, while filing Plaintiffs' Motion for Summary Judgment, one of the declarations referenced and relied upon in Plaintiffs' Memorandum in Support was inadvertently omitted. That exhibit, Exhibit K, is attached to this Errata. Undersigned counsel regrets the error.

Dated: July 24, 2026

Respectfully submitted,

/s/ *Kate Talmor*
Kate Talmor (D.C. Bar No. 90036191)
Gregory M. Cumming (D.C. Bar 1018173)
Steven Y. Bressler (D.C. Bar No. 482492)
Tsuki Hoshijima (D.C. Bar No. 90043312)
Robin F. Thurston (D.C. Bar No. 1531399)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
ktalmor@democracyforward.org
gcumming@democracyforward.org
sbressler@democracyforward.org
thoshijima@democracyforward.org

Nathan L. Walker (*pro hac vice*)

Gil Walton (*pro hac vice*)
Celine Purcell (*pro hac vice*)
THE NORTON LAW FIRM PC
300 Frank H. Ogawa Plaza, Suite 450
Oakland, CA 94612
 (510) 906-4900
nwalker@nortonlaw.com
gwalton@nortonlaw.com
cpurcell@nortonlaw.com