# Exhibit K

## Declaration of Matthew Kelley, Ph.D.

I, Matthew Kelley, declare as follows:

1.      I am over the age of eighteen and have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently to the matters set forth below.

2.      I am an Assistant Professor of Linguistics at George Mason University.  At George Mason University, I have conducted research about the human ability to produce and perceive words in speech and language using computational and experimental methods.  I have also conducted research on the automatic alignment of speech and text data.

3.      I am offering this declaration in my individual capacity and not on behalf of George Mason University.

4.      I hold a Ph.D. in linguistics from the University of Alberta, an M.Sc. in linguistics from the University of Alberta, and a B.A. with double majors in Spanish and English (linguistics emphasis) and a minor in computer science from Boise State University.

5.      I am a member of the American Association of University Professors, and I pay $287.04 in annual dues.

### NSF CAREER Award Application

6.      In January 2026, I planned to submit an application to the National Science Foundation ("NSF") for an NSF grant under the NSF's Faculty Early Career Development (CAREER) Program, to fund a project for improving pronunciation models that would benefit both natural and cognitive science aspects of linguistics, as well as automatic speech-recognition tools.  I am Principal Investigator on the proposed project.

1

7.      After I began preparing my grant application, I learned that in or about May 2025, NSF announced changes in NSF priorities, and that it had terminated grants for projects involving diversity, equity, and inclusion, and that such projects were not aligned with the NSF's updated priorities.

8.      After learning about the NSF's change in priorities, I revised my grant application to better match NSF's change in priorities decision.  Specifically, I focused the proposal on AI and avoided discussing languages other than English out of concern that doing so would cause the application to be flagged as diversity-related research under the new priorities.

9.      I planned to submit my grant application to the NSF's Linguistics program under the NSF Directorate for Social, Behavioral, and Economic Sciences ("SBE").

10.      But in March 2026, I learned that the NSF's Linguistics program was abruptly "archived" (which I understand means discontinued or shelved) during this application cycle.  I learned this through email correspondence with the Program Director for Linguistics at NSF.  A true and correct copy of a printout of this email correspondence is attached as **Exhibit A**.

11.      In June 2026, I reached out by email to NSF program officers in SBE about whether my AI-focused proposal was in line with NSF priorities and where to submit my grant application, but I was not given a clear response.  A true and correct copy of a printout of my emails and responses I received are attached as **Exhibit B**.  Given this uncertainty and how time-consuming the NSF grant application process is, I decided not to submit my planned grant application.

12.      Because I did not submit my grant application, I have lost the opportunity to obtain grant funding from the CAREER program for this research cycle.  In addition, because eligibility to apply for the CAREER award is time-limited since only untenured faculty can

apply, the amount of time I have for achieving a successful application for the CAREER award application has also decreased. Moreover, due to this lack of funding, I will be unable to hire a research assistant to aid me in carrying out the research, making it difficult to complete. I will also not receive a summer salary, which would have been paid for from the grant.

13.     If the NSF were to vacate its change-in-priorities decision and reinstate the Linguistics program, I would complete and then submit my NSF CAREER grant application in the then-current or next NSF grant application cycle (assuming I have not obtained tenure by that time). I would revise my application proposal to include languages other than English, in line with disciplinary norms for theory development in linguistics. I would also specifically mention goals to recruit a socially diverse group of participants for research experiments carried out as part of the grant, as is necessary to scientifically understand linguistic behavior in its full complexity.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on __7/21/2026_____, in Arlington, Virginia.

Signed by:

_____
F3DADF2BE960493...
Matthew Kelley, Ph.D.

# EXHIBIT A

 **Outlook**

---

**RE: One-pager for NSF CAREER in linguistics application**

---

**From** De lima Silva, Wilson <widelima@nsf.gov>
**Date** Thu 3/26/2026 5:07 PM
**To** Matthew C Kelley <mkelle21@gmu.edu>

**External Message:** Use Caution

Hi Matt,

Thanks for reaching out and for reminding me of when we met in Edmonton. Congratulation for becoming a faculty member at GMU!

I appreciate you sending me the one-page summary of your project. I think it fits with the Linguistics program solicitation; however, the Linguistics program solicitation has been archived (it is currently listed as "currently waiting for a new publication"). Because the old solicitation has been archived, there will not be a July 15 target date (but since you are submitting a CAREER proposal, make sure you follow their deadline). The Linguistics solicitation will be replaced with a new SBE-wide solicitation. As a recent SBE newsletter notes, SBE is planning in the coming months to "post broad funding opportunities for SBE sciences that will accept proposals at any time. The new opportunities will provide flexibility for innovative ideas and encourage novel and interdisciplinary proposals." As also noted in the newsletter (and also see the NSF priorities link below), NSF is encouraging investments on specific technology themes like AI, biotechnology, quantum, (commercially) translational research, etc. You may also be aware that some areas of research have be flagged as falling outside priorities; awards on DEI-related themes, environmental justice, and misinformation or disinformation have been terminated and new proposals in those areas are being returned without review.

Given recent changes affecting NSF, we have been advising all potential researchers to do the following (the last link to the OMB/OSTP memo provides the most detailed account of what kinds of research might be prioritized):

1. Sign up for SBE alerts to receive news about any potential changes (e.g., priorities, solicitations, programs, due dates). To receive these alerts, you can add your e-mail address to this website https://www.nsf.gov/sbe (see bottom left of the page).
2. Consult NSF priorities.
3. Stay updated on the NSF implementation of recent Executive Orders.
4. Read the NSF's guidance on Gold Standard Science. For background, our

implementation plan was done in compliance with this Office of Science and Technology Policy June 23, 2025, [Memorandum on Implementing Gold Standard Science in the Conduct & Management of Scientific Activiti....](#). FAQ #1 on the NSF guidance page is helpful, but the general implementation does have significant implications for researchers in some subfields.

