**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN ASSOCIATION OF PHYSICS TEACHERS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>NATIONAL SCIENCE FOUNDATION, et al.,<br><br>*Defendants.* | Case No. 1:25-cv-01923-JMC |

**NOTICE OF FILING JOINT APPENDIX**

Pursuant to Local Civil Rule 7(n)(2) and this Court's July 9, 2026 Minute Order, Plaintiffs provide notice of filing the joint appendix in this matter. The joint appendix includes all parts of the record designated by the Parties for inclusion.

Respectfully submitted,

*/s/ Gregory Cumming*
Gregory Cumming (D.C. Bar. No. 1081873)
Steven Y. Bressler (D.C. Bar No. 482492)
Tsuki Hoshijima (D.C. Bar No. 90043312)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
sbressler@democracyforward.org
thoshijima@democracyforward.org

*Counsel for Plaintiffs*

Nathan L. Walker (*pro hac vice*)
Celine Purcell (*pro hac vice*)
Emily Kirk (*pro hac vice*)
Gilbert Walton (*pro hac vice*)
Heather C. Bates (*pro hac vice*)
THE NORTON LAW FIRM PC
300 Frank H. Ogawa Plaza, Suite 450
Oakland, CA 94612
Telephone: (510) 906-4900
nwalker@nortonlaw.com
cpurcell@nortonlaw.com
gwalton@nortonlaw.com
ekirk@nortonlaw.com
hbates@nortonlaw.com