5. Read the joint [Memo from OSTP and OMB dated September 23, 2025, on Science & Technology Priorities](#)

You will also want to keep in mind that NSF's Broader Impacts criterion (the benefits that the project has to U.S. society), as defined in the [American COMPETES Reauthorization Act of 2010](#) has deprioritized the seventh category on broadening participation activities. NSF has additional guidance on outreach, recruitment, and participation activities [here](#). NSF has made it clear that research can still be conducted on groups based on protected characteristics when it meets one of the three criteria identified [here](#).

If you have any questions, please feel free to reach out.

Best,
Wilson

**Wilson de Lima Silva**

**Program Director**

Directorate for Social, Behavioral, and Economic Sciences

**Office:** (703) 292-7096

**Email:** [widelima@nsf.gov](mailto:widelima@nsf.gov)

**U.S. NATIONAL SCIENCE FOUNDATION**

[www.nsf.gov](http://www.nsf.gov)



---

**From:** Matthew C Kelley <mkelle21@gmu.edu>
**Sent:** Thursday, March 26, 2026 2:15 PM
**To:** De lima Silva, Wilson <widelima@nsf.gov>
**Subject:** [EXTERNAL] - One-pager for NSF CAREER in linguistics application

> This email originated from outside of the National Science Foundation. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Docusign Envelope ID: 8550E199-2B69-8A94-82AB-DB4CFF165DF9

Dear Dr. de Lima Silva,

My name is Matt Kelley, and I am an assistant professor at George Mason University. You may not remember, but I believe we met briefly when you gave a colloquium talk at the University of Alberta while I was a PhD student. I am writing with a one-pager summary for a CAREER application I am hoping to submit to the linguistics program at NSF.

The project is focused on pursing an entirely acoustics-based method/framework for cognitive and computational modeling of phonological structure, with applications to speech technology. I would be very grateful for your feedback on if it would be a good fit for the linguistics program at NSF this year or if its alignment with goals and priorities at NSF might need to be adjusted.

-Matt

--
Matthew C. Kelley, PhD (he/him)
Director of [Mason PhonLab](Mason PhonLab)
Assistant Professor
Linguistics Program
Department of English
George Mason University
[GMU land acknowledgement](GMU land acknowledgement)

# EXHIBIT B

 **Outlook**

---

### Re: [EXTERNAL] - One-pager for NSF CAREER in SBE

---

**From** Leighley, Jan E. <jleighle@nsf.gov>

**Date** Fri 6/5/2026 2:49 PM

**To** Matthew C Kelley <mkelle21@gmu.edu>

**Cc** Ferrell, Rebecca <RFERRELL@nsf.gov>; Leighley, Jan E. <jleighle@nsf.gov>

**External Message:** Use Caution

Matt,

Thank you for your inquiry regarding the 2026 CAREER program at NSF. I recognize the significant time and effort that is required to submit a quality proposal. NSF continues to accept proposals to all open funding opportunities, and as noted in those solicitations, all awards are subject to the availability of funds. The NSF CAREER solicitation continues to be active and includes SBE as a participating directorate.  Note, however, that CAREER awards are funded through standing programs within each directorate; there are no additional funds provided to programs to allow them to fund a CAREER award in addition to their budgeted program funds.

However, you may also have seen that NSF has recently reorganized and that the NSF FY 2027 Budget Request to Congress includes a description of changes for the SBE Directorate. It cannot be known in advance how Congress and the executive branch will ultimately proceed with budget plans.

With that in mind, unfortunately I am unable to provide additional information regarding the appropriate home for a given proposal or how a proposal may be routed, and I do not have a timeline for when additional information may be available. Given typical fiscal year processes, we are unlikely to have additional information in July when the CAREERs are due.

We understand investigators need to plan their activities, and when we have additional information to share we will definitely do so.

Regards,
Jan

Jan E. Leighley
Program Officer
Directorate for Social, Behavioral, and Economic Sciences
Randolph Building
402 Dulany Street

Alexandria, VA 22314
jleighle@nsf.gov

**U.S. NATIONAL SCIENCE FOUNDATION**



---

**From:** Matthew C Kelley <mkelle21@gmu.edu>
**Date:** Tuesday, June 2, 2026 at 10:28 PM
**To:** "Ferrell, Rebecca" <RFERRELL@nsf.gov>, "Leighley, Jan E." <jleighle@nsf.gov>
**Subject:** [EXTERNAL] - One-pager for NSF CAREER in SBE

> This email originated from outside of the National Science Foundation. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Drs. Ferrell and Leighley,

My name is Matt Kelley, and I am an assistant professor at George Mason University. I am writing with a one-pager for an NSF CAREER proposal I have been working on. The project sits at an intersection of artificial intelligence and linguistics, modeling American English words through acoustic means to improve AI speech technology systems.

I had previously heard from Wilson de Lima Silva that the Linguistics program had been archived and that there would be an SBE-wide solicitation. I cannot tell from the NSF website and newsletters if the solicitation is available yet or not, so I am hoping you might be able to tell me if the project in this one-pager is in line with current funding priorities of SBE at NSF or not. Please let me know if you need additional information from me!

-Matt

--
Matthew C. Kelley, PhD (he/him)
Director of Mason PhonLab
Assistant Professor
Linguistics Program

Docusign Envelope ID: 8550E199-2B69-8A91-82AB-DB4CFF165DF9

Department of English
George Mason University
GMU land acknowledgement